# EXHIBIT 28



PRESS RELEASE
September 7, 2022

# Apple announces the next generation of AirPods Pro

Delivering unrivaled audio quality, enhanced Active Noise Cancellation, and new features for even more convenience

The new AirPods Pro bring major upgrades to Transparency mode, Spatial Audio, and customer-loved convenience features, while cancelling up to twice as much noise over their predecessor.

**CUPERTINO, CALIFORNIA** — Apple today announced the second generation of AirPods Pro, the most advanced AirPods ever. With the power of the new H2 chip, AirPods Pro unlock breakthrough audio performance — including major upgrades to Active Noise Cancellation and Transparency mode — while also offering a unique way to experience Spatial Audio that's even more immersive. Now, customers can enjoy Touch control for media playback and volume adjustments directly from the stem, along with longer battery life, a brand-new charging case, and an additional ear tip size for a better fit.

AirPods Pro (2nd generation) will be available to order online and in the Apple Store app starting Friday, September 9, with availability in stores beginning Friday, September 23.

"AirPods revolutionized the wireless headphone category with an innovative design and incredible sound quality. With the new AirPods Pro, Apple raises the

Exhibit 28
-46-

bar once again," said Bob Borchers, Apple's vice president of Worldwide Product Marketing. "The new AirPods Pro deliver even better sound quality, a more immersive listening experience with Personalized Spatial Audio, and transformative audio features like Adaptive Transparency. With up to double the noise-cancelling power of their predecessor, the world's bestselling wireless headphones just got even better."



A new low-distortion audio driver and custom amplifier offer richer bass and crystal-clear sound, while a new extra small ear tip delivers an even better fit.

## Breakthrough Audio

Built into a lightweight and compact body, the power of the new H2 chip provides an exceptional acoustic experience and cancels up to twice as much noise over the previous generation AirPods Pro. With a new low-distortion audio driver and custom amplifier, AirPods Pro now offer richer bass and crystal-clear sound across a wider range of frequencies. Since the best audio experience isn't complete without a great in-ear fit, a new extra small ear tip is included so even more people can experience the magic of AirPods Pro.



Exhibit 28
-47-

Powered by the new H2 chip, Adaptive Transparency reduces loud environmental noise for more comfortable listening.

Transparency mode makes it possible for listeners to stay connected to and aware of the world around them. Now, Adaptive Transparency takes this customer-loved feature even further. The powerful H2 chip enables on-device processing, which reduces loud environmental noise — like a passing vehicle siren, construction tools, or even loud speakers at a concert — for more comfortable everyday listening.



The new extra small ear tip delivers a better fit to more customers.

### Precise and Immersive Sound

With Personalized Spatial Audio, the AirPods listening experience is even more immersive. Users perceive sound individually, based on the size and shape of their head and ears. Using the TrueDepth camera on iPhone, users can create a personal profile for Spatial Audio that delivers a listening experience precisely tuned just for them. Users can enjoy Personalized Spatial Audio with music, movies, and TV shows — with dynamic head tracking — across iPhone, iPad, Mac, and Apple TV.[1]



Exhibit 28
-48-

The AirPods listening experience is even more immersive with Personalized Spatial Audio.

## Convenient Features

The magical experience users have come to love from the AirPods family gets even better with the next generation of AirPods Pro. Instant pairing to all Apple devices makes setup effortless, while the new dedicated AirPods section in iOS Settings lets users easily access and control their AirPods features.

Now, users can control media playback and turn up the volume without using another device. With Touch control on AirPods Pro, a light swipe up or down on the stem enables quick volume adjustments. Press the stem to change the music, answer phone calls, and more, or say "Hey Siri" to make requests hands-free. The improved, built-in skin-detect sensor more accurately turns on or off playback, and delivers better battery life.



A simple swipe up or down on the stem enables quick volume adjustments on the go.

## Extended Battery Life

AirPods Pro offer 1.5 hours of additional listening time over the first generation, for a total of up to six hours with Active Noise Cancellation.[2] Using the case for four additional charges, users can enjoy up to 30 hours of total listening time with Active Noise Cancellation — a full six hours more than the previous generation.[3]

For more flexibility when traveling, customers can now charge AirPods Pro with an Apple Watch charger, in addition to a MagSafe charger, Qi-certified charging mat, or the Lightning cable.



Exhibit 28
-49-



For even more convenience, customers can now charge the new AirPods Pro with an Apple Watch charger.

## All-New Charging Case

AirPods Pro come with a newly designed charging case that is sweat- and water-resistant,[4] and includes a lanyard loop[5] so it's always within reach. With Precision Finding, users with a U1-enabled iPhone can locate their charging case with guided directions. The charging case also has a built-in speaker to deliver louder tones, so it's even easier to locate.



The all-new charging case features a handy lanyard loop and is sweat- and water-resistant.

Customers can now personalize the charging case with their individual Memoji, including custom-posed Memoji, Animoji, and a curated list of stickers. To begin engraving, create and upload a Memoji in the Apple Store app.

