# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS SUPPLEMENTAL BRIEF REGARDING DISCOVERY ON AIRPODS ROYALTIES [1277]**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

1 | This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Supplemental Brief Regarding Discovery On AirPods Royalties ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal Apple's Supplemental Brief Regarding Discovery On AirPods Royalties and Exhibits O-Q.

**IT IS SO ORDERED.**

Dated: _February 13, 2023

The Hon. James V. Selna
United States District Court Judge