IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING MASIMO'S RESPONSE TO APPLE'S SUPPLEMENTAL BRIEF REGARDING DISCOVERY ON AIRPODS ROYALTIES [1285]** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Masimo's Response to Apple's Supplemental Brief Regarding Discovery on AirPods Royalties (the "Application"), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the proposed redacted portions of the Masimo's Response to Apple's Supplemental Brief Regarding Discovery on AirPods Royalties (the "Response"), and Exhibits 25, 30, and 31 to the declaration of Benjamin A. Katzenellenbogen.

DATED: February 13, 2023

_____
The Honorable James V. Selna
United States District Judge

-1-