1   MARK D. SELWYN, SBN 244180
      mark.selwyn@wilmerhale.com
2   THOMAS G. SPRANKLING, SBN 294831
      thomas.sprankling@wilmerhale.com
3   WILMER CUTLER PICKERING
      HALE AND DORR LLP
4   2600 El Camino Real, Suite 400
    Palo Alto, CA 94306
5   Tel.: 650.858.6000 / Fax: 650.858.6100

6   JOSHUA H. LERNER, SBN 220755
      joshua.lerner@wilmerhale.com
7   WILMER CUTLER PICKERING
      HALE AND DORR LLP
8   One Front Street, Suite 3500
    San Francisco, CA 94111
9   Tel.: 628.235.1000 / Fax: 628.235.1001

10  AMY K. WIGMORE, *pro hac vice*
      amy.wigmore@wilmerhale.com
11  WILMER CUTLER PICKERING
      HALE AND DORR LLP
12  2100 Pennsylvania Ave NW
    Washington, DC 20037
13  Tel.: 202.663.6000 / Fax: 202.663.6363

14  [Counsel appearance continues on next page]

15  *Attorneys for Defendant Apple Inc.*

16          **UNITED STATES DISTRICT COURT**
17    **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

18
    MASIMO CORPORATION,                    CASE NO. 8:20-cv-00048-JVS (JDEx)
19  a Delaware corporation; and
    CERCACOR LABORATORIES, INC.,           **APPLE'S APPLICATION TO FILE**
20  a Delaware corporation,                **UNDER SEAL APPLE'S REQUEST**
                                           **FOR A HEARING REGARDING**
21                    Plaintiffs,          **DISCOVERY ON AIRPODS**
                                           **ROYALTIES**
22          v.
                                           Date: Feb. 6, 2023
23  APPLE INC.,                            Time: 1:30pm
    a California corporation,
24                                         Pre-Trial Conference: Mar. 13, 2023
                      Defendant.           Trial: Mar. 28, 2023
25
26
27
28

Wilmer Cutler
Pickering Hale
and Dorr LLP

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

APPLE'S APPLICATION TO FILE UNDER SEAL ITS REQUEST FOR A HEARING

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1    Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the

2  Court grant leave to file under seal Apple's Request For A Hearing Regarding Discovery

3  On AirPods Royalties ("Request For A Hearing").

4    As detailed in the accompanying Declaration of Mark D. Selwyn, the redacted

5  portions of Apple's Request For A Hearing contain the parties' confidential information

6  and quote, reference, or summarize the confidential portions of exhibits that this Court

7  has ordered to be filed under seal.

8    Accordingly, Apple respectfully requests an order granting leave to file its

9  Request For A Hearing under seal.

10

11  Dated:        February 13, 2023        Respectfully submitted,

12
                                          MARK D. SELWYN
13                                        AMY K. WIGMORE
                                          JOSHUA H. LERNER
14                                        SARAH R. FRAZIER
                                          NORA Q.E. PASSAMANECK
15                                        THOMAS G. SPRANKLING
                                          WILMER CUTLER PICKERING HALE AND
16                                        DORR LLP
17
18                                        BRIAN A. ROSENTHAL
19                                        GIBSON, DUNN & CRUTCHER LLP
20
                                          KENNETH G. PARKER
21                                        HAYNES AND BOONE, LLP
22
23                                        By:  */s/ Mark D. Selwyn*
                                               Mark D. Selwyn
24
25                                        *Attorneys for Defendant Apple Inc.*
26
27
28