MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br>a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S REQUEST FOR A HEARING REGARDING DISCOVERY ON AIRPODS ROYALTIES**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

SARAH R. FRAZIER, *pro hac vice*
sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

On February 6, 2023, this Court allowed Apple's request for supplemental briefing on whether Plaintiffs should be permitted additional discovery into AirPods. Now that the parties have filed their briefs, Apple respectfully requests that the Court schedule a hearing to permit Apple to respond to notable points raised by Plaintiffs in their opposition. In particular:

- Plaintiffs assert that they disclosed their misappropriation theory for AirPods during discovery. Plaintiffs still have not identified any place in the record where they even attempted to articulate how AirPods make ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮—as required by ▮ No. 5—prior to 6:30pm PT on January 9, 2023, the day of the law and motion deadline and weeks after the deadline for summary judgment.

- Plaintiffs' brief raises (and attaches new exhibits for) more previously undisclosed theories of AirPods making ▮▮▮▮—e.g., based on Dr. Land's July 2022 deposition regarding a prototype ▮▮▮ feature for Apple Watch (not AirPods), a July 2022 patent application that did not mention AirPods, and Dr. Warren's testimony that did not mention AirPods.

- While Plaintiffs' brief asserts that the ▮▮▮▮ limitation of ▮ No. 5 is met by a "skin detection" feature of AirPods advertised in October 2021 rather than a "proximity sensing" feature, the only evidence they have cited to show that the limitation is met is deposition testimony involving the "proximity sensing" function.

- Plaintiffs' brief asserts that Apple "withheld" discovery, but they still have not identified any discovery request, correspondence, or motion seeking discovery on AirPods or the internal components thereof.

- Plaintiffs' brief suggests, without explanation, that bifurcating the ▮ No. 5 analysis would raise a Seventh Amendment problem.

Dated: February 13, 2023              Respectfully submitted,

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

By: /s/ Mark D. Selwyn
       Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Apple Inc., certifies that this brief contains 278 words, which [choose one]:

 X  complies with the word limit of L.R. 11-6.1.

 __  complies with the word limit set by court order dated [date].

Dated: February 13, 2023          Respectfully submitted,

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By: /s/ Mark D. Selwyn
    Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*