1  MARK D. SELWYN, SBN 244180
   mark.selwyn@wilmerhale.com
2  THOMAS G. SPRANKLING, SBN 294831
   thomas.sprankling@wilmerhale.com
3  WILMER CUTLER PICKERING
   HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Tel.: 650.858.6000 / Fax: 650.858.6100

6  JOSHUA H. LERNER, SBN 220755
   joshua.lerner@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  One Front Street, Suite 3500
   San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10  AMY K. WIGMORE, *pro hac vice*
   amy.wigmore@wilmerhale.com
11  WILMER CUTLER PICKERING
   HALE AND DORR LLP
12  2100 Pennsylvania Ave NW
   Washington, DC 20037
13  Tel.: 202.663.6000 / Fax: 202.663.6363

14
   [Counsel appearance continues on next page]
15
   *Attorneys for Defendant Apple Inc.*
16

17  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**
18

| | |
|---|---|
| 19  MASIMO CORPORATION, a Delaware corporation; and | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| 20  CERCACOR LABORATORIES, INC., a Delaware corporation, | **APPLE'S REQUEST FOR A HEARING REGARDING DISCOVERY ON AIRPODS ROYALTIES** |
| 21     Plaintiffs, | |
| 22     v. | |
| 23 | Date: Feb. 6, 2023 |
| 24  APPLE INC., a California corporation, | Time: 1:30pm |
| 25     Defendant. | Pre-Trial Conference: Mar. 13, 2023 Trial: Mar. 28, 2023 |
| 26 | |

27  **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

28

Wilmer Cutler
Pickering Hale
and Dorr LLP

1  SARAH R. FRAZIER, *pro hac vice*
   sarah.frazier@wilmerhale.com
2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  60 State Street
   Boston, MA 02109
4  Tel.: 617.526.6000 / Fax: 617.526.5000

5  NORA Q.E. PASSAMANECK, *pro hac vice*
   nora.passamaneck@wilmerhale.com
6  WILMER CUTLER PICKERING
   HALE AND DORR LLP
7  1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
8  Tel.: 720.274.3152 / Fax: 720.273.3133

9  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
11 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
12
   KENNETH G. PARKER, SBN 182911
13   Ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
14 660 Anton Boulevard, Suite 700
   Costa Mesa, CA 92626
15 Tel. 650.949.3014 / Fax: 949.202.3001

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE'S REQUEST FOR A HEARING RE: DISCOVERY ON AIRPODS ROYALTIES

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

On February 6, 2023, this Court allowed Apple's request for supplemental briefing on whether Plaintiffs should be permitted additional discovery into AirPods. Now that the parties have filed their briefs, Apple respectfully requests that the Court schedule a hearing to permit Apple to respond to notable points raised by Plaintiffs in their opposition.  In particular:

- Plaintiffs assert that they disclosed their misappropriation theory for AirPods during discovery.  Plaintiffs still have not identified any place in the record where they even attempted to articulate how AirPods make ███████████ ██████████ and ████████████████████████████████████—as required by ██ No. 5—prior to 6:30pm PT on January 9, 2023, the day of the law and motion deadline and weeks after the deadline for summary judgment.

- Plaintiffs' brief raises (and attaches new exhibits for) more previously undisclosed theories of AirPods making ███████████████████████—e.g., based on Dr. Land's July 2022 deposition regarding a prototype ████████ feature for Apple Watch (not AirPods), a July 2022 patent application that did not mention AirPods, and Dr. Warren's testimony that did not mention AirPods.

- While Plaintiffs' brief asserts that the ████████████████████████ limitation of ██ No. 5 is met by a "skin detection" feature of AirPods advertised in October 2021 rather than a "proximity sensing" feature, the only evidence they have cited to show that the limitation is met is deposition testimony involving the "proximity sensing" function.

- Plaintiffs' brief asserts that Apple "withheld" discovery, but they still have not identified any discovery request, correspondence, or motion seeking discovery on AirPods or the internal components thereof.

- Plaintiffs' brief suggests, without explanation, that bifurcating the ██ No. 5 analysis would raise a Seventh Amendment problem.

APPLE'S REQUEST FOR A HEARING RE: DISCOVERY ON AIRPODS ROYALTIES

1

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1  Dated: February 13, 2023          Respectfully submitted,

2

3                                    MARK D. SELWYN
4                                    AMY K. WIGMORE
                                     JOSHUA H. LERNER
5                                    SARAH R. FRAZIER
                                     NORA Q.E. PASSAMANECK
6                                    THOMAS G. SPRANKLING
7                                    WILMER CUTLER PICKERING HALE AND
                                     DORR LLP
8

9                                    BRIAN A. ROSENTHAL
                                     GIBSON, DUNN & CRUTCHER LLP
10

11                                   KENNETH G. PARKER
                                     HAYNES AND BOONE, LLP
12

13

14
                                     By:  /s/ Mark D. Selwyn
15                                        Mark D. Selwyn

16

17                                   *Attorneys for Defendant Apple Inc.*

18

19

20

21

22

23

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP

1

2

## <u>CERTIFICATE OF COMPLIANCE</u>

3

The undersigned, counsel of record for Defendant Apple Inc., certifies that this

4

brief contains 278 words, which [choose one]:

5

 <u>X</u>  complies with the word limit of L.R. 11-6.1.

6

___  complies with the word limit set by court order dated [date].

7

8

Dated:  February 13, 2023              Respectfully submitted,

9

10                                    MARK D. SELWYN
                                      AMY K. WIGMORE
11                                    JOSHUA H. LERNER
                                      SARAH R. FRAZIER
12                                    NORA Q.E. PASSAMANECK
                                      THOMAS G. SPRANKLING
13                                    WILMER CUTLER PICKERING HALE AND
                                      DORR LLP
14

15
                                      BRIAN A. ROSENTHAL
16                                    GIBSON, DUNN & CRUTCHER LLP

17
                                      KENNETH G. PARKER
18                                    HAYNES AND BOONE, LLP

19

20                                    By:  /s/ Mark D. Selwyn
                                           Mark D. Selwyn
21

22

23                                    *Attorneys for Defendant Apple Inc.*

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP