1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Benjamin A. Katzenellenbogen (Bar No. 208527)
   ben.katzenellenbogen@knobbe.com
4  Perry D. Oldham (Bar No. 216016)
   perry.oldham@knobbe.com
5  Stephen W. Larson (Bar No. 240844)
   stephen.larson@knobbe.com
6  Justin J. Gillett (Bar No. 298150)
   Justin.Gillett@knobbe.com
7  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
8  Irvine, CA 92614
   Telephone: (949) 760-0404; Facsimile: (949) 760-9502
9
   Adam B. Powell (Bar. No. 272725)
10 adam.powell@knobbe.com
   Daniel P. Hughes (Bar No. 299695)
11 Daniel.hughes@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
12 3579 Valley Centre Drive
   San Diego, CA 92130
13 Telephone: (858) 707-4000; Facsimile: (858) 707-4001

14 Attorneys for Plaintiffs,
   MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.
15
   [Counsel appearances continues on next page]
16

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation<br><br>           Plaintiffs,<br><br>      v.<br><br>APPLE INC., a California corporation<br><br>           Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLAINTIFFS' ATTORNEYS' INVOLVEMENT IN THIS CASE**<br><br>Date:      March 13, 2023<br>Time:      1:30 p.m.<br>Location:  Courtroom 10C |

1 | Mark D. Kachner (Bar No. 234,192)
2 | mark.kachner@knobbe.com
  | **KNOBBE, MARTENS, OLSON & BEAR, LLP**
  | 1925 Century Park East, Suite 600
3 | Los Angeles, CA 90067
  | Telephone: (310) 551-3450
4 | Facsimile: (310) 551-3458

5 | Attorneys for Plaintiffs,
  | MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that on March 13, 2023 or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable James V. Selna, Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") will present their Motion *in Limine* and move this Court to exclude evidence or argument about Plaintiffs' attorneys' involvement in this case.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, and the Declaration of Mark D. Kachner In Support of Plaintiff's Motion *in Limine* all filed concurrently herewith, and any subsequently filed briefs, declarations and other pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 6, 2023.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: February 13, 2023 | By: */s/ Mark D. Kachner* |
|  | Joseph R. Re |
|  | Stephen C. Jensen |
|  | Benjamin A. Katzenellenbogen |
|  | Perry D. Oldham |
|  | Stephen W. Larson |
|  | Mark D. Kachner |
|  | Adam B. Powell |
|  | Daniel P. Hughes |
|  |  |
|  | Attorneys for Plaintiffs, |
|  | MASIMO CORPORATION AND CERCACOR LABORATORIES, INC. |

57058197

-2-