# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLAINTIFFS' ATTORNEYS' INVOLVEMENT IN THIS CASE**<br><br>Date:      March 13, 2023<br>Time:      1:30 p.m.<br>Location:  Courtroom 10C |

Having considered Plaintiffs' Motion *in Limine* to exclude evidence or argument about Plaintiffs' attorneys' involvement in this case, all the papers filed in support, in opposition and in reply thereof, and any oral argument by Counsel on the motion, and for good cause found, the Court hereby **GRANTS** Plaintiffs' Motion *in Limine*.

It is therefore **ORDERED** that:

Apple shall not present evidence or argue to the jury about Plaintiffs' attorneys' involvement in this case, such as any involvement in preparing pleadings, disclosures, discovery responses, and expert reports.

**IT IS SO ORDERED.**

Dated:_____          _____
                                Honorable James V. Selna

57065474

-1-