1  MARK D. SELWYN, SBN 244180
   mark.selwyn@wilmerhale.com
2  THOMAS G. SPRANKLING, SBN 294831
   thomas.sprankling@wilmerhale.com
3  WILMER CUTLER PICKERING
   HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
  Palo Alto, CA 94306
5  Tel.: 650.858.6000 / Fax: 650.858.6100

6  JOSHUA H. LERNER, SBN 220755
   joshua.lerner@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  One Front Street, Suite 3500
  San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10 AMY K. WIGMORE, *pro hac vice*
   amy.wigmore@wilmerhale.com
11 WILMER CUTLER PICKERING
   HALE AND DORR LLP
12 2100 Pennsylvania Ave NW
  Washington, DC 20037
13 Tel.: 202.663.6000 / Fax: 202.663.6363

14 [Counsel appearance continues on next page]

15 *Attorneys for Defendant Apple Inc.*

16            **UNITED STATES DISTRICT COURT**
17    **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

18 MASIMO CORPORATION,       | CASE NO. 8:20-cv-00048-JVS (JDEx)
   a Delaware corporation; and
19 CERCACOR LABORATORIES, INC.,  | **APPLE'S NOTICE OF MOTION AND**
   a Delaware corporation,         | **MOTION IN LIMINE NO. 2:**
20                                | **PRECLUDE REFERENCES TO**
21            Plaintiffs,        | **IRRELEVANT APPLE OPERATIONS**

22      v.                                     | Date: Mar. 13, 2023
23 APPLE INC.,                     | Time: 1:30pm
   a California corporation,
24              Defendant.    | Pre-Trial Conference: Mar. 13, 2023
25                                     | Trial: Mar. 28, 2023

26

27

28

---

APPLE'S NOTICE OF MOT. AND MOT. IN LIMINE NO. 2

CASE NO. 8:20-cv-00048-JVS (JDEx)

1
2
3
4

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

5
6
7
8

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

9
10
11
12

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

13
14
15

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

16
17
18
19
20
21
22
23
24
25
26
27
28

APPLE'S NOTICE OF MOT. AND MOT. IN LIMINE NO. 2

CASE NO. 8:20-cv-00048-JVS (JDEx)

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on March 13, 2023, or as soon thereafter as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will, and hereby does, move the Court for an order granting its second motion in limine and precluding references to irrelevant Apple operations.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on February 6, 2023.  It is supported by the accompanying Memorandum, the Declaration of Nora Passamaneck and attached Exhibits 1 and 2, and a Proposed Order, and such other evidence or argument as may be presented at or before the hearing.

Dated:  February 13, 2023

Respectfully submitted,

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By:  /s/ *Mark D. Selwyn*
        Mark D. Selwyn


*Attorneys for Defendant Apple Inc.*