1 | MARK D. SELWYN, SBN 244180
 | mark.selwyn@wilmerhale.com
2 | THOMAS G. SPRANKLING, SBN 294831
 | thomas.sprankling@wilmerhale.com
3 | WILMER CUTLER PICKERING
 |  HALE AND DORR LLP
4 | 2600 El Camino Real, Suite 400
 | Palo Alto, CA 94306
5 | Tel.: 650.858.6000 / Fax: 650.858.6100

6 | JOSHUA H. LERNER, SBN 220755
 | joshua.lerner@wilmerhale.com
7 | WILMER CUTLER PICKERING
 |  HALE AND DORR LLP
8 | One Front Street, Suite 3500
 | San Francisco, CA 94111
9 | Tel.: 628.235.1000 / Fax: 628.235.1001

10 | AMY K. WIGMORE, *pro hac vice*
 | amy.wigmore@wilmerhale.com
11 | WILMER CUTLER PICKERING
 |  HALE AND DORR LLP
12 | 2100 Pennsylvania Ave NW
 | Washington, DC 20037
13 | Tel.: 202.663.6000 / Fax: 202.663.6363

14 | [Counsel appearance continues on next page]

15 | *Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| Plaintiffs, | **DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S MOTION IN LIMINE NO. 2: PRECLUDE REFERENCES TO IRRELEVANT APPLE OPERATIONS** |
| v. | |
| APPLE INC., a California corporation, | Date: Mar. 13, 2023 Time: 1:30pm |
| Defendant. | Pre-Trial Conference: Mar. 13, 2023 Trial: Mar. 28, 2023 |

PASSAMANECK DECL. ISO APPLE'S MOTION IN LIMINE NO. 2

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1
2
3
4

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

5
6
7
8

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

9
10
11
12

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

13
14
15

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

16
17
18
19
20
21
22
23
24
25
26
27
28

PASSAMANECK DECL. ISO APPLE'S MOTION IN LIMINE NO. 2

CASE NO. 8:20-cv-00048-JVS (JDEx)

I, Nora Passamaneck, declare and state as follows:

1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2.      I make this Declaration in support of Apple's Motion In Limine No. 2: Preclude References To Irrelevant Apple Operations.

3.      I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4.      Attached hereto as **Exhibit 1 (filed under seal)** is a copy of the transcript of the deposition of Jeff Williams, dated August 9, 2022.

5.      Attached hereto as **Exhibit 2 (filed under seal)** is a copy of Defendant Apple Inc.'s Supplemental Objections And Responses To Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc.'s Third Set Of Interrogatories To Defendant Apple Inc. (Nos. 11-13), dated October 7, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of February 2023.

By: _____

Nora Passamaneck

Wilmer Cutler
Pickering Hale
and Dorr LLP