# EXHIBIT 4

Redacted in its Entirety