# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MOTION IN LIMINE NO. 4: EXCLUDE UNLAWFUL CONFIDENTIALITY PROVISIONS OF EMPLOYEE AGREEMENTS**<br><br>Date: Mar. 13, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

1   This matter is before the Court pursuant to Apple's Application to File Under Seal
2   Documents Regarding Motion In Limine No. 4: Exclude Unlawful Confidentiality
3   Provisions Of Employee Agreements ("Application").  Having considered the briefing,
4   supporting documents, and all other matters properly before the Court, being fully
5   advised on the pleadings, and for compelling reasons appearing:
6   IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple
7   shall file under seal Apple's Memorandum In Support Of Its Motion In Limine No. 4:
8   Exclude Unlawful Confidentiality Provisions Of Employee Agreements and Exhibits 1-
9   10.
10
11  **IT IS SO ORDERED.**
12
13  Dated: _____         _____
14                                          The Hon. James V. Selna
                                            United States District Court Judge
15