MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S MOTION IN LIMINE NO. 4: EXCLUDE UNLAWFUL CONFIDENTIALITY PROVISIONS OF EMPLOYEE AGREEMENTS**<br><br>Date: Mar. 13, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Motion In Limine No. 4: Exclude Unlawful Confidentiality Provisions Of Employee Agreements.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 1 (filed under seal)** is a copy of the transcript of the deposition of Massi Joseph E. Kiani, dated August 5, 2022.

5. Attached hereto as **Exhibit 2 (filed under seal)** is a copy of a document produced by Plaintiffs with Bates numbers MASA03586502-558.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a copy of a document produced by Plaintiffs with Bates numbers MASA03586738-797.

7. Attached hereto as **Exhibit 4 (filed under seal)** is a copy of a document produced by Apple with Bates numbers APL-MAS_00058093-098.

8. Attached hereto as **Exhibit 5 (filed under seal)** is a copy of a document produced by Plaintiffs with Bates numbers MASA00085602-608.

9. Attached hereto as **Exhibit 6 (filed under seal)** is a copy of a document produced by Plaintiffs with Bates numbers MASA00085609-612.

10. Attached hereto as **Exhibit 7 (filed under seal)** is a copy of a document produced by Plaintiffs with Bates numbers MASA00085613-616.

11. Attached hereto as **Exhibit 8 (filed under seal)** is a copy of a document produced by Plaintiffs with Bates numbers MASA00085617-620.

12. Attached hereto as **Exhibit 9 (filed under seal)** is a copy of a document produced by Plaintiffs with Bates numbers MASA00085650-676.

13. Attached hereto as **Exhibit 10 (filed under seal)** is a copy of a document produced by Plaintiffs with Bates numbers MASA03586559-737.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge.
3  Executed this 13th day of February 2023.

By: _____/s/ Nora Passamaneck_____

Nora Passamaneck

Wilmer Cutler Pickering Hale and Dorr LLP

Passamaneck Decl. ISO Apple's Motion In Limine No. 4
2
Case No. 8:20-cv-00048-JVS (JDEx)