# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION IN LIMINE NO. 4: EXCLUDE UNLAWFUL CONFIDENTIALITY PROVISIONS OF EMPLOYEE AGREEMENTS**<br><br>Date: March 13, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

This matter is before the Court pursuant to Defendant Apple Inc.'s Motion In Limine No. 4: Exclude Unlawful Confidentiality Provisions Of Employee Agreements ("Motion").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge