# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLAINTIFFS' ATTORNEYS' INVOLVEMENT IN THIS CASE [1294]**

Date:       March 13, 2023
Time:       1:30 p.m.
Location:   Courtroom 10C

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Motion *in Limine*, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal Exhibits 1-3 attached to the Declaration of Mark D. Kachner in Support of Plaintiffs' Motion *in Limine*.

DATED: February 14, 2023

_____
The Honorable James V. Selna
United States District Judge

-1-