1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

10
11
12
13
14
15
16
17
18
19

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

               Plaintiffs,

    v.

APPLE INC.,
a California corporation,

               Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MOTION IN LIMINE NO. 3: EXCLUDE IRRELEVANT AND/OR INFLAMMATORY STATEMENTS ATTRIBUTED TO APPLE'S EMPLOYEES [1301]**

Date: Mar. 13, 2023
Time: 1:30pm

Pre-Trial Conference: Mar. 13, 2023
Trial: Mar. 28, 2023

20
21
22
23
24
25
26
27
28

ORDER GRANTING APPLE'S APPLICATION TO SEAL

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Motion In Limine No. 3: Exclude Irrelevant And/Or Inflammatory Statements Attributed To Apple's Employees ("Application").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal Apple's Memorandum In Support Of Its Motion In Limine No. 3: Exclude Irrelevant And/Or Inflammatory Statements Attributed To Apple's Employees and Exhibits 1, 2, and 4-8.

**IT IS SO ORDERED.**

Dated: February 14, 2023

_____
The Hon. James V. Selna
United States District Judge

Wilmer Cutler
Pickering Hale
and Dorr LLP