# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| Plaintiffs, | **GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MOTION IN LIMINE NO. 4: EXCLUDE UNLAWFUL CONFIDENTIALITY PROVISIONS OF EMPLOYEE AGREEMENTS [1304]** |
| v. | |
| APPLE INC., a California corporation, | Date: Mar. 13, 2023 |
| Defendant. | Time: 1:30pm |
| | Pre-Trial Conference: Mar. 13, 2023 |
| | Trial: Mar. 28, 2023 |

ORDER GRANTING APPLE'S APPLICATION TO SEAL

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1        This matter is before the Court pursuant to Apple's Application to File Under Seal

2    Documents Regarding Motion In Limine No. 4: Exclude Unlawful Confidentiality

3    Provisions Of Employee Agreements ("Application").  Having considered the briefing,

4    supporting documents, and all other matters properly before the Court, being fully

5    advised on the pleadings, and for compelling reasons appearing:

6        IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple

7    shall file under seal Apple's Memorandum In Support Of Its Motion In Limine No. 4:

8    Exclude Unlawful Confidentiality Provisions Of Employee Agreements and Exhibits 1-

9    10.

10

11       **IT IS SO ORDERED.**

12

13   Dated: February 14, 2023

14                         The Hon. James V. Selna
                      United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING APPLE'S APPLICATION TO SEAL

1                                        CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP