MARK D. SELWYN, SBN 244180
 mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
 thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
 joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
 amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br>a California corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S INDEX OF DOCUMENTS REGARDING ITS MOTIONS IN LIMINE**<br><br>Date: Mar. 13, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Pursuant to this Court's Standing Order, Defendant Apple Inc. ("Apple") provides the following index of documents filed in connection with its motions in limine noticed on February 13, 2023 and set for hearing on March 13, 2023.

1) Apple's Motion In Limine No. 1: Preclude References To Other Litigations And Proceedings;

2) Apple's Motion In Limine No. 2: Preclude References To Irrelevant Apple Operations;

3) Apple's Motion In Limine No. 3: Exclude Irrelevant And/Or Inflammatory Statements Attributed To Apple's Employees; and

4) Apple's Motion In Limine No. 4: Exclude Unlawful Confidentiality Provisions Of Employee Agreements.

**1. Apple's Motion In Limine No. 1: Preclude References To Other Litigations And Proceedings**

| Dkt. No. | Document |
| --- | --- |
| 1296 | Apple's Notice Of Motion And Motion In Limine No. 1: Preclude References To Other Litigations And Proceedings |
| 1296-1 | Apple's Memorandum in Support of Its Motion In Limine No. 1: Preclude References To Other Litigations And Proceedings |
| 1296-2 | [Proposed] Order Granting Apple's Motion In Limine No. 1: Preclude References To Other Litigations And Proceedings |

## 2. Apple's Motion In Limine No. 2: Preclude References To Irrelevant Apple Operations

| Dkt. No. | Document |
|---|---|
| 1300 | Apple's Notice Of Motion And Motion In Limine No. 2: Preclude References To Irrelevant Apple Operations |
| 1316 | Apple's Memorandum In Support Of Its Motion In Limine No. 2: Preclude References To Irrelevant Apple Operations<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 2/14/23]* |
| 1300-2 | Declaration of Nora Passamaneck In Support Of Apple's Motion In Limine No. 2: Preclude References To Irrelevant Apple Operations |
| 1316-1 to 1316-2 | Exhibits 1 and 2 to the Declaration of Nora Passamaneck In Support Of Apple's Motion In Limine No. 2: Preclude References To Irrelevant Apple Operations<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 2/14/23]* |
| 1300-5 | [Proposed] Order Granting Apple's Motion In Limine No. 2: Preclude References To Irrelevant Apple Operations |

## 3. Apple's Motion In Limine No. 3: Exclude Irrelevant And/Or Inflammatory Statements Attributed To Apple's Employees

| Dkt. No. | Document |
|---|---|
| 1303 | Apple's Notice Of Motion And Motion In Limine No. 3: Exclude Irrelevant And/Or Inflammatory Statements Attributed To Apple's Employees |

| Dkt. No. | Document |
|---|---|
| 1317 | Apple's Memorandum In Support Of Its Motion In Limine No. 3: Exclude Irrelevant And/Or Inflammatory Statements Attributed To Apple's Employees<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 2/14/23]* |
| 1303-2 | Declaration of Nora Passamaneck In Support Of Apple's Motion In Limine No. 3: Exclude Irrelevant And/Or Inflammatory Statements Attributed To Apple's Employees |
| 1317-1 to 1317-7 | Exhibits 1, 2, and 4-8 to the Declaration of Nora Passamaneck In Support Of Apple's Motion In Limine No. 3: Exclude Irrelevant And/Or Inflammatory Statements Attributed To Apple's Employees<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 2/14/23]* |
| 1303-5 and 1303-11 | Exhibits 3 and 9 to the Declaration of Nora Passamaneck In Support Of Apple's Motion In Limine No. 3: Exclude Irrelevant And/Or Inflammatory Statements Attributed To Apple's Employees |
| 1303-12 | [Proposed] Order Granting Apple's Motion In Limine No. 3: Exclude Irrelevant And/Or Inflammatory Statements Attributed To Apple's Employees |

### 4. Apple's Motion In Limine No. 4: Exclude Unlawful Confidentiality Provisions Of Employee Agreements

| Dkt. No. | Document |
|---|---|
| 1306 | Apple's Notice Of Motion And Motion In Limine No. 4: Exclude Unlawful Confidentiality Provisions Of Employee Agreements |

| Dkt. No. | Document |
|---|---|
| 1318 | Apple's Memorandum In Support Of Its Motion In Limine No. 4: Exclude Unlawful Confidentiality Provisions Of Employee Agreements<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 2/14/23]* |
| 1306-2 | Declaration of Nora Passamaneck In Support Of Apple's Motion In Limine No. 4: Exclude Unlawful Confidentiality Provisions Of Employee Agreements |
| 1318-1 to 1318-10 | Exhibits 1-10 to the Declaration of Nora Passamaneck In Support Of Apple's Motion In Limine No. 4: Exclude Unlawful Confidentiality Provisions Of Employee Agreements<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 2/14/23]* |
| 1303-13 | [Proposed] Order Granting Apple's Motion In Limine No. 4: Exclude Unlawful Confidentiality Provisions Of Employee Agreements |

Dated:     February 16, 2023         Respectfully submitted,

> MARK D. SELWYN
> AMY K. WIGMORE
> JOSHUA H. LERNER
> SARAH R. FRAZIER
> NORA Q.E. PASSAMANECK
> THOMAS G. SPRANKLING
> WILMER CUTLER PICKERING HALE AND DORR LLP
>
> BRIAN A. ROSENTHAL
> GIBSON, DUNN & CRUTCHER LLP
>
> KENNETH G. PARKER
> HAYNES AND BOONE, LLP

1  
2  
By: */s/ Mark D. Selwyn*  
Mark D. Selwyn

3  
4  
*Attorneys for Defendant Apple Inc.*

5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28