Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar. No. 285908)
kendall.loebbaka@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.

[Counsel appearances continues on next page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION *IN LIMINE* NO. 4: "EXCLUDE UNLAWFUL CONFIDENTIALITY PROVISIONS OF EMPLOYEE AGREEMENTS"**<br><br>Date:       March 13, 2023<br>Time:       1:30 p.m.<br>Location:   Courtroom 10C |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5  Attorneys for Plaintiffs,
   MASIMO CORPORATION AND
6  CERCACOR LABORATORIES, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Adam B. Powell, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court, and counsel of record for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") in the above-captioned action. I have personal knowledge of the matters set forth herein and, if I am called upon to testify, I could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of this Court's Final Judgment (Dkt. No. 605) in *Masimo Corp. v. True Wearables, Inc.*, Case No. 8:18-cv-2001-JVS-JDE.

3. Attached hereto as Exhibit B is a true and correct copy of the redacted Findings of Fact and Conclusions of Law (Dkt. No. 600) in *True Wearables*.

4. Attached hereto as Exhibit C is a true and correct copy of a trial transcript (Dkt. No. 595) from *True Wearables*.

5. Attached hereto as Exhibit D is a true and correct copy of a redacted Amended Memorandum of Decision Including Post-Trial Findings of Fact and Conclusions of Law (Dkt. No. 1026) from *In re: Sotera Wireless, Inc.*, BK No. 16-05968-LT11 (Bankr. S.D. Cal.).

6. Attached hereto as Exhibit E is a true and correct redacted copy of Masimo's Employee Confidentiality Agreement with James Welch, which was cited as Exhibit 85 in the *Sotera* decision above.

7. Attached hereto as Exhibit F is a true and correct copy of a Notice of Compliance (Dkt. No. 606) submitted by Marcelo Lamego in *True Wearables*.

///

///

-1-

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2023 at San Diego, California.

*/s/ Adam B. Powell*

57127029