# EXHIBIT C

1

1

2

3

4                    UNITED STATES DISTRICT COURT

5                  CENTRAL DISTRICT OF CALIFORNIA

6                        SOUTHERN DIVISION

7                             - - -

8        THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

9

          MASIMO CORPORATION, et al.,   )CERTIFIED TRANSCRIPT
10                      Plaintiffs, )
               vs.                   )
11                                   )  SACV-18-02001-JVS
          TRUE WEARABLES, INC., et al., )
12                      Defendants. )  TRIAL DAY 5
          ------------------------------)
13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                  Santa Ana, California

17                   March 22, 2022

18

19                        SHARON A. SEFFENS, RPR
                          United States Courthouse
20                        411 West 4th Street, Suite 1-1053
                          Santa Ana, CA  92701
21                        (714) 543-0870

22

23

24

25

             SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-83-

```
1    APPEARANCES OF COUNSEL:

2    For the Plaintiffs:

3    JOSEPH R. RE
     STEPHEN C. JENSEN
4    BRIAN CHRISTOPHER CLAASEN
     IRFAN LATEEF
5    JEREMY ANAPOL
     KNOBBE MARTENS OLSON & BEAR, LLP
6    2040 Main Street, 14th Floor
     Irvine, CA  92614
7    (949) 760-0404

8    MARK D. KACHNER
     KNOBBE MARTENS OLSON & BEAR, LLP
9    1925 Century Park East, Suite 600
     Los Angeles, CA  90067
10   (310) 551-3450

11   For the Defendants:

12   PETER A. GERGELY
     MERCHANT & GOULD, PC
13   767 Third Avenue, Suite 23C
     New York, NY  10017
14   (212) 223-6520

15   PAIGE S. STRADLEY
     MERCHANT & GOULD, PC
16   150 South Fifth Street, Suite 2200
     Minneapolis, MN  55402
17   (612) 332-5300

18   RYAN J. FLETCHER
     KRISTEN M. GEARY
19   MERCHANT & GOULD, PC
     1801 California Street, Suite 3300
20   Denver, CO  80202
     (303) 357-1670
21
     SCOTT P. SHAW
22   MERCHANT & GOULD, PC
     611 Wilshire Boulevard, Suite 808
23   Los Angeles, CA  90017
     (303) 357-1670
24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-84-

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 4 of 115   Page ID
#:133340
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 3 of 114   Page ID
#:39170

3

```
 1

 2

 3                      I-N-D-E-X

 4

 5   PLAINTIFFS' REBUTTAL
     WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS
 6
     JAMES MCNAMES            50
 7   JOSEPH KIANI             50      76        87         94

 8   PLAINTIFFS'
     EXHIBITS:                             MARKED    RECEIVED
 9
     (None)
10
     DEFENSE
11   WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS

12   CHRISTOPHER DAFT
      (Continued)                      7
13   NIKOLAUS BAER            8         9
     ROBERT STONE             9        10       30         39
14   THOMAS GOLDSTEIN        41
     MARK PEDIGO             42
15   LARISSA LAMEGO          44        45
     MATTHEW PAUL            46        47
16
     DEFENSE
17   EXHIBITS:                             MARKED    RECEIVED

18   (None)

