# EXHIBIT F

| | |
|---|---|
| Scott Shaw (CA Bar No. 223592)<br>SShaw@merchantgold.com<br>**MERCHANT & GOULD P.C.**<br>8383 Wilshire Blvd, Suite 935<br>Beverly Hills, CA 90211<br>Telephone: (949) 330-0202<br>Facsimile: (612) 332-9081<br><br>Hayley M. Ostrin (*Pro Hac Vice*)<br>HOstrin@merchantgould.com<br>**MERCHANT & GOULD P.C.**<br>1900 Duke Street, Suite 600<br>Alexandria, Virginia 22314<br>Telephone: (703) 684-2500<br>Facsimile: (612) 332-9081<br><br>Peter A. Gergely (*Pro Hac Vice*)<br>PGergely@merchantgould.com<br>**MERCHANT & GOULD P.C.**<br>767 Third Avenue, 23rd Floor<br>New York, New York 10017<br>Telephone: (212) 223-6520<br>Facsimile: (612) 332-9081 | Ryan J. Fletcher (*Pro Hac Vice*)<br>RFletcher@merchantgould.com<br>Kristen M. Geary (*Pro Hac Vice*)<br>KGeary@merchantgould.com<br>**MERCHANT & GOULD P.C.**<br>1801 California St., Suite 3300<br>Denver, CO 80202<br>Telephone: (303) 357-1651<br>Facsimile: (612) 332-9081<br><br>Paige S. Stradley (*Pro Hac Vice*)<br>PStradley@merchantgould.com<br>**MERCHANT & GOULD P.C.**<br>150 S. Fifth Street Suite 2200<br>Minneapolis, MN 55402<br>Telephone: (612) 332-5300<br>Facsimile: (612) 332-9081<br><br>*Attorneys for Defendants, True Wearables, Inc. and Marcelo Lamego* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRUE WEARABLES, INC., a Delaware corporation; and MARCELO LAMEGO, an individual,<br><br>Defendants. | Case No. 8:18-CV-02001-JVS-JDE<br><br>**NOTICE OF COMPLIANCE OF DEFENDANT MARCELO LAMEGO, PH.D.**<br><br>**Hon. James V. Selna**<br>**Hon. Magistrate John D. Early**<br><br>Trial Completed: 03/22/2022<br>Final Judgment: 12/22/2022 |

I, Marcelo Lamego, submit this Notice of Compliance pursuant to paragraph 10 of the Final Judgment and Permanent Injunction. (Dkt. 605.) I have read the Final Judgment and Permanent Injunction dated December 22, 2022. I have complied with the Final Judgment and Permanent Injunction, including but not limited to the following:

1. I have stopped selling the Oxxiom® in its current form;
2. I previously provided my counsel of record with all documents that were alleged to contain Masimo confidential information. I have no Masimo confidential information, including in paper or electronic form, and I have not made further use of any of Masimo's confidential information. Even though I no longer have documents that were alleged to contain Masimo confidential information, I note that several of these documents were made public at Masimo's request earlier in this proceeding and remain publicly available;
3. I have destroyed portions of the Oxxiom® source code that included Masimo Trade Secrets;
4. I have worked with my patent prosecution attorney to take all necessary steps to preserve the confidentiality of, or stop issuance of, the United States Patent Applications recited in paragraph 8 of the Final Judgment and Permanent Injunction, including any application that depends on the applications identified in paragraph 8 of the Final Judgment for priority or otherwise incorporates any of the above applications by reference; and
5. I have taken all necessary steps to prevent publication of any document that discloses Masimo's Trade Secrets and confidential information.

I believe I have complied with the Final Judgment and Permanent Injunction.

| | |
|---|---|
| 1 | Respectfully submitted |
| 2 | |
| 3  Dated: February 20, 2023 | By: _____ |
| 4 | Marcelo Lamego, Ph.D. |