MARK D. SELWYN, SBN 244180
 mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
 thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
 joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
 amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLAINTIFFS' ATTORNEYS' INVOLVEMENT IN THIS CASE** <br><br> Date: Mar. 13, 2023 <br> Time: 1:30pm <br><br> Trial: Mar. 28, 2023 |

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPP. TO PLS.' MIL TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLS.' ATTORNEY'S INVOLVEMENT IN THIS CASE
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

1  JOSEPH J. MUELLER, *pro hac vice*
      joseph.mueller@wilmerhale.com
2  SARAH R. FRAZIER, *pro hac vice*
      sarah.frazier@wilmerhale.com
3  WILMER CUTLER PICKERING
      HALE AND DORR LLP
4  60 State Street
   Boston, MA 02109
5  Tel.: 617.526.6000 / Fax: 617.526.5000

6  NORA Q.E. PASSAMANECK, *pro hac vice*
      nora.passamaneck@wilmerhale.com
7  WILMER CUTLER PICKERING
      HALE AND DORR LLP
8  1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
9  Tel.: 720.274.3152 / Fax: 720.273.3133

10 BRIAN A. ROSENTHAL, *pro hac vice*
11    brosenthal@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
12 200 Park Avenue
   New York, NY 10166-0193
13 Tel.: 212.351.2339 / Fax: 212.817.9539

14 KENNETH G. PARKER, SBN 182911
      Ken.parker@haynesboone.com
15 HAYNES AND BOONE, LLP
   660 Anton Boulevard, Suite 700
16 Costa Mesa, CA 92626
   Tel.: 650.949.3014 / Fax: 949.202.3001

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPP. TO PLS.' MIL TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLS.' ATTORNEY'S INVOLVEMENT IN THIS CASE
CASE NO. 8:20-cv-00048-JVS (JDEx)

Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the Court grant leave to file under seal Apple's Opposition To Plaintiffs' Motion *In Limine* To Exclude Evidence Or Argument About Plaintiffs' Attorneys' Involvement In This Case ("Opposition") and Exhibit A to the Declaration Of Nora Passamaneck In Support Of The Opposition.

As detailed in the accompanying Declaration of Mark D. Selwyn, Plaintiffs have indicated that Exhibit A contains their confidential information, and the redacted portions of Apple's Opposition quote, reference, or summarize the confidential portions of that exhibit and other materials that have been filed under seal.

Accordingly, Apple respectfully requests an order granting leave to file its Opposition and Exhibit A under seal.

Dated: February 21, 2023  Respectfully submitted,

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
JOSEPH NJ. MUELLER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

By: */s/ Mark D. Selwyn*
Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPP. TO PLS.' MIL TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLS.' ATTORNEY'S INVOLVEMENT IN THIS CASE
1    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP