# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

            Plaintiffs,

   v.

APPLE INC.,
a California corporation,

            Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLAINTIFFS' ATTORNEYS' INVOLVEMENT IN THIS CASE**

Date: Mar. 13, 2023
Time: 1:30pm

Trial: Mar. 28, 2023

This matter is before the Court pursuant to Apple's Application To File Under Seal Documents Regarding Apple's Opposition To Plaintiffs' Motion *In Limine* To Exclude Evidence Or Argument About Plaintiffs' Attorneys' Involvement In This Case ("Application To File Under Seal"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED. Apple shall file under seal its Opposition To Plaintiffs' Motion *In Limine* To Exclude Evidence Or Argument About Plaintiffs' Attorneys' Involvement In This Case and Exhibit A to the Declaration Of Nora Passamaneck In Support Of Apple's Opposition To Plaintiffs' Motion *In Limine* To Exclude Evidence Or Argument About Plaintiffs' Attorneys' Involvement In This Case.

**IT IS SO ORDERED.**

Dated: _____    _____
　　　　　　　　　　　　　　　　The Hon. James V. Selna
　　　　　　　　　　　　　　　　United States District Court Judge