| | |
|---|---|
| 1 | MARK D. SELWYN, SBN 244180 |
| | mark.selwyn@wilmerhale.com |
| 2 | THOMAS G. SPRANKLING, SBN 294831 |
| | thomas.sprankling@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 4 | 2600 El Camino Real, Suite 400 |
| | Palo Alto, CA 94306 |
| 5 | Tel.: 650.858.6000 / Fax: 650.858.6100 |
| 6 | JOSHUA H. LERNER, SBN 220755 |
| | joshua.lerner@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 8 | One Front Street, Suite 3500 |
| | San Francisco, CA 94111 |
| 9 | Tel.: 628.235.1000 / Fax: 628.235.1001 |
| 10 | AMY K. WIGMORE, *pro hac vice* |
| | amy.wigmore@wilmerhale.com |
| 11 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 12 | 2100 Pennsylvania Ave NW |
| | Washington, DC 20006 |
| 13 | Tel.: 202.663.6000 / Fax: 202.663.6363 |
| 14 | [Counsel appearance continues on next page] |
| 15 | *Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLAINTIFFS' ATTORNEYS' INVOLVEMENT IN THIS CASE** <br><br> Date: Mar. 13, 2023 <br> Time: 1:30 pm <br><br> Trial: Mar. 28, 2023 |

Passamaneck Decl. ISO Apple's Opp. to Plaintiffs' Mot. *In Limine* to Exclude Evidence or Argument about Pls.' Attorneys' Involvement in this Case

Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

PASSAMANECK DECL. ISO APPLE'S OPP. TO PLAINTIFFS' MOT. *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLS.' ATTORNEYS' INVOLVEMENT IN THIS CASE

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1. I, Nora Passamaneck, declare and state as follows:

2. 1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

3. 2. I make this Declaration in support of Apple's Opposition To Plaintiffs' Motion *In Limine* To Exclude Evidence Or Argument About Plaintiffs' Attorneys' Involvement In This Case.

4. 3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

5. 4. Attached hereto as **Exhibit A** (filed under seal) is a copy of excerpts of the transcript of the deposition of Robert Palmatier, PhD, dated December 22, 2022.

6. 5. Attached hereto as **Exhibit B** is a copy of an email chain between Plaintiffs' counsel, Adam Powell and me, dated August 3-24, 2022.

7. 6. Attached hereto as **Exhibit C** is a copy of an email chain between Plaintiffs' counsel, Adam Powell and me, dated September 1-11, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of February 2023.

By: _____
Nora Passamaneck

---

PASSAMANECK DECL. ISO APPLE'S OPP. TO PLS' MOT. *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLS.' ATTORNEYS' INVOLVEMENT IN THIS CASE

1                                                    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP