# EXHIBIT B

| | |
|---|---|
| **From:** | Adam Powell <Adam.Powell@knobbe.com> |
| **Sent:** | Wednesday, August 24, 2022 7:37 PM |
| **To:** | Passamaneck, Nora Q.E.; Frazier, Sarah; Peter Toller; *** Apple-Masimo; WH Apple-Masimo Service List; Lerner, Joshua; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark; Gosma, Derek; Wigmore, Amy; tsnyder@lewisllewellyn.com; Jason.Lao@haynesboone.com; jlo@gibsondunn.com |
| **Cc:** | Masimo.Apple |
| **Subject:** | RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 |

**EXTERNAL SENDER**

Nora,

Thanks for your email.  We agree that both parties can supplement interrogatory responses on September 6 instead of August 26.  We also agree to supplement based on depositions occurring after that date within one week of the deposition.  To be clear, we are not waiving any right to supplement and are not agreeing that other supplements would be improper.  Nor are we waiving the continuing obligation for Masimo and Apple to supplement under Rule 26.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Tuesday, August 23, 2022 5:24 PM
**To:** Adam Powell <Adam.Powell@knobbe.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

Adam,

I have not heard from you on the below.  To prevent the parties from having to serve multiple, iterative supplementations of interrogatory responses especially in light of the multiple depositions this week, we propose the parties serve all supplemental responses by September 6, and that the parties supplement any interrogatory responses with additional witness testimony taken after that date one week after such deposition.

Please let us know if you agree.
Regards,
Nora

**From:** Passamaneck, Nora Q.E.
**Sent:** Monday, August 22, 2022 1:53 PM
**To:** Adam Powell <Adam.Powell@knobbe.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

Adam,

We provided the first availability of Dr. O'Reilly for deposition taking into consideration his schedule and that of counsel.  Given that Plaintiffs are not presenting Diab for deposition until August 30, please confirm that both parties will be supplementing interrogatory responses with deposition testimony already taken by August 26, and that both parties will have 2 weeks after the date of any deposition after August 26 to supplement interrogatory responses with that deposition testimony.

Thank you,
Nora

**From:** Adam Powell <Adam.Powell@knobbe.com>
**Sent:** Sunday, August 21, 2022 7:00 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

**EXTERNAL SENDER**

Nora,
We object to Apple's repeated and unexplained delays of the O'Reilly deposition, which are prejudicing Masimo's ability to meet deadlines in this case. Apple's latest delay creates an issue with respect to the current August 26 date for supplementing interrogatory responses, which was supposed to be two weeks after fact discovery and depositions were complete.

However, we understand Apple is representing that O'Reilly is unavailable on all days, including weekends, prior to September 8.  Based on that representation, we will proceed with O'Reilly's deposition on September 8, assuming that

Apple has agreed Masimo can supplement its interrogatory responses two weeks after the O'Reilly deposition. If you disagree, please let us know by noon on August 22.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Friday, August 19, 2022 10:52 AM
**To:** Adam Powell <Adam.Powell@knobbe.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

Adam,

We notified Plaintiffs on August 11 that Dr. O'Reilly was not available as scheduled for August 16. Since that time we have been diligently working to determine his available. Dr. O'Reilly is available September 8 and 9 for deposition. Please let us know which date Plaintiffs would like to reserve.

Thank you,
Nora

**From:** Adam Powell <Adam.Powell@knobbe.com>
**Sent:** Friday, August 19, 2022 10:46 AM
**To:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

**EXTERNAL SENDER**

Sarah,

Apple has delayed O'Reilly's deposition on several occasions and has now ignored numerous requests for his availability. Apple first offered O'Reilly for a deposition on August 5. Apple then canceled that date and moved the

deposition to August 16.  Apple then canceled that date but provided no availability.  Since then, we have asked for O'Reilly's availability on August 13, 15, 16 (twice), and 17.  Apple ignored all of those requests.

Apple has never explained why it is withholding O'Reilly's availability.  Please immediately provide all dates that he is available for a deposition in August.  If you are unwilling to do so by noon today, please provide your availability to meet and confer this afternoon.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Adam Powell <Adam.Powell@knobbe.com>
**Sent:** Wednesday, August 17, 2022 5:35 PM
**To:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

Sarah,

When is O'Reilly available?

Thanks,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Sent:** Wednesday, August 17, 2022 5:30 PM
**To:** Adam Powell <Adam.Powell@knobbe.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

Adam,

Apple will take Ms. Wei on August 25.  Mr. Amor is available on August 25 in Palo Alto.

Regards,
Sarah

---

**From:** Adam Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, August 16, 2022 10:13 PM
**To:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

**EXTERNAL SENDER**

Sarah,

We informed Apple that Russel-Clark (8/23), Nag (8/24), and Amor will each take a half day or less.  Thus, we can schedule Amor for the 23rd or 24th by starting one deposition in the afternoon.  We do not believe the parties will need to take three Apple witnesses in one day, so we do not understand why Apple is asking for more granular time commitments.  Please provide Amor's availability by no later than tomorrow.

