# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>  Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF CONTENTIONS OF FACT AND LAW**<br><br>Date: Mar. 13, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Memorandum Of Contentions Of Fact And Law ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal Apple's Memorandum Of Contentions Of Fact And Law.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            The Hon. James V. Selna
                                            United States District Court Judge