1 Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
2 Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
3 Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
4 Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
5 Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
6 Kendall M. Loebbaka (Bar. No. 285908)
kendall.loebbaka@knobbe.com
7 Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
8 **KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
9 Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502
10
Adam B. Powell (Bar. No. 272725)
11 adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
12 Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
13 3579 Valley Centre Drive
San Diego, CA 92130
14 Telephone: (858) 707-4000; Facsimile: (858) 707-4001
15 Attorneys for Plaintiffs,
MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.
16
[Counsel appearances continues on next page]
17

18 **IN THE UNITED STATES DISTRICT COURT**

19 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20 **SOUTHERN DIVISION**

| | |
|---|---|
| 21 MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE |
| 22 | ) **DECLARATION OF BENJAMIN A.** |
| | ) **KATZENELLENBOGEN IN** |
| 23 Plaintiffs, | ) **SUPPORT OF PLAINTIFFS'** |
| | ) **OPPOSITION TO APPLE'S** |
| 24 v. | ) **MOTION IN LIMINE NO. 2:** |
| | ) **PRECLUDE REFERENCES TO** |
| 25 APPLE INC., a California corporation | ) **IRRELEVANT APPLE** |
| | ) **OPERATIONS, FINANCES, AND** |
| 26 Defendant. | ) **RECRUITING** |
| 27 | ) Date:       March 13, 2023 |
| | ) Time:       1:30 p.m. |
| 28 | Location:   Courtroom 10C |

1

2   Mark D. Kachner (Bar No. 234192)
    mark.kachner@knobbe.com
3   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    1925 Century Park East, Suite 600
4   Los Angeles, CA 90067
    Telephone: (310) 551-3450
    Facsimile: (310) 551-3458
5

6   Attorneys for Plaintiffs,
    MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Benjamin A. Katzenellenbogen, hereby declare:

1.      I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California.  I am a member of the bar of this Court, and Counsel of record for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively "Plaintiffs") in the above-captioned action.  I have personal knowledge of the matters set forth herein and, if I am called upon to testify, I could testify competently thereto.

2.      Attached hereto as **Exhibit A** are excerpts of a true and correct copy of a document produced by Plaintiffs in this litigation bearing bates numbers MASA11395271 to MASA11395566.

3.      Attached hereto as **Exhibit B [filed under seal]** is a true and correct copy of a document produced by Apple in this litigation bearing bates numbers APL-MAS_00433706 to APL-MAS_00433710, which was marked as Williams Exhibit 316.

4.      Attached hereto as **Exhibit C [filed under seal]** are excerpts of a true and correct copy of the Rebuttal Expert Report of Majid Sarrafzadeh, Ph.D. Regarding Certain of Plaintiffs' Alleged Technical Trade Secrets, dated November 4, 2022.

5.      Attached hereto as **Exhibit D [filed under seal]** are excerpts of a true and correct copy of the Rebuttal Expert Report of Steve Warren, Ph.D. Regarding Certain of Plaintiffs' Alleged Technical Trade Secrets, dated November 4, 2022.

6.      Attached hereto as **Exhibit E [filed under seal]** are excerpts of a true and correct copy of the Rebuttal Expert Report of Ran Kivetz, dated November 17, 2022.

7.      Attached hereto as **Exhibit F [filed under seal]** are excerpts of a true and correct copy of the Expert Rebuttal Report of Shirley Webster, dated November 17, 2022.

-1-

8.    Attached hereto as **Exhibit G [filed under seal]** is a true and correct copy of the transcripts of the depositions of Marcelo Lamego, Ph.D., dated July 12, 2022 and July 13, 2022.

9.    Attached hereto as **Exhibit H [filed under seal]** is a true and correct copy of the transcript of the deposition of Jeff Williams, dated August 9, 2022.

10.    Attached hereto as **Exhibit I [filed under seal]** are true and correct copies of documents produced by Apple in this litigation bearing bates numbers APL-MAS_00909102 to APL-MAS_00909134, which was marked as Hotelling Exhibit 260.

11.    Attached hereto as **Exhibit J [filed under seal]** is a true and correct copy of a document produced by Plaintiffs in this litigation bearing bates numbers MASA00085626 to MASA00085628.

12.    Attached hereto as **Exhibit K [filed under seal]** is a true and correct copy of a document produced by Apple in this litigation bearing bates numbers APL-MAS_00433808 to APL-MAS_00433810.

13.    Attached hereto as **Exhibit L [filed under seal]** is a true and correct copy of a document produced by Apple in this litigation bearing bates number APL-MAS_00359911.

14.    Attached hereto as **Exhibit M** is a true and correct copy of a document produced by Marcelo Lamego in this litigation bearing bates stamp MLAMEGO0000061 to MLAMEGO0000063, which was marked as Lamego Exhibit 5.

15.    Attached hereto as **Exhibit N [filed under seal]** is a true and correct copy of a document produced by Apple in this litigation bearing bates numbers APL-MAS_00332007 to APL-MAS_00332010.

16.    Attached hereto as **Exhibit O [filed under seal]** is a true and correct copy of a document produced by Apple in this litigation bearing bates numbers APL-MAS_01853759 to APL-MAS_01853795.

17.     Attached hereto as **Exhibit P [filed under seal]** is a true and correct copy of a document produced by Apple in this litigation bearing bates numbers APL-MAS_00359986 to APL-MAS_0035987.

18.     Attached hereto as **Exhibit Q [filed under seal]** is a true and correct copy an Apple email that Apple produced bearing bates numbers APL-TW_00000720 to APL-TW_00000721, which was marked as Exhibit 3418 at the December 15, 2021 deposition of Denby Sellers.

19.     Attached hereto as **Exhibit R [filed under seal]** are excerpts of a true and correct copy of Defendant Apple Inc.'s Supplemental Objections And Responses To Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.'s Third Set of Interrogatories to Defendant Apple Inc. (Nos. 11-13), dated October 7, 2022.

20.     Attached hereto as **Exhibit S [filed under seal]** is a true and correct copy of a document produced by Apple in this litigation bearing bates numbers APL-MAS_00239694 to APL-MAS_00239698, which was marked as Block Exhibit 176.

21.     Attached hereto as **Exhibit T [filed under seal]** is a true and correct copy of the transcript of the deposition of Ueyn Block, Ph.D., dated July 21, 2022.

22.     Attached hereto as **Exhibit U [filed under seal]** is a true and correct copy of a document produced by Apple in this litigation bearing bates numbers APL-MAS_00658989 to APL-MAS_00658994.

23.     Attached hereto as **Exhibit V [filed under seal]** is a true and correct copy of Plaintiffs' Second Supplemental Responses To Apple Inc.'s Eighth Set of Interrogatories (No. 30), dated September 29, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 21, 2023 at Irvine, California.

*/s/ Benjamin A. Katzenellenbogen*

-3-