EXHIBIT A

# Dying for an iPhone



APPLE, FOXCONN, AND THE LIVES
OF CHINA'S WORKERS

## Jenny Chan, Mark Selden and Pun Ngai

MASITC_01399135

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395271

Exhibit A
-4-

# Praise for *Dying for an iPhone*

"*Dying for an iPhone* is far and away the most comprehensive account of the lives and working conditions of the people who produce what is perhaps the iconic commodity of the twenty-first century—the iPhone. But it is much more than that. We also see how Apple and Foxconn, working within a neoliberal trade regime promoted by the US, Taiwanese, and Chinese governments alike, transcended national boundaries to develop a brutally exploitative system of labor discipline. It is an incisive account of the social dislocation, but also the resistance, wrought when capitalists of many nations unite against workers. Global in outlook while still presenting fine-grained and highly engaging accounts of workers' lived experiences, this book is a shining example of public scholarship."

—Eli Friedman, coeditor of *China on Strike*

"Critical, accessible, and rigorously researched, this book offers the most comprehensive analysis of Foxconn, the world's largest electronics factory: its bleak landscape, dire consequences, and inspiring efforts to change it for the better."

—Jack Linchuan Qiu, author of *Goodbye iSlave: A Manifesto for Digital Abolition*

"Holding a sleek new iPhone in our hands it is difficult to imagine the brutal work lives of the people who assemble our smartphones. In *Dying for an iPhone* Jenny Chan, Mark Selden, and Pun Ngai make this reality visible. Drawing on in-depth field work and a deep knowledge of the global electronics industry, the authors demonstrate not only the steep human cost of our love affair with smartphones, but also the fierce struggles by Chinese workers to improve their working conditions."

—Nicole Aschoff, author of *The Smartphone Society: Technology, Power, and Resistance in the New Gilded Age*

MASITC_01399136

"*Dying for an iPhone* takes readers deep inside the dark Satanic mills of Foxconn's industrial empire. Drawing on the words of the workers themselves, the book offers an invaluable portrait of the Chinese working class as it pumps blood (sometimes literally) into the productive heart of world capitalism."

—Ben Tarnoff, cofounder of *Logic Magazine*

"A deep dive into exploitation and labor struggle in the world of high-tech electronics manufacturing in China during the past decade. *Dying for an iPhone* is an exposé of the human suffering behind the brands. Everyone should read this."

—Hsiao-Hung Pai, Taiwanese journalist

"*Dying for an iPhone* is an absolutely necessary read for anyone seeking to understand the realities of modern-day capitalism. Contrary to the mythology of Silicon Valley, this carefully researched book explains why companies like Apple owe their success more to exploitation than to innovation."

—Wendy Liu, author of *Abolish Silicon Valley:
How to Liberate Technology from Capitalism*

"A sobering investigation into the human, social, and environmental costs of producing the devices we have come to rely on, a process in which both corporations and we, the consumers, are complicit."

—Nick Holdstock, author of *Chasing the Chinese Dream*

"When reading chapters describing the assembly line experience of workers, and the scientific management system, I could only compare it to the chapter in Marx's *Capital*, when we are taken into the hidden abode of production. *Dying for an iPhone* is truly a great achievement to present such incisive description and analysis in a highly readable and accessible form."

—Jeffery Hermanson, International
Union Educational League

MASITC_01399137

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395273

Exhibit A
-6-

# Dying for
# an
# iPhone

## APPLE, FOXCONN, AND THE
## LIVES OF CHINA'S WORKERS

Jenny Chan, Mark Selden, and Pun Ngai



Haymarket Books
Chicago, Illinois

MASITC_01399138

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MASA11395274

© 2020 Jenny Chan, Mark Selden, and Pun Ngai

Published in 2020 by
Haymarket Books
P.O. Box 180165
Chicago, IL 60618
773-583-7884
www.haymarketbooks.org
info@haymarketbooks.org

ISBN: 978-1-64259-124-8

Distributed to the trade in the US through Consortium Book Sales and
Distribution (www.cbsd.com) and internationally through Ingram Pub-
lisher Services International (www.ingramcontent.com).

This book was published with the generous support of Lannan Foundation
and Wallace Action Fund.

Special discounts are available for bulk purchases by organizations and
institutions. Please call 773-583-7884 or email info@haymarketbooks.
org for more information.

Cover design by David Gee.

Printed in Canada by union labor.

Library of Congress Cataloging-in-Publication data is available.

10 9 8 7 6 5 4 3 2

 

MASITC_01399139

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395275

# Contents

LIST OF TABLES AND FIGURES viii

Preface ix

1 A Suicide Survivor 1

2 Foxconn: The World's Largest Electronics Manufacturer 11

3 Apple Meets Foxconn 27

4 Managing Foxconn 48

5 Voices of Student Interns 69

6 Fire and Brimstone 93

7 Wandering the City 104

8 Chasing Dreams 120

9 Confronting Environmental Crisis 133

10 Dead Man Walking 146

11 Strikes and Protests 154

12 Apple, Foxconn, and the Lives of China's Workers 176

Epilogue 194

ACKNOWLEDGMENTS 206

APPENDIX 1: OUR BOOK WEBSITE 210

APPENDIX 2: SUICIDES AND ATTEMPTED SUICIDES
AT FOXCONN IN CHINA, 2010 212

MASITC_01399140

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395276

APPENDIX 3: FIELDWORK IN CHINA                          213

APPENDIX 4: FOXCONN FACILITIES AROUND THE WORLD        217

NOTES                                                   219

SELECTED BIBLIOGRAPHY                                   251

INDEX                                                   265

MASITC_01399141

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*For workers in China and globally*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395278

Exhibit A
-11-

# List of Tables and Figures

## Tables

1.1   A Foxconn dormitory room list, 2010.

2.1   Foxconn employees and revenues, 1996–2018.

2.2   Profits and revenues in the world's seventeen largest tech firms, 2018.

3.1   iPhone units sold, 2009–2018.

3.2   Apple's annual revenues by product and service, 2010–2019.

3.3   Apple's annual revenues by region, 2013–2019.

5.1   Chinese students in high school and vocational high school, 2001–2018.

5.2   Government recruitment assignments for Foxconn, Henan, 2010.

10.1  Arbitrated labor disputes in China, 1996–2017.

12.1  Chinese labor migration by region, 2015–2018.

## Figures

2.1   Foxconn employees and revenues, 1996–2018.

2.2   Profits and revenues in the world's seventeen largest tech firms, 2018.

2.3   Foxconn locations in Greater China, 1974–2020.

3.1   iPhone units sold, 2009–2018.

