IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION *IN LIMINE* NO. 3: EXCLUDE "IRRELEVANT AND/OR INFLAMMATORY STATEMENTS ATTRIBUTED TO APPLE'S EMPLOYEES"**<br><br>Date:     March 13, 2023<br>Time:     1:30 p.m.<br>Location: Courtroom 10C |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Opposition to Apple's Motion *in Limine* No. 3,
3  and finding good cause therefor, the Application is GRANTED.
4  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
5  Cercacor Laboratories, Inc. may file under seal:
6      (1)    Exhibits B-C and E-F to the Declaration of Benjamin A.
7      Katzenellenbogen; and
8      (2)    The proposed redacted portions of Masimo's Opposition to Apple's
9      Motion in *Limine* Number 3.

DATED: _____      _____

The Honorable James V. Selna
United States District Judge

-1-