Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar. No. 285908)
kendall.loebbaka@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.

[Counsel appearances continues on next page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF BENJAMIN A. KATZENELLENBOGEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION *IN LIMINE* NO. 3: EXCLUDE IRRELEVANT AND/OR INFLAMMATORY STATEMENTS ATTRIBUTED TO APPLE'S EMPLOYEES**<br><br>Date:      March 13, 2023<br>Time:     1:30 p.m.<br>Location: Courtroom 10C |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5  Attorneys for Plaintiffs,
   MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Benjamin A. Katzenellenbogen, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court, and Counsel of record for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively "Plaintiffs") in the above-captioned action. I have personal knowledge of the matters set forth herein and, if I am called upon to testify, I could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a photograph, which was Exhibit 288 at the Harlow deposition.

3. Attached hereto as Exhibit B **[filed under seal]** is a true and correct copy of excerpts of Marcelo Lamego's July 12, 2022, deposition.

4. Attached hereto as Exhibit C **[filed under seal]** is a true and correct copy of excerpts of Tim Cook's December 7, 2022, deposition.

5. Attached hereto as Exhibit D is a true and correct copy of a page from the folklore.org website, viewed on February 20, 2023 and available at www.folklore.org/StoryView.py?project=Macintosh&story=Pirate_Flag.txt.

6. Attached hereto as Exhibit E **[filed under seal]** is a true and correct copy of an Apple email dated July 3, 2013 that Apple produced in the case at APL-MAS_00433706-710, which was Williams Exhibit 316.

7. Attached hereto as Exhibit F **[filed under seal]** is a true and correct copy of an Apple email from October 2-7, 2013 that Apple produced in the case at APL-MAS_00335253-255, which was O'Reilly Exhibit 512.

8. Attached hereto as Exhibit G is a true and correct copy of a page from the website www.pbs.org/nerds/part3.html, showing a PBS Television Program Transcript from a documentary titled "Triumph of the Nerds."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

-1-

1 | Executed on February 21, 2023 at Irvine, California.

*/s/Ben A. Katzenellenbogen*
Ben A. Katzenellenbogen