# EXHIBIT A



Exhibit A

-3-