# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT PLAINTIFFS' ATTORNEYS' INVOLVEMENT IN THIS CASE [1335]**<br><br>Date: Mar. 13, 2023<br>Time: 1:30pm<br><br>Trial: Mar. 28, 2023 |

1   This matter is before the Court pursuant to Apple's Application To File Under
2   Seal Documents Regarding Apple's Opposition To Plaintiffs' Motion *In Limine* To
3   Exclude Evidence Or Argument About Plaintiffs' Attorneys' Involvement In This Case
4   ("Application To File Under Seal").  Having considered the briefing, supporting
5   documents, and all other matters properly before the Court, being fully advised on the
6   pleadings, and for good cause appearing:

7   IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is
8   GRANTED.  Apple shall file under seal its Opposition To Plaintiffs' Motion *In Limine*
9   To Exclude Evidence Or Argument About Plaintiffs' Attorneys' Involvement In This
10  Case and Exhibit A to the Declaration Of Nora Passamaneck In Support Of Apple's
11  Opposition To Plaintiffs' Motion *In Limine* To Exclude Evidence Or Argument About
12  Plaintiffs' Attorneys' Involvement In This Case.

13  **IT IS SO ORDERED.**

16  Dated: February 22, 2023

The Hon. James V. Selna
United States District Judge

---

ORDER GRANTING APPLE'S APPLICATION TO SEAL

1

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP