**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFF'S OPPOSITION TO APPLE'S MOTION *IN LIMINE* NO. 2: PRECLUDE REFERENCES TO "IRRELEVANT APPLE OPERATIONS, FINANCES, AND RECRUITING" [1341]**<br><br>Date:      March 13, 2023<br>Time:      1:30 p.m.<br>Location:  Courtroom 10C |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Opposition to Apple's Motion *in Limine* No. 2, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal Exhibits B-L and N-V attached to the Declaration of Benjamin A. Katzenellenbogen in their entirety and the highlighted portions of the Opposition to Apple's Motion in *Limine* No. 2.

DATED: February 22, 2023

The Honorable James V. Selna
United States District Judge

-1-