Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar. No. 285908)
kendall.loebbaka@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.

[Counsel appearances continues on next page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF DANIEL P. HUGHES IN SUPPORT OF JOINT REPORT REGARDING DEFERRED ISSUES FROM THE COURT'S FEBRUARY 9, 2023 ORDER (DKT. 1280)** |

| | |
|---|---|
| 1 | Mark D. Kachner (Bar No. 234,192) |
| | mark.kachner@knobbe.com |
| 2 | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| | 1925 Century Park East, Suite 600 |
| 3 | Los Angeles, CA 90067 |
| | Telephone: (310) 551-3450 |
| 4 | Facsimile: (310) 551-3458 |
| 5 | Attorneys for Plaintiffs, |
| | MASIMO CORPORATION AND CERCACOR LABORATORIES, INC. |

I, Daniel P. Hughes, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court, and Counsel of record for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively "Plaintiffs") in the above-captioned action. I have personal knowledge of the matters set forth herein and, if I am called upon to testify, I could testify competently thereto.

2. I submit this Declaration in support of the Joint Report Regarding Deferred Issues From The Court's February 9, 2023 Order (Dkt. 1280).

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain culminating in an email from Kendall Loebbaka, counsel for Masimo, to Nora Passamaneck, counsel for Apple, dated February 17, 2023.

4. Attached hereto as **Exhibit 2 [filed under seal]** is a true and correct copy of an email chain culminating in an email from myself, counsel for Masimo, to Nora Passamaneck, dated February 22, 2023.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email chain culminating in an email from myself, to Nora Passamaneck, dated February 5, 2023.

6. Attached hereto as **Exhibit 4 [filed under seal]** is a true and correct copy of an email chain culminating in an email from Sarah Frazier, counsel for Apple, to Adam Powell, counsel for Masimo, dated September 22, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 23, 2023 at Irvine, California.

*/s/ Daniel P. Hughes*
Daniel P. Hughes

-1-