# EXHIBIT 3

**From:** Daniel Hughes <Daniel.Hughes@knobbe.com>
**Sent:** Sunday, February 5, 2023 7:40 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; Ken G. Parker (Ken.Parker@haynesboone.com) <ken.parker@haynesboone.com>
**Subject:** RE: Masimo v. Apple: O'Reilly Notebooks

Nora,

As discussed in Masimo's reply brief on pages 15-16, the additional information Masimo is seeking concerns the circumstances related to Apple's efforts to collect documents from O'Reilly, including the dates people communicated with O'Reilly, what was requested from O'Reilly, who communicated with O'Reilly, and O'Reilly's responses.  This also requires answers to questions that Apple instructed O'Reilly not to answer on grounds of privilege during his deposition.  Thus, Masimo wants to reopen the deposition of O'Reilly to learn this information.

With regard to your question on what Masimo "would have asked . . . about the notebooks to make up for gaps in O'Reilly's memory," the Court's Tentative Order does not contemplate our meet and confer to discuss what Masimo would have asked.  Rather, the meet and confer is about the information Masimo seeks now and what sanctions are warranted.

Additionally, Masimo does not agree that the parties should waive the local rule requirement for a Memorandum of Contentions of Fact and Law.  If Apple makes such a request, Masimo will oppose.

Finally, Masimo intends to submit on the Tentative Order Regarding Masimo's Motion for Partial Summary Judgment.

Regards,
Daniel

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Sunday, February 5, 2023 2:45 PM
**To:** Daniel Hughes <Daniel.Hughes@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; Ken G. Parker (Ken.Parker@haynesboone.com) <ken.parker@haynesboone.com>
**Subject:** RE: Masimo v. Apple: O'Reilly Notebooks

Daniel,

We have not made that determination.  Could you please answer my question?

Thank you,
Nora

Exhibit 3
-16-

**From:** Daniel Hughes <Daniel.Hughes@knobbe.com>
**Sent:** Sunday, February 5, 2023 3:11 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; Ken G. Parker (Ken.Parker@haynesboone.com) <ken.parker@haynesboone.com>
**Subject:** RE: Masimo v. Apple: O'Reilly Notebooks

<mark>EXTERNAL SENDER</mark>

Nora,

Thanks for your email. Does your email mean that Apple is submitting on the portion of the tentative order related to the late produced O'Reilly notebooks?

Thanks,
Daniel

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Saturday, February 4, 2023 5:14 PM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; Ken G. Parker (Ken.Parker@haynesboone.com) <ken.parker@haynesboone.com>
**Subject:** Masimo v. Apple: O'Reilly Notebooks

Counsel,

In view of the Court's tentative order with respect to Dr. O'Reilly's notebooks, please identify by tomorrow morning what additional information Plaintiffs are seeking related to those notebooks, as well as identify the Apple employees that Plaintiffs "would have asked . . . about the notebooks to make up for gaps in O'Reilly's memory." Tentative Order at 19 (citing Reply at 17-18). We are available to meet and confer tomorrow at 3:00 PST.

Thank you,
Nora

**Nora Q.E. Passamaneck | WilmerHale**
1225 Seventeenth St.
Suite 2600
Denver, CO 80202 USA
+1 720 274 3152 (t)
+1 720 274 3133 (f)
nora.passamaneck@wilmerhale.com

**Please consider the environment before printing this email.**

-2-

Exhibit 3
-17-

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit 3