1  MARK D. SELWYN, SBN 244180
    mark.selwyn@wilmerhale.com
2  THOMAS G. SPRANKLING, SBN 294831
    thomas.sprankling@wilmerhale.com
3  WILMER CUTLER PICKERING
    HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Tel.: 650.858.6000 / Fax: 650.858.6100

6  JOSHUA H. LERNER, SBN 220755
    joshua.lerner@wilmerhale.com
7  WILMER CUTLER PICKERING
    HALE AND DORR LLP
8  One Front Street, Suite 3500
   San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10  AMY K. WIGMORE, *pro hac vice*
     amy.wigmore@wilmerhale.com
11  WILMER CUTLER PICKERING
     HALE AND DORR LLP
12  1875 Pennsylvania Ave NW
    Washington, DC 20006
13  Tel.: 202.663.6000 / Fax: 202.663.6363

14  [Counsel appearance continues on next page]

15  *Attorneys for Defendant Apple Inc.*

16  **UNITED STATES DISTRICT COURT**
17  **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| 18  MASIMO CORPORATION, a Delaware corporation; and | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| 19  CERCACOR LABORATORIES, INC., a Delaware corporation, | **DECLARATION OF NORA PASSAMANECK IN SUPPORT OF JOINT REPORT REGARDING PLAINTIFFS' CONTINGENT MOTION TO STRIKE AND REQUEST FOR SANCTIONS PURSUANT TO DKT. 1280** |
| 20                    Plaintiffs, | |
| 21          v. | |
| 22  APPLE INC., | |
| 23  a California corporation, | Pre-Trial Conference: Mar. 13, 2023 |
| 24                    Defendant. | Trial: Mar. 28, 2023 |

25

26

27

28

PASSAMANECK DECL. ISO JOINT REPORT ORDERED BY DKT. 1280

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

PASSAMANECK DECL. ISO JOINT REPORT ORDERED BY DKT. 1280

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

I, Nora Passamaneck, declare and state as follows:

1.     I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2.     I make this Declaration in support of the Joint Report Regarding Plaintiffs' Contingent Motion to Strike and Request for Sanctions Pursuant to Dkt. 1280.

3.     I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4.     Attached hereto as **Exhibit A** is a copy of an email chain culminating in an email from me to Plaintiffs' counsel, Kendall Loebbaka, dated February 17, 2023.

5.     Attached hereto as **Exhibit B (filed under seal)** is a copy of an email chain between Plaintiffs' counsel, Daniel Hughes and me, dated February 20-22, 2023.

6.     Attached hereto as **Exhibit C** is a copy of an email chain between Plaintiffs' counsel, Daniel Hughes and me, dated February 4-5, 2023.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of February 2023.


By: _____

Nora Passamaneck