

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING JOINT REPORT REGARDING DEFERRED ISSUES FROM THE COURT'S FEBRUARY 9, 2023 ORDER (DKT. 1280) [1356]** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Joint Report Regarding Deferred Issues From The Court's February 9, 2023 Order (Dkt. 1280), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The proposed redacted portions of the Joint Report Regarding Deferred Issues From The Court's February 9, 2023 Order (Dkt. 1280); and

(2) Exhibits 2 and 4 to the Declaration of Daniel P. Hughes in Support of Joint Report Regarding Deferred Issues From The Court's February 9, 2023 Order (Dkt. 1280);

(3) Exhibit B to the Declaration of Nora Passamaneck in Support of Joint Report Regarding Deferred Issues From The Court's February 9, 2023 Order (Dkt. 1280).

(4)

DATED: February 27, 2023

The Honorable James V. Selna
United States District Judge

57169521