Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
Baraa.Kahf@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

[Counsel appearances continues on next page]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STATUS OF SETTLEMENT REPORT**<br><br>Pre-Trial Conf.: 3/13/2023<br>Trial: 3/27/2023<br><br>Hon. James V. Selna |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5  Attorneys for Plaintiffs,
   MASIMO CORPORATION and CERCACOR LABORATORIES, INC
6

7  JOSHUA H. LERNER, SBN 220755
   joshua.lerner@wilmerhale.com
8  WILMER CUTLER PICKERING
   HALE AND DORR LLP
9  1 Front Street, Suite 3500
10 San Francisco, CA 94111
   Tel.: 628.235.1000 / Fax: 628.235.1001
11

12 H. MARK LYON, SBN 162061
   mlyon@gibsondunn.com
13 GIBSON, DUNN & CRUTCHER LLP
14 1881 Page Mill Road
   Palo Alto, CA 94304-1211
15 Tel.: 650.849.5300 / Fax: 650.849.5333

16
   BRIAN M. BUROKER, *pro hac vice*
17 bburoker@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
18 1050 Connecticut Avenue, N.W.
19 Washington, D.C. 20036
   Tel.: 202.955.8500 / Fax: 202.467.0539
20

21 BRIAN A. ROSENTHAL, *pro hac vice*
22 brosenthal@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
23 200 Park Avenue
   New York, NY 10166-0193
24 Tel.: 212.351.2339 / Fax: 212.817.9539

25

26

27

28

1  ILISSA SAMPLIN, SBN 314018
2  isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
3  333 South Grand Avenue
4  Los Angeles, CA 90071-3197
   Tel.: 213.229.7000 / Fax: 213.229.7520
5
6  ANGELIQUE KAOUNIS, SBN 209833
   akaounis@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
8  2029 Century Park East Suite 4000
   Los Angeles, CA 90067
9  Tel.: 310.552.8546 / Fax: 310.552.7026
10
11 Kenneth G. Parker, SBN 182911
   Ken.parker@haynesboone.com
12 HAYNES AND BOONE, LLP
   600 Anton Blvd., Suite 700
13 Costa Mesa, CA 92626
14 Tel: 949.202.3014 / Fax: 949.202.3001

15 MARK D. SELWYN, SBN 244180
16 mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
17 HALE AND DORR LLP
18 2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
19 Tel.: 650.858.6000 / Fax: 650.858.6100

20 Attorneys for Defendant Apple Inc.

21
22
23
24
25
26
27
28

Pursuant to this Court's Order Regarding Trial Schedule dated March 14, 2022 (Dkt. 627), Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") and Defendant Apple Inc. (collectively, "Parties") respectfully submit the following Joint Status of Settlement Report regarding the Parties' settlement negotiations.

In 2022, the Parties conducted an in-person mediation with Hon. Layn Phillips in Newport Beach, California. The parties were unable to resolve the dispute.

|  |  |
|---|---|
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: February 27, 2023 | By: */s/ Kendall M. Loebbaka* <br> Kendall M. Loebbaka |
|  | Attorneys for Plaintiffs <br> MASIMO CORPORATION and <br> CERCACOR LABORATORIES, INC. |
|  | WILMER CUTLER PICKERING HALE AND DORR, LLP |
| Dated: February 27, 2023 | By: */s/ Mark D. Selwyn* <br> Mark D. Selwyn |
|  | Attorneys for Defendant <br> APPLE INC. |

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: February 27, 2023        By: */s/ Kendall M. Loebbaka*
                                    Kendall M. Loebbaka

56986043

-1-