| | |
|---|---|
| 1 | MARK D. SELWYN, SBN 244180<br>mark.selwyn@wilmerhale.com |
| 2 | THOMAS G. SPRANKLING, SBN 294831<br>thomas.sprankling@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 4 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 5 | Tel.: 650.858.6000 / Fax: 650.858.6100 |
| 6 | JOSHUA H. LERNER, SBN 220755<br>joshua.lerner@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 8 | One Front Street, Suite 3500<br>San Francisco, CA 94111 |
| 9 | Tel.: 628.235.1000 / Fax: 628.235.1001 |
| 10 | AMY K. WIGMORE, *pro hac vice*<br>amy.wigmore@wilmerhale.com |
| 11 | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 12 | 2100 Pennsylvania Ave NW<br>Washington, DC 20037 |
| 13 | Tel.: 202.663.6000 / Fax: 202.663.6363 |
| 14 | [Counsel appearance continues on next page] |
| 15 | *Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION IN LIMINE NO. 2: PRECLUDE REFERENCES TO IRRELEVANT APPLE OPERATIONS**<br><br>Date: Mar. 13, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

1  JOSEPH J. MUELLER, *pro hac vice*
    joseph.mueller@wilmerhale.com
2  SARAH R. FRAZIER, *pro hac vice*
    sarah.frazier@wilmerhale.com
3  WILMER CUTLER PICKERING
    HALE AND DORR LLP
4  60 State Street
   Boston, MA 02109
5  Tel.: 617.526.6000 / Fax: 617.526.5000

6  NORA Q.E. PASSAMANECK, *pro hac vice*
    nora.passamaneck@wilmerhale.com
7  WILMER CUTLER PICKERING
    HALE AND DORR LLP
8  1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
9  Tel.: 720.274.3152 / Fax: 720.273.3133

10 BRIAN A. ROSENTHAL, *pro hac vice*
    brosenthal@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
12 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
13
14 KENNETH G. PARKER, SBN 182911
    Ken.parker@haynesboone.com
15 HAYNES AND BOONE, LLP
   660 Anton Boulevard, Suite 700
16 Costa Mesa, CA 92626
   Tel.: 650.949.3014 / Fax: 949.202.3001
17
18
19
20
21
22
23
24
25
26
27
28

PASSAMANECK DECL. ISO APPLE'S REPLY ISO ITS MOTION IN LIMINE NO. 2
CASE NO. 8:20-cv-00048-JVS (JDEx)

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Reply In Support Of Its Motion In Limine No. 2: Preclude References To Irrelevant Apple Operations.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 3 (filed under seal)** is a copy the transcript of the deposition of Adrian Perica, dated August 12, 2022.

5. Attached hereto as **Exhibit 4** is a copy of *First American Title Insurance Co. v. Northwest Title Insurance Agency, LLC*, No. 2:15-CV-00229, Dkt. 318 (D. Utah).

6. Attached hereto as **Exhibit 5** is a copy of *First American Title Insurance Co. v. Northwest Title Insurance Agency, LLC*, No. 2:15-CV-00229, Dkt. 341 (D. Utah).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of February 2023.

By: _____
Nora Passamaneck