# EXHIBIT 4

WOOD BALMFORTH LLC
Mary Anne Q. Wood (3539)
Stephen Q. Wood (12403)
60 East South Temple, Suite 500
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
Facsimile: (801) 366-6061
Email: mawood@woodbalmforth.com
swood@woodbalmforth.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN TITLE COMPANY, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWEST TITLE INSURANCE AGENCY, LLC; MICHAEL SMITH; JEFF WILLIAMS; AND KRISTI CARRELL,<br><br>Defendants. | **DEFENDANTS' MOTION IN LIMINE TO PRECLUDE FATCO FROM INTRODUCING ITS THREE EXHIBITS TITLED "FIRST AMERICAN TITLE EMPLOYEES TAKEN"**<br><br>Civil No. 2:15-cv-00229<br><br>Judge David Nuffer<br><br>Magistrate Judge Paul M. Warner |

Defendant Northwest Title Insurance Agency, LLC, Michael Smith, Jeff Williams and Kristi Carrell (collectively "Northwest Title") move this Court for an order in limine precluding FATCO from introducing its three exhibits each titled "First American Title Employees Taken." The caption is misleading. The employees are simply former FATCO employees. Plaintiffs' have not pled a cause of action for "taking" employees, and there is no recognized cause of

Exhibit 4
Page 1

action in Utah for taking employees. Any such claim would violate the Utah Constitution XII §§ 19 and 20 and XIV §3. This information has no probative value under Rule 403 of the Federal Rules of Evidence.

Putting forth a Rule 1006 summary of employees who quit and went to work at a competitor as a list of "employees taken" misrepresents facts, misleads the jury as to the nature of at-will employment, confuses unfair competition with job mobility that is encouraged by the Utah Constitution and case law, and is prejudicial to Northwest Title. The more-detailed chart of "Employees Taken" is also cumulative, it is chart 1 to FATCO's expert report, only there is has the more appropriate title "Former Employee Job Titles and Locations."

Furthermore, the exhibit dividing the employees into a ven diagram based on contacts not only adds no probative value but is calculated to mislead and influence the jury's determination of liability based on irrelevant unsubstantiated information.

Each of these exhibits should be excluded under Rule 403 of the Federal Rules of Evidence.

DATED this 31st day of October, 2016.

                                                                 WOOD BALMFORTH LLC

                                                                 /s/ Mary Anne Q. Wood
                                                                 Mary Anne Q. Wood
                                                                 Stephen Q. Wood
                                                                 60 East South Temple Street, Suite 500
                                                                 Salt Lake City, Utah 84111
                                                                 Telephone: (801) 366-6060
                                                                 mawood@woodbalmforth.com
                                                                 swood@woodbalmforth.com
                                                                 *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2016, I filed with the clerk of court a true and correct copy of the foregoing **DEFENDANTS' MOTION IN LIMINE TO PRECLUDE FATCO FROM INTRODUCING ITS THREE EXHIBITS TITLED "FIRST AMERICAN TITLE EMPLOYEES TAKEN"** via the CM/ECF System which sent notification to the following:

> Mark O. Morris
> Matthew L. Lalli
> Amy F. Sorenson
> Snell & Wilmer L.L.P.
> 15 W. South Temple, Suite 1200
> Salt Lake City, UT 84101

        /s/ Mary Anne Q. Wood

3

Exhibit 4
Page 3