Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
Baraa.Kahf@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearances continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' WITNESS LIST**<br><br>Pre-Trial Conf.: 3/13/2023<br>Trial: 3/27/2023<br><br>Hon. James V. Selna |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") provide this Witness List.

Masimo reserves the right to amend its list of witnesses as the parties continue pre-trial preparation and in view of events at trial or other developments, including evidentiary rulings or other rulings by the Court. Masimo also reserves the right not to call any particular witness (either live or by deposition) set forth in the list below, or to present by deposition a witness listed as live below. For witnesses identified as testifying by deposition, Masimo reserves the right to call such witness to testify live if such witness is made available to do so. The identification of a witness on this list is not an admission that the witness's testimony is admissible if called by Defendant Apple Inc. ("Apple"). Masimo also reserves its right to object to any witness or testimony that is objectionable or inadmissible. The parties have previously provided the address, telephone number and/or contact information for each witness.

Masimo identifies the following Masimo witnesses and Masimo experts that it intends to call live.

1. David Dalke
2. Mohamed Diab
3. Gerry Hammarth
4. Joe Kiani
5. Jeff Kinrich
6. Vijay Madisetti
7. Tracy Miller
8. Bilal Muhsin
9. Robert Palmatier
10. Jeroen Poeze
11. Stephen Scruggs

Masimo identifies the following Masimo witnesses it may call only if the need arises. Pursuant to Local Rule 16-5, Masimo has placed an asterisk (*) next to the witnesses it may call only if the need arises.

1. *Ammar Al-Ali
2. *Kristin Budreau
3. *Rick Fishel
4. *Greg Olsen
5. *James Pishney
6. *Richard Priddell
7. *Anand Sampath
8. *Robert Smith
9. *Phil Weber
10. *Walt Weber
11. *Crystal Wei
12. *Micah Young

Masimo identifies the following third-party witness it intends to call live, and reserves the right to present the witness by deposition if the witness does not appear pursuant to Masimo's trial subpoena.

1. Marcelo Lamego

Masimo identifies the following Apple witnesses that Masimo intends to examine live during Apple's case-in-chief, with the understanding that Masimo may keep its case-in-chief open and will have a full opportunity to question the below witnesses about all topics when Apple calls the witness, without regard to the scope of the initial direct examination. Masimo reserves the right to call the below witnesses live or by deposition if Apple declines to call such witness live or refuses to agree that Masimo may examine the witnesses outside the scope of direct.

1. Ueyn Block
2. Diedre Caldbeck

3. Steve Hotelling
4. Michael O'Reilly
5. Adrian Perica
6. Steve Waydo

Masimo further identifies the following Apple or third-party witnesses that Masimo may call by deposition only in lieu of live testimony. Masimo reserves the right to call these witnesses live if the parties do not agree to waive the unavailability requirements of Rule 32.

1. David Amor
2. Louis Bokma
3. Aditya Dua
4. Jack Fu
5. Chinsan Han
6. Jackie Harlow
7. Michael Jaynes
8. Alex Kanaris
9. Eugene Kim
10. Brian Land
11. Nonin (Aaron Lobbestael and Jill Wroblewski)
12. Paul Mannheimer
13. Robert Mansfield
14. Divya Nag
15. Trevor Ness
16. Denby Sellers
17. Tao Shui
18. David Tom
19. Vivek Venugopal
20. Jeff Williams

21. Dong Zheng

Masimo further reserves the right to amend its list pending the parties' pre-trial discussions and Apple's final witness list. In addition to the witnesses identified above, Masimo reserves the right to call anyone appearing on Apple's Witness List.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 27, 2023

By: */s/ Kendall M. Loebbaka*
    Joseph R. Re
    Stephen C. Jensen
    Benjamin A. Katzenellenbogen
    Perry D. Oldham
    Stephen W. Larson
    Mark D. Kachner
    Baraa Kahf
    Adam B. Powell
    Daniel P. Hughes
    Justin J. Gillett
    Kendall M. Loebbaka

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.