**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW**<br><br>Date:      March 13, 2023<br>Time:      1:30 p.m.<br>Location:  Courtroom 10C |

Having considered Masimo Corporation and Cercacor Laboratories, Inc.'s Application for Leave to File Under Seal Portions of Their Memorandum of Contentions of Fact and Law, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal portions of Masimo Corporation and Cercacor Laboratories, Inc.'s Memorandum of Contentions of Fact and Law.

DATED: _____   _____

The Honorable James V. Selna
United States District Judge