**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL THE JOINT EXHIBIT LIST**<br><br>Date:       March 13, 2023<br>Time:       1:30 p.m.<br>Location:  Courtroom 10C |

|   |   |
|---|---|
| 1 | Having considered Masimo Corporation and Cercacor Laboratories, |
| 2 | Inc.'s Application for Leave to File Under Seal the Joint Exhibit List, and |
| 3 | finding good cause therefor, the Application is GRANTED. |
| 4 | **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and |
| 5 | Cercacor Laboratories, Inc. may file under seal the Joint Exhibit List. |

DATED: _____            _____

                                                     The Honorable James V. Selna
                                                   United States District Judge