# APPENDIX 1

## FILED UNDER SEAL