# APPENDIX 1
# Redacted in its Entirety