# APPENDIX 2
# Redacted in its Entirety