MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S NOTICE OF SUPPLEMENTAL FACTS RELEVANT TO APPLE'S MOTION *IN LIMINE* #2 BASED ON COMMENTS BY PLAINTIFFS' COUNSEL DURING FEBRUARY 27, 2023 MEET-AND-CONFER**<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

Apple respectfully provides notice of the following new facts relevant to its pending motion *in limine* No. 2. *See* Dkt. 1300 (notice of motion); Dkt. 1316 (sealed opening brief). The new facts relate to a conference with Plaintiffs' counsel that occurred last night (February 27, 2023). In that conference, Plaintiffs' counsel made inflammatory, racialized/ethnicized statements that are precisely the type of improper conduct that Apple's motion seeks to preclude at trial. Indeed, the statements made by Plaintiffs' counsel last night are even worse than what Apple had contemplated in filing the motion.

Apple's motion *in limine* No. 2 asks this Court to exclude irrelevant evidence regarding, *inter alia*, Apple's foreign operations. Dkt. 1316 at 1. In particular, Apple directed this Court to Plaintiffs' questioning about Apple's foreign partners and "any negative press reports about their working conditions or labor issues," as there would be "no purpose to offer evidence on these topics other than to invite a negative emotional response." *Id.* at 2. In their opposition brief, Plaintiffs stated that they "ha[v]e no intent to solicit such evidence." 1342-1 at 3-4. However, statements made by Plaintiffs' counsel during the parties' meet and confer yesterday evening only amplify the concerns stated in Apple's motion.

Specifically, during the meet and confer, Apple raised concerns about Plaintiffs' edits that replaced "Plaintiffs" with "Masimo" throughout the pretrial order. Apple explained that these edits were inappropriate because the case was filed by both Masimo Corporation and Cercacor Laboratories, and because the distinction between the individual Plaintiffs matters for certain claims, defenses, and other issues to be tried (including, for example, patent ownership and damages). Accordingly, Apple informed Plaintiffs that it is appropriate to refer to them as "Plaintiffs" or, alternatively, "Masimo Corporation and Cercacor Laboratories" in the pretrial order, but not to treat the two parties as a single entity.

Rather than engaging in a productive discussion of this issue—which was raised

in good faith by Apple—Plaintiffs' counsel refused to make any change. They informed Apple at 11:44 pm PT that they would instead file their own, unilateral version of the Pretrial Order. Plaintiffs' refusal to compromise forced Apple to separately file its own version of the Order this morning. *See* Dkt. 1396-1.

Disturbingly, during the meet and confer, Plaintiffs' counsel repeatedly stated that if Apple could maintain that "Plaintiffs" or "Masimo Corporation and Cercacor Laboratories" was the correct nomenclature to refer to the Plaintiffs, then Plaintiffs could replace "Apple" with ▮▮▮▮▮▮▮▮ throughout the pretrial order. Plaintiffs' counsel continued to repeat this ugly and unfounded epithet even after asked why they considered that an appropriate statement to make.

Plaintiffs' counsel's behavior during the parties' meet and confer confirms Apple's concerns that Plaintiffs will try to inflame and bias the jury against Apple with unfounded, irrelevant, and unfair allegations against Apple. When Apple filed its motion *in limine* No. 2, it did not suspect that Plaintiffs would go so far as to allege that Apple supports or condones ▮▮▮▮▮▮. But Plaintiffs' counsel's repeated references to ▮▮▮▮▮▮▮ demonstrates that Plaintiffs have no compunction against engaging in such inflammatory rhetoric—even in the context of routine call between outside counsel discussing an unrelated issue. For this reason, and for the reasons provided in Apple's motion, Apple respectfully requests that the Court grant its motion *in limine* No. 2.

| | |
|---|---|
| Dated: February 28, 2023 | Respectfully submitted, |

        /s/ Mark D. Selwyn
MARK D. SELWYN
JOSEPH J. MUELLER
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

*Attorneys for Defendant Apple Inc.*