**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING THE JOINT [PROPOSED] PRETRIAL ORDER**<br><br>Date:      March 13, 2023<br>Time:      1:30 p.m.<br>Location:  Courtroom 10C |

Having considered Masimo Corporation and Cercacor Laboratories, Inc.'s Application for Leave to File Under Seal Documents Regarding the parties' Joint [Proposed] Pretrial Conference Order, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) portions of the Joint [Proposed] Pretrial Conference Order ("Pretrial Conference Order");

(2) Exhibits A and B to the Pretrial Conference Order; and

(3) Appendices 1 and 2 to the Pretrial Conference Order.

DATED: _____    _____

The Honorable James V. Selna
United States District Judge