# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) | Date | March 2, 2023 |
| Title | Masimo Corporation, et al v. Apple Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Re; Stephen Jensen; Brian Claassen | Sarah Frazier; Joseph Mueller; Mark Selwyn |

**Proceedings:**   Telephonic Status Conference

    Cause is called for hearing and counsel make their appearances. Court and counsel confer regarding upcoming trial.

    The Jury Trial is continued from March 28, 2023 to April 4, 2023 at 8:30 a.m.

| | : | 04 |
|---|---|---|
| Initials of Preparer | eva | |