# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW [1387]**<br><br>Date:      March 13, 2023<br>Time:     1:30 p.m.<br>Location: Courtroom 10C |

|    |    |
|----|----|
| 1  | Having considered Masimo Corporation and Cercacor Laboratories, Inc.'s |
| 2  | Application for Leave to File Under Seal Portions of Their Memorandum of |
| 3  | Contentions of Fact and Law, and finding good cause therefor, the Application is |
| 4  | GRANTED. |
| 5  | **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and |
| 6  | Cercacor Laboratories, Inc. may file under seal portions of Masimo Corporation |
| 7  | and Cercacor Laboratories, Inc.'s Memorandum of Contentions of Fact and Law. |
| 8  |    |
| 9  |    |
| 10 |    |
| 11 | DATED:  March 07, 2023 |
| 12 |       _____ |
| 13 |       The Honorable James V. Selna |
|    |       United States District Judge |

-1-