# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL THE JOINT EXHIBIT LIST [1390]**<br><br>Date:       March 13, 2023<br>Time:       1:30 p.m.<br>Location:   Courtroom 10C |

1  Having considered Masimo Corporation and Cercacor Laboratories, Inc.'s Application for Leave to File Under Seal the Joint Exhibit List, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the Joint Exhibit List.

DATED: March 07, 2023

_____
The Honorable James V. Selna
United States District Judge