# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS NOTICE OF SUPPLEMENTAL FACTS RELEVANT TO ITS MOTION *IN LIMINE* NO. 2 [1404]**<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

Wilmer Cutler Pickering Hale and Dorr LLP

This matter is before the Court pursuant to Apple's Application to File Under Seal Its Notice of Supplemental Facts Relevant to Its Motion *In Limine* No. 2 ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal Apple's Notice of Supplemental Facts Relevant to Its Motion *In Limine* No. 2.

**IT IS SO ORDERED.**

Dated: March 07, 2023

The Hon. James V. Selna
United States District Court Judge