IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING THE JOINT [PROPOSED] PRETRIAL ORDER [1412]**<br><br>Date:     March 13, 2023<br>Time:     1:30 p.m.<br>Location: Courtroom 10C |

| | |
|---|---|
| 1 | Having considered Masimo Corporation and Cercacor Laboratories, Inc.'s Application for Leave to File Under Seal Documents Regarding the parties' Joint [Proposed] Pretrial Conference Order, and finding good cause therefor, the Application is GRANTED. |

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) portions of the Joint [Proposed] Pretrial Conference Order ("Pretrial Conference Order");

(2) Exhibits A and B to the Pretrial Conference Order; and

(3) Appendices 1 and 2 to the Pretrial Conference Order.

DATED: March 07, 2023

_____
The Honorable James V. Selna
United States District Judge

-1-