# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 20-00048 JVS (JDEx) |
| Date | March 13, 2023 |
| Title | Masimo Corporation, et al v. Apple, Inc. |

Present: The Honorable **James V. Selna, U.S District Court Judge**

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Re; Stephen Jensen; Adam Powell; Benjamin Katzenellenbogen; Brian Claasen; Irfan Lateef; Brian Horne | Amy Wigmore; Sarah Frazier; Joseph Mueller; Andrea Levenson; Mark Selwyn; Kenneth Parker; Brittany Amadi; Joshua Lerner; Thomas Sprankling |

**Proceedings:** PreTrial Conference - Motions in Limine

    Cause called and counsel make their appearances. The Court and counsel confer regarding trial procedures and scheduling. The Court will sign and file the proposed pretrial conference order.

    The Court's tentative ruling is issued. Motions are argued and taken under submission. A separate order to issue.

| | | |
|---|---|---|
| | 1 : 43 | |
| Initials of Preparer | eva | |