MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MEMORANDUM REGARDING PLAINTIFFS' DISCLOSURE OF ALLEGED LOST PROFITS** |

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APP. TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MEMORANDUM REGARDING PLAINTIFFS' DISCLOSURE OF ALLEGED LOST PROFITS
CASE NO. 8:20-cv-00048-JVS (JDEx)

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APP. TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MEMORANDUM REGARDING PLAINTIFFS' DISCLOSURE OF ALLEGED LOST PROFITS

CASE NO. 8:20-cv-00048-JVS (JDEx)

Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the Court grant leave to file under seal Apple's Memorandum Regarding Plaintiffs' Disclosure of Alleged Lost Profits ("Memorandum"), and Exhibits 1-4.

As detailed in the accompanying Declaration of Mark D. Selwyn, Plaintiffs have indicated that Exhibits 1-4 contains their confidential information. The redacted portions of Apple's Memorandum quote, reference, or summarize the confidential portion of this exhibit and confidential filings and exhibits.

Accordingly, Apple respectfully requests an order granting leave to file its Memorandum and Exhibits 1-4 under seal.

Dated:  March 17, 2023    Respectfully submitted,

JOSEPH J. MUELLER
MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By: */s/ Mark D. Selwyn*
       Mark D. Selwyn


*Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APP. TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MEMORANDUM REGARDING PLAINTIFFS' DISCLOSURE OF ALLEGED LOST PROFITS
1    CASE NO. 8:20-cv-00048-JVS (JDEx)