# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM REGARDING PLAINTIFFS' DISCLOSURE OF ALLEGED LOST PROFITS** |

This matter is before the Court pursuant to Apple's Application to File Under Seal Its Memorandum Regarding Plaintiffs' Disclosure of Alleged Lost Profits ("Application").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal its Memorandum Regarding Plaintiffs' Disclosure of Alleged Lost Profits and Exhibits 1-4.

**IT IS SO ORDERED.**

Dated: _____            _____
                                                                           The Hon. James V. Selna
                                                                           United States District Court Judge