1   MARK D. SELWYN, SBN 244180
      mark.selwyn@wilmerhale.com
2   THOMAS G. SPRANKLING, SBN 294831
      thomas.sprankling@wilmerhale.com
3   WILMER CUTLER PICKERING
      HALE AND DORR LLP
4   2600 El Camino Real, Suite 400
    Palo Alto, CA 94306
5   Tel.: 650.858.6000 / Fax: 650.858.6100

6   JOSHUA H. LERNER, SBN 220755
      joshua.lerner@wilmerhale.com
7   WILMER CUTLER PICKERING
      HALE AND DORR LLP
8   One Front Street, Suite 3500
    San Francisco, CA 94111
9   Tel.: 628.235.1000 / Fax: 628.235.1001

10  AMY K. WIGMORE, *pro hac vice*
      amy.wigmore@wilmerhale.com
11  WILMER CUTLER PICKERING
      HALE AND DORR LLP
12  2100 Pennsylvania Ave NW
    Washington, DC 20037
13  Tel.: 202.663.6000 / Fax: 202.663.6363

14  [Counsel appearance continues on next page]

15  *Attorneys for Defendant Apple Inc.*

16              **UNITED STATES DISTRICT COURT**
17      **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

18  MASIMO CORPORATION,                    CASE NO. 8:20-cv-00048-JVS (JDEx)
    a Delaware corporation; and
19  CERCACOR LABORATORIES, INC.,           **APPLE'S APPLICATION TO FILE**
    a Delaware corporation,                **UNDER SEAL DOCUMENTS**
20                                          **REGARDING ITS RESPONSE TO**
                        Plaintiffs,         **THE MARCH 16, 2023 REQUEST**
21                                          **FOR COMMENT**

22      v.
                                            Date: Mar. 13, 2023
23  APPLE INC.,                             Time: 1:30pm
    a California corporation,
24                                          Pre-Trial Conference: Mar. 13, 2023
                        Defendant.          Trial: Mar. 28, 2023
25

26

27

28

1

2   JOSEPH J. MUELLER, *pro hac vice*
      joseph.mueller@wilmerhale.com
3   SARAH R. FRAZIER, *pro hac vice*
      sarah.frazier@wilmerhale.com
    WILMER CUTLER PICKERING
4     HALE AND DORR LLP
    60 State Street
5   Boston, MA 02109
    Tel.: 617.526.6000 / Fax: 617.526.5000
6
    NORA Q.E. PASSAMANECK, *pro hac vice*
7     nora.passamaneck@wilmerhale.com
    WILMER CUTLER PICKERING
8     HALE AND DORR LLP
    1225 Seventeenth Street, Suite 2600
9   Denver, CO 80202
    Tel.: 720.274.3152 / Fax: 720.273.3133
10
    BRIAN A. ROSENTHAL, *pro hac vice*
11    brosenthal@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
12  200 Park Avenue
    New York, NY 10166-0193
13  Tel.: 212.351.2339 / Fax: 212.817.9539

14  KENNETH G. PARKER, SBN 182911
      Ken.parker@haynesboone.com
15  HAYNES AND BOONE, LLP
    660 Anton Boulevard, Suite 700
16  Costa Mesa, CA 92626
    Tel.: 650.949.3014 / Fax: 949.202.3001

17

18

19

20

21

22

23

24

25

26

27

28

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS RESPONSE
CASE NO. 8:20-cv-00048-JVS (JDEx)

As detailed in the accompanying Declaration of Mark D. Selwyn, Plaintiffs have indicated that Apple's Response and Exhibits A and B contain their confidential information and should be designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order.   Thus, these documents cannot be filed publicly without violating that order.

Accordingly, pursuant to Local Rule 79-5.2.2, Apple respectfully requests an order granting leave to file its Response and Exhibits A and B under seal.

Dated:        March 17, 2023            Respectfully submitted,

MARK D. SELWYN
JOSEPH J. MUELLER
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By:  */s/ Mark D. Selwyn*
         Mark D. Selwyn


*Attorneys for Defendant Apple Inc.*