IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' COMMENTS TO CIVIL MINUTE ORDER DATED MARCH 16, 2023 (DKT. 1440)** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Comments to Civil Minute Order Dated March 16, 2023 (Dkt. 1440), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The proposed redacted portions of Plaintiffs' Comments to Civil Minute Order Dated March 16, 2023 (Dkt. 1440); and

(2) Amended Exhibit A and Exhibit C to the Loebbaka Declaration.

DATED: _____      _____

The Honorable James V. Selna
United States District Judge

57308190

-1-