MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S THIRD AMENDED WITNESS LIST**<br><br>Trial: April 4, 2023 |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

Pursuant to FRCP 26(a)(3)(A), Local Rule 16-5, and Dkt. 627, Apple sets forth below its anticipated witness list.  Apple includes in this witness list individuals who may be listed on Plaintiffs' witness list without waiving any right to object to Plaintiffs' presentation of such witnesses at trial, without waiving any objections to the admissibility of such testimony, and without waiving the right to move for the exclusion of any testimony.  Apple reserves the right to modify, supplement, or amend its witness list in response to Plaintiffs' witness list, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, the Local Rules, or other Order of this Court.  Apple further reserves the right to call live or by deposition as its witness at trial any witness identified on Plaintiffs' witness list.

At this time, Apple identifies the following witnesses for trial.

### I. WILL / MAY CALL LIVE[1]

1. Ueyn Block
2. Deidre Caldbeck
3. Timothy Cook*
4. Steven Hotelling
5. Ran Kivetz
6. Brian Land*
7. Paul Mannheimer*
8. Divya Nag*
9. Michael O'Reilly
10. Adrian Perica
11. Marco Perez

---

[1] Per L.R. 16-5, Apple has placed an asterisk (*) next to the names of those witnesses whom Apple may call only if the need arises.

12. Peter Russell-Clarke*
13. Majid Sarrafzadeh
14. Denby Sellers*
15. Steven Warren
16. Stephen Waydo
17. Shirley Webster
18. Jeffrey Williams*
19. Dong Zheng*
20. David Dalke*
21. Mohamed Diab*
22. Gerry Hammarth*
23. Joseph Kiani*
24. Tracy Miller*
25. Bilal Muhsin*
26. Gregory Olsen*
27. Jeroen Poeze*
28. Steven Scruggs*

## II. MAY CALL BY DEPOSITION

1. Yassir Abdul-Hafiz
2. Ammar Al-Ali
3. David Dalke
4. Mohamed Diab
5. Gerry Hammarth
6. Alex Kanaris
7. Joseph Kiani
8. Marcelo Lamego

9. Tracy Miller
10. Bilal Muhsin
11. Gregory Olsen
12. Jeroen Poeze
13. Anand Sampath
14. Steven Scruggs
15. Robert Smith
16. Phil Weber
17. Walter Weber
18. Jill Wroblewski
19. Micah Young

In their First Amended Witness List, dated February 22, 2023, Plaintiffs indicated that they "will" call live David Dalke, Mohamed Diab, Gerry Hammarth, Joseph Kiani, Tracy Miller, Bilal Muhsin, Jeroen Poeze, and Stephen Scruggs. In reliance on Plaintiffs' First Amended Witness List, Apple has not served deposition designations of these witnesses. To the extent Plaintiffs amend their witness list to withdraw any of these witnesses from their "will" call live list, Apple reserves the right to then serve designations and call those witnesses by deposition.

As set forth in the parties' Joint Pretrial Order, Plaintiffs have agreed Apple may call Yassir Abdul-Hafiz, Ammar Al-Ali, Alex Kanaris, Gregory Olsen, Anand Sampath, Stephen Scruggs, Robert Smith, Phil Weber, Walter Weber, and Micah Young via deposition regardless of whether they are within the Court's subpoena power or otherwise unavailable under Federal Rule of Civil Procedure 32.

Dated: March 20, 2023                    Respectfully submitted,

/s/ *Mark D. Selwyn*
MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
JOSEPH J. MUELLER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

*Attorneys for Defendant Apple Inc.*