MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S CORRECTED THIRD AMENDED WITNESS LIST**<br><br>Trial: April 4, 2023 |

1  JOSEPH J. MUELLER, *pro hac vice*
2    joseph.mueller@wilmerhale.com
   SARAH R. FRAZIER, *pro hac vice*
3    sarah.frazier@wilmerhale.com
   WILMER CUTLER PICKERING
4      HALE AND DORR LLP
   60 State Street
5  Boston, MA 02109
   Tel.: 617.526.6000 / Fax: 617.526.5000
6
   NORA Q.E. PASSAMANECK, *pro hac vice*
7    nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
8      HALE AND DORR LLP
   1225 Seventeenth Street, Suite 2600
9  Denver, CO 80202
   Tel.: 720.274.3152 / Fax: 720.273.3133
10
   BRIAN A. ROSENTHAL, *pro hac vice*
11    brosenthal@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
12  200 Park Avenue
   New York, NY 10166-0193
13  Tel.: 212.351.2339 / Fax: 212.817.9539

14  KENNETH G. PARKER, SBN 182911
    Ken.parker@haynesboone.com
15  HAYNES AND BOONE, LLP
   660 Anton Boulevard, Suite 700
16  Costa Mesa, CA 92626
   Tel. 650.949.3014 / Fax: 949.202.3001
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to FRCP 26(a)(3)(A), Local Rule 16-5, and Dkt. 627, Apple sets forth below its anticipated witness list. Apple includes in this witness list individuals who may be listed on Plaintiffs' witness list without waiving any right to object to Plaintiffs' presentation of such witnesses at trial, without waiving any objections to the admissibility of such testimony, and without waiving the right to move for the exclusion of any testimony. Apple reserves the right to modify, supplement, or amend its witness list in response to Plaintiffs' witness list, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, the Local Rules, or other Order of this Court. Apple further reserves the right to call live or by deposition as its witness at trial any witness identified on Plaintiffs' witness list.

At this time, Apple identifies the following witnesses for trial.

### I. WILL / MAY CALL LIVE[1]

1. Ueyn Block
2. Deidre Caldbeck
3. Timothy Cook*
4. Steven Hotelling
5. Ran Kivetz
6. Brian Land*
7. Paul Mannheimer*
8. Divya Nag*
9. Trevor Ness*
10. Michael O'Reilly
11. Adrian Perica

---

[1] Per L.R. 16-5, Apple has placed an asterisk (*) next to the names of those witnesses whom Apple may call only if the need arises.

12. Marco Perez
13. Peter Russell-Clarke*
14. Majid Sarrafzadeh
15. Denby Sellers*
16. Steven Warren
17. Stephen Waydo
18. Shirley Webster
19. Jeffrey Williams*
20. Dong Zheng*
21. David Dalke*
22. Mohamed Diab*
23. Gerry Hammarth*
24. Joseph Kiani*
25. Tracy Miller*
26. Bilal Muhsin*
27. Gregory Olsen*
28. Jeroen Poeze*
29. Steven Scruggs*

II. **MAY CALL BY DEPOSITION**

1. Yassir Abdul-Hafiz
2. Ammar Al-Ali
3. David Dalke
4. Mohamed Diab
5. Gerry Hammarth
6. Alex Kanaris
7. Joseph Kiani

8. Marcelo Lamego

9. Tracy Miller

10. Bilal Muhsin

11. Gregory Olsen

12. Jeroen Poeze

13. Anand Sampath

14. Steven Scruggs

15. Robert Smith

16. Phil Weber

17. Walter Weber

18. Jill Wroblewski

19. Micah Young

In their First Amended Witness List, dated February 22, 2023, Plaintiffs indicated that they "will" call live David Dalke, Mohamed Diab, Gerry Hammarth, Joseph Kiani, Tracy Miller, Bilal Muhsin, Jeroen Poeze, and Stephen Scruggs. In reliance on Plaintiffs' First Amended Witness List, Apple has not served deposition designations of these witnesses. To the extent Plaintiffs amend their witness list to withdraw any of these witnesses from their "will" call live list, Apple reserves the right to then serve designations and call those witnesses by deposition.

As set forth in the parties' Joint Pretrial Order, Plaintiffs have agreed Apple may call Yassir Abdul-Hafiz, Ammar Al-Ali, Alex Kanaris, Gregory Olsen, Anand Sampath, Stephen Scruggs, Robert Smith, Phil Weber, Walter Weber, and Micah Young via deposition regardless of whether they are within the Court's subpoena power or otherwise unavailable under Federal Rule of Civil Procedure 32.

Dated: March 20, 2023            Respectfully submitted,

*/s/ Mark D. Selwyn*
MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
JOSEPH J. MUELLER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

*Attorneys for Defendant Apple Inc.*