Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.

[Counsel appearances continues on next page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF MARK D. KACHNER IN SUPPORT OF PLAINTIFFS' RESPONSE TO APPLE'S MEMORANDUM REGARDING PLAINTIFFS' DISCLOSURE OF LOST PROFITS** |

1  Mark D. Kachner (Bar No. 234192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5  Attorneys for Plaintiffs,
   MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Mark D. Kachner, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court, and Counsel of record for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively "Plaintiffs") in the above-captioned action. I have personal knowledge of the matters set forth herein and, if I am called upon to testify, I could testify competently thereto.

2. Attached hereto as Exhibit A **[filed under seal]** is a true and correct copy of Masimo's First Amended Initial Disclosures, which Masimo served on Apple on March 3, 2022.

3. Attached hereto as Exhibit B **[filed under seal]** is a true and correct copy of Masimo's Ninth Supplemental Response to Apple's Interrogatory Number 17.

4. Attached hereto as Exhibit C **[filed under seal]** is a true and correct copy of a discovery letter dated April 29, 2022 from Apple's attorney Brian Andrea to myself.

5. Attached hereto as Exhibit D **[filed under seal]** is a true and correct copy of Apple's May 26, 2022 reply brief in support of its Motion to Compel a Supplemental Response to Interrogatory Number 17.

6. Attached hereto as Exhibit E **[filed under seal]** is a true and correct copy of Apple's Federal Rule of Civil Procedure 30(b)(6) deposition topics, as agreed upon by counsel, showing Masimo's witness designation by topic, which was marked as Exhibit 1 at the Bilal Muhsin deposition.

7. Attached hereto as Exhibit F **[filed under seal]** is a true and correct copy of the August 19, 2022, deposition transcript of Bilal Muhsin.

8. Attached hereto as Exhibit G **[filed under seal]** is a true and correct copy of the August 5, 2022, deposition transcript of Joe Kiani.

9. Attached hereto as Exhibit H **[filed under seal]** is a true and correct copy of a discovery letter dated August 10, 2023 from Apple's attorney Nora Passamaneck to Masimo's attorney Adam Powell.

10. Attached hereto as Exhibit I **[filed under seal]** is a true and correct copy of a document Samsung produced in this case in response to Apple's subpoena.

11. Attached hereto as Exhibit J **[filed under seal]** is a true and correct copy of the damages expert report of Jeff Kinrich, that Masimo served on October 6, 2022 and updated on October 17, 2022.

12. Attached hereto as Exhibit K is a true and correct copy of Masimo's proposed jury instructions, which Masimo served on Apple on February 22, 2023.

13. Attached hereto as Exhibit L **[filed under seal]** is a true and correct copy of Apple's response to Masimo's proposed jury instructions and Apple's own proposed jury instructions, which Apple served on Masimo on March 1, 2023.

14. Attached hereto as Exhibit M **[filed under seal]** is a true and correct copy of Apple's revised proposed jury instructions, which Apple served on Masimo on March 9, 2023.

15. Attached hereto as Exhibit N **[filed under seal]** is a true and correct copy of an email exchange between Masimo's counsel and Apple's counsel between February 22, 2023 and March 10, 2023.

16. Attached hereto as Exhibit O **[filed under seal]** is a true and correct copy of Apple's Proposed Verdict Form, which Apple served on Masimo on March 10, 2023.

17. Attached hereto as Exhibit P is a true and correct copy of the February 6, 2023 transcript of proceedings in this matter.

18. Attached hereto as Exhibit Q **[filed under seal]** is a true and correct

-2-

copy of an email exchange between Masimo's counsel and Apple's counsel between March 15, 2023 and March 17, 2023.

19. Attached hereto as Exhibit R **[filed under seal]** is a true and correct copy of Masimo's Initial Disclosures, which Masimo served on Apple on April 14, 2020.

20. Attached hereto as Exhibit S **[filed under seal]** is a true and correct copy of the Court's February 3, 2023, tentative order on Apple's Motion for Summary Judgment [1083], Motion to Exclude Expert Testimony [1120], and Motion to Strike [1080].

21. Attached hereto as Exhibit T **[filed under seal]** is a true and correct copy of the February 18, 2022 deposition transcript of Stephen Scruggs, taken in the ITC Investigation: In the Matter of Certain Light-Based Physiological Measurement Devices and Components Thereof, Inv. No. 337-TA-1276.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 21, 2023 at Los Angeles, California.

/s/ Mark D. Kachner
Mark D. Kachner

57065486