# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 20-00048JVS(JDEx) |
| Date | March 22, 2023 |
| Title | Masimo Corporation, et al v Apple, Inc |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Re; Stephen Jensen; Brian Horne | Sarah Frazier; Joseph Mueller; Mark Selwyn; Kenneth Parker |

**Proceedings:** **TELEPHONIC STATUS CONFERENCE**

Cause is called for hearing telephonically. Court and Counsel confer.

The Court orders plaintiff Masimo to file it's disclosure as stated on the record by the end of Friday, March 24, 2023. Apple is to submit their response by the end of the day Tuesday, March 28, 2023.

: 06

Initials of Preparer   eva