**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS RESPONSE TO THE MARCH 16, 2023 REQUEST FOR COMMENT [1444]** <br><br> Date: Mar. 13, 2023 <br> Time: 1:30pm <br><br> Pre-Trial Conference: Mar. 13, 2023 <br> Trial: Mar. 28, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Response To The March 16, 2023 Request For Comment ("Application").

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal its Response To The March 16, 2023 Request For Comment and Exhibits A and B.

**IT IS SO ORDERED.**

Dated: March 23, 2023

Hon. James V. Selna
United States District Judge