# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER ON APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' RESPONSE TO APPLE'S MEMORANDUM REGARDING PLAINTIFFS' DISCLOSURE OF LOST PROFITS [1457]** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Response to Apple's Memorandum Regarding Plaintiffs' Disclosure of Lost Profits, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal Exhibits A-J, L-O, and Q-T and Plaintiffs' Response to Apple's Memorandum Regarding Plaintiffs' Disclosure of Lost Profits.

DATED: March 23, 2023

_____
The Honorable James V. Selna
United States District Judge

57317974

-1-