# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) | Date | March 16, 2023 |
| Title | Masimo Corporation, et al v Apple, Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| | |
|---|---|
| Elsa Vargas | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    **[IN CHAMBERS]** Under Seal Order re Request for Comment (REDACTED)

<u>Masimo Corporation et al. v. Apple Inc.</u>
8:20-cv-48-JVS-JDE

<u>Request for Comment (Under Seal)</u>

      At the Pretrial Conference, there was extensive discussion on whether Exhibit A or B[1] to the proposed Pretrial Conference Order correctly stated the remaining trade secrets in issue. In light of the discussion, the Court drafted the attached statement. Before the Court finalizes the Pretrial Conference, the Court invites the parties' comments.

| | : | 0 |
|---|---|---|
| Initials of Preparer | eva | |

---

[1] The Word version submitted to the Court did not include Exhibits A and B. The Court requests that the parties e-mail an electronic version of the Exhibits to the Courtroom Deputy.

2        87 Page ID #:136680



-1-

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit A

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9 ▮▮▮▮▮▮
10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ using
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
26
27 -2-

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit A



4  ▮
5  ▮
6  ▮
7  ▮
10 ▮
11
16 ▮
17 ▮
18 ▮
19 ▮
20
25       III. **BUSINESS STRATEGY**
26 ▮
27 ▮
28

-3-

**IDGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit A



1
2
3
4
5
6
7
8
9
10
11
15
16
17
18
19
20
21
22

23

26
27
28

-4-

**HIGHLY CONFIDENTIAL -ATTORNEYS' EYES ONLY**

Exhibit A

1. █████████████████████████████████████
2. █████████████████████████████████████
3. █████████████████████████████████████
4. █████████████████████████████████████
5. ████████████████████████████████
6.
7. █████████████████████████████████████
8. ████████████████████████

### IV. VALUE, IMPORTANCE, AND APPROPRIATENESS

24. The value, importance, and appropriateness of all of the foregoing trade secrets individually or collectively or in any combination.

**HIGHLY CONFIDENTIAL -ATTORNEYS' EYES ONLY**

Exhibit A