Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000
Facsimile: (858) 707-4001

Brian C. Horne (Bar No. 253627)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S OBJECTION TO APPLE'S THIRD AMENDED WITNESS LIST (DKT. 1453-1454)** |

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") object to Apple's Third Amended Witness List (Dkt. 1453-1454).

Apple's Third Amended Witness List recently filed on March 20, 2023 identifies Apple's CEO, Tim Cook, as a "may" call witness. Apple's prior witness lists and all disclosures never identified Mr. Cook as a witness. *See* Dkt. 1370, 1385.

The jointly proposed pretrial conference order filed on March 1, 2023 provided: "Witness lists of the parties have been filed with the Court under separate cover." Dkt. 1433 at 18. The proposed pretrial conference order continued: "Only the witnesses identified in the lists will be permitted to testify (other than for good cause shown)." *Id.* Apple has not attempted to show good cause for adding Mr. Cook now. If Apple attempts to make such a showing, Masimo respectfully requests an opportunity to respond.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 24, 2023

By: */s/ Joseph R. Re*
  Joseph R. Re
  Stephen C. Jensen
  Sheila N. Swaroop
  Brian C. Horne
  Irfan A. Lateef
  Benjamin A. Katzenellenbogen
  Brian C. Claassen
  Mark D. Kachner
  Adam B. Powell
  Kendall M. Loebbaka
  Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.