# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS RESPONSE TO PLAINTIFFS' DISCLOSURE OF ALLEGED BUILDING BLOCKS FOR THEIR LOST PROFITS CALCULATION** |

1. This matter is before the Court pursuant to Apple's Application To File Under Seal Its Response To Plaintiffs' Disclosure Of Alleged Building Blocks For Their Lost Profits Calculation ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal its Response To Plaintiffs' Disclosure Of Alleged Building Blocks For Their Lost Profits Calculation.

**IT IS SO ORDERED.**

Dated: _____   _____
The Hon. James V. Selna
United States District Court Judge