MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] SPECIAL QUESTIONS FOR VOIR DIRE**<br><br>Trial: April 4, 2023 |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Pursuant to Dkt. 36, Apple submits the following special questions requested to be put to prospective jurors on voir dire.

1. Do you or a family member have any special training, education, or work experience in the following areas:
   a. Law, law firms, court system;
   b. Government;
   c. Intellectual property, trade secrets, patents, copyrights, trademarks;
   d. Mobile phone, smartwatch, or other wearable device technology;
   e. Computer engineering or software design;
   f. Research and development;
   g. Medical devices or medical equipment;
   h. Pulse oximetry;
   i. Healthcare;
   j. Accounting;
   k. Contracts
2. Have you, a family member or close friend ever invented or developed any technology, whether as part of your employment or on your/their own?
   a. If yes, please explain.
3. Have you, a family member or close friend, ever applied for, been granted, or own any patents?
   a. If yes, what was the patent for?
   b. Were there any disputes regarding the patent?
   c. If yes, please explain including how the dispute was resolved and whether it was resolved to your/their satisfaction?

//
//
//

4. Has someone ever taken or used, without permission, your idea or intellectual property like trade secrets or other protected information?
   a. If yes, please explain.
   b. What, if any, action did you take?
   c. Were you satisfied with the outcome?
5. Have you ever worked for a company that had patents or other intellectual property rights?
6. Have you ever worked for a company that was involved in an intellectual property dispute such as over patents or trade secrets?
   a. If yes, please describe what you know about the case?
7. Have you ever had a serious dispute with a company?
   a. If yes, please explain.
8. Do you hold any negative opinions of large corporations?
   a. If yes, please explain.
9. Have you, a close family member, or friend ever worked for Masimo Corporation?
10. Have you, a close family member, or friend ever worked for Apple Inc.?
11. Have you or a close family member ever held stock in or have a financial interest in the outcome of a lawsuit involving either Masimo Corporation or Apple Inc.?
12. Have you ever had a negative experience with products from Masimo and/or Apple?
    a. If yes, please briefly explain what product and the nature of the experience.
    b. Was the issue resolved to your satisfaction?
    c. Would anything about that experience make it difficult for you to be a fair and impartial juror in this case?

13. Do you hold a negative opinion of Masimo or Apple or have you had a negative experience with either company?

   **At sidebar:**

   a. If yes, please tell us the nature of your experience or opinion.

   b. Is that a strongly held opinion?

   c. Would that opinion or experience make it difficult for you to be a fair and impartial juror to either party in this case?

14. How many of you own a tablet?

   a. If so, what brand?

15. How many of you own a smartwatch?

   If so, what brand?

Dated: March 28, 2023              Respectfully submitted,


                                   By: */s/ Mark D. Selwyn*
                                   Mark D. Selwyn

                                   MARK D. SELWYN
                                   AMY K. WIGMORE
                                   JOSHUA H. LERNER
                                   SARAH R. FRAZIER
                                   NORA Q.E. PASSAMANECK
                                   THOMAS G. SPRANKLING
                                   WILMER CUTLER PICKERING HALE AND DORR LLP

                                   BRIAN A. ROSENTHAL
                                   GIBSON, DUNN & CRUTCHER LLP

                                   KENNETH G. PARKER
                                   HAYNES AND BOONE, LLP


                                   *Attorneys for Defendant Apple Inc.*