Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **PLAINTIFFS MASIMO**<br>) **CORPORATION AND CERCACOR**<br>) **LABORATORIES, INC.'S**<br>) **[PROPOSED] VOIR DIRE**<br>) **QUESTIONS**<br>)<br>) Pre-Trial Conf.:  3/13/2023<br>) Trial:  4/4/2023<br>)<br>Hon. James V. Selna |

Pursuant to this Court's Standing Order For Preparation for Jury Trial, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") propose the Court ask the following questions to potential jurors during *voir dire* to the extent these topics and questions are not covered by the Court's customary *voir dire*.

## INDIVIDUAL BACKGROUND QUESTIONS

1.    Are you involved in any hobbies, clubs, or other organizations?

    a.  Do you hold any leadership positions (board, secretary, etc.) for any of these organizations?

2.    Is there anything about your general background that could be relevant to your service as a juror in this case?  If yes, please explain.

## FAMILIARITY WITH CASE PARTIES, ATTORNEYS, AND POTENTIAL WITNESSES

1.    Based on my description of the case, do you have any personal knowledge about this case or about the parties in this case, or have you read about it, or heard it discussed, or have an opinion regarding it?

2.    Do you know any of the court staff, lawyers, parties, or potential witnesses in this case?

    a.  Have you or someone close to you ever worked for or done business with Masimo Corporation or Cercacor Laboratories?

    b.  Have you or someone close to you ever worked for or done business with Apple, Inc.?

    c.  Have you, a family member, or anyone close to you had any financial dealings with, or relied financially in any way on, any of these companies?

    d.  Do you or a family member currently own any stock in any of these companies?

-1-

3.      Have you or someone close to you ever had a negative experience with, or held a negative opinion about, Masimo Corporation or Cercacor Laboratories, or with any of their products for any reason?   [*Sidebar:*] If yes, please explain.

     a.  Would any of your opinions or experiences affect your ability to be an entirely fair and impartial juror in this case?

## **RELEVANT OPINIONS AND EXPERIENCES**

1.      Have you or a family member ever owned or run a business?  If yes:

     a.  Please describe your/their role in the company and how many employees there are/were.

2.      Have you or someone close to you ever had any special training or work experience related to any of the following:

     a.  Accounting or finance;

     b.  Business development;

     c.  Confidential or proprietary information;

     d.  Contracts or formal business agreements;

     e.  Electronics or electrical engineering;

     f.  Computer science;

     g.  Intellectual property (e.g., patents, trade secrets);

     h.  Invasive or non-invasive measurements or testing;

     i.  Marketing;

     j.  Medicine, nursing, or healthcare;

     k.  Mediation or dispute resolution;

     l.  Law, legal field, or courts;

     m. Product design or development;

     n.  Research and development (R&D); or

     o.  Science or scientific testing.

-2-

3.      Have you ever had a job that involved access to confidential information?  If yes, please explain.

4.      Have you ever had a job that required you to sign a non-disclosure agreement (NDA) or confidentiality agreement?  If yes, please explain.

5.      Have you or someone close to you ever been accused of violating an employer's policy on the sharing of confidential information?  If yes, please explain.

6.      Have you or someone close to you ever worked for a company that had products, technology, or other information that was considered to be confidential or proprietary?  If yes, please explain.

7.      Have you or an employer ever relied on patented inventions or technology to make money?  If yes, please explain.

8.      Have you or someone close to you ever worked for a company that was accused of unfairly harming a competitor or engaging in unfair business practices?  If yes, please explain.

9.      Have you or someone close to you ever designed, invented, or created something valuable?  If yes, please explain.

10.     Have you or someone close to you ever been accused of taking or using another party's idea or intellectual property without permission?  If yes, please explain.

11.     Have you or someone close ever been involved in a dispute over misappropriation of trade secrets?  If yes, please explain.

12.     Have you or someone close ever been involved in a dispute over a patent?  If yes, please explain.

13.     Do you frequently follow news about technology, software, the tech. industry, or tech-related products?  If so:

      a.   What are the main sources of that news?

-3-

b.  Are there specific brands or products that you follow most closely? Which ones?

14.    How familiar are you with Apple's products and services?

a.  Do you own or regularly use any Apple products, including an Apple Watch?  If so, please explain.

b.  How do you feel about Apple's product(s) or service(s)?

## **LAW AND THE COURTS**

1.    Do you have strong negative feelings about the legal system or lawsuits that would make it difficult to be a fair and impartial juror?

2.    Have you or anyone close to you ever been involved in a lawsuit or legal claim of any kind?  If so:

a.  What kind of case was it?  What were the circumstances?

b.  When did this occur?

c.  Were you or he/she deposed?

d.  Was there a trial?

e.  What was the outcome of the case?  Were you satisfied?

f.  How did this experience affect your opinion of the legal system?

3.    Based on what you have heard so far, do you believe for any reason that the court system is not the proper way to deal with a lawsuit like this one?

a.  Who believes that specifically because of any current events, now is not the right time for the court system to have a jury trial in a lawsuit like this one?

4.    This is a civil lawsuit, and in a civil lawsuit like this one, the Plaintiff only has to prove that its claims are more probably true than not true – in other words, only slightly more than 50% probable.  This is lower than the standard of proof used in criminal trials where the prosecution has the burden of proving its case "beyond a reasonable doubt."  Do you believe that the standard

in this case is too low – in other words that the Plaintiff should be held to a higher standard of proof than just slightly over 50%?

## **FINAL QUESTIONS**

1.      Do you have any difficulty understanding English or reading documents in English that you feel could create a difficulty for you as a juror?

2.      Did you know or recognize any of the other potential jurors from before you came here today?

      a. If so, and if you are both selected to be on the jury, is there a possibility that your relationship might affect the way you would decide the case, or how you would approach deliberations?

3.      Do you not wish to sit on this jury for any reason whatsoever?  If you have a reason that you would prefer not to sit on this jury, but want to keep that reason private, please let us know.

4.      Will you all follow the law and instructions that the Court gives to you, regardless of whether you agree with them?  Would anyone have any hesitation in doing so?

5.      If selected as a juror, would you vote in a certain way solely because you wanted to see a unanimous verdict reacted in this case?

6.      Do you know of any other matter which you believe should be called to the court's attention as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?  If anyone is uncomfortable discussing something in front of the panel, we would be happy to have you speak with the court and the parties privately.  Please raise your hand if there are any matters you wish to bring to our attention.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  March 28, 2023          By: /s/ Daniel P. Hughes

Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Irfan A. Lateef
Benjamin A. Katzenellenbogen
Brian C. Claassen
Stephen W. Larson
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes

Attorneys for Plaintiffs,
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

-6-