**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF TRIAL BRIEF OF MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.** |

Having considered Plaintiffs' Application for Leave to File Under Seal Portions of Trial Brief of Masimo Corporation and Cercacor Laboratories, Inc., and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1)  The proposed redacted portions of Trial Brief of Masimo Corporation and Cercacor Laboratories, Inc.

DATED: _____                    _____

The Honorable James V. Selna
United States District Judge

57367702