Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000
Facsimile: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | Case No. 8:20-cv-00048-JVS-JDE <br><br> **MASIMO'S REPLY TO APPLE'S RESPONSE TO PLAINTIFF'S DISCLOSURE OF ITS LOST-PROFITS BUILING BLOCKS** <br><br> Hon. James V. Selna <br><br> Trial: 4/4/23 |

Earlier today, Apple responded to the Masimo's March 24, 2023 disclosure of the building blocks for its lost-profits calculation. Apple's response, Dkt. 1486-1, largely repeats Apple's March 17, 2023 memorandum. *See* Dkt. 1442-1. Masimo responded to that memorandum on March 21, 2023. Dkt. 1458-1. Masimo would be happy to address any further questions the Court may have.

In the meantime, Masimo corrects a particularly misleading statement in Apple's response filed today. Apple states that "nowhere before March 15, 2023 did Plaintiffs identify this set [i.e., Apple's unit sales of its Series 4-7 and SE Watches] as the relevant input for their lost profits calculation." Dkt. 1486-1 at 4. But as Masimo has recently explained to the Court, Masimo's March 2022 supplemental initial disclosures told Apple that Masimo calculated its damages based on Apple's unit sales beginning Q4 2018. Dkt. 1475 at 2; *see also* Dkt. 1475-1 at 12. That same disclosure explicitly ties Q4 2018 to when Apple began selling Series 4. Dkt. 1475-1 at 11. Moreover, Apple knows that it began selling its Series 4 watch in Q4 2018. Thus, Apple knows as well as anyone that a damages calculation based on unit sales beginning Q4 2018 is based on sales of Series 4 and later watches.

|   |   |
|---|---|
| | Respectfully submitted, |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: March 28, 2023 | By: */s/ Brian C. Horne* |
| | Joseph R. Re |
| | Stephen C. Jensen |
| | Sheila N. Swaroop |
| | Brian C. Horne |
| | Irfan A. Lateef |
| | Benjamin A. Katzenellenbogen |
| | Brian C. Claassen |
| | Mark D. Kachner |
| | Adam B. Powell |
| | Kendall M. Loebbaka |
| | Daniel P. Hughes |
| | |
| | Attorneys for Plaintiffs |
| | MASIMO CORPORATION and |
| | CERCACOR LABORATORIES, INC. |

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiffs' Masimo Corp. and Cercacor Laboratories, Inc., certifies that this brief contains 208 words, which [choose one]:

 X  complies with the word limit of L.R. 11-6.1.

 __ complies with the word limit set by court order dated [date].

Dated: March 28, 2023         By: /s/ Brian C. Horne
                                  Brian C. Horne

                                  Attorneys for Plaintiffs
                                  MASIMO CORPORATION and
                                  CERCACOR LABORATORIES, INC.

57304974