# EXHIBIT 1

**Plaintiffs' Alleged Trade Secrets — Liability**

*For each alleged trade secret:*

1. Have Masimo and Cercacor proven they developed or lawfully possessed the information described by the Alleged Trade Secret at the time of the alleged misappropriation?

    No _____      Yes _____

2. Have Masimo and Cercacor proven that, at the time of the alleged misappropriation, Alleged Trade Secret was not generally known to the public or to people who could obtain economic value from its disclosure or use?

    No _____      Yes _____

3. Have Masimo and Cercacor proven that the Alleged Trade Secret had actual or potential independent economic value because it was not generally known to the public or to people who could obtain economic value from its disclosure or use?

    No _____      Yes _____

4. Have Masimo and Cercacor proven that they made reasonable efforts under the circumstances to maintain the secrecy of the Alleged Trade Secret?

    No _____      Yes _____

5. Have Masimo and Cercacor proven that Apple used or disclosed the Alleged Trade Secret and knew or had reason to know that it had obtained the Alleged Trade Secret from a person who owed a duty to Masimo or Cercacor to maintain its secrecy?

    No _____      Yes _____

6. Have Masimo and Cercacor proven that Apple's misappropriation of the Alleged Trade Secret caused Apple to be unjustly enriched?

    No _____      Yes _____

This Alleged Trade Secret Fails And You Do Not Need To Consider It Further

You Now Need To Consider Apple's Defenses For This Alleged Trade Secret



## Patent Inventorship and Ownership Issues

*For each of the '052, '670, '095, '754, and '390 patents:*



1. Have Masimo and Cercacor proven by clear and convincing evidence that one of their employees (<u>not</u> including former employee Marcelo Lamego) should be added as a named joint inventor of the Patent?
   No _____    Yes _____

2. Have Masimo and Cercacor proven that Marcelo Lamego invented the Patent while employed by Masimo or Cercacor?
   No _____    Yes _____

3. Have Masimo and Cercacor proven that they have an ownership interest in the Patent (check all that apply)?

   Yes, Masimo has an ownership interest _____

   Yes, Cercacor has an ownership interest _____

   No _____

Proceed to the next patent (until patents completed)