# EXHIBIT 3

| | |
|---|---|
| **From:** | Sprankling, Thomas |
| **To:** | Baraa Kahf; Daniel Hughes; Masimo.Apple |
| **Cc:** | WH Apple-Masimo Service List; " Apple-Masimo"; "Apple-Masimo" |
| **Subject:** | RE: Masimo v Apple \| Jury Instructions, Verdict Form |
| **Date:** | Tuesday, March 28, 2023 8:04:06 PM |
| **Attachments:** | 2023.03.28 - Masimo et al v. Apple -- Jury Instruction Inserts On Instructions 29B and 30.docx |

Counsel,

Your new arguments in support of your jury instructions include numerous instances where you improperly backfilled arguments that were apparently intentionally left unexplained in the original version of your arguments.  Most notably, you waited until noon today—two hours after the parties' agreed upon deadline to exchange—to provide the factual basis for two points that Apple specifically raised in prior email correspondence:  (1) your explanation for why this case "may" involve "theft, bribery, and misrepresentation" and (2) your explanation for why—contrary to Plaintiffs' lead counsel's representations to the Court during the pretrial conference—you still intend to rely on the Employment Confidentiality Agreement to establish the breach of a duty/improper means.

While Apple has already been significantly prejudiced by your delay, Apple has drafted two inserts that address those specific, late-disclosed points.  These arguments should be inserted into the compiled document in place of Apple's Position: Proposed Instruction No. 29B and Apple's Position: Objection to Plaintiffs' Proposed Instruction No. 30 in our earlier draft.  As previously requested, please send Apple the final version of the combined documents before filing so that we can review to ensure there are no discrepancies.

Best,

Tom

---

**From:** Sprankling, Thomas
**Sent:** Monday, March 27, 2023 8:38 PM
**To:** Baraa Kahf <Baraa.Kahf@knobbe.com>; Daniel Hughes <Daniel.Hughes@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; ' Apple-Masimo' <apple-masimo@gibsondunn.com>; 'Apple-Masimo' <apple-masimo@haynesboone.com>
**Subject:** RE: Masimo v Apple | Jury Instructions, Verdict Form

Baraa,

Apple objects to Plaintiffs making significant changes to the text of their proposed instructions a little over twelve hours before the exchange deadline, including by introducing yet another theory supporting Plaintiffs' new "Duty to Maintain Secrecy" Instruction (i.e., "a contract prohibiting use of confidential information").  Given that Plaintiffs' counsel represented at the pretrial conference that Plaintiffs were not going to rely on their Employee Confidentiality Agreement to establish improper means, and the Court has indicated the Agreement may not be relied on for this purpose, please immediately provide the evidentiary basis for this legal theory.

Exhibit 3
Page 1

With regards to Proposed Instruction No. 45, Plaintiffs failed to provide their position in a footnote in the version you transmitted on Thursday, even though Apple did include such a footnote in its version.  Please immediately provide the text you intend to include in that footnote so that, if necessary, Apple has an opportunity to fairly respond.

As we noted during the March 6 meet and confer, Apple is prepared to provide redlines for its proposed instructions that are drawn from a model instruction.

Finally, Apple's proposed verdict form and one sentence of Apple's proposed jury instruction arguments quote Plaintiffs' alleged trade secrets.  Given that this is Plaintiffs' confidential information, please confirm that Plaintiffs will prepare the necessary sealing papers.

Thanks,

Tom

Exhibit 3
Page 2