# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PARTIES' COMBINED PROPOSED JURY VERDICT FORMS AND OBJECTIONS TO JURY VERDICT FORMS** |

    Having considered Plaintiffs' Application for Leave to File Under Seal Portions of Parties' Combined Proposed Jury Verdict Forms and Objections to Jury Verdict Forms (the "Application"), and finding good cause therefor, the Application is GRANTED.

    **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1)    The proposed redacted portions of Parties' Combined Proposed Jury Verdict Forms and Objections to Jury Verdict Forms.

DATED: _____        _____

                                                       The Honorable James V. Selna
                                                       United States District Judge

57367833