# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF JOINTLY PROPOSED JURY INSTRUCTIONS** |

| | |
|---|---|
| 1 | Having considered Plaintiffs' Application for Leave to File Under Seal |
| 2 | Portions of Jointly Proposed Jury Instructions, and finding good cause therefor, |
| 3 | the Application is GRANTED. |
| 4 | **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and |
| 5 | Cercacor Laboratories, Inc. may file under seal: |
| 6 | (1)   The proposed redacted portions of the Jointly Proposed Jury |
| 7 |          Instructions. |

DATED: _____          _____

The Honorable James V. Selna
United States District Judge

57367754

-1-