| | |
|---|---|
| JOSEPH R. RE (Bar No. 134479)<br>  joseph.re@knobbe.com<br>STEPHEN C. JENSEN (Bar No. 149894)<br>  steve.jensen@knobbe.com<br>SHEILA N. SWAROOP (Bar No. 203476)<br>  sheila.swaroop@knobbe.com<br>IRFAN A. LATEEF (Bar No. 204004)<br>  irfan.lateef@knobbe.com<br>BENJAMIN A. KATZENELLENBOGEN<br>(Bar No. 208527)<br>  ben.katzenellenbogen@knobbe.com<br>BRIAN C. CLAASSEN (Bar No. 253627)<br>  brian.claassen@knobbe.com<br>STEPHEN W. LARSON (Bar No. 240844)<br>  stephen.larson@knobbe.com<br>KENDALL M. LOEBBAKA (Bar No. 285908)<br>  kendall.loebbaka@knobbe.com<br>KNOBBE, MARTENS,<br>  OLSON & BEAR, LLP<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA 92614<br>Telephone: (949) 760-0404<br>Facsimile: (949) 760-9502<br><br>*Attorneys for Plaintiffs Masimo Corp. and Cercacor Laboratories, Inc.* | MARK D. SELWYN, SBN 244180<br>  mark.selwyn@wilmerhale.com<br>THOMAS G. SPRANKLING, SBN 294831<br>  thomas.sprankling@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel.: 650.858.6000<br>Fax: 650.858.6100<br><br>*Attorneys for Defendant Apple Inc.* |

[Counsel appearance continues on next page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>         Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br>a California corporation,<br><br>         Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**JOINT STATEMENT OF CASE**<br><br>Date Filed: March 30, 2023<br><br>Trial: April 4, 2023 |

| | |
|---|---|
| BRIAN C. HORNE (Bar No. 205621)<br>  brian.horne@knobbe.com<br>MARK D. KACHNER (Bar No. 234,192)<br>  mark.kachner@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park East, Suite 600<br>Los Angeles, CA 90067<br>Telephone: (310) 551-3450<br>Facsimile: (310) 551-3458<br><br>ADAM B. POWELL (Bar. No. 272725)<br>  adam.powell@knobbe.com<br>DANIEL P. HUGHES (Bar No. 299695)<br>  Daniel.hughes@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>Telephone: (858) 707-4000<br>Facsimile: (858) 707-4001<br><br>*Attorneys for Plaintiffs Masimo Corp. and Cercacor Laboratories, Inc.* | JOSHUA H. LERNER, SBN 220755<br>  joshua.lerner@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>One Front Street, Suite 3500<br>San Francisco, CA 94111<br>Tel.: 628.235.1000 / Fax: 628.235.1001<br><br>AMY K. WIGMORE, *pro hac vice*<br>  amy.wigmore@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Tel.: 202.663.6000 / Fax: 202.663.6363<br><br>JOSEPH J. MUELLER, *pro hac vice*<br>  joseph.mueller@wilmerhale.com<br>SARAH R. FRAZIER, *pro hac vice*<br>  sarah.frazier@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel.: 617.526.6000 / Fax: 617.526.5000<br><br>NORA Q.E. PASSAMANECK, *pro hac vice*<br>  nora.passamaneck@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1225 Seventeenth Street, Suite 2600<br>Denver, CO 80202<br>Tel.: 720.274.3152 / Fax: 720.273.3133<br><br>BRIAN A. ROSENTHAL, *pro hac vice*<br>  brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel.: 212.351.2339 / Fax: 212.817.9539<br><br>KENNETH G. PARKER, SBN 182911<br>  Ken.parker@haynesboone.com<br>HAYNES AND BOONE, LLP<br>660 Anton Boulevard, Suite 700<br>Costa Mesa, CA 92626<br>Tel. 650.949.3014 / Fax: 949.202.3001<br><br>*Attorneys for Defendant Apple Inc.* |

In this case, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. have brought claims against defendant Apple Inc.

Masimo and Cercacor claim that Apple improperly obtained, disclosed, and used alleged trade secret information through two of their former employees. Some of the information is technical in nature, and other information relates to business and marketing strategies.

Masimo and Cercacor also claim that Apple filed patents on inventions to which Masimo and Cercacor employees contributed, and Masimo and Cercacor contend those employees should be added as named inventors on those patents. Masimo and Cercacor claim that they should be part owners of those Apple patents.

Masimo and Cercacor seek monetary damages.

Apple denies all of Masimo's and Cercacor's claims. Apple contends that the information that Masimo and Cercacor claim are trade secrets are not actually trade secrets. Apple also contends it did not misappropriate Plaintiffs' alleged trade secrets through Masimo's or Cercacor's former employees or through any other means.

Apple also contends that Masimo and Cercacor employees should not be added as co-inventors to the disputed patents and neither Masimo nor Cercacor is a joint owner of those patents.

Apple also asserts the defense that Masimo and Cercacor did not file this lawsuit within the time permitted by law. Masimo and Cercacor contend that they filed the lawsuit within the time permitted by law.

Apple also asserts that Masimo and Cercacor are not entitled to obtain relief because they have unclean hands. Masimo and Cercacor disagree.

Apple disputes Masimo's and Cercacor's monetary damages theories.

|  |  |
|---|---|
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: March 30, 2023 | By: */s/ Kendall M. Loebbaka*<br>Kendall M. Loebbaka |
|  | Attorneys for Plaintiffs<br>MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC. |
|  | WILMER CUTLER PICKERING HALE AND DORR, LLP |
| Dated: March 30, 2023 | By: */s/ Mark D. Selwyn*<br>Mark D. Selwyn |
|  | Attorneys for Defendant<br>APPLE INC. |

### FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: March 30, 2023        By: */s/ Kendall M. Loebbaka*
                                  Kendall M. Loebbaka