# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL** |

      This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Apple's Request To Address Additional Issues At April 3, 2023 Status Conference ("Application") under Local Rule 79-5.2.2.  Having considered the Application, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

      IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED.  Apple shall file under seal its Request To Address Additional Issues At April 3, 2023 Status Conference and Exhibits 1 and 2.

      **IT IS SO ORDERED.**

Dated: _____

                                                                _____
The Hon. James V. Selna
United States District Court Judge