**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS RESPONSE TO PLAINTIFFS' ARGUMENT REGARDING THE TIMELINESS OF APPLE'S UNCLEAN HANDS DEFENSE** <br><br> Trial: Apr. 4, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Its Response To Plaintiffs' Argument Regarding The Timeliness Of Apple's Unclean Hands Defense ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal Apple's Offer Of Proof In Support Of Its Unclean Hands Defense.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    The Hon. James V. Selna
                                    United States District Court Judge

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO SEAL

1                                       CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP