# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | Case No. 8:20-cv-00048-JVS-JDE |
| | **ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** PORTIONS OF PARTIES' COMBINED PROPOSED JURY VERDICT FORMS AND OBJECTIONS TO JURY VERDICT FORMS, DKT. 1496 |
| APPLE INC., a California corporation | |

Having considered Plaintiffs' Application for Leave to File Under Seal Portions of Parties' Combined Proposed Jury Verdict Forms and Objections to Jury Verdict Forms (the "Application"), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1)  The proposed redacted portions of Parties' Combined Proposed Jury Verdict Forms and Objections to Jury Verdict Forms.

DATED: April 03, 2023

Honorable James V. Selna
United States District Judge

57367833