IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | Case No. 8:20-cv-00048-JVS-JDE<br><br>ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF JOINTLY PROPOSED JURY INSTRUCTIONS, DKT. 1499 |
| APPLE INC., a California corporation | |

Having considered Plaintiffs' Application for Leave to File Under Seal Portions of Jointly Proposed Jury Instructions, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The proposed redacted portions of the Jointly Proposed Jury Instructions.

DATED: April 03, 2023

<u>Honorable James V. Selna</u>
<u>United States District Judge</u>

57367754