# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MEMORNADUM IN OPPOSITION TO APPLE'S OFFER OF PROOF IN SUPPORT OF ITS UNCLEAN HANDS DEFENSE, DKT. 1505**<br><br>Trial: 4/4/2023 |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Memorandum in Opposition to Apple's Offer of Proof in Support of its Unclean Hands Defense, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal Exhibits A, B, and C to the Declaration of Adam B. Powell in Support of Plaintiffs' Memorandum in Opposition to Apple's Offer of Proof in Support of its Unclean Hands Defense.

DATED: April 03, 2023

_____
The Honorable James V. Selna
United States District Judge

57348180

-1-