# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER ON APPLICATION TO FILE UNDER SEAL MASIMO'S BUILDING BLOCKS FOR ITS LOST-PROFITS CALCULATION, DKT.1478** |

Having considered Plaintiffs' Application for Leave to File Under Seal Masimo's Building Blocks for its Lost-Profits Calculation, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the proposed redacted portions of Masimo's Building Blocks for its Lost-Profits Calculation.

DATED: April 03, 2023     _____
                                   The Honorable James V. Selna
                                   United States District Judge