# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>APPLE INC., a California corporation | Case No. 8:20-cv-00048-JVS-JDE<br><br>ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' COMMENTS TO CIVIL MINUTE ORDER DATED MARCH 16, 2023 (DKT. 1440)., DKT. 1449 |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Comments to Civil Minute Order Dated March 16, 2023 (Dkt. 1440), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The proposed redacted portions of Plaintiffs' Comments to Civil Minute Order Dated March 16, 2023 (Dkt. 1440); and

(2) Amended Exhibit A and Exhibit C to the Loebbaka Declaration.

DATED: April 03, 2023

<u>Honorable James V. Selna</u>
<u>United States District Judge</u>

57308190