IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br><br>APPLE INC., a California corporation | Case No. 8:20-cv-00048-JVS-JDE<br><br>ORDER GRANTING LEAVE TO FILE UNDER SEAL THE FIRST AMENDED JOINT EXHIBIT LIST, DKT. 1445 |

Having considered Masimo Corporation and Cercacor Laboratories, Inc.'s Application for Leave to File Under Seal the First Amended Joint Exhibit List, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the First Amended Joint Exhibit List.

DATED: April 03, 2023

*[signature]*

Honorable James V. Selna
United States District Judge

-1-