UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Date | April 3, 2023 |
| Title | Masimo Corporation, et al v. Apple, Inc. |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Deborah Lewman | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Re | Sarah Frazier |
| Stephen Jensen | Joseph Mueller |
| Benjamin Katzenellenbogen | Ken Parker |
| Brian Horne | |

**Proceedings:** STATUS CONFERENCE RE LOST PROFITS DISPUTE

   Cause called and counsel make their appearances. The Court and counsel confer regarding the Court's tentative and trial matters.

: 42

Initials of Preparer   djl