# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>           Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS RESPONSE TO PLAINTIFFS' ARGUMENT REGARDING THE TIMELINESS OF APPLE'S UNCLEAN HANDS DEFENSE**<br><br>Trial: Apr. 4, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Its Response To Plaintiffs' Argument Regarding The Timeliness Of Apple's Unclean Hands Defense ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal Apple's Offer Of Proof In Support Of Its Unclean Hands Defense.

**IT IS SO ORDERED.**

Dated: April 04, 2023

The Hon. James V. Selna
United States District Court Judge