Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S FIRST VOLUME OF DEPOSITION DESIGNATIONS**<br><br>Hon. James V. Selna |

1   Pursuant to the Stipulations for Trial in the Pretrial Conference Order, Masimo

2   Corporation and Cercacor Laboratories, Inc. (jointly "Masimo") submit their First

3   Volume of Deposition Designations.  Attached hereto are transcript clip reports and

4   indexes for the first volume of depositions that Masimo seeks to play at trial.  The

5   transcript clip reports and indexes indicate designations and objections, if any, for

6   Masimo and Defendant Apple, Inc. (collectively, "the Parties").

7   The Parties do not have objections to the designations of the following witnesses:

8       1.   Robert Mansfield (*see* Exhibits A and B)

9       2.   David Tom (*see* Exhibits C and D)

10   The Parties have unresolved objections to the deposition designations of the

11   following witnesses:

12       1.   Eugene Kim (*see* Exhibits E and F)

13       2.   Denby Sellers, June 2022 Deposition (*see* Exhibits G and H)

14       3.   Denby Sellers, December 2021 Deposition (*see* Exhibits I and J)

15       4.   Jeff Williams (*see* Exhibits K and L)

16   If time permits and the Parties' objections are resolved, Masimo expects to play

17   one or more of the above depositions on Wednesday, April 5.

18                      Respectfully submitted,

19                      KNOBBE, MARTENS, OLSON & BEAR, LLP

20

21   Dated: April 4, 2023            By: */s/ Kendall M. Loebbaka*
                              Joseph R. Re

22                                 Stephen C. Jensen
                              Sheila N. Swaroop

23                                 Brian C. Horne
                              Irfan A. Lateef

24                                 Benjamin A. Katzenellenbogen
                              Brian C. Claassen

25                                 Stephen W. Larson
                              Mark D. Kachner

26                                 Adam B. Powell
                              Kendall M. Loebbaka

27                                 Daniel P. Hughes

28                                 Attorneys for Plaintiffs

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

57406621

-2-