1   Joseph R. Re (Bar No. 134479)
    joseph.re@knobbe.com
2   Stephen C. Jensen (Bar No. 149894)
    steve.jensen@knobbe.com
3   Sheila N. Swaroop (Bar No. 203476)
    sheila.swaroop@knobbe.com
4   Irfan A. Lateef (Bar No. 204004)
    irfan.lateef@knobbe.com
5   Benjamin A. Katzenellenbogen (Bar No.
    208527)
6   ben.katzenellenbogen@knobbe.com
    Brian C. Claassen (Bar No. 253627)
7   brian.claassen@knobbe.com
    Stephen W. Larson (Bar No. 240844)
8   stephen.larson@knobbe.com
    Kendall M. Loebbaka (Bar No. 285908)
9   kendall.loebbaka@knobbe.com
    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
10  2040 Main Street, Fourteenth Floor
    Irvine, CA 92614
11  Phone: (949) 760-0404
    Fax: (949) 760-9502
12
    Adam B. Powell (Bar. No. 272725)          Brian C. Horne (Bar No. 205621)
13  adam.powell@knobbe.com                    brian.horne@knobbe.com
    Daniel P. Hughes (Bar No. 299695)         Mark D. Kachner (Bar No. 234192)
14  daniel.hughes@knobbe.com                  mark.kachner@knobbe.com
    **KNOBBE, MARTENS, OLSON & BEAR, LLP**    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
15  3579 Valley Centre Drive                  1925 Century Park East, Suite 600
    San Diego, CA 92130                       Los Angeles, CA 90067
16  Phone: (858) 707-4000                     Phone: (310) 551-3450
    Fax: (858) 707-4001                       Fax: (310) 551-3458
17
    Attorneys for Plaintiffs,
18  MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

19              IN THE UNITED STATES DISTRICT COURT

20           FOR THE CENTRAL DISTRICT OF CALIFORNIA

21                      SOUTHERN DIVISION

22   MASIMO CORPORATION,               )   Case No. 8:20-cv-00048-JVS-JDE
     a Delaware corporation; and       )
23   CERCACOR LABORATORIES,            )   **DECLARATION OF KENDALL M.
     INC. a Delaware corporation       )   LOEBBAKA IN SUPPORT OF
24                                     )   MASIMO'S FIRST VOLUME OF
                                       )   DEPOSITION DESIGNATIONS**
             Plaintiffs,               )
25                                     )
26        v.                           )
                                       )
27   APPLE INC., a California corporation )
                                       )
     Defendant.                        )
28

I, Kendall M. Loebbaka, hereby declare:

1.      I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California.  I am a member of the bar of this Court, and Counsel of record for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively "Plaintiffs") in the above-captioned action.  I have personal knowledge of the matters set forth herein and, if I am called upon to testify, I could testify competently thereto.

2.      I submit this Declaration in support of Masimo's First Volume of Deposition Designations.

3.      Attached hereto as **Exhibit A [filed under seal]** is a true and correct copy of a clip report containing excerpts from the transcript of the deposition of Robert Mansfield taken on August 11, 2022.

4.      Attached hereto as **Exhibit B** is a true and correct copy of an index of the deposition designations contained in Exhibit A.

5.      Attached hereto as **Exhibit C [filed under seal]** is a true and correct copy of a clip report containing excerpts from the transcript of the deposition of David Tom taken on August 11, 2022.

6.      Attached hereto as **Exhibit D** is a true and correct copy of an index of the deposition designations contained in Exhibit C.

7.      Attached hereto as **Exhibit E [filed under seal]** is a true and correct copy of a clip report containing excerpts from the transcript of the deposition of Eugene Kim taken on July 29, 2022.

8.      Attached hereto as **Exhibit F** is a true and correct copy of an index of the deposition designations and objections contained in Exhibit E.

9.      Attached hereto as **Exhibit G [filed under seal]** is a true and correct copy of a clip report containing excerpts from the transcript of the deposition of Denby Sellers taken on June 24, 2022.

-1-

10.     Attached hereto as **Exhibit H** is a true and correct copy of an index of the deposition designations and objections contained in Exhibit G.

11.     Attached hereto as **Exhibit I [filed under seal]** is a true and correct copy of a clip report containing excerpts from the transcript of the deposition of Denby Sellers taken on December 15, 2021.

12.     Attached hereto as **Exhibit J** is a true and correct copy of an index of the deposition designations and objections contained in Exhibit I.

13.     Attached hereto as **Exhibit K [filed under seal]** is a true and correct copy of a clip report containing excerpts from the transcript of the deposition of Jeff Williams taken on August 9, 2022.

14.     Attached hereto as **Exhibit L** is a true and correct copy of an index of the deposition designations and objections contained in Exhibit K.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 Executed on April 4, 2023 at Irvine, California.


                                        */s/ Kendall M. Loebbaka*
                                        Kendall M. Loebbaka

57406901

-2-