# EXHIBIT B

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Robert Mansfield | August 11, 2022 | 7:9 - 7:11 | | | | |
| | | 8:4 - 8:9 | | 10:3-10; 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 9:6 - 9:8 | | 10:3-10; 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 9:16 - 10:2 | | 10:3-10; 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 12:13 - 12:19 | | 10:3-10; 19:21-20:12; 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 21:10 - 21:11 | | | | |
| | | 21:12 - 22:12 | | 10:3-10; 19:21-20:12; 22:13-18; 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 23:7 - 23:8 | | 10:3-10; 19:21-20:12; 49:3-49:15; 50:4-50:18; 51:4-12 | | |

1

Exhibit B
-12-

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 23:13 - 23:16 | | 10:3-10; 19:21-20:12; 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 24:4 - 24:22 | | 10:3-10; 19:21-20:12; 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 30:18 - 30:19 | | 10:3-10; 19:21-20:12; 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 31:1 - 31:7 | | 10:3-10; 19:21-20:12 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 32:9 - 33:4 | | 10:3-10; 19:21-20:12 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 33:9 - 34:2 | | 10:3-10; 19:21-20:12; 34:19-35:2 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 35:11 - 35:21 | | 19:21-20:12; 35:22-37:2 | | |
| | | 40:9 - 40:11 | | | | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 41:1 - 41:17 | | 10:3-10; 19:21-20:12; 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 42:12 - 42:14 | | 10:3-10; 19:21-20:12; 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 42:16 - 42:16 | | 10:3-10; 19:21-20:12; 49:3-49:15; 50:4-50:18; 51:4-12 | | |
| | | 44:11 - 44:16 | | 10:3-10; 19:21-20:12; 49:3-49:15; 50:4-50:18; 51:4-12 | | |