# EXHIBIT D

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| David Tom | August 11, 2022 | 5:20 - 6:1 | | | | |
| | | 6:17 - 6:18 | | | | |
| | | 7:1 - 7:5 | | | | |
| | | 8:16 - 8:16 | | | | |
| | | 8:20 - 9:1 | | | | |
| | | 9:15 - 9:20 | | | | |
| | | 11:9 - 12:6 | | | | |
| | | 21:8 - 22:4 | | 28:10-16 | | |
| | | 32:10 - 32:16 | | 29:2-3; 29:5-11; 29:19-21; 30:1-6 | | |
| | | 45:22 - 47:7 | | | | |

1

Exhibit D
-20-