# EXHIBIT F

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Eugene Kim | July 29, 2022 | 8:19 - 8:21 | | | | |
| | | 13:16 - 14:1 | | | | |
| | | 14:21 - 15:8 | | | | |
| | | 16:7 - 16:13 | | | | |
| | | 60:20 - 61:1 | | 18:4 - 18:16; 19:21 – 20:02; ; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 62:7 - 62:9 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |
| | | 62:19 - 63:5 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 64:3 - 64:13 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |
| | | 66:3 - 66:16 | | 18:4 - 18:16; 19:21 – 20:02; 67:6 – 67:19; 68:22 – 69:7; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X (67:6-19, 68:22-69:7)<br><br>X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 69:17 - 69:21 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |
| | | 70:7 - 70:17 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 71:4 - 71:7 | | 18:4 - 18:16; 19:21 – 20:02; 71:8 – 71:21; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |
| | | 71:22 - 72:9 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 72:22 - 73:5 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |
| | | 184:21 - 185:2 | | 18:4 - 18:16; 19:21 – 20:02; ; 198:4 – 198:13; 9; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |

6

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 185:7 - 185:19 | | 18:4 - 18:16; 19:21 – 20:02; 186:22 – 187:2; 187:5 – 187:12; 198:4 – 198:20; 199:1 – 199:9; 199:11 – 199:20; 199:22 – 22; 200:2 – 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |
| | | 188:6 - 188:8 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 188:11 - 188:15 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |
| | | 189:14 - 189:16 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 189:18 - 189:18 | | 18:4 - 18:16; 19:21 – 20:02; ; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |
| | | 193:10 - 193:13 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 193:15 - 194:6 | | 18:4 - 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |