# EXHIBIT H

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Denby Sellers | June 24, 2022 | 6:14 - 6:17 | | | | |
| | | 7:10 - 7:12 | | | | |
| | | 17:3 - 17:11 | | 185:22-187:16 | 187:1-16 L, X | |
| | | 19:22 - 20:19 | SPEC, F | 18:15-16, 19:7-9 | | |
| | | 21:11 - 21:16 | SPEC, F | 18:15-16, 19:7-9, 22:18-23:05 | | |
| | | 49:21 - 49:22 | | | | |
| | | 50:1 - 50:3 | | | | |
| | | 50:15 - 50:20 | | | | |
| | | 51:7 - 51:14 | | 187:17-187:22; 188:09-189:17; 190:2-19, 191:4-19 | 190:18-19: 402/403, A, F, X, L<br><br>191:4-19: 402/403, A, F, X, L, H | |
| | | 52:12 - 52:19 | | 187:17-187:22; 188:09-189:17; 190:2-19, 191:4-19 | 190:18-19: 402/403, A, F, X, L<br><br>191:4-19: 402/403, A, F, X, L, H | |

1

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 53:3 - 53:12 | | 53:14-16, 53:18-54:9; 187:17-187:22; 188:09-189:17; 190:2-19, 191:4-19 | 190:18-19: 402/403, A, F, X, L<br><br>191:4-19: 402/403, A, F, X, L, H | |
| | | 59:10 - 60:16 | | 60:17-61:12 | | |
| | | 66:3 - 66:7 | | 187:17-187:22; 188:09-189:17; 190:2-19, 191:4-19 | 190:18-19: 402/403, A, F, X, L<br><br>191:4-19: 402/403, A, F, X, L, H | |
| | | 67:18 - 68:4 | | 68:5-7, 68:9-17; 187:17-187:22; 188:09-189:17; 190:2-19, 191:4-19 | 190:18-19: 402/403, A, F, X, L<br><br>191:4-19: 402/403, A, F, X, L, H | |
| | | 71:21 - 72:1 | | | | |
| | | 72:5 - 72:8 | | | | |
| | | 75:17 - 75:22 | | 76:1-76:18 | | |
| | | 128:12 - 128:14 | | | | |

2

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 128:17 - 128:21 | | 133:9-15; 193:16-20; 194:5-196:3 | 195:13-21: NR, L, F, X | |
| | | 136:1 - 136:4 | | 103:19-104:3; 133:9-15; 136:17-19, 136:21-137:5; 191:20-192:5; 192:13-193:7; 193:16-20; 194:5-195:21 | 195:13-21: NR, L, F, X | 193:8-9 193:13-15 |
| | | 136:6 - 136:12 | F | 103:19-104:3; 133:9-15; 136:17-19, 136:21-137:5; 191:20-192:5; 192:13-193:7; 193:16-20; 194:5-195:21 | 195:13-21: NR, L, F, X | 193:8-9 193:13-15 |
| | | 136:14 - 136:14 | F | 103:19-104:3; 133:9-15; 136:17-19, 136:21-137:5; 191:20-192:5; 192:13-193:7; 193:16-20; 194:5-195:21 | NR, L, F, X | 193:8-9 193:13-15 |

3

Exhibit H
-57-