# EXHIBIT J

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Denby Sellers | December 15, 2021 | 8:3 - 8:8 | | | | |
| | | 18:7 - 18:14 | | | | |
| | | 19:9 - 19:10 | MIL objection withdrawn if exhibit not admitted | | | |
| | | 20:5 - 20:11 | MIL objection withdrawn if exhibit not admitted | | | |
| | | 26:13 - 27:2 | | 36:22-37:7; 37:13-38:11; 38:18-39:10;143:7-11 | | |
| | | 36:6 - 36:21 | | 36:22-37:7; 37:13-38:11; 38:18-39:10 | | |
| | | 80:6 - 80:9 | | 70:7-11; 72:15-18; 89:11-13; 89:15-90:6; 143:7-11 | | |
| | | 80:12 - 80:15 | | 70:7-11; 72:15-18; 83:14-18 | | |
| | | 81:14 - 81:19 | | 70:7-11; 72:15-18; 89:11-13; 89:15-90:6; 143:7-11 | | |
| | | 82:9 - 82:18 | | 70:7-11; 72:15-18; 89:11-13; 89:15-90:6; 143:7-11 | | |

1

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 82:20 - 83:12 | | 70:7-11; 72:15-18; 89:11-13; 89:15-90:6; 143:7-11 | | |
| | | 101:9 - 101:10 | | 100:16-18, 100:20-21 | | |
| | | 128:1 - 128:6 | | | | |
| | | 129:1 - 129:4 | | | | |
| | | 129:6 - 129:7 | | | | |
| | | 129:14 - 129:16 | | | | |
| | | 130:19 - 131:1 | | 143:7-11 | | |
| | | 132:5 - 132:12 | | 133:7-10; 143:7-11 | | |
| | | 148:1 - 148:4 | | | | |
| | | 149:2 - 149:5 | | 154:9-154:20; 155:7-157:1; | 402/403, F, NR, X | |
| | | 149:20 - 150:6 | | 154:9-154:20; 155:7-157:1; 159:4-21 | 402/403, F, NR, X | |
| | | 150:22 - 151:2 | | 154:9-154:20; 155:7-157:1; 159:4-21 | 402/403, F, NR, X | |

2

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 180:7 - 180:10 | | | | |
| | | 180:18 - 180:20 | | | | |
| | | 189:3 - 191:2 | | 197:16-198:6; 277:16-278:4 | 197:16-198:6: 402/403, F, NR  277:16-278:4: 402/403, F, H | |
| | | 192:4 - 192:20 | | 197:16-198:6; 277:16-278:4 | 197:16-198:6: 402/403, F, NR  277:16-278:4: 402/403, F, H | |
| | | 216:8 - 216:11 | | | | |
| | | 216:21 - 217:1 | | | | |
| | | 221:11 - 221:13 | | | | |
| | | 221:19 - 222:1 | | | | |
| | | 223:8 - 223:13 | | 224:15-17; 224:20-225:5 | | |
| | | 223:18 - 224:6 | | 224:15-17; 224:20-225:5 | | |

3

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 256:17 - 256:18 | | | | |
| | | 257:3 - 257:5 | | | | |
| | | 257:13 - 257:22 | | | | |
| | | 258:18 - 258:22 | | | | |
| | | 282:14 - 282:16 | | | | |
| | | 283:3 - 283:6 | | | | |
| | | 306:7 - 306:9 | | | | |
| | | 306:13 - 306:15 | | | | |