# EXHIBIT L

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Jeff Williams | August 9, 2022 | 10:11 - 10:15 | | 310:2-7<br>310:10-16 | 402, 403, L, X | |
| | | 11:11 - 12:3 | | 310:2-7<br>310:10-16 | 402, 403, L, X | |
| | | 26:6 - 26:9 | | 16:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19);  X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | 40:3-7; 40:14-18 |

1

Exhibit L<br>-101-

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 27:5 - 27:9 | | 16:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 28:6 - 28:8 | | 16:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 28:9 - 28:18 | | 16:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 30:6 - 30:16 | | 16:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 30:21 - 31:3 | | 116:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 60:1 - 60:4 | | 16:14-20<br>17:17-18:6<br>58:2-59:7<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | 62:20-63:6, 63:18-64:5 |

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 83:18 - 84:13 | | 80:13-16<br>84:19-85:1<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | 85:2–4, 85:15-18 |
| | | 101:19 - 102:7 | | 16:14-20<br>17:17-18:6<br>105:18-106:11<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19);  X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16)<br><br>F (105:18-106:11) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
|  |  | 102:14 - 103:4 |  | 16:14-20<br>17:17-18:6<br>105:18-106:11<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19);  X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16)<br><br>F (105:18-106:11) |  |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 103:12 - 104:6 | | 16:14-20<br>17:17-18:6<br>105:18-106:11<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16)<br><br>F (105:18-106:11) | |

7

Exhibit L
-107-

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 105:7 - 105:17 | | 16:14-20<br>17:17-18:6<br>105:18-106:11<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16)<br><br>F (105:18-106:11) | |

8

Exhibit L<br>-108-

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 108:3 - 108:8 | | 16:14-20<br>17:17-18:6<br>105:18-106:11<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16, 302:19); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16)<br><br>F (105:18-106:11) | |
| | | 170:2 - 170:13 | | 172:14-20<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | 171:7-10 |
| | | 170:18 - 171:1 | | 172:14-20<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |

9

Exhibit L
-109-

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 171:3 - 171:6 | | 172:14-20<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 172:2 - 172:13 | | 172:14-20<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 174:10 - 174:14 | F; H; 403 | 178:17-20<br>179:1-4<br>181:12-182:13<br>183:8-13 | 402, 403, 801/802, F, X, L (for pages 297+ only)<br><br>181:12-182:13, 183:8-13 (801/802, F) | 182:18-183:4 |
| | | 174:22 - 175:4 | F; H; 403 | 178:17-20<br>179:1-4<br>181:12-182:13<br>183:8-13<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16)<br><br>F, 801/802 (181:12-182:13, 183:8-13) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 177:9 - 178:16 | F; H; 4031 | 178:17-20<br>179:1-4<br>181:12-182:13<br>183:8-13<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16)<br><br>F, 801/802 (181:12-182:13, 183:8-13) | |
| | | 183:14 - 184:2 | F; H; 403 | 178:17-20<br>179:1-4<br>181:12-182:13<br>183:8-13<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16)<br><br>F, 801/802 (181:12-182:13, 183:8-13) | |
| | | 195:1 - 195:16 | | 199:7-12<br>299:6-300:1<br>302:10-16<br>310:2-7<br>310:10-16 | 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16); X, 801/802, 402, 403 (310:6-7, 310:10-16) | 202:6-12 |
| | | 195:20 – 197:7 | | 199:7-12<br>299:6-300:1<br>302:10-16<br>310:2-7<br>310:10-16 | 402, 403, 801/802, MIL2 (299:6-300:1); L (302:14-16); X, 801/802, 402, 403 (310:6-7, 310:10-16) | 202:6-12 |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 200:13 - 200:22 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 201:6 – 201:19 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 201:21 – 202:5 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 211:4 - 211:11 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 223:5 - 223:12 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 225:7 - 225:15 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 234:10 - 235:3 | F; 403 | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 245:9 - 245:15 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |

13

Exhibit L
-113-

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 245:18 - 247:9 | | 297:10-298:16<br>299:6-300:1<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 292:15 - 293:21 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 294:20 - 294:22 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |

Exhibit L
-114-