**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING THE SECOND AMENDED JOINT EXHIBIT LIST** |

| | |
|---|---|
| 1 | Having considered Masimo Corporation and Cercacor Laboratories, |
| 2 | Inc.'s Application for Leave to File Under Seal the Second Amended Joint |
| 3 | Exhibit List, and finding good cause therefor, the Application is GRANTED. |
| 4 | IT IS HEREBY ORDERED THAT Plaintiffs Masimo Corporation and |
| 5 | Cercacor Laboratories, Inc. may file under seal the Second Amended Joint |
| 6 | Exhibit List. |

DATED: _____          _____

The Honorable James V. Selna
United States District Judge

57374426

-1-