# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) | Date | April 4, 2023 |
| Title: | Masimo Corporation, et al v. Apple, Inc. | | |

Present: The Honorable **JAMES V. SELNA, US DISTRICT COURT JUDGE**

| Deborah Lewman | Sharon Seffens/Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Joseph Re; Stephen Jensen; Sheila Swaroop; Irfan Lateef; Mark Phillips | Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi; Nina Garcia |

| | Day Court Trial | 1st | Day Jury Trial | |
|---|---|---|---|---|
| | One day trial: | X Begun (1st day); | X Held & Continued; | Completed by jury verdict/submitted to court. |
| X | The Jury is impaneled and sworn. | | | |
| | Opening statements made by | each side | | |
| | Witnesses called, sworn and testified. | Exhibits Identified | Exhibits admitted. | |
| | Plaintiff(s) rest. | Defendant(s) rest. | | |
| | Closing arguments made by | plaintiff(s) | defendant(s). | Court instructs jury. |
| | Bailiff(s) sworn. | Jury retires to deliberate. | | Jury resumes deliberations. |
| | Jury Verdict in favor of | plaintiff(s) | defendant(s) is read and filed. | |
| | Jury polled. | Polling waived. | | |
| | Filed Witness & Exhibit Lists | Filed jury notes. | Filed jury instructions. | |
| | Judgment by Court for | | plaintiff(s) | defendant(s). |
| | Findings, Conclusions of Law & Judgment to be prepared by | | plaintiff(s) | defendant(s). |
| | Case submitted. | Briefs to be filed by | | |
| | Motion to dismiss by | | is granted. | denied. submitted. |
| | Motion for mistrial by | | is granted. | denied. submitted. |
| | Motion for Judgment/Directed Verdict by | | is granted. | denied. submitted. |
| | Settlement reached and placed on the record. | | | |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. | | | |
| | Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. | | | |
| | Trial subpoenaed documents returned to subpoenaing party. | | | |
| X | Case continued to | April 05, 2023 at 9:00 a.m. | for further trial/further jury deliberation. | |
| | Other: | | | |

|  |  | 4 | : | 34 |
|---|---|---|---|---|
| | Initials of Deputy Clerk | djl | | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**