1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER ON APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING MASIMO'S FIRST VOLUME OF DEPOSITION DESIGNATIONS** |

Having considered Application for Leave to File Under Seal Documents Regarding Masimo's First Volume of Deposition Designations, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal Exhibits A, C, E, G, I, and K to the Declaration of Kendall M. Loebbaka in Support of Masimo's First Volume of Deposition Designations.

DATED: April 05, 2023

_____
The Honorable James V. Selna
United States District Judge

57406772