IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING THE SECOND AMENDED JOINT EXHIBIT LIST** |

1       Having considered Masimo Corporation and Cercacor Laboratories,

2   Inc.'s Application for Leave to File Under Seal the Second Amended Joint

3   Exhibit List, and finding good cause therefor, the Application is GRANTED.

4       IT IS HEREBY ORDERED THAT Plaintiffs Masimo Corporation and

5   Cercacor Laboratories, Inc. may file under seal the Second Amended Joint

6   Exhibit List.

10  DATED: April 05, 2023

                           _____

11                             The Honorable James V. Selna

                           United States District Judge

14  57374426

-1-