# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Title: | Masimo Corporation, et al v. Apple, Inc. |
| Date | April 5, 2023 |

Present: The Honorable **JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

| Deborah Lewman | Sharon Seffens; Debbie Hino Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Joseph Re; Stephen Jensen; Sheila Swaroop; Benjamin Katzenellenbogen; Brian Horne; Brian Claasen; Adam Powell; Kendall Loebbaka; Irfan Lateef

**Attorneys Present for Defendant(s):**
Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi/ Nina Garcia; Kenneth Parker

\_\_\_ Day Court Trial     2nd Day Jury Trial

\_\_\_ One day trial:     \_\_\_ Begun (1st day);     X Held & continued;     \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

X Opening statements made by     Plaintiff and Defendant

X Witnesses called, sworn, and testified.     X Exhibits Identified     X Exhibits admitted.

\_\_\_ Plaintiff(s) rest.     \_\_\_ Defendant(s) rest.

\_\_\_ Closing arguments made by     \_\_\_ plaintiff(s)     \_\_\_ defendant(s).     \_\_\_ Court pre-instructs jury.

\_\_\_ Bailiff(s) sworn.     \_\_\_ Jury retires to deliberate.     \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of     \_\_\_ plaintiff(s)     \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.     \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists     \_\_\_ Filed jury notes.     \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for _____     \_\_\_ plaintiff(s)     \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by     \_\_\_ plaintiff(s)     \_\_\_ defendant(s).

\_\_\_ Case submitted.     Briefs to be filed by _____

\_\_\_ Motion to dismiss by _____ is     \_\_\_ granted.     \_\_\_ denied.     \_\_\_ submitted.

\_\_\_ Motion for mistrial by _____ is     \_\_\_ granted.     \_\_\_ denied.     \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by _____ is     \_\_\_ granted.     \_\_\_ denied.     \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

\_\_\_ Case continued to     April 6, 2023, at 8:30 a.m.     for further trial/further jury deliberation.

X Other:     The Court orders the courtroom sealed for a portion of witness Joe Kiani's testimony re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court.

                                                                                                    5  :  53

Initials of Deputy Clerk     djl

cc: