FILED
CLERK, U.S. DISTRICT COURT

4/6/23

CENTRAL DISTRICT OF CALIFORNIA
BY:___D.Lewman___ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Masimo Corporation, et al,

        Plaintiff(s),

                            SACV 20-00048-JVS(JDEx)

      v.                        **DEPOSITION DESIGNATIONS**

Apple, Inc.,

        Defendant(s).

_____ /

1

**Masimo's Proposed Deposition Designations**

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Denby Sellers | December 15, 2021 | 8:3 - 8:8 | | 70:7-11; 72:15-18; 89:11-13; 89:15- 90:6;143:7-11 | | |
| | | 18:7 - 18:14 | | 70:7-11; 72:15-18; 83:14-18 | | |
| | | 19:9 - 19:10 | MIL objection withdrawn if exhibit not admitted | 70:7-11; 72:15-18; 89:11-13; 89:15- 90:6;143:7-11 | | |
| | | 20:5 - 20:11 | MIL objection withdrawn if exhibit not admitted | 70:7-11; 72:15-18; 89:11-13; 89:15- 90:6;143:7-11 | | |
| | | 26:13 - 27:2 | | 36:22-37:7, 37:13- 38:11; 38:18- 39:10;143:7-11 | | |
| | | 36:6 - 36:21 | | 36:22-37:7, 37:13- 38:11; 38:18-39:10 | | |
| | | 80:6 - 80:9 | | 70:7-11; 72:15-18; 89:11-13; 89:15- 90:6;143:7-11 | | |
| | | 80:12 - 80:15 | | | | |
| | | 81:14 - 81:19 | | | | |
| | | 82:9 - 82:18 | | | | |

1

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 82:20 - 83:12 | | 70:7-11; 72:15-18; 89:11-13; 89:15-90:6; 143:7-11 | | |
| | | 101:9 - 101:10 | | 100:16-18, 100:20-21 | | |
| | | 128:1 - 128:6 | | | | |
| | | 129:1 - 129:4 | | | | |
| | | 129:6 - 129:7 | | | | |
| | | 129:14 - 129:16 | | | | |
| | | 130:19 - 131:1 | | 143:7-11 | | |
| | | 132:5 - 132:12 | | 133:7-10; 143:7-11 | | |
| | | 148:1 - 148:4 | | | | |
| | | 149:2 - 149:5 | | 154:9-154:20; 155:7-157:1; | 402/403, F, NR, X | O/R; S = 156: 1-7 |
| | | 149:20 - 150:6 | | 154:9-154:20; 155:7-157:1; 159:4-21 | 402/403, F, NR, X | O/R; S = 156:1-7 |
| | | 150:22 - 151:2 | | 154:9-154:20; 155:7-157:1; 159:4-21 | 402/403, F, NR, X | O/R; S = 156:1-7 |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 180:7 - 180:10 | | | | |
| | | 180:18 - 180:20 | | 197:16-198:6; 277:16-278:4 | 197:16-198:6: 402/403, F, NR O/R 277:16-278:4: 402/403, F, H O/R | |
| | | 189:3 - 191:2 | | 197:16-198:6; 277:16-278:4 | 197:16-198:6: 402/403, F, NR O/A 277:16-278:4: 402/403, F, H O/R | |
| | | 192:4 - 192:20 | | | | |
| | | 216:8 - 216:11 | | | | |
| | | 216:21 - 217:1 | | | | |
| | | 221:11 - 221:13 | | | | |
| | | 221:19 - 222:1 | | | | |
| | | 223:8 - 223:13 | | 224:15-17; 224:20-225:5 | | |
| | | 223:18 - 224:6 | | 224:15-17; 224:20-225:5 | | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 256:17 - 256:18 | | | | |
| | | 257:3 - 257:5 | | | | |
| | | 257:13 - 257:22 | | | | |
| | | 258:18 - 258:22 | | | | |
| | | 282:14 - 282:16 | | | | |
| | | 283:3 - 283:6 | | | | |
| | | 306:7 - 306:9 | | | | |
| | | 306:13 - 306:15 | | | | |

