# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Title: | Masimo Corporation, et al v. Apple, Inc. |
| Date | April 6, 2023 |

Present: The Honorable  JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Sharon Seffens; Debbie Hino Spaan |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

**Attorneys Present for Plaintiff(s):**
Joseph Re; Stephen Jensen; Sheila Swaroop; Benjamin Katzenellenbogen; Brian Horne; Brian Claasen; Adam Powell; Kendall Loebbaka; Irfan Lateef

**Attorneys Present for Defendant(s):**
Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi/ Nina Garcia; Kenneth Parker

___ Day Court Trial   3rd Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X  Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
X  Witnesses called, sworn, and testified.   X  Exhibits Identified   X  Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  ___ Court pre-instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to  April 7, 2023, at 8:00 a.m.  for further trial/further jury deliberation.

X  Other: The Court orders the courtroom sealed for a portion of witness Joe Kiani's testimony re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court. Defendant's Supplemental brief supporting its Memorandum Regarding Plaintiffs' Disclosures of their Attorney-Client Communications (dkt. #1542) due by Friday, April 7, 2023; Plaintiff's response due by Sunday, April 9, 2023, by 5:00 p.m.

5 : 28

Initials of Deputy Clerk   djl

cc: