MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS SUPPLEMENTAL TRIAL MEMORANDUM REGARDING PLAINTIFFS' DISCLOSURES OF THEIR ATTORNEY-CLIENT COMMUNICATIONS** <br><br> Trial: April 4, 2023 |

| | |
|---|---|
| 1 | JOSEPH J. MUELLER, *pro hac vice* |
|   | joseph.mueller@wilmerhale.com |
| 2 | SARAH R. FRAZIER, *pro hac vice* |
|   | sarah.frazier@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING |
|   |   HALE AND DORR LLP |
| 4 | 60 State Street |
|   | Boston, MA 02109 |
| 5 | Tel.: 617.526.6000 / Fax: 617.526.5000 |
| 6 | NORA Q.E. PASSAMANECK, *pro hac vice* |
|   | nora.passamaneck@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING |
|   |   HALE AND DORR LLP |
| 8 | 1225 Seventeenth Street, Suite 2600 |
|   | Denver, CO 80202 |
| 9 | Tel.: 720.274.3152 / Fax: 720.273.3133 |
| 10 | BRIAN A. ROSENTHAL, *pro hac vice* |
|    | brosenthal@gibsondunn.com |
| 11 | GIBSON, DUNN & CRUTCHER LLP |
|    | 200 Park Avenue |
| 12 | New York, NY 10166-0193 |
|    | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 13 | |
| 14 | KENNETH G. PARKER, SBN 182911 |
|    | ken.parker@haynesboone.com |
| 15 | HAYNES AND BOONE, LLP |
|    | 660 Anton Boulevard, Suite 700 |
| 16 | Costa Mesa, CA 92626 |
|    | Tel.: 650.949.3014 / Fax: 949.202.3001 |
| 17 | |
| 18 | |
| ... | |
| 28 | |

1. Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. requests that the Court grant leave to file under seal Document Regarding Its Supplemental Trial Memorandum Regarding Plaintiffs' Disclosures Of Their Attorney-Client Communications ("Trial Memorandum").

2. As detailed in the accompanying Declaration of Mark D. Selwyn, the redacted portions of Apple's Trial Memorandum quote, reference, or summarize trial testimony of Plaintiffs' witnesses while the courtroom was sealed. The Trial Memorandum also refers to and attaches Exhibit 1 that Plaintiffs have designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order.

3. Accordingly, Apple respectfully requests an order granting leave to file Apple's Trial Memorandum and Exhibit 1 under seal.

Dated: April 8, 2023

Respectfully submitted,

JOSEPH J. MUELLER
MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

By: /s/ Mark D. Selwyn
    Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*