# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

        Plaintiffs,

  v.

APPLE INC.,
a California corporation,

        Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL**

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Supplemental Trial Memorandum Regarding Plaintiffs' Disclosures Of Their Attorney-Client Communications ("Application") under Local Rule 79-5.2.2.  Having considered the Application, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED.  Apple shall file under seal its Supplemental Trial Memorandum Regarding Plaintiffs' Disclosures Of Their Attorney-Client Communications and Exhibit 1.

**IT IS SO ORDERED.**

Dated: _____                             _____

The Hon. James V. Selna
United States District Court Judge