# EXHIBIT 2



4/3/2023

# Masimo's Opening Statement

**Masimo v. Apple**

United States District Court, Central District of California, Southern Division, Case No. 8:20-cv-00048-JVS (JDEx)

PDX1-1

# Apple Seeks Patents Naming Lamego As Inventor

- **January 2014** — Lamego starts at Apple
- **March 2014** — Lamego begins providing patent disclosures
- **August 2014** — Apple begins filing patent applications
- **October 2019** — Masimo sees issued Apple patents
- **January 2020** — Masimo sues Apple

PDX1-52