Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF BARAA KAHF IN SUPPORT OF MASIMO'S OPPOSITION TO APPLE'S TRIAL MEMORANDA REGARDING MASIMO'S ALLEGED DISCLOSURES OF ITS ATTORNEY-CLIENT COMMUNICATIONS**<br><br>Hon. James V. Selna |

I, Baraa Kahf, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court, and Counsel of record for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively "Plaintiffs") in the above-captioned action. I have personal knowledge of the matters set forth herein and, if I am called upon to testify, I could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email that Apple's counsel of record sent to the Court's chambers on Friday April 7, 2023 at 6:05 p.m.

3. Attached hereto as Exhibit 2 **[filed under seal]** is a true and correct copy of Plaintiffs' Supplemental Responses to Apple's Interrogatories Nos. 11 and 23 that Masimo served on March 10, 2021.

4. Attached hereto as Exhibit 3 **[filed under seal]** is a true and correct copy of the September 23, 2022 deposition transcript of Mohamed Diab.

5. Attached hereto as Exhibit 4 **[filed under seal]** is a true and correct copy of Apple's Third Supplemental Privilege Log Pursuant to Plaintiffs' Requests for Production Nos. 257-258, dated July 15, 2022.

6. Attached hereto as Exhibit 5 is a true and correct copy of an April 7, 2023 article published in Law 360 titled Masimo Co-Founder Hazy on Co.'s Claims In $3.1B Apple Suit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 9, 2023 at Irvine, California.

/s/ Baraa Kahf

57065486

-1-