# EXHIBIT 1

| | |
|---|---|
| **From:** | Frazier, Sarah |
| **To:** | JVSChambers |
| **Cc:** | Selwyn, Mark; Mueller, Joseph; Sprankling, Thomas; Wigmore, Amy; Amadi, Brittany; Kendall Loebbaka; Passamaneck, Nora Q.E.; Garcia, Nina; Joe Re; Steve Jensen; Stephen Larson; Lerner, Joshua; Adam Powell; Ben Katzenellenbogen |
| **Subject:** | 8:20-cv-00048-JVS-JDE: Masimo Corporation et al v. Apple Inc. - Supplemental Trial Brief |
| **Date:** | Friday, April 7, 2023 06:05:25 PM |
| **Attachments:** | image001.png |

Dear Chambers,

Apple has been working on its supplemental brief regarding Plaintiffs' selective disclosures of attorney-client privileged communications and additional references to the role of lawyers as discussed with the Court. However, preparation of that brief is taking longer than anticipated, including because continued disclosures were made during today's testimony for which Apple does not yet have the transcripts. Apple will submit its supplement as soon as it is able tomorrow.

Respectfully,
Sarah Frazier

---

**From:** JVSChambers <JVS_Chambers@cacd.uscourts.gov>
**Sent:** Tuesday, April 4, 2023 12:32 PM
**To:** Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Cc:** Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Mueller, Joseph <Joseph.Mueller@wilmerhale.com>; Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; Amadi, Brittany <Brittany.Amadi@wilmerhale.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Garcia, Nina <Nina.Garcia@wilmerhale.com>; Joe Re <Joe.Re@knobbe.com>; Steve Jensen <Steve.Jensen@knobbe.com>; Stephen Larson <Stephen.Larson@knobbe.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; Adam Powell <Adam.Powell@knobbe.com>; Ben Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Subject:** RE: 8:20-cv-00048-JVS-JDE: Masimo Corporation et al v. Apple Inc. - TENTATIVE

**EXTERNAL SENDER**

Dear Ms. Loebbaka,

Thank you for the reminder. I was waiting until the MO was docketed.

My apologies.

Deb Lewman for Elsa Vargas

Exhibit 1

**From:** Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>
**Sent:** Monday, April 3, 2023 5:14 PM
**To:** JVSChambers <JVS_Chambers@cacd.uscourts.gov>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Cc:** Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Mueller, Joseph <Joseph.Mueller@wilmerhale.com>; Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; Amadi, Brittany <Brittany.Amadi@wilmerhale.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Garcia, Nina <Nina.Garcia@wilmerhale.com>; Joe Re <Joe.Re@knobbe.com>; Steve Jensen <Steve.Jensen@knobbe.com>; Stephen Larson <Stephen.Larson@knobbe.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; Adam Powell <Adam.Powell@knobbe.com>; Ben Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Subject:** RE: 8:20-cv-00048-JVS-JDE: Masimo Corporation et al v. Apple Inc. - TENTATIVE

==CAUTION - EXTERNAL:==

Dear Ms. Lewman,

The Court has entered Dkt. 1516 as a sealed minute order on lost profits.  We have not received and are unable to retrieve this minute order.  We respectfully request a copy of the sealed order if it is available.

Best regards,
Kendall

**Kendall Loebbaka**
Partner
949-721-7687  Direct
**Knobbe** Martens

---

**From:** JVSChambers <JVS_Chambers@cacd.uscourts.gov>
**Sent:** Thursday, March 30, 2023 9:27 AM
**To:** Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Cc:** Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Mueller, Joseph <Joseph.Mueller@wilmerhale.com>; Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; Amadi, Brittany <Brittany.Amadi@wilmerhale.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Garcia, Nina <Nina.Garcia@wilmerhale.com>; Joe Re <Joe.Re@knobbe.com>; Steve Jensen <Steve.Jensen@knobbe.com>; Stephen Larson <Stephen.Larson@knobbe.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; Adam Powell

Exhibit 1

<Adam.Powell@knobbe.com>; Ben Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Subject:** 8:20-cv-00048-JVS-JDE: Masimo Corporation et al v. Apple Inc. - TENTATIVE

Good afternoon,

Please find attached an under seal tentative in preparation for Monday, April 3, 2023 hearing at 1:30 p.m.

Best,

Elsa Vargas

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Exhibit 1