**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER ON APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING MASIMO'S OPPOSITION TO APPLE'S TRIAL MEMORANDUM** |

Having considered Masimo's Application for Leave to File Under Seal Documents Regarding Masimo's Application to File Under Seal Documents Regarding Masimo's Opposition to Apple's Trial Memorandum, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal Masimo's Opposition to Apple's Trial Memoranda Regarding Masimo's Alleged Disclosures of its Attorney-Client Communications, and Exhibits 2-4 attached to the Baraa Kahf Declaration.

DATED: _____   _____

The Honorable James V. Selna
United States District Judge