FILED
CLERK, U.S. DISTRICT COURT
4/10/23
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Masimo Corporation, et al,

    Plaintiff(s),

v.

Apple, Inc.,

    Defendant(s).

SACV 20-00048-JVS(JDEx)

**COURT'S RULINGS RE DEPOSITIONS**

Masimo's Proposed Deposition Designations

Reviewed 4.10.23

O/R = overruled

JVS

| Witness | Exhibit | Apple's Objections |
|---|---|---|
| Aditya Dua | JTX 1802 (Depo. Ex. No. 96) | IR; 403 O/R |
| | JTX 1804 (Depo. Ex. No. 98) | IR; 403 O/R |

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Aditya Dua | February 16, 2022 | 7:12 - 7:13 | | | | |
| | | 13:14 - 13:17 | | | | |
| | | 19:14 - 19:17 | | | | |
| | | 52:11 - 52:15 | IR; 403 O/R | 52:16-53:9<br>60:9-12<br>62:14-20<br>69:11-17<br>69:19-22 | | 53:10-15 |

1

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 54:19 - 55:9 | IR; 403 O/R | 52:16-53:9<br>60:9-12<br>62:14-20<br>69:11-17<br>69:19-22<br>160:20-161:1<br>161:3-5<br>161:7-9<br>161:12-18 | | |
| | | 58:13 - 59:5 | IR O/R | 52:16-53:9<br>60:9-1262:14-20<br>69:11-17<br>69:19-22<br>160:20-161:1<br>161:3-5<br>161:7-9<br>161:12-18 | | |

2

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 104:18 - 104:20 | IR403 O/R | 52:16-53:9<br>60:9-12<br>62:14-20<br>69:11-17<br>69:19-22<br>107:3-9<br>160:20-161:1<br>161:3-5<br>161:7-9<br>161:12-18 | | |
| | | 105:4 - 107:2 | IR; 403 O/R | 52:16-53:9<br>60:9-12<br>62:14-20<br>69:11-17<br>69:19-22<br>107:3-9<br>160:20-161:1<br>161:3-5<br>161:7-9<br>161:12-18 | | |
| | | 112:18 - 113:8 | IR O/R | | | |
| | | 113:16 - 113:17 | IR; 403 O/R | -- | | |

3

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 113:19 - 113:21 | IR; 403 O/R | 52:16-53:9<br>60:9-12<br>62:14-20<br>69:11-17<br>69:19-22<br>160:20-161:1<br>161:3-5<br>161:7-9<br>161:12-18 | | |

4

Masimo's Proposed Deposition Designations

Received 4-10-23
O/R = overruled
S = sustained
JVS

| Witness | Exhibit | Apple's Objections |
|---|---|---|
| Chinsan Han | JTX 421 | MIL; Discovery Document  S |
| | JTX 422 | IR; 403  O/R |
| | JTX 423 | IR; 403  O/R |
| | JTX 425 | IR; 403  O/R |
| | JTX 427 | IR; 403  O/R |
| | JTX 428 | IR; 403  O/R |

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Chinsan Han | August 18, 2022 | 8:2 - 8:4 | | | | |
| | | 8:17 - 9:2 | | | | |
| | | 11:6 - 11:17 | | | | |
| | | 12:19-20 | MIL; Discovery document | | | |

1

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 13:9 – 14:13 | 403, IR  O/R | | | |
| | | 59:8 - 59:19 | 403, IR  O/R | 17:18-21; 18:2-7; 20:3-20:8; 71:2-8; 71:12-72:1; 73:12-16; 79:20-80:13; 220:15-20; 221:14-18; 221:20-222:9 | | |
| | | 61:10 - 61:19 | 403, IR, F  O/R | 17:18-21; 18:2-7; 20:3-20:8; 71:2-8; 71:12-72:1; 73:12-16; 79:20-80:13; 220:15-20; 221:14-18; 221:20-222:9 | | |
| | | 74:16 - 74:22 | 403, IR  O/R | 71:2-8; 71:12-72:1; 73:12-16; 79:20-80:13; 220:15-20; 221:14-18; 221:20-222:9 | | |
| | | 83:21 - 83:22 | IR; 403  O/R | | | |
| | | 84:18 - 84:21 | IR; 403  O/R | | | |
| | | 96:1 - 96:5 | 403, IR  O/R | 71:2-8; 73:12-16; 79:20-80:13 | | |
| | | 96:6 - 96:8 | 403, IR  O/R | 71:2-8; 73:12-16; 79:20-80:13 | | |
| | | 97:4 - 97:6 | 403, IR  O/R | | | |

