MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF THOMAS SPRANKLING IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS SUPPLEMENTAL TRIAL MEMORANDUM REGARDING PLAINTIFFS' DISCLOSURES OF THEIR ATTORNEY-CLIENT COMMUNICATIONS**<br><br>Trial: April 4, 2023 |

Sprankling Decl. ISO Apple's Reply In Support Of Its Supplemental Trial Memorandum
Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

| | |
|---|---|
| 1 | JOSEPH J. MUELLER, *pro hac vice* |
| 2 | joseph.mueller@wilmerhale.com |
|   | SARAH R. FRAZIER, *pro hac vice* |
| 3 | sarah.frazier@wilmerhale.com |
|   | WILMER CUTLER PICKERING |
| 4 |   HALE AND DORR LLP |
|   | 60 State Street |
| 5 | Boston, MA 02109 |
|   | Tel.: 617.526.6000 / Fax: 617.526.5000 |
| 6 |   |
|   | NORA Q.E. PASSAMANECK, *pro hac vice* |
| 7 | nora.passamaneck@wilmerhale.com |
|   | WILMER CUTLER PICKERING |
| 8 |   HALE AND DORR LLP |
|   | 1225 Seventeenth Street, Suite 2600 |
| 9 | Denver, CO 80202 |
|   | Tel.: 720.274.3152 / Fax: 720.273.3133 |
| 10 |   |
|   | BRIAN A. ROSENTHAL, *pro hac vice* |
| 11 | brosenthal@gibsondunn.com |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 12 | 200 Park Avenue |
|   | New York, NY 10166-0193 |
| 13 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 14 | KENNETH G. PARKER, SBN 182911 |
|    | Ken.parker@haynesboone.com |
| 15 | HAYNES AND BOONE, LLP |
|    | 660 Anton Boulevard, Suite 700 |
| 16 | Costa Mesa, CA 92626 |
|    | Tel.: 650.949.3014 / Fax: 949.202.3001 |

I, Thomas Sprankling, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Reply In Support Of Its Supplemental Trial Memorandum Regarding Plaintiffs' Disclosures Of Their Attorney-Client Communications.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 3 (filed under seal)** is a true and correct copy of the deposition of Jeroen Poeze, which was conducted on January 24, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of April 2023.

By: _____
Thomas G. Sprankling

Sprankling Decl. ISO Apple's Reply In Support Of Its Supplemental Trial Memorandum
1
Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP