FILED
CLERK, U.S. DISTRICT COURT
4/11/23
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_eva\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Masimo Corporation, et al,

        Plaintiff(s),

        v.

Apple, Inc.,

        Defendant(s).

SACV 20-00048-JVS(JDEx)

**ORDER RE COURT'S RULINGS ON DEPOSITIONS**

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Jack Fu | June 14, 2022 | 7:19 - 7:22 | | | | |
| | | 16:5 - 16:8 | | | | |
| | | 16:13 - 16:19 | | | | |
| | | 26:14-26:21 | | | | |
| | | 101:4 - 101:14 | | | | |
| | | 104:16 - 105:2 | | | | |
| | | 113:21 - 114:3 | | 108:17-109:4;; 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |
| | | 114:7 - 114:12 | | 108:17-109:4; 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) per above | 161:8-21 |

Reviewed 4.10.23
O/R = overruled    JVS

1

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 114:19 - 115:7 | | ; 108:17-109:4; 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |
| | | 115:17 - 116:8 | | 108:17-109:4; 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |
| | | 116:10 - 116:12 | | 108:17-109:4; 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 121:11 - 121:18 | | 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |
| | | 122:10 - 122:13 | | 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |
| | | 122:17 - 123:10 | | 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |
| | | 124:2 - 124:7 | | 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | | | 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) *OR* | 161:8-21 |
| | | 124:14 - 124:21 | | | | |
| | | | | 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) *O/R* | 161:8-21 |
| | | 125:10 - 126:2 | | | | |
| | | | | 127:22-128:06; 129:16-130:4; 132:11-133:13; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) *O,R* | 161:8-21 |
| | | 130:9 - 130:11 | | | | |
| | | | | 127:22-128:06; 129:16-130:4; 132:11-133:13; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) *70* | 161:8-21 |
| | | 131:10 - 132:10 | | | | |

4

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | | | 127:22-128:06; 129:16-130:4; 143:5-143:11; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |
| | | 140:13-140:15 | | 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |
| | | 147:2 - 147:5 | | 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |
| | | 147:11 - 148:3 | | 127:22-128:06; 129:16-130:4; 155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15; 185:21-186:07; 186:18-22 | Outside scope of direct designation (155:17-20; 156:2, 156:14-158:21; 159:4-12; 159:20-160:15) O/R | 161:8-21 |
| | | 154:16 - 155:5 | | | | |

5

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Divya Nag | August 24, 2022 | 9:15 - 9:16 | | | | |
| | | 11:7 - 11:8 | | 11:9-17 | | |
| | | 12:12 - 12:19 | | 13:18-19 | | |
| | | 88:1 - 88:10 | VA; F O/R | | | |
| | | 133:17 - 133:19 | | | | |
| | | 136:1 - 137:4 | | | | |
| | | 138:15 - 139:5 | | | | |
| | | 142:17 - 143:6 | | | | |
| | | 143:15 - 144:2 | | | | |
| | | 144:10 - 144:15 | | 145:16-21; 156:10-22; 157:1-3 | | |
| | | 145:11 - 145:15 | | | | |

Reviewed 4.11.23
O/R = overruled
JVS

1

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Alexander Kanaris | August 12, 2022 | 7:21 - 8:2 | | | | |
| | | 8:13 - 9:14 | | | | |
| | | 10:15 - 11:3 | | | | |
| | | 11:21 - 12:3 | | 12:4-19 | | 12:20-13:2 |
| | | 14:1 - 14:3 | | 12:4-19 | | 12:20-13:2 |
| | | 14:12 - 14:13 | | 12:4-19 | | 12:20-13:2 |
| | | 15:2 - 15:3 | | 12:4-19 | | 12:20-13:2 |
| | | 15:5 - 15:9 | | 12:4-19 | | 12:20-13:2 |
| | | 18:17 - 18:19 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) S | |
| | | 18:21 - 19:2 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) S | |
| | | 22:22 – 23:3 | | | | |
| | | 23:11 – 23:17 | | | | |
| | | 24:3 – 24:19 | | | | |

Reviewed X.11.23
S = Sustained
✓ 65

1

Masimo's Proposed Deposition Designations

| Witness | Date | Plaintiffs' Direct Designations | Apple's Objections | Apple's Counter-Designations | Plaintiffs' Objections | Plaintiffs' Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 24:21 – 24:22 | | 25:13-26:4, 26:12-21, 66:20-67:21, 68:1-69:5 | S (68:11-22) S (25:13-26:1) | |
| | | 25:2 - 25:11 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |
| | | 27:19 - 28:7 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |
| | | 29:10 - 30:9 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |
| | | 30:14 - 30:18 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |
| | | 30:20 - 31:3 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |
| | | 31:5 - 31:12 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |
| | | 37:4 - 38:8 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |
| | | 41:4 - 41:6 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |
| | | 41:8 - 41:8 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |
| | | 48:1 - 48:5 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |
| | | 48:8 - 48:17 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |
| | | 55:4 - 55:16 | | 66:20-67:21, 68:1-69:5 | S (68:11-22) | |

2