Wilmer Cutler Pickering Hale and Dorr LLP

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL [1555]** |

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Supplemental Trial Memorandum Regarding Plaintiffs' Disclosures Of Their Attorney-Client Communications ("Application") under Local Rule 79-5.2.2.  Having considered the Application, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED.  Apple shall file under seal its Supplemental Trial Memorandum Regarding Plaintiffs' Disclosures Of Their Attorney-Client Communications and Exhibit 1.

**IT IS SO ORDERED.**

Dated: April 11, 2023

_____
The Hon. James V. Selna
United States District Judge