IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL MASIMO'S UNJUST ENRICHMENT CALCULATION FOR APPLE WATCH SERIES 1-5 AND SE [1569]** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Masimo's Unjust Enrichment Calculation for Apple Watch Series 1-5 and SE, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) Portions of Masimo's Unjust Enrichment Calculation for Apple Watch Series 1-5 and SE; and

(2) Exhibit 1 to the Declaration of Mark Kachner.

DATED: April 11, 2023

_____
The Honorable James V. Selna
United States District Judge

57436147