# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Date | April 11, 2023 |
| Title: | Masimo Corporation, et al v. Apple, Inc. |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens / Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Joseph Re; Stephen Jensen; Sheila Swaroop; Benjamin Katzenellenbogen; Brian Horne; Brian Claasen; Adam Powell; Kendall Loebbaka; Irfan Lateef

**Attorneys Present for Defendant(s):**
Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi/ Nina Garcia; Kenneth Parker

_____ Day Court Trial       6th Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   X  Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
  X   Witnesses called, sworn, and testified.   X  Exhibits Identified   X  Exhibits admitted.
_____ Plaintiff(s) rest.         _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court pre-instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
_____ Case continued to  April 12, 2023, at 8:30 a.m.  for further trial/further jury deliberation.
  X   Other:  The Court orders the courtroom sealed for a portion of witness Robert Palmatier's testimony re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court.

                                                                  5  :  50

Initials of Deputy Clerk    eva

cc: