# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS RESPONSE TO PLAINTIFFS' PURPORTED UNJUST ENRICHMENT CALCULATION FOR APPLE WATCH SERIES 1-5 AND SE [1578]** |

This matter is before the Court pursuant to Apple's Application To File Under Seal Its Response To Plaintiffs' Purported Unjust Enrichment Calculation For Apple Watch Series 1-5 And SE ("Application").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal its Response To Plaintiffs' Purported Unjust Enrichment Calculation For Apple Watch Series 1-5 And SE and Exhibits A-C.

**IT IS SO ORDERED.**

Dated: April 12, 2023

_____
The Hon. James V. Selna
United States District Judge