# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Date | April 12, 2023 |
| Title: | Masimo Corporation, et al v. Apple, Inc. |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens / Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

**Attorneys Present for Plaintiff(s):**
Joseph Re; Stephen Jensen; Sheila Swaroop; Benjamin Katzenellenbogen; Brian Horne; Brian Claasen; Adam Powell; Kendall Loebbaka; Irfan Lateef

**Attorneys Present for Defendant(s):**
Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi/ Nina Garcia; Kenneth Parker

\_\_\_\_\_ Day Court Trial   7th Day Jury Trial

\_\_\_\_\_ One day trial:   \_\_\_\_\_ Begun (1st day);   X Held & continued;   \_\_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_\_ Opening statements made by

X Witnesses called, sworn, and testified.   X Exhibits Identified   X Exhibits admitted.

\_\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_\_ Defendant(s) rest.

\_\_\_\_\_ Closing arguments made by   \_\_\_\_\_ plaintiff(s)   \_\_\_\_\_ defendant(s).   \_\_\_\_\_ Court pre-instructs jury.

\_\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_\_ Jury retires to deliberate.   \_\_\_\_\_ Jury resumes deliberations.

\_\_\_\_\_ Jury Verdict in favor of   \_\_\_\_\_ plaintiff(s)   \_\_\_\_\_ defendant(s) is read and filed.

\_\_\_\_\_ Jury polled.   \_\_\_\_\_ Polling waived.

\_\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_\_ Filed jury notes.   \_\_\_\_\_ Filed jury instructions.

\_\_\_\_\_ Judgment by Court for   \_\_\_\_\_ plaintiff(s)   \_\_\_\_\_ defendant(s).

\_\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_\_ plaintiff(s)   \_\_\_\_\_ defendant(s).

\_\_\_\_\_ Case submitted.   Briefs to be filed by

\_\_\_\_\_ Motion to dismiss by \_\_\_\_\_ is \_\_\_\_\_ granted.   \_\_\_\_\_ denied.   \_\_\_\_\_ submitted.

\_\_\_\_\_ Motion for mistrial by \_\_\_\_\_ is \_\_\_\_\_ granted.   \_\_\_\_\_ denied.   \_\_\_\_\_ submitted.

\_\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_\_ is \_\_\_\_\_ granted.   \_\_\_\_\_ denied.   \_\_\_\_\_ submitted.

\_\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

\_\_\_\_\_ Case continued to   April 13, 2023, at 8:30 a.m.   for further trial/further jury deliberation.

X Other:   The Court orders the courtroom sealed for a portion of witness Robert Palmatier and Vijay Madisetti's testimony re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court.

5 : 56

Initials of Deputy Clerk   eva

cc: