# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Title: | Masimo Corporation, et al v. Apple, Inc. |
| Date | April 14, 2023 |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens / Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Joseph Re; Stephen Jensen; Sheila Swaroop; Benjamin Katzenellenbogen; Brian Horne; Brian Claasen; Adam Powell; Kendall Loebbaka; Irfan Lateef

**Attorneys Present for Defendant(s):**
Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi/ Nina Garcia; Kenneth Parker

\_\_\_ Day Court Trial     9th Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   X Held & continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by
X Witnesses called, sworn, and testified.   X Exhibits Identified   X Exhibits admitted.
\_\_\_ Plaintiff(s) rest.                    \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court pre-instructs jury.
\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for _____   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to   April 18, 2023, at 8:30 a.m.   for further trial/further jury deliberation.
X Other:   The Court orders the courtroom sealed for a portion of witness Michael O'reilly's testimony re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court.

4 : 40

Initials of Deputy Clerk   eva

cc: