# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENT REGARDING ITS OPPOSITION TO PLAINTIFFS' TRIAL MEMORANDUM REGARDING APPLE OPENING THE DOOR TO PREVIOUSLY EXCLUDED EVIDENCE REGARDING APPLE'S HIRING**<br><br>Trial: April 4, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Document Regarding Its Opposition to Plaintiffs' Trial Memorandum Regarding Apple Opening The Door To Previously Excluded Evidence Regarding Apple's Hiring.

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal Exhibit 1.

**IT IS SO ORDERED.**

Dated: _____

The Hon. James V. Selna
United States District Court Judge