# EXHIBIT 2

# Tom Designations - 2023.04.10

Designation List Report

| | | |
|---|---|---|
| 👤 | **Tom, David** | **2022-08-11** |

| | |
|---|---:|
| Masimo Direct Designations | 00:04:55 |
| Apple Counter-Designations | 00:01:21 |
| **TOTAL RUN TIME** | **00:06:16** |

📄 Documents linked to video:
263
320



ID: v372

Exhibit 2
Page 1

v372 - Tom Designations - 2023.04.10

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 5:20 - 6:01 | **Tom, David 2022-08-11** | 00:00:09 | v372.1 |
| | 5:20   Q.  Good morning, sir.  Can you please spell | | |
| | 5:21         your name for the record? | | |
| | 5:22   A.  First name David, D-A-V-I-D, last name | | |
| | 6:01         Tom, T-O-M. | | |
| 6:17 - 6:18 | **Tom, David 2022-08-11** | 00:00:04 | v372.2 |
| | 6:17   Q.  Let's pull up our first | | |
| 🔗 263.1 | 6:18         exhibit.  This is going to be Tab 1. | | |
| 7:01 - 7:05 | **Tom, David 2022-08-11** | 00:00:12 | v372.3 |
| | 7:01         For the record, this is a document that's | | |
| | 7:02         been previously marked as Hoteling Exhibit 263.  The | | |
| | 7:03         Bates number is APL-MAS_01853759. | | |
| | 7:04         (Whereupon, Exhibit 263 was presented | | |
| | 7:05         to the witness.) | | |
| 8:16 - 8:16 | **Tom, David 2022-08-11** | 00:00:03 | v372.4 |
| | 8:16   Q.  Do you recognize this document? | | |
| 8:20 - 9:01 | **Tom, David 2022-08-11** | 00:00:14 | v372.5 |
| | 8:20         I do. | | |
| | 8:21   Q.  What is this document? | | |
| | 8:22   A.  It -- this looks like a PDF of a slide | | |
| | 9:01         presentation regarding Project Everest. | | |
| 9:15 - 9:20 | **Tom, David 2022-08-11** | 00:00:19 | v372.6 |
| | 9:15   Q.  Why is this presentation entitled Project | | |
| | 9:16         Everest? | | |
| | 9:17   A.  That's the code name for the project. | | |
| | 9:18   Q.  For what project? | | |
| | 9:19   A.  This was a project to discuss whether and | | |
| | 9:20         how we might engage with Masimo. | | |
| 11:09 - 12:06 | **Tom, David 2022-08-11** | 00:00:59 | v372.7 |
| | 11:09  Q.  Who created this presentation? | | |
| | 11:10  A.  This presentation was created by one of my | | |
| | 11:11        teams. | | |
| | 11:12  Q.  And who wrote -- you reference -- did you | | |
| | 11:13        say "teams" plural? | | |
| | 11:14  A.  I did. | | |
| | 11:15  Q.  And what teams are those? | | |
| | 11:16  A.  In what time frame? | | |
| | 11:17  Q.  The time frame of this document, | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 11:18 | October 2013. | | |
| | 11:19 | A. Okay. In that time frame, it was a | | |
| | 11:20 | teams -- singular. It was a team called the | | |
| | 11:21 | strategic deals team. | | |
| | 11:22 | Q. And what was the purpose of the strategic | | |
| | 12:01 | deals team? | | |
| | 12:02 | A. The purpose of the strategic deals team at | | |
| | 12:03 | that time was to help Apple engage with third | | |
| | 12:04 | parties to form strategic partnerships, technology | | |
| | 12:05 | licenses, commercial arrangements to support the | | |
| | 12:06 | development of our -- of our products. | | |
| 21:08 - 22:04 | **Tom, David 2022-08-11** | | 00:01:00 | v372.8 |
| | 21:08 | Q. All right. So you said this -- this slide | | |
| | 21:09 | presentation was presented at some presentation. | | |
| | 21:10 | Do you remember that? | | |
| | 21:11 | A. I do. | | |
| | 21:12 | Q. What presentation was this slide deck | | |
| | 21:13 | presented at? | | |
| | 21:14 | A. What presentation? | | |
| | 21:15 | Q. Yeah. Was it a meeting? | | |
| | 21:16 | A. It was a meeting. | | |
| | 21:17 | Q. Okay. And who attended that meeting? | | |
| | 21:18 | A. Again, given how long ago it was, I don't | | |
| | 21:19 | have a comprehensive knowledge of all the attendees | | |
| | 21:20 | at that meeting. I do remember being there myself. | | |
| | 21:21 | Vignesh Loganthan was there. Robin Goldstein, who | | |
| | 21:22 | was a lawyer from Apple was there. And we were | | |
| | 22:01 | presenting to Jeff Williams, and so he was there. I | | |
| | 22:02 | believe Steve Hotelling was there and Myra Haggerty. | | |
| | 22:03 | But beyond those names, I -- I -- I can't be | | |
| | 22:04 | certain. | | |
| 28:10 - 28:16 | **Tom, David 2022-08-11** | | 00:00:20 | v372.9 |
| | 28:10 | Q. At the presentation, were any discus- -- | | |
| | 28:11 | or any decisions made as to how to proceed with | | |
| | 28:12 | Masimo? | | |
| | 28:13 | A. No, not that I can recall. | | |
| | 28:14 | Q. Were any other discus- -- any other | | |
| | 28:15 | decisions made at the -- at the meeting? | | |
| | 28:16 | A. No, not that I can recall. | | |
| 29:02 - 29:03 | **Tom, David 2022-08-11** | | 00:00:05 | v372.10 |

