1  MARK D. SELWYN, SBN 244180
     mark.selwyn@wilmerhale.com
2  THOMAS G. SPRANKLING, SBN 294831
     thomas.sprankling@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Tel.: 650.858.6000 / Fax: 650.858.6100

6  JOSHUA H. LERNER, SBN 220755
     joshua.lerner@wilmerhale.com
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  One Front Street, Suite 3500
   San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10 AMY K. WIGMORE, *pro hac vice*
     amy.wigmore@wilmerhale.com
11 WILMER CUTLER PICKERING
     HALE AND DORR LLP
12 2100 Pennsylvania Ave NW
   Washington, DC 20037
13 Tel.: 202.663.6000 / Fax: 202.663.6363

14 [Counsel appearance continues on next page]

15 *Attorneys for Defendant Apple Inc.*

16          **UNITED STATES DISTRICT COURT**
17   **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

18 MASIMO CORPORATION,                  CASE NO. 8:20-cv-00048-JVS (JDEx)
   a Delaware corporation; and
19 CERCACOR LABORATORIES, INC.,         **APPLE'S APPLICATION TO FILE**
   a Delaware corporation,              **UNDER SEAL ITS TRIAL**
20                                      **MEMORANDUM REGARDING**
                      Plaintiffs,       **APPLE'S RENEWED *DAUBERT***
21                                      **CHALLENGE**

22        v.

23 APPLE INC.,
   a California corporation,
24
                      Defendant.
25

26

27

28

1    JOSEPH J. MUELLER, *pro hac vice*
       joseph.mueller @wilmerhale.com
2    SARAH R. FRAZIER, *pro hac vice*
       sarah.frazier@wilmerhale.com
3    WILMER CUTLER PICKERING
       HALE AND DORR LLP
4    60 State Street
     Boston, MA 02109
5    Tel.: 617.526.6000 / Fax: 617.526.5000

6    NORA Q.E. PASSAMANECK, *pro hac vice*
       nora.passamaneck@wilmerhale.com
7    WILMER CUTLER PICKERING
       HALE AND DORR LLP
8    1225 Seventeenth Street, Suite 2600
     Denver, CO 80202
9    Tel.: 720.274.3152 / Fax: 720.273.3133

10   BRIAN A. ROSENTHAL, *pro hac vice*
       brosenthal@gibsondunn.com
11   GIBSON, DUNN & CRUTCHER LLP
     200 Park Avenue
12   New York, NY 10166-0193
     Tel.: 212.351.2339 / Fax: 212.817.9539

13
     KENNETH G. PARKER, SBN 182911
14     ken.parker@haynesboone.com
     HAYNES AND BOONE, LLP
15   660 Anton Boulevard, Suite 700
     Costa Mesa, CA 92626
16   Tel.: 650.949.3014 / Fax: 949.202.3001

17

18

19

20

21

22

23

24

25

26

27

28

APPLE'S APP. TO FILE UNDER SEAL ITS TRIAL MEMORANDUM REGARDING APPLE'S RENEWED *DAUBERT* CHALLENGE

CASE NO. 8:20-cv-00048-JVS (JDEx)

1          Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the

2    Court grant leave to file under seal its Trial Memorandum Regarding Apple's Renewed

3    *Daubert* Challenge ("Trial Memorandum").

4          As detailed in the accompanying Declaration of Mark D. Selwyn, Apple's Trial

5    Memorandum contains Apple confidential information, and Plaintiffs have also

6    designated certain information discussed in Apple's Trial Memorandum as "HIGHLY

7    CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order.  The

8    redacted portions of Apple's Trial Memorandum quote, reference, or summarize the

9    information Apple or Plaintiffs consider confidential, as well as confidential filings,

10   testimony, and exhibits.

11         Accordingly, Apple respectfully requests an order granting leave to file Apple's

12   Trial Memorandum under seal.

13

14   Dated:      April 17, 2023      Respectfully submitted,

15         JOSEPH J. MUELLER

16         MARK D. SELWYN

17         AMY K. WIGMORE
           JOSHUA H. LERNER

18         SARAH R. FRAZIER

19         NORA Q.E. PASSAMANECK
           THOMAS G. SPRANKLING

20         WILMER CUTLER PICKERING HALE AND
           DORR LLP

21

22         BRIAN A. ROSENTHAL

23         GIBSON, DUNN & CRUTCHER LLP

24         KENNETH G. PARKER

25         HAYNES AND BOONE, LLP

26

27         By: */s/ Mark D. Selwyn*
                Mark D. Selwyn

28

APPLE'S APP. TO FILE UNDER SEAL ITS TRIAL MEMORANDUM REGARDING APPLE'S RENEWED *DAUBERT* CHALLENGE

1          CASE NO. 8:20-cv-00048-JVS (JDEx)

1   *Attorneys for Defendant Apple Inc.*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28