FILED
CLERK, U.S. DISTRICT COURT
4/17/23
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Masimo Corporation, et al,

    Plaintiff(s),

        v.

Apple, Inc.,

    Defendant(s).

SACV 20-00048-JVS(JDEx)

**ORDER RE DEPOSITION DESIGNATIONS**

1

Apple's Objections & Counter-Counter Designations

| Witness | Exhibit | Pltfs' Objections |
|---|---|---|
| Kanaris, Alexander | JTX 415, Depo Ex. 415 | Exhibit already in evidence |

| Witness | Date | Defendant's Direct Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Objections | Defendant's Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Kanaris, Alexander | Aug. 12, 2022 | 7:21-8:2 | | | | |
| | | 50:8-10 | | 48:1-2; 48:4-5; 48:8-17 | | 49:21-50:7 |
| | | 51:4-52:6 | | 48:1-2; 48:4-5; 48:8-17 | | 49:21-50:7 |

No objection JVS
4.17.23

1

Apple's Affirmative Deposition Designations

| Witness | Date | Defendant's Direct Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Objections | Defendant's Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Smith, Robert | Aug. 18, 2022 | 6:14-15 | | | | |
| | | 6:20-7:2 | | | | |
| | | 34:18-21 | 402, 403, Legal Opinion, Speculation O/R | | | |
| | | 34:23-35:5 | 402, 403, Legal Opinion, Speculation O/R | | | |
| | | 35:7-8 | 402, 403, Legal Opinion, Speculation | | | |
| | | 41:6-10 | | | | |
| | | 41:18 | | | | |
| | | 42:4-6 | | | | |
| | | 42:10 | | | | |
| | | 44:24-45:1 | 403, Legal Opinion, O/R Speculation | | | |
| | | 45:3 | 403, Legal Opinion, O/R Speculation | | | |

Reviewed 4.17.23
O/R = overruled     JVS

1

Apple's Affirmative Deposition Designations

| Witness | Date | Defendant's Direct Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Objections | Defendant's Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 45:10-11 | 403, Legal Opinion, Speculation | O/R | | |
| | | 45:19 | 403, Legal Opinion, Speculation | O/R | | |
| | | 53:8-54:11 | 403, Misleading (54:8-11) | O/R | | |
| | | 54:14-17 | 403, Misleading | O/R | | |
| | | 54:19-25 | 403, Misleading | O/R | | |
| | | 91:13-23 | | | | |
| | | 92:6-9 | | | | |
| | | 92:13-94:10 | | | | |
| | | 96:8-9 | | | | |
| | | 96:12 | | | | |
| | | 96:14-15 | | | | |
| | | 99:20-100:1 | | | | |
| | | 100:4-7 | | | | |
| | | 100:17-19 | | | | |

2

Apple's Affirmative Deposition Designations

| Witness | Date | Defendant's Direct Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Objections | Defendant's Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 100:21-25 | | | | |
| | | 101:2 | | | | |
| | | 101:20-23 | | 101:4-7<br>101:9-10 | | |

3

Apple's Counter-Counter Deposition Designations

| Witness | Date | Defendant's Direct Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Objections | Defendant's Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Weber, Walter | Aug. 26, 2022 | 8:12-14 | | | | |
| | | 44:7-10 | | | | |
| | | 82:8-11 | | | | |
| | | 82:15-82:17 | | | | |
| | | 85:7-21 | 403, Mischaracterizes testimony, Vague | 116:1-13, 88:9-20 | Nonresponsive / improper counter designation (88:9-20) S | |
| | | 86:2-4 | | 88:9-20 | Nonresponsive / improper counter designation S | |
| | | 87:10-12 | | 88:9-20 | Nonresponsive / improper counter designation S | |
| | | 96:8-10 | | 96:2-7 | | |
| | | 96:14-97:3 | | | | |
| | | 97:10-18 | | | | |
| | | 98:11-15 | | | | |

