**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS SUPPLEMENTAL TRIAL MEMORANDUM REGARDING JURY INSTRUCTIONS AFFECTED BY TRIAL RECORD** |
| v. | |
| APPLE INC., a California corporation, | |
| Defendant. | Trial: April 4, 2023 |

Wilmer Cutler
Pickering Hale
and Dorr LLP

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Apple's Supplemental Trial Memorandum Regarding Jury Instructions Affected By Trial Record ("Application").

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal its Apple's Supplemental Trial Memorandum Regarding Jury Instructions Affected By Trial Record and Exhibit 1 to the Declaration of Thomas Sprankling.

**IT IS SO ORDERED.**

Dated: _____           _____
                                         The Hon. James V. Selna
                                         United States District Court Judge

Wilmer Cutler
Pickering Hale
and Dorr LLP