Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S REQUEST FOR JUDICIAL NOTICE**<br><br>Hon. James V. Selna |

Pursuant to Fed. R. Evid. 201, Masimo requests the Court take judicial notice of, and instruct the jury on, the prosecution histories of three Disputed Patents. The prosecution histories are relevant at least to Apple's statute-of-limitations defense and Masimo's claims for correction of inventorship and ownership.

A. **Legal Standards**

"The Court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Courts may take judicial notice of matters of public record, including "patent prosecution histories." *Upstream Holdings, LLC v. Brekunitch*, 2022 WL 19296350, at *3 (C.D. Cal. Sept. 30, 2022) (citing *Data Engine Techs. LLC v. Google LLC*, 906 F.3d 999, 1008, n.2 (Fed. Cir. 2018)); *see also Audionics Sys., Inc. v. AAMP of Fla., Inc.*, 2013 WL 12129652, at *1–2 (C.D. Cal. Nov. 19, 2013). The Court may take judicial notice "at any stage of the proceeding." Fed. R. Evid. 201(d). "In a civil case, the Court must instruct the jury to accept the noticed fact as conclusive." Fed. R. Evid. 201(f).

B. **Apple's Request For Non-Publication Of A Patent Application**

Apple requested non-publication of the patent application that led to the '754 Patent, so the application did not publish until the '754 Patent issued on March 5, 2019. JTX 1899 is the prosecution history for the patent application that led to the '754 Patent. Apple's Nonpublication Request is located on the page with production number APL-MAS_00058469. The Issue Notification is located on the page with production number APL-MAS_00058724. The Issue Notification indicates the application would issue as U.S. Patent No. 10,219,754 on March 5, 2019. This Court previously found Apple could not dispute the Nonpublication Request and eventual publication date of the patent, "as this is a matter of public record." Dkt. 606 at 5.

C. **Lamego's Refusal To Sign The Oath Or Declaration Of Inventorship**

Inventors of patent applications are required to sign an oath or declaration stating that they believe they are "the original inventor or an original joint inventor of a claimed

invention in the application for which the oath or declaration is being submitted." 37 CFR 1.63.  An example of such an oath or declaration may be found in JTX 1900 on the page with production number ending in APL-MAS_00060288.

For the patent application that led to the '754 Patent, Apple filed a "Substitute Statement In Lieu of Declaration" because Marcelo Lamego "refused to execute the oath or declaration under 37 CFR 1.63."  JTX 1899 is the prosecution history for the patent application that led to the '754 Patent.  Apple's Substitute Statement is located on the pages with production numbers ending in APL-MAS_00058464-65.  The Substitute Statement names "Marcelo M. Lamego" with the box checked for "Inventor has refused to execute the oath or declaration under 37 CFR 1.63."  The Issue Notification is located on the page with production number APL-MAS_00058724.  The Issue Notification indicates the application would issue as U.S. Patent No. 10,219,754.

For the patent application that led to the '095 Patent, Apple filed a "Substitute Statement In Lieu of Declaration" because Marcelo Lamego "refused to execute the oath or declaration under 37 CFR 1.63."  JTX 1900 is the prosecution history for the patent application that led to the '095 Patent.  Apple's Substitute Statement is located on the pages with production numbers APL-MAS_00060273-74.  The Substitute Statement names "Marcelo M. Lamego" with the box checked for "Inventor has refused to execute the oath or declaration under 37 CFR 1.63."  The Issue Notification is located on the page with production number APL-MAS_00060546.  The Issue Notification indicates the application would issue as U.S. Patent No. 9,952,095.

For the patent application that led to the '390 Patent, Apple filed a "Substitute Statement In Lieu of Declaration" because Marcelo Lamego "refused to execute the oath or declaration under 37 CFR 1.63."  JTX 1901 is the prosecution history for the patent application that led to the '390 Patent.  Apple's Substitute Statement is located on the pages with production numbers APL-MAS_01892172-73.  The Substitute Statement names "Marcelo M. Lamego" with the box checked for "Inventor has refused to execute the oath or declaration under 37 CFR 1.63."  The Issue Notification is located

on the page with production number ending in APL-MAS_01892426. The Issue Notification indicates the application would issue as U.S. Patent No. 11,009,390.

**D.  Conclusion**

Accordingly, Masimo requests the Court admit into evidence JTX 1899, JTX 1900, and JTX 1901. Masimo also requests that the Court instruct the jury as follows:

1. Apple requested non-publication of the patent application that led to the '754 Patent. Therefore, that application did not publish until the '754 Patent issued on March 5, 2019.

2. For the patent applications that led to the '754, '095, and '390 Patents, Lamego did not sign an oath or declaration stating that he believes he is the original inventor or an original joint inventor of a claimed invention in those applications, as is typically required of an inventor.

3. As a result, for the patent applications that led to the '754, '095, and '390 Patents, Apple instead filed a "Substitute Statement In Lieu of Declaration" declaring that Marcelo Lamego "refused to execute the oath or declaration."

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 17, 2023

By: /s/ Adam B. Powell
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Irfan A. Lateef
Benjamin A. Katzenellenbogen
Brian C. Claassen
Stephen W. Larson
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

-3-

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiffs' Masimo Corp. and Cercacor Laboratories, Inc., certifies that this brief contains 874 words, which complies with the word limit of L.R. 11-6.1.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 17, 2023

By: */s/ Adam B. Powell*
    Joseph R. Re
    Stephen C. Jensen
    Sheila N. Swaroop
    Brian C. Horne
    Irfan A. Lateef
    Benjamin A. Katzenellenbogen
    Brian C. Claassen
    Stephen W. Larson
    Mark D. Kachner
    Adam B. Powell
    Kendall M. Loebbaka
    Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

57428237