# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS TRIAL MEMORANDUM REGARDING APPLE'S RENEWED *DAUBERT* CHALLENGE [1600]** |

This matter is before the Court pursuant to Apple's Application To File Under Seal Its Trial Memorandum Regarding Apple's Renewed *Daubert* Challenge ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal its Trial Memorandum Regarding Apple's Renewed *Daubert* Challenge.

**IT IS SO ORDERED.**

Dated: April 17, 2023

The Hon. James V. Selna
United States District Judge