1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

           Plaintiffs,

   v.

APPLE INC.,
a California corporation,

           Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**ORDER GRANTING APPLE'S
APPLICATION TO FILE UNDER
SEAL DOCUMENTS REGARDING
ITS SUPPLEMENTAL TRIAL
MEMORANDUM REGARDING
JURY INSTRUCTIONS AFFECTED
BY TRIAL RECORD [1605]**

Trial: April 4, 2023

ORDER GRANTING APPLE'S APPLICATION TO SEAL

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1    This matter is before the Court pursuant to Apple's Application to File Under Seal

2    Documents Regarding Its Apple's Supplemental Trial Memorandum Regarding Jury

3    Instructions Affected By Trial Record ("Application").

4    IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple

5    shall file under seal its Apple's Supplemental Trial Memorandum Regarding Jury

6    Instructions Affected By Trial Record and Exhibit 1 to the Declaration of Thomas

7    Sprankling.

8

9    **IT IS SO ORDERED.**

10

11   Dated: April 18, 2023

12   _____
     The Hon. James V. Selna
     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING APPLE'S APPLICATION TO SEAL

1                                    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP