**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>  Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS TRIAL MEMORANDUM REGARDING THE COURT'S APRIL 17, 2023 DRAFT VERDICT FORM**<br><br>Trial: April 4, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Apple's Trial Memorandum Regarding The Court's April 17, 2023 Draft Verdict Form ("Application").

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal the appendices to its Trial Memorandum Regarding The Court's April 17, 2023 Draft Verdict Form.

**IT IS SO ORDERED.**

Dated: _____

The Hon. James V. Selna
United States District Court Judge