# APPENDIX A
# Redacted in its Entirety