# APPENDIX B
# Redacted in its Entirety