# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' TRIAL BRIEF REGARDING UNDISCLOSED INDEPENDENT DEVELOPMENT THEORY** |

| | |
|---|---|
| 1 | Having considered Masimo Corporation and Cercacor Laboratories, Inc.'s Application for Leave to File Under Seal Documents Regarding Plaintiffs' Trial Brief Regarding Undisclosed Independent Development Theory, and finding good cause therefor, the Application is GRANTED. |

     IT IS HEREBY ORDERED THAT Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal Exhibit 1 and Exhibit 2 attached to Plaintiffs' Trial Brief Regarding Undisclosed Independent Development Theory.

DATED: _____          _____

                                                    The Honorable James V. Selna
                                                    United States District Judge