**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER ON APPLICATION TO FILE UNDER SEAL MASIMO'S OPPOSITION TO APPLE'S TRIAL MEMORANDUM REGARDING RENEWED *DAUBERT* CHALLENGE** |

Having considered Masimo's Application for Leave to File Under Seal Masimo's Opposition to Apple's Trial Memorandum Regarding Apple's Renewed *Daubert* Challenge, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the redacted portions of Masimo's Opposition to Apple's Trial Memoranda Regarding Renewed *Daubert* Challenge.

DATED: _____  _____

The Honorable James V. Selna
United States District Judge

57477830