MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S OFFER OF PROOF REGARDING APPLE'S READILY ASCERTAINABLE DEFENSE** <br><br> Trial: Apr. 4, 2023 |

JOSEPH J. MUELLER, *pro hac vice*
 joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
 sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
 nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
 brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
 Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

Apple respectfully submits this offer of proof to preserve for appeal Apple's affirmative defense that Plaintiffs' alleged trade secrets were readily ascertainable by proper means and thus not protectable. Apple makes this submission solely to preserve its position for appeal and does not request any action by the Court at this time.

Before trial, the Court granted Plaintiffs' *Daubert* motion to exclude portions of the planned testimony of Apple's experts, holding that the affirmative defense requires proof that Apple in fact ascertained the alleged secret information through the proper means. *See* Dkt. 1284 at 3-5. Apple respectfully maintains that this is not the correct legal standard for the reasons set forth in its brief in opposition to Plaintiffs' *Daubert* motion. *See* Dkt. 1225 at 3-9. This is because California law only requires Apple to show that Apple *could have* readily ascertained Plaintiffs' purported trade secrets through relatively little time and effort. *Id.*

Apple expects that if its expert witnesses, Majid Sarrafzadeh, Steve Warren, Marco Perez, and Ran Kivetz had been permitted to opine on whether Plaintiffs' alleged trade secrets were readily ascertainable, they would have testified in a manner consistent with the readily ascertainable opinions expressed in their expert reports: Report of Majid Sarrafzadeh, Dkt. 1174-1 ("Sarrafzadeh Rpt."), Dkt. 1176-1 Ex. 11 ("Sarrafzadeh Rebuttal Rpt."); Steve Warren, Dkt. 1174-3 ("Warren Rpt."), Dkt. 1176-1 Ex. 12 ("Warren Rebuttal Rpt."); Marco Perez, Dkt. 1174-6 ("Perez Rpt."); and Ran Kivetz Dkt. 1174-8 ("Kivetz Rpt."), Dkt. 1176-2 Ex. 16 ("Kivetz Rebuttal Rpt."). Specifically, Apple expects that for each of Plaintiffs' alleged trade secrets at issue in the trial, its experts would have provided admissible testimony consistent with the following portions of their expert reports:

| Alleged Trade Secret | Proof of Ready Ascertainability |
|---|---|
| D1 | Sarrafzadeh Rpt. ¶ 93, Sarrafzadeh Rebuttal Rpt. ¶¶ 88-94 |
| D3 | Sarrafzadeh Rpt. ¶ 121, Sarrafzadeh Rebuttal Rpt. ¶¶ 213-221 |
| D10 | Sarrafzadeh Rpt. ¶ 208 |
| L4 | Warren Rpt. ¶ 220, Warren Rebuttal Rpt. ¶¶ 73-84 |
| L5 | Warren Rpt. ¶ 231 |
| B1 | Kivetz Rpt. ¶¶ 189-209, Perez Rpt. ¶¶ 41-60, Kivetz Rebuttal Rpt. ¶ 45, Perez Rebuttal Rpt. ¶¶ 41-50 |
| B2 | Kivetz Rpt. ¶¶ 210-211, Perez Rpt. ¶¶ 61-70, Kivetz Rebuttal Rpt. ¶ 45, Perez Rebuttal Rpt. ¶¶ 96-103 |
| B4 | Kivetz Rpt. ¶¶ 214-215, Perez Rpt. ¶¶ 79-92, Kivetz Rebuttal Rpt. ¶ 45, Perez Rebuttal Rpt. ¶¶ 196-203 |
| B7 | Perez Rpt. ¶¶ 107-108, Kivetz Rebuttal Rpt. ¶ 45 |
| VIA (previously three separate purported secrets entitled D16, B8, and L10) [1] | Sarrafzadeh Rpt. ¶¶ 241-246, Warren Rpt. ¶¶ 362-367, Perez Rpt. ¶¶ 109-110 Kivetz Rpt. ¶¶ 221-222, Warren Rebuttal Rpt. ¶ 326 |

---

[1] This Court created the consolidated "value, importance, and appropriateness" alleged trade secret when it issued the pretrial order. *See* Dkt. 1483 at 31.

Dated: April 19, 2023                     Respectfully submitted,

                                        MARK D. SELWYN
                                      JOSEPH J. MUELLER
                                      AMY K. WIGMORE
                                      JOSHUA H. LERNER
                                      SARAH R. FRAZIER
                                      NORA Q.E. PASSAMANECK
                                      THOMAS G. SPRANKLING
                                      WILMER CUTLER PICKERING HALE AND DORR LLP

                                        BRIAN A. ROSENTHAL
                                      GIBSON, DUNN & CRUTCHER LLP

                                        KENNETH G. PARKER
                                      HAYNES AND BOONE, LLP


                               By: */s/ Mark D. Selwyn*
                                            Mark D. Selwyn


                                        *Attorneys for Defendant Apple Inc.*

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Apple Inc. certifies that this brief contains 449 words, which:

 X  complies with the word limit of L.R. 11-6.1

___ complies with the word limit set by court order dated [date].

Dated: April 19, 2023                    Respectfully submitted,

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

By: /s/ *Mark D. Selwyn*
           Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*