1

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation<br><br>  Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER ON APPLICATION TO FILE UNDER SEAL MASIMO'S OPPOSITION TO APPLE'S TRIAL MEMORANDUM REGARDING RENEWED *DAUBERT* CHALLENGE [1621]** |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered Masimo's Application for Leave to File Under Seal Masimo's

2  Opposition to Apple's Trial Memorandum Regarding Apple's Renewed *Daubert*

3  Challenge, and finding good cause therefor, the Application is GRANTED.

4    **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and

5  Cercacor Laboratories, Inc. may file under seal the redacted portions of Masimo's

6  Opposition to Apple's Trial Memoranda Regarding Renewed *Daubert* Challenge.

7

8

9

10  DATED: April 19, 2023

11                                                    The Honorable James V. Selna
                                                      United States District Judge
12

13

14

15  57477830

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-