1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER ON APPLICATION TO FILE UNDER SEAL PORTIONS OF MASIMO'S REPLY TRIAL MEMORANDUM REGARDING APPLE'S OPENING THE DOOR TO PREVIOUSLY EXCLUDED EVIDENCE REGARDING APPLE'S HIRING [1609]** |

Having considered Masimo's Application for Leave to File Under Seal Portions of Masimo's Reply Trial Memorandum Regarding Apple's Opening The Door To Previously Excluded Evidence Regarding Apple's Hiring, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal portions of Masimo's Reply Trial Memorandum Regarding Apple's Opening The Door To Previously Excluded Evidence Regarding Apple's Hiring.

DATED: April 19, 2023

_____
The Honorable James V. Selna
United States District Judge

57473871

-1-