# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

　　　　　Plaintiffs,

　　v.

APPLE INC., a California corporation

　　　　　Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION MEMORANDUM REGARDING APPLE'S SUPPLEMENTAL TRIAL MEMORANDUM REGARDING JURY INSTRUCTIONS AFFECTED BY TRIAL RECORD**

1 | Having considered Masimo Corporation and Cercacor Laboratories, Inc.'s Application for Leave to File Under Seal Portions of Plaintiffs' Opposition Memorandum Regarding Apple's Supplemental Trial Memorandum Regarding Jury Instructions Affected By Trial Record, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Opposition Memorandum Regarding Apple's Supplemental Trial Memorandum Regarding Jury Instructions Affected By Trial Record.

DATED: _____  _____

The Honorable James V. Selna
United States District Judge