# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Title: | Masimo Corporation, et al v. Apple, Inc. |
| Date | April 19, 2023 |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens / Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Joseph Re; Stephen Jensen; Sheila Swaroop; Benjamin Katzenellenbogen; Brian Horne; Brian Claasen; Adam Powell; Kendall Loebbaka; Irfan Lateef

**Attorneys Present for Defendant(s):**
Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi / Nina Garcia; Kenneth Parker

_____ Day Court Trial     11th Day Jury Trial

_____ One day trial:     _____ Begun (1st day);     X Held & continued;     _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

X Witnesses called, sworn, and testified.     X Exhibits Identified     X Exhibits admitted.

_____ Plaintiff(s) rest.     _____ Defendant(s) rest.

_____ Closing arguments made by     _____ plaintiff(s)     _____ defendant(s).     _____ Court pre-instructs jury.

_____ Bailiff(s) sworn.     _____ Jury retires to deliberate.     _____ Jury resumes deliberations.

_____ Jury Verdict in favor of     _____ plaintiff(s)     _____ defendant(s) is read and filed.

_____ Jury polled.     _____ Polling waived.

_____ Filed Witness & Exhibit Lists     _____ Filed jury notes.     _____ Filed jury instructions.

_____ Judgment by Court for     _____ plaintiff(s)     _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by     _____ plaintiff(s)     _____ defendant(s).

_____ Case submitted.     Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to     April 20, 2023, at 8:30 a.m.     for further trial/further jury deliberation.

X Other:  The Court orders the courtroom sealed for a portion of witness Stephen Waydo and Majid Sarrafzadeh's testimony re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court.

6 : 01

Initials of Deputy Clerk     eva

cc: