MARK D. SELWYN, SBN 244180
　mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
　thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
　HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
　joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
　HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
　amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
　HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY TO PLAINTIFFS' OPPOSITION TO APPLE'S RENEWED *DAUBERT* CHALLENGE** |

JOSEPH J. MUELLER, *pro hac vice*
 joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
 sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
 nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
 brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
 ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the Court grant leave to file under seal its Reply To Plaintiffs' Opposition To Apple's Renewed *Daubert* Challenge ("Apple's Reply").

As detailed in the accompanying Declaration of Mark D. Selwyn, Apple's Reply contains Apple confidential information, and Plaintiffs have also designated certain information discussed in Apple's Trial Memorandum as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order. The redacted portions of Apple's Trial Memorandum quote, reference, or summarize the information Apple or Plaintiffs consider confidential, as well as confidential filings, testimony, and exhibits.

Accordingly, Apple respectfully requests an order granting leave to file Apple's Trial Memorandum under seal.

Dated:       April 20, 2023           Respectfully submitted,

JOSEPH J. MUELLER
MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By: */s/ Mark D. Selwyn*
     Mark D. Selwyn

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APP. TO FILE UNDER SEAL ITS REPLY TO PLAINTIFFS' OPPOSITION TO APPLE'S RENEWED *DAUBERT* CHALLENGE
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

1 *Attorneys for Defendant Apple Inc.*