Wilmer Cutler
Pickering Hale
and Dorr LLP

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY TO PLAINTIFFS' OPPOSITION TO APPLE'S RENEWED *DAUBERT* CHALLENGE** |

This matter is before the Court pursuant to Apple's Application To File Under Seal Its Reply To Plaintiffs' Opposition To Apple's Renewed *Daubert* Challenge ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal its Reply To Plaintiffs' Opposition To Apple's Renewed *Daubert* Challenge.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge