# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION MEMORANDUM REGARDING APPLE'S SUPPLEMENTAL TRIAL MEMORANDUM REGARDING JURY INSTRUCTIONS AFFECTED BY TRIAL RECORD [1632]** |

|   |   |
|---|---|
| 1 | Having considered Masimo Corporation and Cercacor Laboratories, Inc.'s Application for Leave to File Under Seal Portions of Plaintiffs' Opposition Memorandum Regarding Apple's Supplemental Trial Memorandum Regarding Jury Instructions Affected By Trial Record, and finding good cause therefor, the Application is GRANTED. |

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Opposition Memorandum Regarding Apple's Supplemental Trial Memorandum Regarding Jury Instructions Affected By Trial Record.

DATED: April 20, 2023

_____
The Honorable James V. Selna
United States District Judge