# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | SACV 20-00048-JVS(JDEx) | Date | April 20, 2023 |
|---|---|---|---|
| Title: | Masimo Corporation, et al v. Apple, Inc. | | |

Present: The Honorable  JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens / Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Joseph Re; Stephen Jensen; Sheila Swaroop; Benjamin Katzenellenbogen; Brian Horne; Brian Claasen; Adam Powell; Kendall Loebbaka; Irfan Lateef; Daniel Hughes | Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi; Nina Garcia; Kenneth Parker |

_____ Day Court Trial          **12th** _____ Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   **X** Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

**X** Witnesses called, sworn, and testified.   **X** Exhibits Identified   **X** Exhibits admitted.

_____ Plaintiff(s) rest.          _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court pre-instructs jury.

_____ Bailiff(s) sworn.          _____ Jury retires to deliberate.          _____ Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.          _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for          _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.          Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to   April 25, 2023, at 8:30 a.m.   for further trial/further jury deliberation.

**X** Other:   The Court orders the courtroom sealed for a portion of witness Steven Warren and Vijay Madisetti's testimony re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court.

|  | 5 | : | 37 |
|---|---|---|---|
| Initials of Deputy Clerk | | eva | |

cc: