Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(a)**<br><br>Date: April 25, 2023<br>Time: 1:30 p.m.<br>Courtroom 10C<br><br>Hon. James V. Selna |

**PLEASE TAKE NOTICE** that on April 25, 2023 or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable James V. Selna, Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") will present their Motion For Judgment As A Matter Of Law Under Fed. R. Civ. P. 50(a).

This motion is made under Rule 50(a) of the Federal Rules of Civil Procedure on the grounds that Masimo is entitled to judgment as a matter of law: (1) on Apple's statute-of-limitations defense; (2) on Apple's unclean hands defense and any other defense Apple ever raised; (3) that every asserted trade secret is a trade secret under CUTSA; (4) that Apple misappropriated every asserted trade secret; (5) that Apple's misappropriation of every trade secret was willful and malicious; (6) that Masimo is a co-owner of the five patents at issue; (7) that Mohamed Diab should be a named inventor on U.S. Patent Nos. 10,078,052; 10,247,670; 9,952,095; and 11,009,390; and (8) that Jeroen Poeze should be a named inventor on U.S. Patent No. 10,219,754.

This motion is based upon this Notice of Motion and the Memorandum of Points and Authorities filed concurrently herewith, and any subsequently filed briefs, declarations and other pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

|   |   |
|---|---|
| | Respectfully submitted, |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: April 22, 2023 | By: */s/ Joseph R. Re* |
| | Joseph R. Re |
| | Stephen C. Jensen |
| | Sheila N. Swaroop |
| | Brian C. Horne |
| | Irfan A. Lateef |
| | Benjamin A. Katzenellenbogen |
| | Brian C. Claassen |
| | Stephen W. Larson |
| | Mark D. Kachner |
| | Adam B. Powell |
| | Kendall M. Loebbaka |
| | Daniel P. Hughes |
| | |
| | Attorneys for Plaintiffs |
| | MASIMO CORPORATION and |
| | CERCACOR LABORATORIES, INC. |

57461286