1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(a)**<br><br>Hon. James V. Selna |

Having considered Plaintiffs' Motion For Judgment As A Matter Of Law Under Fed. R. Civ. P. 50(a), and all the papers filed in support thereof, all papers in opposition thereto filed by Defendant, and any oral argument of counsel at any hearing on the motion, the Court hereby GRANTS the Plaintiffs' motion. Within 10 days of entry of this order, the Plaintiffs shall submit to this Court a proposed form of judgment.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                            The Honorable James V. Selna
                                            United States District Judge