**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

    Plaintiffs,

  v.

APPLE INC.,
a California corporation,

    Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION UNDER RULE 50(a) FOR JUDGMENT AS A MATTER OF LAW ON ALL DEFENSES AND CLAIMS**

This matter is before the Court pursuant to Apple's Application to File Under Seal Its Memorandum in Opposition to Plaintiffs' Motion Under Rule 50(a) For Judgment as a Matter of Law on All Defenses and Claims ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal its Memorandum in Opposition to Plaintiffs' Motion Under Rule 50(a) For Judgment as a Matter of Law on All Defenses and Claims.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                    The Hon. James V. Selna
                                                    United States District Court Judge