1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **[PROPOSED] ORDER ON**<br>) **APPLICATION FOR LEAVE TO**<br>) **FILE UNDER SEAL PORTIONS OF**<br>) **PLAINTIFFS' OPPOSITION TO**<br>) **DEFENDANT'S MOTION FOR**<br>) **JUDGMENT AS A MATTER OF LAW**<br>)<br>)<br>)<br>)<br>)<br>) |

17
18
19
20
21
22
23
24
25
26
27
28

1     Having considered Masimo's Application for Leave to File Under Seal Portions

2    of Plaintiffs' Opposition to Defendant's Motion for Judgment as a Matter of Law, and

3    finding good cause therefor, the Application is GRANTED.

4    **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and

5    Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Opposition to

6    Defendant's Motion for Judgment as a Matter of Law.

7

8

9    DATED: _____        _____

10                          The Honorable James V. Selna
                              United States District Judge

11

12

13

14    57502992

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-