# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Title: | Masimo Corporation, et al v. Apple, Inc. |
| Date | April 25, 2023 |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Joseph Re; Stephen Jensen; Sheila Swaroop; Benjamin Katzenellenbogen; Brian Horne; Brian Claasen; Adam Powell; Kendall Loebbaka; Irfan Lateef; Daniel Hughes

**Attorneys Present for Defendant(s):**
Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi; Nina Garcia; Kenneth Parker

_____ Day Court Trial    13th Day Jury Trial

_____ One day trial;    _____ Begun (1st day);    __X__ Held & continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
__X__ Witnesses called, sworn, and testified.    __X__ Exhibits Identified    __X__ Exhibits admitted.
__X__ Plaintiff(s) rest.    __X__ Defendant(s) rest.
_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s). _____ Court pre-instructs jury.
_____ Bailiff(s) sworn. _____ Jury retires to deliberate. _____ Jury resumes deliberations.
_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.
_____ Jury polled. _____ Polling waived.
_____ Filed Witness & Exhibit Lists _____ Filed jury notes. _____ Filed jury instructions.
_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).
_____ Case submitted.    Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment by Plaintiff _____ is _____ granted. _____ denied. _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
_____ Case continued to    April 26, 2023, at 8:30 a.m.    for further trial/further jury deliberation.
__X__ Other:    The Court orders the courtroom sealed for a portion of witness Robert Smith (video deposition), and Joe Kiani's testimony re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court.

2 : 42

Initials of Deputy Clerk    eva

cc: