MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF THOMAS SPRANKLING IN SUPPORT OF APPLE'S OBJECTIONS FOR THE RECORD TO THE COURT'S JURY INSTRUCTIONS AND VERDICT FORM** <br><br> Trial: April 4, 2023 |

1  AMY K. WIGMORE, *pro hac vice*
     amy.wigmore@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  2100 Pennsylvania Ave NW
   Washington, DC 20037
4  Tel.: 202.663.6000 / Fax: 202.663.6363

5
   JOSEPH MUELLER, *pro hac vice*
6    joseph.mueller@wilmerhale.com
   SARAH R. FRAZIER, *pro hac vice*
7    sarah.frazier@wilmerhale.com
   WILMER CUTLER PICKERING
8    HALE AND DORR LLP
   60 State Street
9  Boston, MA 02109
   Tel.: 617.526.6000 / Fax: 617.526.5000
10
   NORA Q.E. PASSAMANECK, *pro hac vice*
11   nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
12   HALE AND DORR LLP
   1225 Seventeenth Street, Suite 2600
13 Denver, CO 80202
   Tel.: 720.274.3152 / Fax: 720.273.3133
14
   BRIAN A. ROSENTHAL, *pro hac vice*
15   brosenthal@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
16 200 Park Avenue
   New York, NY 10166-0193
17 Tel.: 212.351.2339 / Fax: 212.817.9539

18 KENNETH G. PARKER, SBN 182911
     Ken.parker@haynesboone.com
19 HAYNES AND BOONE, LLP
   660 Anton Boulevard, Suite 700
20 Costa Mesa, CA 92626
   Tel.: 650.949.3014 / Fax: 949.202.3001

21
22
23
24
25
26
27
28

I, Thomas Sprankling, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Objections for the Record to the Court's Jury Instructions and Verdict Form ("Objections").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the April 25, 2023 draft of the Jury Instructions in the above-captioned matter.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the April 25, 2023 draft of the Verdict Form in the above-captioned matter

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of April 2023.

By: _____
Thomas G. Sprankling

SPRANKLING DECL. ISO APPLE'S APPLE'S OBJECTIONS FOR THE RECORD TO THE COURT'S JURY INSTRUCTIONS AND VERDICT FORM
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP