MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S NOTICE OF LODGING OF TRIAL DEMONSTRATIVES**<br><br>Trial: April 4, 2023 |

1  JOSEPH J. MUELLER, *pro hac vice*
     joseph.mueller@wilmerhale.com
2  SARAH R. FRAZIER, *pro hac vice*
     sarah.frazier@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  60 State Street
   Boston, MA 02109
5  Tel.: 617.526.6000 / Fax: 617.526.5000

6  NORA Q.E. PASSAMANECK, *pro hac vice*
     nora.passamaneck@wilmerhale.com
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
9  Tel.: 720.274.3152 / Fax: 720.273.3133

10 BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
12 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539

13 KENNETH G. PARKER, SBN 182911
     Ken.parker@haynesboone.com
14 HAYNES AND BOONE, LLP
   660 Anton Boulevard, Suite 700
15 Costa Mesa, CA 92626
   Tel. 650.949.3014 / Fax: 949.202.3001

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:

Pursuant to Local Rule 5-1, Apple hereby gives notice that it is lodging with the Court copies of demonstratives shown by Apple during trial. The list of demonstratives to be lodged is as follows:

- DDX-1 (Opening Statement)
- DDX-2 (Joseph Kiani cross examination)
- DDX-3 (Mohamed Diab cross examination)
- DDX-4 (David Dalke cross examination)
- DDX-5 (Robert Palmatier cross examination)
- DDX-6 (Vijay Madisetti cross examination)
- DDX-7 (Jeffrey Kinrich cross examination)
- DDX-8 (Steven Hotelling direct examination)
- DDX-9 (Michael O'Reilly direct examination)
- DDX-10 (Deidre Caldbeck direct examination)
- DDX-11 (Ran Kivetz direct examination)
- DDX-12 (Brian Land direct examination)
- DDX-13 (Ueyn Block direct examination)
- DDX-14 (Stephen Waydo direct examination)
- DDX-15 (Majid Sarrafzadeh direct examination)
- DDX-16 (Steven Warren direct examination)
- DDX-17 (Shirley Webster direct examination)
- DDX-18 (Closing Argument)

Dated: April 26, 2023                      Respectfully submitted,

By:  */s/Mark D. Selwyn*
     Mark D. Selwyn

JOSEPH J. MUELLER
MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

*Attorneys for Defendant Apple Inc.*