# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Title: | Masimo Corporation, et al v. Apple, Inc. |
| Date | April 26, 2023 |

**Present: The Honorable**  JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens / Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Joseph Re; Stephen Jensen; Sheila Swaroop; Benjamin Katzenellenbogen; Brian Horne; Brian Claasen; Adam Powell; Kendall Loebbaka; Irfan Lateef; Daniel Hughes

**Attorneys Present for Defendant(s):**
Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi; Nina Garcia; Kenneth Parker

\_\_\_ Day Court Trial    14th Day Jury Trial

\_\_\_ One day trial;   \_\_\_ Begun (1st day);   X Held & continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____
\_\_\_ Witnesses called, sworn, and testified.   \_\_\_ Exhibits Identified   \_\_\_ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.
X Closing arguments made by   X plaintiff(s)   X defendant(s).   X Court pre-instructs jury.
X Bailiff(s) sworn.   X Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for _____   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Motion for Judgment by Plaintiff _____ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to   April 27, 2023, at 9:00 a.m.   for further trial/further jury deliberation.
X Other:   The Court orders the courtroom sealed for a portion of Plaintiff and Defendant's closing argument re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court.

4 : 43

Initials of Deputy Clerk   eva

cc: