# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM IN SUPPORT OF ITS ORAL MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(a) [1654]** |

This matter is before the Court pursuant to Apple's Application to File Under Seal Document Regarding Apple's Memorandum in Support of Its Oral Motion for Judgement as a Matter of Law Under Rule 50(a) ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal its Memorandum in Support of Its Oral Motion for Judgement as a Matter of Law Under Rule 50(a).

**IT IS SO ORDERED.**

Dated: April 27, 2023

_____
The Hon. James V. Selna
United States District Court Judge