# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER ON APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW [1665]** |

1   Having considered Masimo's Application for Leave to File Under Seal Portions
2   of Plaintiffs' Opposition to Defendant's Motion for Judgment as a Matter of Law, and
3   finding good cause therefor, the Application is GRANTED.
4   **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
5   Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Opposition to
6   Defendant's Motion for Judgment as a Matter of Law.

10  DATED: April 27, 2023

    _____
    The Honorable James V. Selna
    United States District Judge

15  57502992