# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO MAINTAIN UNDER SEAL [1677]** |

This matter is before the Court pursuant to Apple's Application to Maintain Under Seal Specific Trial Exhibits ("Application") under Local Rule 79-5.2.2.  Having considered the Application, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings:

IT IS HEREBY ORDERED THAT Apple's Application To Maintain Under Seal is GRANTED.  This Court shall maintain under seal the following trial exhibits:

JTX-0008, JTX-0009, JTX-0010, JTX-0011, JTX-0012, JTX-0014, JTX-0015, JTX-0023, JTX-0025, JTX-0031, JTX-0035, JTX-0040, JTX-0045, JTX-0046, JTX-0047, JTX-0048, JTX-0049, JTX-0058, JTX-0059, JTX-0064, JTX-0126, JTX-0127, JTX-0131, JTX-0140, JTX-0142, JTX-0143, JTX-0151, JTX-0153, JTX-0154, JTX-0161, JTX-0162, JTX-00165, JTX-0176, JTX-0177, JTX-0180, JTX-0181, JTX-0182, JTX-0183, JTX-0184, JTX-0185, JTX-0186, JTX-0194, JTX-0201, JTX-0233, JTX-0237, JTX-0238, JTX-0245, JTX-0246, JTX-0256, JTX-00257, JTX-0259, JTX-0260, JTX-0263, JTX-0264, JTX-0265, JTX-0270, JTX-0273, JTX-0274, JTX-0278, JTX-0297, JTX-0316, JTX-0317, JTX-0320, JTX-0332, JTX-0333, JTX-0335, JTX-0336, JTX-0337, JTX-0344, JTX-0353C, JTX-0356, JTX-0358C, JTX-0360, JTX-0367C, JTX-0377, JTX-0378, JTX-0392, JTX-0393, JTX-0394, JTX-0395, JTX-0400, JTX-0411, JTX-0412, JTX-0415, JTX-0416, JTX-0422, JTX-0423, JTX-0425, JTX-0427, JTX-0428, JTX-0431, JTX-0434, JTX-0458, JTX-0459, JTX-0462, JTX-0475, JTX-0478, JTX-0480, JTX-0487, JTX-0488, JTX-0489, JTX-0490, JTX-0491, JTX-0492, JTX-0493, JTX-0494, JTX-0495, JTX-0496, JTX-0499, JTX-0502, JTX-0526, JTX-0535, JTX-0541, JTX-0556, JTX-0558, JTX-0605, JTX-0610, JTX-0614, JTX-0628, JTX-0636, JTX-0648, JTX-0653, JTX-0658, JTX-0672, JTX-736, JTX-0762, JTX-0851, JTX-0859, JTX-0880, JTX-1061, JTX-1063, JTX-1064, JTX-1068, JTX-1069, JTX-1078, JTX-1114, JTX-1140, JTX-1365, JTX-1413, JTX-1442, JTX-1443, JTX-1444, JTX-1445, JTX-1446, JTX-1447, JTX-1448, JTX-1449, JTX-1508, JTX-1512, JTX-1516, JTX-1521, JTX-1578, JTX-1597, JTX-1743, JTX-1744, JTX-1755, JTX-

1829, JTX-1831, JTX-2070, JTX-2824, JTX-2927, JTX-3044, JTX-3050, JTX-3441, JTX-3442, JTX-3657, JTX-4061, JTX-4194, JTX-4195, JTX-4196, JTX-4197, JTX-4198, JTX-4199, JTX-4201.1, JTX-4202.1, JTX-4204, JTX-4355.01, JTX-4360.01, JTX-4381, JTX-4394.01, JTX-4419, JTX-4425.01, JTX-4429, JTX-4553, JTX-5000, and JTX-5003.

**This order is subject to reconsideration upon application of any interested party, including members of the public.**

**IT IS SO ORDERED.**

Dated: April 27, 2023

_____
The Hon. James V. Selna
United States District Court Judge