**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,

Plaintiffs,

v.

APPLE INC., a California corporation,

Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL [1681]**

This matter is before the Court pursuant to Apple's Application to File Under Seal Document Regarding Trial Testimony ("Application") under Local Rule 79-5.2.2. The document (Exhibit 1) is a clip report of Robert Smith's videotaped deposition testimony introduced at trial on April 25, 2023 ("Clip Report"). Having considered the Application, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED. Apple shall file under seal the Clip Report (Exhibit 1).

**IT IS SO ORDERED.**

Dated: April 27, 2023

The Hon. James V. Selna
United States District Court Judge