FILED
CLERK, U.S. DISTRICT COURT
4/26/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Masimo Corporation, et al,

       Plaintiff(s),

       v.

Apple, Inc.,

       Defendant(s).

SACV 20-00048-JVS(JDEx)

**TRIAL LOG**

## *Masimo v. Apple* Trial Log

| Day | Witness | Time | Time | Comment |
|---|---|---|---|---|
| *Time beginning of trial.* | | 26:15 | 26:15 | |
| | *Masimo Case in Chief* | | | |
| | | | | |
| April 5, 2023 | Joseph Kiani | | | |
| | Direct | 2:37 | | |
| | Cross | | :26 | |
| | | | | |
| | *Time remaining at end of day.* | 23:38 | 25:49 | |
| | | | | |
| April 6, 2023 | Joseph Kiani | | | |
| | Cross (cont'd) | | 1:42 | |
| | Redirect | :41 | | |
| | Recross | | :06 | |
| | | | | |
| | Mohamed Diab | | | |
| | Direct | 2:36 | | |
| | | | | |
| | *Time remaining at end of day.* | 20:21 | 24:01 | |
| | | | | |
| April 7, 2023 | Mohamed Diab | | | |
| | Cross | | :55 | |
| | Redirect | :03 | | |

April 25, 2023                                                                 1

|  |  |  |  |  |
|---|---|---|---|---|
|  | Jeroen Poeze |  |  |  |
|  | Direct | :46 |  |  |
|  | Cross |  | :42 |  |
|  | Redirect | :09 |  |  |
|  | Recross |  | :02 |  |
|  |  |  |  |  |
|  | David Dalke |  |  |  |
|  | Direct | :49 |  |  |
|  |  |  |  |  |
|  | *Time remaining at end of day.* | 18:34 | 22:22 |  |
|  |  |  |  |  |
| April 10, 2023 | David Dalke |  |  |  |
|  | Direct (cont') | :17 |  |  |
|  | Cross |  | :25 |  |
|  | Redirect | :03 |  |  |
|  |  |  |  |  |
|  | Stephen Scruggs |  |  |  |
|  | Direct | :08 |  |  |
|  | Cross |  | :10 |  |
|  | Redirect | :01 |  |  |
|  |  |  |  |  |
|  | Bilal Muhsin |  |  |  |
|  | Direct | :34 |  |  |
|  | Cross |  | :16 |  |
|  |  |  |  |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Tracy Miller |  |  |  |
|  | Direct | :16 |  |  |
|  | Cross |  | :04 |  |
|  |  |  |  |  |
|  | Germain Hammarth |  |  |  |
|  | Direct | :23 |  |  |
|  | Cross |  | :12 |  |
|  |  |  |  |  |
|  | *Time remaining at end of day.* | 16:52 | 21:15 |  |
|  |  |  |  |  |
| April 11, 2023 | Denby Sellers | :23[1] | :18 | Via Depo |
|  |  |  |  |  |
|  | David Tom | :05 | :01 | Via Depo |
|  |  |  |  |  |
|  | Robert Mansfield | :08 | :05 | Via Depo |
|  |  |  |  |  |
|  | Eugene Kim | :07 | :01 | Via Depo |
|  |  |  |  |  |
|  | Chin Han | :15 | :10 | Via Depo |
|  |  |  |  |  |
|  | Nonin corporate designee | :08 | :01 | Via Depo |
|  |  |  |  |  |
|  | Afashad Mistri | :08 |  | Via Depo |

---

[1]Depo times rounded to the closest minute.

|  |  |  |  |  |
|---|---|---|---|---|
|  | Robert Palmatier |  |  |  |
|  | Direct | 1:33 |  |  |
|  | Cross |  | 1:13 | Time corrected. |
|  |  |  |  |  |
|  | *Time remaining at end of day.* | 14:05 | 19:27 | Time corrected. |
|  |  |  |  |  |
| April 12, 2023 | Robert Palmatier |  |  |  |
|  | Cross (cont'd) |  | :38 |  |
|  | Redirect | :18 |  |  |
|  | Recross |  | :11 |  |
|  |  |  |  |  |
|  | Louis Bakma | :08 | :03 | Via Depo |
|  |  |  |  |  |
|  | Jack Fu | :11 | :10 | Via Depo |
|  |  |  |  |  |
|  | Alex Kararis | :13 | :04 | Via Depo |
|  |  |  |  |  |
|  | Vivek Veungopal | :03 | :01 | Via Depo |
|  |  |  |  |  |
|  | Dong Zheng | :06 | :03 | Via Depo Corrected |
|  |  |  |  |  |
|  | Vijay Madisetti |  |  |  |
|  | Direct | 2:25 |  | Corrected |
|  | Cross |  | :36 |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  | *Time remaining at end of day.* | 10:41 | 17:41 | Corrected |
|  |  |  |  |  |
| April 13, 2023 | Vijay Madisetti |  |  |  |
|  | Cross (cont'd) |  | :59 |  |
|  | Redirect | :07 |  |  |
|  | Recross |  | :01 |  |
|  |  |  |  |  |
|  | Jeffrey Kinrich |  |  |  |
|  | Direct | 1:01 |  |  |
|  | Cross |  | :34 |  |
|  | Redirect | :06 |  |  |
|  | Recross |  | :02 |  |
|  |  |  |  |  |
|  | Marcello Lamego |  |  |  |
|  | Direct | 1:09 |  |  |
|  | Cross |  | :17 |  |
|  | Redirect | :01 |  |  |
|  | Recross |  | :01 |  |
|  |  |  |  |  |
|  | Masimo rests.[2] |  |  |  |
|  |  |  |  |  |
|  | Steven Hotelling |  |  |  |
|  | Direct |  | 1:05 |  |

