# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Title: | Masimo Corporation, et al v. Apple, Inc. |
| Date | April 27, 2023 |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Joseph Re; Stephen Jensen; Sheila Swaroop; Benjamin Katzenellenbogen; Brian Horne; Brian Claasen; Adam Powell; Kendall Loebbaka; Irfan Lateef; Daniel Hughes

**Attorneys Present for Defendant(s):**
Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi; Nina Garcia; Kenneth Parker

\_\_\_\_ Day Court Trial    15th Day Jury Trial

\_\_\_\_ One day trial:    \_\_\_\_ Begun (1st day);    X  Held & continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by _____
\_\_\_\_ Witnesses called, sworn, and testified.    \_\_\_\_ Exhibits Identified    \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.    \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).    \_\_\_\_ Court pre-instructs jury.
\_\_\_\_ Bailiff(s) sworn.    \_\_\_\_ Jury retires to deliberate.    X  Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.    \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists    X  Filed jury notes.    \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for _____    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_\_ plaintiff(s)    \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.    Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____    is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____    is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment by Plaintiff    is    \_\_\_\_ granted.    \_\_\_\_ denied.    \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_\_ Case continued to    April 28, 2023, at 9:00 a.m.    for further trial/further jury deliberation.
\_\_\_\_ Other:

                                                            0  :  02
                                    Initials of Deputy Clerk    eva

cc: