UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
4/27/23
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

Case No. SACV 20-00048-JVS(JDEx)   Date: 4/27/2023

Case Name: Masimo Corporation, et al v. Apple, Inc.

Time: 0956

JURY NOTE NUMBER __1__

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__  THE JURY REQUESTS THE FOLLOWING:

Jury Inst #6 pg 10
What is the reason for
the date of Jan 9, 2017
for both b) and c)?
(being time limited.)

SIGNED: ███████████
FOREPERSON OF THE JURY