Case 8:20-cv-00048-JVS-JDE   Document 1695   Filed 04/27/23   Page 1 of 1   Page ID #:150133

FILED
CLERK, U.S. DISTRICT COURT
4/27/23
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. SACV 20-00048-JVS(JDEx)        Date: 4/27/2023

Case Name: Masimo Corporation, et al v. Apple, Inc.

Time: 0950

JURY NOTE NUMBER ___1___

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

Jury Inst #6 pg 10
What is the reason for
the date of Jan 9, 2017
for both b) and c)?
(being time limited.)

The statute of limitations extends back three years. The case was filed January 9, 2020.

JVS  4.27.23  10ᵃ am

SIGNED: ██████████
FOREPERSON OF THE JURY