**FILED**
CLERK, U.S. DISTRICT COURT
4/26/23
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Masimo Corporation, Inc., <br><br> Plaintiff. <br><br> v. <br><br> Apple, Inc., <br><br> Defendant. | Case No.: SACV 20-00048-JVS (JDEx) <br><br> **AGREEMENT OF COUNSEL TO SUBMITTED EXHIBITS TO JURY** |

Counsel agree that the exhibits going to the jury for deliberations were reviewed by counsel for Plaintiff(s) and Defendant(s) before submission to the jury. Counsel agree that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiff(s) (Printed Name): _Justin Gillett_

Counsel for Plaintiffs(s) (Signature): _[signature]_

Date: _4/26/2023_

Counsel for Defendant(s) (Printed Name): _Nora QE Passamaneck_

Counsel for Defendant(s) (Signature): _[signature]_

Date: _4/26/23_

-1-