UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

4/28/23

CENTRAL DISTRICT OF CALIFORNIA
BY: eva   DEPUTY

Case No. SACV 20-00048-JVS(JDEx)            Date: 4/28/23

Case Name: Masimo Corporation, et al v. Apple, Inc.

Time: 1:20 pm

JURY NOTE NUMBER 2

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

If i can be excused from the trial due to the fact that i have missed work since the trial started and im having financial problems due to the fact that this has been going on for almost 1 month and i do have bills as well as other payments to do.

SIGNED: [redacted]

FOREPERSON OF THE JURY