**FILED**
CLERK, U.S. DISTRICT COURT
5/1/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: eva    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation, et al.,<br>　　　　　Plaintiff.<br>　　v.<br>Apple, Inc.,<br>　　　　　Defendant. | **CASE NUMBER**<br>SACV 20-00048-JVS (JDEx)<br><br>**RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the *(check one):*

　☐ plaintiff's　　☐ defendant's　　X joint

exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

___

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

Dated: 4/26/2023

Signature of Counsel for: ☒ Plaintiff ☐ Defendant

Print Name: Justin J. Gillett　　Telephone Number: (949) 721-6322

Dated: 4/26/23

Signature of Counsel for: ☐ Plaintiff ☒ Defendant

Print Name: Nora QE Passamaneck　　Telephone Number: (720) 274 3152

I hereby certify that the above-mentioned exhibits wre returned to counsel as indicated above this date.

CLERK, U. S. DISTRICT COURT

Dated: May 1, 2023　　By: Elsa Vargas, Deputy

G-38 (6/98)　　RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL