FILED
CLERK, U.S. DISTRICT COURT
5/1/23
CENTRAL DISTRICT OF CALIFORNIA
BY: eva  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SACV 20-00048-JVS(JDEx)     Date: 5/1/23

Case Name: Masimo Corporation, et al v. Apple, Inc.

Time: 12:35

JURY NOTE NUMBER 2

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

___X___   THE JURY REQUESTS THE FOLLOWING:

We have voted on the D's + L's and have reached a decision of 6 for the defenent + 1 for the plantiff - s. What do we do now - She will not change

SIGNED: ███████████
FOREPERSON OF THE JURY