```
                          FILED
                  CLERK, U.S. DISTRICT COURT

                          5/1/23

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY:      eva      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SACV 20-00048-JVS(JDEx)          Date: 5/1/23

Case Name: Masimo Corporation, et al v. Apple, Inc.

Time: 3:25

JURY NOTE NUMBER 4

___ THE JURY HAS REACHED A UNANIMOUS VERDICT

_X_ THE JURY REQUESTS THE FOLLOWING:

We are not going to be able to come to a joint conclusion. We will not be able to change anyone opion. We are ready to stop the whole process with not being able to agree

SIGNED: [redacted]
FOREPERSON OF THE JURY