Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Pigmentation Patients, APL-MAS_02640498-APL-MAS_02640499 | | |
| 4472 | The New York Times, Rabin, Pulse Oximeter Devices Have Higher Error Rate in Black Patients, Oct. 5, 2021, APL-MAS_02640500-APL-MAS_02640501 | | |
| 4473 | Crooks et al., Pulse Oximeter measurements vary across ethnic groups: an observational study in patients with COVID-19, Jan. 2, 2022, APL-MAS_02640502-APL-MAS_02640505 | | |
| 4474 | PureSAT Advantage, APL-MAS_02640506-APL-MAS_02640507 | | |
| 4475 | Fawzy et al., Racial and Ethnic Discrepancy in Pulse Oximetry and Delayed Identification of Treatment Eligibility Among Patients with COVID-19, May 31, 2022, APL-MAS_02640508-APL-MAS_02640516 | | |
| 4476 | Masimo Corporation SEC Form 10-K for the fiscal year ended Jan. 1, 2022, APL-MAS_03062518-APL-MAS_03062690 | | |
| 4477 | Masimo Corporation SEC Form 10-K for the fiscal year ended Dec. 29, 2018, APL-MAS_03064847-APL-MAS_03065103 | | |
| 4478 | Masimo Corporation SEC Form 10-K for the fiscal year ended Dec. 30, 2017, APL-MAS_03065104-APL-MAS_03065241 | | |
| 4479 | ABIresearch Report, Staff Wearables: Closing the Retail LoT Loop, Oct.  30, 2017, APL-MAS_01682472- APL-MAS_01682501 | | |
| 4480 | A Concise History of the Smartwatch, Bloomberg, Jan. 8, 2018, APL-MAS_03063854-APL-MAS_03063855 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4481 | Eight years of Fitbit news leading up to its planned IPO, Mobi Health News, May 11, 2015, APL-MAS_03061960-APL-MAS_03061976 | | |
| 4482 | The rise and fall of fitness trackers, CNET, Jan. 1, 2015, APL-MAS_03065375-APL-MAS_03065384 | | |
| 4483 | Smartwatch Timeline: The devices that paved the way for the Apple Watch, Wearable, Aug. 20, 2021, APL-MAS_03063984-APL-MAS_03063996 | | |
| 4484 | 4 Fitness Trackers To Get in Shape for 2013, GottaBeMobile, Dec. 18, 2012, APL-MAS_03061785-APL-MAS_03061791 | | |
| 4485 | Adidas miCoach Smart Run review: the almost-perfect training partner, Engadget, November 19, 2013, APL-MAS_03061792-APL-MAS_03061813 | | |
| 4486 | TomTom Cardio Runner & Multisport with Optical Heart Rate In-Depth Review, DC RAINMAKER,Apr. 2, 2014, APL-MAS_03063072-APL-MAS_03063200 | | |
| 4487 | "Microsoft Band review", The Verge, November 11, 2014, APL-MAS_03062899-APL-MAS_03062916 | | |
| 4488 | This is the Fitbit Surge, a $250 'superwatch' with built-in GPS, The Verge, Oct. 19, 2014, APL-MAS_03063067-APL-MAS_03063071 | | |
| 4489 | "The GPS-Equipped Vivoactive Is Garmin's First Smartwatch", Popular Mechanics, Jan. 5, 2015, APL-MAS_03063062-APL-MAS_03063066 | | |
| 4490 | Fitbit Flex 2 review: A low-key, wear-anytime tracker that's swim-proof (at last!), CNET, Sept. 29,2016,, APL-MAS_03061995-APL-MAS_03062007 | | |
| 4491 | "MIO Alpha watch goes on sale for $199, touts high-grade heart monitoring on the run", Engadget,Dec. 3, 2012, APL-MAS_03062477-APL-MAS_03062482 | | |

