FILED
CLERK, U.S. DISTRICT COURT
5/1/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO: SA CV 20-48 JVS (JDEx) <br><br> SPECIAL VERDICT |

DATED: April 26, 2023

_____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

April 26, 2023                                  1

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form and in accordance with the Jury Instructions. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question. The Court refers collectively to Masimo and Cercacor as "Plaintiffs."

1. Do you find that Masimo and Cercacor have proven that one or more of the following Asserted Trade Secrets is a trade secret?

| Trade Secret | Yes (For Plaintiffs) | No (For Defendant) |
|---|---|---|
| Demodulation D1 | | |
| Demodulation D3 | | |
| Demodulation D10 | | |
| Light Propagation L4 | | |
| Light Propagation L5 | | |
| Value, Importance, and Appropriateness of trade secrets D1, D3, D10, L4, or L5, individually or collectively or in any combination | | |

April 26, 2023                                              2

2. For each Asserted Trade Secret you answered "Yes" in Question 1, do you find that Masimo and Cercacor have proven that Apple misappropriated that Asserted Trade Secret? (Skip any item for which you answered "No.")

| Trade Secret | Yes (For Plaintiffs) | No (For Defendant) |
|---|---|---|
| Demodulation D1 | | |
| Demodulation D3 | | |
| Demodulation D10 | | |
| Light Propagation L4 | | |
| Light Propagation L5 | | |
| Value, Importance, and Appropriateness of trade secrets D1, D3, D10, L4, or L5, individually or collectively or in any combination | | |

April 26, 2023                                            3

3. For each Asserted Trade Secret you answered "Yes" in Question 1, do you find that Apple has proven that the statute of limitations prevents Masimo and Cercacor from asserting a claim for misappropriation? (Skip any item for which you answered "No.")

| Trade Secret | No (For Plaintiffs) | Yes (For Defendant) |
|---|---|---|
| Demodulation D1 | | |
| Demodulation D3 | | |
| Demodulation D10 | | |
| Light Propagation L4 | | |
| Light Propagation L5 | | |
| Value, Importance, and Appropriateness of trade secrets D1, D3, D10, L4, or L5, individually or collectively or in any combination | | |

4. If you find Apple misappropriated one or more Asserted Trade Secret(s), and the claim is not time barred, do you find that Masimo and Cercacor have proven any such misappropriation was willful and malicious?

        _____        _____

         **Yes**             **No**
         **(for**            **(for**
    **Plaintiffs)**      **Defendant)**

5. If you find Apple misappropriated one or more Asserted Trade Secret(s), and the claim is not time barred, how much money should Apple pay Masimo and Cercacor for Apple's unjust enrichment caused by that trade secret misappropriation?

$_____

April 26, 2023                             5

6. Do you find that Masimo and Cercacor have proven that Mohamed Diab should be added as one of the inventors on the following patents?

| Patent | Yes (For Plaintiffs) | No (For Defendant) |
|---|---|---|
| U.S. Patent No. 10,078,052 | | |
| U.S. Patent No. 10,247,670 | | |
| U.S. Patent No. 9,952,095 | | |
| U.S. Patent No. 11,009,390 | | |

7. Do you find that Masimo and Cercacor have proven that Jeroen Poeze should be added as one of the inventors on U.S. Patent No. 10,219,754?

_____       _____
Yes                                No
(for Plaintiffs)          (for Defendant)

April 26, 2023                                    6

8. Do you find that Masimo and Cercacor have proven that they should be a co-owner of one or more of the following patents, either based on contributions by Mohamad Diab (052, 670, 095, 390 patents), Jeroen Poeze (754 patent), or Marcelo Lamego (052, 670, 095, 390, 754 patents)?

| Patent | Yes (For Plaintiffs) | No (For Defendant) |
|---|---|---|
| U.S. Patent No. 10,078,052 | | |
| U.S. Patent No. 10,247,670 | | |
| U.S. Patent No. 9,952,095 | | |
| U.S. Patent No. 11,009,390 | | |
| U.S. Patent No. 10,219,754 | | |

Dated: _____     By: _____
                                              Jury Foreperson

April 26, 2023                                7