1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>       Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>       Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL** |

This matter is before the Court pursuant to Apple's Application to File Under Seal Trial Demonstratives ("Application") under Local Rule 79-5.2.2. The document (Exhibit 1) consists of consists of the trial demonstrative slides that Apple used during trial to accompany Apple's opening statement, cross examinations, direct examinations, and closing argument ("Apple Trial Demonstratives"). Having considered the Application, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED. Apple shall file under seal the Apple Trial Demonstratives (Exhibit 1).

**IT IS SO ORDERED.**

Dated: _____                    _____

The Hon. James V. Selna
United States District Court Judge