1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

11

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

CASE NO. 8:20-cv-00048-JVS (JDEx)

12

13

Plaintiffs,

**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL [1720]**

14

v.

15

APPLE INC.,
a California corporation,

16

17

Defendant.

18

19

20

21

22

23

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP

ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL

CASE NO. 8:20-cv-00048-JVS (JDEX)

1      This matter is before the Court pursuant to Apple's Application to File Under

2    Seal Trial Demonstratives ("Application") under Local Rule 79-5.2.2.  The document

3    (Exhibit 1) consists of consists of the trial demonstrative slides that Apple used during

4    trial to accompany Apple's opening statement, cross examinations, direct

5    examinations, and closing argument ("Apple Trial Demonstratives").  Having

6    considered the Application, supporting documents, and all other matters properly

7    before the Court, being fully advised on the proceedings:

8

9      IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is

10   GRANTED.  Apple shall file under seal the Apple Trial Demonstratives (Exhibit 1).

11

12     **IT IS SO ORDERED.**

13

14   Dated: May 04, 2023

15                        The Hon. James V. Selna
                                 United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL

CASE NO. 8:20-cv-00048-JVS (JDEx)