# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE LIST OF TRIAL EXHIBITS (DKT. 1718) UNDER SEAL**<br><br>Hon. James V. Selna |

1  Having considered Masimo's Application to File Under Seal List of Trial Exhibits
2  (Dkt. 1718) ("Application"), and finding good cause therefor, the Application is
3  GRANTED.
4  **IT IS HEREBY ORDERED THAT**, the List of Trial Exhibits available at
5  Dkt. 1718-1 will be removed from public access and refiled with a portion of the List of
6  Trial Exhibits under seal.

Dated: _____                    _____
                                        Hon. James V. Selna
                                        United States District Court Judge