Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO RECONSIDER AND VACATE JUDGMENT AS A MATTER OF LAW ON BUSINESS TRADE SECRET B2**<br><br>Date: June 12, 2023<br>Time: 1:30 p.m.<br>Courtroom 10C<br><br>Hon. James V. Selna |

1       **PLEASE TAKE NOTICE** that on June 12, 2023, or as soon thereafter as counsel

2   may be heard, in the Courtroom of the Honorable James V. Selna, Courtroom 10C of

3   the United States District Court for the Central District of California, located at 411 West

4   Fourth Street, Santa Ana, CA 92701, Plaintiffs Masimo Corporation and Cercacor

5   Laboratories, Inc. (collectively, "Masimo") will present their Motion to Reconsider and

6   Vacate Judgment As A Matter Of Law on Business Trade Secret B2.

7       This motion is made following the conference of counsel pursuant to L.R. 7-3,

8   which was requested on May 2, 2023, and took place on May 3, 2023.

9       This motion is made under Rules 59(e) and 60(b) of the Federal Rules of Civil

10  Procedure and Local Rule 7-18 on the grounds that the portion of the Order Granting-

11  In-Part and Denying-In-Part Apple's Rule 50(a) Motion and Denying Plaintiffs'

12  Rule 50(a) Motion (the "Order") that found Masimo's trade secret B2 was "generally

13  known" was based on manifest errors of law and fact and a manifest failure to consider

14  material facts presented to the Court before the Order was entered.

15      This motion is based upon this Notice of Motion and the Memorandum of Points

16  and Authorities filed concurrently herewith, and any subsequently filed briefs,

17  declarations and other pleadings and papers filed in this action, and any other arguments,

18  evidence, and matters submitted to the Court, at the hearing or otherwise.

19  / / /

20  / / /

21  / / /

22  / / /

23

24

25

26

27

28

1

2

3

4    Dated:  May 9, 2023

5

6

7

8

9

10

11

12

13

14

15    57589803

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: */s/ Benjamin A. Katzenellenbogen*
    Joseph R. Re
    Stephen C. Jensen
    Sheila N. Swaroop
    Brian C. Horne
    Irfan A. Lateef
    Benjamin A. Katzenellenbogen
    Brian C. Claassen
    Stephen W. Larson
    Mark D. Kachner
    Adam B. Powell
    Kendall M. Loebbaka
    Daniel P. Hughes

    Attorneys for Plaintiffs
    MASIMO CORPORATION and
    CERCACOR LABORATORIES, INC.