**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER AND VACATE JUDGMENT AS A MATTER OF LAW ON BUSINESS TRADE SECRET B2**<br><br>Hon. James V. Selna |

Having considered Plaintiffs' Motion to Reconsider and Vacate Judgment As A Matter Of Law on Business Trade Secret B2, and all the papers filed in support thereof, all papers in opposition thereto filed by Defendant, and any oral argument of counsel at any hearing on the motion, the Court hereby GRANTS the Plaintiffs' motion and VACATES its order at Dkt. No. 1724, as to Plaintiffs' trade secret B2.

**IT IS SO ORDERED.**

DATED: _____    _____

The Honorable James V. Selna
United States District Judge

57589767