1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE LIST OF TRIAL EXHIBITS (DKT. 1718) UNDER SEAL [1726]**<br><br>Hon. James V. Selna |

Having considered Masimo's Application to File Under Seal List of Trial Exhibits (Dkt. 1718) ("Application"), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT**, the List of Trial Exhibits available at Dkt. 1718-1 will be removed from public access and refiled with a portion of the List of Trial Exhibits under seal.

Dated: May 16, 2023

_____
Hon. James V. Selna
United States District Judge

-1-