# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL DOCUMENTS RELATED TO THEIR MOTION TO RECONSIDER AND VACATE JUDGMENT AS A MATTER OF LAW ON BUSINESS TRADE SECRET B2 [1731]**

Hon. James V. Selna

1 | Having considered Masimo Corporation and Cercacor Laboratories, Inc.'s Application for Leave to File Under Seal Documents Related To Their Motion to Reconsider and Vacate Judgment As A Matter Of Law On Business Trade Secret B2 ("Motion to Reconsider"), and finding good cause therefore, the Application is GRANTED.

IT IS HEREBY ORDERED THAT Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal (1) the proposed redacted portions of Masimo's memorandum in support of the Motion to Reconsider and (2) Exhibit A to the declaration in support of that motion.

Dated: May 16, 2023

_____
Hon. James V. Selna
United States District Judge

57589491

-1-