# EXHIBIT 2

| | |
|---|---|
| **From:** | Ben Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com> |
| **Sent:** | Wednesday, May 3, 2023 1:34 PM |
| **To:** | Sprankling, Thomas; WH Apple-Masimo Service List |
| **Cc:** | Apple-Masimo;  Apple-Masimo; Masimo.Apple |
| **Subject:** | RE: Masimo v. Apple - request for meet and confer |

**EXTERNAL SENDER**

Tom,

Thanks.  Let's plan to talk at 11am pacific for the LR 7-3 conference of counsel.  The motion would also be brought pursuant to the Court's inherent authority to modify interlocutory orders prior to entry of final judgment.

Please use the dial-in info below:
    213 338 8477
    Meeting ID: 963 7224 2111
    Meeting Password: 850406
    One tap mobile:  +12133388477,,96372242111#,,,,,,0#,,850406#

-Ben

**Ben Katzenellenbogen**
949-721-6374  Direct
**Knobbe Martens**

---

**From:** Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>
**Sent:** Wednesday, May 3, 2023 9:49 AM
**To:** Ben Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Cc:** Apple-Masimo <Apple-Masimo@haynesboone.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v. Apple - request for meet and confer

Ben,

I'm available to meet and confer regarding Plaintiffs' motion for reconsideration between 10am and noon this morning or between 1-3pm this afternoon.  Please confirm whether a time within those windows works for you and—if so—please send a dial-in.

Best,

Tom

---

**From:** Ben Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Sent:** Tuesday, May 2, 2023 5:13 PM

1

Exhibit 2
Page 1

**To:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Cc:** Apple-Masimo <Apple-Masimo@haynesboone.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** Masimo v. Apple - request for meet and confer

**EXTERNAL SENDER**

Counsel,

Pursuant to LR 7-1, Masimo requests a short meet-and-confer today regarding Masimo's motion challenging the Court's Rule 50(a) ruling that Masimo's Trade Secret B2 (identified as B3 in court's tentative) was generally known and related findings. The motion will be for reconsideration and/or under Rule 50(b) because there was at least a manifest failure to consider evidence and the applicable law.

Please let us know when this afternoon or evening a member of Apple's team is available.

Thanks,
Ben

**Ben Katzenellenbogen**
949-721-6374  Direct
**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.