Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

*Counsel for Defendants listed on next page.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTIONS UNDER FED. R. CIV. P. 50(b) AND 52** |

MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

JOSEPH J. MUELLER, *pro hac vice*
joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700

Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001
Attorneys for Defendant Apple Inc.

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly "Masimo") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") respectfully submit this Stipulation and [Proposed] Order Regarding Briefing Schedule on Motions Under Fed. R. Civ. P. 50(b) and 52.

WHEREAS, on May 1, 2023, the Court declared a mistrial;

WHEREAS, on May 1, 2023, the Court indicated that it was open to the Parties proposing an alternative briefing schedule for Fed. R. Civ. P. 50(b) motions;

WHEREAS, Fed. R. Civ. P. 50(b) requires the Parties to file motions under Rule 50 "no later than 28 days after the jury was discharged";

WHEREAS, because 28 days following May 1, 2023 is a federal holiday (Memorial Day), the deadline listed by Fed. R. Civ. P. 50(b) is automatically extended to May 30, 2023 by operation of Fed. R. Civ. P. 6(a)(1).

WHEREAS, the Parties believe it would benefit the administration of this case to adopt a briefing schedule that allows more time for the parties to brief issues and for the Court to consider the motions than is contemplated by the default briefing schedule set by the Local Rules;

ACCORDINGLY, the Parties hereby stipulate to extend the briefing schedule as follows:

    1.    Motions pursuant to Fed. R. Civ. P. 50(b) or 52 and supporting documents are to be filed on or before May 30, 2023;

    2.    Oppositions and supporting documents are to be filed on or before June 26, 2023;

    3.    Replies and supporting documents are to be filed on or before July 10, 2023; and

    4.    A hearing shall be set for July 24, 2023, or such other date as the Court deems proper.

The Parties have attached a Proposed Order for the Court's consideration.

SO STIPULATED.

                                          Respectfully submitted,

                                          KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 23, 2023          By: */s/ Kendall M. Loebbaka*
                                                Joseph R. Re
                                                Stephen C. Jensen
                                                Sheila N. Swaroop
                                                Brian C. Horne
                                                Irfan A. Lateef
                                                Benjamin A. Katzenellenbogen
                                                Brian C. Claassen
                                                Stephen W. Larson
                                                Mark D. Kachner
                                                Adam B. Powell
                                                Kendall M. Loebbaka
                                                Daniel P. Hughes

                                          Attorneys for Plaintiffs
                                          MASIMO CORPORATION and
                                          CERCACOR LABORATORIES, INC.

                                          WILMER CUTLER PICKERING
                                          HALE AND DORR LLP

Dated: May 23, 2023          By: */s/ Mark D. Selwyn*
                                                JOSEPH J. MUELLER
                                                MARK D. SELWYN
                                                AMY K. WIGMORE
                                                JOSHUA H. LERNER
                                                SARAH R. FRAZIER
                                                NORA Q.E. PASSAMANECK
                                                THOMAS G. SPRANKLING

                                                BRIAN A. ROSENTHAL
                                                GIBSON, DUNN & CRUTCHER LLP

                                                KENNETH G. PARKER
                                                HAYNES AND BOONE, LLP

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

Dated: May 23, 2023
By: */s/ Kendall M. Loebbaka*
Kendall M. Loebbaka

-3- footer