1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED]<br>ORDER REGARDING THE<br>BRIEFING SCHEUDLE ON<br>MOTIONS UNDER<br>FED. R. CIV. P. 50(b) AND 52** |

Having considered the Stipulation Regarding Briefing Schedule on Motions Under Fed. R. Civ. P. 50(b) and 52, the Court GRANTS the request as follows:

For motions filed pursuant to Fed. R. Civ. P. 50(b) or 52:

1.  Motions and supporting documents are due by May 30, 2023;

2.  Oppositions and supporting documents are due by June 26, 2023;

3.  Replies and supporting documents are due by July 10, 2023; and

4.  A hearing on the Motions [ is set for _____ at _____ ] / [ will be scheduled if the Court determines a hearing is appropriate after considering the briefing ].

**IT IS SO ORDERED.**

Dated:_____          _____

The Honorable James V. Selna
United States District Judge

57619206

-1-