# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **ORDER REGARDING THE**<br>) **BRIEFING SCHEUDLE ON**<br>) **MOTIONS UNDER**<br>) **FED. R. CIV. P. 50(b) AND 52**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Having considered the Stipulation Regarding Briefing Schedule on Motions Under Fed. R. Civ. P. 50(b) and 52, the Court GRANTS the request as follows:

For motions filed pursuant to Fed. R. Civ. P. 50(b) or 52:

1.  Motions and supporting documents are due per Rule 50(b);

2.  Oppositions and supporting documents are due by June 26, 2023;

3.  Replies and supporting documents are due by July 10, 2023; and

4.  A hearing on the Motions is set for July 24 , 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 25, 2023

_____

The Honorable James V. Selna
United States District Judge

57619206

-1-