**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>APPLE INC., a California corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL A DOCUMENT REGARDING APPLE'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(B)** |

1   This matter is before the Court pursuant to Apple's Application to File Under
2   Seal A Document Regarding Apple's Renewed Motion For Judgment As A Matter Of
3   Law Under Rule 50(b) ("Application") under Local Rule 79-5.2.2.  Having considered
4   the Application, supporting documents, and all other matters properly before the Court,
5   being fully advised on the proceedings:

7   IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is
8   GRANTED.  Apple shall file its Memorandum under seal.

10  **IT IS SO ORDERED.**

12  Dated: _____                    _____

        The Hon. James V. Selna
        United States District Court Judge

---