# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50 (b)**

Hon. James V. Selna

This matter is before the Court pursuant to Plaintiffs' Application to File Under Seal Portions of Plaintiffs' Motion for Judgment as a Matter of Law Under Fed. R. Civ. P. 50(b) ("Application") under Local Rule 79-5.2.2.  Having considered the Application, supporting declaration, and all other matters properly before the Court, being fully advised on the proceedings:

   IT IS HEREBY ORDERED THAT Plaintiffs' Application to file Portions of Plaintiffs' Motion Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____          _____
                                Hon. James V. Selna
                                United States District Court Judge

57688723