MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S NOTICE OF MOTION AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(b)** <br><br> Hearing: July 24, 2023 <br> Time: 1:30pm |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on July 24, 2023, or as soon thereafter as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will, and hereby does, move under Federal Rule of Civil Procedure 50(b) for judgment of no liability and no monetary relief on Plaintiffs' misappropriation claim and no liability on Plaintiffs' inventorship and ownership claims for the '052, '670, '754, '095 and '390 patents.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 22, 2023. It is supported by the accompanying Memorandum, a Proposed Order, and such other evidence or argument as may be presented at or before the hearing.

| | | |
|---|---|---|
| 1 | Dated: May 30, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | MARK D. SELWYN |
| | | JOSEPH J. MUELLER |
| 4 | | AMY K. WIGMORE |
| 5 | | JOSHUA H. LERNER |
| | | SARAH R. FRAZIER |
| 6 | | NORA Q.E. PASSAMANECK |
| 7 | | THOMAS G. SPRANKLING |
| | | WILMER CUTLER PICKERING HALE AND |
| 8 | | DORR LLP |
| 9 | | |
| 10 | | BRIAN A. ROSENTHAL |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 11 | | |
| 12 | | KENNETH G. PARKER |
| | | HAYNES AND BOONE, LLP |
| 13 | | |
| 14 | | |
| 15 | | By: */s/ Mark D. Selwyn* |
| | | Mark D. Selwyn |
| 16 | | |
| 17 | | *Attorneys for Defendant Apple Inc.* |