**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br>  Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br>  Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING APPLE'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(B)** <br><br> Hearing: July 24, 2023 <br> Time: 1:30pm |

1  This matter is before the Court pursuant to Apple's Renewed Motion Under Rule 50(b) For Judgment As A Matter Of Law ("Motion").  Having considered the briefing, supporting evidence, argument, and all other matters properly before the Court, being fully advised on the pleadings and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge