1
2
3
4
5
6
7
8
9
10
11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(b)**<br><br>Hon. James V. Selna |

Having considered Plaintiffs' Renewed Motion for Judgment As A Matter Of Law Under Fed. R. Civ. P. 50(b), and all the papers filed in support thereof, all papers in opposition thereto filed by Defendant, and any oral argument of counsel at any hearing on the motion, the Court hereby GRANTS the Plaintiffs' motion. Within 10 days of entry of this order, the Plaintiffs shall submit to this Court a proposed form of judgment.

**IT IS SO ORDERED.**

DATED: _____          _____

The Honorable James V. Selna
United States District Judge

57556780