MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S NOTICE OF MOTION AND MOTION UNDER RULE 52 FOR JUDGMENT ON ITS EQUITABLE DEFENSES**<br><br>Hearing: July 24, 2023<br>Time: 1:30pm |

1  JOSEPH J. MUELLER, *pro hac vice*
2    joseph.mueller@wilmerhale.com
   SARAH R. FRAZIER, *pro hac vice*
3    sarah.frazier@wilmerhale.com
   WILMER CUTLER PICKERING
4    HALE AND DORR LLP
   60 State Street
5  Boston, MA 02109
   Tel.: 617.526.6000 / Fax: 617.526.5000
6
   NORA Q.E. PASSAMANECK, *pro hac vice*
7    nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
8    HALE AND DORR LLP
   1225 Seventeenth Street, Suite 2600
9  Denver, CO 80202
   Tel.: 720.274.3152 / Fax: 720.273.3133
10
   BRIAN A. ROSENTHAL, *pro hac vice*
11   brosenthal@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
12 200 Park Avenue
   New York, NY 10166-0193
13 Tel.: 212.351.2339 / Fax: 212.817.9539

14 KENNETH G. PARKER, SBN 182911
     Ken.parker@haynesboone.com
15 HAYNES AND BOONE, LLP
   660 Anton Boulevard, Suite 700
16 Costa Mesa, CA 92626
   Tel. 650.949.3014 / Fax: 949.202.3001

17
18
19
20
21
22
23
24
25
26
27
28

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on July 24, 2023, or as soon thereafter as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will, and hereby does, move under Federal Rule of Civil Procedure 52 for judgment on its equitable defenses.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 22, 2023. It is supported by the accompanying Memorandum, a Proposed Order, and such other evidence or argument as may be presented at or before the hearing.

Dated: May 30, 2023                    Respectfully submitted,

MARK D. SELWYN
JOSEPH J. MUELLER
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By: */s/ Mark D. Selwyn*
       Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*