# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION UNDER RULE 52 FOR JUDGMENT ON ITS EQUITABLE DEFENSES**<br><br>Hearing: July 24, 2023<br>Time: 1:30pm |

This matter is before the Court pursuant to Apple's Motion Under Rule 52 For Judgment On Its Equitable Defenses ("Motion"). Having considered the briefing, supporting evidence, argument, and all other matters properly before the Court, being fully advised on the pleadings and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge