# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' RULE 52 MOTION FOR JUDGMENT REGARDING APPLE'S DEFENSES**

Hon. James V. Selna

1    Having considered Plaintiffs' Application to File Under Seal Portions of
2 Plaintiffs' Rule 52 Motion for Judgment Regarding Apple's Defenses, and finding good
3 cause therefor, the Application is GRANTED.
4    IT IS HEREBY ORDERED THAT Plaintiffs Masimo Corporation and Cercacor
5 Laboratories, Inc. may file under seal the proposed redacted portions of Plaintiffs'
6 Rule 52 Motion for Judgment Regarding Apple's Defenses.

Dated: _____                     _____
                                          Hon. James V. Selna
                                          United States District Court Judge