1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RULE 52 MOTION FOR JUDGMENT REGARDING APPLE'S DEFENSES**<br><br>Hon. James V. Selna |

Having considered Plaintiffs' Rule 52 Motion for Judgment Regarding Apple's Defenses, and all the papers filed in support thereof, all papers in opposition thereto filed by Defendant, and any oral argument of counsel at any hearing on the motion, the Court hereby GRANTS the Plaintiffs' motion.

**IT IS SO ORDERED.**

DATED: _____        _____

The Honorable James V. Selna
United States District Judge

57688790