**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY MEMORANDUM REGARDING THEIR MOTION TO RECONSIDER AND VACATE JUDGMENT AS A MATTER OF LAW ON BUSINESS TRADE SECRET B2**<br><br>Hon. James V. Selna |

1  Having considered Plaintiffs' Application to File Under Seal Portions of Plaintiffs' Reply Memorandum Regarding Their Motion to Reconsider and Vacate Judgment as a Matter of Law on Business Trade Secret B2, and finding good cause therefor, the Application is GRANTED.

IT IS HEREBY ORDERED THAT Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the proposed redacted portions of Plaintiffs' Reply Memorandum Regarding Their Motion to Reconsider and Vacate Judgment as a Matter of Law on Business Trade Secret B2.

Dated: _____                    _____
                                          Hon. James V. Selna
                                          United States District Court Judge