1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL A DOCUMENT REGARDING ITS MOTION UNDER RULE 52 FOR JUDGMENT ON ITS EQUITABLE DEFENSES [1750]** |

This matter is before the Court pursuant to Apple's Application to File Under Seal A Document Regarding Its Motion Under Rule 52 For Judgment On Its Equitable Defenses ("Application") under Local Rule 79-5.2.2. Having considered the Application, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED. Apple shall file its Memorandum under seal.

**IT IS SO ORDERED.**

Dated: May 31, 2023

_____
The Hon. James V. Selna
United States District Judge