**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | Case No. 8:20-cv-00048-JVS-JDE |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50 (b)  [1747]** |
| v. | |
| APPLE INC., a California corporation | |
| Defendant. | Hon. James V. Selna |

1       This matter is before the Court pursuant to Plaintiffs' Application to File Under

2  Seal Portions of Plaintiffs' Motion for Judgment as a Matter of Law Under Fed. R. Civ.

3  P. 50(b) ("Application") under Local Rule 79-5.2.2.  Having considered the Application,

4  supporting declaration, and all other matters properly before the Court, being fully

5  advised on the proceedings:

6       IT IS HEREBY ORDERED THAT Plaintiffs' Application to file Portions of

7  Plaintiffs' Motion Under Seal is GRANTED.

8

9

10

11  **IT IS SO ORDERED.**

12

13  Dated: May 31, 2023

14      Hon. James V. Selna

     United States District Judge

15

16

17  57688723

18

19

20

21

22

23

24

25

26

27

28