# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY MEMORANDUM REGARDING THEIR MOTION TO RECONSIDER AND VACATE JUDGMENT AS A MATTER OF LAW ON BUSINESS TRADE SECRET B2 [1757]**<br><br>Hon. James V. Selna |

1  Having considered Plaintiffs' Application to File Under Seal Portions of Plaintiffs' Reply Memorandum Regarding Their Motion to Reconsider and Vacate Judgment as a Matter of Law on Business Trade Secret B2, and finding good cause therefor, the Application is GRANTED.

IT IS HEREBY ORDERED THAT Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the proposed redacted portions of Plaintiffs' Reply Memorandum Regarding Their Motion to Reconsider and Vacate Judgment as a Matter of Law on Business Trade Secret B2.

Dated: May 31, 2023

_____
Hon. James V. Selna
United States District Judge

-1-