**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO MAINTAIN SPECIFIC TRIAL EXHIBITS UNDER SEAL**<br><br>Hon. James V. Selna |

1  This matter is before the Court pursuant to Plaintiffs' Application to Maintain
2  Specific Trial Exhibits Under Seal ("Application") under Local Rule 79-5.2.2.  Having
3  considered the Application, supporting documents, and all other matters properly before
4  the Court, being fully advised on the proceedings:
5  IT IS HEREBY ORDERED THAT Plaintiffs' Application is GRANTED.  This
6  Court shall maintain under seal the following trial exhibits: JTX-0173, JTX-0343, JTX-
7  0484, JTX-0485, JTX-0486, JTX-0487, JTX-0507, JTX-0528, JTX-0529, JTX-0702,
8  JTX-0703, JTX-0704, JTX-0777, JTX-0781, JTX-0784, JTX-0798, JTX-0808, JTX-
9  0811, JTX-0827, JTX-0828, JTX-0832, JTX-0881, JTX-0935, JTX-0936, JTX-0937,
10 JTX-0940, JTX-0941, JTX-1016, JTX-1022, JTX-1041, JTX-1045, JTX-1082.1, JTX-
11 1082.2, JTX-1086, JTX-1091, JTX-1227, JTX-1363, JTX-1378, JTX-1586, JTX-1908,
12 JTX-2743, JTX-3997, JTX-4639.1, JTX-4639.2, JTX-4639.3, JTX-4640.1, P-0161, and
13 P-0162.

15 **IT IS SO ORDERED.**

17 Dated: _____          _____
18                                 Hon. James V. Selna
                                   United States District Court Judge
19 57552897