1. Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2. Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3. Sheila N. Swaroop (Bar No. 203476)
   sheila.swaroop@knobbe.com
4. Irfan A. Lateef (Bar No. 204004)
   irfan.lateef@knobbe.com
5. Benjamin A. Katzenellenbogen (Bar No. 208527)
6. ben.katzenellenbogen@knobbe.com
   Brian C. Claassen (Bar No. 253627)
7. brian.claassen@knobbe.com
   Stephen W. Larson (Bar No. 240844)
8. stephen.larson@knobbe.com
   Kendall M. Loebbaka (Bar No. 285908)
9. kendall.loebbaka@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
10. 2040 Main Street, Fourteenth Floor
    Irvine, CA 92614
11. Phone: (949) 760-0404
    Fax: (949) 760-9502

12. 
13. Adam B. Powell (Bar. No. 272725)          Brian C. Horne (Bar No. 205621)
    adam.powell@knobbe.com                    brian.horne@knobbe.com
14. Daniel P. Hughes (Bar No. 299695)         Mark D. Kachner (Bar No. 234192)
    daniel.hughes@knobbe.com                  mark.kachner@knobbe.com
15. **KNOBBE, MARTENS, OLSON & BEAR, LLP**    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    3579 Valley Centre Drive                   1925 Century Park East, Suite 600
16. San Diego, CA 92130                        Los Angeles, CA 90067
    Phone: (858) 707-4000                     Phone: (310) 551-3450
17. Fax: (858) 707-4001                        Fax: (310) 551-3458

18. Attorneys for Plaintiffs,
    MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

19. **IN THE UNITED STATES DISTRICT COURT**

20. **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

21. **SOUTHERN DIVISION**

22. MASIMO CORPORATION,                ) Case No. 8:20-cv-00048-JVS-JDE
    a Delaware corporation; and        )
23. CERCACOR LABORATORIES, INC.,       ) **APPLICATION TO FILE UNDER**
    a Delaware corporation             ) **SEAL PORTIONS OF PLAINTIFFS'**
24.                                    ) **APPLICATION TO UNSEAL**
            Plaintiffs,                ) **CERTAIN TRIAL EXHIBITS**
25.                                    ) **PURSUANT TO DKT. 1688**
         v.                            )
26.                                    )
    APPLE INC., a California corporation )
27.                                    )
                                       )
28.         Defendant.                 )

-1-

Pursuant to Local Rule 79-5.2.2(a), Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") respectfully request leave to file under seal portions of Plaintiffs' Application To Unseal Certain Trial Exhibits Pursuant To Dkt. 1688 ("Application to Unseal").

On April 26, 2023, Apple requested that the Court seal nearly every trial exhibit that Apple produced during discovery. Dkt. 1677 (requesting the court seal 186 exhibits). The Court granted Apple's Application, but explained that its "order is subject to reconsideration upon application of any interested party, including members of the public." Dkt. 1688 at 2. In its Application to Unseal, Masimo objects to Apple sealing a limited number of those exhibits because there are no compelling reasons to seal those exhibits and they were discussed in open court.

Accordingly, Masimo does not believe that anything in its Application to Unseal should be sealed. However, because the exhibits are currently under seal, Masimo files this application to seal the information highlighted in Masimo's Application to Unseal. Loebbaka Decl. ¶ 6.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 1, 2023

By: /s/ Kendall M. Loebbaka
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Irfan A. Lateef
Benjamin A. Katzenellenbogen
Brian C. Claassen
Stephen W. Larson
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.