IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal Portions
2  of Plaintiffs' Application to Unseal Certain Trial Exhibits, and finding good cause
3  therefor, the Application is GRANTED.
4  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
5  Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Application to
6  Unseal Certain Trial Exhibits.

9  DATED: _____    _____
10                                     The Honorable James V. Selna
                                       United States District Judge

14  57607712