Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF KENDALL M. LOEBBAKA IN SUPPORT OF MASIMO'S APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688**<br><br>Hon. James V. Selna |

I, Kendall M. Loebbaka, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court, and Counsel of record for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively "Plaintiffs") in the above-captioned action. I have personal knowledge of the matters set forth herein and, if I am called upon to testify, I could testify competently thereto.

2. Apple's Application to Maintain Under Seal Specific Trial Exhibits (Dkt. 1677) sought to seal 186 trial exhibits. At my direction, attorneys at my law firm reviewed the trial transcripts where each of these exhibits were discussed or published during the trial presentation. Of the 186 sealed trial exhibits, only the following exhibits were discussed or published on the sealed record: JTX-142, JTX-143, JTX-154, JTX-162, JTX-273, JTX-274, JTX-278, JTX-367, JTX-487, JTX-851, JTX-880, JTX-1114, JTX-1365, JTX-1413, JTX-1442, JTX-1443, JTX-1444, JTX-1445, JTX-1446, JTX-1447, JTX-1448, JTX-1449, JTX-1743, JTX-1744, JTX-1755, and JTX-5003. The remaining 160 exhibits were discussed or published in open court.

3. Attached hereto as **Exhibit A** is a true and correct copy of an article entitled "Apple Poached Employees and Used Underhanded Tactics to Seal Trade Secrets, Alleges Masimo" that was downloaded from the MacRumors website at https://www.macrumors.com/2023/04/18/apple-masimo-legal-battle/ on or about May 24, 2023.

4. Attached hereto as **Exhibit B** is a true and correct copy of an article entitled "In Masimo v. Apple Trial Twist, Jurors Suddenly Learn Apple Hired Many Masimo Employees" that was downloaded from the Strata-Gee website at https://www.strata-gee.com/in-masimo-v-apple-trial-twist-jurors-suddenly-learn-apple-hired-many-masimo-employees/ on or about May 24, 2023.

5. Attached hereto as **Exhibit C** is a true and correct copy of an article entitled "Apple paid Masimo exec millions of dollars to steal oximeter tech, claims company"

1  that was downloaded from the 9to5Mac website at https://9to5mac.com/2023/04/20/apple-paid-masimo-exec/ on or about May 24, 2023.

6. Attached hereto as **Exhibit D** is a true and correct copy of an article entitled "Mistrial Declared in Masimo Lawsuit Against Apple" that was downloaded from the Orange Coast website at https://www.orangecoast.com/people-places/mistrial-declared-in-masimo-lawsuit-against-apple/ on or about May 24, 2023.

7. Attached hereto as **Exhibit E** is a true and correct copy of an article entitled "Ex-Masimo execs deny divulging trade secrets as Apple's emails show 'bad karma' concerns" that was downloaded from the Legal Affairs and Trials website at https://www.legalaffairsandtrials.com/p/ex-masimo-execs-deny-divulging-trade on or about May 24, 2023.

8. Attached hereto as **Exhibit F** is a true and correct copy of an article entitled "Jury learns of more Masimo hires after Apple's 'misleading and incomplete' testimony" that was downloaded from the Legal Affairs and Trials website at https://www.legalaffairsandtrials.com/p/jury-learns-of-other-masimo-hires on or about May 24, 2023.

9. Attached hereto as **Exhibit G** is a true and correct copy of an article entitled "Jury deliberations begin in Masimo v. Apple trade secrets trial after federal judge slashes claims" that was downloaded from the Legal Affairs and Trials website at https://www.legalaffairsandtrials.com/p/jury-deliberations-begin-in-masimo on or about May 24, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 1, 2023 at Irvine, California.

*/s/ Kendall M. Loebbaka*
Kendall M. Loebbaka

57607498