# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' APPLICATION TO UNSEAL (DKT. 1770)** |

Having considered the Stipulation Regarding Briefing Schedule on Plaintiffs' Application to Unseal (Dkt. 1770), the Court GRANTS the request as follows:

1. Apple's opposition and supporting documents are to be filed on or before June 26, 2023;
2. Masimo's reply and supporting documents are to be filed on or before July 10, 2023; and
3. A hearing on the Application [ is set for _____ at _____ ] / [ will be scheduled if the Court determines a hearing is appropriate after considering the briefing ].

**IT IS SO ORDERED.**

Dated:_____

                                The Honorable James V. Selna
                                United States District Judge