# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br>**ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' APPLICATION TO UNSEAL (DKT. 1770)    [1780]** |

Having considered the Stipulation Regarding Briefing Schedule on Plaintiffs' Application to Unseal (Dkt. 1770), the Court GRANTS the request as follows:

1. Apple's opposition and supporting documents are to be filed on or before June 26, 2023;
2. Masimo's reply and supporting documents are to be filed on or before July 10, 2023; and
3. A hearing on the Application is set for July 24, 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 08, 2023

_____
The Honorable James V. Selna
United States District Judge