# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS [1770]** |

Having considered Plaintiffs' Application for Leave to File Under Seal Portions of Plaintiffs' Application to Unseal Certain Trial Exhibits, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Application to Unseal Certain Trial Exhibits.

DATED: June 12, 2023

_____
The Honorable James V. Selna
United States District Judge

57607712

-1-