# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**ORDER GRANTING PLAINTIFFS' APPLICATION TO MAINTAIN SPECIFIC TRIAL EXHIBITS UNDER SEAL [1768]**

Hon. James V. Selna

1  This matter is before the Court pursuant to Plaintiffs' Application to Maintain Specific Trial Exhibits Under Seal ("Application") under Local Rule 79-5.2.2. Having considered the Application, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings:

IT IS HEREBY ORDERED THAT Plaintiffs' Application is GRANTED. This Court shall maintain under seal the following trial exhibits: JTX-0173, JTX-0343, JTX-0484, JTX-0485, JTX-0486, JTX-0487, JTX-0507, JTX-0528, JTX-0529, JTX-0702, JTX-0703, JTX-0704, JTX-0777, JTX-0781, JTX-0784, JTX-0798, JTX-0808, JTX-0811, JTX-0827, JTX-0828, JTX-0832, JTX-0881, JTX-0935, JTX-0936, JTX-0937, JTX-0940, JTX-0941, JTX-1016, JTX-1022, JTX-1041, JTX-1045, JTX-1082.1, JTX-1082.2, JTX-1086, JTX-1091, JTX-1227, JTX-1363, JTX-1378, JTX-1586, JTX-1908, JTX-2743, JTX-3997, JTX-4639.1, JTX-4639.2, JTX-4639.3, JTX-4640.1, P-0161, and P-0162.

**IT IS SO ORDERED.**

Dated: June 12, 2023

Hon. James V. Selna
United States District Judge

57552897

-1-