**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688  [1772]**<br><br>Hon. James V. Selna |

Having considered Plaintiffs' Application to Unseal Certain Trial Exhibits Pursuant to Dkt. 1688, and all the papers filed in support thereof, all papers in opposition thereto filed by Defendant, and any oral argument of counsel at any hearing on the motion, the Court hereby GRANTS Plaintiffs' Application and unseals the following trial exhibits: JTX-0008, JTX-0009, JTX-0010, JTX-0012, JTX-0014, JTX-0015, JTX-0047, JTX-0058, JTX-0059, JTX-0064, JTX-0165, JTX-0176, JTX-0177, JTX-0245, JTX-0246, JTX-0257, JTX-0259, JTX-0260, JTX-0263, JTX-0264, JTX-0265, JTX-0316, JTX-0317, JTX-0320, JTX-0332, JTX-0335, JTX-0337, JTX-0344, JTX-0356, JTX-0358, JTX-0360, JTX-0377, JTX-0392, JTX-0393, JTX-0395, JTX-0400, JTX-0422, JTX-0423, JTX-0427, JTX-0499, JTX-0526, JTX-0556, JTX-0558, JTX-0605, JTX-0628, JTX-0636, JTX-0648, JTX-0653, JTX-0658, JTX-0672, JTX-0736, JTX-0762, JTX-2070, JTX-4355.01, JTX-4419, and JTX-4429.

**IT IS SO ORDERED.**

Dated: June 12, 2023

Honorable James V. Selna
United States District Judge

57607766