UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:20-cv-00048-JVS(JDEx) | Date | June 13, 2023 |
| Title | Masimo Corporation, et al v. Apple, Inc. | | |

| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |
|---|---|

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **[IN CHAMBERS]** Order Re Application to Unseal Trial Exhibits

    Plaintiffs' Application to unseal certain trial exhibits is set for hearing on July 24, 2023 at 1:30 p.m. See Dkt. 1781. On June 12, 2023, the Court inadvertently entered an order granting the Application. See Dkt. 1784. Because the Order at Dkt. 1784 was entered in error, it is hereby STRICKEN. Therefore, the sealed Application to unseal certain trial exhibits, filed at Dkt. 1772, remains pending and will be considered on July 24, 2023.

    To avoid this type of confusion in the future, a request to seal or unseal something that has previously been ordered sealed or unsealed shall be filed as a regularly noticed motion.

 

|  | : | 0 |
|---|---|---|
| Initials of Preparer | eva | |