1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER ON APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |

1  Having considered Masimo's Application for Leave to File Under Seal Portions
2  of Plaintiffs' Opposition to Defendant's Renewed Motion for Judgment as a Matter of
3  Law, and finding good cause therefor, the Application is GRANTED.
4  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
5  Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Opposition to
6  Defendant's Renewed Motion for Judgment as a Matter of Law.

DATED: _____   _____
                                The Honorable James V. Selna
                                United States District Judge

57502992