# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**[PROPOSED] ORDER ON APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION UNDER RULE 52 FOR JUDGMENT ON ITS EQUITABLE DEFENSES**

Hon. James V. Selna

Having considered Masimo's Application for Leave to File Under Seal Portions of Plaintiffs' Memorandum in Opposition to Defendant's Motion Under Rule 52 for Judgment on Its Equitable Defenses, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Memorandum Opposition to Defendant's Motion Under Rule 52 for Judgment on Its Equitable Defenses.

**IT IS SO ORDERED.**

Dated: _____        _____
                               Hon. James V. Selna
                               United States District Court Judge

57835408