MARK D. SELWYN, SBN 244180
　mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
　thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
　HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
　joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
　HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
　amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
　HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL A DOCUMENT REGARDING ITS MEMORANDUM IN OPPOSITION TO PLAINTIFFS' RULE 52 MOTION FOR JUDGMENT REGARDING APPLE'S DEFENSES** |

```
 1  JOSEPH J. MUELLER, pro hac vice
      joseph.mueller@wilmerhale.com
 2  SARAH R. FRAZIER, pro hac vice
      sarah.frazier@wilmerhale.com
 3  WILMER CUTLER PICKERING
       HALE AND DORR LLP
 4  60 State Street
    Boston, MA 02109
 5  Tel.: 617.526.6000 / Fax: 617.526.5000

 6  NORA Q.E. PASSAMANECK, pro hac vice
      nora.passamaneck@wilmerhale.com
 7  WILMER CUTLER PICKERING
       HALE AND DORR LLP
 8  1225 Seventeenth Street, Suite 2600
    Denver, CO 80202
 9  Tel.: 720.274.3152 / Fax: 720.273.3133

10  BRIAN A. ROSENTHAL, pro hac vice
      brosenthal@gibsondunn.com
11  GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
12  New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
13

14  KENNETH G. PARKER, SBN 182911
      ken.parker@haynesboone.com
15  HAYNES AND BOONE, LLP
    660 Anton Boulevard, Suite 700
16  Costa Mesa, CA 92626
    Tel.: 650.949.3014 / Fax: 949.202.3001
17
18
19
20
21
22
23
24
25
26
27
28
```

APPLE'S APPLICATION TO SEAL        CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

     Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. requests that the Court grant leave to file under seal Exhibit 1 to the Declaration of Thomas G. Sprankling filed in support of Apple's Memorandum In Opposition To Plaintiffs' Motion For Judgment Regarding Apple's Defenses.

     As detailed in the accompanying Declaration of Mark D. Selwyn, Exhibit 1 to the Declaration of Thomas G. Sprankling filed in support of Apple's Memorandum In Opposition To Plaintiffs' Motion For Judgment Regarding Apple's Defenses contains material that Apple considers its confidential business information.

     Accordingly, Apple respectfully requests an order granting leave to file Exhibit 1 under seal.

Dated: June 26, 2023

Respectfully submitted,

JOSEPH J. MUELLER
MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

By: */s/ Mark D. Selwyn*
     Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*