# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL A DOCUMENT REGARDING ITS OPPOSITION TO PLAINTIFFS' RULE 52 MOTION FOR JUDGMENT REGARDING APPLE'S DEFENSES** |

This matter is before the Court pursuant to Apple's Application To File Under Seal A Document Regarding Apple's Memorandum In Opposition To Plaintiffs' Rule 52 Motion For Judgment Regarding Apple's Defenses ("Application") under Local Rule 79-5.2.2.  Having considered the Application, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file Exhibit 1 to the Declaration of Thomas G. Sprankling filed in support of Apple's Memorandum In Opposition To Plaintiffs' Motion For Judgment Regarding Apple's Defenses under seal.

**IT IS SO ORDERED.**

Dated: _____                      _____

The Hon. James V. Selna
United States District Court Judge