MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF THOMAS G. SPRANKLING IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' RULE 52 MOTION FOR JUDGMENT REGARDING APPLE'S DEFENSES** |

| | |
|---|---|
| 1 | JOSEPH J. MUELLER, *pro hac vice* |
| | joseph.mueller@wilmerhale.com |
| 2 | SARAH R. FRAZIER, *pro hac vice* |
| | sarah.frazier@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 4 | 60 State Street |
| | Boston, MA 02109 |
| 5 | Tel.: 617.526.6000 / Fax: 617.526.5000 |
| 6 | NORA Q.E. PASSAMANECK, *pro hac vice* |
| | nora.passamaneck@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 8 | 1225 Seventeenth Street, Suite 2600 |
| | Denver, CO 80202 |
| 9 | Tel.: 720.274.3152 / Fax: 720.273.3133 |
| 10 | BRIAN A. ROSENTHAL, *pro hac vice* |
| | brosenthal@gibsondunn.com |
| 11 | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| 12 | New York, NY 10166-0193 |
| | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 13 | |
| 14 | KENNETH G. PARKER, SBN 182911 |
| | ken.parker@haynesboone.com |
| 15 | HAYNES AND BOONE, LLP |
| | 660 Anton Boulevard, Suite 700 |
| 16 | Costa Mesa, CA 92626 |
| | Tel.: 650.949.3014 / Fax: 949.202.3001 |

I, Thomas G. Sprankling, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Memorandum In Opposition To Plaintiffs' Rule 52 Motion For Judgment Regarding Apple's Defenses.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 1** (filed under seal) is a true and correct copy of Apple's Supplemental Objections And Responses To Plaintiffs' Second Set Of Interrogatories (Nos. 6-11), which was served on September 6, 2022.

5. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain between Apple's and Plaintiffs' counsel, which is dated May 17, 2023 through May 22, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of June 2023.

By: _____
Thomas G. Sprankling