# EXHIBIT 2

| | |
|---|---|
| **From:** | Kendall Loebbaka <Kendall.Loebbaka@knobbe.com> |
| **Sent:** | Monday, May 22, 2023 2:22 PM |
| **To:** | Sprankling, Thomas; WH Apple-Masimo Service List |
| **Cc:** | Apple-Masimo;  Apple-Masimo; Masimo.Apple |
| **Subject:** | RE: Masimo v Apple | Briefing Schedule |

**EXTERNAL SENDER**

Tom,

Masimo intends to file both a Rule 50(b) and a Rule 52 motion.  Masimo intends to move under Rule 52 on Apple's equitable defenses—laches and waiver, the lone remaining defenses Apple has indicated it intends to have the Court resolve.  Masimo maintains that Apple did not present evidence to support either of those defenses.

Best regards,
Kendall

**Kendall Loebbaka**
Partner

949-721-7687  Direct

**Knobbe Martens**

---

**From:** Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>
**Sent:** Monday, May 22, 2023 10:14 AM
**To:** Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Cc:** Apple-Masimo <Apple-Masimo@haynesboone.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v Apple | Briefing Schedule

Thanks Kendall, that time is fine with us.  Your email, however, is a little unclear—are Plaintiffs planning to file both a Rule 50(b) motion <u>and</u> a Rule 52 motion?  If you are moving under Rule 52, please let us know the basic grounds that Plaintiffs intend to move on in advance of the call, just as we provided you with that information last week.

I believe our emails crossed regarding the stipulation.  The proposed order is fine with us.  We have proposed a few minor edits to the stipulation that I sent along about an hour ago.

Thanks,

Tom

Exhibit 2
Page 1

**From:** Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>
**Sent:** Monday, May 22, 2023 9:15 AM
**To:** Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Cc:** Apple-Masimo <Apple-Masimo@haynesboone.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v Apple | Briefing Schedule

**EXTERNAL SENDER**

Tom,

Masimo is available for a meet and confer today at 11:30am PT (2:30pm ET).  Please confirm if this time does not work for your team.  We can use the below call-in.

    Call-in:        877-853-5257
    Meeting ID:    913-0178-0688
    Meeting PW:   373-312

Please let us know if Apple has any edits to the draft stipulation and order extending the briefing schedule.

Best regards,
Kendall

**Kendall Loebbaka**
Partner

949-721-7687  Direct

**Knobbe Martens**

---

**From:** Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>
**Sent:** Friday, May 19, 2023 2:14 PM
**To:** Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Cc:** Apple-Masimo <Apple-Masimo@haynesboone.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v Apple | Briefing Schedule

Tom,

Attached please find drafts of a joint stipulation and order to extend the briefing schedule.  Please let me know if Apple has any further edits.  If the drafts are ok, please confirm Masimo has Apple's permission to file and who should sign on behalf of Apple.

Masimo will follow up separately with a time to meet and confer to address both parties' forthcoming motions under Rule 50(b) and 52.

Best regards,
Kendall

**Kendall Loebbaka**
Partner

949-721-7687 Direct

**Knobbe** Martens

---

**From:** Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>
**Sent:** Friday, May 19, 2023 2:07 PM
**To:** Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Cc:** Apple-Masimo <Apple-Masimo@haynesboone.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v Apple | Briefing Schedule

Kendall,

Please confirm both that you agree with the proposed schedule and that Plaintiffs intend to draft the proposed stipulation.  Apple can also draft the stipulation if it would speed things along.

Additionally, please let us know of your availability to meet and confer per Local Rule 7-3 on Apple's forthcoming Rule 50(b) and Rule 52 motions.  Members of our team are available to meet and confer on Monday afternoon or Tuesday.

Best,

Tom

---

**From:** Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>
**Sent:** Wednesday, May 17, 2023 10:40 AM
**To:** Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Cc:** Apple-Masimo <Apple-Masimo@haynesboone.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v Apple | Briefing Schedule

Kendall,

Thank you for your prompt response.  While we do not see why it matters for the purposes of a stipulation regarding briefing timing, Apple's Rule 52 motion will focus on laches and waiver.  We will also briefly reference our unclean hands defense for preservation purposes.

Would you please confirm that Plaintiffs still plan to prepare the draft stipulation?

Thanks,

Tom