Exhibit 28
-50-



Personalize the charging case with Memoji, Animoji, and a curated list of stickers.

### AirPods and the Environment

AirPods Pro are designed with numerous materials and features to minimize their impact on the environment, including the use of 100 percent recycled rare earth elements in all magnets and — for the first time — 100 percent recycled gold in the plating of multiple printed circuit boards. The case also uses 100 percent recycled tin in the solder of the main logic board, and 100 percent recycled aluminum in the hinge. AirPods Pro are free of potentially harmful substances such as mercury, BFRs, PVC, and beryllium. Redesigned packaging eliminates the outer plastic wrap, and 90 percent or more of the packaging is made using fiber-based materials, bringing Apple closer to its goal of completely removing plastic from all packaging by 2025.

Today, Apple is carbon neutral for global corporate operations, and by 2030, plans to be 100 percent carbon neutral across its entire manufacturing supply chain and all product life cycles. This means that every Apple device sold, from component manufacturing, assembly, transport, customer use, charging, all the way through recycling and material recovery, will have net-zero climate impact.

### Pricing and Availability

- AirPods Pro (2nd generation) will be available to order for **$249** (US) from apple.com/store and in the Apple Store app in the US and more than 50 other countries and regions starting Friday, September 9, with availability in stores beginning Friday, September 23.
- AirPods (3rd generation) with Lightning Charging Case are now available for **$169** (US). AirPods (3rd generation) with MagSafe Charging Case remain available for **$179** (US).
- Customers now can add Memoji engraving to AirPods (2nd generation), AirPods (3rd generation), and AirPods Pro (2nd generation) cases for free, exclusively in the Apple Store app. For more information about Memoji engraving, utilize the Apple Store app.
- New subscribers can get Apple Music free for six months with the purchase of any AirPods, AirPods Pro, or AirPods Max. See apple.com/promo for details.
- For full feature functionality, use AirPods Pro (2nd generation) paired with an Apple device running the latest operating system software. Personalized Spatial Audio profiles and Find My will be available with iPadOS 16 and macOS Ventura in October.

Share article



### About Apple

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world

Exhibit 28
-51-

In innovation with iPhone, iPad, Mac, Apple Watch, and Apple TV, Apple's five software platforms — iOS, iPadOS, macOS, watchOS, and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay, and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

1. Spatial Audio works with compatible content in supported apps. iPhone with TrueDepth camera required to create a personal profile for Spatial Audio, which will sync across Apple devices running the latest operating system software, including iOS, iPadOS (coming in October), macOS (coming in October), and tvOS.
2. 5.5 hours of listening time with Spatial Audio enabled.
3. Battery life varies by use. See apple.com/batteries for details.
4. AirPods Pro and the charging case are sweat- and water-resistant for non-water sports and exercise, and they are IPX4 rated. Sweat and water resistance are not permanent conditions.
5. Lanyard sold separately.

## Press Contacts

**Emily Ewing**
Apple
e_ewing@apple.com

**Lance Lin**
Apple
lance_lin@apple.com
(408) 974-5036

**Apple Media Helpline**
media.help@apple.com
(408) 974-2042

## Latest News



PRESS RELEASE
**Apple reports first quarter results**
February 2, 2023



UPDATE
**MLS Season Pass is now available worldwide on the Apple TV app**
February 1, 2023



PRESS RELEASE
**Apple Music launches Rihanna's Road to Halftime ahead of Super Bowl LVII**
January 30, 2023

---

### Newsroom
The latest news and updates, direct from Apple.

Read more

---

 > Newsroom > Apple announces the next generation of AirPods Pro

| Shop and Learn | Account | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Manage Your Apple ID | Find a Store | Apple and Business | Accessibility |
| Mac | Apple Store Account | Genius Bar | Shop for Business | Education |
| iPad | iCloud.com | Today at Apple | | Environment |
| iPhone | | Apple Camp | **For Education** | Inclusion and Diversity |
| Watch | **Entertainment** | Apple Store App | Apple and Education | Privacy |
| AirPods | Apple One | Refurbished and Clearance | Shop for K-12 | Racial Equity and Justice |
| TV & Home | Apple TV+ | Financing | Shop for College | Supplier Responsibility |
| AirTag | Apple Music | Apple Trade In | **For Healthcare** | |
| | Apple Arcade | | | About Apple |

Exhibit 28
-52-

| | | | | |
|---|---|---|---|---|
| Accessories | Apple Fitness+ | Order Status | Apple in Healthcare | Newsroom |
| Gift Cards | Apple News+ | Shopping Help | Health on Apple Watch | Apple Leadership |
| | Apple Podcasts | | Health Records on iPhone | Career Opportunities |
| **Apple Wallet** | Apple Books | | **For Government** | Investors |
| Wallet | App Store | | Shop for Government | Ethics & Compliance |
| Apple Card | | | Shop for Veterans and Military | Events |
| Apple Pay | | | | Contact Apple |
| Apple Cash | | | | |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2023 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map                United States

Exhibit 28
-53-