19

20

21

22

23

24

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-85-**

4

```
 1   SANTA ANA, CALIFORNIA; TUESDAY, MARCH 22, 2022; 9:02 A.M.

 2            THE CLERK:  Calling Item 1, SACV-18-01002-JVS,

 3   Masimo Corporation, et al, versus True Wearables,

 4   Incorporated, et al.

 5            MR. RE:  Good morning, Your Honor.  For the

 6   plaintiffs Masimo and Cercacor, Joseph Re from the law firm

 7   of Knobbe Martens.  With me are my partners Stephen Jensen,

 8   Brian Claassen, Irfan Lateef, Mark Kachner, and the CEO of

 9   Masimo and Cercacor, Joe Kiani.

10            THE COURT:  Good morning.

11            MR. GERGELY:  Good morning, Your Honor.  Peter

12   Gergely from Merchant & Gould representing the defendants.

13   With me today are Ryan Fletcher, Scott Shaw, Paige Stradley,

14   and Kristen Geary.

15            THE COURT:  Good morning.

16            Anything before we resume the testimony?

17            MR. RE:  Yes, Your Honor.  I wanted to clarify

18   about a post-trial briefing schedule.  I don't think we are

19   at agreement.  I propose that all the papers be submitted 28

20   days from today, four weeks, if that's okay, April 19 --

21   closing brief, revised findings of fact and conclusions of

22   law, and an opposition brief to that motion to strike.

23            THE COURT:  We are just going to have one round of

24   briefing.  I think that's sufficient.

25            MR. RE:  That's what I contemplated, all filed on
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-86-**

5

| | | |
|---|---|---|
| 09:03 | 1 | the same day, April 19th. |
| 09:03 | 2 | THE COURT:  Mr. Gergely. |
| 09:03 | 3 | MR. GERGELY:  Your Honor, what we proposed was |
| 09:03 | 4 | that we submit simultaneous proposed findings of fact and |
| 09:03 | 5 | conclusions of law updated with the trial transcripts as |
| 09:03 | 6 | well as the post-trial brief 28 days after Your Honor rules |
| 09:03 | 7 | on objections to declarations and exhibits, just so we know |
| 09:03 | 8 | what's in the record before we brief. |
| 09:03 | 9 | THE COURT:  I'm not going to rule on the |
| 09:03 | 10 | objections until I issue the final order.  There are |
| 09:03 | 11 | thousands of objections.  Not infrequently in summary |
| 09:04 | 12 | judgment motions I indicate that I have overruled the |
| 09:04 | 13 | objection as to any evidence that I have cited and accepted |
| 09:04 | 14 | and decline to rule on all the rest as being unnecessary. |
| 09:04 | 15 | I'm likely to do the same here.  One thing I |
| 09:04 | 16 | probably will do, I will go back with respect to the experts |
| 09:04 | 17 | and the 701, 702, 703 objections.  I'm likely to deal with |
| 09:04 | 18 | those.  But the thousands of objections, no. |
| 09:04 | 19 | MR. GERGELY:  Your Honor, what we propose is that |
| 09:04 | 20 | instead of 28 days, that the 50-page brief and then the |
| 09:04 | 21 | updated findings be submitted instead of four weeks after |
| 09:04 | 22 | today, six weeks just to give the parties a little bit more |
| 09:04 | 23 | time. |
| 09:04 | 24 | THE COURT:  That's fine.  I mean, I don't want to |
| 09:04 | 25 | let this get away from either you and me, but I want to give |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-87-**

6

| 09:05 | 1 | you enough time.  There is a rather large record. |
| 09:05 | 2 | MR. GERGELY:  And then in terms of oral argument, |
| 09:05 | 3 | it's obviously up to Your Honor's schedule, but we were |
| 09:05 | 4 | thinking maybe 28 days thereafter. |
| 09:05 | 5 | THE COURT:  That would be fine.  Let me just see |
| 09:05 | 6 | where it works out on my personal calendar.  I'm going to be |
| 09:05 | 7 | gone the last week of May and the first week of June. |
| 09:05 | 8 | Anything else? |
| 09:05 | 9 | MR. RE:  One other item. |
| 09:05 | 10 | MR. KACHNER:  To clear up the transcript, there |
| 09:05 | 11 | has been certain items placed under seal in the public |
| 09:05 | 12 | version and certain items that have been in the public |
| 09:05 | 13 | version that need to go under seal.  We have discussed this |
| 09:05 | 14 | with opposing counsel and the court reporter.  We'd like to |
| 09:05 | 15 | work that out and get a schedule to submit corrections. |
| 09:05 | 16 | THE COURT:  That's fine. |
| 09:05 | 17 | MR. KACHNER:  Do you have a schedule that you'd |
| 09:05 | 18 | like us to work with? |
| 09:05 | 19 | THE COURT:  I understand this problem just relates |
| 09:06 | 20 | to Friday's transcript.  Is there more than that? |
| 09:06 | 21 | MR. KACHNER:  I think it's beyond just Friday. |
| 09:06 | 22 | THE COURT:  A week from today. |
| 09:06 | 23 | MR. KACHNER:  And one other item.  We have worked |
| 09:06 | 24 | with opposing counsel.  We have an Excel spreadsheet that |
| 09:06 | 25 | has identification of the exhibits that have been in the |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-88-**

7

| | | |
|---|---|---|
| 09:06 | 1 | witness statements that have been introduced so far plus all |
| 09:06 | 2 | the other exhibits that have been used in court with some |
| 09:06 | 3 | revised objections.  We would like to lodge that with the |
| 09:06 | 4 | Court. |
| 09:06 | 5 | THE COURT:  That's fine. |
| 09:06 | 6 | MR. KACHNER:  May I approach? |
| 09:06 | 7 | THE COURT:  Yes. |
| 09:06 | 8 | Ms. Geary. |
| 09:06 | 9 | MS. GEARY:  Defendants would just like to note for |
| 09:06 | 10 | the record that Exhibit 311-C is not on that exhibit list, |
| 09:06 | 11 | so we can tender that to the Court. |
| 09:06 | 12 | THE COURT:  Okay. |
| 09:06 | 13 | Then we will resume with Dr. Daft. |
| 09:07 | 14 | THE CLERK:  Sir, you are reminded that you are |
| 09:07 | 15 | still under the oath that you took on Friday. |
| 09:07 | 16 | THE WITNESS:  I understand. |
| 09:07 | 17 | CHRISTOPHER DAFT, DEFENSE WITNESS, PREVIOUSLY SWORN |
| 09:07 | 18 | CROSS-EXAMINATION (Continued) |
| 09:07 | 19 | BY MR. JENSEN: |
| 09:07 | 20 | Q    Good morning, Dr. Daft.  I hope you enjoyed your |
| 09:07 | 21 | weekend. |
| 09:07 | 22 | A    Thank you.  I did. |
| 09:07 | 23 | Q    Before we get started, I just wanted to confirm that |
| 09:07 | 24 | since you left the stand on Friday, you have not had any |
| 09:07 | 25 | sort of communications regarding your testimony. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-89-**

8

| | | |
|---|---|---|
| 09:07 | 1 | A    That's absolutely correct. |
| 09:07 | 2 | Q    Thank you. |
| 09:07 | 3 |         MR. JENSEN:  I would like to, Your Honor, continue |
| 09:07 | 4 | trying to make it clear we're going to be talking about the |
| 09:07 | 5 | last two trade secrets today.  I would like to make sure |
| 09:07 | 6 | that the courtroom is sealed and that we're under seal on |
| 09:07 | 7 | the transcript for the remainder of his testimony. |
| 09:07 | 8 |         THE COURT:  Very good. |
| 09:07 | 9 |         Anyone not covered by the protective order will be |
| 09:08 | 10 | excused. |
| 09:08 | 11 |         MR. JENSEN:  Thank you, Your Honor. |
| 09:08 | 12 |         (The following portion was under seal:) |
| 10:59 | 13 |         (End of sealed portion) |
| 09:47 | 14 |         MR. FLETCHER:  Your Honor, defendants call |
| 09:47 | 15 | Mr. Nikolaus Baer. |
| 09:47 | 16 |            NIKOLAUS BAER, DEFENSE WITNESS, SWORN |
| 09:48 | 17 |         THE CLERK:  If you could please state and spell |
| 09:48 | 18 | your first and last name. |
| 09:48 | 19 |         THE WITNESS:  Yes.  Nikolaus Baer, |
| 09:48 | 20 | N-i-k-o-l-a-u-s, B-a-e-r. |
| 09:48 | 21 |         THE CLERK:  Thank you. |
| 09:48 | 22 |         THE COURT:  Mr. Fletcher. |
| 09:48 | 23 |                   DIRECT EXAMINATION |
| 09:48 | 24 | BY MR. FLETCHER: |
| 09:48 | 25 | Q    Good morning, Mr. Baer.  Did you prepare a document |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-90-**

| | | |
|---|---|---|
| 09:48 | 1 | titled declaration of direct testimony of Nikolaus Baer in |
| 09:48 | 2 | this case? |
| 09:48 | 3 | A    Yes. |
| 09:48 | 4 | Q    And is a true and accurate copy of that testimony or |
| 09:48 | 5 | that document sitting in front of you today? |
| 09:48 | 6 | A    Yes. |
| 09:48 | 7 | Q    And do you adopt that declaration as if you had given |
| 09:48 | 8 | that testimony here in court live today? |
| 09:48 | 9 | A    Yes. |
| 09:48 | 10 | MR. FLETCHER:  I pass the witness, Your Honor. |
| 09:48 | 11 | THE COURT:  Mr. Claassen. |
| | 12 | (The following portion was under seal:) |
| 10:59 | 13 | (End of sealed portion) |
| 10:59 | 14 | MR. GERGELY:  Your Honor, we would call our next |
| 11:00 | 15 | witness, Dr. Robert Stone. |
| 11:00 | 16 | ROBERT STONE, DEFENSE WITNESS, SWORN |
| 11:00 | 17 | THE WITNESS:  I affirm. |
| 11:00 | 18 | THE CLERK:  Thank you.  If you will be seated, |
| 11:00 | 19 | please.  And if you will please state and spell your first |
| 11:00 | 20 | and last name. |
| 11:00 | 21 | THE WITNESS:  Robert Stone, R-o-b-e-r-t, |
| 11:00 | 22 | S-t-o-n-e. |
| 11:00 | 23 | DIRECT EXAMINATION |
| 11:00 | 24 | BY MR. GERGELY: |
| 11:01 | 25 | Q    Dr. Stone, there are two notebooks in front of you.  Is |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-91-**

| | | |
|---|---|---|
| 11:01 | 1 | one of those notebooks your declaration concerning |
| 11:01 | 2 | noninfringement that you gave in this case? |
| 11:01 | 3 | A    Yes. |
| 11:01 | 4 | Q    And do you have an edit to make to page 14, paragraph |
| 11:01 | 5 | 46, line 7? |
| 11:01 | 6 | A    Yes, I do. |
| 11:01 | 7 | Q    And what's that edit? |
| 11:01 | 8 | A    There is incorrect reference there.  It says JTX 2839 |
| 11:01 | 9 | through JTX 2840.  It should be simply JTX 245. |
| 11:01 | 10 | Q    Thank you.  And the other notebook in front of you, is |
| 11:01 | 11 | that your declaration concerning obviousness that you gave |
| 11:01 | 12 | in this case? |
| 11:01 | 13 | A    Yes, it is. |
| 11:01 | 14 | Q    Now, other than the one edit you made to the |
| 11:01 | 15 | noninfringement declaration, do you have any other changes |
| 11:01 | 16 | or clarifications you would like to make with respect to |
| 11:02 | 17 | those declarations? |
| 11:02 | 18 | A    No, I do not. |
| 11:02 | 19 | Q    And do you adopt the statements in those declarations |
| 11:02 | 20 | as if you were testifying live in court today? |
| 11:02 | 21 | A    Yes, I do. |
| 11:02 | 22 | MR. GERGELY:  Thank you.  Pass the witness. |
| 11:02 | 23 | THE COURT:  Mr. Re. |
| 11:02 | 24 | CROSS-EXAMINATION |
| 11:02 | 25 | BY MR. RE: |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-92-**

11

| | | |
|---|---|---|
| 11:02 | 1 | Q   Good afternoon, Dr. Stone. |
| 11:02 | 2 | A   Good afternoon.  Or, good morning; isn't it? |
| 11:02 | 3 | Q   Good morning.  Yes. |
| 11:02 | 4 | So you did two statements in this case, right? |
| 11:02 | 5 | A   That's correct. |
| 11:02 | 6 | Q   One on infringement and one relating to validity, |
| 11:02 | 7 | right, of the '848 claim 9? |
| 11:02 | 8 | A   That's correct. |
| 11:02 | 9 | Q   And you offered no opinions at all on any of the trade |
| 11:02 | 10 | secrets at issue in this case, right? |
| 11:02 | 11 | A   That's correct. |
| 11:02 | 12 | Q   I want to explore your background a little bit because |
| 11:02 | 13 | we do know each other for a long time, and I want to explain |
| 11:03 | 14 | that.  Now, you were at Nellcor throughout much of the '80s, |
| 11:03 | 15 | right? |
| 11:03 | 16 | A   Yes. |
| 11:03 | 17 | Q   And you have been an expert for a long time, right? |
| 11:03 | 18 | How long have you been an expert in litigation? |
| 11:03 | 19 | A   Probably starting about 2000.  I don't remember the |
| 11:03 | 20 | exact date. |
| 11:03 | 21 | Q   Do you remember that first case you had in 2000? |
| 11:03 | 22 | A   Yes. |
| 11:03 | 23 | Q   What case was that? |
| 11:03 | 24 | A   That was a case of Masimo versus Nellcor, involving |
| 11:03 | 25 | some patents. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-93-**

12

| 11:03 | 1 | Q   That's a case I tried, right? |
|---|---|---|
| 11:03 | 2 | A   Yes. |
| 11:03 | 3 | Q   And I notice that's not on your CV.  Is there any |
| 11:03 | 4 | reason why you left that off your CV? |
| 11:03 | 5 | A   I was only asked when I originally wrote that CV to do |
| 11:03 | 6 | the cases that were in the past four years.  I didn't go |
| 11:03 | 7 | back that far and I didn't have any records that I could put |
| 11:03 | 8 | on it at that point. |
| 11:03 | 9 | Q   And do you remember the outcome of that Nellcor case? |
| 11:03 | 10 | A   There were two or three Nellcor cases.  I don't recall |
| 11:04 | 11 | the outcome of all of them. |
| 11:04 | 12 | Q   Okay.  You also list in your CV some cases -- you have |
| 11:04 | 13 | been hired, it looks like, a few times by Merchant & Gould, |
| 11:04 | 14 | true? |
| 11:04 | 15 | A   I believe this is the second time.  I don't recall |
| 11:04 | 16 | more.  There may be more.  I don't count cases versus law |
| 11:04 | 17 | firms. |
| 11:04 | 18 | Q   It looks like the very first case you list is an IPR |
| 11:04 | 19 | run by Merchant & Gould, right? |
| 11:04 | 20 | A   I could look at it and see.  Again I haven't reviewed |
| 11:04 | 21 | my CV as to which is first, but I will take your word for |
| 11:04 | 22 | it. |
| 11:04 | 23 | Q   Well, go to your declaration regarding obviousness. |
| 11:04 | 24 | This is not under seal. |
| 11:04 | 25 | And you start on page 4 with your litigation |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-94-**

| | | |
|---|---|---|
| 11:04 | 1 | related experience.  Do you see that?  This is in your CV |
| 11:05 | 2 | which is attached as Exhibit A. |
| 11:05 | 3 | A    Yes.  I have Exhibit A and page 4. |
| 11:05 | 4 | Q    And how far back were you going to list matters on this |
| 11:05 | 5 | résumé? |
| 11:05 | 6 | A    That appears to be -- there are some back as far as |
| 11:05 | 7 | 2014, 2011. |
| 11:05 | 8 | Q    So pretty far back? |
| 11:05 | 9 | A    2011. |
| 11:05 | 10 | Q    Pretty far back but not far back enough to include the |
| 11:05 | 11 | Masimo/Nellcor case? |
| 11:05 | 12 | A    It's as far back as I had immediate records on the |
| 11:05 | 13 | computer that I have. |
| 11:06 | 14 | Q    Okay.  And I see as we go down the list you have a case |
| 11:06 | 15 | against Masimo called:  Type of matter, whistleblower fraud. |
| 11:06 | 16 | Do you see that? |
| 11:06 | 17 | A    I do.  Can you tell me the page? |
| 11:06 | 18 | Q    It's page 6 of Exhibit A of your declaration on |
| 11:06 | 19 | obviousness. |
| 11:06 | 20 | A    Yes, I see that. |
| 11:06 | 21 | Q    And you were adverse to Masimo in that case as well, |
| 11:06 | 22 | right? |
| 11:06 | 23 | A    I was. |
| 11:06 | 24 | Q    And it says:  Status, resolved.  You don't know the |
| 11:06 | 25 | outcome of that case? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-95-

14

| | | |
|---|---|---|
| 11:06 | 1 | A    I was not informed of the outcome.  I've later been |
| 11:06 | 2 | informed of what the outcome was. |
| 11:06 | 3 | Q    What was that? |
| 11:06 | 4 | A    I was told that originally the matter was decided in |
| 11:06 | 5 | favor of the client that I was working for, but it was |
| 11:06 | 6 | reversed on appeal.  That's word of mouth.  I don't know if |
| 11:06 | 7 | it's true or not.  I didn't research it. |
| 11:06 | 8 | Q    Okay.  And I see you have another case against Masimo, |
| 11:06 | 9 | patent infringement, Masimo and Mindray.  Do you remember |
| 11:07 | 10 | that? |
| 11:07 | 11 | A    Yes, I do. |
| 11:07 | 12 | Q    Against Masimo again, right? |
| 11:07 | 13 | A    It was. |
| 11:07 | 14 | Q    You have another case on page 7, Masimo and Phillips. |
| 11:07 | 15 | Do you see that? |
| 11:07 | 16 | A    Yes, I do. |
| 11:07 | 17 | Q    And that one looks like it went to a jury trial, right? |
| 11:07 | 18 | A    Yes. |
| 11:07 | 19 | Q    You say:  Status, settled? |
| 11:07 | 20 | A    Yes. |
| 11:07 | 21 | Q    You were adverse to Masimo in that case? |
| 11:07 | 22 | A    I was. |
| 11:07 | 23 | Q    So this is at least, from my count at least the fifth |
| 11:07 | 24 | time that you have testified and always against Masimo; |
| 11:07 | 25 | isn't that right? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-96-**

15

| | | |
|---|---|---|
| 11:07 | 1 | A    That is correct. |
| 11:07 | 2 | Q    And you have by my count at least 30 years of |
| 11:07 | 3 | experience working with medical devices, right? |
| 11:07 | 4 | A    Closer to 40, but, yes. |
| 11:07 | 5 | Q    Closer to 40.  Okay.  And you were unable to find a |
| 11:08 | 6 | prior-art document with all the features of claim 9 of the |
| 11:08 | 7 | '848, right? |
| 11:08 | 8 | A    That is correct.  I could not find such a document. |
| 11:08 | 9 | Q    In fact, you couldn't find two references in |
| 11:08 | 10 | combination with all the features of claim 9 of the '848, |
| 11:08 | 11 | right? |
| 11:08 | 12 | A    I believe that's correct.  I think I used three instead |
| 11:08 | 13 | of two. |
| 11:08 | 14 | Q    And when you used three, you used the third one or a |
| 11:08 | 15 | fourth one; is that correct? |
| 11:08 | 16 | A    That's correct. |
| 11:08 | 17 | Q    So in your opinion it's at least three references, and |
| 11:08 | 18 | it could be either in combination with the third reference |
| 11:08 | 19 | or the fourth reference; is that right? |
| 11:08 | 20 | A    When it comes to showing the obviousness of something |
| 11:08 | 21 | that I believe that any engineer working with photoelectric |
| 11:09 | 22 | devices would know and them getting actual evidence related |
| 11:09 | 23 | to it because it was so obvious, it was challenging.  So the |
| 11:09 | 24 | answer to your question is:  Correct. |
| 11:09 | 25 | Q    And in paragraph 91 of your witness statement on |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**

**-97-**

| | | |
|---|---|---|
| 11:09 | 1 | obviousness, you say -- you gave the opinion, and I quote, |
| 11:09 | 2 | that it was a known problem that while attached, the sensor |
| 11:09 | 3 | can generate false readings by detecting ambient light even |
| 11:09 | 4 | though the sensor is not in use.  Do you see that? |
| 11:09 | 5 | A    I'm sorry.  Which paragraph? |
| 11:09 | 6 | Q    Paragraph 91. |
| 11:09 | 7 | A    I have observed that movement of the sensor could cause |
| 11:09 | 8 | that, yes. |
| 11:09 | 9 | Q    And in 91 you actually cite the third and fourth |
| 11:09 | 10 | reference.  To clarify for the record, it's Larrabee and |
| 11:10 | 11 | Agnes; isn't that right? |
| 11:10 | 12 | A    Yes. |
| 11:10 | 13 | Q    And your quotation that it was known, you attribute |
| 11:10 | 14 | that to the '848 patent; isn't that correct? |
| 11:10 | 15 | A    Actually I had observed that occasionally a pulse |
| 11:10 | 16 | oximeter could, if the lead was loose and wiggling back and |
| 11:10 | 17 | forth, that it could make a false reading.  So I didn't have |
| 11:10 | 18 | to attribute that.  I actually experienced seeing a false |
| 11:10 | 19 | reading. |
| 11:10 | 20 | Q    Let's look at paragraph 91 of your witness statement. |
| 11:10 | 21 | It begins:  As stated in the '848 patent, it was a known |
| 11:10 | 22 | problem that sensors were kept attached to monitors.  Do you |
| 11:10 | 23 | see that? |
| 11:10 | 24 | A    I see that. |
| 11:10 | 25 | Q    Does the '848 actually state that this was a known |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-98-

17

| | | |
|---|---|---|
| 11:10 | 1 | problem? |
| 11:11 | 2 | A    I don't recall the exact wording. |
| 11:11 | 3 | Q    You did not quote from the '848 patent when you said it |
| 11:11 | 4 | was a known problem that sensors in paragraph 91 of your |
| 11:11 | 5 | statement, correct? |
| 11:11 | 6 | A    I do not have a quotation there.  May I look at the |
| 11:11 | 7 | '848 patent and see if that's exactly what I said there? |
| 11:11 | 8 | Q    Please do.  That's joint Exhibit 419, and you cite |
| 11:11 | 9 | column 2, lines 14 to 16.  You actually intended to cite |
| 11:12 | 10 | lines 26 to 31.  Wouldn't that be correct? |
| 11:12 | 11 | A    Yes. |
| 11:12 | 12 | Q    And there is nothing in those lines that tells the |
| 11:12 | 13 | reader that it was a known problem; is there? |
| 11:12 | 14 | A    Except it says that it occurs. |
| 11:12 | 15 | Q    It occurs.  Okay.  And those are lines, lines 26 to 31, |
| 11:12 | 16 | those are from the summary of the disclosure of the |
| 11:12 | 17 | invention in the '848 patent itself; isn't that right? |
| 11:12 | 18 | A    That's correct. |
| 11:13 | 19 | Q    And in your experience you have personally observed and |
| 11:13 | 20 | witnessed clear covers for pulse oximeter sensors, right? |
| 11:13 | 21 | A    Clear and translucent/semiopaque.  I have witnessed |
| 11:13 | 22 | both. |
| 11:13 | 23 | Q    But you in fact witnessed clear, right? |
| 11:13 | 24 | A    As I said, I have in fact witnessed both clear and |
| 11:13 | 25 | semiopaque. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-99-**

18

| | | |
|---|---|---|
| 11:13 | 1 | Q    And you personally witnessed false readings with clear |
| 11:13 | 2 | covers, right? |
| 11:13 | 3 | A    Yes. |
| 11:13 | 4 | Q    And you suggest attaching the sensor to the patient |
| 11:13 | 5 | before attaching the sensor to the instrument so that false |
| 11:14 | 6 | readings would be a nonissue, right? |
| 11:14 | 7 | A    That's true. |
| 11:14 | 8 | Q    Aside from the parties in this case, you don't know of |
| 11:14 | 9 | anyone else who tried to design sensor covers to solve the |
| 11:14 | 10 | problem of false readings in this scenario when the sensor |
| 11:14 | 11 | is just dangling connected to the monitor? |
| 11:14 | 12 | A    That's correct. |
| 11:14 | 13 | Q    And when you were forming your invalidity opinions, you |
| 11:14 | 14 | actually looked for evidence of how sensors were packaged, |
| 11:14 | 15 | right? |
| 11:14 | 16 | A    I did. |
| 11:14 | 17 | Q    And you searched your own archives of dozens of pulse |
| 11:14 | 18 | oximeters and various sensors, right? |
| 11:14 | 19 | A    I did. |
| 11:14 | 20 | Q    And you even looked on the web to see if you could find |
| 11:15 | 21 | pictures of previous sensors, right? |
| 11:15 | 22 | A    Yes, I did. |
| 11:15 | 23 | Q    And you found sensors with non-opaque covers, right? |
| 11:15 | 24 | A    I found sensors with opaque and non-opaque covers, but |
| 11:15 | 25 | I could not date them prior to the patent. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-100-

19

| | | |
|---|---|---|
| 11:15 | 1 | Q   Is it your testimony that you found sensors with opaque |
| 11:15 | 2 | covers that didn't come from the parties in this case? |
| 11:15 | 3 | A   Semiopaque.  They were translucent and would absorb |
| 11:15 | 4 | some light. |
| 11:15 | 5 | Q   But you could not find opaque covers in your search, |
| 11:15 | 6 | right? |
| 11:15 | 7 | A   Not to my recollection.  If I had, I would have |
| 11:15 | 8 | produced them. |
| 11:15 | 9 | Q   Now, your obviousness opinion relies on a combination |
| 11:15 | 10 | of patents to Sweitzer, Pompei, Larrabee, and/or Agnes, |
| 11:15 | 11 | correct? |
| 11:15 | 12 | A   That's correct. |
| 11:15 | 13 | Q   And Sweitzer is the one that discloses a pulse |
| 11:15 | 14 | oximeter, right? |
| 11:15 | 15 | A   That is correct. |
| 11:15 | 16 | Q   And Pompei discloses a bandage and bandage mounting |
| 11:16 | 17 | system, right? |
| 11:16 | 18 | A   That's correct. |
| 11:16 | 19 | Q   And Larrabee discloses a sensor for detecting blood |
| 11:16 | 20 | used in a blood-washing machine, right? |
| 11:16 | 21 | A   That's correct. |
| 11:16 | 22 | Q   And Agnes discloses a brushless motor with an opaque |
| 11:16 | 23 | sensor cap, right? |
| 11:16 | 24 | A   That's correct. |
| 11:16 | 25 | Q   So let me get this straight.  You relied on a |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-101-**

| | | |
|---|---|---|
| 11:16 | 1 | combination of features from a pulse oximeter, a band-aid |
| 11:16 | 2 | dispenser and mounting system, a blood-washing machine, |
| 11:16 | 3 | and/or a brushless motor, right? |
| 11:16 | 4 | A    Yes, all of which are optical sensors involving a light |
| 11:16 | 5 | source and a photodetector and have the same problems when |
| 11:16 | 6 | it comes to having valid readings versus invalid readings. |
| 11:16 | 7 | Q    And in Sweitzer, though, the emitter does not emit any |
| 11:16 | 8 | light until the sensor is activated, right? |
| 11:17 | 9 | A    That is correct. |
| 11:17 | 10 | Q    And in Sweitzer, Sweitzer does not disclose activating |
| 11:17 | 11 | the sensor before removing the sensor cover, right? |
| 11:17 | 12 | A    That's not entirely true. |
| 11:17 | 13 | Q    Is there any disclosure in Sweitzer to activate the |
| 11:17 | 14 | sensor before peeling off the sheet? |
| 11:17 | 15 | A    Sweitzer has both inductively powered, battery powered, |
| 11:17 | 16 | as well as photoelectric powered and chemically powered |
| 11:17 | 17 | sensors.  It's entirely possible in an inductively powered |
| 11:17 | 18 | or RF powered that it would be activated prior to peeling |
| 11:17 | 19 | off the cover or the sensor. |
| 11:17 | 20 | Q    Let's take a look at your deposition.  Let's go to |
| 11:17 | 21 | page 85, line 9. |
| 11:18 | 22 | A    I'm assuming you are referring to page 85 in the small |
| 11:18 | 23 | numbers? |
| 11:18 | 24 | Q    Yes, in the quadrant, the upper left quadrant probably |
| 11:18 | 25 | in your book, page 85 of your deposition. |

EXHIBIT C
-102-

| | | |
|---|---|---|
| 11:18 | 1 | A    I see it. |
| 11:18 | 2 | Q    You were asked: |
| 11:18 | 3 | "Q    And is there any disclosure in |
| 11:18 | 4 | Sweitzer to activate the sensor before peeling off |
| 11:18 | 5 | sheet 50?" |
| 11:18 | 6 | Do you see that? |
| 11:18 | 7 | A    I see that, and that answer refers to the type that is |
| 11:18 | 8 | activated by that peeling off. |
| 11:18 | 9 | Q    Let me finish. |
| 11:18 | 10 | A    I'm sorry. |
| 11:18 | 11 | Q    You were asked: |
| 11:18 | 12 | "Q    And is there any disclosure in |
| 11:18 | 13 | Sweitzer to activate the sensor before peeling off |
| 11:18 | 14 | sheet 50? |
| 11:18 | 15 | "A    No.  What he says is that you |
| 11:19 | 16 | activate the sensor by peeling off sheet 50, that |
| 11:19 | 17 | that could be the case." |
| 11:19 | 18 | Were you asked those questions and did you give |
| 11:19 | 19 | that answer? |
| 11:19 | 20 | A    I gave that answer. |
| 11:19 | 21 | Q    Okay.  So there is no disclosure in Sweitzer of the |
| 11:19 | 22 | sensor cover still covering the emitter while the sensor is |
| 11:19 | 23 | active, right? |
| 11:19 | 24 | A    There is no direct disclosure of that.  There has to be |
| 11:19 | 25 | an inference when it comes to RFD type power devices. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-103-

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 23 of 115   Page ID
#:133359
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 22 of 114   Page ID
#:39189

22

| 11:19 | 1 | Q    There has to be in inference, is what you said, right? |
| 11:19 | 2 | A    Yes.  A person of skill would know that that's what |
| 11:19 | 3 | happens. |
| 11:19 | 4 | Q    You agree that the combination of Sweitzer and Pompei |
| 11:19 | 5 | does not disclose the last limitation of claim 9, right? |
| 11:19 | 6 | A    Can I read that limitation once again and be sure? |
| 11:19 | 7 | Q    Yes, sure, the part that begins with the cover portion. |
| 11:20 | 8 | You can go to paragraph 90 of your witness statement on |
| 11:20 | 9 | obviousness. |
| 11:20 | 10 | A    I see that. |
| 11:20 | 11 | Q    And you did not render an opinion that Sweitzer and |
| 11:20 | 12 | Pompei disclose the last limitation of claim 9, correct? |
| 11:20 | 13 | A    I believe that's correct. |
| 11:20 | 14 | Q    And that's why you needed Larrabee or Agnes in |
| 11:20 | 15 | combination with Sweitzer and Pompei, right? |
| 11:20 | 16 | A    That's correct. |
| 11:20 | 17 | Q    And Larrabee and Agnes disclose preventing the detector |
| 11:20 | 18 | from receiving external light, right? |
| 11:20 | 19 | A    Yes. |
| 11:20 | 20 | Q    And Larrabee and Agnes do not prevent light from the |
| 11:21 | 21 | sensor source from reaching the photodiode, right? |
| 11:21 | 22 | A    I need to refresh my memory briefly on Larrabee before |
| 11:21 | 23 | I answer that.  If I could take a look. |
| 11:21 | 24 | Q    Take a look. |
| 11:21 | 25 | A    It appears that Larrabee does not use a sensor cover to |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-104-**

| | | |
|---|---|---|
| 11:21 | 1 | prevent light from a source from reaching the photodiode. |
| 11:21 | 2 | Q    Light from the source, okay.  The emitter we call that, |
| 11:21 | 3 | right? |
| 11:21 | 4 | A    That's correct. |
| 11:21 | 5 | Q    Okay.  Let's move on to about the Oxxiom.  In your |
| 11:21 | 6 | opinion tab 2 of the Oxxiom is not a sensor cover because it |
| 11:22 | 7 | is not intended to block light from reaching the detector, |
| 11:22 | 8 | correct? |
| 11:22 | 9 | A    That's correct.  It does just the opposite. |
| 11:22 | 10 | Q    But you never spoke to Dr. Lamego about his intent in |
| 11:22 | 11 | designing tab 2, right? |
| 11:22 | 12 | A    No.  I believe I read a statement from him with regard |
| 11:22 | 13 | to his intent. |
| 11:22 | 14 | Q    Let's take a look.  Dr. Lamego wrote an e-mail.  Is |
| 11:22 | 15 | that what you're referring to? |
| 11:22 | 16 | A    I don't recall at this point. |
| 11:22 | 17 | Q    He did write an e-mail explaining that a transparent |
| 11:22 | 18 | material cannot be used for the cover, correct? |
| 11:22 | 19 | A    I understand that that's -- I accept that that's the |
| 11:22 | 20 | case. |
| 11:22 | 21 | Q    In fact, it's in your book at Exhibit 352 if you want |
| 11:22 | 22 | to look at it. |
| 11:22 | 23 | A    I'm sorry.  Which book? |
| 11:23 | 24 | Q    Your infringement book -- or noninfringement book in |
| 11:23 | 25 | your case, the white books. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-105-**

| | | |
|---|---|---|
| 11:23 | 1 | A    I'm sorry.  I don't see a tab for 352. |
| 11:23 | 2 | Q    Then look at my book, the one I gave you, the black |
| 11:23 | 3 | one.  And it's on the screen if you want to use the screen |
| 11:23 | 4 | instead. |
| 11:24 | 5 | A    I see that. |
| 11:24 | 6 | Q    Do you see the e-mail? |
| 11:24 | 7 | A    I see the e-mail. |
| 11:24 | 8 | Q    And do you see the middle e-mail where Marcelo Lamego |
| 11:24 | 9 | is writing to Jason A. Zajac, VP of sales at MBK Tape |
| 11:24 | 10 | Solutions in Chatsworth, California.  Do you see that? |
| 11:24 | 11 | A    Yes. |
| 11:24 | 12 | Q    And Dr. Lamego in the middle e-mail on the first page |
| 11:24 | 13 | of Exhibit 352, he specifically states that he "prefers a |
| 11:24 | 14 | tape that is opaque for technical reasons (for both the |
| 11:24 | 15 | device cover and skin contact)."  Do you see that? |
| 11:24 | 16 | A    Yes. |
| 11:24 | 17 | Q    And in your opinion tab 2 serves two purposes:  To |
| 11:24 | 18 | protect the adhesive and to provide a contrasting background |
| 11:25 | 19 | for the printed label, correct? |
| 11:25 | 20 | A    I see that, yes.  And that's my opinion. |
| 11:25 | 21 | Q    But you don't know, sir, you don't know whether |
| 11:25 | 22 | protecting the adhesive is one of the technical reasons |
| 11:25 | 23 | mentioned by Dr. Lamego to use an opaque cover instead of a |
| 11:25 | 24 | transparent cover; do you? |
| 11:25 | 25 | A    No.  I know that from 40 years of experience with |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-106-**

| 11:25 | 1 | stick-on adhesive sensors. |
| 11:25 | 2 | Q    But a transparent cover would also protect the |
| 11:25 | 3 | adhesive, right? |
| 11:25 | 4 | A    Yes, it would. |
| 11:25 | 5 | Q    So protecting the adhesive cannot be the technical |
| 11:25 | 6 | reason to use an opaque cover instead of a transparent one, |
| 11:25 | 7 | correct? |
| 11:25 | 8 | A    That's apparently the case. |
| 11:25 | 9 | Q    So you also don't know from Dr. Lamego whether |
| 11:25 | 10 | providing a contrasting background for the printed label is |
| 11:25 | 11 | one of the technical reasons mentioned by him in |
| 11:25 | 12 | Exhibit 352; do you? |
| 11:26 | 13 | A    I don't recall where I saw that information provided, |
| 11:26 | 14 | but I recall it.  I still believe that that's the case. |
| 11:26 | 15 | Q    But you don't know that from Dr. Lamego; do you? |
| 11:26 | 16 | A    I don't recall exactly where I got that information. |
| 11:26 | 17 | Q    And you understand that the Oxxiom works by measuring |
| 11:26 | 18 | reflective emitter light, right? |
| 11:26 | 19 | A    Diffusely reflective emitter light.  That's correct. |
| 11:26 | 20 | Q    And on page 18 of your witness statement on |
| 11:26 | 21 | noninfringement, you illustrate the emitter light reflecting |
| 11:26 | 22 | back to the detector; don't you? |
| 11:26 | 23 | A    I'm sorry.  I'm in the wrong -- yes, being diffusely |
| 11:26 | 24 | scattered back to it. |
| 11:26 | 25 | Q    Right.  Paragraph 59 of your statement of |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-107-**

26

| | | |
|---|---|---|
| 11:27 | 1 | noninfringement, correct? |
| 11:27 | 2 | A    That is correct. |
| 11:27 | 3 | Q    And tab 2 blocks that reflective emitter light from |
| 11:27 | 4 | reaching the detector, right? |
| 11:27 | 5 | A    No.   Tab 2 actually scatters light back to the |
| 11:27 | 6 | reflector. |
| 11:27 | 7 | Q    Does tab 2 block the reflective emitter light from |
| 11:27 | 8 | reaching the detector so that it does not provide readings, |
| 11:27 | 9 | right? |
| 11:27 | 10 | A    No. |
| 11:27 | 11 | Q    But you didn't test that; did you? |
| 11:27 | 12 | A    Actually, yes, I did. |
| 11:27 | 13 | Q    Well, I want you to take a look at your deposition. |
| 11:27 | 14 | And actually if you look at page 161 of your deposition, |
| 11:28 | 15 | line 19.  And you were asked at line 19 -- do you have it? |
| 11:28 | 16 | A    I do. |
| 11:28 | 17 | Q    Okay. |
| 11:28 | 18 |         "Q    You didn't test that? |
| 11:28 | 19 |         "A    No, but it turns out that |
| 11:28 | 20 |     Mr. Goldberg tested a similar thing.  He put the |
| 11:28 | 21 |     device into the operational mode, put tab 2 back |
| 11:28 | 22 |     on, and then attempted to do physiological |
| 11:28 | 23 |     readings and could not get sufficient light back |
| 11:28 | 24 |     to take the reading.  So I believe that, as I |
| 11:28 | 25 |     said, it's not going to make a significant |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-108-

27

| | | |
|---|---|---|
| 11:28 | 1 | difference. |
| 11:28 | 2 | "Q    I'm sorry.  I think you're saying |
| 11:28 | 3 | that Mr. Goldberg tested the sensor with and |
| 11:28 | 4 | without tab 2.  And then when tab 2 was applied, |
| 11:28 | 5 | the sensor would not provide readings; is that |
| 11:28 | 6 | right? |
| 11:28 | 7 | "A    It would not provide readings. |
| 11:29 | 8 | That's correct. |
| 11:29 | 9 | "Q    Is that because tab 2 is blocking the |
| 11:29 | 10 | light from being received by the detector? |
| 11:29 | 11 | "A    The amount of return light received |
| 11:29 | 12 | by the detector was not sufficient." |
| 11:29 | 13 | Did I read it correctly? |
| 11:29 | 14 | A   All that was true at the time.  I have since tested it |
| 11:29 | 15 | and found that it is not true myself. |
| 11:29 | 16 | Q   But that's not in your testimony about your own tests, |
| 11:29 | 17 | correct? |
| 11:29 | 18 | A   My own -- that was true at the time. |
| 11:29 | 19 | Q   Okay.  Now, in your opinion, when the Oxxiom is used as |
| 11:29 | 20 | directed, tab 2 will never prevent the detector from |
| 11:29 | 21 | receiving light when the sensor is active, right? |
| 11:29 | 22 | A   That's correct. |
| 11:29 | 23 | Q   And as used as directed, you mean following each step, |
| 11:29 | 24 | step by step in the user guide in order, right? |
| 11:30 | 25 | A   That is what I intended. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-109-**

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 29 of 115   Page ID
#:133365
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 28 of 114   Page ID
#:39195

28

| | | |
|---|---|---|
| 11:30 | 1 | Q   But you know that users do not always follow the guide |
| 11:30 | 2 | step by step, right? |
| 11:30 | 3 | A   That's true. |
| 11:30 | 4 | Q   And earlier we were discussing some wired pulse |
| 11:30 | 5 | oximeter sensors with clear covers that you personally |
| 11:30 | 6 | witnessed making false readings, right? |
| 11:30 | 7 | A   Yes. |
| 11:30 | 8 | Q   And for those sensors the false readings would occur |
| 11:30 | 9 | when the sensors were plugged into an oximeter and left |
| 11:30 | 10 | hanging by a hospital bed, right? |
| 11:30 | 11 | A   That's correct, which is not possible to do on the |
| 11:30 | 12 | Oxxiom sensor. |
| 11:30 | 13 | Q   And you know that nurses and doctors were instructed |
| 11:30 | 14 | how to use those devices? |
| 11:30 | 15 | A   Yes. |
| 11:30 | 16 | Q   And those instructions would never suggest letting the |
| 11:30 | 17 | device hang or dangle by the hospital bed, right? |
| 11:30 | 18 | A   They don't suggest that. |
| 11:30 | 19 | Q   There is no direction to plug in the pulse oximeter |
| 11:30 | 20 | sensor and use it in that fashion, right? |
| 11:30 | 21 | A   That's correct. |
| 11:30 | 22 | Q   And if those sensors had been used as directed, they |
| 11:31 | 23 | would not have generated those false readings, right? |
| 11:31 | 24 | A   Not in the initial installation. |
| 11:31 | 25 | Q   And you agree that the basis for the invention of the |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-110-**

29

| | | |
|---|---|---|
| 11:31 | 1 | '848 was to address this particular problem when users are |
| 11:31 | 2 | using the devices contrary to the instructions, right? |
| 11:31 | 3 | A    That's what is apparently the case. |
| 11:31 | 4 | Q    And you are aware of the fact that Mr. Kiani testified |
| 11:31 | 5 | exactly to that effect in this trial, right? |
| 11:31 | 6 | A    I did not hear Mr. Kiani's testimony. |
| 11:31 | 7 | Q    And going back to the Oxxiom, there is nothing that |
| 11:31 | 8 | actually prevents the user from pairing the Oxxiom with the |
| 11:31 | 9 | IOS device before removing Tab 2, right? |
| 11:31 | 10 | A    That is correct. |
| 11:31 | 11 | Q    In fact, you saw a True Wearables video that |
| 11:31 | 12 | demonstrates the use and how to scan the barcode to pair the |
| 11:32 | 13 | device before removing Tab 2, right? |
| 11:32 | 14 | A    I believe that's correct. |
| 11:32 | 15 | Q    And you cited to that in your report at JTX 136.  Does |
| 11:32 | 16 | that sound right? |
| 11:32 | 17 | A    I don't have the references memorized.  If you point me |
| 11:32 | 18 | to it, I will look at it and see if that's right. |
| 11:32 | 19 | Q    Okay.  And what a user takes the Oxxiom off, nothing |
| 11:32 | 20 | prevents the user from reapplying Tab 2, right? |
| 11:32 | 21 | A    Nothing unless he has thrown it away when he first took |
| 11:32 | 22 | it off. |
| 11:32 | 23 | Q    So how long is it supposed to last, the Oxxiom Tab 2? |
| 11:32 | 24 | A    I believe it's approximately 24 hours. |
| 11:32 | 25 | Q    And it costs 40, 50, 60 bucks; doesn't it? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-111-

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 31 of 115   Page ID
#:133367
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 30 of 114   Page ID
#:39197

30

| | | |
|---|---|---|
| 11:32 | 1 | A    I think in groups it's around $35 for some of them, but |
| 11:32 | 2 | that's about right.  I'll accept that. |
| 11:32 | 3 | Q    So $35 a day it would cost, right? |
| 11:32 | 4 | A    Yes. |
| 11:32 | 5 | Q    And suppose someone puts it on and decides to take a |
| 11:33 | 6 | shower.  Wouldn't they take it off? |
| 11:33 | 7 | A    Yes. |
| 11:33 | 8 | Q    And wouldn't it be natural for the user to cover up the |
| 11:33 | 9 | adhesive? |
| 11:33 | 10 | A    I would cover the adhesive with something to keep it |
| 11:33 | 11 | from getting contaminated. |
| 11:33 | 12 | Q    And wouldn't it be natural to use Tab 2 that fits |
| 11:33 | 13 | exactly in that right spot? |
| 11:33 | 14 | A    Then it's a small piece.  I would have thrown it away. |
| 11:33 | 15 | Q    And Mr. Goldberg in fact put Tab 2 back on and showed |
| 11:33 | 16 | that Tab 2 blocks readings, right? |
| 11:33 | 17 | A    I believe he did, yes. |
| 11:33 | 18 | Q    In fact, you put Tab 2 back on after you had paired it, |
| 11:33 | 19 | right? |
| 11:33 | 20 | A    Yes. |
| 11:33 | 21 |         MR. RE:  I have no further questions, Your Honor. |
| 11:33 | 22 |         THE COURT:  Mr. Gergely. |
| 11:33 | 23 |                 REDIRECT EXAMINATION |
| 11:33 | 24 | BY MR. GERGELY: |
| 11:33 | 25 | Q    Dr. Goldberg's experiment that he described in his |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-112-**

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 32 of 115   Page ID
#:133368
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 31 of 114   Page ID
#:39198

31

| | | |
|---|---|---|
| 11:34 | 1 | declaration where he put Tab 2 back on the device, was he |
| 11:34 | 2 | demonstrating that no light was -- excuse me, that a portion |
| 11:34 | 3 | of the light from the emitter was being blocked by the cover |
| 11:34 | 4 | from reaching the detector?  Is that what he was |
| 11:34 | 5 | demonstrating? |
| 11:34 | 6 | A    I'm not sure what he was trying to demonstrate, but |
| 11:34 | 7 | when he put it back on, he was actually getting more light |
| 11:34 | 8 | back to it than he was with the cover off unless he had |
| 11:34 | 9 | something in the -- |
| 11:34 | 10 | Q    Sir, in your understanding was Dr. Goldberg actually |
| 11:34 | 11 | shining ambient light onto the detector with the cover on |
| 11:34 | 12 | and the cover off? |
| 11:34 | 13 | A    Yes. |
| 11:34 | 14 | Q    And, sir, in your opinion does that demonstrate that |
| 11:34 | 15 | the alleged cover Tab 2 is blocking a portion of the light |
| 11:34 | 16 | from the emitter from reaching the detector? |
| 11:34 | 17 | A    No. |
| 11:34 | 18 | Q    What is it showing? |
| 11:35 | 19 | A    Actually I'm not sure what he was trying to show |
| 11:35 | 20 | because he was measuring a voltage at the input to an |
| 11:35 | 21 | amplifier whose input is a virtual short circuit.  And even |
| 11:35 | 22 | knowing what the impedence of it is requires knowing what |
| 11:35 | 23 | its particular gain is. |
| 11:35 | 24 | It's a programmable gain amplifier.  So he showed |
| 11:35 | 25 | he had a tiny little signal without showing the etiology of |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-113-**

32

| | | |
|---|---|---|
| 11:35 | 1 | that signal, where did it come from.  It's a worthless |
| 11:35 | 2 | experiment when it comes to looking at the input to a |
| 11:35 | 3 | trans-impedance amplifier with programmable gain and |
| 11:35 | 4 | programmable feedback.  I'm sorry this is gibberish, but |
| 11:35 | 5 | it's an electrical engineering fundamental. |
| 11:35 | 6 | Q    Sir, you understand that claim 9 requires the cover |
| 11:35 | 7 | block at least a portion of light from one or more emitters |
| 11:35 | 8 | of the pulse oximeter sensor from being received by the |
| 11:35 | 9 | detector of the pulse oximeter sensor, correct? |
| 11:35 | 10 | A    That's correct. |
| 11:35 | 11 | Q    And in the Oxxiom device is the emitter and the |
| 11:35 | 12 | detector side by side? |
| 11:35 | 13 | A    They are side by side in their own individual cavities |
| 11:36 | 14 | separated by an opaque barrier. |
| 11:36 | 15 | Q    Sir, is that like two rooms? |
| 11:36 | 16 | A    Yes. |
| 11:36 | 17 | Q    And is there a wall between the two rooms? |
| 11:36 | 18 | A    Yes, there is. |
| 11:36 | 19 | Q    So if the device is put into standby mode such that |
| 11:36 | 20 | it's emitting green light or if it's put into operational |
| 11:36 | 21 | mode such that it's emitting red light, if Tab 2 is off, |
| 11:36 | 22 | what is preventing the light from the emitter from reaching |
| 11:36 | 23 | the detector? |
| 11:36 | 24 | A    That wall is preventing it. |
| 11:36 | 25 | Q    So the vertical wall in the middle? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-114-**

33

| | | |
|---|---|---|
| 11:36 | 1 | A    That's correct. |
| 11:36 | 2 | Q    So, sir, if there is a room next door to me and there |
| 11:36 | 3 | is obviously a vertical wall here and I pretend I'm an |
| 11:36 | 4 | emitter and I'm emitting light, what prevents the light from |
| 11:37 | 5 | the emitter from reaching the detector in the next room? |
| 11:37 | 6 | A    It's not going in that direction, and there is nothing |
| 11:37 | 7 | reflecting it over there. |
| 11:37 | 8 | Q    Now, sir, the Oxxiom device Tab 2, what color is that |
| 11:37 | 9 | material? |
| 11:37 | 10 | A    It's white. |
| 11:37 | 11 | Q    And how would you describe that to the Court?  What |
| 11:37 | 12 | type of property does it have? |
| 11:37 | 13 | A    Most all-white pigments are generated either by |
| 11:37 | 14 | something called titanium dioxide or a cellulosic fiber. |
| 11:37 | 15 | They're actually clear and they scatter light, not absorbing |
| 11:37 | 16 | any but simply scattering diffusely so that it looks the |
| 11:37 | 17 | same from all directions. |
| 11:37 | 18 | Q    So is it fair to say it's a reflective cover? |
| 11:37 | 19 | A    Yes, it is. |
| 11:37 | 20 | Q    Sir, when you put a reflective cover, which is Tab 2, |
| 11:37 | 21 | back on the device in either standby or operational mode, is |
| 11:38 | 22 | that Tab 2 preventing a portion of the light from the |
| 11:38 | 23 | emitter from reaching the detector? |
| 11:38 | 24 | A    No.  It's doing just the opposite.  It's causing a |
| 11:38 | 25 | portion of the light from the emitter to go back to the |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-115-

34

| | | |
|---|---|---|
| 11:38 | 1 | detector. |
| 11:38 | 2 | Q   Sir, back to my room analogy.  If I am the emitter |
| 11:38 | 3 | standing in this room and there is a detector in the next |
| 11:38 | 4 | room with a vertical wall between us, if a reflective cover |
| 11:38 | 5 | is put over those two rooms, what is that reflective cover |
| 11:38 | 6 | doing? |
| 11:38 | 7 | A   It reflects some of the light over to the other room. |
| 11:38 | 8 | Q   Is it blocking a portion of the light from the emitter |
| 11:38 | 9 | from reaching the detector? |
| 11:38 | 10 | A   No.  It's causing a portion of the light to reach the |
| 11:38 | 11 | detector. |
| 11:38 | 12 | Q   Now, sir, have you seen some Masimo devices? |
| 11:38 | 13 | A   Yes. |
| 11:38 | 14 | Q   And what color is the cover on the Masimo device? |
| 11:39 | 15 | A   Black. |
| 11:39 | 16 | Q   And what is the significant difference between a black |
| 11:39 | 17 | cover and the True Wearables Tab 2 which is reflective in |
| 11:39 | 18 | your opinion? |
| 11:39 | 19 | A   Reflective reflects the light that is impinged on it. |
| 11:39 | 20 | Black absorbs light that is impinging upon it. |
| 11:39 | 21 | Q   So would the Masimo cover which is black block a |
| 11:39 | 22 | portion of the light from the emitter from reaching the |
| 11:39 | 23 | detector? |
| 11:39 | 24 | A   Certainly. |
| 11:39 | 25 | Q   In your opinion does the True Wearables Tab 2, if it's |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-116-**

35

| | | |
|---|---|---|
| 11:39 | 1 | placed back on the device, prevent a portion of the light |
| 11:39 | 2 | from the emitter from reaching the detector? |
| 11:39 | 3 | A    No. |
| 11:39 | 4 | Q    Sir, if you want the Oxxiom device to stop reading or |
| 11:39 | 5 | making alarms in operational mode, how do you do that? |
| 11:39 | 6 | A    The only effective way of doing that is either to |
| 11:39 | 7 | unpair it from the device that's readout, to close the app |
| 11:40 | 8 | so it's not working, or to go into the app and turn off the |
| 11:40 | 9 | alarms. |
| 11:40 | 10 | Q    And, sir, if you use the Oxxiom device with Tab 2 back |
| 11:40 | 11 | on it, is it still capable of making physiological |
| 11:40 | 12 | measurements? |
| 11:40 | 13 | A    It's capable of doing it on me. |
| 11:40 | 14 | Q    And have you tested that? |
| 11:40 | 15 | A    Yes, I have. |
| 11:40 | 16 | Q    And can you demonstrate that to the Court. |
| 11:40 | 17 | A    I can. |
| 11:40 | 18 |     THE WITNESS:  I'm going to apply it as instructed, |
| 11:40 | 19 | Your Honor, only with the cover in place. |
| 11:40 | 20 |     MR. RE:  Your Honor, I believe you have the |
| 11:40 | 21 | doctor's report and testimony. |
| 11:41 | 22 |     MR. GERGELY:  You asked him about it on cross. |
| 11:41 | 23 |     MR. RE:  This demonstration has never been done |
| 11:41 | 24 | before that he's talking about right now.  It's brand new, |
| 11:41 | 25 | obviously post.  He has already admitted he's done some |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-117-**

36

| | | |
|---|---|---|
| 11:41 | 1 | testing post. He's obviously done some work after he did |
| 11:41 | 2 | his report and testimony. |
| 11:41 | 3 | MR. GERGELY: Mr. Re opened the door on this. |
| 11:41 | 4 | THE COURT: Overruled. |
| 11:41 | 5 | BY MR. GERGELY: |
| 11:41 | 6 | Q   First of all, Dr. Stone, for the record can you |
| 11:41 | 7 | describe what you are doing right now. |