Your email also does not address O'Reilly.  Please provide his availability by no later than tomorrow.

Thanks,
Adam

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe Martens**

---

**From:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Sent:** Tuesday, August 16, 2022 6:59 PM
**To:** Adam Powell <Adam.Powell@knobbe.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

Adam,

I believe Nora had understood from your call with her yesterday that you were going to provide more specific time estimates for the remaining witnesses so that we can determine whether possible to stagger multiple witnesses on certain days. If you have that information please provide it as it may affect when we are able to offer Amor.

Thanks,
Sarah

**From:** Adam Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, August 16, 2022 7:35 PM
**To:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

**EXTERNAL SENDER**

Sarah,

Ms. Wei is available on August 23-25. Please let us know when Apple would like to take her deposition.

We are still waiting on alternate availability for Amor and O'Reilly. Please provide alternate date ranges for these witnesses (as we have done for our witnesses) as soon as you can.

Thanks,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

**From:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Sent:** Tuesday, August 9, 2022 9:15 PM
**To:** Adam Powell <Adam.Powell@knobbe.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

Adam,

Apple will take Ms. Budreau's deposition August 16, remotely.  Please let us know if Ms. Wei has availability August 22, 23, 25 or 26.

We are separately waiting on you to (1) confirm the location in Santa Cruz and start time for Mr. Mansfield's deposition on Thursday and (2) advise whether you will begin Caldbeck or Waydo in the afternoon on Thursday.  As noted in a separate chain, Dr. Waydo has a hard stop at 4:30pm on Thursday.  Please provide this information promptly.

Thanks,
Sarah

---

**From:** Adam Powell <Adam.Powell@knobbe.com>
**Sent:** Friday, August 5, 2022 12:15 PM
**To:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

**EXTERNAL SENDER**

Sarah,

We disagree with your suggestion that Masimo has engaged in "gamesmanship."  We promptly informed you as soon as we determined that we may rely on Ms. Wei and/or Ms. Budreau.  We supplemented our initial disclosures to provide information about both individuals.  As a courtesy, we will also provide more information.  Ms. Wei is a Director of Project Management at Masimo.  She has knowledge about general product development of many of Masimo's products, including iSpO2, MightySAT, Radius PPG, and the W1.  Ms. Budreau is VP of Marketing Operations at Masimo.  She has knowledge about Masimo's marketing and expansion of its consumer products.  Disclosing precisely why Masimo's counsel identified each of them as a potential trial witness now would reveal work product and privileged information.

As you know, Apple recently identified five new witnesses.  Apple successfully argued the change was so minor that it was not only proper, but also that Masimo was not entitled to any extra deposition time.  Especially because Apple prevailed on that issue, we do not believe Apple has any basis to complain about Masimo identifying Ms. Wei and Ms. Budreau.  If Apple needs more deposition time for Ms. Wei and Ms. Budreau, please let us know.  Otherwise, we assume Apple will complete its depositions within 100 hours.

Ms. Budreau is available on August 12, 16, 18, or 19.  Ms. Wei is available on August 16, 18, or 19.  Please let us know when Apple would like to take these depositions.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

**From:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Sent:** Thursday, August 4, 2022 7:38 AM
**To:** Adam Powell <Adam.Powell@knobbe.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

Adam,

Please identify the topics on which Plaintiffs expect Ms. Wei and Ms. Budreau may testify at trial and an explanation of why they were not identified until just a week before the close of fact discovery and after extensive negotiations regarding the identity of deponents on both sides. As you know, Plaintiffs previously identified nearly 30 people in their initial disclosures and/or as potential trial or 30(b)(6) witnesses, but never Ms. Wei or Ms. Budreau. The fact that they are doing so now, only after Apple has completed most of its depositions and on the eve of the close of fact discovery raises concerns of gamesmanship.

Based on your representation that Plaintiffs may present them at trial, Apple will depose both witnesses. Please provide their availability promptly.

Regards,
Sarah

**From:** Adam Powell <Adam.Powell@knobbe.com>
**Sent:** Wednesday, August 3, 2022 11:33 PM
**To:** Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

**EXTERNAL SENDER**

Counsel,

We may call Kristen Budreau and/or Crystal Wei as witnesses at trial. Please let us know if Apple would like to take either of their depositions. If so, we will check their availability.

Thanks,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Peter Toller <Peter.Toller@knobbe.com>
**Sent:** Wednesday, August 3, 2022 7:39 PM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Joshua.Lerner@wilmerhale.com; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Mark.selwyn@wilmerhale.com; Derek.gosma@wilmerhale.com; amy.wigmore@wilmerhale.com; tsnyder@lewisllewellyn.com; nora.passamaneck@wilmerhale.com; sarah.frazier@wilmerhale.com; Jason.lao@haynesboone.com; jlo@gibsondunn.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048

Please find attached Plaintiff's Third Amended Initial Disclosures.

**Peter Toller**
Litigation Paralegal
Peter.Toller@knobbe.com

(949) 760-0404  Main

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.