3.2   Distribution of value for the iPhone, 2010.

3.3   Apple's annual revenues by product and service, 2010–2019.

3.4   Apple's annual revenues by region, 2013–2019.

4.1   Foxconn management hierarchy, 2010.

5.1   Chinese students in high school and vocational high school, 2001–2018.

5.2   Foxconn student internship recruitment, Sichuan, 2011–2012.

8.1   Foxconn employees by gender, 2008–2018.

10.1  Arbitrated labor disputes in China, 1996–2017.

12.1  Chinese rural migrant workers by age, 2008–2018.

MASITC_01399143

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MASA11395279

Exhibit A
-12-

# Preface

> To die is the only way to testify that we ever lived.
> Perhaps for the Foxconn employees and employees like
> us, the use of death is to testify that we were ever alive
> at all, and that while we lived, we had only despair.
>
> —A Chinese worker's blog, May 27, 2010[1]

It was in January 2010 that we first heard about the suicides of workers at the Foxconn electronics plant in the Chinese city of Shenzhen, adjacent to Hong Kong. In subsequent months, we closely followed reports—dubbed the "suicide express" in the media. After "the 9th Foxconn jumper" committed suicide on May 11, several university researchers and students, including the authors, discussed what might be done to prevent more suicides. One week later, we joined others to issue a public statement calling on Foxconn, the Chinese government, and the All-China Federation of Trade Unions to act decisively to end the "chain of suicides." The statement read:

> From the moment the new generation of rural migrant workers step beyond the doors of their houses, they never think of going back to farming like their parents. The moment they see there is little possibility of building a home in the city through hard work, the very meaning of their work collapses. The path ahead is blocked, and the road to retreat is closed. Trapped in this situation, the workers face a serious identity crisis and this magnifies psychological and emotional problems. Digging into this deeper level of societal and structural conditions, we come

MASITC_01399144

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395280

Exhibit A
-13-

x             Dying for an iPhone

closer to understanding the "no way back" mentality of these
Foxconn employees.[2]

By December 2010, eighteen workers were known to have attempted
suicide at Foxconn facilities. Fourteen were dead. Four survived with
crippling injuries. They ranged in age from seventeen to twenty-five—
all were rural migrants in the prime of youth, emblematic of the new
Chinese working class.[3]



*The large banner on the ground reads, "What is the price of flesh and blood?" The banner
on the top right says, "Dreams shattered." Demonstrators in Taipei placed flowers to com-
memorate the Foxconn worker victims on May 28, 2010.*

Foxconn's parent company, the Hon Hai Precision Industry
Company, was established by Terry Gou in Taiwan in February
1974. The trade name Foxconn alludes to the corporation's claim
to produce connectors at fox-like speed. Within four decades, Fox-
conn would evolve from a small processing factory to become the
world leader in high-end electronics manufacturing with plants
extending throughout China and, subsequently, throughout the
world. Foxconn has more than two hundred subsidiaries and
branch offices in Asia, the Americas, and Europe.

As Foxconn strives to dominate global electronics manufacturing
and advanced technology, its aspirations align with China's goal to

MASITC_01399145

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            MASA11395281

Exhibit A
-14-

become the world's economic and technological superpower. Foxconn
has achieved stunning growth through a combination of shrewd
business practices, mergers and acquisitions, patent acquisition, and
astute cultivation of relations with the Chinese government.

The company's claims go beyond its technology: "Hon Hai /
Foxconn's commitment to continual education, investing in its
people long term and localization globally not only leads to the
deep collaborating relationships with leading institutions of higher
learning, but also helps to make Hon Hai / Foxconn the largest
exporter in Greater China and the second-largest exporter in the
Czech Republic."[4] Foxconn, with nearly one million workers—the
vast majority of them in mainland China—is the world's largest
industrial employer.[5] But what precisely are Foxconn's priorities,
and is a "commitment to continual education, investing in its peo-
ple long term" among them?

China remains the heart of Foxconn's global corporate empire
and its profitability. In 2018, Foxconn accounted for 4.1 percent of
China's total imports and exports,[6] with revenues topping US$175
billion—or, in the currency of the New Taiwan dollar, TWD 5.2
trillion.[7] The company's claims are grandiose: "Foxconn is a global
industry-leading manufacturer of Computer, Communications
and Consumer Electronics (3C) components." Focusing on "Cloud
Computing, Mobile Devices, Internet of Things, Big Data, Artifi-
cial Intelligence, Smart Networks, Robotics/Automation, Foxconn
has built sophisticated capabilities around key Industrial Internet
technologies."[8] Indeed, Foxconn has striven to move from low val-
ue-added processing and manufacturing to more profitable busi-
nesses and services, harnessing the power of intellectual property
and technical invention. Where others have focused on these issues,
we repeatedly return to gauging the corporation's rise as it affects
its one million employees, the great majority of them rural migrant
workers.

MASITC_01399146

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MASA11395282

## Apple, Foxconn, and Chinese Workers

Foxconn's largest customer by far is Apple. But its clients are a Who's Who of global electronics corporations, among them Alphabet (formerly Google), Amazon, BlackBerry, Cisco, Dell, Fujitsu, GE, HP, IBM, Intel, LG, Microsoft, Nintendo, Panasonic, Philips, Samsung, Sony, and Toshiba, as well as such leading Chinese firms as Lenovo, Huawei, ZTE, and Xiaomi. Foxconn assembles iPhones, iPads, iPods, Macs, TVs, Xboxes, PlayStations, Wii U's, Kindles, printers, and myriad digital devices. While primarily contracting for global electronics firms, Foxconn also produces a variety of products under its own name. The company looks to a future in which its major growth areas center on Foxconn brands operating at cutting-edge technological frontiers led by robotics and artificial intelligence. It is a future with profound implications for its labor force, the world economy, and geopolitics.

Apple and Foxconn are independent companies, but they are inextricably linked in product development, engineering research, manufacturing processes, logistics, sales, and after-sales services. By the end of the 1990s, Apple had exported all of its US-based manufacturing jobs and some of its research facilities overseas.[9] Apple only retained a small number of workers and staff at its Macintosh computer factory in Ireland. This outsourcing means that Apple's success is inseparable from the contributions of its international suppliers and their workers, above all Foxconn and its Chinese employees.

The Apple mystique has centered on its rapid rise to a hegemonic position in the design and marketing of a range of electronics products led in recent years by the iPhone, and the aura surrounding Steve Jobs (1955–2011), its cofounder and for decades its dominant presence. Tim Cook, who succeeded the late Steve Jobs as Apple CEO in August 2011, is hailed by journalist Leander Kahney as "the genius who took Apple to the next level."[10] Overshadowed in that American success story are the lives and welfare of the mainly Chinese workers who produce the products

MASITC_01399147

of the global megabrand that so many long to possess, and the relationship between Apple and Foxconn that sets the parameters of factory life.

## Dying for an iPhone

*Dying for an iPhone* has a double meaning. A new generation of workers is struggling to meet corporate requirements for speed and precision in producing iPhones and other high-tech products precisely at a time when consumers around the globe are queuing up to buy the newest models. Apple's success is intimately bound up with the production of quality products at high speed. Given its control of the commanding heights of hardware, software, and design, Apple has remained in the driver's seat in setting the terms and conditions for Foxconn and, in turn, for its workers. As of 2010, Foxconn was the exclusive final manufacturer not only of iPhones for Apple, but also a major contractor of a wide array of electronics products for many other technology giants.

The suicide-prevention nets strung around Foxconn's China-based facilities and the barred dormitory windows in late May 2010—appearing at the peak of the suicide clusters and remaining ever since—serve to refresh collective memories about the despair that drove young workers to kill themselves, the companies' responsibilities for this tragedy, and collective efforts by workers and their supporters to create a more humane workplace.