**Masimo's Proposed Deposition Designations**

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Denby Sellers | June 24, 2022 | 6:14 - 6:17 | | | | |
| | | 7:10 - 7:12 | | | | |
| | | 17:3 - 17:11 | | 185:22-187:16 | 187:1-16 L, X _OR_ | |
| | | 19:22 - 20:19 | SPEC, F _O/R_ | 18:15-16, 19:7-9 | | |
| | | 21:11 - 21:16 | SPEC, F _O/R_ | 18:15-16, 19:7-9, 22:18-23:05 | | |
| | | 49:21 - 49:22 | | | | |
| | | 50:1 - 50:3 | | | | |
| | | 50:15 - 50:20 | | 187:17-187:22; 188:09-189:17; 190:2-19, 191:4-19 | 190:18-19: 402/403, A, F, X, L | _O/R_ |
| | | 51:7 - 51:14 | | 187:17-187:22; 188:09-189:17; 190:2-19, 191:4-19 | 191:4-19: 402/403, A, F, X, L, H | _O/R_ |
| | | | | | 190:18-19: 402/403, A, F, X, L | _O/R_ |
| | | 52:12 - 52:19 | | 187:17-187:22; 188:09-189:17; 190:2-19, 191:4-19 | 191:4-19: 402/403, A, F, X, L, H | _O/R_ |

1

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 53:3 - 53:12 | | 53:14-16, 53:18-54:9; 187:17-22; 188:09-189:17; 190:2-19, 191:4-19 | 190:18-19: 402/403, A, F, X, L<br>191:4-19: 402/403, A, F, X, L, H | O/R<br>O/R |
| | | 59:10 - 60:16 | | 60:17-61:12 | A, F, X, L, H | O/R |
| | | 66:3 - 66:7 | | 187:17-187:22; 188:09-189:17; 190:2-19, 191:4-19 | 191:4-19: 402/403, A, F, X, L, H | O/R |
| | | 67:18 - 68:4 | | 68:5-7 68:9-17; 187:17-187:22; 188:09-189:17; 190:2-19, 191:4-19 | 190:18-19: 402/403, A, F, X, L<br>190:18-19: 402/403, A, F, X, L<br>191:4-19: 402/403, A, F, X, L, H | O/R<br>O/R<br>O/R |
| | | 71:21 - 72:1 | | | | |
| | | 72:5 - 72:8 | | | | |
| | | 75:17 - 75:22 | | 76:1-76:18 | | |
| | | 128:12 - 128:14 | | | | |

2

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 128:17 - 128:21 | | 133:9-15; 193:16-20; 194:5-196:3 | 195:13-21: NR, L, F, X O/R | 193:8-9 193:13-15 |
| | | 136:1 - 136:4 | | 103:19-104:3; 133:9-15; 136:17-19, 136:21-137:5; 191:20-192:5; 192:13-193:7; 193:16-20; 194:5-195:21 | 195:13-21: NR, L, F, X | 193:8-9 193:13-15 |
| | | 136:6 - 136:12 | F | 103:19-104:3; 133:9-15; 136:17-19, 136:21-137:5; 191:20-192:5; 192:13-193:7; 195:21 | 195:13-21: NR, L, F, X O/R | 193:8-9 193:13-15 |
| | | 136:14 - 136:14 | F | 103:19-104:3; 133:9-15; 136:17-19, 136:21-137:5; 191:20-192:5; 192:13-193:7; 195:21 | NR, L, F, X O/R | 193:8-9 193:13-15 |

3

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Eugene Kim | July 29, 2022 | 8:19 - 8:21 | | | | |
| | | 13:16 - 14:1 | | | | |
| | | 14:21 - 15:8 | | | | |
| | | 16:7 - 16:13 | | 18:4 - 18:16; 19:21 - 20:02;  198:4 - 198:13; 199:13 - 199:20; 199:22 - 22; 200:2 - 200:8; 200:18 - 200:20; 200:22 - 200:22; 201:2 - 201:2; 201:4 - 201:10; 201:13 - 201:17; 201:19 - 201:1; 202:3 - 202:5; 202:7 - 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | |
| | | 60:20 - 61:1 | | | | |