2

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 98:15 – 99:8 | 403, IR  O/R | | | |
| | | 103:15 - 103:17 | 403, IR  O/R | | | |
| | | 105:12 - 105:16 | IR, 403  O/R | | | |
| | | 105:21 - 106:2 | IR, 403  O/R | | | |
| | | 106:20 - 107:2 | IR, 403  O/R | 107:9-108:3 | | |
| | | 109:6 - 109:8 | IR, 403  O/R | 69:13-70:6; 71:2-8; 73:12-16; 79:20-80:13; 81:10-82:3; | | |
| | | 109:14 - 109:16 | IR, 403  O/R | 69:13-70:6; 71:2-8; 73:12-16; 79:20-80:13; 81:10-82:3; | | |
| | | 112:1 - 112:12 | IR, 403  O/R | 69:13-70:6; 71:2-8; 73:12-16; 79:20-80:13; | | |
| | | 116:12 – 116:15 | IR, 403  O/R | 122:22-123:2; 123:4-19; 123:22-124:4 | | |
| | | 116:18 - 117:1 | IR, 403  O/R | 122:22-123:2; 123:4-19; 123:22-124:4 | | |
| | | 143:21 - 144:2 | | | | |
| | | 144:6 - 144:14 | | | | |

3

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 144:20 - 145:9 | | | | |
| | | 145:17 - 145:18 | | | | |
| | | 145:20 - 146:5 | | | | |
| | | 170:4 - 170:8 | | | | |
| | | 170:21 - 171:9 | | | | |
| | | 172:12 - 172:19 | | | | |
| | | 173:14 - 173:16 | | | | |
| | | 173:19 - 174:1 | | | | |
| | | 177:1 - 177:14 | | 175:11-14; 176:18-22 | | |
| | | 181:21 - 182:3 | | | | |
| | | 182:6 | | | | |
| | | 182:9 - 183:7 | | | | |

4

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations | Apple's Counter-Counter Objections |
|---|---|---|---|---|---|---|---|
| Jill Wroblewski and Aaron Lobbestael (Nonin) | September 15, 2022 | 5:20 - 5:22 | | | | | |
| | | 7:15 - 7:24 | | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3 | | | |
| | | 8:6 – 8:9 | | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3 | | | |
| | | 157:12 – 159:6 | | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3<br>160:9-12<br>160:14-19 | | 159:17-19, 159:21-24 | |
| | | 159:10 – 159:13 | | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3<br>160:9-12<br>160:14-19 | | 159:17-19, 159:21-24 | |

Reviewed 4.10.23    1    O/R = sew but JVS

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations | Apple's Counter-Counter Objections |
|---|---|---|---|---|---|---|---|
| | | | | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3<br>160:9-12<br>160:14-19 | | 159:17-19, 159:21-24 | |
| | | 160:9 - 160:12 | | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3<br>160:9-12<br>160:14-19 | | | |
| | | 160:14 - 161:3 | | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3<br>160:9-12<br>160:14-19 | | 159:17-19, 159:21-24 | |
| | | 161:5 - 162:7 | H O/R | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3<br>160:9-12<br>160:14-19 | | 159:17-19, 159:21-24 | |
| | | 162:9 - 11 | H O/R | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3<br>160:9-12<br>160:14-19 | | 159:17-19, 159:21-24 | |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations | Apple's Counter-Counter Objections |
|---|---|---|---|---|---|---|---|
| | | 164:13 - 164:15 | H O/R | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3<br>160:9-12<br>160:14-19 | | 159:17-19, 159:21-24 | |
| | | 165:9 – 166:3 | H O/R | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3<br>160:9-12<br>160:14-19 | | 159:17-19, 159:21-24 | |
| | | 166:5 - 166:11 | | 8:10-11<br>8:18-20<br>47:20-21<br>47:24-48:3<br>160:9-12<br>160:14-19 | | 159:17-19, 159:21-24 | |
| | | 179:5 - 179:7 | | | | | |
| | | 179:14 – 179:21 | | | | | |
| | | 195:10 - 195:20 | | | | | |
| | | 195:22 - 196:4 | | | | | |

3

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations | Apple's Counter-Counter Objections |
|---|---|---|---|---|---|---|---|
| | | 196:6 - 196:7 | | | | | |

4