v372 - Tom Designations - 2023.04.10

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 29:02  Q.  What happened with respect to Project | | v372.10 |
| | 29:03      Everest after the meeting? | | |
| 29:05 - 29:11 | **Tom, David 2022-08-11** | 00:00:26 | v372.11 |
| | 29:05      THE WITNESS:  What -- if I understood your | | |
| | 29:06      question, "What happened to Project Everest after | | |
| | 29:07      the meeting?" to mean what happened to the | | |
| | 29:08      discussion around engaging with Masimo in -- in a | | |
| | 29:09      commercial partnership of some sort, as best I can | | |
| | 29:10      recall, nothing happened that I was a part of after | | |
| | 29:11      that. | | |
| 29:19 - 29:21 | **Tom, David 2022-08-11** | 00:00:09 | v372.12 |
| | 29:19  Q.  After the meeting, did | | |
| | 29:20      anything else happen that was related in any way to | | |
| | 29:21      that Project Everest? | | |
| 30:01 - 30:06 | **Tom, David 2022-08-11** | 00:00:22 | v372.13 |
| | 30:01      THE WITNESS:  I -- I can't answer that | | |
| | 30:02      more broadly because I don't know what else may have | | |
| | 30:03      happened with it.  But for me and my team, we didn't | | |
| | 30:04      have any subsequent presentations that we made on | | |
| | 30:05      Project Everest.  There were no additional requests | | |
| | 30:06      to -- to do more work on Project Everest. | | |
| 32:10 - 32:16 | **Tom, David 2022-08-11** | 00:00:24 | v372.14 |
| | 32:10  Q.  Do you recall any discussions about | | |
| | 32:11      Cercacor after this presentation? | | |
| | 32:12  A.  In my memory, we don't really distinguish | | |
| | 32:13      between Masimo and Cercacor, so it's quite possible, | | |
| | 32:14      in the discussion I mentioned previously, that the | | |
| | 32:15      term "Masimo" or "Cercacor" was used, but I can't | | |
| | 32:16      recall specifically. | | |
| 45:22 - 45:22 | **Tom, David 2022-08-11** | 00:00:05 | v372.15 |
| | 45:22      MR. POWELL:  All right.  Let's pull up | | |
| 46:01 - 46:04  🔗 320.1 | **Tom, David 2022-08-11** | 00:00:16 | v372.16 |
| | 46:01      Tab 2.  For the record, we will mark this as | | |
| | 46:02      Exhibit 320.  This is APL-MAS_01896101. | | |
| | 46:03      (Whereupon, Exhibit 320 was marked for | | |
| | 46:04      identification.) | | |
| 46:05 - 47:07 | **Tom, David 2022-08-11** | 00:01:09 | v372.17 |
| | 46:05      BY MR. POWELL: | | |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 46:06 | Q. | Do you recognize this document? | | |
| | 46:07 | A. | I recognize it as an email. | | |
| | 46:08 | Q. | So this was an email sent to you? | | |
| | 46:09 | A. | That's what it looks like, yes. | | |
| | 46:10 | Q. | On September 18th, 2013? | | |
| | 46:11 | A. | Right. | | |
| | 46:12 | Q. | By Valentina Marzorati? | | |
| | 46:13 | A. | Yes. | | |
| | 46:14 | Q. | Subject line is Project Everest? | | |
| | 46:15 | A. | It is. | | |
| | 46:16 | Q. | Do you have any reason to doubt the | | |
| | 46:17 | | authenticity of this document? | | |
| | 46:18 | A. | I don't. | | |
| | 46:19 | Q. | All right. Can we scroll down to the | | |
| 🔗 320.2 | 46:20 | | second page? This is an email from you. It states: | | |
| | 46:21 | | "I'd like to chat with you about Project Everest, | | |
| | 46:22 | | our code name for the Masimo project. Please let us | | |
| | 47:01 | | know if you already have one." | | |
| | 47:02 | | Do you see that? | | |
| | 47:03 | A. | I do. | | |
| | 47:04 | Q. | By "our code name," were you referring to | | |
| | 47:05 | | your team's code name? | | |
| | 47:06 | A. | It looks like the use of the word "our" is | | |
| | 47:07 | | referring to the strategic deals team. | | |

| | |
|---|---|
| Masimo Direct Designations | 00:04:55 |
| Apple Counter-Designations | 00:01:21 |
| **TOTAL RUN TIME** | **00:06:16** |

📄 Documents linked to video:
263
320