Received 4.17.23
S = sustain
O/R = overrule

1

Apple's Counter-Counter Deposition Designations

| Witness | Date | Defendant's Direct Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Objections | Defendant's Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 119:8-15 | | | | |

2

Apple's Objections and Counter-Counter Designations

| Witness | Exhibit | Pltfs' Objections |
|---|---|---|
| Nonin Medical Representatives | JTX 3091, Depo Ex. 1 | 403 (multiple documents); lacks foundation |
| Nonin Medical Representatives | JTX 3091.05, Depo Ex. 1 | 403 (incomplete; should be combined with 3091.06); lacks foundation |
| Nonin Medical Representatives | JTX 3091.06, Depo Ex. 1 | 403 (incomplete; should be combined with 3091.05); lacks foundation |
| Nonin Medical Representatives | JTX 3091.18, Depo Ex. 1 | |

No Doc. en beyonde

} explain to Court

| Witness | Date | Defendant's Direct Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Objections | Defendant's Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Nonin Medical Representatives | Sept. 15, 2022 | 5:20-22 | | | | |
| | | 7:15-16 | | | | |
| | | 36:11-19 | | 69:23-25, 70:3-4, 70:6-8, 70:11-13, 119:4-10, 119:21-120:2 | | |
| | | 37:9-10 | Lacks foundation O/R | 119:4-10, 119:21-120:2 | | |

Reviewed 4.17.23
O/R = overruled
JVS

1

Apple's Objections and Counter-Counter Designations

| Witness | Date | Defendant's Direct Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Objections | Defendant's Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 37:12-15 | | 119:4-10, 119:21-120:2 | | |
| | | 38:5-7 | Lacks foundation o/r | 69:23-25, 70:3-4, 70:6-8, 70:11-13 | | |
| | | 38:9-13 | Lacks foundation o/r | 69:23-25, 70:3-4, 70:6-8, 70:11-13 | | |
| | | 43:10-12 | | 69:23-25, 70:3-4, 70:6-8, 70:11-13, 119:4-10, 119:21-120:2 | | |
| | | 47:20-21 | | 69:23-25, 70:3-4, 70:6-8, 70:11-13, 119:4-10, 119:21-120:2 | | |
| | | 47:24-48:3 | | 69:23-25, 70:3-4, 70:6-8, 70:11-13, 119:4-10, 119:21-120:2 | | |
| | | 48:5-8 | | | | |
| | | 50:7-9 | Lacks foudnation o/r Vague as to time | | | |
| | | 50:12-14 | Lacks foundation o/r Vague as to time | | | |
| | | 50:16-19 | Lacks foundation o/r Vague as to time | | | |
| | | 50:21-22 | Lacks foundation o/r Vague as to time | | | |

2

Apple's Objections and Counter-Counter Designations

| Witness | Date | Defendant's Direct Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Objections | Defendant's Counter-Counter Designations |
|---|---|---|---|---|---|---|
| | | 76:9-11 | | 69:23-25, 70:3-4, 70:6-8, 70:11-13, 79:15-18 | | |
| | | 77:3-14 | | 69:23-25, 70:3-4, 70:6-8, 70:11-13, 79:15-18 | | |
| | | 90:25-91:20 | | 69:23-25, 70:3-4, 70:6-8, 70:11-13, 79:15-18 | | |
| | | 92:4-92:19 | Lacks foundation, Vague as to time  o/r | 69:23-25, 70:3-4, 70:6-8, 70:11-13, 79:15-18 | | |
| | | 93:9-11 | Lacks foundation, Vague as to time  o/r | 69:23-25, 70:3-4, 70:6-8, 70:11-13, 79:15-18 | | |
| | | 93:14-18 | Lacks foundation, Vague as to time  o/r | 69:23-25, 70:3-4, 70:6-8, 70:11-13, 79:15-18 | | |
| | | 93:20-94:11 | Lacks foundation  o/r | 69:23-25, 70:3-4, 70:6-8, 70:11-13, 79:15-18 | | |
| | | 104:2-15 | | | | |
| | | 105:1-4 | | | | |

3