---

[2]Subject to examination of common witnesses.

|  |  |  |  |  |
|---|---|---|---|---|
|  | *Time remaining at end of day.* | 8:17 | 14:42 | Corrected |
|  |  |  |  |  |
| April 14, 2023 | Steven Hotelling |  |  |  |
|  | Direct (cont'd) |  | :33 |  |
|  | Cross | :39 |  |  |
|  | Redirect |  | :02 |  |
|  | Recross | :02 |  |  |
|  |  |  |  |  |
|  | Adrian Perica |  |  |  |
|  | Direct |  | :48 |  |
|  | Cross | :22 |  |  |
|  | Redirect |  | :01 |  |
|  |  |  |  |  |
|  | Michael O'Reilly |  |  |  |
|  | Direct |  | 1:05 |  |
|  | Cross | :33 |  | Corrected |
|  |  |  |  |  |
|  | *Time remaining at end of day.* | 6:41 | 12:13 | Corrected |
|  |  |  |  |  |
| April 18, 2023 | Michael O'Reilly |  |  |  |
|  | Cross (cont'd) | :42 |  |  |
|  | Redirect |  | :20 |  |
|  | Recross | :04 |  |  |
|  | Diedre Caldbeck |  |  |  |

|  | Direct |  | :41 |  |
|---|---|---|---|---|
|  | Cross | :25 |  |  |
|  | Redirect |  | :02 |  |
|  |  |  |  |  |
|  | Ran Kivetz |  |  |  |
|  | Direct |  | 1:08 |  |
|  | Cross | :14 |  |  |
|  | Redirect |  | :01 |  |
|  |  |  |  |  |
|  | Brian Land |  |  |  |
|  | Direct |  | :45 |  |
|  | Cross | :21 |  |  |
|  | Redirect |  | :01 |  |
|  |  |  |  |  |
|  | Euyn Block |  |  |  |
|  | Direct |  | :19 |  |
|  |  |  |  |  |
|  | *Time remaining at end of day.* | 4:55 | 8:56 |  |
|  |  |  |  |  |
| April 19, 2023 | Euyn Block |  |  |  |
|  | Direct (cont'd) |  | :15 |  |
|  | Cross | :40 |  |  |
|  | Redirect |  | :07 |  |
|  | Recross | :02 |  |  |
|  | Peter Russel Clarke |  |  |  |
|  | Direct |  | :13 |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Trevor Ness |  |  |  |
|  | Direct |  | :26 |  |
|  | Cross | :04 |  |  |
|  | Redirect |  | :01 |  |
|  |  |  |  |  |
|  | Steve Waydo |  |  |  |
|  | Direct |  | :47 |  |
|  | Cross | :16 |  |  |
|  | Redirect |  | :02 |  |
|  |  |  |  |  |
|  | Magid Sarrafzadeh |  |  |  |
|  | Direct |  | 1:54 |  |
| 1:00 | Cross | :20 |  |  |
|  | Redirect |  |  |  |
|  |  |  |  |  |
|  | *Time remaining at end of day.* | 3:35 | 5:11 |  |
|  |  |  |  |  |
| April 20, 2023 | Steve Hotelling |  |  | Witnessed recalled.  Total time on recall: 30 |
|  | Further Cross | :17 |  |  |
|  | Futher Direct |  | :09 |  |
|  | Further Cross | :03 |  |  |
|  | Further Direct |  | :01 |  |
|  |  |  |  |  |

April 25, 2023

8

|  |  |  |  |  |
|---|---|---|---|---|
|  | Steven Warren |  |  |  |
|  | Direct |  | 1:32 |  |
|  | Cross | :50 |  |  |
|  | Redirect |  | :09 |  |
|  | Recross | :02 |  |  |
|  |  |  |  |  |
|  | Vijay Madisetti |  |  | Rebuttal; called out of order. |
|  | Direct | :47 |  |  |
| 1:59 | Cross |  | :55 | 1:51 |
|  | Redirect | :01 |  |  |
|  |  |  | :01 |  |
|  |  |  |  |  |
| *Time remaining at end of day.* |  | 1:35 | 2:24 |  |
|  |  |  |  |  |
| April 19, 2023 | Robert Smith | :01 | :09 | Via Depo |
|  |  |  |  |  |
|  | Shirley Webster |  |  |  |
|  | Direct |  | :42 |  |
|  | Cross | :17 |  |  |
|  | Redirect |  | :02 |  |
|  | Recross | :01 |  |  |
|  |  |  |  |  |
|  | *Apple rests.* |  |  |  |
|  | *Masimo rebuttal case.* |  |  |  |
|  |  |  |  |  |

|  | Joe Kiani |  |  |  |
|--|-----------|--|--|--|
|  | Direct | :19 |  |  |
|  | Cross |  | :16 |  |
|  | Redirect | :03 |  |  |
|  | Recross |  | :01 |  |
|  |  |  |  |  |
|  | *Time remaining at end of case.* | :54 | 1:14 |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

April 25, 2023                                                10