Joint Trial Exhibit List
Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4492 | "BASIS Science to Demo Basis Band at 2012 International CES; Reveals Design of Web Dashboard",Cision, Jan. 9, 2012, APL-MAS_03061857-APL-MAS_03061858 | | |
| 4493 | "Samsung Gear Fit hands-on review – curved display + heart-rate sensor = fitness band gold", Stuff,Feb. 24, 2014, APL-MAS_03062942-APL-MAS_03062951 | | |
| 4494 | Galaxy S5 Explained: the Heart Rate Sensorand S Health 3.0, Samsung Newsroom, May 6, 2014, APL-MAS_02198507-APL-MAS_02198511 | | |
| 4495 | "Garmin Forerunner 230 & 235 In-Depth Review", DC RAINMAKER, November 25, 2015, APL-MAS_03062283-APL-MAS_03062394 | | |
| 4496 | "Microsoft Band 2 review", Wearable, November 27, 2015, APL-MAS_03062888-APL-MAS_03062898 | | |
| 4497 | "About VO2 Max. Estimates, Garmin, APL-MAS_03063210-APL-MAS_03063210 | | |
| 4498 | "Suunto Spartan Sport Wrist HR In-Depth Review", DC RAINMAKER, May 12, 2017, APL-MAS_03062952-APL-MAS_03063061 | | |
| 4499 | "Garmin debuts the fenix 5 Plus, adds maps, music, Garmin Pay and wrist-based Pulse Ox to its premiummultisport GPS watch series," Garmin, June 18, 2018, APL-MAS_03065430-APL-MAS_03065436 | | |
| 4500 | "Fitbit Charge 2 review: Sports tracking for the masses", Wearable, Sept. 12, 2017, APL-MAS_03061977-APL-MAS_03061994 | | |
| 4501 | "The Huawei Watch 2: Strava, VO2 max and WiFi", bikeradar, Mar. 5, 2017, APL-MAS_03063207-APL-MAS_03063209 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4502 | "Huami reveals Amazfit Pace 2 smartwatch", Gadgets & Wearables, Dec. 12, 2017, APL-MAS_03062405-APL-MAS_03062407 | | |
| 4503 | Fitbit Introduces Fitbit Versa, the Smartwatch for All, Business Wire, Mar. 13, 2018, APL-MAS_03065419-APL-MAS_03065425 | | |
| 4504 | "Garmin Fenix 5/5S/5X Plus In-Depth Review (with Maps, Music, Payments)", DC RAINMAKER, June18, 2018, APL-MAS_03062067-APL-MAS_03062282 | | |
| 4505 | "Fitbit enables blood oxygen sensor in Ionic, Charge 3and Versa", Trusted Reviews, Jan. 16, 2020, APL-MAS_03062047-APL-MAS_03062051 | | |
| 4506 | "COROS VERTIX Adventure GPS Watch: Hands-on with their new premium watch", DC RAINMAKER,May 14, 2019, APL-MAS_03061904-APL-MAS_03061959 | | |
| 4507 | "Huawei Band 4 Pro comes with an SpO2 sensor, GPS and NFC", Gadgets & Wearables, Dec. 6,2019, APL-MAS_03062414-APL-MAS_03062418 | | |
| 4508 | "Galaxy Watch 3 review: A stunning smartwatch with SpO2 tracking and ECG", CNET, Sept. 24,2020, APL-MAS_03062058-APL-MAS_03062066 | | |
| 4509 | Introducing Fitbit Sense: The Advanced Health Smartwatch Featuring Innovation in Stress Management,Heart Health, and Wellness, Fitbit News, Aug. 25, 2020, APL-MAS_03062419-APL-MAS_03062458 | | |
| 4510 | "Maxim Unveils First Wrist-Worn Platform for Monitoring ECG, Heart Rate and Temperature", MaximIntegrated, Sept. 25, 2018, APL-MAS_03062885-APL-MAS_03062887 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4511 | "CES 2019: The Withings Move fitness watch has ECG for $130", CNET, Jan. 7, 2019, APL-MAS_03061900-APL-MAS_03061903 | | |
| 4512 | "Fitbit's new Sense smartwatch can take your skin's temperature to help you manage stress", The Verge,Aug. 25, 2020, APL-MAS_03062052-APL-MAS_03062057 | | |
| 4513 | "Best Smartwatch with Temperature Sensor for 2022", Digital Health Central, Oct.  18, 2021, APL-MAS_03061859-APL-MAS_03061868 | | |
| 4514 | "Best Smartwatches with Fall Detection in 2022", Deal N Tech, July 26, 2022, APL-MAS_03061876-APL-MAS_03061879 | | |
| 4515 | "Best Smartwatches With Menstrual Tracker", TechThirsty, Mar. 15, 2021, APL-MAS_03061869-APL-MAS_03061875 | | |
| 4516 | "Samsung Gear Fit 2: The best, and least expensive, GPS music playing activity band available", ZD Net,July 27, 2016, APL-MAS_03062917-APL-MAS_03062927 | | |
| 4517 | "Fitbit Ionic review: not iconic, but still pretty good", The Verge, Oct.  2, 2017, APL-MAS_03062029-APL-MAS_03062046 | | |
| 4518 | "Garmin's new Forerunner GPS smartwatch adds music and payments", CNET, Jan. 8, 2018, APL-MAS_03062395-APL-MAS_03062399 | | |