| 11:41 | 8 | A   So I have merely placed the sensor on my finger and |
| 11:41 | 9 | wrapped it with the supplied wrapping material. It's gone |
| 11:42 | 10 | from a motion artifact to now reading 91 percent, heart rate |
| 11:42 | 11 | of 112 beats per minute, and shows a physiological wave form |
| 11:42 | 12 | coming from my finger. |
| 11:42 | 13 | Q   Is that with tab 2 on the device? |
| 11:42 | 14 | A   It is. Now it's reading 96 percent, which is my normal |
| 11:42 | 15 | oxygen saturation. |
| 11:42 | 16 | Q   Thank you, sir. Now, with respect to Mr. Re's |
| 11:42 | 17 | questions concerning obviousness, in the Sweitzer device |
| 11:42 | 18 | does that likewise have an emitter and a detector side by |
| 11:42 | 19 | side? |
| 11:42 | 20 | A   Yes. |
| 11:42 | 21 | Q   And the cover in the Sweitzer device, is that an opaque |
| 11:42 | 22 | cover? |
| 11:42 | 23 | A   In at least one embodiment of the Sweitzer device, it's |
| 11:42 | 24 | an opaque cover where Sweitzer describes using a |
| 11:42 | 25 | photovoltaic source to power the device. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-118-**

37

| | | |
|---|---|---|
| 11:43 | 1 | Q    And, sir, Sweitzer also discloses a power source from |
| 11:43 | 2 | the outside of the device.  I think you described it RF |
| 11:43 | 3 | power? |
| 11:43 | 4 | A    That is correct, RF or inductive. |
| 11:43 | 5 | Q    Does it also disclose a conventional battery? |
| 11:43 | 6 | A    Yes, it does. |
| 11:43 | 7 | Q    And, sir, in either of those embodiments, is the |
| 11:43 | 8 | Sweitzer device capable of being powered on when that opaque |
| 11:43 | 9 | cover is not on? |
| 11:43 | 10 | A    Yes.  And just as the -- as was asked previously, the |
| 11:43 | 11 | user could have kept that and put it back on.  If taking it |
| 11:43 | 12 | off is what activated, the user could have put it back on |
| 11:43 | 13 | after he activated if he took the sensor off. |
| 11:43 | 14 | Q    And, sir, there was a question with respect to Pompei. |
| 11:43 | 15 | What does Pompei show? |
| 11:44 | 16 | A    Can I take a quick look at the patent? |
| 11:44 | 17 | Q    Sure. |
| 11:44 | 18 | A    Can you give me the number? |
| 11:44 | 19 | Q    It's 415 in the obviousness notebook. |
| 11:44 | 20 | A    Pompei is using bandage handistrips. |
| 11:44 | 21 | Q    And is that to enable the cover to be just pulled off |
| 11:44 | 22 | easier? |
| 11:44 | 23 | A    Yes.  It's evidence that stick-on medical devices have |
| 11:44 | 24 | had tabs that allow the pull-off of the adhesive protector |
| 11:44 | 25 | for many, many years. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-119-**

38

| | | |
|---|---|---|
| 11:44 | 1 | Q    And is that a simple design choice? |
| 11:44 | 2 | A    It's a very simple design choice. |
| 11:44 | 3 | Q    Now, you were also asked questions with respect to |
| 11:44 | 4 | Larrabee and Agnes, correct? |
| 11:44 | 5 | A    That's correct. |
| 11:44 | 6 | Q    What are the teachings or Larrabee or Agnes that you're |
| 11:44 | 7 | using to apply to the Sweitzer/Pompei combination? |
| 11:45 | 8 | A    Larrabee once again is a physiologic sensor looking at |
| 11:45 | 9 | blood and analyzing, if I get it right.  Pardon me.  Right. |
| 11:45 | 10 |       And Agnes is using an optical sensor to |
| 11:45 | 11 | demonstrate the attenuation of light that can be done with a |
| 11:45 | 12 | cover over the sensor against external light.  But knowing |
| 11:45 | 13 | to put opaque devices whenever one wishes to truly stop |
| 11:45 | 14 | light from going from either an outside source or, in Agnes |
| 11:45 | 15 | case, from an internal source. |
| 11:45 | 16 | Q    Would it be obvious to combine those four references? |
| 11:45 | 17 | A    Yes, it is.  As I said, having taught engineering and |
| 11:45 | 18 | sensors for a long time, all of these concepts are well |
| 11:45 | 19 | known to any person skilled in the art.  These are just |
| 11:46 | 20 | patents that show that others know it in all sorts of |
| 11:46 | 21 | fields. |
| 11:46 | 22 | Q    And would a person of ordinary skill in the art have a |
| 11:46 | 23 | reasonable expectation of success in doing so to arrive at |
| 11:46 | 24 | claim 9? |
| 11:46 | 25 | A    Absolutely. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C
-120-**

39

| | | |
|---|---|---|
| 11:46 | 1 | MR. GERGELY:  Pass the witness. |
| 11:46 | 2 | THE COURT:  Mr. Re. |
| 11:46 | 3 | MR. RE:  Yes. |
| 11:46 | 4 | RECROSS-EXAMINATION |
| 11:46 | 5 | BY MR. RE: |
| 11:46 | 6 | Q    I thought we had agreement that Sweitzer does not say |
| 11:46 | 7 | that the cover can be opaque. |
| 11:46 | 8 | A    As I said, at the time he does not state it explicitly. |
| 11:46 | 9 | But when he uses a photovoltaic source to power the device, |
| 11:46 | 10 | it would be powered whenever light was up on it if he did |
| 11:46 | 11 | not use an opaque cover. |
| 11:46 | 12 | Q    How do we know?  Are we talking the bottom of the |
| 11:46 | 13 | device or the top of the device when you pull and activate |
| 11:46 | 14 | it to air? |
| 11:46 | 15 | A    He only talks about one sensor cover. |
| 11:46 | 16 | Q    But somebody who really wanted it to be opaque was |
| 11:46 | 17 | Dr. Lamego, right? |
| 11:46 | 18 | A    Dr. Lamego wanted it to be opaque. |
| 11:47 | 19 | Q    And you never asked Dr. Lamego:  Why do you want it to |
| 11:47 | 20 | be opaque for technical reasons?  Is that right? |
| 11:47 | 21 | A    I did not. |
| 11:47 | 22 | Q    Let me ask you something.  That device that you opened |
| 11:47 | 23 | up, what's inside the tape? |
| 11:47 | 24 | A    Which tape? |
| 11:47 | 25 | Q    Well, you had some tape and you were doing something |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-121-**

40

| | | |
|---|---|---|
| 11:47 | 1 | for the first time that I had never seen before.  What was |
| 11:47 | 2 | that device you had? |
| 11:47 | 3 | A    It was Oxxiom sensor. |
| 11:47 | 4 | Q    Yeah.  What is in the Oxxiom? |
| 11:47 | 5 | A    With Tab 2 on it never having been removed. |
| 11:47 | 6 | Q    What else was in the package? |
| 11:47 | 7 | A    There was a roll of a stretchable tape. |
| 11:47 | 8 | Q    What else comes with it? |
| 11:47 | 9 | A    A card to be scanned. |
| 11:47 | 10 | Q    What else comes with it? |
| 11:47 | 11 | A    I don't recall what else is in the package at the |
| 11:47 | 12 | moment. |
| 11:47 | 13 | Q    Doesn't a headband come with it? |
| 11:47 | 14 | A    When you say headband, that's what I was using. |
| 11:47 | 15 | Q    Pull out what's inside that tape. |
| 11:47 | 16 | A    (Witness complies.) |
| 11:47 | 17 | Q    Yeah.  What's that? |
| 11:48 | 18 | A    That's a headband. |
| 11:48 | 19 | Q    And what is that headband for? |
| 11:48 | 20 | A    To hold it against the scalp. |
| 11:48 | 21 | Q    And when you used the tape, you were certain to apply a |
| 11:48 | 22 | certain amount of pressure against the finger; didn't you? |
| 11:48 | 23 | A    I didn't apply any pressure.  I simply wrapped the tape |
| 11:48 | 24 | in the ordinary fashion. |
| 11:48 | 25 | Q    But you at the time of your deposition when you wrote |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-122-**

| | | |
|---|---|---|
| 11:48 | 1 | these statements, you told us that you had done no such |
| 11:48 | 2 | experiment as you did here in court, right? |
| 11:48 | 3 | A    That is correct. |
| 11:48 | 4 | MR. RE:  I have no further questions, Your Honor. |
| 11:48 | 5 | THE COURT:  Sir, you may be excused.  Thank you. |
| 11:49 | 6 | MR. FLETCHER:  May we approach the bench, Your |
| 11:49 | 7 | Honor? |
| 11:49 | 8 | Defendants call Dr. Thomas Goldstein. |
| 11:50 | 9 | MR. CLAASSEN:  Your Honor, the subject matter of |
| 11:50 | 10 | his testimony is going to involve Masimo and Cercacor trade |
| 11:50 | 11 | secrets. |
| 11:50 | 12 | THE COURT:  All right.  We will clear the |
| 11:50 | 13 | courtroom then. |
| 11:50 | 14 | (Courtroom cleared) |
| 11:50 | 15 | THOMAS GOLDSTEIN, DEFENSE WITNESS, SWORN |
| 11:50 | 16 | THE CLERK:  If you would please state and spell |
| 11:50 | 17 | your first and last name. |
| 11:50 | 18 | THE WITNESS:  My name is Thomas Goldstein. |
| 11:50 | 19 | T-h-o-m-a-s is the first name.  The last is |
| 11:50 | 20 | G-o-l-d-s-t-e-i-n. |
| 11:50 | 21 | THE COURT:  Mr. Fletcher. |
| 11:50 | 22 | MR. FLETCHER:  Thank you, Your Honor. |
| 11:50 | 23 | (The following portion was under seal:) |
| 01:32 | 24 | (End of sealed portion) |
| 01:32 | 25 | THE COURT:  Would you call your next witness. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-123-**

42

| | | |
|---|---|---|
| 01:32 | 1 | Mr. Shaw. |
| 01:33 | 2 | MR. SHAW:  Thank you, Your Honor. |
| 01:33 | 3 | We call Mark Pedigo. |
| 01:33 | 4 | THE COURT:  Sir, would you raise your right hand. |
| 01:33 | 5 | MARK PEDIGO, DEFENSE WITNESS, SWORN |
| 01:33 | 6 | THE COURT:  Please be seated and state your first |
| 01:33 | 7 | and last name and spell your last name, please. |
| 01:33 | 8 | THE WITNESS:  Mark Pedigo, P-e-d-i-g-o. |
| 01:33 | 9 | DIRECT EXAMINATION |
| 01:33 | 10 | BY MR. SHAW: |
| 01:33 | 11 | Q    Good afternoon, Mr. Pedigo. |
| 01:34 | 12 | A    Good afternoon. |
| 01:34 | 13 | Q    The binder that's in front of you contains a |
| 01:34 | 14 | declaration for Mark Pedigo.  Do you see that? |
| 01:34 | 15 | A    I do. |
| 01:34 | 16 | Q    And that's a declaration that you signed on March 2nd? |
| 01:34 | 17 | A    Yes. |
| 01:34 | 18 | Q    And is there anything that you would want to add or |
| 01:34 | 19 | clarify in this declaration that may not be in there? |
| 01:34 | 20 | A    Yes. |
| 01:34 | 21 | Q    What is that? |
| 01:34 | 22 | A    After I had submitted this declaration, a few days |
| 01:34 | 23 | later I noticed that -- I missed it before.  I noticed in |
| 01:34 | 24 | Mr. Pinsonneault's declaration he had referenced a |
| 01:34 | 25 | confidential offering memorandum that I was not aware of. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-124-**

| | | |
|---|---|---|
| 01:35 | 1 | So I looked at it, and then I saw Dr. Lamego's testimony in |
| 01:35 | 2 | November of last year that covered that, that talked about |
| 01:35 | 3 | that memorandum.  And that's it. |
| 01:35 | 4 | Q    What did you learn from Dr. Lamego's testimony about |
| 01:35 | 5 | it? |
| 01:35 | 6 | A    That it was a draft, that no funds were ever raised |
| 01:35 | 7 | with it, and it was never sent to any investors. |
| 01:35 | 8 | Q    After learning that, did that change any of the |
| 01:35 | 9 | opinions you offered in your statement here? |
| 01:35 | 10 | A    No. |
| 01:35 | 11 | Q    And with that clarification, do you adopt this |
| 01:35 | 12 | statement as your direct testimony as if it was given orally |
| 01:35 | 13 | in this action? |
| 01:35 | 14 | A    Yes. |
| 01:35 | 15 |          MR. SHAW:  Pass the witness, Your Honor. |
| 01:35 | 16 |          MR. KACHNER:  No questions, Your Honor. |
| 01:35 | 17 |          THE COURT:  Okay.  Very good.  Sir, you may step |
| 01:35 | 18 | down.  Thank you. |
| 01:35 | 19 |          THE WITNESS:  Thank you, Your Honor. |
| 01:35 | 20 |          THE COURT:  Thank you for coming in. |
| 01:35 | 21 |          THE WITNESS:  Shall I take this with me? |
| 01:36 | 22 |          THE COURT:  Well, why don't you give it to |
| 01:36 | 23 | Mr. Claassen. |
| 01:36 | 24 |          THE WITNESS:  Okay. |
| 01:36 | 25 |          THE COURT:  Ms. Geary. |

**EXHIBIT C**
**-125-**

44

| | | |
|---|---|---|
| 01:36 | 1 | MS. GEARY:  Your Honor, defendants call Larissa |
| 01:36 | 2 | Lamego. |
| 01:36 | 3 | LARISSA LAMEGO, DEFENSE WITNESS, SWORN |
| 01:36 | 4 | THE COURT:  Please state your first and last name |
| 01:37 | 5 | and spell your first and last name. |
| 01:37 | 6 | THE WITNESS:  My first name is Larissa, spelled |
| 01:37 | 7 | L-a-r-i-s-s-a.  And then my last name is Lamego, spelled |
| 01:37 | 8 | L-a-m-e-g-o. |
| 01:37 | 9 | THE COURT:  Okay. |
| 01:37 | 10 | Ms. Geary. |
| 01:37 | 11 | DIRECT EXAMINATION |
| 01:37 | 12 | BY MS. GEARY: |
| 01:37 | 13 | Q    Good afternoon, Ms. Lamego.  Does the binder in front |
| 01:37 | 14 | of you contain a written declaration you prepared in this |
| 01:37 | 15 | case? |
| 01:37 | 16 | A    Yes. |
| 01:37 | 17 | Q    And have you reviewed that declaration recently? |
| 01:37 | 18 | A    Yes. |
| 01:37 | 19 | Q    Do you have any changes or corrections to make to that |
| 01:37 | 20 | today? |
| 01:37 | 21 | A    No, I do not. |
| 01:37 | 22 | Q    Do you adopt that declaration as your direct testimony |
| 01:37 | 23 | as if you were testifying live today in court? |
| 01:37 | 24 | A    Yes, I do. |
| 01:37 | 25 | MS. GEARY:  Pass the witness. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C -126-**

45

| | | |
|---|---|---|
| 01:37 | 1 | THE COURT:  Mr. Lateef. |
| 01:37 | 2 | CROSS-EXAMINATION |
| 01:37 | 3 | BY MR. LATEEF: |
| 01:38 | 4 | Q    Good afternoon, Ms. Lamego. |
| 01:38 | 5 | A    Good afternoon. |
| 01:38 | 6 | Q    Your degree is in communications, right? |
| 01:38 | 7 | A    Correct.  I have a degree in communications with a |
| 01:38 | 8 | concentration in public relations, and a minor in |
| 01:38 | 9 | Portuguese. |
| 01:38 | 10 | Q    And are you pursuing a graduate degree as well? |
| 01:38 | 11 | A    Yes.  I'm a student at Georgetown University pursuing a |
| 01:38 | 12 | Master's Degree in Public Relations and Corporate |
| 01:38 | 13 | Communications. |
| 01:38 | 14 | Q    And you do not have any degree in engineering, correct? |
| 01:38 | 15 | A    I do not. |
| 01:38 | 16 | Q    Okay.  And you were not involved in developing any of |
| 01:38 | 17 | the algorithms in the Oxxiom; is that correct? |
| 01:38 | 18 | A    That is correct. |
| 01:38 | 19 | Q    And you don't know the details of how the Oxxiom |
| 01:38 | 20 | algorithms work; is that correct? |
| 01:38 | 21 | A    That is correct. |
| 01:38 | 22 | Q    And you are not aware of any of the trade secrets of |
| 01:38 | 23 | Masimo or Cercacor involved in this case; is that correct? |
| 01:38 | 24 | A    I am not aware of any of those. |
| 01:39 | 25 | MR. LATEEF:  We have no further questions. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-127-**

46

| | | |
|---|---|---|
| 01:39 | 1 | MS. GEARY:  We have no further questions. |
| 01:39 | 2 | THE COURT:  You may step down.  Thank you. |
| 01:39 | 3 | THE WITNESS:  Thank you.  Have a great day, |
| 01:39 | 4 | everybody. |
| 01:39 | 5 | THE COURT:  Would you call your next witness, |
| 01:39 | 6 | please. |
| 01:39 | 7 | MS. STRADLEY:  The defendants call Mathew Paul. |
| 01:39 | 8 | MATHEW PAUL, DEFENSE WITNESS, SWORN |
| 01:40 | 9 | THE CLERK:  If you will be seated, please. |
| 01:40 | 10 | Please state and spell your first and last name. |
| 01:40 | 11 | THE WITNESS:  Mathew, M-a-t-h-e-w, Paul, P-a-u-l. |
| 01:40 | 12 | DIRECT EXAMINATION |
| 01:40 | 13 | BY MS. STRADLEY: |
| 01:40 | 14 | Q    Mr. Paul, did you prepare a declaration of Mathew Paul |
| 01:40 | 15 | on behalf of defendants that you signed on March 2nd, 2022? |
| 01:40 | 16 | A    Yes. |
| 01:40 | 17 | Q    Is that what is in the binder in front of you? |
| 01:40 | 18 | A    Yes. |
| 01:40 | 19 | Q    And do you adopt that declaration as your testimony |
| 01:40 | 20 | here today? |
| 01:40 | 21 | A    Yes. |
| 01:40 | 22 | MS. STRADLEY:  Pass the witness. |
| 01:41 | 23 | MR. ANAPOL:  Good afternoon, Your Honor.  My name |
| 01:41 | 24 | is Jeremy Anapol, J-e-r-e-m-y, A-n-a-p-o-l. |
| 01:41 | 25 | May I approach to give Mr. Paul a binder? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-128-**

47

| | | |
|---|---|---|
| 01:41 | 1 | THE COURT:  You may. |
| 01:41 | 2 | (Document handed to the witness) |
| 01:41 | 3 | CROSS-EXAMINATION |
| 01:41 | 4 | BY MR. ANAPOL: |
| 01:41 | 5 | Q    Good afternoon, Mr. Paul. |
| 01:41 | 6 | A    Good afternoon. |
| 01:41 | 7 | Q    The witness statement that you just adopted, you |
| 01:41 | 8 | cooperated with counsel for True Wearables to prepare that, |
| 01:42 | 9 | correct? |
| 01:42 | 10 | A    That's correct. |
| 01:42 | 11 | Q    And in the binder that my colleague just handed you, |
| 01:42 | 12 | there is another witness statement.  Have you read that one? |
| 01:42 | 13 | A    Yes. |
| 01:42 | 14 | Q    And do you adopt that one also? |
| 01:42 | 15 | A    Yes. |
| 01:42 | 16 | Q    And you understand that Masimo and Cercacor submitted |
| 01:42 | 17 | that witness statement to the Court on February 25th, 2022, |
| 01:42 | 18 | correct? |
| 01:42 | 19 | A    Yes, I believe so. |
| 01:42 | 20 | Q    Why don't you flip to the last page, page 12, and you |
| 01:42 | 21 | can look at the date next to your signature. |
| 01:42 | 22 | A    (Witness complies.)  Yes.  That's right. |
| 01:42 | 23 | Q    So you see the date February 25th, 2022, correct? |
| 01:42 | 24 | A    Yes. |
| 01:42 | 25 | Q    And that was before the witness statement you prepared |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-129-

48

| | | |
|---|---|---|
| 01:42 | 1 | for True Wearables, correct? |
| 01:42 | 2 | A    Yes. |
| 01:43 | 3 | Q    You had five days between the witness statement you |
| 01:43 | 4 | prepared for True Wearables and the witness statement that's |
| 01:43 | 5 | in front of you in the black binder, correct? |
| 01:43 | 6 | A    I believe so, yes. |
| 01:43 | 7 | Q    And this February witness statement is in |
| 01:43 | 8 | question-and-answer format, correct? |
| 01:43 | 9 | A    Yes. |
| 01:43 | 10 | Q    You understand that these questions and answers are |
| 01:43 | 11 | taken from your deposition in this matter, correct? |
| 01:43 | 12 | A    That's right. |
| 01:43 | 13 | Q    You never spoke directly with anybody from Masimo or |
| 01:43 | 14 | Cercacor in preparing this witness statement in the black |
| 01:43 | 15 | binder, correct? |
| 01:43 | 16 | A    Yes.  That's right. |
| 01:43 | 17 | Q    Your lawyer, Hannah Cannom, who is in the courtroom |
| 01:43 | 18 | today, interacted with Masimo and Cercacor's lawyers on this |
| 01:43 | 19 | statement, correct? |
| 01:43 | 20 | A    Correct. |
| 01:43 | 21 |         MR. ANAPOL:  Pass the witness, Your Honor. |
| 01:43 | 22 |         MS. STRADLEY:  No questions, Your Honor. |
| 01:44 | 23 |         THE COURT:  Okay. |
| 01:44 | 24 |         Sir, you may step down.  Thank you. |
| 01:44 | 25 |         MR. GERGELY:  Your Honor, I'm sorry.  We have no |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-130-**

49

| | | |
|---|---|---|
| 01:45 | 1 | further witnesses. |
| 01:45 | 2 | THE COURT:  Okay.  Do you rest? |
| 01:45 | 3 | MR. GERGELY:  Yes. |
| 01:45 | 4 | THE COURT:  Then for the record, your having heard |
| 01:45 | 5 | Mr. Paul, do you rest as well, Mr. Re? |
| 01:45 | 6 | MR. RE:  No, Your Honor.  We have two witnesses |
| 01:45 | 7 | for rebuttal. |
| 01:45 | 8 | THE COURT:  But do you rest your case-in-chief? |
| 01:45 | 9 | MR. RE:  Yes, we rest our case-in-chief.  In view |
| 01:45 | 10 | of the deposition testimony that's been submitted, we have |
| 01:45 | 11 | no further witnesses other than two for rebuttal.  We rest |
| 01:45 | 12 | our case-in-chief. |
| 01:45 | 13 | THE COURT:  Okay.  I think there are two witnesses |
| 01:45 | 14 | who were not presented.  Isadora Lamego was not presented. |
| 01:45 | 15 | MR. GERGELY:  She was.  Isadora Lamego is |
| 01:45 | 16 | Dr. Lamego's other daughter.  She did testify. |
| 01:45 | 17 | THE COURT:  Okay. |
| 01:45 | 18 | Who do you want to call, Mr. Re -- Mr. Claassen? |
| 01:46 | 19 | MR. CLAASSEN:  Your Honor, Masimo calls Dr. James |
| 01:46 | 20 | McNames. |
| 01:46 | 21 | THE COURT:  Okay.  Do you want to make an offer of |
| 01:46 | 22 | proof? |
| 01:46 | 23 | MR. CLAASSEN:  Yes, Your Honor. |
| 01:46 | 24 | (The following portion was under seal:) |
| 01:46 | 25 | (End of sealed portion) |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-131-**

50

| | | |
|---|---|---|
| 01:46 | 1 | MR. GERGELY:  Your Honor, that was in his direct |
| 01:46 | 2 | testimony.  He could have covered it in his direct case. |
| 01:46 | 3 | THE COURT:  The record was directly responsive. |
| 01:46 | 4 | Overruled. |
| 01:46 | 5 | JAMES MCNAMES, PLAINTIFFS' REBUTTAL WITNESS, SWORN |
| 01:47 | 6 | THE CLERK:  If you will please and state and spell |
| 01:47 | 7 | your first and last name. |
| 01:47 | 8 | THE WITNESS:  James McNames, J-a-m-e-s, |
| 01:47 | 9 | M-c-N-a-m-e-s. |
| 01:47 | 10 | (The following portion was under seal:) |
| 01:53 | 11 | (End of sealed portion) |
| 01:53 | 12 | MR. RE:  At this time we would like to call our |
| 01:53 | 13 | last witness, Joe Kiani. |
| 01:53 | 14 | JOSEPH KIANI, PLAINTIFFS' REBUTTAL WITNESS, SWORN |
| 01:53 | 15 | THE CLERK:  If you will please state and spell |
| 01:53 | 16 | your first and last name. |
| 01:53 | 17 | THE WITNESS:  Yes.  My name is Massi Joseph Kiani, |
| 01:53 | 18 | M-a-s-s-i, Joseph, Kiani, K-i-a-n-i. |
| 01:53 | 19 | THE CLERK:  Thank you. |
| 01:53 | 20 | DIRECT EXAMINATION |
| 01:54 | 21 | BY MR. RE: |
| 01:54 | 22 | Q    Mr. Kiani, have you attended the entire trial? |
| 01:54 | 23 | A    Yes, I have. |
| 01:54 | 24 | Q    And you attended this whole trial even though you do |
| 01:54 | 25 | not believe plaintiffs have lost any appreciable sales to |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-132-**

| | | |
|---|---|---|
| 01:54 | 1 | True Wearables; is that right? |
| 01:54 | 2 | A    That is correct. |
| 01:54 | 3 | Q    So even though there is no actual damages being sought |
| 01:54 | 4 | in this case, you still thought it was important enough for |
| 01:54 | 5 | you to come and attend the entire trial? |
| 01:54 | 6 | A    Yes. |
| 01:54 | 7 | Q    Why is that? |
| 01:54 | 8 | A    Well -- |
| 01:54 | 9 | THE COURT:  Let's get down to the essence of this, |
| 01:54 | 10 | Mr. Re. |
| 01:54 | 11 | BY MR. RE: |
| 01:54 | 12 | Q    You heard Mr. Merritt testify that you brought this |
| 01:54 | 13 | case just to send a message to the Cercacor employees.  Did |
| 01:54 | 14 | you hear that? |
| 01:54 | 15 | A    I did. |
| 01:54 | 16 | Q    And is that true? |
| 01:54 | 17 | A    No.  It's not the whole story.  I'm here -- I asked for |
| 01:54 | 18 | this litigation because our intellectual property matters. |
| 01:55 | 19 | It's essential for our survival, and I did not want to see |
| 01:55 | 20 | the trade secrets and intellectual property that was taken |
| 01:55 | 21 | from here fall in the wrong hands like Apple and Medtronic. |
| 01:55 | 22 | And we have 6,000-plus employees, and I don't want |
| 01:55 | 23 | other employees to believe that it's okay to take the trade |
| 01:55 | 24 | secrets when they go anywhere, especially to competitors. |
| 01:55 | 25 | Q    We heard some testimony about Dr. Lamego having fear |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-133-**

| | | |
|---|---|---|
| 01:55 | 1 | based on some reputation that Masimo and Cercacor might have |
| 01:55 | 2 | about suing employees.  Did you hear that testimony? |
| 01:55 | 3 | A    I did. |
| 01:55 | 4 | Q    How many engineers have left Masimo and Cercacor in |
| 01:55 | 5 | your tenure as CEO? |
| 01:55 | 6 | A    Over 400. |
| 01:55 | 7 | Q    And how many lawsuits have you filed, your company |
| 01:55 | 8 | filed, against these former employees for trade secret |
| 01:55 | 9 | misappropriation other than Dr. Lamego? |
| 01:56 | 10 | A    Just one. |
| 01:56 | 11 | Q    And do you remember employee engineers leaving Masimo |
| 01:56 | 12 | and Cercacor who have departed and work for competitive |
| 01:56 | 13 | companies to Masimo and Cercacor? |
| 01:56 | 14 | A    Yes.  I personally know some, like Dave Tobler, Arun |
| 01:56 | 15 | Panch, who went to competitors, some to Dexcom, some to |
| 01:56 | 16 | other companies that had to do with glucose, and some we |
| 01:56 | 17 | lost to Edwards. |
| 01:56 | 18 | Q    And your company has never sued any of them because |
| 01:56 | 19 | they went to competitors, right? |
| 01:56 | 20 | A    No. |
| 01:56 | 21 | Q    You heard Dr. Lamego testify that he started saving |
| 01:56 | 22 | confidential documents to protect himself from as far back |
| 01:56 | 23 | as 2009 because he thought you would come after him if he |
| 01:56 | 24 | left Cercacor.  Did you hear that? |
| 01:56 | 25 | A    I did. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-134-**

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 54 of 115   Page ID
#:133390
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 53 of 114   Page ID
#:39220

53

| | | |
|---|---|---|
| 01:56 | 1 | Q    And you heard him testify that from that point on, |
| 01:57 | 2 | Dr. Lamego thought his relationship with you was not normal? |
| 01:57 | 3 | A    I heard that. |
| 01:57 | 4 | Q    Did you hear that? |
| 01:57 | 5 | A    Yes. |
| 01:57 | 6 | Q    In your view what was your relationship with Dr. Lamego |
| 01:57 | 7 | starting back in 2009 or even earlier or later? |
| 01:57 | 8 | A    Like I said in another case, in the arbitration case, I |
| 01:57 | 9 | truly thought it was a trusting, honest, and positive great |
| 01:57 | 10 | relationship. |
| 01:57 | 11 | Q    And how did you show Dr. Lamego the fact that you were |
| 01:57 | 12 | friendly to him throughout the period in which he was at |
| 01:57 | 13 | Masimo or Cercacor? |
| 01:57 | 14 | A    In numerous ways.  Besides the dinners, the movies we |
| 01:57 | 15 | would go to as families, in the mornings on my way to work, |
| 01:57 | 16 | many times I would reach out to Dr. Lamego or to Steve |
| 01:57 | 17 | Jensen if I knew he was going to come in to Masimo, and ask |
| 01:58 | 18 | him to meet me at that Mexican restaurant Mr. Lamego |
| 01:58 | 19 | mentioned, Rachel's, to have a breakfast burrito and just |
| 01:58 | 20 | chit chat. |
| 01:58 | 21 | Q    And these impromptu breakfasts, did they continue all |
| 01:58 | 22 | the way to the time Dr. Lamego left Cercacor? |
| 01:58 | 23 | A    Yes. |
| 01:58 | 24 | Q    And did you have any suspicion throughout all these |
| 01:58 | 25 | years that Dr. Lamego harbored any negative feelings towards |

**EXHIBIT C**
**-135-**

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 55 of 115   Page ID
#:133391
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 54 of 114   Page ID
#:39221

54

| 01:58 | 1 | you? |

01:58    2    A    No.  I was surprised by what he had to say.

01:58    3    Q    And isn't it true that you would socialize also with

01:58    4    Dr. Lamego and others on the soccer field?

01:58    5    A    Yeah.  We played soccer sometimes.  I remember, in

01:58    6    fact, one of the times Dr. Lamego gave me a gift which was a

01:58    7    book of us playing soccer in 2013.

01:58    8    Q    And that is an Exhibit 2611.  This is the book?

01:58    9    A    Yes.  That's the book he gave me.

01:59    10   Q    And there are pictures, and you know it's 2013, right?

01:59    11   A    Yeah, because Gerry Hammarth is in there, and he joined

01:59    12   us in January 2013.

01:59    13   Q    And there's pictures of various people in this book

01:59    14   playing soccer with you and Dr. Lamego, right?

01:59    15   A    Yes.

01:59    16   Q    And it includes Sean Merritt?

01:59    17   A    Yes.

01:59    18   Q    And Steve Jensen trying to play soccer?

01:59    19   A    He's not too bad.

01:59    20   Q    Okay.  And didn't John Grover play soccer with

01:59    21   Dr. Lamego?

01:59    22   A    Yes, he did, many times.  In fact, he played more than

01:59    23   we did with the team, with the Cercacor team.

01:59    24   Q    And you'd characterize events like the soccer book that

01:59    25   Dr. Lamego gave you as a gift, these were tokens of the

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-136-

| | | |
|---|---|---|
| 01:59 | 1 | camaraderie that you had at Cercacor? |
| 01:59 | 2 | A    Yes, absolutely. |
| 01:59 | 3 | Q    And Cristiano Dalvi is in there as well, right? |
| 01:59 | 4 | A    Yes, he is. |
| 01:59 | 5 | Q    And Jesse Chen? |
| 01:59 | 6 | A    Yes, he is. |
| 01:59 | 7 | Q    I want to talk now about that Chem-5 panel.  Do you |
| 01:59 | 8 | remember some testimony from Dr. Lamego when being |
| 02:00 | 9 | questioned by the Court about the timeline at the end of the |
| 02:00 | 10 | board presentation which is Joint Exhibit 306?  Do you |
| 02:00 | 11 | remember that? |
| 02:00 | 12 | A    I do. |
| 02:00 | 13 | Q    And do you remember when Dr. Lamego said he had given |
| 02:00 | 14 | this type of timeline multiple times and the dates "kept |
| 02:00 | 15 | moving?"  Do you remember that testimony? |
| 02:00 | 16 | A    I do. |
| 02:00 | 17 | Q    Do you agree with Dr. Lamego's testimony? |
| 02:00 | 18 | A    No. |
| 02:00 | 19 | Q    Why? |
| 02:00 | 20 | A    The only time Dr. Lamego gave a testimony, Your Honor, |
| 02:00 | 21 | about going to manufacturing and getting CE mark and having |
| 02:00 | 22 | feasibility, all together, was at that board meeting.  Up |
| 02:00 | 23 | until then he had presented similar-looking feasibility |
| 02:00 | 24 | studies and scatter charts and had even postulated that |
| 02:00 | 25 | maybe one day we'll have a product.  But he would always put |

**EXHIBIT C**
**-137-**

56

02:00  1    a probability of less than 50 percent that would get done.

02:01  2         At this meeting we thought we were done.  He told

02:01  3    the board we were done, and he asked for employees,

02:01  4    additional employees to finish and market the product.

02:01  5    Q    And with regard to that 2013 board presentation, did

02:01  6    you hear Dr. Lamego's testimony that the scatter plots were

02:01  7    like random numbered generators?  Did you hear that?

02:01  8    A    I did.

02:01  9    Q    And he said something to the effect that you don't have

02:01  10   to be an engineer to see that they're not any good.  Do you

02:01  11   remember that?

02:01  12   A    I do.

02:01  13   Q    Could you explain to me whether you agree or disagree

02:01  14   with his testimony that the plots are like random number

02:01  15   generators.

02:01  16   A    I disagree.  In fact, I am happy to show you, but most

02:01  17   of the data, especially the glucose, had good correlation.

02:01  18   Q    Let's take a look at Exhibit 306 so we know exactly

02:02  19   what we're talking about.  I would like you to turn -- if we

02:02  20   can call up, Chris -- turn to page 113892.

02:02  21   A    Yes.  I see it on the screen there, too.

02:02  22   Q    Do you see the scatter plots?

02:02  23   A    Yes, I do.

02:02  24   Q    What parameter do these plots correspond to?

02:02  25   A    This is for glucose, SP glu, and what it shows is after

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-138-**

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 58 of 115   Page ID #:133394
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 57 of 114   Page ID #:39224

57

| | | |
|---|---|---|
| 02:02 | 1 | we take out 30 percent of the patients that we know we |
| 02:02 | 2 | wouldn't calibrate on, we show the test data, the |
| 02:02 | 3 | calibration data, and the overall.  You can see the |
| 02:02 | 4 | correlation is pretty tight. |
| 02:02 | 5 |         I think it's important to know one of the really |
| 02:02 | 6 | wonderful things about this potential product was that after |
| 02:02 | 7 | two weeks when we put this device on people at home that had |
| 02:02 | 8 | diabetes and who would check their glucose daily, and they |
| 02:02 | 9 | put our sensor on noninvasively, that data would come back |
| 02:03 | 10 | to our cloud. |
| 02:03 | 11 |         We would come up with a calibration and either |
| 02:03 | 12 | tell them you're one of the 30 percent that we can't |
| 02:03 | 13 | calibrate on or you're one of the 70 percent that we can. |
| 02:03 | 14 | And by the way, the accuracy on you may be ten milligrams |
| 02:03 | 15 | per deciliter, which is better than anything else that was |
| 02:03 | 16 | out there at the time, or it could be 20 or 30.  But they |
| 02:03 | 17 | would know what our accuracy would be actually on them. |
| 02:03 | 18 | Q   Let's take a look at another set of slides in |
| 02:03 | 19 | Exhibit 324.  It's in your book. |
| 02:03 | 20 |         MR. RE:  Chris, we can call it up? |
| 02:03 | 21 |         THE WITNESS:  Yes, I see it. |
| 02:03 | 22 | BY MR. RE: |
| 02:03 | 23 | Q   What is this document? |
| 02:03 | 24 | A   This is the FDA meeting that Dr. Lamego referred to |
| 02:03 | 25 | that he called a disaster.  This was June 19, 2012.  This is |

EXHIBIT C
-139-

58

| | | |
|---|---|---|
| 02:03 | 1 | a presentation I gave to the FDA when I was there. |
| 02:03 | 2 | Q    This is the meeting Dr. Lamego would not -- refused to |
| 02:03 | 3 | participate in, right? |
| 02:03 | 4 | A    By phone.  After I asked him and he said he didn't need |
| 02:04 | 5 | to come, that it was a waste of their time and they should |
| 02:04 | 6 | work on the product.  Then when I asked him to join by |
| 02:04 | 7 | phone, he refused to join by phone. |
| 02:04 | 8 | Q    Did Sean Merritt participate by phone? |
| 02:04 | 9 | A    In lieu of Dr. Lamego, yes. |
| 02:04 | 10 | Q    Look ahead to page 10, which is the first page with |
| 02:04 | 11 | scatter plots. |
| 02:04 | 12 | A    Yes. |
| 02:04 | 13 | Q    What is this slide? |
| 02:04 | 14 | A    Well, this shows basically our accuracy results or |
| 02:04 | 15 | correlation between glucose and reference similar to the one |
| 02:04 | 16 | this was shown to the board. |
| 02:04 | 17 | Q    Did you show it to the FDA? |
| 02:04 | 18 | A    Yes, we did.  This was presented to the FDA. |
| 02:04 | 19 | Q    Let's go to the next slide.  What is this plot? |
| 02:04 | 20 | A    Well, at the same time, to make our point we showed |
| 02:04 | 21 | Dexcom.  Dexcom is the leading continuous invasive glucose |
| 02:05 | 22 | monitoring system in the marketplace, and we showed that |
| 02:05 | 23 | Dexcom had a similar correlation as we did. |
| 02:05 | 24 | Q    Well, let's put them side by side.  If we can put the |
| 02:05 | 25 | three scatter plots we just looked at, now we can look at |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-140-**

59

| | | |
|---|---|---|
| 02:05 | 1 | them side by side.  What do we see with the scatter plots? |
| 02:05 | 2 | A    That this is not a random number generator.  And if it |
| 02:05 | 3 | is, then so it Dexcom which has been in the market for over |
| 02:05 | 4 | two decades. |
| 02:05 | 5 | Q    And did you say that you anticipated that the data |
| 02:05 | 6 | would get better? |
| 02:05 | 7 | A    That's correct.  In the presentation Dr. Lamego gave to |
| 02:05 | 8 | the board, if you go back to it, there are a couple of pages |
| 02:05 | 9 | that we talk about using the glucose-insulin mirror model to |
| 02:05 | 10 | further improve the accuracy.  That's because people with |
| 02:05 | 11 | diabetes as well as regular people, when they eat, their |
| 02:06 | 12 | glucose goes up.  When they get insulin, their glucose goes |
| 02:06 | 13 | down by various degrees.  And it's more or less repeatable. |
| 02:06 | 14 | So that knowledge we will have it, and after two |
| 02:06 | 15 | weeks of calibration we will know how their body reacts to |
| 02:06 | 16 | glucose and insulin.  So therefore we could use that to |
| 02:06 | 17 | further improve the accuracy that was shown here. |
| 02:06 | 18 | Q    I want you to go to Exhibit 325.  It's the pre-IDE |
| 02:06 | 19 | meeting with the FDA. |
| 02:06 | 20 | A    Yes.  This is the minutes of the meeting, and this was |
| 02:06 | 21 | sent to the FDA by Masimo. |
| 02:06 | 22 | Q    Now, let's take a look.  In the last paragraph on |
| 02:06 | 23 | page 2 in the first sentence, it says:  Courtney indicated |
| 02:06 | 24 | that the feasibility and pilot studies looked good for now. |
| 02:07 | 25 | Do you see that? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-141-**

60

02:07    1    A    I do.

02:07    2    Q    Who is Courtney?

02:07    3    A    Courtney was the director of this division that dealt

02:07    4    with glucose meters -- or noninvasive glucose monitoring in

02:07    5    our case.  So she actually indicated that she thought the

02:07    6    data looked good.

02:07    7    Q    Unlike Dr. Lamego's testimony?

02:07    8    A    Yeah, who said it was a disastrous meeting, yes.

02:07    9    Q    Did you hear -- that demonstrative exhibit I understand

02:07   10    is joint Exhibit 3436 for the record, when I had the plots

02:07   11    shown.

02:07   12           Did you hear Dr. Lamego testify that you were the

02:07   13    one who pushed for the particular five parameters for

02:07   14    license by Masimo?  Did you hear that?

02:07   15    A    I did.

02:07   16    Q    Was that true?

02:07   17    A    No.

02:07   18    Q    And did you hear the testimony from Dr. Lamego that you

02:08   19    had asked Dr. Barker to evaluate as a clinician the value of

02:08   20    the new parameters to Masimo?

02:08   21    A    Yes, I heard him say that.

02:08   22    Q    Whose idea was that?

02:08   23    A    The board's, Masimo's board of directors.  Jack

02:08   24    Klasterson, which was one of Masimo's board of directors,

02:08   25    and I both were on the boards of Masimo and Cercacor.  So

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-142-**

| 02:08 | 1 | because of that potential conflict of interest, the board of |
| 02:08 | 2 | Masimo asked that Dr. Steve Barker look at the 15 parameters |
| 02:08 | 3 | that Cercacor thought it had feasibility on to see which of |
| 02:08 | 4 | those 15, if any, he recommended Masimo to exercise its |
| 02:08 | 5 | rights under our agreement to license those parameters once |
| 02:08 | 6 | they reached feasibility. |
| 02:08 | 7 | Q    With regard to the FDA meeting, did you hear or see |
| 02:08 | 8 | that Dr. Lamego testified -- and I quote -- "the FDA |
| 02:09 | 9 | technical team dismissed Joe Kiani and his team from the FDA |
| 02:09 | 10 | meeting in less than 15 minutes."  Do you recall that? |
| 02:09 | 11 | A    I do. |
| 02:09 | 12 | Q    Any truth to that? |
| 02:09 | 13 | A    No.  We had a really nice meeting, very cordial.  They |
| 02:09 | 14 | were very encouraging.  There has never been a noninvasive |
| 02:09 | 15 | glucose monitor.  Given Masimo's history of innovation, they |
| 02:09 | 16 | were excited that we might create one. |
| 02:09 | 17 | Q    And, in fact, if you go to Exhibit 325, Courtney -- and |
| 02:09 | 18 | by the way, it's Courtney Lias of the FDA? |
| 02:09 | 19 | A    Yes. |
| 02:09 | 20 | Q    And who is Courtney? |
| 02:09 | 21 | A    She's a director of that division that reviews products |
| 02:09 | 22 | for FDA clearance. |
| 02:09 | 23 | Q    And on page ending in 87000, the FDA memo says, and I |
| 02:09 | 24 | quote, "FDA wants to have a noninvasive product in this |
| 02:10 | 25 | field and believes there are benefits they can provide."  Do |

EXHIBIT C
-143-

02:10    1    you remember that statement?

02:10    2    A    I do.

02:10    3    Q    And is this what you mean when you say the FDA was

02:10    4    encouraging you?

02:10    5    A    Absolutely.  And the fact that they liked our

02:10    6    feasibility -- well, I shouldn't say feasibility.  Actually

02:10    7    they liked the preliminary data that we showed them.

02:10    8    Q    And could there be any truth to Dr. Lamego's testimony

02:10    9    that frustration over this FDA meeting was a reason for him

02:10   10    to be upset at you and to leave?

02:10   11    A    No.

02:10   12    Q    You heard Dr. Lamego testify that he was so upset at

02:10   13    this meeting that he thought Cercacor as a company was not

02:10   14    feasible?

02:10   15    A    I heard that.

02:10   16    Q    Any truth to that statement?

02:10   17    A    No, not at all.

02:10   18    Q    Did you hear the testimony about a meeting at Rachel's

02:10   19    with Dr. Lamego after he gave you notice of going to Apple?

02:10   20    Do you remember that?

02:10   21    A    Yeah, Rachel's.

02:11   22    Q    It's called Rachel's?  Okay.  Do you see Exhibit 1369

02:11   23    in your book?

02:11   24    A    Yes.

02:11   25    Q    What is Exhibit 1369?

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-144-

| | | |
|---|---|---|
| 02:11 | 1 | A    That's the meeting that we were going to have at |
| 02:11 | 2 | Rachel's that Marcelo accepted. |
| 02:11 | 3 | Q    What is the date of that? |
| 02:11 | 4 | A    January 16, 2014. |
| 02:11 | 5 | Q    And that's several days after he notified you of his |
| 02:11 | 6 | departure, correct? |
| 02:11 | 7 | A    That's correct. |
| 02:11 | 8 | Q    And did you have meetings with Dr. Lamego after he |
| 02:11 | 9 | notified you of his departure? |
| 02:11 | 10 | A    I did, yes. |
| 02:11 | 11 | Q    Were they in any way hostile? |
| 02:11 | 12 | A    No.  No.  Dr. Lamego assured me he would not do |
| 02:11 | 13 | anything competitive against Masimo or Cercacor and that he |
| 02:11 | 14 | was doing something different, and if Apple ever asked him |
| 02:12 | 15 | to do so, he would leave.  So I had no reason to be upset. |
| 02:12 | 16 | Q    Did you hear the testimony about he said that you were |
| 02:12 | 17 | recording him and trying to have him talk to your lapel? |
| 02:12 | 18 | Did you hear that? |
| 02:12 | 19 | A    I heard that. |
| 02:12 | 20 | Q    Any truth to that? |
| 02:12 | 21 | A    None whatsoever.  I never recorded anybody, nor have I |
| 02:12 | 22 | instructed anyon to ever record anybody. |
| 02:12 | 23 | Q    And did you think there was any reason for you to take |
| 02:12 | 24 | notes of these meetings with Dr. Lamego? |
| 02:12 | 25 | A    No.  There was nothing that I needed to do.  It was a |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-145-**

| | | |
|---|---|---|
| 02:12 | 1 | shame that he was leaving.  I was surprised and shocked and |
| 02:12 | 2 | worried for the future of Cercacor that he was leaving. |
| 02:12 | 3 | But, no. |
| 02:12 | 4 | Q    And did you hear Dr. Lamego's testimony that that night |
| 02:12 | 5 | you called him at home?  Did you hear that? |
| 02:12 | 6 | A    I heard that. |
| 02:12 | 7 | Q    And his wife Tatiana claims she overheard that |
| 02:12 | 8 | conversation on a speakerphone.  Did you hear that |
| 02:12 | 9 | testimony? |
| 02:12 | 10 | A    I heard that. |
| 02:12 | 11 | Q    And Dr. Lamego claims or testified that you said that |
| 02:13 | 12 | you were going to destroy his professional and personal |
| 02:13 | 13 | life.  Do you remember that? |
| 02:13 | 14 | A    I do. |
| 02:13 | 15 | Q    Any truth to that statement? |
| 02:13 | 16 | A    No.  I never said that to a soul. |
| 02:13 | 17 | Q    What was your reaction to his claim that you were going |
| 02:13 | 18 | to destroy his personal and professional life? |
| 02:13 | 19 | A    I was upset because it's a lie, but honestly it |
| 02:13 | 20 | reminded me of a conversation I had with him about what |
| 02:13 | 21 | happened to me at Newport Medical.  So I thought it was just |
| 02:13 | 22 | repeating what I was told 20 years later, 30 years later, |
| 02:13 | 23 | whatever it is. |
| 02:13 | 24 | Q    Speaking of Newport Medical, did you hear some of the |
| 02:13 | 25 | witnesses refer back, Dr. Lamego in particular, analogizing |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-146-

65

| | | |
|---|---|---|
| 02:13 | 1 | his starting of True Wearables being similar to your |
| 02:13 | 2 | starting of Masimo when you left Newport Medical?  Did you |
| 02:13 | 3 | hear that? |
| 02:13 | 4 | A    I heard that. |
| 02:14 | 5 | Q    Tell me briefly why that analogy really is not |
| 02:14 | 6 | appropriate. |
| 02:14 | 7 | A    On multiple fronts.  One is Newport Medical was trying |
| 02:14 | 8 | to make a low-cost conventional pulse oximeter.  I had gone |
| 02:14 | 9 | to them after noticing the motion artifact problems on me -- |
| 02:14 | 10 | because I have low perfusion.  I can easily fool pulse |
| 02:14 | 11 | oximeters during motion -- that I could solve that problem |
| 02:14 | 12 | for them. |
| 02:14 | 13 | They told me no.  They said:  We're not |
| 02:14 | 14 | interested.  Go back and make the low-cost pulse oximeter. |
| 02:14 | 15 | To make a long story short, when I left to start Masimo, I |
| 02:14 | 16 | told them I want to go start Masimo to solve the motion |
| 02:14 | 17 | artifact problem with pulse oximetry, and I asked them for a |
| 02:14 | 18 | release, which they gave me.  In return I gave them back all |
| 02:14 | 19 | the shares, everything they ever gave me, to get that |
| 02:14 | 20 | release. |
| 02:14 | 21 | And I left, by the way, because they got angry at |
| 02:14 | 22 | me when I told the truth, that the project is not going to |
| 02:15 | 23 | be done in a couple of months, that it would take more than |
| 02:15 | 24 | two years to do it.  And they were so upset at me, I got a |
| 02:15 | 25 | call from the CFO at about 9:00 or 10:00 at night at my home |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-147-**

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 67 of 115   Page ID
#:133403
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 66 of 114   Page ID
#:39233

66

| | | |
|---|---|---|
| 02:15 | 1 | to tell me they were going to ruin my life. |
| 02:15 | 2 | And I had told that conversation to Dr. Lamego. |
| 02:15 | 3 | And to hear him repeat it as though I said it to him, I just |
| 02:15 | 4 | don't understand it. |
| 02:15 | 5 | Q   So you were upfront with the people at Newport Medical |
| 02:15 | 6 | about your plans, right? |
| 02:15 | 7 | A   Absolutely. |
| 02:15 | 8 | Q   And you got a release from them, right? |
| 02:15 | 9 | A   Yes, I did, and it was totally different.  There is |
| 02:15 | 10 | nothing similar about how I started Masimo unfortunately |
| 02:15 | 11 | with how Dr. Lamego started this company. |
| 02:15 | 12 | Q   During -- when your company filed suit against |
| 02:15 | 13 | Dr. Lamego, did you have any idea about this whole |
| 02:16 | 14 | contacting Apple and Tim Cook, the e-mail, Exhibit 301? |
| 02:16 | 15 | A   No, I did not. |
| 02:16 | 16 | Q   You just learned that in the course of this case when |
| 02:16 | 17 | the document was made public; isn't that right? |
| 02:16 | 18 | A   Less than a year ago.  By the way, that's the first |
| 02:16 | 19 | time that I felt betrayed when I saw that e-mail that he had |
| 02:16 | 20 | written to Tim Cook. |
| 02:16 | 21 | Q   After this board meeting with the Chem-5 panel, did the |
| 02:16 | 22 | engineers receive some sort of bonus because of their work |
| 02:16 | 23 | presented at the board meeting at Cercacor? |
| 02:16 | 24 | A   Yes.  So besides Masimo thinking we should exercise |
| 02:16 | 25 | some of the rights as Dr. Barker recommended, besides giving |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C
-148-**

| | | |
|---|---|---|
| 02:16 | 1 | the green light to hire more people, we accelerated all the |
| 02:16 | 2 | shares of the engineers at Cercacor as a reward for |
| 02:17 | 3 | completing the project that we weren't sure at the beginning |
| 02:17 | 4 | if we could do it or not, which was noninvasive for glucose. |
| 02:17 | 5 | Q    And when Cercacor is low on money, where does the |
| 02:17 | 6 | funding come from? |
| 02:17 | 7 | A    Mostly me.  We raise it from the investors, but most of |
| 02:17 | 8 | the money, I'm the main investor in Cercacor when we have to |
| 02:17 | 9 | raise money. |
| 02:17 | 10 | Q    And would you ever spend your own money or invest your |
| 02:17 | 11 | money on manufacturing a product that had not been proven to |
| 02:17 | 12 | be feasible? |
| 02:17 | 13 | A    No.  It would be wasteful. |
| 02:17 | 14 | Q    And did you hear Dr. Lamego's testimony regarding your |
| 02:17 | 15 | e-mail asking him to be careful because Apple was poaching |
| 02:17 | 16 | Masimo engineers? |
| 02:17 | 17 | A    Yes. |
| 02:17 | 18 | Q    And how did you obtain the information that Apple was |
| 02:17 | 19 | poaching your engineers? |
| 02:17 | 20 | A    Well, other engineers were getting these kinds of |
| 02:17 | 21 | requests and would let us know either directly or let me |
| 02:17 | 22 | know or tell their manager, let them know that, hey, Apple |
| 02:18 | 23 | is trying to hire us. |
| 02:18 | 24 | Q    And did Dr. Lamego ever so much as intimate to you that |
| 02:18 | 25 | he would not be around to complete the patient-dependent |

**EXHIBIT C**
**-149-**

68

| | | |
|---|---|---|
| 02:18 | 1 | calibration home glucose monitor that was supposed to be |
| 02:18 | 2 | transferred to manufacturing within months? |
| 02:18 | 3 | A    No, never. |
| 02:18 | 4 | Q    You heard Dr. Lamego -- and I'm trying to be brief. |
| 02:18 | 5 | You heard Dr. Lamego make all kinds of personal accusations |
| 02:18 | 6 | about you dealing with everything from his garbage cans to |
| 02:18 | 7 | open mail, whatever.  Was there any truth to any of the |
| 02:18 | 8 | accusations you heard from Dr. Lamego in those personal |
| 02:18 | 9 | accusations? |
| 02:18 | 10 | A    He said many terrible things about me and my family, |
| 02:18 | 11 | and none of them are true.  And I am happy to address each |
| 02:18 | 12 | and every one of them if Your Honor wants me to do so. |
| 02:18 | 13 | Q    No.  That's okay.  If he wants to, he'll ask you. |
| 02:18 | 14 | A    Okay. |
| 02:18 | 15 | Q    Let's move on. |
| 02:18 | 16 |         I would like you to take a look at Exhibit 2997. |
| 02:19 | 17 | A    Yes. |
| 02:19 | 18 | Q    I want you to take a look specifically at 65613.  Does |