## A Collective Investigation in China

In summer 2010, we collaborated with researchers from China, Taiwan, and Hong Kong to conduct undercover research at Foxconn's major manufacturing sites in nine Chinese cities, mainly in southern, eastern, and northern regions: Shenzhen, Shanghai, Kunshan, Hangzhou, Nanjing, Tianjin, Langfang, Taiyuan, and Wuhan. Our goal was not just to look into the hidden abode of

MASITC_01399148

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395284

Foxconn production on the ground, but also to assess the extent to
which the Chinese state and global tech corporations fulfilled their
responsibilities to protect workers in the context of transnational
production.

In spring 2011, we returned to Foxconn's manufacturing bases
in Shenzhen, where half a million employees were toiling day and
night to make our smartphones, tablets, and many other electron-
ics products. We also visited two emerging "Apple cities"—Zheng-
zhou in Henan province and Chengdu in Sichuan province—where
Foxconn's new megafactories assembled iPhones and iPads, respec-
tively, at wages well below those in the coastal areas that were
the sites of older plants. Following capital movements and through
multisited research, we witnessed Foxconn's rapid expansion across
provinces with strong support by local governments, thereby cre-
ating a 24-hour, high-speed production network with more than
forty industrial parks in China alone.

In December 2013, we wrote to Terry Gou, Foxconn founder
and CEO, and Tim Cook, the CEO of Apple, describing the con-
ditions our research had uncovered and expressing concerns about
the well-being of Foxconn workers. In addition, we contacted the
Foxconn Global Social and Environmental Responsibility Com-
mittee, the Apple Supplier Responsibility Program, and the Fair
Labor Association (Apple was a member from January 2012 to
October 2016). Our purpose was to gain corporate perspectives
on issues that our research had uncovered: low wages and bene-
fits, compulsory overtime, lack of fundamental health and safety
precautions, abusive treatment of teenage student interns, and
managerial repression of workers' attempts to press demands for
securing rights guaranteed by employment contracts and national
labor laws. While Apple and Foxconn paid close attention to the
public relations challenges posed by strikes, fires and explosions,
and worker suicides, our effort to engage the corporations in dis-
cussion of labor responsibility produced only corporate rationaliza-
tions and platitudes.[11]

MASITC_01399149

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          MASA11395285

By contrast, workers would be far more responsive to our
attempts to understand their lives. Our multiyear fieldwork, which
continued to the outbreak of new coronavirus in the end of 2019,
is based on interviews with Foxconn workers, student interns,
teachers (who monitor the internship programs of their students),
managers, and government officials, supplemented with field
observations and extensive documentary research. Through inter-
views, poems, songs, open letters, photos, and videos shared with
us, this book presents firsthand portraits of workers and teenage
student interns—their hopes, dreams, and struggles to survive.[12]

## Challenges to a Global Labor Regime

Foxconn is the king of the "electronics workshop of the world."
While the company has achieved enormous wealth, it remains
subordinate to the global brands, above all Apple, which sets the
price and the volume of the orders placed with Foxconn and rival
producers. In this competitive terrain, Foxconn is vulnerable to
sweatshop charges as it seeks to meet the demands for quality and
speed set by Apple and other brands. Not only Foxconn but also
Apple and other brands may be named and shamed through labor
strikes and walkouts as well as press criticism, undermining the
corporate image with economic and reputational loss. In these cir-
cumstances, workers and their supporters may succeed in exploit-
ing corporate social responsibility discourse to win public support
for worker rights, at times appealing for consumer support at home
and abroad, and force corporate compliance with legal and moral
norms.[13] In particular, we recognize that universities—their stu-
dents and faculties—are open to learning about and acting upon
information about corporate abuses as many have taken part in so-
cial movements involving sneakers, sweatshirts, and other products
that particularly catered to students and universities.

With the reintroduction of capitalist production methods since
reform and opening-up, China in recent decades has been the

MASITC_01399150

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          MASA11395286

Exhibit A
-19-

site of high levels of contentious politics with numerous worker strikes and protests. In key nodes of globalized electronics production, particularly in periods in which sales leaps are expected, such as the launch of new models, large-scale labor actions can send important messages to the state, to Foxconn, and to global brands, including Apple, sometimes contributing to worker gains. Officials, in the interest of maintaining social and political stability, serve as brokers to pressure companies into compromising with workers. However, workers who confront management, and, on occasion, the government and police, risk being charged with disrupting the social order and being fired and/or imprisoned.

Chinese labor relations remain unstable, prompting legal reforms that have meant to improve the lot of workers and to preserve the corporate-state nexus of power that demobilizes workers. Aggrieved workers oscillate between legal and extralegal tactics for resolving conflicts in order to draw attention and responses from the government, media, and the concerned public. Under the leadership of Xi Jinping from 2013, defiant workers, including Foxconn employees, have continued to protest abuses and fight to secure fundamental rights. Despite crackdown on nongovernmental organizations and human rights lawyers, they have persisted, at times with support from students and citizens. Should workers at Foxconn and elsewhere succeed in organizing and mobilizing effectively, they would inspire many more to strive to make a better future together.

MASITC_01399151

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395287

Exhibit A
-20-

1

# A Suicide Survivor

*I was so desperate that my mind went blank.*

—Tian Yu, a 17-year-old suicide survivor[1]

At about eight in the morning on March 17, 2010, Tian Yu threw herself from the fourth floor of a Foxconn factory dormitory. Just a little over a month earlier, she had come to Shenzhen city, the fast-rising megalopolis adjacent to Hong Kong that has become the cutting edge of development in China's electronics industry. While still a predominantly rural area when it was designated as China's first Special Economic Zone in 1980, Shenzhen experienced extraordinary economic and population growth in the following decades to become a major metropolis with a population exceeding 10 million by 2010, with nearly 8 million internal migrants from within Guangdong and other provices (who were also known as the "floating" population).[2]

Yu, who hailed from a farming village in the central province of Hubei, landed a job at Foxconn in Shenzhen. At the moment that she attempted to take her life, global consumers were impatiently waiting for the revamped iPhone 4 and the first-generation iPad. Working on an Apple product line of Foxconn's integrated Digital Product Business Group (iDPBG), Yu was responsible for spot inspections of glass screens to see whether they were scratched. An ever-shorter production cycle, accelerated finishing time, and heavy overtime requirements placed intense pressures on Yu and her coworkers.

1

MASITC_01399152

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395288

Exhibit A
-21-

2                              Dying for an iPhone

Miraculously, Yu survived the fall, but suffered three spinal fractures and four hip fractures. She was left paralyzed from the waist down. Her job at the factory, her first, will probably be her last.



*Tian Yu, half-paralyzed after jumping from the Foxconn Longhua factory dormitory, received treatment in the Shenzhen Longhua People's Hospital in Guangdong province.*

## Surviving Foxconn

Our first meeting with Yu took place in July 2010 at the Shenzhen Longhua People's Hospital, where she was recovering from the injuries sustained in her suicide attempt. Aware of her fragile physical and psychological state, the researchers were fearful that their presence might cause Yu and her family further pain. However, both Yu's parents at her bedside, and Yu herself when she awoke, put them at ease by welcoming their presence.

Over the following weeks, as Yu established bonds of trust with the researchers, she talked about her family background, the circumstances that led to her employment at Foxconn, and her experiences working on the assembly line and living in the factory

MASITC_01399153

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395289

dormitory. During interviews with Yu and her family, it became
clear that her story had much in common with that of many Fox-
conn employees, comprised predominantly of the new generation of
Chinese rural migrant workers.