1

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 62:7 - 62:9 | | 18:4 – 18:16;<br>19:21 – 20:02;<br>198:4 – 198:13;<br>199:13 – 199:20;<br>199:22 – 22;<br>200:2 – 200:8;<br>200:18 - 200:20;<br>200:22 – 200:22;<br>201:2 – 201:2;<br>201:4 – 201:10;<br>201:13 – 201:17;<br>201:19 – 202:1;<br>202:3 – 202:5;<br>202:7 – 202:12 | X, L (199:19-22);<br>402, 403, X, L<br>(201:2, 201:4-8); X,<br>L (201:9-10,<br>201:13-17, 201:19-<br>202:1, 202:3-5,<br>202:7-12) | O/R |
| | | 62:19 - 63:5 | | 18:4 – 18:16;<br>19:21 – 20:02;<br>198:4 – 198:13;<br>199:13 – 199:20;<br>199:22 – 22;<br>200:2 – 200:8;<br>200:18 – 200:20;<br>200:22 – 200:22;<br>201:2 – 201:2;<br>201:4 – 201:10;<br>201:13 – 201:17;<br>201:19 – 202:1;<br>202:3 – 202:5;<br>202:7 – 202:12 | X, L (199:19-22);<br>402, 403, X, L<br>(201:2, 201:4-8); X,<br>L (201:9-10,<br>201:13-17, 201:19-<br>202:1, 202:3-5,<br>202:7-12) | O/R |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
|  |  | 64:3 - 64:13 |  | 18:4 – 18:16;<br>19:21 – 20:02;<br>198:4 – 198:13;<br>199:13 – 199:20;<br>199:22 – 22;<br>200:2 – 200:8;<br>200:18 - 200:20;<br>200:22 – 200:22;<br>201:2 – 201:2;<br>201:4 – 201:10;<br>201:13 – 201:17;<br>201:19 – 202:1;<br>202:3 – 202:5;<br>202:7 – 202:12 | X, L (199:19-22);<br>402, 403, X, L<br>(201:2, 201:4-8); X,<br>L (201:9-10,<br>201:13-17, 201:19-<br>202:1, 202:3-5,<br>202:7-12) | O/R |
|  |  | 66:3 - 66:16 |  | 18:4 – 18:16;<br>19:21 – 20:02;<br>67:6 – 67:19;<br>68:22 – 69:7;<br>198:4 – 198:13;<br>199:13 – 199:20;<br>199:22 – 22;<br>200:2 – 200:8;<br>200:18 - 200:20;<br>200:22 – 200:22;<br>201:2 – 201:2;<br>201:4 – 201:10;<br>201:13 – 201:17;<br>201:19 – 201:1;<br>202:3 – 202:5;<br>202:7 – 202:12 | X (67:6-19, 68:22-<br>69:7)<br>X, L (199:19-22);<br>402, 403, X, L<br>(201:2, 201:4-8); X,<br>L (201:9-10,<br>201:13-17, 201:19-<br>202:1, 202:3-5,<br>202:7-12) | O/R |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 69:17 - 69:21 | | 18:4 – 18:16;<br>19:21 – 20:02;<br>198:4 – 198:13;<br>199:13 – 199:20;<br>199:22 – 22;<br>200:2 – 200:8;<br>200:18 – 200:20;<br>200:22 – 200:22;<br>201:2 – 201:2;<br>201:4 – 201:10;<br>201:13 – 201:17;<br>201:19 – 202:1;<br>202:3 – 202:5;<br>202:7 – 202:12 | X, L (199:19-22);<br>402, 403, X, L<br>(201:2, 201:4-8); X,<br>L (201:9-10,<br>201:13-17, 201:19-<br>202:1, 202:3-5,<br>202:7-12) | |
| | | | | 18:4 – 18:16;<br>19:21 – 20:02;<br>198:4 – 198:13;<br>199:13 – 199:20;<br>199:22 – 22;<br>200:2 – 200:8;<br>200:18 – 200:20;<br>200:22 – 200:22;<br>201:2 – 201:2;<br>201:4 – 201:10;<br>201:13 – 201:17;<br>201:19 – 202:1;<br>202:3 – 202:5;<br>202:7 – 202:12 | X, L (199:19-22);<br>402, 403, X, L<br>(201:2, 201:4-8); X,<br>L (201:9-10,<br>201:13-17, 201:19-<br>202:1, 202:3-5,<br>202:7-12) | |
| | | 70:7 - 70:17 | | | | |