| 4519 | "Fitbit Ionic review: Good fitness tracker, passable smartwatch", Engadget, Oct.  22, 2017, APL-MAS_03062008-APL-MAS_03062028 | | |
| 4520 | "Introducing Garmin® vívoactive® 4 and 4S GPS smartwatches with enhanced health monitoring and | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | newanimated on-screen workouts", Garmin, Sept. 5, 2019, APL-MAS_03062472-APL-MAS_03062476 | | |
| 4521 | "Stay Connected No Matter Where You Are with the New Samsung Galaxy Watch", Samsung Newsroom,Aug. 10, 2018, APL-MAS_03062935-APL-MAS_03062941 | | |
| 4522 | "Garmin introduces its first LTE-enabled smartwatch", The Verge, Jan. 7, 2019, APL-MAS_03062400-APL-MAS_03062404 | | |
| 4523 | "Best smartwatch with LTE 2022", Android Central, Aug. 10, 2022 | | |
| 4524 | "Smartwatch Market Size Will Achieve USD 156.3 Billion by 2030 growing at 20.1% CAGR - ExclusiveReport by Acumen Research and Consulting", Globe Newswire, Aug. 29, 2022, APL-MAS_03062928-APL-MAS_03062934 | | |
| 4525 | "Wearables Market Sees First Decline at Beginning of 2022 as Demand Normalizes, According to IDC",IDC, June 7, 2022, APL-MAS_03063201-APL-MAS_03063206 | | |
| 4526 | "Medical Monitoring Pioneer Announces the Limited Market Release of the Masimo W1™ Watch forConsumers", Masimo, May 2, 2022, APL-MAS_03062483-APL-MAS_03062491 | | |
| 4527 | Masimo Corporation FQ3 2022 Earnings Call Transcripts, November 9, 2022, APL-MAS_03061130-APL-MAS_03061147 | | |
| 4528 | Email between Robert Mansfield and David Affourtit, Jan. 8, 2013, APL-MAS_00359921-APL-MAS_00359923 | | |
| 4529 | Picture of Masimo sensor module MASA_P_096, MASA03603465-MASA03603465 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4530 | Picture of Apple Watch Series 7, 45mm, APL-MAS_03065577-APL-MAS_03065577 | | |
| 4531 | Picture of Masimo W1, APL-MAS_03065593-APL-MAS_03065593 | | |
| 4532 | Picture of Masimo W1 – Depth Measurement, APL-MAS_03065583-APL-MAS_03065583 | | |
| 4533 | Picture of Apple Watch Series 7, 45mm – Depth Measurement, APL-MAS_03065587-APL-MAS_03065587 | | |
| 4534 | Picture of Apple Watch Series 7, 45mm, APL-MAS_03065578-APL-MAS_03065578 | | |
| 4535 | Picture of Apple Watch Series 7, 45mm – Back Crystal Measurement, APL-MAS_03065580-APL-MAS_03065580 | | |
| 4536 | Zacks Equity Research, Yahoo!news, Masimo Launches MightySat Pulse Oximeter for Personal Use –Analyst Blog, Jan. 6, 2015, APL-MAS_03062864-APL-MAS_03062870 | | |
| 4537 | Masimo, Patents, APL-MAS_03062497-APL-MAS_03062504 | | |
| 4538 | Masimo Corporation SEC Form 10-Q for the quarterly period ended July 2, 2022, APL-MAS_03060541-APL-MAS_03060948 | | |
| 4539 | Masimo Corporation SEC Form 10-Q for the quarterly period ended October 1, 2022, APL-MAS_03060949-APL-MAS_03061097 | | |
| 4540 | Apple Health Information, APL-MAS-00362007-APL-MAS-00362092 | | |
| 4541 | Q3 FY 2015 to Q2 FY 2022: Apple Inc. Worldwide Apple Watch Sales Data, FY15Q3-FY22Q2, APL-MAS_02470121-APL-MAS_02470121 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4542 | Q3 2022: Apple Inc. Worldwide Apple Watch Sales Data, FY22Q3, APL-MAS_02962191-APL-MAS_02962191 | | |
| 4543 | Empowering people to live a healthier day, Apple, July 2022, APL-MAS_02891600-APL-MAS_02891658 | | |
| 4544 | Wavelength Tracking ERS, APL-MAS_02279097-APL-MAS_02279114 | | |
| 4545 | N187 Scandium PD Notebook, APL-MAS_01983563-APL-MAS_01983922 | | |
| 4546 | N27A Platinum Optical ERS rev 0.1, APL-MAS_00128228-APL-MAS_00128259 | | |
| 4547 | N27A Platinum Optical ERS rev 0.8, APL-MAS_00128363-APL-MAS_00128417 | | |
| 4548 | N187 Visual BOM, APL-MAS_00779139-APL-MAS_00779141 | | |
| 4549 | Plaintiffs' Second Amended Complaint | | |
| 4550 | Plaintiffs' Second Amended Complaint (redacted excerpt for D9) | | |
| 4551 | Declaration of Jeroen Poeze in Support of Plaintiffs Masimo Corporation and Cercacor Laboratories Inc.'s Motion for Preliminary Injunction | | |
| 4552 | Track your nightly wrist temperature changes with Apple Watch, APL-MAS_03056150-APL-MAS_03056152 | | |
| 4553 | N41 Prox Proto 2 Build Report, APL-MAS_01011868-APL-MAS_01011911 | 4/18/23 | 4/18/23 |
| 4554 | Testing Results, APL-MAS_03053990-APL-MAS_03054338 | | |