| 02:19 | 19 | it look familiar? |
| 02:19 | 20 | A    Yes.  This is something I actually created for Masimo. |
| 02:19 | 21 |         (The following portion was under seal:) |
| 02:19 | 22 |         (End of sealed portion) |
| 02:22 | 23 | BY MR. RE: |
| 02:22 | 24 | Q    Let's move on to another subject.  There was some |
| 02:22 | 25 | questions from the Court to Dr. Goldberg about the purpose |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-150-**

69

| | | |
|---|---|---|
| 02:22 | 1 | of the sensor cover in your patent being when people do not |
| 02:22 | 2 | follow the instructions.  Do you recall that? |
| 02:22 | 3 | A    Yes. |
| 02:22 | 4 | Q    Do you have any testing on your idea about the cover? |
| 02:22 | 5 | A    Yes.  It was mostly my brother's idea, and I had some |
| 02:23 | 6 | thoughts with it that was part of the invention.  But, yes, |
| 02:23 | 7 | our invention, we did test it, and that is a document that I |
| 02:23 | 8 | think is in the records. |
| 02:23 | 9 | Q    Let's take a look and call up Exhibit 1143. |
| 02:23 | 10 | MR. GERGELY:  Object to relevance.  This doesn't |
| 02:23 | 11 | concern the accused product. |
| 02:23 | 12 | MR. RE:  I'm discussing the invention. |
| 02:23 | 13 | THE COURT:  Overruled. |
| 02:23 | 14 | BY MR. RE: |
| 02:23 | 15 | Q    Okay.  Does this document test the efficacy of using |
| 02:23 | 16 | the invention at issue in this patent case? |
| 02:23 | 17 | A    Yes. |
| 02:23 | 18 | Q    Okay.  I wonder if you can explain exactly what is |
| 02:23 | 19 | being shown on page 2 of this test report of Exhibit 1143. |
| 02:23 | 20 | A    Sure.  Section 7.2 and 7.3 are the test results of our |
| 02:23 | 21 | sensor with the release liner that is translucent -- it's |
| 02:24 | 22 | see-through -- versus the one that has the opaque material. |
| 02:24 | 23 | And as you can see, the opaque material is three times |
| 02:24 | 24 | better than the translucent, but it's not perfect.  It still |
| 02:24 | 25 | can sometimes give a measurement when the sensor is used |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-151-**

| | | |
|---|---|---|
| 02:24 | 1 | inappropriately.  In this case they give a low oxygen |
| 02:24 | 2 | saturation measurement which causes a false alarm. |
| 02:24 | 3 | Q    So it takes it from approximately six percent to about |
| 02:24 | 4 | two percent, is what I'm seeing? |
| 02:24 | 5 | A    Yes. |
| 02:24 | 6 | Q    So it's not zero, right? |
| 02:24 | 7 | A    It's not zero, and that's why what Mr. Stone was |
| 02:24 | 8 | showing earlier did not surprise me, because I can -- so |
| 02:24 | 9 | what Dr. Stone showed is that if you -- |
| 02:25 | 10 |      MR. GERGELY:  Your Honor, I object and move to |
| 02:25 | 11 | strike.  He is now testifying as an expert concerning |
| 02:25 | 12 | Stone's demonstration concerning the accused product and |
| 02:25 | 13 | trying to analogize it back to Masimo's product when it was |
| 02:25 | 14 | invented, and they're two different products.  So it is |
| 02:25 | 15 | expert testimony.  It's not proper. |
| 02:25 | 16 |      THE COURT:  Mr. Re. |
| 02:25 | 17 |      MR. RE:  This is testing that was actually done at |
| 02:25 | 18 | Masimo, scientific testing about the use of the opaque cover |
| 02:25 | 19 | versus an expert who did it for the first time after all the |
| 02:25 | 20 | depositions were taken and after the witness statements were |
| 02:25 | 21 | taken.  He did that for the first time on the stand. |
| 02:25 | 22 |      So I think it only in fairness that we can address |
| 02:25 | 23 | the problems with trying to do a single test to demonstrate |
| 02:25 | 24 | a generalization. |
| 02:25 | 25 |      MR. GERGELY:  Your Honor, it's not representative. |

**EXHIBIT C**
**-152-**

71

| | | |
|---|---|---|
| 02:25 | 1 | If you just look at the picture in the exhibit Mr. Kiani |
| 02:25 | 2 | referenced, it doesn't look anything like the True Wearables |
| 02:26 | 3 | device.  So this is expert testimony.  It's confusing.  It's |
| 02:26 | 4 | misleading. |
| 02:26 | 5 |         THE COURT:  I'm not confused.  Overruled.  It |
| 02:26 | 6 | seems to me he has sufficient lay background to make the |
| 02:26 | 7 | comparison and sufficient knowledge of his own product. |
| 02:26 | 8 | BY MR. RE: |
| 02:26 | 9 | Q    Why is it still able to sometimes make a measurement |
| 02:26 | 10 | despite the presence of a blocking material? |
| 02:26 | 11 | A    Sure.  Well, pulse oximetry in the case of a finger, |
| 02:26 | 12 | Your Honor, you shine light, two lights, red and infrared, |
| 02:26 | 13 | through the finger, and the photodetector picks up that |
| 02:26 | 14 | light. |
| 02:26 | 15 |         Now, when you look at your finger, you don't see |
| 02:26 | 16 | the arterial pulsation which is happening inside.  That's |
| 02:26 | 17 | the AC.  You can't even visibly see it because it's so |
| 02:26 | 18 | small.  Most of the signal is what we call the  DC, which is |
| 02:26 | 19 | your skin, your bone, your tissue, your fingernail.  Some |
| 02:26 | 20 | maybe are black.  Some are white.  Some may be opaque, more |
| 02:27 | 21 | translucent.  So that AC over DC is a ratio that the smaller |
| 02:27 | 22 | it gets, the smaller the AC is compared to the DC, the less |
| 02:27 | 23 | chance the pulse oximeter has to give a real accurate |
| 02:27 | 24 | measurement. |
| 02:27 | 25 |         So in the case of our invention of that protective |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-153-**

72

02:27  1   material we put in so that if it's off a patient yet on and

02:27  2   it's dangling, that dangling is happening.  Depending on the

02:27  3   amount of dangling, it could be a small motion or a big

02:27  4   dangling, it can create that AC that then looks big enough

02:27  5   compared to the DC where it tries to give a measurement,

02:27  6   which in an off-the-patient situation gives a wrong

02:27  7   measurement.

02:27  8        But in the case of Dr. Stone when he put it on, he

02:27  9   had that material on.  And by the way, no material is fully

02:27  10  opaque.  No material is fully reflective.  And because he

02:28  11  had the material between the LED detector and his finger and

02:28  12  yet he squeezed his finger, which is a question you raised

02:28  13  which was very astute, he increased the pulsation so that

02:28  14  the AC to the DC was much bigger so he could get a

02:28  15  measurement.

02:28  16       That's why even in our testing, when they put the

02:28  17  opaque material, if the motion is big enough or the AC is

02:28  18  big enough, the pulsation is big enough, it will give a

02:28  19  measurement.  And by the way, in the case of Dr. Stone, it

02:28  20  worked and it gave an accurate measurement because it was on

02:28  21  his body.  But if it's off a person, it gives a low oxygen

02:28  22  measurement because it's just the way the math works.

02:28  23       MR. GERGELY:  Your Honor, again I object and move

02:28  24  to strike.  He just testified as an expert, and there is

02:28  25  just no foundation for doing that.  They had an expert and

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-154-**

| | | |
|---|---|---|
| 02:28 | 1 | he apparently left. |
| 02:28 | 2 | THE COURT:  Denied. |
| 02:28 | 3 | BY MR. RE: |
| 02:28 | 4 | Q    In fact, you have done tests, what you call the index |
| 02:28 | 5 | card test or the business card test? |
| 02:29 | 6 | A    Yes. |
| 02:29 | 7 | Q    What's the point of those tests? |
| 02:29 | 8 | A    It's a bragging right because we actually will take a |
| 02:29 | 9 | finger clip sensor like the one you're holding, Your |
| 02:29 | 10 | Honor -- that one is hard shell, so we can't do it.  But we |
| 02:29 | 11 | have the ones that have the little, like, mud flap for tires |
| 02:29 | 12 | that you can move out of the way. |
| 02:29 | 13 | We stack business cards in the middle, one, two, |
| 02:29 | 14 | three, sometimes up to 30, and we can still get a |
| 02:29 | 15 | measurement even though it's between the LED and the |
| 02:29 | 16 | detector on the finger, because we are bragging about how |
| 02:29 | 17 | small the AC over DC we can measure, because we made it to |
| 02:29 | 18 | work under very low perfusion, which I think also is what |
| 02:29 | 19 | Dr. Lamego's product does. |
| 02:29 | 20 | Q    We also heard Dr. Lamego or he wrote that one of the |
| 02:29 | 21 | reasons for wanting an opaque cover was to facilitate -- or |
| 02:29 | 22 | a white background, was to facilitate printing.  That was an |
| 02:29 | 23 | alleged technical reason.  Dr. Stone I think offered that as |
| 02:30 | 24 | a possible technical reason for needing a white opaque |
| 02:30 | 25 | cover.  Do you remember that? |

EXHIBIT C
-155-

74

| | | |
|---|---|---|
| 02:30 | 1 | A    I do. |
| 02:30 | 2 | Q    Okay.  And does that -- first of all, do you know if |
| 02:30 | 3 | you need opaqueness to print on a material? |
| 02:30 | 4 | A    We don't.  We actually print on exhibits I have shown |
| 02:30 | 5 | before on a translucent material, and you can clearly see |
| 02:30 | 6 | it. |
| 02:30 | 7 | Q    And I think you are referring to Exhibit 2541? |
| 02:30 | 8 | A    Yes, the Radius PPG. |
| 02:30 | 9 | Q    And there is printing on the transparent cover, right? |
| 02:30 | 10 | A    Yes.  Your Honor, if you look at that, you see the |
| 02:30 | 11 | transparent cover has printing on it that says Masimo sensor |
| 02:30 | 12 | site.  You don't need it to be white and opaque to be able |
| 02:30 | 13 | to print on it. |
| 02:30 | 14 | Q    That sounds like a cosmetic reason versus a technical |
| 02:30 | 15 | reason. |
| 02:30 | 16 | A    Yeah.  You only need opaque if you're trying to not let |
| 02:31 | 17 | light from the LED get into the photodetector most of the |
| 02:31 | 18 | time. |
| 02:31 | 19 | Q    Most of the time.  Nothing is perfect. |
| 02:31 | 20 |      One more thing I want to ask you about, or almost, |
| 02:31 | 21 | to put an end to this.  You saw some witnesses testify that |
| 02:31 | 22 | might have surprised you.  You saw Sean Merritt testify for |
| 02:31 | 23 | Dr. Lamego? |
| 02:31 | 24 | A    Yes. |
| 02:31 | 25 | Q    You saw Cristiano Dalvi, Mat Paul.  Did you see that? |

**EXHIBIT C**
**-156-**

75

| | | |
|---|---|---|
| 02:31 | 1 | A     I did. |
| 02:31 | 2 | Q     Did anything surprise you about these witnesses |
| 02:31 | 3 | testifying all for Dr. Lamego? |
| 02:31 | 4 | A     Yes.  Before this trial I only knew Mat Paul was at |
| 02:31 | 5 | Rockley right after leaving Apple.  I did not know Cristiano |
| 02:31 | 6 | or Sean or most of my Rainbow team from Cercacor now is at |
| 02:31 | 7 | Rockley Photonics, which, their main funder is Apple. |
| 02:31 | 8 | Q     And you just learned during this trial that all three |
| 02:31 | 9 | of them work at Rockley Photonics? |
| 02:32 | 10 | A     I knew about Matt Paul before trial that he was at |
| 02:32 | 11 | Rockley, but I learned that Sean and Cristiano and almost |
| 02:32 | 12 | ten of our people are at Rockley.  Literally everyone on our |
| 02:32 | 13 | Rainbow team at Cercacor except for Jesse, Hong, and Marcelo |
| 02:32 | 14 | are now at Rockley Photonics. |
| 02:32 | 15 | Q     Did it surprise you that some of them like Sean Merritt |
| 02:32 | 16 | and Cristiano Dalvi were trying to conceal who their |
| 02:32 | 17 | employers were? |
| 02:32 | 18 | A     Yes, because I know you had asked them before and they |
| 02:32 | 19 | would never tell you who they work for. |
| 02:32 | 20 | Q     What other significant surprise did you learn in this |
| 02:32 | 21 | trial about Dr. Lamego and Cercacor? |
| 02:32 | 22 | A     Well, unfortunately the surprises were many. |
| 02:32 | 23 | Q     But something specific that would better track |
| 02:32 | 24 | documents? |
| 02:33 | 25 | A     Actually I learned that from Mr. Rosario.  I had told |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-157-**

| | | |
|---|---|---|
| 02:33 | 1 | Dr. Lamego in 2011 to put a special software because it was |
| 02:33 | 2 | available then to be able to track anyone who has copied |
| 02:33 | 3 | files either to themselves or to a USB stick.  And they had |
| 02:33 | 4 | not implemented it until after Marcelo left.  So there is no |
| 02:33 | 5 | way we would know if Marcelo took anything. |
| 02:33 | 6 | MR. RE:  I have no further questions, Your Honor. |
| 02:33 | 7 | THE COURT:  Mr. Gergely. |
| 02:33 | 8 | CROSS-EXAMINATION |
| 02:33 | 9 | BY MR. GERGELY: |
| 02:33 | 10 | Q    Sir, I didn't catch the last part of your testimony. |
| 02:33 | 11 | You said you directed some people at your company to |
| 02:33 | 12 | implement some special technology to detect whether someone |
| 02:33 | 13 | downloaded something to a USB stick; is that right? |
| 02:33 | 14 | A    Yes.  I directed Dr. Lamego to do that. |
| 02:34 | 15 | Q    Okay.  And when did you give him that instruction? |
| 02:34 | 16 | A    Back in 2011, the same time I gave it to Masimo.  And, |
| 02:34 | 17 | in fact, Masimo had done it.  Masimo had given the same |
| 02:34 | 18 | software to Mr. Rosario, and he had not implemented it. |
| 02:34 | 19 | Q    So that was Mr. Rosario's fault? |
| 02:34 | 20 | A    Mr. Lamego, Mr. Rosario.  Mr. Rosario did not report to |
| 02:34 | 21 | me.  Mr. Lamego did. |
| 02:34 | 22 | Q    And, sir, did you ever follow up with Mr. Rosario to |
| 02:34 | 23 | ask him whether he had done that? |
| 02:34 | 24 | A    To Mr. Lamego I would have, but I didn't.  I feel bad |
| 02:34 | 25 | that I didn't.  But I assume when I ask a senior executive |

EXHIBIT C
-158-

| | | |
|---|---|---|
| 02:34 | 1 | to do something, they do it. |
| 02:34 | 2 | Q    Sir, speaking of detection.  You acknowledge that your |
| 02:34 | 3 | company Masimo sued a couple of former employees, Welch and |
| 02:34 | 4 | Hunt, correct? |
| 02:34 | 5 | A    Yes. |
| 02:34 | 6 | Q    When was that done? |
| 02:34 | 7 | A    I don't know the exact date, but I believe we were in |
| 02:34 | 8 | trial sometime in 2013, 2014. |
| 02:35 | 9 | Q    So this was before Dr. Lamego left Cercacor, correct? |
| 02:35 | 10 | A    The trial was before he left, but Dr. Lamego knew what |
| 02:35 | 11 | Jim Welch had done through what I told him, that we looked |
| 02:35 | 12 | at his computer.  We had an expert actually go through the |
| 02:35 | 13 | computer and look at every keystroke and had learned that at |
| 02:35 | 14 | four in the morning Mr. Welch had disconnected from our VPN |
| 02:35 | 15 | and had downloaded 5,000 files.  And Mr. Lamego knew that. |
| 02:35 | 16 | Q    Well, sir, but you knew that, too, because you actually |
| 02:35 | 17 | went out and hired forensic experts.  Mr. Coppola, correct? |
| 02:35 | 18 | A    I did not.  I think the law firm of Knobbe Martens |
| 02:35 | 19 | hired an expert to do forensic on Mr. Welch's computer. |
| 02:35 | 20 | Q    And there was also another gentleman hired, a |
| 02:35 | 21 | Mr. Vaughan, correct, who is also a forensics expert? |
| 02:36 | 22 | A    I'm sorry.  The name is familiar, but I don't know. |
| 02:36 | 23 | Q    And that was done at Mr. Yongsam Lee's suggestion, |
| 02:36 | 24 | correct? |
| 02:36 | 25 | A    Mr. Lee?  I don't know.  I would have thought it was |

**EXHIBIT C**
**-159-**

| | | |
|---|---|---|
| 02:36 | 1 | done by the legal team, so I don't know if Mr. Lee |
| 02:36 | 2 | recommended it or the legal team at Knobbe. |
| 02:36 | 3 | Q    Sir, did you read the findings of fact and conclusions |
| 02:36 | 4 | of law from the Sotera Wireless case, the bankruptcy case? |
| 02:36 | 5 | A    I did not, no. |
| 02:36 | 6 | MR. GERGELY:  Your Honor, may I approach? |
| 02:36 | 7 | THE COURT:  You may. |
| 02:36 | 8 | (Document handed to the witness) |
| 02:36 | 9 | BY MR. GERGELY: |
| 02:37 | 10 | Q    Now, Mr. Kiani, is this a true and correct copy of the |
| 02:37 | 11 | findings of fact and conclusions of law from the Sotera |
| 02:37 | 12 | Wireless bankruptcy case? |
| 02:37 | 13 | A    Yes.  It looks like it has Judge Taylor's signature on |
| 02:37 | 14 | it. |
| 02:37 | 15 | Q    Could you turn your attention to paragraph 141. |
| 02:37 | 16 | A    (Witness complies.)  Yes. |
| 02:37 | 17 | Q    Sir, does that refresh your recollection that |
| 02:37 | 18 | Mr. Yongsam Lee is the person who outlined the initial |
| 02:37 | 19 | investigative procedures you eventually utilized after the |
| 02:38 | 20 | departures of Mr. Welch and Mr. Hunt? |
| 02:38 | 21 | A    Yes, it does. |
| 02:38 | 22 | Q    And do you see that Mr. Yongsam Lee engaged the |
| 02:38 | 23 | services of an outside consultant to determine the level of |
| 02:38 | 24 | potential misappropriation of Masimo confidential |
| 02:38 | 25 | information? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-160-**

79

02:38  1    A    I see that.

02:38  2    Q    And Mr. Lee testified in this case, correct?

02:38  3    A    Not on this case.  Oh, yes.  Yongsam Lee was here, yes.

02:38  4    Q    And do you recall his testimony where when he was asked

02:38  5    whether anybody at Masimo was aware of whether Dr. Lamego

02:38  6    actually downloaded any source code, took any electronic

02:38  7    information with him, and he answered quite carefully and he

02:38  8    said:  I'm not aware of any Masimo employee conducting that

02:38  9    type of investigation or having that kind of knowledge.  Do

02:38  10   you recall that?

02:38  11   A    I don't recall exactly, but I remember him saying that

02:38  12   we did not have any information whether Dr. Lamego took

02:39  13   anything or not.

02:39  14   Q    And do you recall Mr. Hammarth at Cercacor likewise

02:39  15   saying that he wasn't aware of any Cercacor employee that

02:39  16   had that knowledge with respect to Dr. Lamego, as to whether

02:39  17   he took any information?

02:39  18   A    I wasn't careful with the exact words, but again I also

02:39  19   heard Mr. Hammarth saying that we're not aware of whether he

02:39  20   took it or not.

02:39  21   Q    Sir, in the Sotera Wireless case, your company which

02:39  22   has vast resources hired forensic experts to do that type of

02:39  23   analysis, correct?

02:39  24   A    Yes.

02:39  25   Q    And you presented no evidence in this case from any

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-161-

| | | |
|---|---|---|
| 02:39 | 1 | forensic expert that Dr. Lamego took any source code or any |
| 02:39 | 2 | other electronic information when he left; isn't that true? |
| 02:39 | 3 | A    That's true. |
| 02:39 | 4 | Q    Sir, with respect to some of the documents that Mr. Re |
| 02:40 | 5 | presented to you, JTX306, which is in the black binder in |
| 02:40 | 6 | front of you -- |
| 02:40 | 7 | A    Which document? |
| 02:40 | 8 | Q    JTX306, which I believe is the first document.  It's |
| 02:40 | 9 | the October 2013 presentation. |
| 02:40 | 10 | A    Yes, I see that. |
| 02:40 | 11 | Q    Sir, I would like you to take a look at executive |
| 02:40 | 12 | summary. |
| 02:40 | 13 | A    Yes.  I'm there. |
| 02:40 | 14 | Q    Sir, do you see the third bullet point where it says: |
| 02:40 | 15 | Several clinical studies will be conducted for Q1 2014 until |
| 02:40 | 16 | Q1 2015 aiming at CE marking devices.  Do you see that? |
| 02:40 | 17 | A    I do. |
| 02:40 | 18 | Q    And, sir, you understood from reading that that |
| 02:40 | 19 | clinical studies and clinical accuracy was required over the |
| 02:40 | 20 | next year to roll out those devices in Q1 2015, correct? |
| 02:41 | 21 | A    No, that's not correct. |
| 02:41 | 22 | Q    Sir, you couldn't sell a device in Europe if it was not |
| 02:41 | 23 | clinically accurate for noninvasively testing glucose; could |
| 02:41 | 24 | you? |
| 02:41 | 25 | A    No, of course not. |

EXHIBIT C
-162-

81

| | | |
|---|---|---|
| 02:41 | 1 | Q    Sir, with respect to JTX 325, which is the summary of |
| 02:41 | 2 | the meeting with the FDA, do you have that in front of you? |
| 02:41 | 3 | A    Yes, I do. |
| 02:41 | 4 | Q    And do you see in the third full paragraph on the first |
| 02:41 | 5 | page it's stated:  We quickly reviewed the limitations of |
| 02:41 | 6 | the device.  Do you see that? |
| 02:41 | 7 | A    I do. |
| 02:41 | 8 | Q    And one of the limitations was that only 70 percent of |
| 02:41 | 9 | the population may be eligible for noninvasive monitoring. |
| 02:41 | 10 | Do you see that? |
| 02:41 | 11 | A    I do. |
| 02:41 | 12 | Q    And the FDA saw that as a limitation of the device, |
| 02:42 | 13 | correct? |
| 02:42 | 14 | A    No.  They wanted further explanation of how people |
| 02:42 | 15 | would know who it would work on and who it wouldn't and how |
| 02:42 | 16 | we would communicate that. |
| 02:42 | 17 | Q    Sir, on the summary page, which is page 3 of the |
| 02:42 | 18 | document which ends in Bates number 87000, do you see that? |
| 02:42 | 19 | A    I do. |
| 02:42 | 20 | Q    The key takeaways were if spot check accuracy should be |
| 02:42 | 21 | as accurate as invasive measurement, current requirement is |
| 02:42 | 22 | that 95 percent of results should be plus or minus |
| 02:42 | 23 | 20 percent for results over 75 milligrams per deciliter and |
| 02:42 | 24 | plus or minus 15 milligrams per deciliter for results below |
| 02:42 | 25 | 75 milligrams per deciliter.  Do you see that? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-163-**

| | | |
|---|---|---|
| 02:42 | 1 | A     I do. |
| 02:42 | 2 | Q     Were those results ever achieved? |
| 02:42 | 3 | A     On some patients, yes.  On some people, yes, we could |
| 02:42 | 4 | achieve that.  I mentioned you could get actually |
| 02:42 | 5 | ten milligrams per deciliter on some individuals. |
| 02:43 | 6 | Q     But not 95 percent, correct? |
| 02:43 | 7 | A     No.  I don't think it says that.  I think it says |
| 02:43 | 8 | 95 percent of the results for each individual.  We were |
| 02:43 | 9 | talking about a single patient, calibrated product for each |
| 02:43 | 10 | patient. |
| 02:43 | 11 | Q     Well, sir, you can't roll out a device with simply data |
| 02:43 | 12 | from one patient, correct? |
| 02:43 | 13 | A     That's not what I'm saying. |
| 02:43 | 14 | Q     Sir, below that it says:  Clear guidance is not |
| 02:43 | 15 | possible until more data is available and a better |
| 02:43 | 16 | understanding-of-use case.  Do you see that? |
| 02:43 | 17 | A     Yes, I do. |
| 02:43 | 18 | Q     And it states:  Regulatory pathway is uncertain at this |
| 02:43 | 19 | time.  Do you see that? |
| 02:43 | 20 | A     I do. |
| 02:43 | 21 | Q     Sir, with respect to the Newport Medical issue, did |
| 02:43 | 22 | Newport Medical sue you? |
| 02:43 | 23 | A     No. |
| 02:43 | 24 | Q     But you do acknowledge that there was a dispute between |
| 02:43 | 25 | you and Newport Medical arising out of the development, |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-164-**

| | | |
|---|---|---|
| 02:43 | 1 | ownership, and rights to manufacture and sell that certain |
| 02:44 | 2 | pulse oximeter which was developed by Newport under |
| 02:44 | 3 | supervision by Kiani.  Do you see that? |
| 02:44 | 4 | A    Yes.  It has nothing to do with me, though. |
| 02:44 | 5 | Q    But there was a dispute? |
| 02:44 | 6 | A    I can explain it if you'd like me to. |
| 02:44 | 7 | Q    Well, sir, in the written contract called mutual |
| 02:44 | 8 | release, it says that there was a dispute, correct? |
| 02:44 | 9 | A    The preamble, yes. |
| 02:44 | 10 | Q    And, sir, you wanted to use that technology, correct? |
| 02:44 | 11 | A    Not theirs.  I wanted to go make a |
| 02:44 | 12 | measure-through-motion pulse oximeter. |
| 02:44 | 13 | Q    And it was necessary for you to hire a lawyer and give |
| 02:44 | 14 | up all your shares in Newport, correct? |
| 02:44 | 15 | A    I wanted a release so that I don't build a house of |
| 02:44 | 16 | cards.  I wanted to make sure if I am going to go through |
| 02:44 | 17 | all this, I'm free to do it.  And I gave up everything they |
| 02:44 | 18 | had ever given me to gain that ability. |
| 02:44 | 19 | Q    Certainly when you founded Masimo, there was a dispute |
| 02:44 | 20 | with respect to a company that you used to do contract work |
| 02:44 | 21 | with? |
| 02:44 | 22 | A    Not between me and them.  There was no dispute between |
| 02:44 | 23 | me and them.  I was upfront with them about what I'm going |
| 02:45 | 24 | to do.  I can explain if you would like me to. |
| 02:45 | 25 | Q    Sir, you signed a contract that said that there was a |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-165-**

| | | |
|---|---|---|
| 02:45 | 1 | dispute, and you resolved it, correct? |
| 02:45 | 2 | A    Yes. |
| 02:45 | 3 | Q    Sir, now, you had mentioned some testing data that you |
| 02:45 | 4 | were aware of at Masimo back in -- what time frame? -- 2012 |
| 02:45 | 5 | with respect to the covers that Masimo uses? |
| 02:45 | 6 | A    Yes.  What's the document number, sir? |
| 02:45 | 7 | Q    1143. |
| 02:45 | 8 | A    1143.  Yes, the test report of the opaque liner. |
| 02:45 | 9 | Q    When you were explaining to Judge Selna, you were |
| 02:45 | 10 | mimicking a device on your finger, and that particular type |
| 02:45 | 11 | of device used what kind of pulse oximetry?  Was it |
| 02:46 | 12 | transmittance? |
| 02:46 | 13 | A    The example I showed Judge Selna was transmittance, but |
| 02:46 | 14 | you could do the same thing with reflectives. |
| 02:46 | 15 | Q    Now, sir, Dr. Lamego's company, True Wearables, doesn't |
| 02:46 | 16 | sell a transmittance oximeter; does it? |
| 02:46 | 17 | A    No, but we sell reflectives.  We sell a few of them. |
| 02:46 | 18 | Q    And, sir, counsel handed you one of the devices -- I |
| 02:46 | 19 | believe it's still in front of you -- that has a black |
| 02:46 | 20 | cover, correct? |
| 02:46 | 21 | A    This one?  You're referring to this one? |
| 02:46 | 22 | Q    Yes. |
| 02:46 | 23 | A    It's not all black, just where we want to make sure we |
| 02:46 | 24 | cover the LEDs and detectors from seeing each other when |
| 02:46 | 25 | it's on a patient.  And two, where we label the product |

EXHIBIT C
-166-

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 86 of 115   Page ID
#:133422
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 85 of 114   Page ID
#:39252

85

| | | |
|---|---|---|
| 02:46 | 1 | Masimo and which sensor -- the sensor sites.  And people do |
| 02:46 | 2 | apply these back to their cover.  They don't throw them |
| 02:46 | 3 | away. |
| 02:46 | 4 | Q    Sir, you chose a black cover, correct? |
| 02:46 | 5 | A    This is not a black cover.  Would you consider -- |
| 02:46 | 6 | sorry.  I don't want to argue with you, but this is what we |
| 02:47 | 7 | chose. |
| 02:47 | 8 | Q    Sir, it looks black to me.  What does it look like to |
| 02:47 | 9 | you? |
| 02:47 | 10 | A    Then it's black, sir. |
| 02:47 | 11 | Q    And, sir, Dr. Lamego's cover on his device is white, |
| 02:47 | 12 | correct? |
| 02:47 | 13 | A    Yes. |
| 02:47 | 14 | Q    And, sir, a white cover reflects light to the best of |
| 02:47 | 15 | your knowledge, correct? |
| 02:47 | 16 | A    White and black both reflect light, just different |
| 02:47 | 17 | colors. |
| 02:47 | 18 | Q    But, sir, you have never tested a black cover and a |
| 02:47 | 19 | white cover side by side; have you? |
| 02:47 | 20 | A    Yes, we have. |
| 02:47 | 21 | Q    Sir, you haven't presented that evidence to the Court; |
| 02:47 | 22 | have you? |
| 02:47 | 23 | A    No.  I'm just answering your question, sir. |
| 02:47 | 24 | Q    And with respect to -- now, when Dr. Lamego left, did |
| 02:47 | 25 | you accuse him of stealing his nondisclosure agreement? |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-167-

| | | |
|---|---|---|
| 02:47 | 1 | A    I didn't accuse him of stealing it.  I was looking for |
| 02:47 | 2 | it and I couldn't find it. |
| 02:48 | 3 | Q    And you actually involved Mr. Jensen in that exercise, |
| 02:48 | 4 | correct? |
| 02:48 | 5 | A    Yes.  I sent him an e-mail, I think, or he sent me an |
| 02:48 | 6 | e-mail.  I don't remember.  But, yes, we were looking for |
| 02:48 | 7 | his NDA. |
| 02:48 | 8 | Q    And, sir, you deny that you accused Dr. Lamego of |
| 02:48 | 9 | stealing his own NDA? |
| 02:48 | 10 | A    I was looking for a -- I had not yet reached the |
| 02:48 | 11 | conclusion that it was stolen or lost forever, but it wasn't |
| 02:48 | 12 | in his file when we looked for it, just so you know. |
| 02:48 | 13 | Q    And, sir, you put -- what did you put again?  You put |
| 02:48 | 14 | some sort of special software in Masimo that could detect |
| 02:48 | 15 | whether a file had been downloaded? |
| 02:48 | 16 | A    Yeah.  I had instructed -- I believe it was after |
| 02:48 | 17 | Mr. Welch and Mr. Hunt had left us, and we could not track |
| 02:48 | 18 | them.  The only way we discovered that they had taken it was |
| 02:48 | 19 | to do the type of testing of a keystroke that only certain |
| 02:48 | 20 | people are capable of doing.  I instructed us to put that |
| 02:48 | 21 | kind of software both at Masimo and Cercacor.  Masimo |
| 02:48 | 22 | followed my instructions.  Dr. Lamego didn't. |
| 02:49 | 23 | Q    And Yongsam Lee was the one who was in charge at |
| 02:49 | 24 | Masimo, correct? |
| 02:49 | 25 | A    At Masimo, yes.  He reported directly to me like |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-168-**

| 02:49 | 1 | Dr. Lamego did at Cercacor. |
| 02:49 | 2 | Q    And he was the head of IT, correct? |
| 02:49 | 3 | A    At Masimo. |
| 02:49 | 4 | Q    And certainly he could have assured that someone at |
| 02:49 | 5 | Cercacor did that work, correct, like Jonathan Rosario? |
| 02:49 | 6 | A    We worked pretty closely together, but Cercacor is an |
| 02:49 | 7 | independent company, and Dr. Lamego did not like people from |
| 02:49 | 8 | Masimo interfering with people at Cercacor.  He was very, |
| 02:49 | 9 | very strict.  In fact, that's one of the reasons I couldn't |
| 02:49 | 10 | make him a CTO at Masimo, because he burned a lot of bridges |
| 02:49 | 11 | trying to stop anyone from helping people at Cercacor. |
| 02:49 | 12 | Q    So for three years you never followed up with anyone at |
| 02:49 | 13 | Cercacor to ensure that this very important software that |
| 02:49 | 14 | you installed at Masimo was also installed at Cercacor, |
| 02:49 | 15 | correct? |
| 02:49 | 16 | A    That's correct. |
| 02:49 | 17 | Q    And you presented zero forensic analysis in this case |
| 02:50 | 18 | that Dr. Lamego took any electronic information or source |
| 02:50 | 19 | code, correct? |
| 02:50 | 20 | A    That's correct. |
| 02:50 | 21 |        MR. GERGELY:  No further questions. |
| 02:50 | 22 |        THE COURT:  Mr. Re. |
| 02:50 | 23 |                REDIRECT EXAMINATION |
| 02:50 | 24 | BY MR. RE: |
| 02:50 | 25 | Q    Mr. Kiani, counsel made reference to this trial we had |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

EXHIBIT C
-169-

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 89 of 115   Page ID #:133425
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 88 of 114   Page ID #:39255

88

| | | |
|---|---|---|
| 02:50 | 1 | in April 2017, this Judge Taylor opinion in bankruptcy |
| 02:50 | 2 | court; do you remember that? |
| 02:50 | 3 | A    Yes, I do. |
| 02:50 | 4 | Q    But the departure of Mr. Welch, that occurred during |
| 02:50 | 5 | Dr. Lamego's tenure; isn't that right? |
| 02:50 | 6 | A    That is correct. |
| 02:50 | 7 | Q    And Dr. Lamego was fully aware of the forensic |
| 02:50 | 8 | investigation concerning Mr. Welch; wasn't he? |
| 02:51 | 9 | A    Yes, he was. |
| 02:51 | 10 | Q    And who told him all about that forensic discovery that |
| 02:51 | 11 | was done to prove the facts that are set forth in this |
| 02:51 | 12 | opinion found by Judge Taylor? |
| 02:51 | 13 | A    I did. |
| 02:51 | 14 | Q    What did you explain to Dr. Lamego when he was still at |
| 02:51 | 15 | Cercacor about Mr. Welch's, what this opinion in paragraph |
| 02:51 | 16 | 140 calls, a massive download of documents? |
| 02:51 | 17 | A    I told him not only what we found but the lessons I |
| 02:51 | 18 | learned from that, that I wanted him to make sure we learned |
| 02:51 | 19 | from.  One was we need tracking software.  We shouldn't have |
| 02:51 | 20 | to do forensics to figure this stuff out.  But, two, that we |
| 02:51 | 21 | can do forensics, so we need to keep the computers of any |
| 02:51 | 22 | employee that leaves so afterwards we can do forensics. |
| 02:51 | 23 |       So Dr. Lamego knew we would later do forensics on |
| 02:51 | 24 | his computer, and that's why I referred to earlier about the |
| 02:51 | 25 | missing hard disk drive right before he left. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-170-**

| | | |
|---|---|---|
| 02:52 | 1 | Q    I want to just see if you can draw the distinction |
| 02:52 | 2 | between when Mr. Welch left, I think it was, May of 2013; is |
| 02:52 | 3 | that right? |
| 02:52 | 4 | A    Sounds right. |
| 02:52 | 5 | Q    And it's discussed in the opinion.  The difference |
| 02:52 | 6 | between Mr. Welch left in 2013, he went to a company called |
| 02:52 | 7 | Sotera? |
| 02:52 | 8 | A    Yes. |
| 02:52 | 9 | Q    And Dr. Lamego left and he went to a company called |
| 02:52 | 10 | Apple? |
| 02:52 | 11 | A    Yes. |
| 02:52 | 12 | Q    Mr. Welch went to Sotera Wireless, right, the company |
| 02:52 | 13 | in bankruptcy in this case?  Right? |
| 02:52 | 14 | A    Yes. |
| 02:52 | 15 | Q    What's the difference in your mind between an engineer |
| 02:52 | 16 | going to Sotera versus an engineer going to Apple back in |
| 02:52 | 17 | 2013? |
| 02:52 | 18 | A    Well, a lot of differences.  First of all, I was not |
| 02:53 | 19 | fearful of Sotera, but I was very fearful of Apple. |
| 02:53 | 20 | Q    Back in 2013? |
| 02:53 | 21 | A    Yes.  Back in 2013 is when Apple had contacted me or |
| 02:53 | 22 | actually contacted first Masimo, Paul Jensen.  But they |
| 02:53 | 23 | wanted to meet with us because we were the platinum in |
| 02:53 | 24 | noninvasive monitoring. |
| 02:53 | 25 |           I flew up there and met with them.  I told |

**EXHIBIT C**
**-171-**

| | | |
|---|---|---|
| 02:53 | 1 | Mr. Lamego about the meetings, and we had anticipated a |
| 02:53 | 2 | relationship with Apple from those meetings. |
| 02:53 | 3 | Q    Okay. |
| 02:53 | 4 | A    And I even -- I know at some point Apple had even asked |
| 02:53 | 5 | if they could buy Cercacor. |
| 02:53 | 6 | Q    What did Dr. Lamego tell you about him leaving for |
| 02:53 | 7 | Apple? |
| 02:53 | 8 | A    Well, Apple is a big company, and he told me that he |
| 02:54 | 9 | would not be competing with us.  And I believed it since |
| 02:54 | 10 | they have a computer business.  They have iPhone business. |
| 02:54 | 11 | He said:  If I ever get there, if I ever get there -- this |
| 02:54 | 12 | is after even that Tim Cook e-mail.  He said:  If I ever get |
| 02:54 | 13 | there and they ask me to do competitive things to you, I |
| 02:54 | 14 | will quit because my integrity will not allow it.  He didn't |
| 02:54 | 15 | say:  I will do nothing illegal.  That would have been |
| 02:54 | 16 | warning flags for me. |
| 02:54 | 17 | Q    And what does Sotera do? |
| 02:54 | 18 | A    Sotera -- I wasn't aware at the time of everything that |
| 02:54 | 19 | they were doing when Mr. Welch had gone.  They had started |
| 02:54 | 20 | off trying to do blood pressure continuously and |
| 02:54 | 21 | noninvasive.  I unfortunately learned through a trial that |
| 02:54 | 22 | Mr. Welch had taught them to make instead a wearable, |
| 02:54 | 23 | multi-parameter monitor. |
| 02:54 | 24 | Q    I want to change subjects and go to this release that I |
| 02:54 | 25 | think we are all too familiar with, you and I in particular. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-172-**

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 92 of 115   Page ID #:133428
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 91 of 114   Page ID #:39258

91

02:55   1    A    Yes.

02:55   2    Q    It's Exhibit 942.  I just want to finish the story on

02:55   3    this.  You said you wanted to explain, and I don't think

02:55   4    Mr. Gergely wanted to hear your explanation.  I'll give you

02:55   5    a chance.  What was it you wanted to explain to Mr. Gergely

02:55   6    about Exhibit 942?

02:55   7    A    Mohamed Diab had worked for me at Newport Medical.  I

02:55   8    had taken on the job of making then the conventional

02:55   9    low-cost pulse oximeter.  So when I told Newport Medical

02:55   10   that -- by the way, you need to know the story.  They came

02:55   11   to me and said they want to make me the president of Newport

02:55   12   Medical.  They had a buyer.  I was 22, 23 then.  I said:

02:55   13   I'm so young.  They said:  No, no.  You're very smart.  You

02:55   14   can do this.

02:55   15         Great.  I went home excited for my family.  Then I

02:55   16   learned they told the buyer the product is ready; it's going

02:55   17   to be out in two to three months.  I contact my superior and

02:56   18   said, you know that's not true.  They told me, don't mind

02:56   19   this stuff.  You're too young to understand.  I couldn't

02:56   20   square off with that.  I thought my ethics had to be work

02:56   21   ethics.  Work ethics.

02:56   22         So I wrote a letter to the chairman of the board

02:56   23   saying this product is at least 18 months away if not longer

02:56   24   from production, a stand-alone, conventional, big old pulse

02:56   25   oximeter.  And that they thought ruined their deal because

**EXHIBIT C**
**-173-**

| | | |
|---|---|---|
| 02:56 | 1 | now they had lied to the buyer. |
| 02:56 | 2 | So anyway, I told -- they were upset at me for |
| 02:56 | 3 | doing that.  I told you about all that stuff.  So at some |
| 02:56 | 4 | point we had a meeting with all of them, me and, like, 20 |
| 02:56 | 5 | other people.  And I told them I want to leave.  I'm going |
| 02:56 | 6 | to give you go back everything.  There is no reason to have |
| 02:56 | 7 | a dispute here.  I want to go start my own company to solve |
| 02:56 | 8 | the motion artifact problem with pulse oximetry. |
| 02:56 | 9 | They said great.  They were fine.  There were |
| 02:56 | 10 | smiles.  When I told Mohamed this, Mohamed didn't know who |
| 02:56 | 11 | to believe.  So he had done a lot of the work for me.  He |
| 02:57 | 12 | was in the possession of that prototype pulse oximeter, so |
| 02:57 | 13 | he wouldn't give it to Newport Medical.  He said:  What if |
| 02:57 | 14 | you sue me, because it's yours? |
| 02:57 | 15 | So the dispute Mr. Gergely is talking about was |
| 02:57 | 16 | between Newport Medical and Mohamed because Mohamed was |
| 02:57 | 17 | saying, look, I don't know if I can give you this.  It could |
| 02:57 | 18 | be Joe's -- because it was my design.  So it wasn't my |
| 02:57 | 19 | dispute.  It was his.  And when we signed the settlement, |
| 02:57 | 20 | then all the disputes got settled including between them and |
| 02:57 | 21 | Mohamed at the same time. |
| 02:57 | 22 | Q    And who ended up buying Newport Medical? |
| 02:57 | 23 | A    Nellcor.  During my deposition I had told them my |
| 02:57 | 24 | history of how I came up with this idea of solving motion |
| 02:57 | 25 | artifact with adaptive filters. |

**EXHIBIT C**
**-174-**

| | | |
|---|---|---|
| 02:57 | 1 | Then the next time I was there, they said:  Guess |
| 02:57 | 2 | what.  We bought Newport Medical.  They resurrected out of |
| 02:57 | 3 | bankruptcy after 10 years, paid the back taxes, and then |
| 02:58 | 4 | even though they had seen the settlement agreement, Nellcor |
| 02:58 | 5 | said:  If you continue with this litigation, we are going to |
| 02:58 | 6 | contend that we own your technology because we own Newport |
| 02:58 | 7 | Medical. |
| 02:58 | 8 | That's when Judge Pfaelzer threw them out and |
| 02:58 | 9 | said:  What's the value of a settlement agreement and the |
| 02:58 | 10 | release to go do what he was going to do if ten years later |
| 02:58 | 11 | you're going to say it doesn't mean anything? |
| 02:58 | 12 | Q    I think just to translate, Judge Pfaelzer granted |
| 02:58 | 13 | summary judgment based on the release to dismiss Nellcor's |
| 02:58 | 14 | ownership claim; isn't that right? |
| 02:58 | 15 | A    Of my technology, yes.  Of Masimo now. |
| 02:58 | 16 | Q    Prior to our trial in 2004 against Nellcor, right? |
| 02:58 | 17 | A    Yes, which Dr. Stone referred to. |
| 02:58 | 18 | Q    By the way, when was the last time you saw an expert do |
| 02:58 | 19 | a trick, do a test from the witness stand without doing it |
| 02:58 | 20 | during discovery? |
| 02:58 | 21 | A    By Dr. Stone in the federal case several years ago. |
| 02:58 | 22 | Q    And what did Chief Judge Stark rule after Dr. Stone did |
| 02:58 | 23 | that in front of the jury? |
| 02:58 | 24 | A    He allowed us to go depose him, and we could not see |
| 02:59 | 25 | what he did, which was unfortunately a trick.  He did it |

**EXHIBIT C**
**-175-**

94

| | | |
|---|---|---|
| 02:59 | 1 | again like today to show that it was not true. |
| 02:59 | 2 | Q    And you and I went and took his deposition that night |
| 02:59 | 3 | during the trial; isn't that right? |
| 02:59 | 4 | A    We did.  I remember that. |
| 02:59 | 5 | MR. RE:  No further questions, Your Honor. |
| 02:59 | 6 | THE COURT:  Mr. Gergely. |
| 02:59 | 7 | RECROSS-EXAMINATION |
| 02:59 | 8 | BY MR. GERGELY: |
| 02:59 | 9 | Q    Sir, did you review Jonathan Rosario's declaration that |
| 02:59 | 10 | he submitted in this case under oath where he said that |
| 02:59 | 11 | after Dr. Lamego left, there were no missing hard drives |
| 02:59 | 12 | from his computer? |
| 02:59 | 13 | A    I did not, but I heard him testify. |
| 02:59 | 14 | Q    Sir, you're not seriously suggesting that Dr. Lamego |
| 02:59 | 15 | stole a hard drive; are you? |
| 02:59 | 16 | A    I fear that he has. |
| 02:59 | 17 | Q    And, sir, you haven't reported that to the police, |
| 02:59 | 18 | correct? |
| 02:59 | 19 | A    Correct. |
| 02:59 | 20 | Q    You haven't reported it to the FBI, correct? |
| 03:00 | 21 | A    My memory is that we may have gone to the government to |
| 03:00 | 22 | complain about Mr. Lamego's trade secret theft. |
| 03:00 | 23 | Q    And what's happened since he did that?  When did you do |
| 03:00 | 24 | that? |
| 03:00 | 25 | A    Well, I'm not sure if it was Mr. Lamego or Mr. Welch. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-176-**

| 03:00 | 1 | Q    Big difference; isn't there? |
| 03:00 | 2 | A    I'm trying to remember.  I'm trying to recall. |
| 03:00 | 3 | Q    Sir, let me short-circuit this.  You haven't presented |
| 03:00 | 4 | any evidence to the Court, other than your fear or belief |
| 03:00 | 5 | about a stolen hard drive, that Dr. Lamego stole any hard |
| 03:00 | 6 | drive, correct? |
| 03:00 | 7 | A    I already said I don't have any evidence of it. |
| 03:00 | 8 | Q    And, sir, you haven't presented any police reports or |
| 03:00 | 9 | FBI reports, or reports to auditors, accountants, attorneys, |
| 03:00 | 10 | or to anyone else that a hard drive was stolen, correct? |
| 03:00 | 11 | A    That is correct. |
| 03:00 | 12 | Q    Sir, and you believe that Dr. Lamego is a liar and a |
| 03:01 | 13 | thief and a betrayer, correct? |
| 03:01 | 14 | A    Yes. |
| 03:01 | 15 | Q    And you so testified on May 19th, 2021, in your |
| 03:01 | 16 | deposition, correct? |
| 03:01 | 17 | A    That's correct. |
| 03:01 | 18 | Q    And that was before you learned of the Tim Cook e-mail |
| 03:01 | 19 | which your attorneys filed in the public record in July of |
| 03:01 | 20 | 2021, correct? |
| 03:01 | 21 | A    I was aware of the Tim Cook e-mail when I said that. |
| 03:01 | 22 | Q    Sir, how did you become aware of the Tim Cook e-mail? |
| 03:01 | 23 | A    As a corporate representative, I was allowed to see |
| 03:01 | 24 | confidential information.  I wasn't allowed to see AEO. |
| 03:01 | 25 | Q    And, sir, what you did with the Tim Cook e-mail is you |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-177-**

| 03:01 | 1 | broadcast that to the press in August of 2021, correct? |
| 03:01 | 2 | A    Yes. |
| 03:01 | 3 | Q    And you actually told the Orange County Business |
| 03:01 | 4 | Journal:  What's crazy is that he wrote that letter to the |
| 03:02 | 5 | CEO of Apple, Tim Cook, offering our secrets, correct? |
| 03:02 | 6 | A    I did. |
| 03:02 | 7 | Q    And, sir, we have looked at that e-mail, and there is |
| 03:02 | 8 | no disclosure of any of the trade secrets that are at issue |
| 03:02 | 9 | in this case, correct? |
| 03:02 | 10 | A    I read that e-mail to say that he's offering all of it |
| 03:02 | 11 | with the knowledge of our IP strategy and how to get around |
| 03:02 | 12 | it. |
| 03:02 | 13 | Q    And that's your opinion, correct? |
| 03:02 | 14 | A    Absolutely. |
| 03:02 | 15 | Q    And you went on to state -- you said:  The fact that |
| 03:02 | 16 | Apple hired him, I don't get it.  If I got a letter like |
| 03:02 | 17 | that from anybody in any company, I'd not only not hire him. |
| 03:02 | 18 | I would send a warning to my team to be careful not to hire |
| 03:02 | 19 | this guy. |
| 03:02 | 20 | A    That is correct. |
| 03:02 | 21 | Q    And you told the Orange County Business Journal that? |
| 03:02 | 22 | A    That's the truth. |
| 03:02 | 23 | Q    And you did that to interfere with Dr. Lamego's career |
| 03:02 | 24 | and his job prospects, correct? |
| 03:02 | 25 | A    No. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-178-**

Case 8:20-cv-00048-JVS-JDE   Document 1334-4   Filed 02/21/23   Page 98 of 115   Page ID #:133434
Case 8:18-cv-02001-JVS-JDE   Document 595   Filed 06/28/22   Page 97 of 114   Page ID #:39264

97

| | | |
|---|---|---|
| 03:02 | 1 | Q    And, sir, you actually used the word crazy, correct? |
| 03:02 | 2 | A    Yes, I did. |
| 03:02 | 3 | MR. GERGELY:  No further questions. |
| 03:02 | 4 | THE COURT:  Sir, you may step down.  Thank you. |
| 03:02 | 5 | THE WITNESS:  Thank you, Your Honor. |
| 03:02 | 6 | THE COURT:  I believe that concludes all the |
| 03:03 | 7 | evidence. |
| 03:03 | 8 | MR. RE:  That's correct, Your Honor.  Nothing |
| 03:03 | 9 | further. |
| 03:03 | 10 | THE COURT:  Okay.  We discussed previously True |
| 03:03 | 11 | Wearables' motion to strike.  I think it would be helpful to |
| 03:03 | 12 | get that one resolved before your findings and briefings. |
| 03:03 | 13 | So is two weeks enough to put in a response? |
| 03:03 | 14 | MR. RE:  Fine, Your Honor. |
| 03:03 | 15 | THE COURT:  Week to reply? |
| 03:03 | 16 | MR. GERGELY:  Yes, Your Honor.  Thank you. |
| 03:03 | 17 | THE COURT:  Okay.  Then the overall schedule.  Six |
| 03:03 | 18 | weeks from today would be May 3.  I think May 16 would give |
| 03:03 | 19 | me and my staff enough time to be ready for oral argument. |
| 03:03 | 20 | Does that sound doable? |
| 03:03 | 21 | MR. RE:  Excellent, Your Honor. |
| 03:04 | 22 | MR. GERGELY:  Your Honor, so as I understand it, |
| 03:04 | 23 | the updated findings will be due on May 3rd and oral |
| 03:04 | 24 | argument on May 16th. |
| 03:04 | 25 | THE COURT:  Right, and your brief. |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-179-**

| 03:04 | 1 | MR. GERGELY:  The brief and the findings on |
| 03:04 | 2 | May 3rd? |
| 03:04 | 3 | THE COURT:  Right. |
| 03:04 | 4 | MR. GERGELY:  Yes, that works.  Thank you, Your |
| 03:04 | 5 | Honor. |
| 03:04 | 6 | THE COURT:  Okay.  Any other matters we ought to |
| 03:04 | 7 | discuss at this time? |
| 03:04 | 8 | MR. RE:  Not from the plaintiff. |
| 03:04 | 9 | THE COURT:  All right. |
| 03:04 | 10 | Well, I indicated at the very beginning that I |
| 03:04 | 11 | shared with you my experience in the TCL case, and I thought |
| 03:04 | 12 | that that was reflective of the presentation here.  A number |
| 03:04 | 13 | of different lawyers got to get up to address the Court.  I |
| 03:04 | 14 | think that that's good for the profession and certainly good |
| 03:04 | 15 | for the growth of lawyers. |
| 03:04 | 16 | It's something that in this day and age not many |
| 03:04 | 17 | cases go to trial and not many of the younger lawyers get up |
| 03:04 | 18 | to bat.  It's really exemplary and a great benefit to the |
| 03:04 | 19 | profession.  So I ask you for all of that. |
| 03:05 | 20 | So if there is nothing further, we will be |
| 03:05 | 21 | adjourned.  If we need to get together on the phone, just |
| 03:05 | 22 | contact Ms. Bredahl and we'll do that promptly. |
| 03:05 | 23 | MR. GERGELY:  Your Honor, we have one last |
| 03:05 | 24 | housekeeping issue.  We are going to tender Exhibit 311-C to |
| 03:05 | 25 | the Court, which is an excerpt of 311. |

**EXHIBIT C**
**-180-**

99

| | | |
|---|---|---|
| 03:05 | 1 | THE COURT:  That's fine. |
| 03:05 | 2 | MR. GERGELY:  Thank you. |
| 03:05 | 3 | THE COURT:  Okay, thank you. |
| 03:05 | 4 | (Proceedings concluded at 3:05 p.m.) |
| 03:05 | 5 | *   *   * |
| 03:05 | 6 | |
| 03:05 | 7 | |
| 03:05 | 8 | |
| 03:05 | 9 | |
| 03:05 | 10 | |
| 03:05 | 11 | |
| 03:05 | 12 | |
| 03:05 | 13 | |
| 03:05 | 14 | |
| 03:05 | 15 | |
| 03:05 | 16 | |
| 03:05 | 17 | |
| 03:05 | 18 | |
| 03:05 | 19 | |
| 03:05 | 20 | |
| 03:05 | 21 | |
| 03:05 | 22 | |
| 03:05 | 23 | |
| 03:05 | 24 | |
| 03:05 | 25 | |

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C**
**-181-**

100