"I was born into a farming family in February 1993 in a vil-
lage," Yu related. What was recently a village is now part of Lao-
hekou (Old River Mouth) city, which has a population of 530,000.
Located on the Han River close to the Henan provincial border, it
was liberated in the course of the anti-Japanese resistance of the
1940s. Following a redistributive land reform, in the mid-1950s,
agricultural production was organized along collective lines. Dur-
ing the late 1970s, with the establishment of a household respon-
sibility system in agriculture, followed in 1982 by the dismantling
of the people's communes, farmland was contracted to individual
households.

"At best my family could earn about 15,000 yuan on the land
in a year, hardly enough to sustain six people. Growing corn and
wheat on tiny parcels of land and keeping a few pigs and chickens
might not leave us hungry," Yu said, "but making a better life is
challenging if one seeks to eke out a living on the small family plot."

Yu belonged to the generation of "left-behind children" as both
parents joined the early out-migration wave that enveloped China's
countryside. Yu's grandmother brought her up while her parents
were far from home supporting the family as migrant factory work-
ers. Like many of the 61 million children who were left behind,
she spent her early childhood playing with other neighborhood
children.[3] There was little parental guidance. Eventually, her par-
ents returned home to resume farming having earned just enough
money to renovate the house. Yu, the eldest child, has a sister and
a brother. She hoped, in the future, to be able to help look after her
brother, who was born deaf.[4]

MASITC_01399154

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MASA11395290

4                              Dying for an iPhone

## From Farm to Factory

China's accession to the World Trade Organization in 2001 brought about great challenges to villagers, who faced a flood of cheap subsidized crops imported from overseas even as export-driven industrialization expanded. Despite gains associated with the elimination of agricultural taxes in 2005 and the subsequent establishment of a social insurance scheme under the new socialist countryside campaign, as most young people departed for the cities and industrial jobs, the prospects for household-based agriculture and rural development generally darkened. Sporadic efforts toward cooperative rural construction and alternative development initiatives aside, opportunities for sustainable farming and lucrative nonfarm work in remote villages remained scarce.

After graduating from junior secondary school and completing a short course at the local vocational school, Yu decided to leave home to find a job. For her cohort of rural youth, the future, the only hope, lay in the cities. By 2010, TV and especially internet technology and mobile communications had opened a window on the real and imagined city lifestyle. "Almost all the young people of my age had gone off to work, and I was excited to see the world outside, too," Yu explained.

Soon after the Spring Festival, the Chinese New Year, in early February 2010, Yu's father gave her 500 yuan to tide her over while searching for work. He also provided a secondhand cell phone so that she could call home. He asked her to stay safe.

In the morning, "my cousin brought me to the long-distance bus station," Yu recalled of her departure for the city. "For the first time in my life I was far away from home. Getting off the bus, my first impression of the industrial town was that Shenzhen was nothing like what I had seen on TV."

On February 8, at the company recruitment center, "I queued up for the whole morning, filled out the job application form, pressed my fingertips onto the electronic reader, scanned my identity card, and took a blood test to complete the health check procedures."

MASITC_01399155

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                MASA11395291

A Suicide Survivor                    5

Yu was offered a job and assigned a staff number: F9347140. She also received a color-printed Foxconn Employee Handbook, which was replete with upbeat language for new workers: "Hurry toward your finest dreams, pursue a magnificent life. At Foxconn, you can expand your knowledge and accumulate experience. Your dreams extend from here until tomorrow."

Later, after a quick lunch, a human resources manager at an employee orientation told a group of new recruits, including Yu, "Your potential is only limited by your aspirations! There's no choosing your birth, but here you will reach your destiny. Here you need only dream, and you will soar!"

The manager told stories of entrepreneurs like Apple chief Steve Jobs, Intel chairman Andrew Grove, and Microsoft founder Bill Gates to inspire youthful new Chinese workers. Indeed, no less than Apple, Foxconn executives were masters of painting an idyllic future for workers and consumers.

"Then, I and hundreds of other new workers were taken from Foxconn's recruitment center to the factory, about an hour's ride on the company bus. The setting sun bathed the Foxconn facilities in golden light," Yu recalled.


## Inside Foxconn

The gigantic Longhua "campus," as the Foxconn managers like to call it, organizes production and daily living activities in a densely populated environment. The complex includes multistory factories, dormitories, warehouses, two hospitals, two libraries, a bookstore, a kindergarten, an educational institute (grandiosely dubbed Foxconn University), a post office, a fire department with two fire engines, an exclusive television network, banks, soccer fields, basketball courts, tennis courts, track and field, swimming pools, cyber theaters, shops, supermarkets, cafeterias, restaurants, guest houses, and even a wedding dress shop. Container trucks and forklifts rumble nonstop, serving a grid of factories that churn

MASITC_01399156

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395292

6                                    Dying for an iPhone

out iPhones and other electronics products for Apple and many
global giants.

The factory directory displays a list of ten total zones—eight
covering A through H, and two other zones labeled J and L—and
they are further subdivided into A1, A2, A3, J20, L6, L7, and so
on. It takes almost an hour to walk from the south main gate to
the north main gate, and another hour to walk from the east to
the west gate. Yu did not know what each building was, nor did
she know the meaning of the English acronyms that could be seen
written everywhere.

"I arrived late for my first day of work. The factory was so big,
and I got lost. I spent a long time looking for the workshop," Yu
said. When asked if she was scolded for being late, she answered so
quietly that we could not hear her response.

## Sisters or Strangers?

"I woke up at 6:30 a.m., attended a morning meeting at 7:20, start-
ed work at 7:40, went to lunch at 11:00, and then usually skipped
the evening meal to work overtime until 7:40 p.m." On top of
the "standard twelve-hour shift" during busy periods, like all oth-
er workers, Yu attended compulsory unpaid work meetings every
day. "I reported to the line leader twenty minutes before the start
of work for roll call. He exhorted us to maintain high productivity,
reach daily output targets, and keep discipline."

A long workday of enforced silence, punctuated only by the noise
of the machines, is the norm. Yu noted, "Friendly chit-chat among
coworkers is not very common even during the break. Everyone
rushes to queue up for lunch and eat quickly." In contrast to the
corporate image of "a warm family with a loving heart," Foxconn
workers frequently experience isolation and loneliness, some of it
seemingly deliberately created by managerial staff to prevent the
formation of strong social bonds among workers.

MASITC_01399157

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MASA11395293

Exhibit A
-26-

Managers, foremen, and line leaders prohibit conversation during working hours in the workshop. The assembly lines run on a 24-hour, nonstop basis, particularly when the production schedule is tight. The well-lit factory floor was visible throughout the night from afar. Yu felt that there was no way to say no to overtime.

New workers, like Yu, are often reprimanded for working "too slowly" on the line, regardless of their efforts to keep up with the "standard work pace." Emphasizing the company's claim to produce the world's best products for global customers, the maximum allowable rate of defective products is set low. Yu several times said that she had made no mistakes on the screens she worked on, but the line leader blamed her repeatedly for mistakes that she did not make.

With only a single day off every second week, or two rest days during the whole month, there was no spare time for Yu to use the Olympic-sized swimming pool or other recreational or educational facilities in "the factory city."