4

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 71:4 – 71:7 | | 18:4 – 18:16; 19:21 – 20:02; 71:8 – 71:21; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 2012; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); L (201:9-10, 201:13-17, 201:19- 202:1, 202:3-5, 202:7-12) | |
| | | 71:22 - 72:9 | | 18:4 – 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); L (201:9-10, 201:13-17, 201:19- 202:1, 202:3-5, 202:7-12) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
|  |  | 72:22 - 73:5 |  | 18:4 - 18:16;<br>19:21 - 20:02;;<br>198:4 - 198:13;<br>9;<br>199:13 - 199:20;<br>199:22 - 22;<br>200:2 - 200:8;<br>200:18 - 200:20;<br>200:22 - 200:22;<br>201:2 - 201:2;<br>201:4 - 201:10;<br>201:13 - 201:17;<br>201:19 - 202:1;<br>202:3 - 202:5;<br>202:7 - 202:12 | X, L (199:19-22);<br>402, 403, X, L<br>(201:2, 201:4-8); X,<br>L (201:9-10,<br>201:13-17, 201:19-<br>202:1, 202:3-5,<br>202:7-12) | [handwritten: O/R with arrows] |
|  |  | 184:21 - 185:2 |  |  |  |  |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | | | 184:4 – 18:16; 19:21 – 20:02; 186:22 – 187:2; 187:5 – 187:12; 198:4 – 198:20; 199:1 – 199:9; 199:11 – 199:20; 199:22 – 22; 200:2 – 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); L (201:9-10, 201:13-17, 201:19- 201:1, 202:3-5, 202:7-12) | |
| | | 185:7 - 185:19 | | | | |
| | | 188:6 - 188:8 | | 18:4 – 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 201:2; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19- 201:1, 202:3-5, 202:7-12) | O/R |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 188:11 - 188:15 | | 18:4 – 18:16;<br>19:21 – 20:02;<br>198:4 – 198:13;<br>199:13 – 199:20;<br>199:22 – 22;<br>200:2 – 200:8;<br>200:18 - 200:20;<br>200:22 – 200:22;<br>201:2 – 201:2;<br>201:4 – 201:10;<br>201:13 – 201:17;<br>201:19 – 202:1;<br>202:3 – 202:5;<br>202:7 – 202:12 | X, L (199:19-22);<br>402, 403, X, L<br>(201:2, 201:4-8); X,<br>L (201:9-10,<br>201:13-17, 201:19-<br>202:1, 202:3-5,<br>202:7-12) | |
| | | 189:14 - 189:16 | | 18:4 – 18:16;<br>19:21 – 20:02;<br>198:4 – 198:13;<br>199:13 – 199:20;<br>199:22 – 22;<br>200:2 – 200:8;<br>200:18 - 200:20;<br>200:22 – 200:22;<br>201:2 – 201:2;<br>201:4 – 201:10;<br>201:13 – 201:17;<br>201:19 – 202:1;<br>202:3 – 202:5;<br>202:7 – 202:12 | X, L (199:19-22);<br>402, 403, X, L<br>(201:2, 201:4-8); X,<br>L (201:9-10,<br>201:13-17, 201:19-<br>202:1, 202:3-5,<br>202:7-12) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 189:18 - 189:18 | | 18:4 – 18:16; 19:21 – 20:02;, 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20, 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | O/A |
| | | 193:10 - 193:13 | | 18:4 – 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20, 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); L (201:9-10, 201:13-17, 201:19-202:1, 202:3-5, 202:7-12) | O/A |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---------|------|-------------------------------|-------------------|------------------------------|------------------------|-------------------------------------------|
| | | 193:15 - 194:6 | | 18:4 – 18:16; 19:21 – 20:02; 198:4 – 198:13; 199:13 – 199:20; 199:22 – 22; 200:2 – 200:8; 200:18 - 200:20; 200:22 – 200:22; 201:2 – 201:2; 201:4 – 201:10; 201:13 – 201:17; 201:19 – 202:1; 202:3 – 202:5; 202:7 – 202:12 | X, L (199:19-22); 402, 403, X, L (201:2, 201:4-8); X, L (201:9-10, 201:13-17, 201:19- 202:1, 202:3-5, 202:7-12) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Jeff Williams | August 9, 2022 | 10:11 - 10:15 | | 310:2-7<br>310:10-16 | 402, 403, L, X | 40:3-7, 40:14-18 |
| | | 11:11 - 12:3 | | 310:2-7<br>310:10-16 | 402, 403, L, X | |
| | | 26:6 - 26:9 | | 16:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MII.2 (299:6-<br>300:1); L (302:14-<br>16, 302:19)-X,<br>402, 403, F (306:21-<br>308:1); MII.2<br>(308:10-12, 308:14-<br>16); X, 402, 403<br>(309:6-9); X, S<br>402, 403 (309:10-<br>310:1); X, 801/802,<br>402, 403 (310:6-7;<br>310:10-16) | |