Joint Trial Exhibit List
Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4555 | U.S. Patent Application Publication No. 2014/0276119 ("Fitbit"), APL-MAS_03055755-APL-MAS_03055829 | | |
| 4556 | U.S. Patent Application Publication No. 2009/0259116 ("Wasserman"), APL-MAS_03055743-APL-MAS_03055754 | | |
| 4557 | Photograph from Inspection of Masimo Devices, MASA03603547-MASA03603547 | | |
| 4558 | Photograph from Inspection of Masimo Devices, MASA03603468-MASA03603468 | | |
| 4559 | Apple Watch Series 7 Photograph, APL-MAS_03055742-APL-MAS_03055742 | | |
| 4560 | Apple Watch Series 7 Photograph, APL-MAS_03055739-APL-MAS_03055739 | | |
| 4561 | Photograph from Inspection of Masimo Devices, MASA03603523-MASA03603523 | | |
| 4562 | Apple Watch Series 4 (GPS + Cellular) First Look, APL-MAS_00064539-APL-MAS_00064540 | | |
| 4563 | Testing Data, APL-MAS_03053964-APL-MAS_03053969 | | |
| 4564 | Testing Data, APL-MAS_03053970-APL-MAS_03053970 | | |
| 4565 | Testing Data, APL-MAS_03053971-APL-MAS_03053971 | | |
| 4566 | Testing Data, APL-MAS_03053972-APL-MAS_03053972 | | |
| 4567 | Testing Data, APL-MAS_03053973-APL-MAS_03053973 | | |
| 4568 | Testing Data, APL-MAS_03053974-APL-MAS_03053974 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4569 | Testing Data, APL-MAS_03053975-APL-MAS_03053975 | | |
| 4570 | Testing Data, APL-MAS_03053976-APL-MAS_03053976 | | |
| 4571 | Testing Data, APL-MAS_03053977-APL-MAS_03053977 | | |
| 4572 | Testing Data, APL-MAS_03053978-APL-MAS_03053978 | | |
| 4573 | Testing Data, APL-MAS_03053979-APL-MAS_03053979 | | |
| 4574 | Testing Data, APL-MAS_03053980-APL-MAS_03053980 | | |
| 4575 | Testing Data, APL-MAS_03053981-APL-MAS_03053981 | | |
| 4576 | Testing Data, APL-MAS_03053982-APL-MAS_03053982 | | |
| 4577 | Testing Data, APL-MAS_03053983-APL-MAS_03053983 | | |
| 4578 | Testing Data, APL-MAS_03053984-APL-MAS_03053984 | | |
| 4579 | Testing Data, APL-MAS_03053985-APL-MAS_03053985 | | |
| 4580 | Testing Data, APL-MAS_03053986-APL-MAS_03053986 | | |
| 4581 | Testing Data, APL-MAS_03053987-APL-MAS_03053987 | | |
| 4582 | Testing Data, APL-MAS_03053988-APL-MAS_03053988 | | |
| 4583 | Testing Data, APL-MAS_03053989-APL-MAS_03053989 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4584 | Testing Data, APL-MAS_03054688-APL-MAS_03054693 | | |
| 4585 | Testing Data, APL-MAS_03054694-APL-MAS_03054694 | | |
| 4586 | Testing Data, APL-MAS_03054695-APL-MAS_03054695 | | |
| 4587 | Testing Data, APL-MAS_03054696-APL-MAS_03054696 | | |
| 4588 | Testing Data, APL-MAS_03054697-APL-MAS_03054697 | | |
| 4589 | Testing Data, APL-MAS_03054698-APL-MAS_03054698 | | |
| 4590 | Testing Data, APL-MAS_03054699-APL-MAS_03054699 | | |
| 4591 | Testing Data, APL-MAS_03054700-APL-MAS_03054700 | | |
| 4592 | Testing Data, APL-MAS_03054701-APL-MAS_03054701 | | |
| 4593 | Testing Data, APL-MAS_03054702-APL-MAS_03054702 | | |
| 4594 | Testing Data, APL-MAS_03054703-APL-MAS_03054703 | | |
| 4595 | Testing Data, APL-MAS_03054704-APL-MAS_03054704 | | |
| 4596 | Testing Data, APL-MAS_03054705-APL-MAS_03054705 | | |
| 4597 | Testing Data, APL-MAS_03054706-APL-MAS_03054706 | | |
| 4598 | Testing Data, APL-MAS_03054707-APL-MAS_03054707 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4599 | Testing Data, APL-MAS_03054708-APL-MAS_03054708 | | |
| 4600 | Testing Data, APL-MAS_03054709-APL-MAS_03054709 | | |
| 4601 | Testing Data, APL-MAS_03054710-APL-MAS_03054710 | | |
| 4602 | Testing Data, APL-MAS_03054711-APL-MAS_03054711 | | |
| 4603 | Testing Data, APL-MAS_03054712-APL-MAS_03054712 | | |
| 4604 | Testing Data, APL-MAS_03054713-APL-MAS_03054713 | | |
| 4605 | Intellectual Property Agreement, APL-MAS_00060604-APL-MAS_00060606 | | |
| 4606 | Hello Again now.png | | |
| 4607 | Hello Again SteveiMac-HiRes.jpg | | |
| 4608 | Hello Again then.png | | |
| 4609 | iPod Silhouette Advertisement Orange | | |
| 4610 | iPod Silhouette Advertisement Green | | |
| 4611 | iPod Silhouette Advertisement Purple Billboard | | |
| 4612 | iPod Silhouette Advertisement Street | | |
| 4613 | iPod Silhouette Advertisement Pink | | |
| 4614 | Think Different | | |
| 4615 | Think Different Aldrin | | |
| 4616 | Think Different Einstein | | |
| 4617 | Think Different Graham | | |
| 4618 | 1984 Apple Macintosh Commercial | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 4619 | Apple Think Different Commercial | | |
| 4620 | Apple Misunderstood Commercial | | |
| 4621 | Apple Skateboard Commercial | | |
| 4622 | Outstanding Commercial Nominees 1998 Emmy Awards | | |
| 4623 | Winner Outstanding Commercial 1998 Emmy Awards | | |
| 4624 | Outstanding Commercial Nominees 2014 Emmy Awards | | |
| 4625 | Winner Outstanding Commercial 2014 Emmy Awards | | |
| 4626 | Apple 911 Commercial | | |
| 4627 | D&AD Graphite Pencil Award Apple 911 | | |
| 4628 | The One Show Silver Pencil Award Apple 911 | | |
| 4629 | Apple 911 Commercial Series 7 | | |
| 4630 | 75th Annual DGA Awards Nominees Apple Hard Knocks | | |
| 4631 | Outstanding Commercial Nominees 2021 Emmy Awards | | |
| 4632 | DGA 2021 Nominees Apple ECG and Sleep | | |
| 4633 | Apple Sleep Commercial | | |
| 4634 | Apple Hard Knocks Commercial | | |
| 4635 | Apple It Already Does That Commercial | | |
| 4636 | BusinessWire, Masimo Announces FDA Clearance for Home Use of Rad-97, Jan. 9, 2018 | 4/11/23 | 4/11/23 |
| 4637 | U.S Patent No. 5,782,757 | 4/13/23 | 4/13/23 |
| 4638 | Email from Kramer to Darrah et al., Aug. 9, 2011 MASA01812946-MASA01812948 | 4/14/23 | 4/14/23 |
| 4639 | Email from O'Reilly to McManus, July 16, 2012 | 4/14/23 | 4/14/23 |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | MASA00533431-MASA00533431 | | |
| 4639.1 | O'Reilly, Smart Monitoring Presentation MASA00533432-MASA00533480 | 4/18/23 | 4/18/23 |
| 4639.2 | O'Reilly, Smart Monitoring Presentation MASA00533482-MASA00533491 | 4/18/23 | 4/18/23 |
| 4639.3 | O'Reilly, Smart Monitoring Presentation MASA00533492-MASA00533510 | 4/18/23 | 4/18/23 |
| 4640 | Email from McManus to O'Reilly, Aug. 8, 2012 MASA00690816-MASA00690816 | 4/18/23 | 4/18/23 |
| 4640.1 | McManus, Smart Monitoring, 2012 MASA00690817-MASA00690849 | 4/18/23 | 4/18/23 |
| 4641 | O'Reilly, Masimo New Product Launch Meeting, July 13, 2012 MASA00533763-MASA00533813 | | |
| 5000 | 5/3/2013 Email from Steve Hotelling to Steve Smith, et al., re Masimo Notes with attachments, APL-MAS_03077337-APL-MAS_03077338 | 4/14/23 | 4/14/23 |
| 5002 | 10/14/2018 Text Message from Michael O'Reilly to Joe Kiani, MASA03581467 | 4/18/23 | 4/18/23 |
| 5003 | N41 Prox Module External ERS, APL-MAS_03004638-AP-MAS_03004669 | 4/20/23 | 4/20/23 |
| P-0001 | Physical - Radius PPG Neo sensor, MASA_P_001 | 4/5/23 | 4/5/23 |
| P-0002 | Physical - Radius PPG reusable chip, MASA_P_002 | 4/5/23 | 4/5/23 |
| P-0003 | Physical - Radius PPG Neo sensor, MASA_P_003 | | |
| P-0004 | Physical - Radius PPG reusable chip, MASA_P_004 | | |
| P-0005 | Physical - TF-I (Ref. No. 4055) (Current), MASA_P_005 | 4/6/23 | 4/6/23 |
| P-0006 | Physical - TF-I (Ref. No. 4055) (Current), MASA_P_006 | | |