```
03:05   1
03:05   2
03:05   3
03:05   4                            CERTIFICATE
03:05   5
03:05   6          I hereby certify that pursuant to Section 753,
03:05   7    Title 28, United States Code, the foregoing is a true and
03:05   8    correct transcript of the stenographically reported
03:05   9    proceedings held in the above-entitled matter and that the
03:05   10   transcript page format is in conformance with the
03:05   11   regulations of the Judicial Conference of the United States.
03:05   12
03:05   13   Date:  3/23/22
03:05   14
03:05   15
03:05                             /s/   Sharon A. Seffens  3/23/22
03:05   16
03:05                            _____
03:05   17                        SHARON A. SEFFENS, U.S. COURT REPORTER
        18
        19
        20
        21
        22
        23
        24
        25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**EXHIBIT C
-182-**

**MR. ANAPOL: [2]** 46/23 48/21
**MR. CLAASSEN: [3]** 41/9 49/19 49/23
**MR. FLETCHER: [4]** 8/14 9/10 41/6 41/22
**MR. GERGELY: [26]** 4/11 5/3 5/19 6/2 9/14 10/22 35/22 36/3 39/1 48/25 49/3 49/15 50/1 69/10 70/10 70/25 72/23 78/6 87/21 97/3 97/16 97/22 98/1 98/4 98/23 99/2
**MR. JENSEN: [2]** 8/3 8/11
**MR. KACHNER: [6]** 6/10 6/17 6/21 6/23 7/6 43/16
**MR. LATEEF: [1]** 45/25
**MR. RE: [21]** 4/5 4/17 4/25 6/9 30/21 35/20 35/23 39/3 41/4 49/6 49/9 50/12 57/20 69/12 70/17 76/6 94/5 97/8 97/14 97/21 98/8
**MR. SHAW: [2]** 42/2 43/15
**MS. GEARY: [4]** 7/9 44/1 44/25 46/1
**MS. STRADLEY: [3]** 46/7 46/22 48/22
**THE CLERK: [10]** 4/2 7/14 8/17 8/21 9/18 41/16 46/9 50/6 50/15 50/19
**THE COURT: [64]** 4/10 4/15 4/23 5/2 5/9 5/24 6/5 6/16 6/19 6/22 7/5 7/7 7/12 8/8 8/22 9/11 10/23 30/22 36/4 39/2 41/5 41/12 41/21 41/25 42/4 42/6 43/17 43/20 43/22 43/25 44/4 44/9 45/1 46/2 46/5 47/1 48/23 49/2 49/4 49/8 49/13 49/17 49/21 50/3 51/9 69/13 70/16 71/5 73/2 76/7 78/7 87/22 94/6 97/4 97/6 97/10 97/15 97/17 97/25 98/3 98/6 98/9 99/1 99/3
**THE WITNESS: [17]** 7/16 8/19 9/17 9/21 35/18 41/18 42/8 43/19 43/21 43/24 44/6 46/3 46/11 50/8 50/17 57/21 97/5

---

**$**
**$35 [2]** 30/1 30/3

---

**'**
**'80s [1]** 11/14
**'848 [10]** 11/7 15/7 15/10 16/14 16/21 16/25 17/3 17/7 17/17 29/1

---

**/**
**/s [1]** 100/15

---

**0**
**0404 [1]** 2/7
**0870 [1]** 1/21

---

**1**
**1-1053 [1]** 1/20
**10 [3]** 3/13 58/10 93/3
**10017 [1]** 2/13
**1053 [1]** 1/20
**10:00 [1]** 65/25
**112 [1]** 36/11
**113892 [1]** 56/20
**1143 [4]** 69/9 69/19 84/7 84/8
**12 [1]** 47/20
**136 [1]** 29/15
**1369 [2]** 62/22 62/25
**14 [2]** 10/4 17/9
**140 [1]** 88/16
**141 [1]** 78/15
**14th [1]** 2/6
**15 [4]** 61/2 61/4 61/10 81/24
**150 [1]** 2/16
**16 [3]** 17/9 63/4 97/18
**161 [1]** 26/14
**1670 [2]** 2/20 2/23
**16th [1]** 97/24
**18 [2]** 25/20 91/23
**1801 [1]** 2/19
**19 [4]** 4/20 26/15 26/15 57/25
**1925 [1]** 2/9
**19th [2]** 5/1 95/15

---

**2**
**20 [3]** 57/16 64/22 92/4
**20 percent [1]** 81/23
**2000 [1]** 11/19 11/21

**2004 [1]** 93/15
**2009 [2]** 92/23 92/7
**2011 [4]** 13/7 15/4 76/15 76/16
**2012 [2]** 57/25 84/4
**2013 [11]** 54/7 54/10 54/12 56/5 77/8 80/9 89/2 89/6 89/17 89/20 89/21
**2014 [4]** 13/7 63/4 77/8 80/15
**2015 [2]** 80/16 80/20
**2017 [1]** 88/1
**2021 [3]** 95/15 95/20 96/1
**2022 [5]** 1/17 4/1 46/15 47/17 47/23
**2040 [1]** 2/6
**212 [1]** 2/14
**22 [5]** 1/17 4/1 91/12 100/13 100/15
**2200 [1]** 2/16
**223-6520 [1]** 2/14
**23 [1]** 91/12
**23C [1]** 2/13
**24 [1]** 29/24
**245 [1]** 10/9
**2541 [1]** 74/7
**25th [2]** 47/17 47/23
**26 [2]** 17/10 17/15
**2611 [1]** 54/8
**28 [5]** 4/19 5/6 5/20 6/4 100/7
**2839 [1]** 10/8
**2840 [1]** 10/9
**2997 [1]** 68/16
**2nd [2]** 42/16 46/15

---

**3**
**3/23/22 [2]** 100/13 100/15
**30 [5]** 3/13 15/2 57/16 64/22 73/14
**30 percent [2]** 57/1 57/12
**301 [1]** 66/14
**303 [2]** 2/20 2/23
**306 [2]** 55/10 56/18
**31 [2]** 17/10 17/15
**310 [1]** 2/10
**311 [1]** 98/25
**324 [1]** 57/19
**325 [3]** 59/18 61/17 81/1
**3300 [1]** 2/19
**332-5300 [1]** 2/17
**3436 [1]** 60/10
**3450 [1]** 2/10
**352 [4]** 23/21 24/1 24/13 25/12
**357-1670 [2]** 2/20 2/23
**39 [1]** 3/13
**3:05 [1]** 99/4
**3rd [2]** 97/23 98/2

---

**4**
**40 [4]** 15/4 15/5 24/25 29/25
**400 [1]** 52/6
**41 [1]** 3/14
**411 [1]** 1/20
**415 [1]** 37/19
**419 [1]** 17/8
**42 [1]** 3/14
**44 [1]** 3/15
**45 [1]** 3/15
**46 [2]** 3/15 10/5
**47 [1]** 3/15
**4th [1]** 1/20

---

**5**
**5,000 [1]** 77/15
**50 [7]** 3/6 3/7 21/5 21/14 21/16 29/25 56/1
**50-page [1]** 5/20
**5300 [1]** 2/17
**543-0870 [1]** 1/21
**551-3450 [1]** 2/10
**55402 [1]** 2/16
**59 [1]** 25/25

---

**6**
**6,000-plus [1]** 51/22

**60 [1]** 29/25
**600 [1]** 36/10
**611 [1]** 2/22
**612 [1]** 2/17
**6520 [1]** 2/14
**65613 [1]** 68/18

---

**7**
**7.2 [1]** 69/20
**7.3 [1]** 69/20
**70 [1]** 81/8
**70 percent [1]** 57/13
**701 [1]** 5/17
**702 [1]** 5/17
**703 [1]** 5/17
**714 [1]** 1/21
**75 [1]** 81/25
**75 milligrams [1]** 81/23
**753 [1]** 100/6
**76 [1]** 37/7
**760-0404 [1]** 2/7
**767 [1]** 2/13

---

**8**
**80202 [1]** 2/20
**808 [1]** 2/22
**85 [3]** 20/21 20/22 20/25
**87 [1]** 3/7
**87000 [2]** 61/23 81/18

---

**9**
**90 [1]** 22/8
**90017 [1]** 2/23
**90067 [1]** 2/9
**91 [5]** 15/25 16/6 16/9 16/20 17/4
**91 percent [1]** 36/10
**92614 [1]** 2/9
**92701 [1]** 12/20
**94 [1]** 3/7
**942 [2]** 91/2 91/6
**949 [1]** 2/7
**95 percent [3]** 81/22 82/6 82/8
**96 percent [1]** 36/14
**9:00 [1]** 65/25
**9:02 [1]** 4/1

---

**A**
**A.M [1]** 4/1
**ability [1]** 83/18
**able [3]** 71/9 74/12 76/2
**about [50]** 4/18 8/4 11/19 23/5 23/10 27/16 30/2 35/22 35/24 39/15 43/2 43/4 51/25 52/2 55/7 55/9 55/21 56/19 57/6 59/9 62/18 63/16 64/20 65/25 66/6 66/10 66/13 68/6 68/10 68/25 69/4 70/3 70/18 73/16 74/20 75/2 75/10 75/21 82/9 83/23 88/10 88/15 88/24 90/1 90/6 91/6 92/3 92/15 94/22 95/5
**above [2]** 100/9
**above-entitled [1]** 100/9
**absolutely [6]** 8/1 38/25 55/2 62/5 66/7 96/14
**absorb [1]** 19/3
**absorbing [1]** 33/15
**absorbs [1]** 34/20
**AC [7]** 71/17 71/21 71/22 72/4 72/14 72/17 73/17
**accelerated [1]** 67/1
**accept [2]** 23/19 30/2
**accepted [2]** 5/13 63/2
**accountants [1]** 95/9
**accuracy [7]** 57/14 57/17 58/14 59/10 59/17 80/19 81/20
**accurate [5]** 9/4 71/23 72/20 80/23 81/21
**accusations [3]** 68/5 68/8 68/9
**accuse [2]** 85/25 86/1
**accused [3]** 69/11 70/12 86/8
**achieve [1]** 82/4
**achieved [1]** 82/2
**acknowledge [2]** 77/2 82/24
**action [1]** 43/13

**EXHIBIT C**
**-183-**

**A**

**activate [5]** 20/13 21/4 21/13 21/16 39/13
**activated [5]** 20/8 20/18 21/8 37/12 37/13
**activating [1]** 20/10
**active [2]** 21/23 27/21
**actual [2]** 15/22 51/3
**actually [30]** 16/9 16/15 16/18 16/25 17/9 18/14 26/5 26/12 26/14 29/8 31/7 31/10 31/19 33/15 57/17 60/5 62/6 68/20 70/17 73/8 74/4 75/25 77/12 77/16 79/6 82/4 86/3 89/22 96/3 97/1
**adaptive [1]** 92/25
**add [1]** 42/18
**additional [1]** 56/4
**address [4]** 29/1 68/11 70/22 98/13
**adhesive [8]** 24/18 24/22 25/1 25/3 25/5 30/9 30/10 37/24
**adjourned [1]** 98/21
**admitted [1]** 35/25
**adopt [6]** 9/7 10/19 43/11 44/22 46/19 47/14
**adopted [1]** 47/7
**adverse [2]** 13/21 14/21
**AEO [1]** 95/24
**affirm [1]** 9/17
**after [27]** 5/6 5/21 30/18 36/1 37/13 42/22 43/8 52/23 56/25 57/6 58/4 59/14 62/19 63/5 63/8 65/9 66/21 70/19 70/20 75/5 76/4 78/19 86/16 90/12 93/3 93/22 94/11
**afternoon [10]** 11/1 11/2 42/11 42/12 44/13 45/4 45/5 46/23 47/5 47/6
**afterwards [1]** 88/22
**again [8]** 12/20 14/12 22/6 38/8 72/23 79/18 86/13 94/1
**against [11]** 13/15 14/8 14/12 14/24 38/12 40/20 40/22 52/8 63/13 66/12 93/16
**age [1]** 98/16
**Agnes [10]** 16/11 19/10 19/22 22/14 22/17 22/20 38/4 38/6 38/10 38/14
**ago [2]** 66/18 93/21
**agree [4]** 22/4 28/25 55/17 56/13
**agreement [6]** 4/19 39/6 61/5 85/25 93/4 93/9
**ahead [1]** 58/10
**aid [1]** 20/1
**aiming [1]** 80/16
**air [1]** 39/14
**al [4]** 1/9 1/11 4/3 4/4
**alarm [1]** 70/2
**alarms [2]** 35/5 35/9
**algorithms [2]** 45/17 45/20
**all [40]** 4/19 4/25 5/14 7/1 11/9 12/11 15/6 15/10 20/4 27/14 33/13 33/17 36/6 38/18 38/20 41/12 53/21 53/24 55/22 62/17 65/18 67/1 68/5 70/19 74/2 75/3 75/8 83/14 83/17 84/23 88/10 89/18 90/25 92/3 92/4 92/20 96/10 97/6 98/9 98/19
**all-white [1]** 33/13
**alleged [2]** 31/15 73/23
**allow [2]** 37/24 90/14
**allowed [3]** 93/24 95/23 95/24
**almost [2]** 74/20 75/11
**alone [1]** 91/24
**already [2]** 35/25 95/7
**also [14]** 12/12 25/2 25/9 37/1 37/5 38/3 47/14 54/3 73/18 73/20 77/20 77/21 79/18 87/14
**always [3]** 14/24 28/1 55/25
**am [5]** 34/2 45/24 56/16 68/11 83/16
**ambient [2]** 16/3 31/11
**amount [3]** 27/11 40/22 72/2
**amplifier [3]** 31/21 31/24 32/3
**Ana [3]** 1/16 1/20 4/1
**analogize [1]** 70/13
**analogizing [1]** 64/25
**analogy [2]** 34/2 65/5
**analysis [2]** 79/23 87/17
**analyzing [1]** 38/9
**ANAPOL [2]** 2/5 46/24
**Angeles [2]** 2/9 2/23
**angry [1]** 65/21

**another [7]** 14/8 14/14 47/12 53/8 57/18 66/24 74/4
**answer [6]** 11/19 21/1 21/19 21/20 22/23 48/8
**answered [1]** 79/7
**answering [1]** 85/23
**answers [1]** 48/10
**anticipated [2]** 59/5 90/1
**any [56]** 5/13 7/24 10/15 11/9 12/3 12/7 15/21 20/7 20/13 21/3 21/12 23/16 38/19 40/23 43/7 43/8 44/19 45/14 45/16 45/22 45/24 50/25 52/18 53/24 53/25 56/10 61/4 61/12 62/8 62/16 63/11 63/20 63/23 64/15 66/13 68/7 68/7 69/4 79/6 79/8 79/12 79/17 79/17 79/25 80/1 80/1 87/18 88/21 95/4 95/5 95/7 95/8 96/8 96/17 98/8
**anybody [5]** 48/13 63/21 63/22 79/6 96/17
**anyon [1]** 92/22
**anyone [6]** 8/9 18/9 76/2 87/11 87/12 95/10
**anything [10]** 4/16 6/8 42/18 57/15 63/13 71/2 75/2 76/5 79/13 93/11
**anyway [1]** 92/2
**anywhere [1]** 51/24
**app [2]** 35/7 35/8
**apparently [1]** 25/8 29/3 73/1
**appeal [1]** 14/6
**APPEARANCES [1]** 2/1
**appears [2]** 13/6 22/25
**Apple [19]** 51/21 62/19 63/14 66/14 67/15 67/18 67/22 75/5 75/7 89/10 89/16 89/19 89/21 90/2 90/4 90/7 90/8 96/5 96/16
**applied [1]** 27/4
**apply [5]** 35/18 38/7 40/21 40/23 85/2
**appreciable [1]** 50/25
**approach [4]** 7/6 41/6 46/25 78/6
**appropriate [1]** 65/6
**approximately [2]** 29/24 70/3
**April [3]** 4/20 5/1 88/1
**April 19 [1]** 4/20
**April 19th [1]** 5/1
**April 2017 [1]** 88/1
**arbitration [1]** 53/8
**archives [1]** 18/17
**are [45]** 4/7 4/13 4/18 4/23 5/10 7/14 7/14 9/25 13/6 17/15 17/16 20/4 20/22 29/1 29/4 32/13 33/13 36/7 38/6 38/18 38/19 39/12 45/10 45/22 48/10 49/13 50/14 56/14 59/8 61/25 68/11 69/20 71/20 71/20 73/16 74/7 75/12 75/14 86/20 88/11 90/25 93/5 94/15 96/8 98/24
**argue [1]** 85/6
**argument [3]** 6/2 97/19 97/24
**arising [1]** 82/25
**around [3]** 30/1 67/25 96/11
**arrive [1]** 38/23
**art [3]** 15/6 38/19 38/22
**arterial [1]** 71/16
**artifact [3]** 36/10 65/9 65/17 92/8 92/25
**Arun [1]** 52/14
**as [61]** 5/5 5/6 5/13 5/14 9/7 10/20 12/21 13/2 13/6 13/6 13/12 13/12 13/14 13/21 16/21 17/24 20/16 20/16 26/24 27/19 27/23 27/23 28/22 35/18 37/10 37/10 38/17 39/8 41/2 43/12 43/12 44/22 44/23 45/10 46/19 49/5 52/5 52/22 52/23 53/11 54/25 55/3 58/23 59/11 59/11 60/19 62/13 66/3 66/25 67/8 67/24 69/20 71/11 72/24 73/23 79/16 81/12 81/21 81/21 95/23 97/22
**Aside [1]** 18/8
**ask [8]** 39/22 53/17 68/13 74/20 76/23 76/25 90/13 98/19
**asked [20]** 12/5 21/2 21/11 21/18 26/15 35/22 37/10 38/3 39/19 57/17 56/3 58/4 58/6 60/19 61/2 63/4 63/15 67/17 75/18 79/4 90/4
**asking [1]** 67/15
**assume [1]** 76/25
**assuming [1]** 20/22
**assured [2]** 63/12 87/4
**astute [1]** 72/13
**attached [3]** 13/2 16/2 16/22

**attaching [2]** 18/4 18/5
**attempted [4]** 06/21
**attend [1]** 51/5
**attended [2]** 50/22 50/24
**attention [1]** 78/15
**attenuation [1]** 38/11
**attorneys [2]** 95/9 95/19
**attribute [2]** 16/13 16/18
**auditors [1]** 95/9
**August [1]** 96/1
**available [2]** 76/2 82/15
**Avenue [2]** 2/13
**aware [13]** 29/4 42/25 45/22 45/24 79/5 79/8 79/15 79/19 84/4 88/7 90/18 95/21 95/22
**away [5]** 5/25 29/21 30/14 85/3 91/23

**B**

**B-a-e-r [1]** 8/20
**back [43]** 5/16 12/17 13/4 13/6 13/8 13/10 13/10 13/12 16/16 25/22 25/24 26/5 26/21 26/23 29/7 30/15 30/18 31/1 31/7 31/8 33/21 33/25 34/2 35/1 35/10 37/11 37/12 52/22 53/7 57/9 59/8 64/25 65/14 65/18 70/13 76/16 84/4 85/2 89/16 89/20 89/21 92/6 93/3
**background [5]** 11/12 24/18 25/10 71/6 73/22
**bad [2]** 54/19 76/24
**BAER [6]** 3/13 8/15 8/16 8/19 8/25 9/1
**band [1]** 20/1
**band-aid [1]** 20/1
**bandage [3]** 19/16 19/16 37/20
**bankruptcy [5]** 78/4 78/12 88/1 89/13 93/3
**barcode [1]** 29/12
**Barker [3]** 60/19 61/2 66/25
**barrier [1]** 32/14
**based [2]** 52/1 93/13
**basically [1]** 58/14
**basis [1]** 28/25
**bat [1]** 98/18
**Bates [1]** 81/18
**battery [2]** 20/15 37/5
**be [68]** 4/19 5/21 6/5 6/6 8/4 8/9 9/18 10/9 12/16 13/6 13/16 17/2 18/6 20/18 21/17 21/24 22/1 22/6 23/18 25/5 30/8 32/17 38/11 38/16 39/7 39/10 39/16 39/18 39/20 40/9 41/5 42/6 42/19 46/9 56/10 57/14 57/16 57/17 62/8 62/10 63/15 65/23 67/12 67/13 67/15 67/25 68/1 69/24 71/20 72/3 74/12 74/22 76/2 80/15 81/9 81/20 81/22 90/9 91/17 91/20 92/18 96/16 97/17 97/18 97/19 97/23 98/20
**BEAR [2]** 2/5 2/8
**beats [1]** 36/14
**because [35]** 11/12 15/23 23/6 27/9 31/20 51/18 52/18 52/23 54/11 59/10 61/1 64/19 65/10 65/21 66/22 67/15 70/8 71/17 72/10 72/20 72/22 73/8 73/14 75/17 75/18 76/1 77/16 87/10 89/23 90/14 91/25 92/14 92/16 92/18 93/6
**become [1]** 95/22
**bed [2]** 28/10 28/17
**been [18]** 6/11 6/12 6/25 7/1 7/2 11/17 11/18 12/13 14/1 28/22 35/23 40/5 49/10 59/3 61/14 67/11 86/15 90/15
**before [24]** 4/16 5/8 7/23 18/5 20/11 20/14 21/4 21/13 22/22 29/9 29/13 35/24 40/1 42/23 42/25 74/5 75/4 75/16 76/6 77/9 77/10 88/25 95/18 97/12
**beginning [2]** 67/3 98/10
**begins [2]** 16/21 22/7
**behalf [1]** 46/15
**being [11]** 5/14 25/23 27/10 31/3 32/8 37/8 51/3 55/8 65/1 69/1 69/19
**belief [1]** 95/4
**believe [22]** 12/15 15/12 15/21 22/13 23/12 25/14 26/24 29/14 29/24 30/17 35/20 47/19 48/6 50/25 51/23 77/7 80/8 84/19 86/16 92/11 95/12 97/6
**believed [1]** 90/9
**believes [1]** 61/25
**below [2]** 81/24 82/14

EXHIBIT C -184-

**B**
bench [1] 41/6
benefit [1] 98/18
benefits [1] 61/25
besides [1] 53/14 66/24 66/25
best [1] 85/14
betrayed [1] 66/19
betrayer [1] 95/13
better [5] 57/15 59/6 69/24 75/23 82/15
between [15] 32/17 34/4 34/16 48/3 58/15 72/11 73/15 82/24 83/22 83/22 89/2 89/6 89/15 92/16 92/20
beyond [1] 6/21
big [8] 72/3 72/4 72/17 72/18 72/18 90/8 91/24 95/15
bigger [1] 72/14
binder [8] 42/13 44/13 46/17 46/25 47/11 48/5 48/15 80/5
bit [2] 5/22 11/12
black [17] 24/2 34/15 34/16 34/20 34/21 48/5 48/14 71/20 80/5 84/19 84/23 85/4 85/5 85/8 85/10 85/16 85/18
block [4] 23/7 26/7 32/7 34/21
blocked [1] 31/3
blocking [4] 27/9 31/15 34/8 71/10
blocks [2] 26/3 30/16
blood [5] 19/19 19/20 20/2 38/9 90/20
blood-washing [2] 19/20 20/2
board [12] 55/10 55/22 56/3 56/5 58/16 59/8 60/23 60/24 61/1 66/21 66/23 91/22
board's [1] 60/23
boards [1] 60/25
body [2] 59/15 72/21
bone [1] 71/19
bonus [1] 66/22
book [13] 20/25 23/21 23/23 23/24 23/24 24/2 54/7 54/8 54/9 54/13 54/24 57/19 62/23
books [1] 23/25
both [7] 17/22 17/24 20/15 24/14 60/25 85/16 86/21
bottom [1] 39/12
bought [1] 93/2
Boulevard [1] 2/22
bragging [2] 73/8 73/16
brand [1] 35/24
breakfast [1] 53/21
breakfasts [1] 53/21
Bredahl [1] 98/22
BRIAN [2] 2/4 4/8
bridges [1] 87/10
brief [8] 4/21 4/22 5/6 5/8 5/20 68/4 97/25 98/1
briefing [1] 4/18 4/24
briefings [1] 97/12
briefly [2] 22/22 65/5
broadcast [1] 96/1
brother's [1] 69/5
brought [1] 51/12
brushless [2] 19/22 20/3
bucks [1] 29/25
build [1] 83/15
bullet [1] 80/14
burned [1] 87/10
burrito [1] 53/19
business [3] 73/5 73/13 90/10 90/10 96/3 96/21
buy [1] 90/5
buyer [3] 91/12 91/16 92/1
buying [1] 92/22

**C**
CA [4] 1/20 2/6 2/9 2/23
calendar [1] 6/6
calibrate [2] 57/2 57/13
calibrated [1] 82/9
calibration [4] 57/3 57/11 59/15 68/1
CALIFORNIA [1] 1/5 1/16 2/19 4/1 24/10
call [17] 8/14 9/14 23/2 41/8 41/25 42/3 44/1 46/5 46/7 49/18 50/12 56/20 57/20 65/25 69/9

71/18 73/4
called [8] 73/19 73/20 74/5 77/25 62/22 64/5 63/7 89/6 89/9
Calling [1] 4/2
calls [2] 49/19 88/16
camaraderie [1] 55/1
came [2] 91/10 92/24
can [38] 7/11 13/17 16/3 22/6 22/8 35/16 35/17 36/6 37/16 37/18 38/11 39/7 47/21 56/20 57/3 57/13 57/20 58/24 58/25 61/25 65/10 69/18 69/23 69/25 70/8 70/20 72/4 73/12 73/14 73/17 74/5 83/6 83/24 88/21 88/22 89/1 91/14 92/17
can't [4] 57/12 71/17 73/10 82/11
Cannom [1] 48/17
cannot [2] 23/18 25/5
cans [1] 68/6
cap [1] 19/23
capable [4] 35/11 35/13 37/8 86/20
card [3] 40/9 73/5 73/5
cards [2] 73/13 83/16
career [1] 96/23
careful [3] 67/15 79/18 96/18
carefully [1] 79/7
case [59] 9/2 10/2 10/12 11/4 11/10 11/21 11/23 11/24 12/1 12/9 12/18 13/11 13/14 13/21 13/25 14/8 14/14 14/21 18/8 19/2 21/17 23/20 23/25 25/8 25/14 29/3 35/24 35/24 45/23 49/8 49/9 49/12 50/2 51/4 51/13 53/8 53/8 60/5 66/16 69/16 70/11 71/9 72/4 72/19 78/4 78/4 78/12 79/2 79/3 79/21 79/25 82/16 87/17 89/13 93/21 94/10 96/9 98/11
cases [2] 12/6 12/10 12/12 12/16 98/17
catch [1] 76/10
cause [1] 16/7
causes [1] 70/2
causing [2] 33/24 34/10
cavities [1] 32/13
CE [2] 55/21 80/16
cellulosic [1] 33/14
CENTRAL [1] 1/5
Century [1] 2/9
CEO [3] 4/8 52/5 96/5
Cercacor [41] 4/6 4/9 41/10 45/23 47/16 48/14 51/13 52/1 52/4 52/12 52/13 52/24 53/13 53/22 54/23 55/1 60/25 61/3 62/13 63/13 64/2 66/23 67/2 67/5 67/8 75/6 75/13 75/21 77/9 79/14 79/15 86/21 87/1 87/5 87/6 87/8 87/11 87/13 87/14 88/15 90/5
Cercacor's [1] 48/18
certain [6] 6/11 6/12 40/21 40/22 83/1 86/19
certainly [4] 34/24 83/19 87/4 98/14
CERTIFICATE [1] 100/4
CERTIFIED [1] 1/9
certify [1] 100/6
CFO [1] 65/25
chairman [1] 91/22
challenging [1] 15/23
chance [2] 71/23 91/5
change [2] 43/8 90/24
changes [2] 10/15 44/19
characterize [1] 54/24
charge [1] 86/23
charts [1] 55/24
chat [1] 53/20
Chatsworth [1] 24/10
check [2] 57/8 81/20
Chem [2] 55/7 66/21
Chem-5 [2] 55/7 66/21
chemically [1] 20/16
Chen [1] 55/5
chief [4] 49/8 49/9 49/12 93/22
chit [1] 53/20
choice [2] 38/1 38/2
chose [2] 85/4 85/7
Chris [2] 56/20 57/20
CHRISTOPHER [3] 2/4 3/12 7/17
circuit [2] 31/21 95/3
cite [3] 16/9 17/8 17/9

sited [2] 5/13 29/15
CLARKSEN [1] 9/4
Claassen [2] 4/8 9/11 43/23 49/18
claim [9] 11/7 15/6 15/10 22/5 22/12 32/6 38/24 64/17 93/14
claims [2] 64/7 64/11
clarification [1] 43/11
clarifications [1] 10/16
clarify [3] 4/17 16/10 42/19
clear [11] 6/10 8/4 17/20 17/21 17/23 17/24 18/1 28/5 53/15 41/12 82/14
clearance [1] 61/22
cleared [1] 41/14
clearly [1] 74/5
client [1] 14/5
clinical [3] 80/15 80/19 80/19
clinically [1] 80/23
clinician [1] 60/19
clip [1] 73/9
close [1] 35/7
closely [1] 87/6
Closer [2] 15/4 15/5
closing [1] 4/21
could [1] 57/10
CO [1] 2/20
code [4] 79/6 80/1 87/19 100/7
colleague [1] 47/11
color [2] 33/8 34/14
colors [1] 85/17
column [1] 17/9
combination [7] 15/10 15/18 19/9 20/1 22/4 22/15 38/7
combine [1] 38/16
come [10] 19/2 32/1 40/13 51/5 52/23 53/17 57/9 57/11 58/5 67/6
comes [6] 15/20 20/6 21/25 32/2 40/8 40/10
coming [2] 36/12 43/20
communicate [1] 81/16
communications [7] 7/25 45/6 45/7 45/13
companies [2] 52/13 52/16
company [17] 52/7 52/18 62/13 66/11 66/12 76/11 77/3 79/21 83/20 84/15 87/7 89/6 89/9 89/12 90/8 92/7 96/17
compared [2] 71/22 72/5
comparison [1] 71/7
competing [1] 90/9
competitive [3] 52/12 63/13 90/13
competitors [3] 51/24 52/15 52/19
complain [1] 94/22
complete [1] 67/25
completing [1] 67/3
complies [3] 40/16 47/22 78/16
computer [7] 13/13 77/12 77/13 77/19 88/24 90/10 94/12
computers [1] 88/21
conceal [1] 75/16
concentration [1] 45/8
concepts [1] 38/18
concern [1] 85/5
concerning [6] 10/1 10/11 36/17 70/11 70/12 88/8
concluded [1] 99/4
concludes [1] 97/6
conclusion [1] 86/11
conclusions [4] 4/21 5/5 78/3 78/11
conducted [1] 80/15
conducting [1] 79/8
Conference [1] 100/11
confidential [4] 42/25 52/22 78/24 95/24
confirm [1] 7/23
conflict [1] 61/1
conformance [1] 100/10
confused [1] 71/5
confusing [1] 71/3
connected [1] 18/11
consider [1] 85/5
consultant [1] 78/23
contact [3] 24/15 91/17 98/22
contacted [2] 89/21 89/22