"I was switched to the night shift in March. Checking the screens of the products made my eyes feel intense pain," Yu told us.

## Living in the Dormitory

Foxconn houses its employees in dormitories at or close to the factory. The workplace and living space are compressed to facilitate high-speed, round-the-clock production. The dormitory warehouses a massive migrant labor force without the care and love of family. Whether single or married, the worker is assigned a bunk space for one person. The "private space" consists simply of one's own bed behind a self-made curtain with little common living space.

Yu's roommates had jobs in six business groups and seven production departments. With roommates assigned from different departments and different shifts, and many speaking different dialects, it was difficult to socialize. When speaking of her roommates,

MASITC_01399158

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395294

8                              Dying for an iPhone

Yu said, "We were not close." She then showed us the management record of her dormitory room.

Table 1.1 A Foxconn dormitory room list, 2010.

|    | Staff No. | Business Groups* | Production Departments | Dormitory Registration |
|----|-----------|------------------|------------------------|------------------------|
| 1. | F9341932  | NWInG            | FKD                    | January 29, 2010       |
| 2. | F9450222  | SHZBG            | Mac BU (II)            | March 18, 2010         |
| 3. | F9422526  | CMMSG            | AP (V)                 | March 10, 2010         |
| 4. | F9447733  | CCPBG            | TAMG TEAM              | July 27, 2009          |
| 5. | F9425127  | CMMSG            | IPPD LX (I)            | March 10, 2010         |
| 6. | F9347140 [Tian Yu] | iDPBG   | DSPG DSD LCM           | February 8, 2010       |
| 7. | F9341960  | NWInG            | FKD                    | January 29, 2010       |
| 8. | F9295026  | PCEBG            | ABD (II)               | December 21, 2009      |

*NWInG (Net-Work Inter-Connection Business Group)
SHZBG (Super Hong Zhun Business Group, also known as Super Precision Mechanical Business Group)
CMMSG (Component Module Move Service Group)
CCPBG (Consumer and Computer Products Business Group)
iDPBG (integrated Digital Product Business Group)
PCEBG (Personal Computing Electronics Business Group)
*Note:* Workers receive no explanation of the English acronyms of business groups or production departments.

Although eight young girls were housed in the same room, Yu explained, "We were strangers to each other. Some of us had just moved in as others moved out. None of the roommates was from Hubei." None spoke her dialect. Yu's father explained the significance of this: "When she first came to Shenzhen, sometimes when others spoke, she couldn't understand much."

"At Foxconn, when I felt lonely, I would sometimes chat online," Yu told us. But those chatting on the QQ instant messaging community often remain far apart in time and space.[5] For factory newcomers from distant provinces, it takes a long time to develop a virtual friendship with mutual trust and shared understanding.

MASITC_01399159

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395295

Exhibit A
-28-

A Suicide Survivor                    9

## The Accumulation of Despair

"After I had worked a month, when it was time to distribute wages, everyone else got their wage debit cards, but I did not." Yu was deeply troubled.

At Foxconn, the cash flow required for workers' wages is large and payment is done by a banking system through the provision of wage debit cards rather than paying cash to individual workers. A debit card is a bank card with which a worker can deposit, withdraw, and transfer money from 24-hour ATM machines that are accessible from within the Longhua complex and other Foxconn facilities.

Yu asked the line leader what had happened. Although she worked at Longhua, she was told that there was no record of her personal information at Longhua.

Unbeknownst to Yu, the Human Resources Department at Foxconn Guanlan had kept her personnel file and failed to transfer the documents to Longhua where she actually worked. She had been interviewed at the recruitment center in Guanlan before being sent to the Longhua facility. The result was that her debit card account at Foxconn Longhua had never been set up.

"I had no choice but to take a bus to Foxconn Guanlan on my own," Yu recounted.

The Foxconn factory in Guanlan subdistrict, which began production in 2007, employed 130,000 workers in early 2010. Entering an unfamiliar factory compound, Yu remembered, "I went to Block C10, B1, B2, and from floor to floor of building after building to inquire about my wage card." After a fruitless day of searching for the right office, with managers and administrators deflecting responsibility, Yu was unable to learn what had happened to her wage card or how to solve the problem. "I went from office to office by myself but no one would point me in the right direction. They all brushed me off, telling me to ask someone else."

Yu had not been paid for a month of work, approximately 1,400 yuan consisting of basic pay of 900 yuan plus overtime premiums.

MASITC_01399160

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MASA11395296

Exhibit A
-29-

By then it was the middle of March, and after more than one month in Shenzhen, she had spent all of the money her parents had given her. "Where could I borrow money? At this moment of crisis my cell phone broke, and I was unable to get in touch with my cousin in Shenzhen."

Yu had reached the breaking point. The exhausting assembly line, harsh factory discipline, and friendless dormitory, together with the difficulty she faced contacting her family, were compounded by the exhaustion of her funds and the company's failure to pay her. She felt overwhelmed.

## One Life to Live

"I was so desperate that my mind went blank." In the early morning on March 17, Yu jumped from her dormitory building. After twelve days in a coma, she awoke to find that she had become paralyzed from the waist down.

Yu was hospitalized for more than six months. Finally Foxconn disbursed a one-off "humanitarian payment" to "help the Tian family to go home." It was a bid to end its responsibility over employee suicide and to remove the problem from the eyes of the Chinese and international press.

In the words of Yu's father, "It was as if they were buying and selling a thing."

When Yu left the hospital, she also left us with some troubling questions about the lives of one million Foxconn workers and the responsibilities of corporations and the Chinese government to protect workers.

MASITC_01399161

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395297

# Epilogue

> There's a right way to make products.
> It starts with the rights of the people who make them.
>
> —Apple Supplier Responsibility (2016)[1]

In 2016 Apple released its tenth Supplier Responsibility Progress Report. "There's a right way to make products," the company proclaimed. "It starts with the rights of the people who make them." That's *supposed* to be the Apple way to make products. Through interviews, poems, songs, letters, blogs, photos, and videos, Chinese workers revealed a different world: we learned that our beloved high-tech gadgets are not produced in a Silicon Valley paradise. Indeed, while designed in Silicon Valley, they are not produced there at all.

While Foxconn should seriously examine the link between suicide and employment conditions, and develop effective policies not only to prevent employee suicides but to guarantee the welfare of its nearly one million employees, we have shown that the lives of Foxconn workers are not only constrained by management policies but in the first instance are shaped by the brand whose products are being produced. That is, above all, Apple, but also Samsung, Microsoft, Amazon, and other leading global buyers of electronics products.

## Can Apple Serve Humanity?

Transnational corporations have benefited tremendously from the speed, flexibility, and efficiency of China's supply chain and its

194

MASITC_01399345

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395481

workers. In return, Apple proclaims its dedication to "educating
and empowering supplier employees," stating that "every workday
should include opportunity and enrichment."[2] At the 2016 World-
wide Developers Conference, CEO Tim Cook prioritized the use of
new technology to advance social good and closed his presentation
with this message: "At Apple, we believe that technology should
lift humanity and should enrich people's lives in all the ways that
they want to experience it."[3] On June 9, 2017, Cook delivered MIT's
commencement address, proclaiming once more the Apple mission:
"To serve humanity. It was just that simple. Serve humanity."[4] In
2019, he opened the Apple Supplier Responsibility Progress Report
with the following: "We believe that business, at its best, serves
the public good, empowers people around the world, and binds us
together as never before."[5] Presumably, Cook was referring not only
to the consumers of Apple products but the workers who produce
them, the vast majority of them working at Foxconn. Can we say
that Foxconn workers' lives have been changing for the better? Are
the workers and student interns who produce Apple's products part
of that humanity?