1

*[handwritten notations:]* Sustained 4-6-23  O/R ; overruled  I : per trial

*[handwritten column markings adjacent to Plaintiffs' Objections:]* O/R, O/R, O/R, O/R, O/R, O/R, O/R, O/R; S 299:13 - 300:1, 300:1, S

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 27:5 - 27:9 | | 16:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); L (302:14-<br>16, 302:19); X,<br>402, 403, F (306:21-<br>308:1); MIL2<br>(308:10-12, 308:14-<br>16); X, 402, 403<br>(309:6-9); X, S,<br>402, 403 (309:10-<br>310:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |
| | | 28:6 - 28:8 | | 16:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); L (302:14-<br>16, 302:19); X,<br>402, 403, F (306:21-<br>308:1); MIL2<br>(308:10-12, 308:14-<br>16); X, 402, 403<br>(309:6-9); X, S,<br>402, 403 (309:10-<br>310:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 28:9 - 28:18 | | 16:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); L (302:14-<br>16, 302:19); X,<br>402, 403, F (306:21-<br>308:1); MIL2<br>(308:10-12, 308:14-<br>16); X, 402, 403<br>(309:6-9); X, S,<br>310:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | _[handwritten]_ |
| | | 30:6 - 30:16 | | 16:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); L (302:14-<br>16, 302:19); X,<br>402, 403, F (306:21-<br>308:1); MIL2<br>(308:10-12, 308:14-<br>16); X, 402, 403<br>(309:6-9); X, S,<br>310:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | _[handwritten]_ |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 30:21 - 31:3 | | 116:14-20<br>17:17-18:6<br>40:19-41:6<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>16, 302:19). X,<br>402, 403, F (306:21-<br>308:1); MIL2<br>(308:10-12, 308:14-<br>16); X, 402, 403<br>(309:6-9); X, S,<br>402, 403 (309:10-<br>310:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | 62:20-63:6, 63:18-<br>64:5 |
| | | 60:1 - 60:4 | | 16:14-20<br>17:17-18:6<br>58:2-59:7<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>16, 302:19). X,<br>402, 403, F (306:21-<br>308:1); MIL2<br>(308:10-12, 308:14-<br>16); X, 402, 403<br>(309:6-9); X, S,<br>402, 403 (309:10-<br>310:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | 83:18 - 84:13 | | | 80:13-16<br>84:19-85:1<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 852:2-4, 85:15-18<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | *Nu/A1* |
| | | 101:19 - 102:7 | | 16:14-20<br>17:17-18:6<br>105:18-106:11<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); L (302:14-<br>16, 302:19); X,<br>402, 403, F (306:21-<br>308:1); MIL2<br>(308:10-12, 308:14-<br>16); X, 402, 403<br>(309:6-9); X, S,<br>402, 403 (309:10-<br>310:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | F (105:18-106:11) *O/R, S 106:7-1* |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 102:14 - 103:4 | | 16:14-20<br>17:17-18:6<br>105:18-106:11<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); L (302:14-<br>16, 302:19); X,<br>402, 403, F (306:21-<br>308:1); MIL2<br>(308:10-12, 308:14-<br>16); X, 402, 403<br>(309:6-9); X.S,<br>402, 403 (309:10-<br>310:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16)<br>F (105:18-106:11) | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 103:12 - 104:6 | | 16:14-20<br>17:17-18:6<br>105:18-106:11<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); L (302:14-<br>16, 302:19); X,<br>402, 403, F (306:21-<br>308:1); MIL2<br>(308:10-12, 308:14-<br>16); X, 402, 403<br>(309:6-9); X, S,<br>402, 403 (309:10-<br>310:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | F (105:18-106:11)<br>*Na Co 1*<br>*O/K* |