Joint Trial Exhibit List
Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-0007 | Physical - TF-I (Ref. No. 4055) (Current), MASA_P_007 | | |
| P-0008 | Physical - TF-I (Ref. No. 4055) (Current), MASA_P_008 | | |
| P-0009 | Physical - TF-I (Ref. No. 4055) (Current), MASA_P_009 | | |
| P-0010 | Physical - TFA-1 (Ref. No. 4016) (Current), MASA_P_010 | | |
| P-0011 | Physical - TFA-1 (Ref. No. 4016) (Current), MASA_P_011 | | |
| P-0012 | Physical - TFA-1 (Ref. No. 4016) (Current), MASA_P_012 | | |
| P-0013 | Physical - TFA-1 (Ref. No. 4016) (Current), MASA_P_013 | | |
| P-0014 | Physical - TFA-1 (Ref. No. 4016) (Current), MASA_P_014 | | |
| P-0015 | Physical - Masimo MightySat Lanyard, bag, and batteries, MASA_P_015 | | |
| P-0016 | Physical - TI eZ430 Watch, MASA_P_016 | | |
| P-0017 | Physical - iSpO2, Android (microUSB), MASA_P_017 | | |
| P-0018 | Physical - iSpO2, iOS (30 pin), MASA_P_018 | 4/5/23 | 4/5/23 |
| P-0019 | Physical - iSpO2, Android (microUSB), MASA_P_019 | | |
| P-0020 | Physical - iSpO2, iOS (30 pin), MASA_P_020 | | |
| P-0021 | Physical - iSpO2, microUSB, MASA_P_021 | | |
| P-0022 | Physical - MightySat Rx (2017), MASA_P_022 | | |
| P-0023 | Physical - MightySat Rx (2019), MASA_P_023 | 4/5/23 | 4/5/23 |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-0024 | Physical - W1, Air Watch P#003, MASA_P_024 | | |
| P-0025 | Physical - W1, Identifying Number: 2052700011, MASA_P_025 | | |
| P-0026 | Physical - W1, Identifying Number: 2111700027, MASA_P_026 | | |
| P-0027 | Physical - W1, Air Watch P#004, MASA_P_027 | | |
| P-0028 | Physical - W1, Air Watch P#005, MASA_P_028 | | |
| P-0029 | Physical - W1, Air Watch P#006, MASA_P_029 | | |
| P-0030 | Physical - W1, Identifying Number: 7, MASA_P_030 | | |
| P-0031 | Physical - W1, Identifying Number: 8, MASA_P_031 | | |
| P-0032 | Physical - W1, Identifying Number: 9, MASA_P_032 | | |
| P-0033 | Physical - W1, Identifying Number: 11, MASA_P_033 | | |
| P-0034 | Physical - W1, Identifying Number: 12, MASA_P_034 | | |
| P-0035 | Physical - W1, Identifying Number: 15, MASA_P_035 | | |
| P-0036 | Physical - W1, Identifying Number: 16, MASA_P_036 | | |
| P-0037 | Physical - W1, Identifying Number: 17, MASA_P_037 | | |
| P-0038 | Physical - W1, Identifying Number: 19, MASA_P_038 | | |
| P-0039 | Physical - W1, Identifying Number: 20, MASA_P_039 | | |
| P-0040 | Physical - W1, Identifying Number: 21, MASA_P_040 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-0041 | Physical - W1, Identifying Number: 22, MASA_P_041 | | |
| P-0042 | Physical - W1, Identifying Number: 24, MASA_P_042 | | |
| P-0043 | Physical - W1, Identifying Number: 25, MASA_P_043 | | |
| P-0044 | Physical - W1, Identifying Number: 27, MASA_P_044 | | |
| P-0045 | Physical - W1, Identifying Number: 28, MASA_P_045 | | |
| P-0046 | Physical - W1, Identifying Number: 29, MASA_P_046 | | |
| P-0047 | Physical - W1, Identifying Number: 31, MASA_P_047 | | |
| P-0048 | Physical - W1, Identifying Number: 32, MASA_P_048 | | |
| P-0049 | Physical - W1, Identifying Number: 33, MASA_P_049 | | |
| P-0050 | Physical - W1, Identifying Number: 34, MASA_P_050 | | |
| P-0051 | Physical - W1, Identifying Number: 35, MASA_P_051 | | |
| P-0052 | Physical - W1, Identifying Number: 38, MASA_P_052 | | |
| P-0053 | Physical - W1, Identifying Number: 42, MASA_P_053 | | |
| P-0054 | Physical - W1, Identifying Number: 2000000004, MASA_P_054 | | |
| P-0055 | Physical - W1, Identifying Number: 2000000010, MASA_P_055 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-0056 | Physical - W1, Identifying Number: 88564A, MASA_P_056 | | |
| P-0057 | Physical - W1, Identifying Number: 2052700003, MASA_P_057 | | |
| P-0058 | Physical - W1, Identifying Number: 2052700019, MASA_P_058 | | |
| P-0059 | Physical - W1, Identifying Number: 2116700010, MASA_P_059 | | |
| P-0060 | Physical - W1, Identifying Number: 2116700020, MASA_P_060 | | |
| P-0061 | Physical - W1, Identifying Number: 2116700031, MASA_P_061 | | |
| P-0062 | Physical - W1, Identifying Number: OE-1911741, MASA_P_062 | | |
| P-0063 | Physical - W1, Identifying Number: 2000000012, MASA_P_063 | | |
| P-0064 | Physical - W1, Identifying Number: 2000000013, MASA_P_064 | | |
| P-0065 | Physical - W1, Air Watch Carrier 01, MASA_P_065 | | |
| P-0066 | Physical - W1, Identifying Number: 211700003, MASA_P_066 | | |
| P-0067 | Physical - W1, Identifying Number: 211700013, MASA_P_067 | | |
| P-0068 | Physical - W1, Identifying Number: 211700017, MASA_P_068 | | |
| P-0069 | Physical - W1, Identifying Number: 211700018, MASA_P_069 | | |
| P-0070 | Physical - W1, Identifying Number: 211700025, MASA_P_070 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-0071 | Physical - Radius PPG, RC00000848, MASA_P_071 | | |
| P-0072 | Physical - Radius PPG Sensor Lot E19GWA, MASA_P_072 | | |
| P-0073 | Physical - W1, Identifying Number: 301034A, MASA_P_073 | | |
| P-0074 | Physical - W1, Identifying Number: 28089A1, MASA_P_074 | | |
| P-0075 | Physical - W1, Identifying Number: 28089C, MASA_P_075 | | |
| P-0076 | Physical - W1, Identifying Number: 28089E1, MASA_P_076 | | |
| P-0077 | Physical - Masimo Radius-7 screen, MASA_P_077 | | |
| P-0078 | Physical - Masimo Radius-7, MASA_P_078 | | |
| P-0079 | Physical - Masimo Radius-7 Cuff, MASA_P_079 | | |
| P-0080 | Physical - Masimo Radius-7 Cuff (Ref. No. 38879), MASA_P_080 | | |
| P-0081 | Physical - Cercacor Prototype, MASA_P_081 | | |
| P-0082 | Physical - Masimo Pronto 7, MASA_P_082 | | |
| P-0083 | Physical - Masimo Pronto 7 Sensor, MASA_P_083 | | |
| P-0084 | Physical - Withings ScanWatch, MASA_P_084 | | |
| P-0085 | Physical - Amazfit GTR 2e, MASA_P_085 | | |
| P-0086 | Physical - Apple Watch Series 0, MASA_P_086 | | |
| P-0087 | Physical - Steve Jobs: The Lost Interview, DVD, MASA_P_087 | | |