EXHIBIT C
-185-

**C**

contacting [1] 66/14
contain [1] 44/14
contains [1] 42/13
contaminated [1] 30/11
contemplated [1] 4/25
contend [1] 93/6
continue [3] 8/3 53/21 93/5
Continued [2] 3/12 7/18
continuous [1] 58/21
continuously [1] 90/20
contract [3] 83/7 83/20 83/25
contrary [1] 29/2
contrasting [2] 24/18 25/10
conventional [4] 37/5 65/8 91/8 91/24
conversation [3] 64/8 64/20 66/2
Cook [8] 66/14 66/20 90/12 95/18 95/21
  95/22 95/25 96/5
cooperated [1] 47/8
copied [1] 76/2
Coppola [1] 77/17
copy [2] 9/4 78/10
cordial [1] 61/13
corporate [2] 45/12 95/23
CORPORATION [2] 1/9 4/3
correct [119]
corrections [2] 6/15 44/19
correctly [1] 27/13
correlation [4] 56/17 57/4 58/15 58/23
correspond [1] 56/24
cosmetic [1] 74/14
cost [4] 30/3 65/8 65/14 91/9
costs [1] 29/25
could [36] 8/17 12/7 12/20 15/8 15/18 16/7
  16/16 16/17 18/20 18/25 19/5 21/17 22/23
  26/23 37/11 37/12 50/2 56/13 57/16 59/16
  62/8 65/11 67/4 72/3 72/14 78/15 80/23 82/3
  82/4 84/14 86/14 86/17 87/4 90/5 92/17 93/24
couldn't [5] 15/9 80/22 86/2 87/9 91/19
counsel [6] 2/1 6/14 6/24 47/8 84/18 87/25
count [3] 12/16 14/23 15/2
County [2] 96/3 96/21
couple [3] 59/8 65/23 77/3
course [2] 66/16 80/25
court [20] 1/4 6/14 7/2 7/4 7/11 9/8 10/20
  33/11 35/16 41/2 44/23 47/17 55/9 68/25
  85/21 88/2 95/4 98/13 98/25 100/16
Courthouse [1] 1/19
Courtney [6] 59/23 60/2 60/3 61/7 61/18
  61/20
courtroom [4] 8/6 41/13 41/14 48/17
cover [53] 20/11 20/19 21/22 22/7 22/25 23/6
  23/18 24/15 24/23 24/24 25/2 25/6 30/8 30/10
  31/3 31/8 31/11 31/12 31/15 32/6 33/18 33/20
  34/4 34/5 34/14 34/17 34/21 35/19 36/1
  36/22 36/24 37/9 37/21 38/12 39/7 39/11
  39/15 69/1 69/4 70/18 73/21 73/25 74/9 74/11
  84/20 84/24 85/2 85/4 85/11 85/14 85/18
  85/19
covered [3] 8/9 43/2 50/2
covering [1] 21/22
covers [9] 17/20 18/2 18/9 18/23 18/24 19/2
  19/5 28/5 84/5
crazy [2] 96/4 97/1
create [2] 61/16 72/4
created [1] 68/20
Cristiano [5] 55/3 74/25 75/5 75/11 75/16
cross [8] 3/5 3/11 7/18 10/24 35/22 45/2 47/3
  76/8
CROSS-EXAMINATION [5] 7/18 10/24 45/2
  47/3 76/8
CTO [1] 87/10
current [1] 81/21
CV [6] 12/3 12/4 12/5 12/12 12/21 13/1

**D**

DAFT [4] 3/12 7/13 7/17 7/20
daily [1] 57/8
Dalvi [3] 55/3 74/25 75/16

damages [1] 5/9
dangle [1] 28/17
dangling [7] 72/2 72/3 72/4
data [10] 56/17 57/2 57/3 57/9 59/5 60/6 62/7
  82/11 82/15 84/3
date [7] 11/20 18/25 47/21 47/23 63/3 77/7
  100/13
dates [1] 55/14
daughter [1] 49/16
Dave [1] 52/14
day [6] 1/12 5/1 30/3 46/3 55/25 98/16
days [7] 4/20 5/6 5/20 6/4 42/22 48/3 63/5
DC [6] 71/18 71/21 71/22 72/5 72/14 73/17
deal [5] 5/17 91/25
dealing [1] 68/6
dealt [1] 60/3
decades [1] 76/4
decided [1] 14/4
decides [1] 30/5
deciliter [5] 57/15 81/23 81/24 81/25 82/5
declaration [19] 9/1 9/7 10/1 10/11 10/15
  12/23 13/18 31/1 42/14 42/16 42/19 42/22
  42/24 44/14 44/17 44/22 46/14 46/19 94/9
declarations [3] 5/7 10/17 10/19
decline [1] 5/14
defendants [9] 1/12 2/11 4/12 7/9 8/14 41/8
  44/1 46/7 46/15
DEFENSE [9] 3/10 3/16 7/17 8/16 9/16 41/15
  42/5 44/3 46/8
degree [5] 45/6 45/7 45/10 45/12 45/14
degrees [1] 59/13
demonstrate [5] 31/6 31/14 35/16 38/11
  70/23
demonstrates [1] 29/12
demonstrating [1] 31/2 31/5
demonstration [2] 35/23 70/12
demonstrative [1] 60/9
Denied [1] 73/2
Denver [1] 2/20
deny [1] 86/8
departed [1] 52/12
departure [3] 63/6 63/9 88/4
departures [1] 78/20
dependent [1] 67/25
Depending [1] 72/2
depose [1] 93/24
deposition [10] 20/20 20/25 26/13 26/14
  40/25 48/11 49/10 92/23 94/2 95/16
depositions [1] 70/20
describe [2] 33/11 36/7
described [2] 30/25 37/2
describes [1] 36/24
design [4] 18/9 38/1 38/2 92/18
designing [1] 23/11
despite [1] 71/10
destroy [2] 64/12 64/18
details [1] 45/19
detect [2] 76/12 86/14
detecting [2] 16/3 19/19
detection [1] 77/2
detector [25] 22/17 23/7 25/22 26/4 26/8
  27/10 27/12 27/20 31/4 31/11 31/16 32/9
  32/12 32/23 33/5 33/23 34/1 34/3 34/9 34/11
  34/23 35/2 36/18 72/11 73/16
detectors [1] 84/24
determine [1] 78/23
developed [1] 83/2
developing [1] 45/16
development [1] 82/25
device [36] 24/15 26/21 28/17 29/9 29/13
  31/1 32/11 32/19 33/8 33/21 34/14 35/1 35/4
  35/7 35/10 36/13 36/17 36/21 36/23 36/25
  37/2 37/8 39/9 39/13 39/13 39/22 40/2 57/7
  71/3 80/22 81/6 81/12 82/11 84/10 84/11
  85/11
devices [11] 15/3 15/22 21/25 28/14 29/2
  34/12 37/23 38/13 80/16 80/20 84/18
Dexcom [5] 52/15 58/21 58/21 58/23 59/3
Diab [1] 91/7

diabetes [3] 57/8 59/11
did [101]
didn't [18] 12/6 12/7 14/7 16/17 19/2 26/11
  26/18 40/22 40/23 54/20 58/4 76/10 76/24
  76/25 86/1 86/22 90/14 92/10
difference [5] 27/1 34/16 89/5 89/15 95/1
differences [1] 89/18
different [5] 63/14 66/9 70/14 85/16 98/13
diffusely [3] 25/19 25/23 33/16
dinners [1] 53/14
dioxide [1] 33/14
direct [14] 3/5 3/11 8/23 9/1 9/23 21/24 42/9
  43/12 44/11 44/22 46/12 50/1 50/2 50/20
directed [5] 27/20 27/23 28/22 76/1 76/14
direction [2] 28/19 33/6
directions [1] 33/17
directly [4] 48/13 50/3 67/21 86/25
director [2] 60/3 61/21
directors [2] 60/23 60/24
disagree [2] 56/13 56/16
disaster [1] 57/25
disastrous [1] 60/8
disclose [5] 20/10 22/5 22/12 22/17 37/5
discloses [5] 19/13 19/16 19/19 19/22 37/1
disclosure [7] 17/16 20/13 21/3 21/12 21/21
  21/24 96/8
disconnected [1] 77/14
discovered [1] 86/18
discovery [2] 88/10 93/20
discuss [1] 98/7
discussed [2] 6/13 89/5 97/10
discussing [2] 28/4 69/12
disk [1] 88/25
dismiss [1] 93/13
dismissed [1] 61/9
dispenser [1] 20/2
dispute [9] 82/24 83/5 83/8 83/19 83/22 84/1
  92/7 92/15 92/19
disputes [1] 92/20
distinction [1] 89/1
DISTRICT [2] 1/4 1/5
division [3] 1/6 60/3 61/21
do [152]
doable [1] 97/20
doctor's [1] 35/21
doctors [1] 28/13
document [14] 8/25 9/5 15/6 15/8 47/2 57/23
  66/17 69/7 69/15 78/8 80/7 80/8 81/18 84/6
documents [4] 52/22 75/24 80/4 88/16
does [30] 16/25 20/7 20/10 22/5 22/25 23/9
  26/7 26/8 29/15 31/14 33/12 34/25 36/18 37/5
  37/6 37/15 39/6 39/8 44/13 67/5 68/18 69/15
  73/19 74/2 78/17 78/21 84/16 85/8 90/17
  97/20
doesn't [6] 29/25 40/13 69/10 71/2 84/15
  93/11
doing [13] 33/24 34/6 35/6 35/13 36/7 38/23
  39/25 63/14 72/25 86/20 90/19 92/3 93/19
don't [46] 4/18 5/24 11/19 12/10 12/15 12/16
  13/24 14/6 17/2 18/8 23/16 24/1 24/21 24/21
  25/9 25/13 25/15 25/16 25/22 28/18 29/17
  40/11 43/22 45/19 47/20 51/22 56/9 66/4
  71/15 74/4 74/12 77/7 77/22 77/25 78/1 79/11
  82/7 83/15 85/2 85/6 86/6 91/3 91/18 92/17
  95/7 96/16
done [19] 35/23 35/25 36/1 38/11 41/1 56/1
  56/2 56/3 65/23 70/17 73/4 76/17 76/23 77/6
  77/11 77/23 78/1 88/11 92/11
door [2] 33/2 36/3
down [7] 13/14 43/18 46/2 48/24 51/9 59/13
  97/4
download [1] 88/16
downloaded [2] 76/13 77/15 79/6 86/15
dozens [1] 18/17
Dr [92] 7/13 7/20 11/1 23/10 23/14 24/12
  24/23 25/9 25/15 30/25 31/10 36/6 39/18
  39/19 43/1 43/4 49/19 51/25 52/9 52/21 53/6
  53/11 53/16 53/22 54/4 54/6 54/14 54/25 55/8
  55/13 55/17 55/20 56/6 57/24 58/2 58/9 59/7

**EXHIBIT C**
**-186-**

**D**

Dr... **[55]** 60/7 60/18 60/19 61/2 61/8 62/8 62/12 62/19 63/8 63/12 63/24 64/4 64/11 64/25 66/2 66/11 66/25 67/14 67/24 68/5 68/8 68/25 72/8 72/19 73/19 73/20 73/23 74/23 75/3 75/21 76/1 76/14 77/9 77/10 79/5 79/12 79/16 85/11 85/24 86/8 86/22 87/7 87/18 88/5 88/7 88/14 90/6 93/17 93/21 93/22 94/11 94/14 95/5 95/12 96/23

Dr. **[17]** 9/15 9/25 39/17 41/8 49/16 53/2 53/25 54/21 60/12 66/13 68/4 70/9 80/1 84/15 87/1 88/23 89/9

Dr. Lamego **[11]** 39/17 53/2 53/25 54/21 60/12 66/13 68/4 80/1 87/1 88/23 89/9

Dr. Lamego's **[2]** 49/16 84/15

Dr. Robert **[1]** 9/15

Dr. Stone **[2]** 9/25 70/9

Dr. Thomas **[1]** 41/8

draft **[1]** 43/6

draw **[1]** 89/1

drive **[5]** 88/25 94/15 95/5 95/6 95/10

drives **[1]** 94/11

due **[1]** 97/23

during **[7]** 65/11 66/12 75/8 88/4 92/23 93/20 94/3

**E**

e-mail **[18]** 23/14 23/17 24/6 24/7 24/8 24/12 66/14 66/19 67/15 86/5 86/6 90/12 95/18 95/21 95/22 95/25 96/7 96/10

each **[6]** 11/13 27/23 68/11 82/8 82/9 84/24

earlier **[4]** 28/4 53/7 70/8 88/24

easier **[1]** 37/22

easily **[1]** 65/10

East **[1]** 2/9

eat **[1]** 59/11

edit **[3]** 10/4 10/7 10/14

Edwards **[1]** 52/17

effect **[2]** 29/5 56/9

effective **[1]** 35/6

efficacy **[1]** 69/15

either **[10]** 5/25 15/18 33/13 33/21 35/6 37/7 38/14 57/11 67/21 76/3

electrical **[1]** 32/5

electronic **[3]** 79/6 80/2 87/18

eligible **[1]** 81/9

else **[8]** 6/18 18/9 40/6 40/8 40/10 40/11 57/15 95/10

embodiment **[1]** 36/23

embodiments **[1]** 37/7

emit **[1]** 20/7

emitter **[21]** 20/7 21/22 23/2 25/18 25/19 25/21 26/3 26/7 31/3 31/16 32/11 32/22 33/4 33/5 33/23 33/25 34/2 34/8 34/22 35/2 36/18

emitters **[1]** 32/7

emitting **[3]** 32/20 32/21 33/4

employee **[4]** 52/11 79/8 79/15 88/22

employees **[8]** 51/13 51/22 51/23 52/2 52/8 56/3 56/4 77/3

employers **[1]** 75/17

enable **[1]** 37/21

encouraging **[2]** 61/14 62/4

end **[8]** 8/13 9/13 41/24 49/25 50/11 55/9 68/22 74/21

ended **[1]** 92/22

ending **[1]** 61/23

ends **[1]** 81/18

engaged **[1]** 78/22

engineer **[4]** 15/21 56/10 89/15 89/16

engineering **[3]** 32/5 38/17 45/14

engineers **[7]** 52/4 52/11 66/22 67/2 67/16 67/19 67/20

enjoyed **[1]** 7/20

enough **[9]** 6/1 13/10 51/4 72/4 72/17 72/18 72/18 97/13 97/19

ensure **[1]** 87/13

entire **[2]** 50/22 51/5

entirely **[2]** 20/12 20/17

entitled **[1]** 100/9

especially **[2]** 51/24 56/17

essence **[1]** 5/15

essential **[1]** 33/22

et **[4]** 1/9 1/11 4/3 4/4

ethics **[1]** 91/20 91/21 91/21

etiology **[1]** 31/25

Europe **[1]** 80/22

evaluate **[1]** 60/19

even **[14]** 16/3 18/20 31/21 50/24 51/3 53/7 55/24 71/17 72/16 73/15 90/4 90/4 90/12 93/4

events **[1]** 54/24

eventually **[1]** 78/19

ever **[11]** 43/6 63/14 63/22 65/19 67/10 67/24 76/22 82/2 83/18 90/11 90/11 90/12

every **[2]** 68/12 77/13

everybody **[1]** 46/4

everyone **[1]** 75/12

everything **[5]** 65/19 68/6 83/17 90/18 92/6

evidence **[5]** 5/13 15/22 18/14 37/23 79/25 85/21 95/4 95/7 97/7

exact **[4]** 11/20 17/2 77/7 79/18

exactly **[4]** 17/7 25/16 29/5 30/13 56/18 69/18 79/11

**EXAMINATION [15]** 7/18 8/23 9/23 10/24 30/23 39/4 42/9 44/11 45/2 46/12 47/3 50/20 76/8 87/23 94/7

example **[1]** 84/13

Excel **[1]** 6/24

Excellent **[1]** 97/21

except **[2]** 17/14 75/13

excerpt **[1]** 98/25

excited **[2]** 61/16 91/15

excuse **[1]** 31/2

excused **[2]** 8/10 41/5

executive **[2]** 76/25 80/11

exemplary **[1]** 98/18

exercise **[3]** 61/4 66/24 86/3

exhibit **[28]** 7/10 7/10 13/2 13/3 13/18 17/8 23/21 24/13 25/12 54/8 55/10 56/18 57/19 59/18 60/9 60/10 61/17 62/22 62/25 66/14 68/16 69/9 69/19 71/1 74/7 91/2 91/6 98/24

Exhibit 1143 **[1]** 69/9

Exhibit 1369 **[2]** 62/22 62/25

Exhibit 2541 **[1]** 74/7

Exhibit 2611 **[1]** 54/8

Exhibit 2997 **[1]** 68/16

Exhibit 306 **[2]** 55/10 56/18

Exhibit 311-C **[1]** 98/24

Exhibit 324 **[1]** 57/19

Exhibit 325 **[2]** 59/18 61/17

Exhibit 3436 **[1]** 60/10

Exhibit 352 **[3]** 23/21 24/13 25/12

Exhibit 419 **[1]** 17/8

Exhibit 942 **[2]** 91/2 91/6

exhibits **[6]** 3/8 3/17 5/7 6/25 7/2 74/4

expectation **[1]** 38/23

experience **[5]** 13/1 15/3 17/19 24/25 98/11

experienced **[1]** 16/18

experiment **[3]** 30/25 32/2 41/2

expert **[13]** 11/17 11/18 70/11 70/15 70/19 71/3 72/24 72/25 77/12 77/19 77/21 80/1 93/18

experts **[3]** 5/16 77/17 79/22

explain **[8]** 11/13 56/13 69/18 83/6 83/24 88/14 91/3 91/5

explaining **[2]** 23/17 84/9

explanation **[2]** 41/14 91/4

explicitly **[1]** 39/8

explore **[1]** 11/12

external **[2]** 22/18 38/12

**F**

facilitate **[2]** 73/21 73/22

fact **[22]** 4/21 5/4 15/9 17/23 17/24 23/21 29/4 29/11 30/15 30/18 53/11 54/6 54/22 56/16 61/17 62/5 73/4 76/17 78/3 78/11 87/9 96/15

facts **[1]** 88/11

fair **[1]** 33/18

fairness **[1]** 70/22

fall **[1]** 51/24

false **[10]** 15/6 17/18 18/4 18/5 18/10 26/6 28/8 28/23 70/2

familiar **[3]** 68/19 77/22 90/25

families **[1]** 53/15

family **[2]** 68/10 91/15

far **[9]** 7/1 12/7 13/4 13/6 13/8 13/10 13/10 13/12 52/22

fashion **[2]** 28/20 40/24

fault **[1]** 76/19

favor **[1]** 14/5

FBI **[2]** 94/20 95/9

FDA **[17]** 57/24 58/1 58/17 58/18 59/19 59/21 61/7 61/8 61/9 61/9 61/18 61/22 61/23 61/24 62/3 62/9 81/2 81/12

fear **[3]** 51/25 94/16 95/4

fearful **[2]** 89/19 89/19

feasibility **[7]** 55/22 55/23 59/24 61/3 61/6 62/6 62/6

feasible **[2]** 62/14 67/12

features **[3]** 15/6 15/10 20/1

February **[3]** 47/17 47/23 48/7

February 25th **[2]** 47/17 47/23

federal **[1]** 93/21

feedback **[1]** 32/4

feel **[1]** 76/24

feelings **[1]** 53/25

felt **[1]** 66/19

few **[3]** 12/13 42/22 84/17

fiber **[1]** 33/14

field **[2]** 54/4 61/25

fields **[1]** 33/7

fifth **[2]** 2/16 14/23

figure **[1]** 88/20

file **[2]** 86/12 86/15

filed **[5]** 4/25 52/7 52/8 66/12 95/19

files **[2]** 76/3 77/15

filters **[1]** 92/25

final **[1]** 5/10

find **[6]** 15/5 15/8 15/9 18/20 19/5 86/2

findings **[4]** 4/21 5/4 5/21 78/3 78/11 97/12 97/23 98/1

fine **[5]** 5/24 6/5 6/16 7/5 92/9 97/14 99/1

finger **[11]** 36/8 36/12 40/22 71/11 71/13 71/15 72/11 72/12 72/3 73/9 73/16 84/10

fingernail **[1]** 71/19

finish **[3]** 21/9 56/4 91/2

firm **[2]** 4/6 77/18

firms **[1]** 12/17

first **[29]** 6/7 8/18 9/19 11/21 12/18 12/21 24/12 29/21 36/6 40/1 41/17 41/19 42/6 44/4 44/5 44/6 46/10 50/7 50/16 58/10 59/23 66/18 70/19 70/21 74/2 80/8 81/4 89/18 89/22

fits **[1]** 30/12

five **[2]** 48/3 60/13

flags **[1]** 90/16

flap **[1]** 73/11

FLETCHER **[4]** 2/18 4/13 8/22 41/21

flew **[1]** 89/25

flip **[1]** 47/20

Floor **[1]** 2/6

follow **[3]** 28/1 69/2 76/22

followed **[2]** 86/22 87/12

following **[7]** 8/12 9/12 27/23 41/23 49/24 50/10 68/21

fool **[1]** 65/10

foregoing **[1]** 100/7

forensic **[7]** 77/17 77/19 79/22 80/1 87/17 87/17

forensics **[5]** 77/21 88/20 88/21 88/22 88/23

forever **[1]** 86/11

form **[1]** 36/11

format **[2]** 48/8 100/10

former **[2]** 52/8 77/3

forming **[1]** 18/13

forth **[2]** 16/17 88/11

found **[6]** 18/23 18/24 19/1 27/15 88/12 88/17

foundation **[1]** 72/25

founded **[1]** 83/19

**EXHIBIT C**
**-187-**

**F**

four [5] 4/20 5/21 12/6 38/16 77/14
fourth [3] 15/15 15/19 16/9
frame [1] 84/4
fraud [1] 13/15
free [1] 83/17
Friday [3] 6/21 7/15 7/24
Friday's [1] 6/20
friendly [1] 53/12
front [11] 9/5 9/25 10/10 42/13 44/13 46/17 48/5 80/6 81/2 84/19 93/23
fronts [1] 65/7
frustration [1] 62/9
full [1] 81/4
fully [3] 72/9 72/10 88/7
fundamental [1] 32/5
funder [1] 75/7
funding [1] 67/6
funds [1] 43/6
further [15] 30/21 41/4 45/25 46/1 49/1 49/11 59/10 59/17 76/6 81/14 87/21 94/5 97/3 97/9 98/20
future [1] 64/2

**G**

G-o-l-d-s-t-e-i-n [1] 41/20
gain [4] 31/23 31/24 32/3 83/18
garbage [1] 68/6
gave [18] 10/2 10/11 16/1 21/20 24/2 54/6 54/9 54/25 55/20 58/1 59/7 62/19 65/18 65/18 65/19 72/20 76/16 83/17
GEARY [5] 2/18 4/14 7/8 43/25 44/10
generalization [1] 70/24
generate [1] 16/3
generated [2] 28/23 33/13
generator [1] 59/2
generators [2] 56/7 56/15
gentleman [1] 77/20
Georgetown [1] 45/11
GERGELY [9] 2/12 4/12 5/2 30/22 76/7 91/4 91/5 92/15 94/6
Gerry [1] 54/11
get [24] 5/25 6/15 7/23 19/25 26/23 38/9 51/9 56/1 59/6 59/12 65/19 72/3 74/14 74/17 82/4 90/11 90/11 90/12 96/11 96/16 97/12 98/13 98/17 98/21
gets [1] 71/22
getting [5] 15/22 30/11 31/7 55/21 67/20
gibberish [1] 32/4
gift [2] 54/6 54/25
give [18] 5/22 5/25 21/18 37/18 43/22 46/25 69/25 70/1 71/23 72/5 72/18 76/15 83/13 91/4 92/6 92/13 92/17 97/18
given [6] 9/7 43/12 55/13 61/15 76/17 83/18
gives [2] 72/6 72/21
giving [1] 66/25
glu [1] 56/25
glucose [16] 52/16 56/17 56/25 57/8 58/15 58/21 59/9 59/12 59/16 60/4 60/4 61/15 67/4 68/1 80/23
glucose-insulin [1] 59/9
go [26] 5/16 6/13 12/6 12/23 13/14 20/20 22/8 33/25 35/8 51/24 53/15 58/19 59/8 59/18 61/17 65/14 65/16 77/12 83/11 83/16 90/24 92/6 92/7 93/10 93/24 98/17
goes [2] 59/12 59/12
going [29] 4/23 5/9 6/6 8/4 13/4 26/25 29/7 33/6 35/18 38/14 41/10 53/17 55/21 62/19 63/1 64/12 64/17 65/22 66/1 83/8 83/23 89/16 89/16 91/16 92/5 93/5 93/10 93/11 98/24
Goldberg [5] 26/20 27/3 30/15 31/10 68/25
Goldberg's [1] 30/25
GOLDSTEIN [4] 3/14 41/8 41/15 41/18
gone [5] 6/7 36/9 65/8 90/19 94/21
good [26] 4/5 4/10 4/11 4/15 7/20 8/8 8/25 11/1 11/2 11/2 11/3 42/11 42/12 43/17 44/13 45/4 45/5 46/23 47/5 47/6 56/10 56/17 59/24 60/6 98/14 98/14

**got [7]** 25/16 65/21 65/24 66/8 92/20 96/16 98/7
GOULD [7] 3/13 4/16 5/19 2/22 4/12 12/13 12/19
government [1] 94/21
graduate [1] 45/10
granted [1] 93/12
great [5] 46/3 53/9 91/15 92/9 98/18
green [2] 32/20 67/1
groups [1] 30/1
Grover [1] 54/20
growth [1] 98/15
Guess [1] 93/1
guidance [1] 82/14
guide [2] 27/24 28/1
guy [1] 96/19

**H**

had [78] 7/24 9/7 11/21 13/12 16/15 19/7 28/22 30/18 31/8 31/25 37/24 39/6 39/25 40/1 40/2 41/1 42/22 42/24 48/3 52/16 54/2 55/1 55/13 55/23 55/24 56/17 57/7 58/23 60/10 60/19 61/3 61/13 63/15 64/20 65/8 66/2 66/19 67/11 69/5 72/11 72/25 75/18 75/25 76/3 76/17 76/17 76/18 76/23 77/11 77/12 77/13 77/14 77/15 79/16 83/18 84/3 86/10 86/15 86/16 86/17 86/18 87/25 89/21 90/1 90/4 90/19 90/19 90/22 91/7 91/8 91/12 91/20 92/1 92/4 92/11 92/23 93/4
Hammarth [3] 54/11 79/14 79/19
hand [1] 42/4
handed [4] 47/2 47/11 78/8 84/18
handistrips [1] 37/20
hands [1] 51/21
hang [1] 28/17
hanging [1] 28/10
Hannah [1] 48/17
happened [2] 64/21 94/23
happening [1] 71/16 72/2
happens [1] 22/3
happy [2] 56/16 68/11
harbored [1] 53/25
hard [7] 73/10 88/25 94/11 94/15 95/5 95/5 95/10
has [24] 6/11 6/25 20/15 21/24 22/1 29/21 35/23 35/25 52/18 59/3 61/14 69/22 71/6 71/23 74/11 76/2 78/13 79/22 83/4 84/19 94/16
have [109]
haven't [6] 12/20 85/21 94/17 94/20 95/3 95/8
having [7] 20/6 38/17 40/5 49/4 51/25 55/21 79/9
he [122]
he'll [1] 68/13
he's [5] 35/24 35/25 36/1 54/19 96/10
head [1] 87/2
headband [4] 40/13 40/14 40/18 40/19
hear [23] 29/6 51/14 52/2 52/24 53/4 56/6 56/7 60/9 60/12 60/14 60/18 61/7 62/18 63/16 63/18 64/4 64/5 64/8 64/24 65/3 66/3 67/14 91/4
heard [19] 49/4 51/12 51/25 52/21 53/1 53/3 60/21 62/12 62/15 63/18 64/4 64/10 65/4 68/4 68/5 68/8 73/20 79/19 94/13
heart [1] 36/10
held [1] 97/11
helpful [1] 87/11
helping [1] 87/7
here [12] 5/15 9/8 33/3 41/2 43/9 46/20 51/17 51/21 59/17 79/3 92/7 98/12
hereby [1] 100/6
hey [1] 67/22
him [36] 23/12 25/11 35/22 52/23 53/1 53/12 53/18 58/4 58/6 62/9 63/14 63/17 63/17 64/5 64/20 66/3 66/3 67/15 76/15 76/23 77/11 79/7 79/11 85/25 86/5 87/10 88/10 88/17 88/18 90/6 93/24 94/13 96/16 96/17
himself [1] 52/22
hire [5] 67/1 67/23 83/13 96/17 96/18

**hired [6]** 12/13 77/17 77/19 77/20 79/22 96/16
has [8] 8/9 9/10 13/15 30/15 30/16 51/7
his [50] 50/1 50/2 53/2 56/14 63/5 63/5 63/9 64/7 64/12 64/17 64/18 65/1 68/6 71/7 72/11 72/12 72/21 77/12 79/4 85/11 85/25 86/7 86/9 86/12 88/24 92/19 94/2 94/12 96/24
history [2] 61/15 92/24
hold [1] 40/20
holding [1] 73/9
home [5] 57/7 64/5 65/25 68/1 91/15
honest [1] 53/9
honestly [1] 64/19
Hong [1] 75/13
Honor [50] 4/5 4/11 4/17 5/3 5/6 5/19 8/3 8/11 8/14 9/10 9/14 30/21 35/19 35/20 41/4 41/7 41/9 41/22 42/2 43/15 43/16 43/19 44/1 46/23 48/21 48/22 48/25 49/6 49/19 49/23 50/1 50/25 68/12 70/10 70/25 71/12 72/23 73/10 74/10 76/6 78/6 94/5 97/5 97/8 97/14 97/16 97/21 97/22 98/5 98/23
Honor's [1] 6/3
HONORABLE [1] 1/8
hope [1] 7/20
hospital [1] 28/10 28/17
hostile [1] 63/11
hours [1] 29/24
house [1] 83/15
housekeeping [1] 98/24
how [23] 11/18 13/4 18/14 28/14 29/12 29/23 33/11 35/5 39/12 45/19 52/4 52/7 53/11 59/15 66/10 66/11 67/18 73/16 81/14 81/15 92/24 95/22 96/11
Hunt [3] 77/4 78/20 86/17

**I**

I'd [1] 96/17
I'll [2] 30/2 91/4
I'm [38] 5/9 5/15 5/17 6/6 16/5 20/22 21/10 23/23 24/1 25/23 25/23 27/2 31/6 31/19 32/4 33/3 33/4 35/18 45/11 48/25 51/17 67/18 68/4 69/12 70/4 71/5 77/22 79/8 80/13 82/13 83/17 83/23 85/23 91/13 92/5 94/25 95/2 95/2
I've [1] 14/1
I-N-D-E-X [1] 3/3
IDE [1] 59/18
idea [5] 60/22 66/13 69/4 69/5 92/24
identification [1] 6/25
illegal [1] 90/15
illustrate [1] 53/21
immediate [1] 13/12
impedence [2] 31/22 32/3
impinged [1] 34/19
impinging [1] 34/20
implement [1] 76/12
implemented [2] 76/4 76/18
important [3] 51/4 57/5 87/13
impromptu [1] 53/21
improve [2] 59/10 59/17
inappropriately [1] 70/1
INC [1] 1/11
include [1] 13/10
includes [1] 54/16
including [1] 92/20
Incorporated [1] 4/4
incorrect [1] 10/8
increased [1] 72/13
independent [1] 87/7
index [1] 73/4
indicate [1] 5/12
indicated [3] 59/23 60/5 98/10
individual [2] 32/13 82/8
individuals [1] 4/3
inductive [1] 37/4
inductively [2] 20/15 20/17
inference [2] 21/25 22/1
information [10] 25/13 25/16 67/18 78/25 79/7 79/12 79/17 80/2 87/18 95/24
informed [2] 14/1 14/2
infrared [1] 71/12

EXHIBIT C
-188-

**I**

infrequently [1] 5/11
infringement [3] 11/6 14/9 23/24
initial [2] 28/24 78/18
innovation [1] 61/15
input [3] 31/20 31/21 32/2
inside [3] 39/23 40/15 71/16
installation [1] 28/24
installed [2] 87/14 87/14
instead [7] 5/20 5/21 15/12 24/4 24/23 25/6 90/22
instructed [5] 28/13 35/18 63/22 86/16 86/20
instruction [1] 76/15
instructions [4] 28/16 29/2 69/2 86/22
instrument [1] 18/5
insulin [3] 59/9 59/12 59/16
integrity [1] 90/14
intellectual [2] 51/18 51/20
intended [3] 17/9 23/7 27/25
intent [2] 23/10 23/13
interacted [1] 48/18
interest [1] 61/1
interested [1] 65/14
interfere [1] 96/23
interfering [1] 87/8
internal [1] 38/15
intimate [1] 67/24
introduced [1] 7/1
invalid [1] 20/6
invalidity [1] 18/13
invasive [2] 58/21 81/21
invented [1] 70/14
invention [7] 17/17 28/25 69/6 69/7 69/12 69/16 71/25
invest [1] 67/10
investigation [2] 79/9 88/8
investigative [1] 78/19
investor [1] 67/8
investors [2] 43/7 67/7
involve [1] 41/10
involved [3] 45/16 45/23 86/3
involving [2] 11/24 20/4
IOS [1] 29/9
IP [1] 96/11
iPhone [1] 90/10
IPR [1] 12/18
IRFAN [2] 2/4 4/8
Irvine [1] 2/6
is [250]
Isadora [2] 49/14 49/15
isn't [12] 11/2 14/25 16/11 16/14 17/17 54/3 66/17 80/2 88/5 93/14 94/3 95/1
issue [6] 5/10 11/10 69/16 82/21 96/8 98/24
it [248]
it's [74] 6/3 6/21 13/12 13/18 14/7 15/17 16/10 20/17 23/21 24/3 26/25 29/24 30/1 30/14 31/24 32/1 33/23 34/2 34/20 34/25 35/8 33/10 33/18 33/24 33/24 34/10 34/25 35/8 35/13 35/24 36/9 36/14 36/23 37/19 37/23 38/2 51/17 51/19 51/23 54/10 57/5 57/19 59/13 59/18 61/18 62/22 64/19 66/21 69/24 70/6 70/7 70/15 70/25 71/3 71/3 71/17 72/1 72/2 72/21 72/22 73/8 73/17 74/18 81/5 84/19 84/23 84/25 85/10 89/5 91/2 91/16 92/14 98/16 98/18
item [3] 4/2 6/9 6/23
items [2] 6/11 6/12
its [2] 31/23 61/4
itself [1] 17/17

**J**

J-a-m-e-s [1] 50/8
J-e-r-e-m-y [1] 46/24
Jack [1] 60/23
JAMES [5] 1/8 3/6 49/19 50/5 50/8
January [2] 54/12 63/4
January 16 [1] 63/4
Jason [1] 24/9
JENSEN [6] 2/3 4/7 53/17 54/18 86/3 89/22

JEREMY [2] 2/5 46/24
Jesse [2] 95/5 95/3
Jim [1] 77/19
job [2] 91/8 96/24
Joe [3] 4/9 50/13 61/9
Joe's [1] 92/18
John [1] 54/20
join [2] 58/6 58/7
joined [1] 54/11
joint [3] 17/8 55/10 60/10
Jonathan [2] 87/5 94/9
JOSEPH [6] 2/3 3/7 4/6 50/14 50/17 50/18
Journal [2] 96/4 96/21
JTX [5] 10/8 10/9 10/9 29/15 81/1
JTX306 [2] 80/5 80/8
JUDGE [9] 1/8 78/13 84/9 84/13 88/1 88/12 93/8 93/12 93/22
judgment [2] 5/12 93/13
Judicial [1] 100/11
July [1] 95/19
June [2] 6/7 57/25
June 19 [1] 57/25
jury [2] 14/17 93/23
just [36] 4/23 5/7 5/22 6/5 6/19 6/21 7/9 7/23 18/11 23/9 33/24 37/10 37/21 38/19 47/7 47/11 51/13 52/10 53/19 58/25 64/21 66/3 66/16 71/1 72/22 72/24 72/25 75/8 84/23 85/16 85/23 86/12 89/1 91/2 93/12 98/21
JVS [2] 1/11 4/2

**K**

K-i-a-n-i [1] 50/18
KACHNER [2] 2/8 4/8
keep [2] 30/10 88/21
kept [3] 16/22 37/11 55/14
key [1] 81/20
keystroke [2] 77/13 86/19
KIANI [13] 3/7 4/9 29/4 50/13 50/14 50/17 50/18 50/22 61/9 71/1 78/10 83/3 87/25
Kiani's [1] 29/6
kind [3] 79/9 84/11 86/21
kinds [2] 67/20 68/5
Klasterson [1] 60/24
knew [7] 53/17 75/14 75/10 77/10 77/15 77/16 88/23
KNOBBE [5] 2/5 2/8 4/7 77/18 78/2
know [42] 5/7 11/13 13/24 14/6 15/22 18/8 22/2 24/1 24/21 24/25 25/9 25/15 28/1 28/13 38/20 39/12 45/19 52/14 54/10 56/18 57/1 57/5 57/17 59/15 67/21 67/22 67/22 74/2 75/5 75/18 76/5 77/7 77/22 77/25 78/1 81/15 86/12 90/4 91/10 91/18 92/10 92/17
knowing [3] 31/22 31/22 38/12
knowledge [6] 59/14 71/7 79/9 79/16 85/15 96/11
known [6] 16/2 16/13 16/21 16/25 17/4 17/13 38/19
KRISTEN [2] 2/18 4/14