Apple has engaged with business leaders, technology experts,
and social scientists to address critical concerns. "The same lever-
age [of large firms] that can be used to demand lower prices and
better quality from suppliers," pinpointed by Frederick Mayer and
Gary Gereffi, "can also be used to press for better labor practices."[6]
The key is closer collaboration between buyers and suppliers to
advance mutual benefits by overcoming labor governance problems,
that is, placing the welfare of workers to the fore. In 2013, in the
wake of the tragedies of suicides, explosions, and poisonings in
large supplier factories in China (notably, Foxconn, Pegatron, and
Wintek), Apple established an academic advisory board for its Sup-
plier Responsibility program. The eight advisors initially appointed
were global supply chain, labor, and China specialists from lead-
ing US universities: Richard Locke (Brown University), Mary Gal-
lagher (University of Michigan), Mark Cullen (Stanford University),

MASITC_01399346

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MASA11395482

Exhibit A
-32-

196                    Dying for an iPhone

Margaret Levi (Stanford University and University of Washington), Dara O'Rourke (University of California, Berkeley), AnnaLee Saxenian (University of California, Berkeley), Charles Sabel (Columbia University), and Eli Friedman (Cornell University).[7] With access to "Apple's audit data, program results, and supply chain information," the advisory board was offered the opportunity to develop projects that could be incorporated into Apple's Supplier Responsibility program.[8]

Locke, an authority on international labor rights and corporate responsibility, served as chair (2013–2016) of the Apple Academic Advisory Board and has been provost of Brown University since July 2015. He expressed hope that the advisory board will "shape the practices of Apple and its suppliers so that all employees involved in Apple's supply chain . . . are paid living wages, work within the legal work hour regimes, work in environments that are safe and where they can express their rights as citizens." Under his coordination, the academic advisors planned to first, "study and make recommendations to Apple about current policies and practices"; second, "conduct or commission new research on labor standards within Apple's supply chain"; and third and finally, "share existing research which may help improve those policies and practices."[9]

Writing for the May 2013 *Boston Review* special issue, Locke commended not only Apple but also Nike and HP for their commitment to voluntary regulation of their labor policies: "These businesses have committed to using private, voluntary regulation to address labor issues traditionally regulated by government or unions. And for the most part, the companies have acted on these commitments."[10] At the same time, Locke acknowledged that what he described as the huge efforts of companies to improve workers' well-being had produced only limited results on the ground. His collaborative research on global supply chain governance led him to conclude that the effectiveness of corporate attempts to regulate labor practices may depend less on the programs implemented and more on the national political economy context.[11]

MASITC_01399347

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MASA11395483

Market reforms, conducted under the auspices of the Chinese state, have indeed reclassified the rights, status, and benefits of different segments of workers. The older generation of state sector workers have lost their job security in successive waves of enterprise restructuring, mergers and acquisitions, and privatization since the late 1990s. At the same time, younger cohorts, the great majority being rural migrants, at best receive inferior health insurance, pensions, maternity packages, and other benefits, and are paid less than local workers. With business reorganization and massive layoffs, urban state sector and collective enterprise workers find it necessary to compete for jobs with rural migrants. The divisive hiring system, which includes both direct and indirect labor, gives rise to new forms of social conflict and inequality as workers doing identical tasks working side by side may have different conditions, including wages and security. This both keeps labor cost down for the company and increases its flexibility to hire and fire workers.

But it is important to reiterate that Apple and other international companies are responsible for rights violations at Foxconn and other supplier factories. Leading American and European firms, having actively shed domestic employment through outsourcing and other forms of subcontracting, have failed to honor labor rights in the companies that now produce and assemble their products, whatever their company codes state. Fundamentally, the buyer-driven business model functions to assure "a rise in profitability for [companies that] operate at the top of industries and increasingly precarious working conditions for workers at lower levels."[12] This situation has driven workers and their supporters to join hands to launch anti-sweatshop campaigns to forge solidarity with workers in China and worldwide.

MASITC_01399348

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395484

Exhibit A
-34-

198                          Dying for an iPhone

## Global Anti-Sweatshop Campaigns

Foxconn's expansion from Taiwan to coastal China was a spring-board for operations that eventually spread throughout China, and then Asia, Europe, and the Americas. The company's international links and its global exports are the heart of its economic prowess, but they also render it vulnerable to a transnational movement that seeks to secure labor and environmental justice.

In the wake of the plague of suicides at Foxconn, across the straits beginning in June 2010, Taiwanese scholars Lin Thung-hong and Yang You-ren issued an open statement with more than three hundred signatories and held a press conference in Taipei to condemn Foxconn management for its brutal treatment of mainland workers. They confronted Terry Gou, the head of the Foxconn Group, as he promised to increase wages. Noting that "recent pay raises" at Foxconn did not address the deep-seated problems confronting workers, they concluded, "We believe that the Foxconn suicide cluster is a bitter accusation made with 11 young lives against the inhumane, exploitative labor regime."[13]

Thousands of miles away in Mexico, workers at Foxconn Guadalajara launched solidarity actions to protest labor oppression in China. Their support included creating a makeshift cemetery to allow the workers to rest in peace and draw media attention to their plight worldwide.[14] They also read out a press statement in Spanish calling on not only Foxconn but also Apple, Dell, HP, Sony, Nokia, and other global brands to take responsibility for the unfolding labor crisis in China.

In the US, university students and faculty members, union organizers, and labor rights groups protested outside Apple's flagship New York store to demand justice for Foxconn workers. They decorated the surrounding sidewalk with photos of the young Foxconn victims and a funeral bouquet.[15] On the West Coast, San Francisco's Chinese Progressive Association held a candlelight vigil for the Foxconn victims and their families. The memorial featured

MASITC_01399349

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          MASA11395485

Exhibit A
-35-

Epilogue                    199

solemn teenagers holding signs with the names of Foxconn workers
who had taken their own lives.[16]



*Thirteen young activists picketed an Apple store in San Francisco on June 17, 2010. They
carried placards showing the names and ages of twelve of the thirteen Foxconn suicide
victims whose names are known, and an unnamed placard for the thirteenth. They had a
moment of silence for each of them. The iPad placard "DEATH PAD" reads, "Gongren
yao zhengyi" (Workers Want Justice).*

On June 14, 2010, United Students Against Sweatshops, working
with a nationwide network of over 250 American college and high
school chapters, sent an open letter urging Apple CEO Steve Jobs
to "address the problems in Shenzhen by ensuring payment of living
wages, legal working hours, and democratic union elections in Fox-
conn supplier factories." The letter was copied to our campaign allies,
including Hong Kong–based Students and Scholars Against Corpo-
rate Misbehavior (SACOM), San Francisco Chinese Progressive Alli-
ance, and Washington, DC–based Worker Rights Consortium (an
independent labor rights monitoring organization that investigates
working conditions in factories around the globe).[17] They received no
response from Apple. Clearly, it is necessary for the campaign to con-
tinue to expand and deepen, reaching out to corporate management
and concerned citizens through coordinated actions.