7

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 105:7 - 105:17 | | 16:14-20<br>17:17-18:6<br>105:18-106:11<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); L (302:14-<br>16, 302:19); X,<br>402, 403, F (306:21-<br>308:1); MIL2<br>(308:10-12, 308:14-<br>16); X, 402, 403<br>(309:6-9); X, S,<br>402, 403 (309:10-<br>310:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | *(handwritten notations)* |
| | | | | F (105:18-106:11) | | O/R |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 108:3 - 108:8 | | 16:14-20<br>17:17-18:6<br>105:18-106:11<br>297:10-298:16<br>299:6-300:1<br>302:10-16<br>302:19-303:18<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 300:1); L (302:14-16, 302:19); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-310:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | *[handwritten]* |
| | | 170:2 - 170:13 | | 172:14-20<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | F (105:18-106:11)<br>402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | *[handwritten]* O/R<br>171:7-10<br>O/R; S: 299:1-300:1 |
| | | 170:18 - 171:1 | | 172:14-20<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | *[handwritten check mark]* |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 171:3 - 171:6 | | 172:14-20<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |
| | | 172:2 - 172:13 | | 172:14-20<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |
| | | 174:10 - 174:14 | F; H; 403  *O/R* | 178:17-20<br>179:1-4<br>181:12-182:13<br>183:8-13 | 181:12-182:13,<br>183:8-13 (801/802,<br>F) F, X, L (for pages<br>297+ only) | 182:18-183:4 |
| | | 174:22 - 175:4 | F; H; 403  *O/R* | 178:17-20<br>179:1-4<br>181:12-182:13<br>183:8-13<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16)<br>F, 801/802 (181:12-<br>182:13, 183:8-13) | |

*Handwritten annotations: "O/R", "O/R; S: 181:15 - 182:13", "O/R; S: 298:30:1"*

10

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | | | 178:17-20<br>179:1-4<br>181:12-182:13<br>183:8-13<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16)<br>F, 801/802 (181:12-<br>182:13, 183:8-13) | |
| | | 177:9 - 178:16 | F; H; 4031 S | 178:17-20<br>179:1-4<br>181:12-182:13<br>183:8-13<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>MIL2 (299:6-<br>300:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16)<br>F, 801/802 (181:12-<br>182:13, 183:8-13) | |
| | | 183:14 - 184:2 | F; H; 403 O/R | 178:17/20<br>179:1-4<br>181:12-182:13<br>183:8-13<br>297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>300:1); L (302:14-<br>16); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |
| | | 195:1 - 195:16 | | 195:7-12<br>299:6-300:1<br>302:10-16<br>310:2-7<br>310:10-16 | 402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); L (302:14-<br>16); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | 202:6-12 |
| | | 195:20 – 197:7 | | 199:7-12<br>299:6-300:1<br>302:10-16<br>310:2-7<br>310:10-16 | 402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); L (302:14-<br>16); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | 202:6-12 |

**Masimo's Proposed Deposition Designations**

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 200:13 – 200:22 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |
| | | 201:6 – 201:19 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |
| | | 201:21 – 202:5 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |
| | | 211:4 – 211:11 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |
| | | 223:5 – 223:12 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1); X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | *[handwritten]* 402, 5:289:16 301 |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 225:7 - 225:15 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1): X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |
| | | 234:10 - 235:3 | F; 403 *O/R* | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1): X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | |
| | | 245:9 - 245:15 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16);<br>402, 403, 801/802,<br>MIL2 (299:6-<br>300:1): X, 801/802,<br>402, 403 (310:6-7,<br>310:10-16) | *O/R; S;<br>299:6 - 300:1* |

13

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 245:18 - 247:9 | | 297:10-298:16<br>299:6-300:1<br>306:21-308:1<br>308:10-12<br>308:14-16<br>309:6-310:7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 402, 403, F (306:21-308:1); MIL2 (308:10-12, 308:14-16); X, 402, 403 (309:6-9); X, S, 402, 403 (309:10-16); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 292:15 - 293:21 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |
| | | 294:20 - 294:22 | | 297:10-298:16<br>299:6-300:1<br>310:2-7<br>310:10-16 | 402, 403 (298:8-16); 402, 403, 801/802, MIL2 (299:6-300:1); X, 801/802, 402, 403 (310:6-7, 310:10-16) | |