| P-0089 | Physical - Cercacor Ember, MASA_P_089 | | |
| P-0090 | Physical - OxiMax OxiCliq-A, Adult Oxygen Sensor, MASA_P_090 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-0091 | Physical - OxiMax OxiCliq-P, Pediatric Oxygen Sensor, MASA_P_091 | | |
| P-0092 | Physical - Nellcor Oxisensor II D-25, Adult Oxygen Sensor, MASA_P_092 | | |
| P-0093 | Physical - Masimo LNOP Adt (Ref 1001), MASA_P_093 | | |
| P-0094 | Physical - Masimo W1 Watch (Current), MASA_P_094 | | |
| P-0095 | Physical - Masimo W1 Watch Charger (Current), MASA_P_095 | | |
| P-0096 | Physical - Masimo Health Module (Current), MASA_P_096 | 4/5/23 | 4/5/23 |
| P-0097 | Physical - Masimo Health Module Back Lens (Current), MASA_P_097 | | |
| P-0098 | Physical - Masimo Health Module Board (Current), MASA_P_098 | 4/5/23 | 4/5/23 |
| P-0099 | Physical - Masimo Health Module Boards, Group of 2 (Current), MASA_P_099 | 4/5/23 | 4/5/23 |
| P-0100 | Physical - Masimo W1 Freedom Prototype, MASA_P_100 | | |
| P-0101 | Physical - Fitbit Sense, MASA_P_101 | | |
| P-0102 | Physical - Fitbit Versa 2, MASA_P_102 | | |
| P-0103 | Physical - Stepfly Smart Watch, MASA_P_103 | | |
| P-0104 | Physical - Fitness Tracker Smart Watch, MASA_P_104 | | |
| P-0105 | Physical - Kalinco Smart Watch, MASA_P_105 | | |
| P-0106 | Physical - Pautios Smart Watch, MASA_P_106 | | |
| P-0107 | Physical - Kospet Smart Watch, MASA_P_107 | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-0108 | Physical - IPS Smart Watch, MASA_P_108 | | |
| P-0109 | Physical - Smart Watch, MASA_P_109 | | |
| P-0110 | Physical - Masimo W1, MASA_P_110 | 4/5/23 | 4/5/23 |
| P-0111 | Physical - Masimo Health Module Board (Current), MASA_P_111 | | |
| P-0112 | Physical Exhibit - ABBY Award, MASA00020348-MASA00020349 | | |
| P-0113 | Physical Exhibit - Frost and Sullivan 2003 New Standard of Care in Patient Monitoring Award, MASA00020350-MASA00020351 | | |
| P-0114 | Physical Exhibit - 2012 Ernst & Young Entrepreneur of the Year - Joe Kiani, MASA00020397-MASA00020397 | | |
| P-0115 | INTENTIONALLY OMITTED | | |
| P-0116 | Physical: Source Code Computer with Masimo Source Code Made Available for Inspection | | |
| P-0116.1 | Directory printouts from Source Code Computer with Masimo Source Code | | |
| P-0117 | Physical: rainbow® sensors | | |
| P-0118 | Physical - Diab's Notebook (1994-1996) | | |
| P-0119 | Physical - Apple Watch Series 0 | 4/7/23 | 4/7/23 |
| P-0120 | Physical - Apple Watch Series 1 | 4/7/23 | 4/7/23 |
| P-0121 | Physical - Apple Watch Series 2 | 4/7/23 | 4/7/23 |
| P-0122 | Physical - Apple Watch Series 3 | 4/7/23 | 4/7/23 |
| P-0123 | Physical - Apple Watch Series 4 | 4/7/23 | 4/7/23 |
| P-0124 | Physical - Apple Watch Series 5 | 4/7/23 | 4/7/23 |
| P-0125 | Physical - Apple Watch Series 6 | 4/7/23 | 4/7/23 |
| P-0126 | Physical - Apple Watch Series 7 | 4/7/23 | 4/7/23 |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-0127 | Physical - Apple Watch Series 8 | | |
| P-0128 | Physical - Apple Watch Series SE | 4/7/23 | 4/7/23 |
| P-0129 | Physical - Apple Watch Series Ultra | | |
| P-0130 | Physical of the Masimo TF-I sensor | | |
| P-0131 | Physical of the Masimo Pronto-7 sensor | | |
| P-0132 | Physical of the Masimo Radical-7 Sensor | | |
| P-0133 | Physical of the Masimo iSPO2 sensor | | |
| P-0134 | Physical of the Masimo G2 device | | |
| P-0135 | Physical of Ex. 827 - Dalke Notebook 281 (2003) | | |
| P-0136 | Physical of Ex. 832 - Poeze Notebook (2008) | | |
| P-0137 | Physical of Ex. 878 - Diab Notebook (2007) | | |
| P-0138 | Physical of Ex. 881 - Diab Notebook (1994) | | |
| P-0139 | Physical of Ex. 1214 - Diab Notebook 1B (1992) | | |
| P-0140 | Physical of Ex. 1227 - Diab Notebook (1988) | | |
| P-0141 | Physical of Ex. 1910 - Diab Notebook (1990) | | |
| P-0142 | Physical of Ex. 702 - Dalke Notebook 301 (2004) | | |
| P-0143 | Physical of Ex. 703 - Smith Notebook 295 (2004) | | |
| P-0144 | Physical of Ex. 794 - Smith Notebook 13 (1992) | | |
| P-0145 | Physical of Ex. 798 - Diab Notebook 1001 (1994) | | |
| P-0146 | Physical of Ex. 811 - Dalke Notebook 241 (2002) | | |
| P-0147 | Physical of Ex. 483 (O'Reilly Notes) | | |
| P-0148 | Physical of Ex. 484 (O'Reilly Notes) | | |
| P-0149 | Physical of Ex. 485 (O'Reilly Notes) | | |
| P-0150 | Physical of Ex. 486 (O'Reilly Notes) | | |
| P-0151 | Physical of Ex. 487 (O'Reilly Notes) | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-0152 | Physical of Ex. 488 (O'Reilly Notes) | | |
| P-0153 | Physical of Ex. 489 (O'Reilly Notes) | | |
| P-0154 | Physical of Ex. 490 (O'Reilly Notes) | | |
| P-0155 | Physical of Ex. 491 (O'Reilly Notes) | | |
| P-0156 | Physical of Ex. 492 (O'Reilly Notes) | | |
| P-0157 | Physical of Ex. 493 (O'Reilly Notes) | | |
| P-0158 | Physical of Ex. 494 (O'Reilly Notes) | | |
| P-0159 | Physical of Ex. 495 (O'Reilly Notes) | | |
| P-0160 | Physical of Ex. 496 (O'Reilly Notes) | | |
| P-0161 | Physical of device depicted in Ex. 1045 | 4/6/23 | 4/6/23 |
| P-0162 | Light piping testing fixtures | 4/6/23 | 4/6/23 |
| P-0163 | Kansas State 4D, Kansas State Sensor, 2006 | | |
| P-0164 | Kansas State 6D, Kansas State Sensor, 2005 | | |
| P-0165 | Masimo TF-I Sensor | | |
| P-0166 | Masimo Pronto | | |
| P-0167 | Masimo Pronto-7 Monitor | | |
| P-0168 | Masimo rainbow DCI SC 400 sensor | | |
| P-0169 | Masimo MightySAT finger-clip pulse oximeter | | |
| P-0170 | Apple Watch Series 7 w/ Shunts | | |
| P-0171 | Apple Watch Series 7 w/o Shunts | | |
| P-0172 | Samsung Galaxy Watch3 commercially available | | |
| P-0173 | Masimo W1 Watch commercially available | | |
| P-0174 | Masimo Pronto 7 Finger Clip | | |
| P-0175 | Masimo Pronto 7 Sensor (teardown) | | |
| P-0176 | Cercacor Ember | | |