**L**

L-a-m-e-g-o [1] 44/8
L-a-r-i-s-s-a [1] 44/7
label [3] 24/19 25/10 84/25
LAMEGO [90] 3/15 23/10 23/14 24/8 24/12 24/23 25/9 25/15 39/17 39/18 39/19 44/2 44/3 44/7 44/13 45/4 49/14 49/15 51/25 52/9 52/21 53/2 53/6 53/11 53/16 53/18 53/22 53/25 54/6 54/14 54/21 54/25 55/8 55/13 55/20 57/24 58/2 58/9 59/7 60/12 60/18 61/8 62/12 62/19 63/8 63/12 63/24 64/11 64/25 66/2 66/11 66/13 67/24 68/4 68/5 68/8 73/20 74/23 75/3 75/21 76/1 76/14 76/21 76/24 77/9 77/10 77/15 79/5 79/12 79/16 80/1 85/24 86/8 86/22 87/17 87/18 88/7 88/23 89/9 90/1 90/6 94/11 94/14 94/25 95/5 95/12
Lamego's [7] 43/1 43/4 49/16 55/17 56/6 60/7 62/8 64/4 67/14 73/19 84/15 85/11 88/5 94/22 96/23
lapel [1] 63/17

large [1] 61/1
LARISSA [4] 3/15 44/7 44/8 44/9
Larrabee [11] 16/10 19/10 19/19 22/14 22/17 22/20 22/22 22/25 38/4 38/6 38/8
last [24] 6/7 8/5 8/18 9/20 22/5 22/12 29/23 41/17 41/19 42/7 42/7 43/2 44/4 44/5 44/7 46/10 47/20 50/7 50/13 50/16 59/22 76/10 93/18 98/23
LATEEF [2] 2/4 4/8 45/1
later [5] 14/1 42/23 53/7 64/22 64/22 88/23 93/10
law [7] 4/6 4/22 5/5 12/16 77/18 78/4 78/11
lawsuits [1] 52/7
lawyer [2] 48/17 83/13
lawyers [4] 48/18 98/13 98/15 98/17
lay [1] 71/6
lead [1] 16/16
leading [1] 58/21
learn [2] 43/4 57/20
learned [10] 66/16 75/8 75/11 75/25 77/13 88/18 88/18 90/21 91/16 95/18
learning [1] 43/8
least [7] 14/23 14/23 15/2 15/17 32/7 36/23 91/23
leave [1] 62/10 63/15 92/5
leaves [1] 88/22
leaving [5] 52/11 64/1 64/2 75/5 90/6
LED [3] 72/11 73/15 74/17
LEDs [1] 84/24
Lee [7] 77/25 78/1 78/18 78/22 79/2 79/3 86/23
Lee's [1] 77/23
left [22] 7/24 12/4 20/24 28/9 52/4 52/24 53/22 65/2 65/15 65/21 73/1 76/4 77/9 77/10 80/2 85/24 86/17 88/25 89/2 89/6 89/9 94/11
legal [2] 78/1 78/2
less [5] 56/1 59/13 61/10 66/18 71/22
lessons [1] 88/17
let [10] 5/25 6/5 19/25 21/9 39/22 67/21 67/21 67/22 74/16 95/3
let's [14] 16/20 20/20 20/20 23/5 23/14 51/9 56/18 57/18 58/19 58/24 59/22 68/15 68/24 69/9
letter [3] 91/22 96/4 96/16
letting [2] 28/16
level [1] 78/23
liar [1] 95/12
Lias [1] 61/18
license [2] 60/14 61/5
lie [1] 64/19
lied [1] 92/1
lieu [1] 58/9
life [3] 64/13 64/18 66/1
light [50] 16/3 19/4 20/4 20/8 22/18 22/20 23/1 23/2 23/7 25/18 25/19 25/21 26/3 26/5 26/7 26/23 27/10 27/11 27/21 31/2 31/3 31/7 31/11 31/15 32/7 32/20 32/21 32/22 33/4 33/4 33/15 33/22 33/25 34/7 34/8 34/10 34/19 34/20 34/22 35/1 38/11 38/12 38/14 39/10 67/1 71/12 71/14 74/17 85/14 85/16
lights [1] 71/12
like [36] 6/14 6/18 7/3 7/9 8/3 8/5 10/16 12/13 12/18 14/17 32/15 50/12 51/21 52/14 53/8 54/24 56/7 56/14 56/19 68/16 71/2 73/9 73/11 74/14 75/15 78/13 80/11 83/6 83/24 85/8 86/25 87/5 87/7 92/4 94/1 96/16
liked [2] 62/5 62/7
likely [2] 5/15 5/17
likewise [2] 36/18 79/14
limitation [4] 22/5 22/6 22/12 81/12
limitations [2] 81/5 81/8
line [4] 10/5 20/21 26/15 26/15
line 19 [2] 26/15 26/15
line 7 [1] 10/5
line 9 [1] 20/21
lines [5] 17/9 17/10 17/12 17/15 17/15
list [5] 7/10 12/12 12/18 13/4 13/14
Literally [1] 75/12

EXHIBIT C
-189-

**L**
litigation [4] 11/18 12/25 51/18 93/5
little [4] 5/22 11/12 31/25 73/11
live [3] 9/8 10/20 44/23
LLP [2] 2/5 2/8
lodge [1] 7/3
long [6] 11/13 11/17 11/18 29/23 38/18 65/15
look [32] 12/20 16/20 17/6 20/20 22/23 22/24 23/14 23/22 24/2 26/13 26/14 29/18 37/16 47/21 56/18 57/18 58/10 58/25 59/2 64/12 68/16 68/18 68/19 69/9 71/1 71/2 71/15 74/10 77/13 80/11 85/8 92/17
looked [9] 18/14 18/20 43/1 58/25 59/24 60/6 77/11 86/12 96/7
looking [6] 32/2 38/8 55/23 86/1 86/6 86/10
looks [7] 12/13 12/18 14/17 33/16 72/4 78/13 85/8
loose [1] 16/16
Los [2] 2/9 2/23
lost [3] 50/25 52/17 86/11
lot [3] 87/10 89/18 92/11
low [8] 65/8 65/10 65/14 67/5 70/1 72/21 73/18 91/9
low-cost [1] 65/8 65/14 91/9

**M**
M-a-s-s-i [1] 50/18
M-a-t-h-e-w [1] 46/11
M-c-N-a-m-e-s [1] 50/9
machine [2] 19/20 20/2
made [4] 10/14 66/17 73/17 87/25
mail [19] 23/14 23/17 24/6 24/7 24/8 24/12 66/14 66/19 67/15 68/7 86/5 86/6 90/12 95/18 95/21 95/22 95/25 96/7 96/10
main [3] 2/6 67/8 75/7
make [22] 8/4 8/5 10/4 10/16 16/17 26/25 44/19 49/21 58/20 65/8 65/14 65/15 68/5 71/6 71/9 83/11 83/16 84/23 87/10 88/18 90/22 91/11
making [4] 28/6 35/5 35/11 91/8
manager [1] 67/22
manufacture [1] 83/1
manufacturing [5] 55/21 67/11 68/2
many [10] 37/25 37/25 52/4 52/7 53/16 54/22 68/10 75/22 98/16 98/17
Marcelo [5] 24/8 63/2 75/13 76/4 76/5
March [4] 1/17 4/1 42/16 46/15
March 2nd [2] 42/16 46/15
mark [8] 2/8 3/14 4/8 42/3 42/5 42/8 42/14 55/21
MARKED [2] 3/8 3/17
market [2] 56/4 59/3
marketplace [1] 58/22
marking [1] 80/16
MARTENS [4] 2/5 2/8 4/7 77/18
MASIMO [67] 1/9 4/3 4/6 4/9 11/24 13/11 13/15 13/21 14/8 14/9 14/12 14/14 14/21 14/24 34/12 34/14 34/21 41/10 45/23 47/16 48/13 48/18 49/19 52/1 52/4 52/11 52/13 53/13 53/17 59/21 60/14 60/20 60/25 61/2 61/4 63/13 65/2 65/15 65/16 66/10 66/24 67/16 68/20 76/18 76/16 76/17 76/17 77/3 78/24 79/5 79/8 83/19 84/4 84/5 85/1 86/14 86/21 86/21 86/24 86/25 87/3 87/8 87/10 87/14 89/22 93/15
Masimo's [4] 60/23 60/24 61/15 70/13
Masimo/Nellcor [1] 13/11
Massi [1] 50/17
massive [1] 88/16
Master's [1] 45/12
Mat [2] 74/25 75/4
material [14] 23/18 33/9 36/9 69/22 69/23 71/10 72/1 72/9 72/9 72/10 72/11 72/17 74/3 74/5
math [1] 72/22
Mathew [4] 46/7 46/8 46/11 46/14
Matt [1] 75/10
matter [5] 13/15 14/4 41/9 48/11 100/9

matters [3] 13/4 51/18 98/6
MATTHEW [2] 5/5
may [26] 6/7 7/3 7/10 17/6 41/5 41/6 42/19 43/17 46/2 46/25 47/1 48/24 57/14 71/20 78/6 78/7 81/9 89/22 94/21 95/15 97/4 97/18 97/18 97/23 97/24 98/2
May 16 [1] 97/18
May 16th [1] 97/24
May 19th [1] 95/15
May 3 [1] 97/18
May 3rd [2] 97/23 98/2
maybe [3] 6/4 55/25 71/20
MBK [1] 24/9
MCNAMES [4] 3/6 49/20 50/5 50/8
me [60] 4/7 4/13 5/25 6/5 13/17 19/25 21/9 29/17 31/2 33/2 35/13 37/18 38/9 39/22 43/21 53/18 54/6 54/9 56/13 63/12 64/20 64/21 65/5 65/9 65/13 65/18 65/19 65/22 65/24 66/1 66/17 67/2 68/10 68/12 70/8 71/6 76/21 83/4 83/6 83/18 83/22 83/23 83/24 85/8 86/5 86/25 89/21 90/8 90/13 90/16 91/7 91/11 91/11 91/18 92/2 92/4 92/11 92/14 95/3 97/19
mean [4] 5/24 27/23 62/3 93/11
measure [2] 73/17 83/12
measure-through-motion [1] 83/12
measurement [12] 69/25 70/2 71/9 71/24 72/5 72/7 72/15 72/19 72/20 72/22 73/15 81/21
measurements [1] 35/12
measuring [2] 25/17 31/20
medical [18] 15/3 37/23 64/21 64/24 65/2 65/7 66/5 82/21 82/22 82/25 91/7 91/9 91/12 92/13 92/16 92/22 93/2 93/7
Medtronic [1] 51/21
meet [2] 53/18 89/23
meeting [18] 52/2 56/2 57/24 58/2 59/19 59/20 60/8 61/7 61/10 61/13 62/9 62/13 62/18 63/1 66/21 66/23 81/2 92/4
meetings [2] 63/8 63/24 90/1 90/2
memo [1] 61/23
memorandum [2] 42/25 43/3
memorized [1] 29/17
memory [2] 22/22 94/21
mentioned [5] 24/23 25/11 53/19 82/4 84/3
MERCHANT [7] 2/12 2/15 2/19 2/22 4/12 12/13 12/19
merely [1] 96/7
Merritt [5] 51/12 54/16 58/8 74/22 75/15
message [1] 51/13
met [1] 89/25
meters [1] 60/4
Mexican [1] 53/18
middle [4] 24/8 24/12 32/25 73/13
might [3] 52/1 61/16 74/22
milligrams [5] 57/14 81/23 81/24 81/25 82/5
mimicking [1] 84/10
mind [2] 89/15 91/18
Mindray [1] 14/9
Minneapolis [1] 2/16
minor [1] 45/8
minus [2] 81/22 81/24
minute [1] 36/11
minutes [2] 59/20 61/10
mirror [1] 59/9
misappropriation [2] 52/9 78/24
misleading [1] 71/4
missed [1] 42/23
missing [2] 88/25 94/11
MN [1] 2/16
mode [5] 26/21 32/19 32/21 33/21 35/5
model [1] 59/9
Mohamed [6] 91/7 92/10 92/10 92/16 92/16 92/21
moment [1] 40/12
money [5] 67/5 67/8 67/9 67/10 67/11
monitor [4] 18/11 61/15 68/1 90/25
monitoring [4] 58/22 60/4 81/9 89/24
monitors [1] 16/22
months [4] 65/23 68/2 91/17 91/23

more [13] 5/22 6/20 12/16 12/16 31/7 32/7 32/25 59/15 63/15 67/11 72/8 90/2
morning [9] 4/5 4/10 4/11 4/15 7/20 8/25 11/2 11/3 77/14
mornings [1] 53/15
most [7] 33/13 56/16 67/7 71/18 74/17 74/19 75/6
mostly [2] 67/7 69/5
motion [11] 4/22 36/10 65/9 65/11 65/16 72/3 72/17 83/12 92/8 92/24 97/11
motions [1] 5/12
motor [2] 19/22 20/3
mounting [2] 19/16 20/2
mouth [1] 14/6
move [6] 23/5 68/15 68/24 70/10 72/23 73/12
movement [1] 16/7
movies [1] 53/14
moving [1] 55/15
Mr [18] 5/2 29/4 29/6 30/22 36/3 42/1 49/5 49/5 50/22 71/1 76/7 77/25 78/10 87/25 90/22 91/5 92/15 94/6
Mr. [65] 8/15 8/22 28/5 29/11 30/23 36/20 27/3 36/13 36/16 39/2 41/21 42/11 42/24 43/23 45/1 46/14 46/25 47/5 49/18 49/19 51/10 51/12 53/18 70/7 70/16 75/25 76/18 76/19 76/20 76/20 76/20 76/21 76/22 76/24 77/14 77/15 77/17 77/19 77/21 77/23 78/1 78/18 78/20 78/22 79/2 79/14 79/19 80/4 86/3 86/17 86/17 87/22 88/4 88/8 88/15 89/2 89/6 89/12 90/1 90/19 91/4 94/22 94/25 94/25
Mr. Baer [1] 8/25
Mr. Claassen [2] 9/11 43/23 49/18
Mr. Coppola [1] 77/17
Mr. Fletcher [2] 8/22 41/21
Mr. Gergely [1] 91/4
Mr. Goldberg [3] 26/20 27/3 30/15
Mr. Hammarth [2] 79/14 79/19
Mr. Hunt [2] 78/20 86/17
Mr. Jensen [1] 86/3
Mr. Lamego [7] 53/18 76/20 76/21 76/24 77/15 90/1 94/25
Mr. Lamego's [1] 94/22
Mr. Lateef [1] 45/1
Mr. Lee [2] 78/1 79/2
Mr. Merritt [1] 51/12
Mr. Nikolaus [1] 8/15
Mr. Paul [3] 46/14 46/25 47/5
Mr. Pedigo [1] 42/11
Mr. Pinsonneault's [1] 42/24
Mr. Re [7] 10/23 39/2 49/18 51/10 70/16 80/4 87/22
Mr. Re's [1] 36/16
Mr. Rosario [5] 75/25 76/18 76/20 76/20 76/22
Mr. Rosario's [1] 76/19
Mr. Stone [1] 70/7
Mr. Vaughan [1] 77/21
Mr. Welch [10] 77/14 78/20 86/17 88/4 88/8 89/2 89/6 89/12 90/19 94/25
Mr. Welch's [2] 77/19 88/15
Mr. Yongsam [3] 77/23 78/18 78/22
Ms [4] 7/8 43/25 44/10 98/22
Ms. [2] 44/13 45/4
Ms. Lamego [2] 44/13 45/4
much [3] 11/14 67/24 72/14
mud [1] 73/11
multi [1] 90/23
multi-parameter [1] 90/23
multiple [2] 55/14 65/7
mutual [1] 83/7
my [41] 4/7 6/6 12/21 14/23 15/2 19/7 22/22 24/20 27/18 34/2 36/8 36/12 36/14 41/18 44/6 44/7 46/23 47/11 50/17 53/15 65/25 66/1 68/10 69/5 75/6 86/22 90/14 91/15 91/17 91/20 92/7 92/18 92/18 92/23 92/23 93/15 94/21 96/18 97/19 98/11
myself [1] 27/15

**N**
N-i-k-o-l-a-u-s [1] 8/20

EXHIBIT C
-190-

**N**

**name [17]** 8/18 9/20 41/17 41/18 41/19 42/7 42/7 44/4 44/5 44/6 44/7 46/10 46/23 50/7 50/16 50/17 77/22
**natural [2]** 30/8 30/12
**NDA [2]** 86/7 86/9
**necessary [1]** 83/13
**need [10]** 6/13 22/22 58/4 74/3 74/12 74/16 88/19 88/21 91/10 98/21
**needed [2]** 22/14 63/25
**needing [1]** 73/24
**negative [1]** 53/25
**Nellcor [8]** 11/14 11/24 12/9 12/10 13/11 92/23 93/4 93/16
**Nellcor's [1]** 93/13
**never [17]** 23/10 27/20 28/16 35/23 39/19 40/1 40/5 43/7 48/13 52/18 61/14 63/21 64/16 68/3 75/19 85/18 87/12
**new [2]** 2/13 35/24 60/20
**Newport [18]** 64/21 64/24 65/2 65/7 66/5 82/21 82/22 82/25 83/2 83/14 91/7 91/9 91/11 92/13 92/16 92/22 93/2 93/6
**next [10]** 9/14 33/2 33/5 34/3 41/25 46/5 47/21 58/19 80/20 93/1
**nice [1]** 61/13
**night [3]** 64/4 65/25 94/2
**NIKOLAUS [5]** 3/13 8/15 8/16 8/19 9/1
**no [74]** 5/18 10/18 11/9 21/15 21/21 21/24 23/12 24/25 26/5 26/10 28/19 28/19 30/21 31/2 31/17 33/24 34/10 35/3 41/1 41/4 43/6 43/10 43/16 44/21 45/25 46/1 48/22 48/25 49/6 49/11 51/3 51/17 52/20 54/2 55/8 60/17 61/13 62/11 62/17 63/12 63/12 63/15 63/25 64/3 64/16 65/13 66/15 67/13 68/3 68/13 72/9 72/10 72/25 76/4 76/6 78/5 79/25 80/21 80/25 81/14 82/7 82/23 83/22 84/17 85/23 87/21 91/13 91/13 92/6 94/5 94/11 96/8 96/25 97/3
**non [2]** 18/23 18/24
**non-opaque [2]** 18/23 18/24
**nondisclosure [1]** 85/25
**none [4]** 3/9 3/18 63/21 68/11
**noninfringement [5]** 10/2 10/15 23/24 25/21 26/1
**noninvasive [7]** 60/4 61/14 61/24 67/4 81/9 89/24 90/21
**noninvasively [2]** 57/9 80/23
**nonissue [1]** 18/6
**normal [2]** 36/14 53/2
**not [129]**
**note [1]** 7/9
**notebook [2]** 10/10 37/19
**notebooks [2]** 9/25 10/1
**notes [1]** 63/24
**nothing [12]** 17/12 29/7 29/19 29/21 33/6 63/25 66/10 74/19 83/4 90/15 97/8 98/20
**notice [2]** 12/3 62/19
**noticed [2]** 42/23 42/23
**noticing [1]** 65/9
**notified [2]** 63/5 63/9
**November [1]** 43/2
**now [26]** 10/14 11/14 19/9 27/19 33/8 34/12 35/24 36/7 36/10 36/14 36/16 38/3 55/7 58/25 59/22 59/24 70/11 71/15 75/6 75/14 78/10 84/3 84/15 85/24 92/1 93/15
**number [6]** 37/18 56/14 59/2 81/18 84/6 98/12
**numbered [1]** 56/7
**numbers [1]** 20/23
**numerous [1]** 53/14
**nurses [1]** 28/13
**NY [1]** 2/13

**O**

**oath [2]** 7/15 94/10
**object [3]** 69/10 70/10 72/23
**objection [1]** 5/13
**objections [6]** 5/7 5/10 5/11 5/17 5/18 7/3
**observed [3]** 16/7 16/15 17/19
**obtain [1]** 67/18

**obvious [2]** 15/23 38/16
**obviously [4]** 33/23 35/25 36/9 70/20
**obviousness [9]** 10/10 12/23 13/19 15/20 16/1 19/9 22/9 36/17 37/19
**occasionally [1]** 16/15
**occur [1]** 28/8
**occurred [1]** 88/4
**occurs [2]** 17/14 17/15
**October [1]** 80/9
**October 2013 [1]** 80/9
**off [22]** 12/4 20/10 21/16 21/9 21/14 21/13 21/16 29/19 29/22 30/6 31/8 31/12 32/21 35/8 37/12 37/13 37/21 37/24 72/1 72/6 72/21 90/20 91/20
**offer [1]** 49/21
**offered [3]** 11/9 43/9 73/23
**offering [3]** 42/25 96/5 96/14
**Oh [1]** 79/3
**okay [36]** 4/20 7/12 12/12 13/14 14/8 15/5 17/15 21/21 23/2 23/5 26/17 27/19 29/19 43/17 43/24 44/9 45/16 48/23 49/2 49/13 49/17 49/21 51/23 54/20 62/22 68/13 68/14 69/15 69/14 74/2 76/15 90/3 97/10 97/17 98/6 99/3
**old [1]** 91/24
**OLSON [2]** 2/5 2/8
**once [3]** 22/6 38/8 61/5
**one [51]** 4/23 5/15 6/9 6/23 10/1 10/14 11/6 11/6 14/17 15/14 15/15 19/13 24/2 24/3 24/22 25/6 25/11 32/7 36/23 38/13 39/15 47/12 47/14 52/10 54/6 55/25 57/5 57/12 57/13 58/15 60/13 60/24 61/14 68/12 69/22 73/9 73/10 73/13 73/20 74/20 81/8 82/12 84/18 84/21 84/21 86/23 87/9 88/19 97/12 98/23
**ones [1]** 73/11
**only [13]** 12/5 35/6 35/19 39/15 55/20 70/22 74/16 75/4 81/8 86/18 86/19 88/17 96/17
**opaque [30]** 18/23 18/24 18/24 19/1 19/5 19/22 24/14 24/23 25/6 32/14 36/21 36/24 37/8 38/13 39/7 39/11 39/16 39/18 39/20 69/22 69/23 70/18 71/20 72/10 72/17 73/21 73/24 74/12 74/16 84/8
**opaqueness [1]** 74/3
**open [1]** 68/7
**opened [2]** 36/3 39/22
**operational [4]** 26/21 32/20 33/21 35/5
**opinion [16]** 15/17 16/1 19/9 22/11 23/6 24/17 24/20 27/19 31/14 34/18 34/25 88/1 88/12 88/15 89/5 96/13
**opinions [3]** 11/9 18/13 43/9
**opposing [6]** 6/14 6/24
**opposite [2]** 23/9 33/24
**opposition [1]** 4/22
**optical [2]** 20/4 38/10
**oral [3]** 6/2 97/19 97/23
**orally [1]** 43/12
**Orange [2]** 96/3 96/21
**order [3]** 5/10 8/9 27/24
**ordinary [2]** 38/22 40/24
**originally [2]** 12/5 14/4
**other [20]** 6/9 6/23 7/2 10/10 10/14 10/15 11/13 34/7 49/11 54/16 65/12 56/16 67/20 75/20 80/2 84/24 92/5 95/4 98/6
**others [2]** 30/25 54/4
**ought [1]** 98/6
**our [24]** 9/14 49/9 49/12 50/12 51/18 51/19 57/9 57/10 57/17 58/14 58/20 60/5 61/5 62/5 69/7 69/20 71/25 72/16 77/5 77/14 93/16 96/5 96/11
**out [16]** 6/6 6/15 26/19 40/15 53/16 57/1 57/16 73/12 77/17 80/20 82/11 82/25 88/20 91/17 93/2 93/8
**outcome [5]** 12/9 12/11 13/25 14/1 14/2
**outlined [1]** 78/18
**outside [3]** 37/2 38/14 78/23
**over [11]** 33/7 34/5 34/7 38/12 52/6 59/3 62/9 71/21 73/17 80/19 81/23
**overall [2]** 57/3 97/17

**overheard [1]** 64/7
**overruled [5]** 5/12 54/2 50/4 69/15 1/15
**own [10]** 18/17 27/16 27/18 32/13 67/10 71/7 83/2 92/3 93/6
**ownership [2]** 83/1 93/14
**oximeter [18]** 16/16 17/20 19/14 20/1 28/5 28/9 28/19 32/8 32/9 65/13 65/14 71/23 83/2 83/12 84/16 91/9 91/25 92/12
**oximeters [2]** 18/18 65/11
**oximetry [4]** 65/17 71/11 84/11 92/8
**Oxxiom [17]** 23/5 23/6 27/17 27/19 28/12 29/7 29/8 29/19 29/23 32/11 33/8 35/4 35/10 40/3 40/4 45/17 45/19
**oxygen [3]** 36/15 70/1 72/21

**P**

**P-a-u-l [1]** 46/11
**P-e-d-i-g-o [1]** 42/8
**p.m [1]** 99/4
**package [2]** 40/6 40/11
**packaged [1]** 18/14
**page [25]** 5/20 10/4 12/25 13/3 13/17 13/18 14/14 20/2 20/22 20/25 24/12 25/20 26/14 47/20 47/20 56/20 58/10 59/23 61/23 69/19 81/5 81/17 81/17 100/10
**page 10 [1]** 58/10
**page 113892 [1]** 56/20
**page 12 [1]** 47/20
**page 14 [1]** 10/4
**page 161 [1]** 26/14
**page 18 [1]** 25/20
**page 2 [1]** 59/23
**page 3 [1]** 81/17
**page 4 [2]** 12/25 13/3
**page 6 [1]** 13/18
**page 7 [1]** 14/14
**page 85 [3]** 20/21 20/22 20/25
**pages [1]** 59/8
**paid [1]** 93/3
**PAIGE [2]** 2/15 4/13
**pair [1]** 29/12
**paired [1]** 30/18
**pairing [1]** 29/8
**Panch [1]** 52/15
**panel [2]** 55/7 66/21
**papers [1]** 4/19
**paragraph [12]** 10/4 15/25 16/5 16/6 16/20 17/4 22/8 25/25 59/22 78/15 81/4 88/15
**parameter [2]** 56/24 90/23
**parameters [6]** 60/13 60/20 61/2 61/5
**Pardon [1]** 38/9
**Park [1]** 2/9
**part [3]** 22/7 69/6 76/10
**participate [2]** 58/3 58/8
**particular [6]** 29/1 31/23 60/13 64/25 84/10 90/25
**parties [3]** 5/22 18/8 19/2
**partners [1]** 4/7
**pass [7]** 9/10 10/22 39/1 43/15 44/25 46/22 48/21
**past [1]** 12/6
**patent [10]** 14/9 16/14 16/21 17/3 17/7 17/17 18/25 37/16 69/1 69/16
**patents [1]** 11/25 19/10 38/20
**pathway [1]** 82/18
**patient [8]** 18/4 67/25 72/1 72/6 82/9 82/10 82/12 84/25
**patient-dependent [1]** 67/25
**patients [2]** 57/1 82/3
**PAUL [13]** 3/15 46/7 46/8 46/11 46/14 46/25 47/5 49/5 74/25 75/4 75/10 89/22
**PC [4]** 2/12 2/15 2/19 2/22
**PEDIGO [6]** 3/14 42/3 42/5 42/8 42/11 42/14
**peeling [6]** 20/14 20/18 21/4 21/8 21/13 21/16
**people [17]** 54/13 57/7 59/10 59/11 66/5 67/1 69/1 75/12 76/11 81/14 82/3 85/1 86/20 87/7 87/8 87/11 92/5
**per [6]** 36/11 57/15 81/23 81/24 81/25 82/5
**percent [13]** 36/10 36/14 56/1 57/1 57/12

**EXHIBIT C**
**-191-**

**P**

**percent** [8] 57/13 70/3 70/4 81/8 81/22 81/23 82/6 82/8
**perfect** [2] 69/24 74/19
**perfusion** [2] 65/10 73/18
**period** [1] 93/1
**person** [5] 22/2 38/19 38/22 72/21 78/18
**personal** [5] 6/6 64/12 64/18 68/5 68/8
**personally** [4] 17/19 18/1 28/5 52/14
**PETER** [2] 2/12 4/11
**Pfaelzer** [2] 93/8 93/12
**Phillips** [1] 14/14
**phone** [5] 58/4 58/7 58/7 58/8 98/21
**photodetector** [2] 20/5 71/13 74/17
**photodiode** [2] 22/21 23/1
**photoelectric** [2] 15/21 20/16
**Photonics** [3] 75/7 75/9 75/14
**photovoltaic** [2] 36/25 39/9
**physiologic** [1] 38/8
**physiological** [2] 26/22 35/11 36/11
**picks** [1] 71/13
**picture** [1] 71/1
**pictures** [3] 18/21 54/10 54/13
**piece** [1] 30/14
**pigments** [1] 33/13
**pilot** [1] 59/24
**Pinsonneault's** [1] 42/24
**place** [1] 35/19
**placed** [3] 6/11 35/1 36/8
**plaintiff** [1] 98/8
**plaintiffs** [4] 1/10 2/2 4/6 50/25
**PLAINTIFFS'** [4] 3/5 3/8 50/5 50/14
**plans** [1] 66/6
**platinum** [1] 89/23
**play** [2] 54/18 54/20
**played** [2] 54/5 54/22
**playing** [2] 54/7 54/14
**please** [13] 8/17 9/19 9/19 17/8 41/16 42/6 42/7 44/4 46/6 46/9 46/10 50/6 50/15
**plot** [1] 58/19
**plots** [8] 56/6 56/14 56/22 56/24 58/11 58/25 59/1 60/10
**plug** [1] 28/19
**plugged** [1] 28/9
**plus** [4] 7/1 51/22 81/22 81/24
**poaching** [2] 67/15 67/19
**point** [9] 12/8 23/16 29/17 53/1 58/20 73/7 80/14 90/4 92/4
**police** [2] 94/17 95/8
**Pompei** [9] 19/10 19/16 22/4 22/12 22/15 37/14 37/15 37/20 38/7
**population** [1] 81/9
**portion** [22] 8/12 8/13 9/12 9/13 22/7 31/2 31/15 32/7 33/22 33/25 34/8 34/10 34/22 35/1 41/23 41/24 49/24 49/25 50/10 50/11 68/21 68/22
**Portuguese** [1] 45/9
**positive** [1] 53/9
**possession** [1] 92/12
**possible** [4] 20/17 28/11 73/24 82/15
**post** [4] 4/18 5/6 35/25 36/1
**post-trial** [2] 4/18 5/6
**postulated** [1] 55/24
**potential** [3] 57/6 61/1 78/24
**power** [5] 21/25 36/25 37/1 37/3 39/9
**powered** [20] 20/15 20/15 20/16 20/16 20/17 20/18 37/8 39/10
**PPG** [1] 74/8
**pre** [1] 59/18
**pre-IDE** [1] 59/18
**preamble** [1] 83/9
**prefers** [1] 24/13
**preliminary** [1] 62/7
**prepare** [3] 8/25 46/14 47/8
**prepared** [3] 44/14 47/25 48/4
**preparing** [1] 48/14
**presence** [1] 71/10
**presentation** [6] 55/10 56/5 58/1 59/7 80/9 98/12

**presented** [11] 49/14 49/14 55/23 58/18 66/18 79/21 80/5 95/2 96/16 97/9 98/3
**president** [1] 96/1
**PRESIDING** [1] 1/8
**press** [1] 96/1
**pressure** [3] 40/22 40/23 90/20
**pretend** [1] 33/3
**pretty** [4] 13/8 13/10 57/4 87/6
**prevent** [4] 22/20 23/1 27/20 35/1
**preventing** [4] 22/17 32/22 32/24 33/22
**prevents** [1] 29/8 29/20 33/4
**previous** [1] 18/21
**previously** [3] 7/17 37/10 97/10
**print** [3] 74/3 74/4 74/13
**printed** [2] 24/19 25/10
**printing** [3] 73/22 74/9 74/11
**prior** [4] 15/6 18/25 20/18 93/16
**prior-art** [1] 15/6
**probability** [1] 56/1
**probably** [3] 5/16 11/19 20/24
**problem** [11] 6/19 16/2 16/22 17/1 17/4 17/13 18/10 29/1 65/11 65/17 92/8
**problems** [3] 20/5 65/9 70/23
**procedures** [1] 78/19
**proceedings** [3] 1/15 99/4 100/9
**produced** [1] 19/8
**product** [15] 55/25 56/4 57/6 58/6 61/24 67/11 69/11 70/12 70/13 71/7 73/9 82/9 84/25 91/16 91/23
**production** [1] 91/24
**products** [2] 61/21 70/14
**profession** [2] 98/14 98/19
**professional** [2] 64/12 64/18
**programmable** [3] 31/24 32/3 32/4
**project** [2] 65/22 67/3
**promptly** [1] 98/22
**proof** [1] 49/22
**proper** [1] 70/15
**property** [3] 33/12 51/18 51/20
**propose** [2] 4/19 5/19
**proposed** [2] 5/3 5/4
**prospects** [1] 96/24
**protect** [3] 24/18 25/2 52/22
**protecting** [2] 24/22 25/5
**protective** [2] 8/9 71/25
**protector** [1] 37/24
**prototype** [1] 92/12
**prove** [1] 88/11
**proven** [1] 67/11
**provide** [5] 24/18 26/8 27/5 27/7 61/25
**provided** [1] 25/13
**providing** [1] 25/10
**public** [6] 6/11 6/12 45/8 45/12 66/17 95/19
**pull** [3] 37/24 39/13 40/15
**pull-off** [1] 37/24
**pulled** [1] 37/21
**pulsation** [3] 71/16 72/13 72/18
**pulse** [22] 16/15 17/20 18/17 19/13 20/1 28/4 28/19 32/8 32/9 65/9 65/14 65/17 71/11 71/23 83/2 83/12 84/11 91/9 91/24 92/8 97/2
**purpose** [1] 68/25
**purposes** [1] 24/17
**pursuant** [1] 100/6
**pursuing** [2] 45/10 45/11
**pushed** [1] 60/13
**put** [29] 12/7 26/20 26/21 30/15 30/18 31/1 31/7 32/19 32/20 33/20 34/5 37/11 37/12 38/13 55/25 57/7 57/9 58/24 58/24 72/1 72/8 72/16 74/21 76/1 86/13 86/13 86/13 86/20 97/13
**puts** [1] 30/5

**Q**

**Q1** [3] 80/15 80/16 80/20
**quadrant** [2] 20/24 20/24
**question** [5] 15/24 37/14 48/8 72/12 85/23
**questioned** [1] 55/9
**questions** [8] 21/18 30/21 36/17 38/3 41/4 43/16 45/25 46/1 48/10 48/22 68/25 76/6

**Q7/21 94/5 97/3**

**quickly** [1] 81/5
**quit** [1] 90/14
**quite** [1] 79/7
**quotation** [2] 16/13 17/6
**quote** [4] 16/1 17/3 61/8 61/24

**R**

**R-o-b-e-r-t** [1] 9/21
**Rachel's** [5] 53/19 62/18 62/21 62/22 63/2
**Radius** [1] 74/8
**Rainbow** [2] 75/6 75/13
**raise** [3] 42/4 67/7 67/9
**raised** [2] 43/6 72/12
**random** [3] 56/7 56/14 59/2
**rate** [1] 91/10
**rather** [1] 6/1
**ratio** [1] 71/21
**RE** [11] 21/6 4/4 10/23 36/3 39/2 49/5 49/18 51/10 70/16 80/4 87/22
**Re's** [1] 36/16
**reach** [2] 34/10 53/16
**reached** [2] 61/6 86/10
**reaching** [13] 22/21 23/1 23/7 26/4 26/8 31/4 31/16 32/22 33/5 33/23 34/9 34/22 35/2
**reaction** [1] 64/17
**reacts** [1] 59/15
**read** [6] 22/6 23/12 27/13 47/12 78/3 96/10
**reader** [1] 17/13
**reading** [7] 16/17 16/19 26/24 35/4 36/10 36/14 80/18
**readings** [14] 16/3 18/1 18/6 18/10 20/6 20/6 26/8 26/23 27/5 27/7 28/6 28/8 28/23 30/16
**readout** [1] 35/7
**ready** [2] 91/16 97/19
**real** [1] 71/23
**really** [5] 39/16 57/5 61/13 65/5 98/18
**reapplying** [1] 29/20
**reason** [10] 12/4 25/6 62/9 63/15 63/23 73/23 73/24 74/14 74/15 92/6
**reasonable** [1] 38/23
**reasons** [6] 24/14 24/22 25/11 39/20 73/21 87/9
**rebuttal** [5] 3/5 49/7 49/11 50/5 50/14
**recall** [15] 12/10 12/15 17/2 23/16 25/13 25/14 25/16 40/11 61/10 69/2 79/4 79/10 79/11 79/14 95/2
**receive** [1] 66/22
**received** [5] 3/8 3/17 27/10 27/11 32/8
**receiving** [2] 22/18 27/21
**recently** [1] 44/17
**recollection** [2] 19/7 78/17
**recommended** [1] 61/4 66/25 78/2
**record** [10] 5/8 6/1 7/10 16/10 36/6 49/4 50/3 60/10 63/22 95/19
**recorded** [1] 63/21
**recording** [1] 63/17
**records** [3] 12/7 13/12 69/8
**RECROSS** [4] 3/5 3/11 39/4 94/7
**RECROSS-EXAMINATION** [2] 39/4 94/7
**red** [3] 32/21 71/12
**REDIRECT** [4] 3/5 3/11 30/23 87/23
**refer** [1] 64/25
**reference** [6] 10/8 15/18 15/19 16/10 58/15 87/25
**referenced** [2] 42/24 71/2
**references** [4] 15/9 15/17 29/17 38/16
**referred** [3] 57/24 88/24 93/17
**referring** [4] 20/22 23/15 74/7 84/21
**refers** [1] 21/7
**reflect** [1] 85/16
**reflecting** [2] 25/21 33/7
**reflective** [12] 25/18 25/19 26/3 26/7 33/18 33/20 34/4 34/5 34/17 34/19 72/10 98/12
**reflectives** [2] 84/14 84/17
**reflector** [1] 26/6
**reflects** [3] 34/7 34/19 85/14
**refresh** [2] 22/22 78/17

**EXHIBIT C**
**-192-**

**R**

refused [2] 58/2 58/7
regard [3] 23/12 56/5 61/7
regarding [3] 7/25 12/23 67/14
regular [1] 59/11
regulations [1] 100/11
Regulatory [1] 82/18
related [2] 13/1 15/22
relates [1] 6/19
relating [1] 11/6
relations [2] 45/8 45/12
relationship [4] 53/2 53/6 53/10 90/2
release [9] 65/18 65/20 66/8 69/21 83/8 83/15 90/24 93/10 93/13
relevance [1] 69/10
relied [1] 19/25
relies [1] 19/9
remainder [1] 8/7
remember [20] 11/19 11/21 12/9 14/9 52/11 54/5 55/8 55/11 55/13 55/15 56/11 62/1 62/20 64/13 73/25 79/11 86/6 88/2 94/4 95/2
reminded [2] 7/14 64/20
removed [1] 40/5
removing [3] 20/11 29/9 29/13
render [1] 22/11
repeat [1] 66/3
repeatable [1] 59/13
repeating [1] 64/22
reply [1] 97/15
report [6] 29/15 35/21 36/2 69/19 76/20 84/8
reported [4] 86/25 94/17 94/20 100/8
reporter [2] 6/14 100/16
REPORTER'S [1] 1/15
reports [3] 95/8 95/9 95/9
representative [2] 70/25 95/23
representing [1] 4/12
reputation [1] 52/1
requests [1] 67/21
required [1] 80/19
requirement [1] 81/21
requires [2] 31/22 32/6
research [1] 14/7
resolved [3] 13/24 84/1 97/12
resources [1] 79/22
respect [12] 5/16 10/16 36/16 37/14 38/3 79/16 80/4 81/1 82/21 83/20 84/5 85/24
response [1] 97/13
responsive [1] 50/3
rest [6] 5/14 49/2 49/5 49/8 49/9 49/11
restaurant [1] 53/18
results [7] 58/14 69/20 81/22 81/23 81/24 82/2 82/8
resume [2] 4/16 7/13
resurrected [1] 93/2
return [2] 27/11 65/18
reversed [1] 14/6
review [1] 94/9
reviewed [2] 12/20 44/17 81/5
reviews [1] 61/21
revised [2] 4/21 7/3
reward [1] 67/2
RF [3] 20/18 37/2 37/4
RFD [1] 21/25
right [106]
rights [3] 61/5 66/25 83/1
ROBERT [4] 3/13 9/15 9/16 9/21
Rockley [6] 75/5 75/7 75/9 75/11 75/12 75/14
roll [3] 40/7 80/20 82/11
room [6] 33/2 33/5 34/2 34/3 34/4 34/7
rooms [3] 32/15 32/17 34/5
Rosario [6] 75/25 76/18 76/20 76/20 76/22 87/5
Rosario's [2] 76/19 94/9
round [1] 4/23
RPR [1] 1/19
ruin [1] 66/1
ruined [1] 91/25
rule [3] 5/9 5/14 93/22
rules [1] 5/6