MASITC_01399350

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395486

Exhibit A
-36-

200                      Dying for an iPhone

## "iSlave" at Ten: 2017—The Campaign Continues

The year 2017 saw the launch of the campaign "#iSlaveat10—No More iSlave." Ten years earlier, Apple had entered the mobile phone market with the launch of the iPhone. As time passed, consumer awareness of the links between electronics manufacturing and the plight of workers grew, and as Apple became a global behemoth, more consumers demanded that the company act responsibly and transparently.[18]



*On November 3, 2017, Apple released iPhone X, priced at US$999. SACOM (Students and Scholars Against Corporate Misbehavior) held a banner "iSlave at X" to protest the company's labor policies at the Apple store in Festival Walk, Hong Kong.*

In the wake of consumer movements focused on Nike, Adidas, and other makers of sneakers, has Apple become more sensitive to the ability of school- and university-based consumer actions to stage boycotts? A substantial part of Apple's market is education generated, and its claims to ethical practices directly impinge on students and faculty, among other consumers. This could open the way for strong pressure on the company in the many countries that constitute its global market.

Besides updating its smartphone with the launch of iPhone 11 in September 2019, Apple has been promoting its app development curriculum for high school and community college students at home and abroad. "The app economy and software development

MASITC_01399351

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395487

are among the fastest-growing job sectors in America and we're thrilled to be providing educators and students with the tools to learn coding," enthused CEO Tim Cook.[19] The company proposes that every child be taught how to code at school and notes that Swift, Apple's primary programming language, is an ideal vehicle for learning. In a seamless digitized ecosystem, Apple's apps are linked with virtual classrooms such as iTunes U by utilizing iPhones, iPads, Macs, TVs, Watches, and other Apple products.

"Education is at the core of Apple's DNA and iTunes U is an incredibly valuable resource for teachers and students," trumpeted an Apple company statement.[20] What goes unmentioned is an open secret: the exploited student interns in Foxconn's factories are excluded from Apple's worldwide educational initiatives. Working day and night to make the iPhones and iPads, they have no time to rest properly, let alone to study coding.

In shining a bright light on Apple, anti-sweatshop activists simultaneously seek to stimulate further inquiry into the labor conditions of Samsung and of the entire electronics industry, thereby hoping to promote an industry-wide solution to the chronic problems in China and other countries.[21]

## Is Foxconn a Global Predator?

No one is free when others are oppressed. This book, sparked by the rash of suicides and grounded in research on Foxconn, Apple, and the Chinese state, has attempted to inform and heighten social consciousness concerning labor issues to inspire transnational activism in opposition to the oppression of labor wherever it is found. A collectivity between workers and environmentalists has been emerging. Despite pressures from both the Chinese authoritarian state and global corporations, labor organizing for sustainable change continues. Given the economic prowess of Foxconn and its durable relationship with major clients, including notably Apple, our engagement

MASITC_01399352

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395488

Exhibit A
-38-

202                    Dying for an iPhone

with Foxconn workers is strategically important to leverage for long-term change in an entire industry that has global ramifications.

Foxconn has striven to move up the value chain by striking sweetheart deals with governments all over the world, as revealed by international studies and mainstream media reports. The Taiwanese multinational has frequently captured new markets by circumventing labor, social, and environmental regulatory controls and taking advantage of China's massive global investment under the Belt and Road Initiative. Even when Foxconn's attempts to replicate its early successes in China through large-scale investments globally have encountered challenges and resistance from workers, residents, environmentalists, progressive politicians, and concerned citizens, its expansion has continued.

While China remains the heart of the Foxconn empire, the company operates six factories in Eastern Europe, including two Czech, one Slovak, one Hungarian, and one Russian (in St. Petersburg). It also has a complex in Turkey (100 kilometers west of Istanbul in a European Free Trade Zone). These Foxconn manufacturing complexes, all of them small compared with the company's China plants, serve fast-growing European, Middle Eastern, and African markets.[22] Foxconn relies heavily on agencies to recruit temporary workers for its two Czech factories, thereby increasing organizational flexibility and lowering operating costs in response to rapidly changing production needs.

Foxconn has five manufacturing sites in Mexico—a series of *maquilas*—in Ciudad Juárez (the largest city of Chihuahua), San Jerónimo (a port of entry in Chihuahua), Reynosa (a border city in northern Tamaulipas), Tijuana (the largest city of Baja California), and Guadalajara (the capital of Jalisco). The Mexican sites allow Foxconn, Apple, Sony, Amazon, and other brands to enjoy zero tariffs on goods imported to the US. As of 2015, Foxconn had twenty-two thousand employees in Ciudad Juárez, making it one of the largest foreign investors in Mexico.[23]

MASITC_01399353

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395489

In 2011 Foxconn proposed major investments at six facilities in Brazil (in the states of São Paulo, Amazonas, and Minas Gerais). The plan called for a US$10 billion investment that would create 100,000 jobs in what was projected to be the largest iPhone production site outside of China.[24] By 2017, however, Foxconn employed just 2,800 workers and most of the proposed sites were abandoned. The company discovered that in Brazil, as elsewhere, it could not duplicate the synergies of East Asia centered on China, nor reap the advantages of Chinese state support and control of the labor force for jobs averaging US$2.50 per hour in plants in Eastern Europe or Latin America. In any event, the Brazilian government that had cut the deal with Foxconn was soon immersed in corruption charges and the Dilma Rousseff administration was impeached, ending, at least for the time being, Foxconn's plans for the construction of plants in Brazil.[25]

In March 2017, Foxconn entered into partnership with Chinese manufacturer Xiaomi to make smartphones at Sri City in Andhra Pradesh, India.[26] Local authorities granted duty exemptions and tax concessions to big investors that are said to be even more favorable than those offered in China. Foxconn has negotiated with officials in Maharashtra, Uttar Pradesh, Tamil Nadu, Haryana, and Telangana to expand its manufacturing capacity.[27] However, while continuing to hold out the prospect of creating fifty thousand jobs in Maharashtra, as of 2019, plans remained at the level of talk.[28]

Foxconn had similarly announced plans to establish a smartphone assembly plant in the university town of Yogyakarta in Java, Indonesia. As early as 2014, the company claimed that it would invest US$1 billion within three to five years, turning Indonesia into the "most important growth area aside from Taiwan and China." Foxconn boasted that it is "not just building a factory" but bringing in "a whole high-tech supply chain," including machinery development, optics, and semiconductor businesses.[29] However, after one year, plans to build the Indonesian factory were canceled. In 2017, with news of Apple's investment in a research and development center in Tangerang of Banten, west of Jakarta, there was

MASITC_01399354

204                        Dying for an iPhone

again talk of Foxconn ramping up production of smartphones in
Indonesia.[30]

Perhaps the most powerful incentive for diversifying Foxconn's
production portfolio is the attack on Chinese imports that has
emerged as a centerpiece of the Trump administration's "Amer-
ica First" drive, resulting in the imposition of crippling tariffs on
Chinese products and continued threats to raise those tariffs yet
further. In the US, Foxconn quickly joined the parade of compa-
nies responding to President Trump's attacks on China's and others'
"unfair trade practices" with its own initiatives designed to protect
its access to the US market. Other corporate giants followed suit,
including the Chinese internet giant Alibaba, whose chairman
Jack Ma told Trump that he would create one million jobs in the
US, and Japan's Softbank founder Masayoshi Son, who dangled a
US$50 billion investment in the US before the president.