Joint Trial Exhibit List

Masimo Corp., et al. v. Apple Inc. - Case No. 8:20-cv-00048-JVS-JDE

| Trial Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| P-0177 | Masimo Health Module | | |
| P-0178 | Health Module Back Lens | | |
| P-0179 | Health Module Board | | |
| P-0180 | Health Module Board | | |
| P-0181 | Cercacor Ember (with packaging) | | |
| P-0182 | Apple Watch Series 7 (teardown) | | |
| P-0183 | Apple Watch Series 0 | | |
| P-0184 | Apple Watch Series 1 | | |
| P-0185 | Apple Watch Series 2 | | |
| P-0186 | Apple Watch Series 3 | | |
| P-0187 | Apple Watch Series 4 | | |
| P-0188 | Apple Watch Series 5 | | |
| P-0189 | Apple Watch Series 6 | | |
| P-0190 | Apple Watch Series 7 | | |
| P-0191 | Apple Watch Series 8 | | |
| P-0192 | Apple Watch Ultra | | |
| P-0193 | Apple Watch SE (1st Gen) | | |
| P-0194 | Apple Watch SE (2nd Gen) | | |
| P-0195 | Masimo MX-3 Board | | |

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") provide this Witness List.

Masimo reserves the right to amend its list of witnesses as the parties continue pre-trial preparation and in view of events at trial or other developments, including evidentiary rulings or other rulings by the Court. Masimo also reserves the right not to call any particular witness (either live or by deposition) set forth in the list below, or to present by deposition a witness listed as live below. For witnesses identified as testifying by deposition, Masimo reserves the right to call such witness to testify live if such witness is made available to do so. The identification of a witness on this list is not an admission that the witness's testimony is admissible if called by Defendant Apple Inc. ("Apple"). Masimo also reserves its right to object to any witness or testimony that is objectionable or inadmissible. The parties have previously provided the address, telephone number and/or contact information for each witness.

Masimo identifies the following Masimo witnesses and Masimo experts that it intends to call live.

|  |  | **Date** |
|---|---|---|
| 1. | David Dalke | **April 7, 2023 & April 10, 2023** |
| 2. | Mohamed Diab | **April 6, 2023** |
| 3. | Gerry Hammarth |  |
| 4. | Joe Kiani | **April 5, 2023 & April 25, 2023** |
| 5. | Jeff Kinrich | **April 13, 2023** |
| 6. | Vijay Madisetti | **April 12, 2023 & April 13, 2023 & April 20, 2023** |
| 7. | Tracy Miller | **April 10, 2023** |
| 8. | Bilal Muhsin | **April 10, 2023** |
| 9. | Robert Palmatier | **April 11, 2023 & April 12, 2023** |
| 10. | Jeroen Poeze | **April 7, 2023** |
| 11. | Stephen Scruggs | **April 10, 2023** |

Masimo identifies the following Masimo witnesses it may call only if the need arises.  Pursuant to Local Rule 16-5, Masimo has placed an asterisk (*) next to the witnesses it may call only if the need arises.

1.    *Ammar Al-Ali

2.    *Kristin Budreau

3.    *Rick Fishel

4.    *Greg Olsen

5.    *James Pishney

6.    *Richard Priddell

7.    *Anand Sampath

8.    *Robert Smith

9.    *Phil Weber

10.    *Walt Weber

11.    *Crystal Wei

12.    *Micah Young

Masimo identifies the following third-party witness it intends to call live, and reserves the right to present the witness by deposition if the witness does not appear pursuant to Masimo's trial subpoena.

1.    Marcelo Lamego                **April 13, 2023**

Masimo identifies the following Apple witnesses that Masimo intends to examine live during Apple's case-in-chief, with the understanding that Masimo may keep its case-in-chief open and will have a full opportunity to question the below witnesses about all topics when Apple calls the witness, without regard to the scope of the initial direct examination.  Masimo reserves the right to call the below witnesses live or by deposition if Apple declines to call such witness live or refuses to agree that Masimo may examine the witnesses outside the scope of direct.