**run** [1] 12/19
**RYAN** [2] 2/21 5/25
**résumé** [1] 4/15

**S**

S-t-o-n-e [1] 9/22
SACV [2] 1/11 4/2
SACV-18-01002-JVS [1] 4/2
SACV-18-02001-JVS [1] 1/11
said [37] 17/3 17/7 17/24 22/1 26/25 38/17 39/8 53/8 55/13 56/9 58/4 60/8 63/16 64/11 64/16 65/13 66/3 68/10 76/11 79/8 83/25 90/11 90/12 91/3 91/11 91/12 91/13 91/18 92/9 92/13 93/1 93/5 93/9 94/10 95/7 95/21 96/15
sales [2] 24/9 50/25
same [9] 5/1 5/15 20/5 33/17 58/20 76/16 76/17 84/14 92/21
Santa [1] 1/16 1/20 4/1
saturation [2] 36/15 70/2
saving [1] 52/21
saw [9] 25/13 29/11 43/1 66/19 74/21 74/22 74/25 81/12 93/18
say [13] 14/19 16/1 33/18 39/6 40/14 54/2 59/5 60/21 62/3 62/6 90/15 93/11 96/10
saying [7] 27/2 79/11 79/15 79/19 82/13 91/23 92/17
says [12] 10/8 13/24 17/14 21/15 59/23 61/23 74/11 80/14 82/7 82/7 82/14 83/8
scalp [1] 40/20
scan [1] 29/12
scanned [1] 12/9
scatter [7] 33/15 55/24 56/6 56/22 58/11 58/25 59/1
scattered [1] 25/24
scattering [1] 33/16
scatters [1] 26/5
scenario [1] 18/10
schedule [5] 4/18 6/3 6/15 6/17 97/17
scientific [1] 70/18
SCOTT [2] 2/21 4/13
screen [3] 24/3 24/3 56/21
seal [10] 4/11 6/13 8/6 8/12 9/12 12/24 41/23 49/24 50/10 68/21
sealed [7] 8/6 8/13 9/13 41/24 49/25 50/11 68/22
Sean [6] 54/16 58/8 74/22 75/6 75/11 75/15
search [1] 19/5
searched [1] 18/17
seated [3] 9/18 42/6 46/9
second [1] 12/15
secret [2] 52/8 94/22
secrets [8] 8/5 11/10 41/11 45/22 51/20 51/24 96/5 96/8
Section [2] 69/20 100/6
Section 7.2 [1] 69/20
see [63] 6/5 12/20 13/1 13/14 13/16 13/20 14/8 14/15 16/4 16/23 16/24 17/7 18/20 21/1 21/6 21/7 22/10 24/1 24/5 24/6 24/7 24/8 24/10 24/15 24/20 29/18 42/14 47/23 51/19 56/10 56/21 56/22 57/3 57/21 59/1 59/25 61/3 61/7 62/22 69/22 69/23 71/15 71/17 74/5 74/10 74/25 78/22 79/1 80/10 80/14 80/16 81/4 81/6 81/10 81/18 81/25 82/16 82/19 83/3 89/24 95/23 95/24
see-through [1] 69/22
seeing [3] 16/18 70/4 84/24
seems [1] 71/6
seen [3] 34/12 40/1 93/4
SEFFENS [3] 1/19 100/15 100/16
sell [5] 80/22 83/1 84/16 84/17 84/17
SELNA [3] 1/8 84/9 84/13
semiopaque [3] 17/21 17/25 19/3
send [2] 51/13 96/18
senior [1] 76/25
sensor [44] 16/2 16/4 16/7 18/4 18/5 18/9 18/10 19/19 19/23 20/8 20/11 20/11 20/14 20/19 21/4 21/13 21/16 21/22 21/22 22/21 22/25 23/6 27/3 27/5 27/21 28/12 28/20 32/8

32/9 36/8 37/13 38/8 38/10 38/12 39/15 40/3 40/14 43/2 69/24 73/9 78/6 84/7
sensors [17] 16/22 17/4 17/20 18/14 18/18 18/21 18/23 18/24 19/1 20/4 20/17 25/1 28/5 28/8 28/9 28/22 28/18
sent [4] 43/7 59/21 86/5 86/5
sentence [1] 59/23
separated [1] 32/14
seriously [1] 94/14
serves [1] 24/17
services [1] 78/23
set [2] 57/18 88/11
settled [2] 14/19 92/20
settlement [3] 92/19 93/4 93/9
several [3] 63/5 80/15 93/21
Shall [1] 43/21
shame [1] 64/1
shared [1] 98/11
shares [3] 65/19 67/2 83/14
SHARON [3] 1/19 100/15 100/16
SHAW [3] 2/21 4/13 42/1
she [5] 49/15 49/16 60/5 60/5 64/7
She's [1] 61/21
sheet [4] 20/14 21/5 21/14 21/16
shell [1] 73/10
shine [1] 71/12
shining [1] 31/11
shocked [1] 64/1
short [3] 31/21 65/15 95/3
short-circuit [1] 95/3
should [5] 10/9 58/5 66/24 81/20 81/22
shouldn't [2] 62/6 88/19
show [8] 31/19 37/15 38/20 53/11 56/16 57/2 58/17 94/1
showed [2] 30/15 31/24 58/20 58/22 62/7 70/9 84/13
shower [1] 30/6
showing [4] 15/20 31/18 31/25 70/8
shown [5] 58/16 59/17 60/11 69/19 74/4
shows [3] 36/11 56/25 58/14
side [12] 32/12 32/12 32/13 32/13 36/18 36/19 58/24 58/24 59/1 59/1 85/19 85/19
signal [3] 31/25 32/1 71/18
signature [2] 47/21 78/13
signed [4] 42/16 46/15 83/25 92/19
significant [3] 26/25 34/16 75/20
similar [6] 26/20 55/23 58/15 58/23 65/1 66/10
similar-looking [1] 55/23
simple [2] 38/1 38/2
simply [4] 10/9 33/16 40/23 82/11
simultaneous [1] 5/4
since [4] 7/24 27/14 90/9 94/23
single [2] 70/23 82/9
sir [66] 7/14 24/21 31/10 31/14 32/6 32/15 33/2 33/8 33/20 34/2 34/12 35/4 35/10 36/16 37/1 37/7 37/14 41/5 42/4 47/8 68/11 70/10 76/22 77/2 77/16 78/3 78/17 79/21 80/4 80/11 80/14 80/18 80/22 81/1 81/17 82/1 82/14 82/21 83/7 83/10 83/25 84/3 84/6 84/15 84/18 85/4 85/5 85/10 85/15 85/18 85/21 85/23 86/8 86/13 94/9 94/14 94/17 95/3 95/8 95/12 95/22 95/25 96/7 97/1 97/4
site [1] 74/12
sites [1] 85/1
sitting [1] 9/5
situation [1] 72/6
six [3] 5/22 70/3 97/17
six percent [1] 70/3
skill [2] 22/2 38/22
skilled [1] 38/19
skin [2] 24/15 71/19
slide [2] 58/13 58/19
slides [1] 57/18
small [5] 20/22 30/14 71/18 72/3 73/17
smaller [2] 71/21 71/22
smart [1] 91/13
smiles [1] 92/10
so [86] 5/7 7/7 7/11 11/4 13/8 14/23 15/17

EXHIBIT C
-193-

Case 8:18-cv-02001-JVS-JDE   Document 199-5   Filed 06/28/22   Page 112 of 114   Page ID #:39279

**S**

so... **[79]** 15/23 15/23 16/17 18/5 19/25 21/21 25/5 25/9 26/8 26/24 29/23 30/3 31/24 32/19 32/25 33/2 33/16 33/18 34/21 35/8 36/8 38/23 43/1 47/19 47/23 48/6 51/3 56/18 59/3 59/14 59/16 60/5 60/25 62/12 63/15 63/15 64/21 65/24 66/5 66/24 67/24 68/12 70/3 70/6 70/8 70/14 70/22 71/3 71/17 71/21 71/25 72/1 72/13 72/14 73/10 76/4 76/19 77/9 78/1 83/15 86/12 87/12 88/21 88/22 88/23 91/9 91/13 91/22 92/2 92/3 92/11 92/12 92/15 92/18 95/15 97/13 97/22 98/19 98/20
soccer **[7]** 54/4 54/5 54/7 54/14 54/18 54/20 54/24
socialize **[1]** 54/3
software **[6]** 76/1 76/18 86/14 86/21 87/13 88/19
Solutions **[1]** 24/10
solve **[4]** 18/9 65/11 65/16 92/7
solving **[1]** 92/24
some **[39]** 7/2 11/25 12/12 13/6 19/4 28/4 30/1 34/7 34/12 35/25 36/1 39/25 51/25 52/1 52/14 52/15 52/15 52/16 55/8 64/24 66/22 66/25 68/24 69/5 71/19 71/20 71/20 74/21 75/15 76/11 76/12 80/4 82/3 82/3 82/5 84/3 86/14 90/4 92/3
somebody **[1]** 39/16
someone **[3]** 30/5 76/12 87/4
something **[13]** 15/20 30/10 31/9 33/14 39/22 39/25 56/9 63/14 68/20 75/23 76/13 77/1 98/16
sometime **[1]** 77/8
sometimes **[4]** 54/5 69/25 71/9 73/14
sorry **[10]** 16/5 21/10 23/23 24/1 25/23 27/2 32/4 48/25 77/22 85/6
sort **[3]** 7/25 66/22 86/14
sorts **[1]** 38/20
Sotera **[9]** 78/4 78/11 79/21 89/7 89/12 89/16 89/19 90/17 90/18
sought **[1]** 63/1
soul **[1]** 64/16
sound **[2]** 29/16 97/20
sounds **[2]** 74/14 89/4
source **[12]** 20/5 22/21 23/1 23/2 36/25 37/1 38/14 38/15 39/9 79/6 80/1 87/18
South **[1]** 2/16
SOUTHERN **[1]** 1/6
SP **[1]** 56/25
speakerphone **[1]** 64/8
speaking **[2]** 64/24 77/2
special **[3]** 76/1 76/12 86/14
specific **[1]** 75/23
specifically **[2]** 24/13 68/18
spell **[8]** 8/17 9/19 41/16 42/7 44/5 46/10 50/6 50/15
spelled **[2]** 44/6 44/7
spend **[1]** 67/10
spoke **[2]** 23/10 48/13
spot **[2]** 30/13 81/20
spreadsheet **[1]** 6/24
sq **[1]** 72/12
square **[1]** 91/20
stack **[1]** 73/13
staff **[1]** 97/19
stand **[4]** 7/24 70/21 91/24 93/19
stand-alone **[1]** 91/24
standby **[2]** 32/19 33/21
standing **[1]** 34/3
Stark **[1]** 93/22
start **[4]** 12/25 65/15 65/16 92/7
started **[5]** 7/23 52/21 66/10 66/11 90/19
starting **[1]** 11/19 53/7 65/1 65/2
state **[11]** 8/17 9/19 16/25 39/8 41/16 42/6 44/4 46/10 50/6 50/15 96/15
stated **[2]** 16/21 81/5
statement **[21]** 15/25 16/20 17/5 22/8 23/12 25/20 25/25 43/9 43/12 47/7 47/12 47/17 47/25 48/3 48/4 48/7 48/14 48/19 62/1 62/16 64/15

statements **[5]** 7/1 10/19 11/4 41/1 70/20
status **[2]** 14/14 59/24
Status **[2]** 91/3 92/2
stealing **[3]** 85/25 86/1 86/9
stenographically **[1]** 100/8
step **[9]** 27/23 27/24 27/24 28/2 28/2 43/17 46/2 48/24 97/4
STEPHEN **[2]** 3/4 7
Steve **[3]** 53/16 54/18 61/2
stick **[4]** 25/1 37/23 76/3 76/13
stick-on **[2]** 25/1 37/23
still **[10]** 7/15 21/22 25/14 35/11 51/4 69/24 71/9 73/14 84/19 88/14
stole **[2]** 94/15 95/5
stolen **[3]** 86/11 95/5 95/10
STONE **[15]** 3/13 9/15 9/16 9/21 9/25 11/1 36/6 70/7 70/9 72/8 72/19 73/23 93/17 93/21 93/22
Stone's **[1]** 70/12
stop **[3]** 35/4 38/13 87/11
story **[4]** 51/17 65/15 91/2 91/10
STRADLEY **[2]** 2/15 4/13
straight **[1]** 19/25
strategy **[1]** 96/11
Street **[4]** 1/20 2/6 2/16 2/19
stretchable **[1]** 40/7
strict **[1]** 87/9
strike **[4]** 4/22 70/11 72/24 97/11
student **[1]** 45/11
studies **[4]** 55/24 59/24 80/15 80/19
stuff **[3]** 88/20 91/19 92/3
subject **[2]** 41/9 68/24
subjects **[1]** 90/24
submit **[2]** 5/4 6/15
submitted **[6]** 4/19 5/21 42/22 47/16 49/10 94/10
success **[1]** 38/23
such **[4]** 15/8 32/19 32/21 41/1
sue **[2]** 82/22 92/14
sued **[2]** 52/18 77/3
sufficient **[5]** 4/24 26/23 27/12 71/6 71/7
suggest **[3]** 18/4 28/16 28/18
suggesting **[1]** 94/14
suggestion **[1]** 77/23
suing **[1]** 52/2
suit **[1]** 66/12
Suite **[6]** 1/20 2/9 2/13 2/16 2/19 2/22
summary **[5]** 5/11 17/16 80/12 81/1 81/17 93/13
superior **[1]** 91/17
supervision **[1]** 83/3
supplied **[1]** 36/9
suppose **[1]** 30/5
supposed **[2]** 29/23 68/1
sure **[13]** 8/5 22/6 22/7 31/6 31/19 37/17 67/3 69/20 71/11 83/16 84/23 88/18 94/25
surprise **[4]** 70/8 75/2 75/15 75/20
surprised **[3]** 54/2 64/1 74/2
surprises **[1]** 75/22
survival **[1]** 51/19
suspicion **[1]** 53/24
Sweitzer **[21]** 19/10 19/13 20/7 20/10 20/10 20/13 20/15 21/4 21/13 21/21 22/4 22/11 22/15 36/17 36/21 36/23 36/24 37/1 37/8 38/7 39/6
Sweitzer/Pompei **[1]** 38/7
SWORN **[9]** 7/17 8/16 9/16 41/15 42/5 44/3 46/8 50/5 50/19
system **[3]** 19/17 20/2 58/22

**T**

tab **[31]** 23/6 23/11 24/1 24/17 26/3 26/5 26/7 26/21 27/4 27/4 27/9 27/20 29/9 29/13 29/20 29/23 30/12 30/15 30/16 30/18 31/1 31/15 32/21 33/8 33/20 33/22 34/17 34/25 35/10 36/13 40/5
tab 2 **[29]** 23/11 24/17 26/3 26/5 26/7 26/21 27/4 27/4 27/9 27/20 29/9 29/13 29/20 29/23 30/12 30/15 30/16 30/18 31/1 31/15 32/21

33/8 33/20 33/22 34/17 34/25 35/10 36/13 40/5
tabs **[1]** 37/24
take **[23]** 12/21 20/20 22/23 22/24 23/14 26/13 26/24 30/5 30/6 37/16 43/21 51/23 56/18 57/1 57/18 59/22 63/23 65/23 68/16 68/18 69/9 73/8 80/11
takeaways **[1]** 81/20
taken **[6]** 48/11 51/20 70/20 70/21 86/18 91/8
takes **[2]** 29/19 70/3
taking **[1]** 37/11
talk **[3]** 55/7 59/9 63/17
talked **[1]** 43/2
talking **[6]** 8/4 35/24 39/12 56/19 82/9 92/15
talks **[1]** 39/15
tape **[9]** 24/9 24/14 39/23 39/24 39/25 40/7 40/15 40/21 40/23
Tatiana **[1]** 64/7
taught **[2]** 38/17 90/22
taxes **[1]** 93/3
Taylor **[2]** 88/1 88/12
Taylor's **[1]** 78/13
TCL **[1]** 98/11
teachings **[1]** 38/6
team **[9]** 54/23 54/23 61/9 61/9 75/6 75/13 78/1 78/2 96/18
technical **[9]** 24/14 24/22 25/5 25/11 39/20 61/9 73/23 73/24 74/14
technology **[4]** 76/12 83/10 93/6 93/15
tell **[7]** 13/17 57/12 65/5 66/1 67/22 75/19 90/6
tells **[1]** 17/12
ten **[4]** 57/14 75/12 82/5 93/10
ten milligrams **[2]** 57/14 82/5
tender **[2]** 7/11 98/24
tenure **[2]** 52/5 88/5
terms **[1]** 6/2
terrible **[1]** 68/10
test **[12]** 26/11 26/18 57/2 69/7 69/15 69/19 69/20 70/23 73/5 73/5 84/8 93/19
tested **[5]** 26/20 27/3 27/14 35/14 85/18
testified **[7]** 14/24 29/4 61/8 64/11 72/24 79/2 95/15
testify **[9]** 49/16 51/12 52/21 53/1 60/12 62/12 74/21 74/22 94/13
testifying **[4]** 10/20 44/23 70/11 75/3
testimony **[39]** 4/16 7/25 8/7 9/1 9/4 9/8 19/1 27/16 29/6 35/21 36/2 41/10 43/1 43/4 43/12 44/22 46/19 47/6 64/7 67/14 70/15 71/3 74/19 55/17 55/20 56/6 56/14 60/7 60/18 62/8 62/18 63/16 64/4 64/9 67/14 70/15 71/3 76/10 79/6 84/3 86/19
testing **[8]** 36/1 69/4 70/17 70/18 72/16 80/23 84/3 86/19
tests **[3]** 27/16 73/4 73/7
than **[13]** 6/20 10/14 31/8 49/11 52/9 54/22 56/1 57/15 61/10 65/23 66/18 69/24 95/4
thank **[24]** 7/22 8/2 8/11 8/21 9/18 10/10 10/22 36/16 41/5 41/22 42/2 43/18 43/19 43/20 46/2 46/3 48/24 50/19 97/4 97/5 97/16 98/4 99/2 99/3
that **[563]**
that that's **[1]** 23/19
that's **[88]** 4/20 4/24 4/25 5/24 6/16 7/5 8/1 11/5 11/8 11/11 12/1 12/3 14/6 15/12 15/16 17/7 17/8 17/18 18/7 18/12 19/12 19/18 19/21 19/24 20/12 22/22 22/13 22/14 22/16 23/4 23/9 29/18 30/2 32/10 33/1 35/7 38/5 40/14 40/18 42/13 42/16 43/3 47/10 47/22 48/4 48/12 48/16 49/10 54/9 59/7 59/10 63/1 63/5 63/7 66/18 68/13 70/7 71/16 72/16 80/3 80/21 82/13 87/8 87/16 87/20 88/24 91/18 93/8 95/17 96/13 96/22 97/8 98/14 99/1
theft **[1]** 94/22
their **[12]** 32/13 57/8 58/5 59/11 59/12 59/15 62/22 75/7 75/16 85/2 91/25
theirs **[1]** 83/11
them **[36]** 12/11 15/22 18/25 19/8 30/1 52/18

**EXHIBIT C**
**-194-**

# I

them... [30]  57/12 57/17 58/24 59/1 62/7 65/9 65/12 65/16 65/17 65/18 66/8 67/22 68/11 68/12 75/9 75/15 75/18 83/22 83/23 83/23 84/17 85/2 86/18 89/25 90/22 92/4 92/5 92/20 92/23 93/8
themselves [1]  76/3
then [24]  5/20 6/2 7/13 24/2 26/22 27/4 30/14 41/13 43/1 44/7 49/4 55/23 58/6 59/3 72/4 76/2 85/10 91/8 91/12 91/15 92/20 93/1 93/3 97/17
there [75]  5/10 6/1 6/10 6/20 9/25 10/8 10/8 12/3 12/10 12/16 13/6 17/6 17/7 17/12 17/13 20/13 21/3 21/12 21/21 21/24 21/24 22/1 28/19 29/7 32/7 33/18 33/2 33/2 33/6 33/7 34/3 37/14 40/7 42/18 42/19 47/12 49/13 51/3 54/10 54/11 55/3 56/21 57/16 58/1 59/8 61/14 61/25 62/8 63/23 63/25 66/9 68/7 68/24 72/24 74/9 76/4 77/20 80/13 82/24 83/5 83/8 83/19 83/22 83/25 89/25 90/11 90/11 90/13 92/6 92/9 93/1 94/11 95/1 96/7 98/20
there's [1]  54/13
thereafter [1]  6/4
therefore [1]  59/16
these [13]  38/18 38/19 41/1 48/10 52/8 53/21 53/24 54/25 56/24 63/24 67/20 75/2 85/2
they [60]  19/3 28/18 28/22 30/6 32/13 33/15 51/24 52/19 53/21 57/8 57/16 58/5 59/11 59/12 61/6 61/13 61/15 61/25 62/5 62/7 63/11 65/13 65/13 65/18 65/19 65/21 65/24 66/1 70/1 72/16 72/25 75/18 75/19 76/3 77/1 81/14 83/17 85/2 86/18 89/22 90/5 90/10 90/10 90/13 90/19 90/19 91/10 91/11 91/12 91/13 91/16 91/18 91/25 92/1 92/2 92/9 92/9 93/1 93/2 93/4
they're [1]  33/15 56/10 70/14
thief [1]  95/13
thing [4]  5/15 26/20 74/20 84/14
things [3]  57/6 68/10 90/13
think [26]  4/18 4/24 6/21 15/12 27/2 30/1 37/2 49/13 57/5 63/23 69/8 70/22 73/18 73/23 74/7 77/18 82/7 82/7 86/5 89/2 90/25 91/3 93/12 97/11 97/18 98/14
thinking [2]  6/4 66/24
third [6]  2/13 15/14 15/18 16/9 80/14 81/4
this [118]
THOMAS [4]  3/14 41/8 41/15 41/18
those [24]  5/18 10/1 10/17 10/19 17/12 17/15 17/16 21/18 28/8 28/14 28/16 28/22 28/23 34/5 37/7 38/16 45/24 61/4 65/5 68/8 73/7 80/20 82/2 90/2
though [8]  16/4 20/7 50/24 51/3 66/3 73/15 83/4 93/4
thought [14]  39/6 51/4 52/23 53/2 53/9 56/2 60/5 61/3 62/13 64/21 77/25 91/20 91/25 98/11
thoughts [1]  69/6
thousands [2]  5/11 5/18
three [10]  12/10 15/12 15/14 15/17 58/25 69/23 73/14 75/8 87/12 91/17
threw [1]  93/8
through [8]  10/9 69/22 71/13 77/11 77/12 83/12 83/16 90/21
throughout [3]  11/14 53/12 53/24
throw [1]  85/2
thrown [2]  29/21 30/14
tight [1]  57/4
Tim [8]  66/14 66/20 90/12 95/18 95/21 95/22 95/25 96/5
time [32]  5/23 6/1 11/13 11/17 12/15 14/24 27/14 27/18 38/18 39/8 40/1 40/25 50/12 53/22 55/20 57/16 58/5 58/20 66/19 70/19 70/21 74/18 74/19 76/16 82/19 84/4 90/18 92/21 93/1 93/18 97/19 98/7
timeline [1]  55/9 55/14
times [6]  12/13 53/16 54/6 54/22 55/14 69/23
tiny [1]  31/25
tires [1]  73/11
tissue [1]  71/19

titanium [1]  33/14
title [1]  9/7
titled [1]  9/7
Tobler [1]  52/14
today [14]  4/13 4/20 5/22 6/22 8/5 9/5 9/8 10/20 44/20 44/23 46/20 48/18 94/1 97/18
together [3]  55/22 87/6 98/21
tokens [1]  54/25
told [24]  14/4 41/1 56/2 64/22 65/13 65/16 65/22 66/2 75/25 77/11 88/10 88/17 89/25 90/8 91/9 91/16 91/18 92/12 92/10 92/23 96/3 96/21
too [5]  54/19 56/21 77/16 90/25 91/19
took [11]  7/15 29/21 37/13 76/5 79/6 79/12 79/17 79/20 80/1 87/18 94/2
top [1]  39/13
totally [1]  66/9
towards [1]  53/25
track [3]  75/23 76/2 86/17
tracking [1]  88/19
trade [9]  8/5 11/9 41/10 45/22 51/20 51/23 52/8 94/22 96/8
trans [1]  32/3
trans-impedence [1]  32/3
transcript [7]  1/9 1/15 6/10 6/20 8/7 100/8 100/10
transcripts [1]  5/5
transferred [1]  68/2
translate [1]  93/12
translucent [6]  17/21 19/3 69/21 69/24 71/21 74/5
translucent/semiopaque [1]  17/21
transmittance [3]  84/12 84/13 84/16
transparent [2]  23/17 24/24 25/2 25/6 74/9 74/11
trial [20]  1/12 4/18 5/5 5/6 14/17 29/5 50/22 50/24 51/5 75/4 75/8 75/10 75/21 77/8 77/10 87/25 90/21 93/16 94/3 98/17
trick [2]  93/19 93/25
tried [2]  12/1 18/9
tries [1]  72/5
true [22]  1/11 4/3 9/4 12/14 14/7 18/7 20/12 27/14 27/15 27/18 28/3 29/11 34/7 34/25 47/8 48/1 48/4 51/1 51/16 54/3 60/16 65/1 68/11 71/2 78/10 80/2 80/3 84/15 91/18 94/1 97/10 100/7
truly [2]  38/13 53/9
trusting [1]  53/9
truth [8]  61/12 62/8 62/16 63/20 64/15 65/22 68/7 96/22
trying [8]  8/4 31/6 31/19 54/18 63/17 65/7 67/23 68/4 70/13 70/23 74/16 75/16 87/11 90/20 95/2 97/4
TUESDAY [1]  4/1
turn [4]  35/8 56/19 56/20 78/15
turns [1]  26/19
two [25]  8/5 9/25 11/4 12/10 15/9 15/13 24/17 32/15 32/17 34/5 49/6 49/11 49/13 57/7 59/4 59/14 65/24 70/4 70/14 71/12 73/13 84/25 88/20 91/17 97/13
two percent [1]  70/4
type [1]  13/15 21/7 21/25 33/12 55/14 79/9 79/22 84/10 86/19

# U

U.S [1]  100/16
ueezed [1]  72/12
unable [1]  15/5
uncertain [1]  82/18
under [19]  6/11 6/13 7/15 8/6 8/12 9/12 12/24 41/23 49/24 50/10 61/5 68/21 73/18 83/2 94/10
understand [11]  6/19 7/16 23/19 25/17 32/6 47/16 48/10 60/9 66/4 91/19 97/22
understanding [2]  31/10 82/16
understood [1]  80/18
unfortunately [4]  66/10 75/22 90/21 93/25
UNITED [4]  1/4 1/19 100/7 100/11
University [1]  45/11

# V

unless [2]  29/21 31/8
unlike [1]  60/10
unnecessary [1]  5/14
unpair [1]  35/7
until [6]  5/10 20/8 55/23 76/4 80/15 82/15
up [22]  6/3 6/10 30/8 39/10 39/23 55/22 56/20 57/11 57/20 59/12 69/9 71/13 73/14 76/22 83/14 83/17 87/12 89/25 92/22 92/24 98/13 98/17
updated [3]  5/5 5/21 97/23
upfront [2]  66/5 83/23
upon [1]  34/20
upset [6]  62/10 62/12 63/15 64/19 65/24 92/2
us [12]  6/18 34/4 41/1 54/7 54/12 67/21 67/23 86/17 86/20 89/23 90/9 93/24
USB [2]  76/3 76/13
use [15]  16/4 22/25 24/3 24/23 25/6 28/14 28/20 29/12 30/12 35/10 39/11 59/18 82/16 83/10
used [14]  7/2 15/12 15/14 15/14 19/20 23/18 27/19 27/23 28/22 40/21 69/25 83/20 84/11 97/1
user [7]  27/24 29/8 29/19 29/19 29/20 30/8 37/11 37/12
users [2]  28/1 29/1
uses [2]  39/9 84/5
using [8]  29/2 36/24 37/20 38/7 38/10 40/14 59/9 69/15
utilized [1]  78/19

# V

valid [1]  20/6
validity [1]  11/6
value [2]  60/19 93/9
various [3]  18/18 54/13 59/13
vast [1]  79/22
Vaughan [1]  77/21
version [2]  6/12 6/13
versus [8]  4/3 11/24 12/16 20/6 69/22 70/19 74/14 89/16
vertical [3]  32/25 33/3 34/4
very [14]  8/8 12/18 38/2 43/17 61/13 61/14 72/13 73/18 87/8 87/9 87/13 89/19 91/13 98/10
video [1]  29/11
view [2]  49/9 53/6
virtual [1]  31/21
visibly [1]  71/17
voltage [1]  31/20
VP [1]  24/9
VPN [1]  77/14
vs [1]  1/10

# W

wall [5]  32/17 32/24 32/25 33/3 34/4
want [5]  5/24 5/25 11/12 11/13 23/21 24/3 26/13 35/4 39/19 42/18 49/18 49/21 51/19 51/22 55/7 59/18 65/16 68/18 74/20 84/23 85/6 89/1 90/24 91/2 91/11 92/5 92/7
wanted [14]  4/17 7/23 39/16 39/18 81/14 83/10 83/11 83/15 83/16 88/18 89/23 91/3 91/4 91/5
wanting [1]  73/21
wants [3]  61/24 68/12 68/13
warning [2]  90/16 96/18
was [184]
washing [2]  19/20 20/2
wasn't [17]  79/15 79/18 86/11 88/8 90/18 92/18 95/24
waste [1]  58/5
wasteful [1]  67/13
wave [1]  36/11
way [16]  35/6 53/15 53/22 57/14 61/18 63/11 65/21 66/18 72/9 72/19 72/22 73/12 76/5 86/18 91/10 93/18
ways [1]  53/14
we [141]
We'd [1]  6/14

EXHIBIT C
-195-

**W**

**we'll** [2]  55/25 98/22
**we're** [5]  8/4 8/6 56/19 65/13 79/19
**wearable** [1]  90/22
**WEARABLES** [12]  1/11 4/3 29/11 34/17 34/25 47/8 48/1 48/4 51/1 65/1 71/2 84/15
**Wearables'** [1]  97/11
**web** [1]  18/20
**week** [4]  6/7 6/7 6/22 97/15
**weekend** [1]  7/21
**weeks** [7]  4/20 5/21 5/22 57/7 59/15 97/13 97/18
**Welch** [13]  77/3 77/11 77/14 78/20 86/17 88/4 88/8 89/2 89/6 89/12 90/19 90/22 94/25
**Welch's** [2]  77/19 88/15
**well** [27]  5/6 12/23 13/21 20/16 26/13 38/18 39/25 43/22 45/10 49/5 51/8 55/3 58/14 58/20 58/24 59/11 62/6 67/20 71/11 75/22 77/16 82/11 83/7 89/18 90/8 94/25 98/10
**went** [10]  14/17 52/15 52/19 77/17 89/6 89/9 89/12 91/15 94/2 96/15
**were** [64]  6/3 10/20 11/14 12/6 12/10 13/4 13/21 14/21 15/5 16/22 18/13 18/14 19/3 21/2 21/11 21/18 26/15 28/4 28/9 28/13 38/3 39/25 40/21 43/6 44/23 45/16 49/14 53/11 54/25 56/2 56/3 56/6 60/12 60/25 61/14 61/16 63/1 63/11 63/16 64/12 64/17 65/24 66/1 66/5 67/20 70/20 70/20 75/16 75/17 75/22 77/7 81/20 82/2 82/8 84/4 84/9 84/9 86/6 89/23 90/19 92/2 92/9 92/9 94/11
**weren't** [1]  67/3
**West** [1]  1/20
**what** [87]  4/25 5/3 5/19 11/23 14/2 14/3 17/7 21/15 22/1 22/2 23/15 27/25 29/3 29/19 31/4 31/6 31/18 31/19 31/22 31/22 32/22 33/4 33/8 33/11 34/5 34/14 34/16 36/7 37/12 37/15 38/6 40/1 40/4 40/6 40/8 40/10 40/11 40/14 40/19 42/21 43/4 46/17 53/6 54/2 56/19 56/24 56/25 57/17 57/23 58/13 58/19 59/1 62/3 62/25 63/3 64/17 64/20 64/22 69/18 70/4 70/7 70/9 71/18 73/4 73/18 75/20 77/10 77/11 82/13 83/23 84/4 84/11 85/6 85/8 86/9 86/17 87/17 90/6 90/17 91/5 92/13 93/2 93/10 93/22 93/25 95/25
**what's** [11]  5/8 10/7 39/23 40/15 40/17 73/7 84/6 89/15 93/9 94/23 96/4
**whatever** [2]  64/23 68/7
**whatsoever** [1]  63/21
**when** [68]  12/5 15/14 15/20 17/3 18/10 18/13 20/5 21/25 27/4 27/19 27/21 28/9 29/1 29/21 31/7 32/2 33/20 37/8 39/9 39/13 40/14 40/21 40/25 51/24 55/8 55/13 57/7 58/1 58/6 59/11 59/12 60/10 62/3 65/2 65/15 65/22 66/12 66/16 66/19 67/5 67/8 69/1 69/25 70/13 71/15 72/8 72/16 76/15 76/25 77/6 79/4 80/2 83/19 84/9 84/24 85/24 86/12 88/14 89/2 89/21 90/19 91/9 92/10 92/19 93/8 93/18 94/23 95/21
**whenever** [2]  38/13 39/10
**where** [14]  6/6 24/8 25/13 25/16 31/1 32/1 36/24 67/5 72/5 79/4 80/14 84/23 84/25 94/10
**whether** [11]  24/21 25/9 56/13 76/12 76/23 79/5 79/5 79/12 79/16 79/19 86/15
**which** [42]  12/21 13/2 16/5 20/4 23/23 28/11 33/20 34/17 34/21 36/14 39/24 53/12 54/6 55/10 57/15 58/10 59/3 60/24 61/3 65/18 67/4 70/2 71/16 71/18 72/6 72/12 72/13 73/18 75/7 79/21 80/5 80/7 80/8 81/1 81/17 81/18 83/2 85/1 93/17 93/25 95/19 98/25
**while** [2]  16/2 21/22
**whistleblower** [1]  13/15
**white** [11]  23/25 33/10 33/13 71/20 73/22 73/24 74/12 85/11 85/14 85/16 85/19
**who** [24]  18/9 39/16 48/17 49/14 49/18 52/12 52/15 57/8 60/2 60/8 60/13 61/20 70/19 75/16 75/19 76/2 77/21 78/18 81/15 81/15 86/23 88/10 92/10 92/22
**whole** [3]  50/24 51/17 66/13
**whose** [2]  31/21 60/22

**wife** [1]  64/7
**wiggling** [1]  16/16
**will** [23]  5/16 5/16 7/13 8/9 9/18 9/19 12/21 27/20 29/18 41/12 46/9 50/6 50/15 59/14 59/15 72/18 73/8 80/15 90/14 90/14 90/15 97/23 98/20
**Wilshire** [1]  2/22
**wired** [1]  28/4
**Wireless** [4]  78/4 78/12 79/21 89/12
**wishes** [1]  38/13
**within** [1]  68/2
**without** [3]  27/4 31/25 93/19
**witness** [40]  7/1 7/17 8/16 9/10 9/15 9/16 10/22 15/25 16/20 22/8 25/20 39/1 40/16 41/15 41/25 42/5 43/15 44/3 44/25 46/8 46/22 47/2 47/7 47/12 47/17 47/22 47/25 48/3 48/4 48/7 48/14 48/21 50/5 50/13 50/14 70/20 78/8 78/16 93/19
**witnessed** [6]  17/20 17/21 17/23 17/24 18/1 28/6
**witnesses** [9]  3/5 3/11 49/1 49/6 49/11 49/13 64/25 74/21 75/2
**wonder** [1]  69/18
**wonderful** [1]  57/6
**word** [3]  12/21 14/6 97/1
**wording** [1]  17/2
**words** [1]  79/18
**work** [17]  6/15 6/18 36/1 45/20 52/12 53/15 58/6 66/22 73/18 75/9 75/19 81/15 83/20 87/5 91/20 91/21 92/11
**worked** [4]  6/23 72/20 87/6 91/7
**working** [4]  14/5 15/3 15/21 35/8
**works** [4]  6/6 25/17 72/22 98/4
**worried** [1]  64/2
**worthless** [1]  32/1
**would** [74]  6/5 7/3 7/9 8/3 8/5 9/14 10/16 15/22 18/6 19/3 19/7 20/18 22/2 25/2 25/4 27/5 27/7 28/8 28/16 28/23 30/3 30/10 30/14 33/11 34/21 38/16 38/22 39/10 41/16 41/25 42/4 42/18 46/5 50/12 52/23 53/15 53/16 54/3 55/25 56/1 56/19 57/8 57/9 57/11 57/17 57/17 58/2 59/6 63/12 63/15 65/23 67/10 67/13 67/21 67/25 68/16 75/19 75/23 76/5 76/24 77/25 80/11 81/15 81/15 81/16 83/24 85/5 88/23 90/9 90/15 96/18 97/11 97/18 97/8
**wouldn't** [7]  17/10 30/6 30/8 30/12 57/2 81/15 92/13
**wrapped** [2]  36/9 40/23
**wrapping** [1]  36/9
**write** [1]  23/17
**writing** [1]  24/9
**written** [3]  44/14 66/20 83/7
**wrong** [3]  25/23 51/21 72/6
**wrote** [6]  12/5 23/14 40/25 73/20 91/22 96/4

**Y**

**Yeah** [8]  40/4 40/17 54/5 54/11 60/8 62/21 74/16 86/16
**year** [3]  43/2 66/18 80/20
**years** [12]  12/6 15/2 24/25 37/25 53/25 64/22 64/22 65/24 87/12 93/3 93/10 93/21
**yes** [157]
**yet** [3]  72/1 72/12 86/10
**Yongsam** [5]  77/23 78/18 78/22 79/3 86/23
**York** [1]  2/13
**you** [492]
**you'd** [3]  6/17 54/24 83/6
**you're** [12]  23/15 27/2 38/6 57/12 57/13 73/9 74/16 84/21 91/13 91/19 93/11 94/14
**young** [2]  91/13 91/19
**younger** [1]  98/17
**your** [163]
**yours** [1]  92/14

**Z**

**Zajac** [1]  24/9
**zero** [3]  70/6 70/7 87/17

**EXHIBIT C -196-**