With high-profile support from then Wisconsin Governor Scott
Walker and House of Representatives Speaker Paul Ryan, President
Trump and the media were quick to hail Foxconn's Mount Pleasant
project in Wisconsin. As early as 2017, Foxconn announced plans
to manufacture large displays for TVs, with a prospective budget
of "more than US$10 billion."[31] In return, Mount Pleasant's Village
Board of Trustees secured 2,800 acres of farmland, roughly four
square miles, to build the Foxconn manufacturing hub.[32] In 2018,
Foxconn began to build a manufacturing campus at a site dubbed
"Wisconn Valley" in Wisconsin, attempting to smooth the waters at
the time of an emerging US-China clash over trade imbalances.[33]

From land acquisition to road improvements to support services,
Wisconsin committed more than US$4.5 billion in subsidies to
close the Foxconn deal. It was the largest public subsidy package
for a foreign corporation in American history. One estimate sug-
gests that the Foxconn incentives are "more than 10 times greater
than typical government aid packages of its stripe."[34] The plant
would impose other costs on the state. It is estimated that the Fox-
conn LCD screen factory "would require an average-day demand

MASITC_01399355

of 5.8 million gallons [of water] per day" and another 1.2 million gallons would be needed "for adjacent operations related to the factory."[35]

Boosters envisioned Wisconsin's transformation into a midwestern high-tech hub. By December 2018, however, Foxconn had hired a grand total of 178 full-time employees in Wisconsin, along with 854 employees involved in the construction, falling far short of the hiring target for the year.[36] The original production plans were significantly reduced, even as Foxconn held job fairs in Mount Pleasant, Racine, Green Bay, Eau Claire, Milwaukee, and elsewhere. In light of angry popular denunciations of Wisconsin's lavish subsidies, Foxconn's promise of creating thirteen thousand jobs in Wisconsin seems dead in the water, if indeed the plant is ever completed. Critics also note that the projected composition of the Foxconn Wisconsin workforce has shifted from blue-collar workers to knowledge workers such as engineers and R&D scientists, thus undermining President Trump's goal of reinvigorating the American industrial labor force. As of February 2019, Foxconn had taken steps to build a Generation 6 facility, rather than a more advanced Generation 10.5 plant that would be capable of producing large screens. And in October, the plan for a Generation 6 facility was also scrapped in favor of a smaller factory under its Foxconn Industrial Internet (FII) subsidiary to make small LCD screens as well as automotive controls, servers, and various other devices."[37] In short, the original grandiose plans for the Wisconsin high-tech hub have been scaled back to what will be at best a modest facility.

In summary, Foxconn's worldwide expansion extends its impact on labor and the environment but on a scale that is a small fraction of both its Chinese operations and its much-touted global plans. When workers, with support at home and abroad, unite to reclaim their dignity and right to fair labor, the case of Foxconn—both its present international profile of plants in twenty-nine countries and territories, and its proposed extensions to the US, Europe, Asia, and the rest of the world—could inspire a new round of global labor struggles.

MASITC_01399356

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395492

Exhibit A
-42-

# Appendix 2

# Suicides and Attempted Suicides at Foxconn in China, 2010

| Name | Gender | Age | Native place | Foxconn facility | Date of suicide | Remarks |
|---|---|---|---|---|---|---|
| 1. Rong Bo | M | 19 | Hebei | Langfang | Jan. 8, 2010 | Jumped from the 8/F |
| 2. Ma Xianqian | M | 19 | Henan | Guanlan | Jan. 23, 2010 | Fell from building |
| 3. Li Hongliang | M | 20 | Henan | Guanlan | Mar. 11, 2010 | Jumped from the 5/F |
| 4. Tian Yu (#) | F | 17 | Hubei | Longhua | Mar. 17, 2010 | Jumped from the 4/F |
| 5. Li Wei (#) | M | 23 | Hebei | Langfang | Mar. 23, 2010 | Jumped from the 5/F |
| 6. Liu Zhijun | M | 23 | Hunan | Longhua | Mar. 29, 2010 | Jumped from the 14/F |
| 7. Rao Shuqin (#) | F | 18 | Jiangxi | Guanlan | Apr. 6, 2010 | Jumped from the 7/F |
| 8. Ning Ling | F | 18 | Yunnan | Guanlan | Apr. 7, 2010 | Jumped from building |
| 9. Lu Xin | M | 24 | Hunan | Longhua | May 6, 2010 | Jumped from the 6/F |
| 10. Zhu Chenming | F | 24 | Henan | Longhua | May 11, 2010 | Jumped from the 9/F |
| 11. Liang Chao | M | 21 | Anhui | Longhua | May 14, 2010 | Jumped from the 7/F |
| 12. Nan Gang | M | 21 | Hubei | Longhua | May 21, 2010 | Jumped from the 4/F |
| 13. Li Hai | M | 19 | Hunan | Guanlan | May 25, 2010 | Jumped from the 4/F |
| 14. He (surname; given name unknown) | M | 23 | Gansu | Longhua | May 26, 2010 | Jumped from the 7/F |
| 15. Chen Lin (#) | M | 25 | Hunan | Longhua | May 27, 2010 | Slit his wrists after failing to jump |
| 16. Liu (surname; given name unknown) | M | 18 | Hebei | Nanhai | Jul. 20, 2010 | Jumped from building |
| 17. Liu Ming | F | 23 | Jiangsu | Kunshan | Aug. 4, 2010 | Jumped from the 3/F |
| 18. He (surname; given name unknown) | M | 22 | Hunan | Guanlan | Nov. 5, 2010 | Jumped from building |

(#) Survived with injuries.

MASITC_01399363

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MASA11395499

Exhibit A
-43-

"Necessary for anyone seeking to understand the realities of modern capitalism"
—Wendy Liu, author of *Abolish Silicon Valley*

"The authors demonstrate not only the steep human cost of our love affair with smartphones, but also the fierce struggles by Chinese workers to improve their working conditions."
—Nicole Aschoff, author of *The Smartphone Society*

"The most comprehensive analysis of Foxconn, the world's largest electronics factory"
—Jack Linchuan Qiu, author of *Goodbye iSlave*

Where did your phone come from? Who made it? This book tells the story of the people who make the smart technology driving the huge profits of two of the world's most powerful companies—Foxconn and Apple.

Based on undercover research and insider interviews, this book reveals the human cost behind Foxconn's quest for global tech dominance. From deadly working conditions to environmental devastation, this is a shocking account of the exploitation at the heart of the digital revolution—and how workers in China are fighting back.

**Jenny Chan** is assistant professor at the Hong Kong Polytechnic University. **Mark Selden** is senior research associate at Cornell University and author of *China in Revolution*. **Pun Ngai** is professor at the University of Hong Kong and author of *Made in China*.

POLITICS / CURRENT AFFAIRS   $19.95

ISBN 978-1-64259-124-8

5 1 9 9 5

9 781642 591248

**Haymarket**Books

Cover: David Gee

MASITC_01399430