1.    Ueyn Block

2.    Diedre Caldbeck

| | | | |
|---|---|---|---|
| 1 | 3. | Steve Hotelling | |
| 2 | 4. | Michael O'Reilly | |
| 3 | 5. | Adrian Perica | |
| 4 | 6. | Steve Waydo | |

Masimo further identifies the following Apple or third-party witnesses that Masimo may call by deposition only in lieu of live testimony.  Masimo reserves the right to call these witnesses live if the parties do not agree to waive the unavailability requirements of Rule 32.                                   **Date**

| | | | |
|---|---|---|---|
| 1. | David Amor | **Video Deposition 4/11/2023** |
| 2. | Louis Bokma | **Video Deposition 4/12/2023** |
| 3. | Aditya Dua | |
| 4. | Jack Fu | **Video Deposition 4/12/2023** |
| 5. | Chinsan Han | **Video Deposition 4/11/2023** |
| 6. | Jackie Harlow | |
| 7. | Michael Jaynes | |
| 8. | Alex Kanaris | **Video Deposition 4/12/2023** |
| 9. | Eugene Kim | **Video Deposition 4/11/2023** |
| 10. | Brian Land | |
| 11. | Nonin (Aaron Lobbestael and Jill Wroblewski) | **Video Deposition 4/11/2023** |
| 12. | Paul Mannheimer | |
| 13. | Robert Mansfield | **Video Deposition 4/11/2023** |
| 14. | Divya Nag | **Video Deposition 4/11/2023** |
| 15. | Trevor Ness | |
| 16. | Denby Sellers | **Video Deposition 4/11/2023** |
| 17. | Tao Shui | |
| 18. | David Tom | **Video Deposition 4/11/2023** |
| 19. | Vivek Venugopal | **Video Deposition 4/12/2023** |
| 20. | Jeff Williams | |

21.   Dong Zheng          **Video Deposition 4/12/2023**

22.   Afshad Mistri        **Video Deposition 4/11/2023**

Masimo further reserves the right to amend its list pending the parties' pre-trial discussions and Apple's final witness list.  In addition to the witnesses identified above, Masimo reserves the right to call anyone appearing on Apple's Witness List.

Respectfully submitted,

Dated:  February 27, 2023          KNOBBE, MARTENS, OLSON & BEAR, LLP

By: */s/ Kendall M. Loebbaka*

Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Perry D. Oldham
Stephen W. Larson
Mark D. Kachner
Baraa Kahf
Adam B. Powell
Daniel P. Hughes
Justin J. Gillett
Kendall M. Loebbaka

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

Pursuant to FRCP 26(a)(3)(A), Local Rule 16-5, and Dkt. 627, Apple sets forth below its anticipated witness list.  Apple includes in this witness list individuals who may be listed on Plaintiffs' witness list without waiving any right to object to Plaintiffs' presentation of such witnesses at trial, without waiving any objections to the admissibility of such testimony, and without waiving the right to move for the exclusion of any testimony.  Apple reserves the right to modify, supplement, or amend its witness list in response to Plaintiffs' witness list, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, the Local Rules, or other Order of this Court.  Apple further reserves the right to call live or by deposition as its witness at trial any witness identified on Plaintiffs' witness list.

At this time, Apple identifies the following witnesses for trial.

## I.  WILL / MAY CALL LIVE[1]

| | | |
|---|---|---|
| **1.** | Ueyn Block | **April 18, 2023 & April 19, 2023** |
| **2.** | Deidre Caldbeck | **April 18, 2023** |
| **3.** | Timothy Cook* | |
| **4.** | Steven Hotelling | **April 13, 2023 & April 20, 2023** |
| **5.** | Ran Kivetz | **April 18, 2023** |
| **6.** | Brian Land* | **April 18, 2023** |
| **7.** | Paul Mannheimer* | |
| **8.** | Divya Nag* | |
| **9.** | Trevor Ness* | **April 19, 2023** |
| **10.** | Michael O'Reilly | **April 14, 2023 & April 18, 2023** |
| **11.** | Adrian Perica | **April 14, 2023** |

---

[1] Per L.R. 16-5, Apple has placed an asterisk (*) next to the names of those witnesses whom Apple may call only if the need arises.

Wilmer Cutler
Pickering Hale
and Dorr LLP

**12.** Marco Perez

**13.** Peter Russell-Clarke*                **April 19, 2023**

**14.** Majid Sarrafzadeh                    **April 19, 2023**

**15.** Denby Sellers*

**16.** Steven Warren                        **April 20, 2023**

**17.** Stephen Waydo                        **April 19, 2023**

**18.** Shirley Webster                      **April 25, 2023**

**19.** Jeffrey Williams*

**20.** Dong Zheng*

**21.** David Dalke*

**22.** Mohamed Diab*

**23.** Gerry Hammarth*

**24.** Joseph Kiani*

**25.** Tracy Miller*

**26.** Bilal Muhsin*

**27.** Gregory Olsen*

**28.** Jeroen Poeze*

**29.** Steven Scruggs*

**II.    MAY CALL BY DEPOSITION**

**1.**  Yassir Abdul-Hafiz

**2.**  Ammar Al-Ali

**3.**  David Dalke

**4.**  Mohamed Diab

**5.**  Gerry Hammarth

**6.**  Alex Kanaris

**7.**  Joseph Kiani

Wilmer Cutler
Pickering Hale
and Dorr LLP

**8.**  Marcelo Lamego

**9.**  Tracy Miller

**10.** Bilal Muhsin

**11.** Gregory Olsen

**12.** Jeroen Poeze

**13.** Anand Sampath

**14.** Steven Scruggs

**15.** Robert Smith                                    **April 25, 2023**

**16.** Phil Weber

**17.** Walter Weber

**18.** Jill Wroblewski

**19.** Micah Young

In their First Amended Witness List, dated February 22, 2023, Plaintiffs indicated that they "will" call live David Dalke, Mohamed Diab, Gerry Hammarth, Joseph Kiani, Tracy Miller, Bilal Muhsin, Jeroen Poeze, and Stephen Scruggs.  In reliance on Plaintiffs' First Amended Witness List, Apple has not served deposition designations of these witnesses.  To the extent Plaintiffs amend their witness list to withdraw any of these witnesses from their "will" call live list, Apple reserves the right to then serve designations and call those witnesses by deposition.

As set forth in the parties' Joint Pretrial Order, Plaintiffs have agreed Apple may call Yassir Abdul-Hafiz, Ammar Al-Ali, Alex Kanaris, Gregory Olsen, Anand Sampath, Stephen Scruggs, Robert Smith, Phil Weber, Walter Weber, and Micah Young via deposition regardless of whether they are within the Court's subpoena power or otherwise unavailable under Federal Rule of Civil Procedure 32.