MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF DEIDRE CALDBECK IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688** |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CALDBECK DECL. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

CALDBECK DECL. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

I, Deidre Caldbeck, declare and state as follows:

1. I am a Director of Product Marketing for the Apple Watch and Health Software at Apple Inc. ("Apple"). I have worked at Apple for the past ten years. For most of that time, my work has focused on Apple Watch.

2. I submit this declaration in support of Apple's Opposition to Plaintiffs' Application to Unseal Certain Trial Exhibits Pursuant to Dkt. 1688. I have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify as follows.

3. Apple has identified as confidential certain yellow highlighted portions of the trial exhibits attached to the Passamaneck Declaration. I have personally reviewed each page of those exhibits and each portion of text in the exhibit that Apple seeks to maintain under seal. Apple recognizes the importance of public access to court documents and has endeavored to identify as confidential only a limited amount of non-public information related to its product development and proprietary technology, confidential business strategy and decision making, and hiring, compensation, and recruitment. The portions of the documents that Apple seeks to keep under seal are limited to information that would cause Apple competitive harm if disclosed and/or that Apple's employees and job candidates have a legitimate right and expectation to secrecy. While some of those documents slightly predate my work at Apple and with the Apple Watch team, I am very familiar from my role and responsibilities at Apple of the type of information that would cause Apple competitive harm if disclosed, as well as documents in which Apple's employees and job candidates have a legitimate right and expectation to secrecy. Apple has not sought to keep sealed information that was discussed on the public record at trial.

CALDBECK DECL. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688

CASE NO. 8:20-cv-00048-JVS (JDEx)

1

Wilmer Cutler
Pickering Hale
and Dorr LLP

4. The portions of the documents that Apple seeks to keep under seal reveal confidential and proprietary business information that Apple's competitors could exploit to its disadvantage. Apple considers information about its product development and proprietary technology, confidential business strategy and decision making, and hiring, compensation, and recruitment to be highly competitively sensitive. Knowledge of this information by competitors would put Apple at a disadvantage, as it would allow its competitors to apply Apple's strategies to their own product development, business dealings, and hiring, compensation, and recruitment to gain an unfair advantage over Apple in the market. Apple takes steps to ensure this information remains confidential, including controlling access to information regarding its product development, business strategy and decision making, and hiring, compensation, and recruitment practices. This information is available to Apple personnel only on a need-to-know basis.

5. Within Apple, we place substantial emphasis on the importance of maintaining the secrecy of confidential business information. Apple would expect its employees to maintain the confidentiality of all the information that Apple seeks to remain under seal. The specific portions of the documents that Apple seeks to keep under seal and the basis for sealing are set forth below.

**Confidential Information Regarding Product Development and Proprietary Technology**

6. Apple seeks to keep under seal documents discussing its confidential information regarding its product development and proprietary technology. Disclosure of this information presents a high risk of competitive harm to Apple, as Apple's competitors could incorporate the information into their own development strategies and products. Information regarding Apple's product development and proprietary technology is maintained confidentially within Apple and is accessible only on a need-to-know basis.

CALDBECK DECL. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688

CASE NO. 8:20-cv-00048-JVS (JDEx)

2

Wilmer Cutler Pickering Hale and Dorr LLP

This information is included in the following documents, which Apple seeks to keep under seal:

- **JTX-0009** is a February 10, 2014 email exchange between Apple employees ▮▮▮▮▮▮▮▮▮▮▮▮. The last email in the exchange, at pages 1-2, describes detailed technical information about Apple's performance testing results. The portions of JTX-0009 that Apple seeks to keep under seal reflect technical information about Apple's product testing, which Apple treats as confidential information within the company.

- **JTX-0335** is a September 12-13, 2013 email exchange between Apple employees discussing the design and development of Apple Watch. The correspondence includes an email from an Apple senior engineer providing ▮▮▮▮▮▮▮▮▮▮▮▮, which Apple treats as confidential information within the company. The portions of JTX-0335 that Apple seeks to keep under seal reflect technical information about Apple's product development.

- **JTX-0337** is a September 12-13, 2013 email exchange involving Apple employees that overlaps with JTX-0335. It includes the same email from an Apple senior engineer discussed above. The portions of JTX-0337 that Apple seeks to keep under seal reflect technical information about Apple's product development.

- **JTX-0356** is a May 12-20, 2016 email exchange in which Apple employees discuss a non-party's email raising technical issues with Apple's heart rate feature. The correspondence includes ▮▮▮▮▮▮▮▮▮▮▮▮

CALDBECK DECL. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688

CASE NO. 8:20-cv-00048-JVS (JDEx)

3

Wilmer Cutler
Pickering Hale
and Dorr LLP

which Apple treats as confidential information within the company. The portions of JTX-0356 that Apple seeks to keep under seal reflect technical information about Apple's heart rate feature.

- **JTX-0358C**[1] is an August 6, 2020 email exchange between Apple employees as well as an internal presentation. Both documents include details of technical information about the testing and performance of Apple's blood oxygen feature, which Apple treats as confidential information within the company. The portions of JTX-0358C that Apple seeks to keep under seal are limited to this technical information.

- **JTX-0360** is a January 21-22, 2021 email exchange between Apple employees discussing research and development related to Apple's blood oxygen feature. The correspondence reflects Apple's consideration of customer feedback in its development and improvement of the blood oxygen feature, and includes detailed information on the blood oxygen feature's accuracy. The portions of JTX-0360 that Apple seeks to keep under seal reflect technical information and confidential customer feedback about Apple's blood oxygen feature, which Apple treats as confidential information within the company.

- **JTX-0400** is an August 16-20, 2013 email exchange between Apple executives discussing the use of data collected from sensors, including in potential Apple health and wellness features. The correspondence includes technical details about potential Apple health and wellness features, as well as confidential information related to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The portions of

---

[1] I understand that Plaintiffs refer to this exhibit as "JTX-0358," but "JTX-0358C," the color version of JTX-0358, was the exhibit introduced at trial.

Wilmer Cutler Pickering Hale and Dorr LLP

- JTX-400 that Apple seeks to keep under seal are limited to technical information that relates to Apple's internal processes for product research and development, which Apple treats as confidential information within the company.
- **JTX-0499** is an August 16-18, 2013 email exchange between Apple executives that overlaps with JTX-0400. Like JTX-0400, the portions of JTX-0499 that Apple seeks to keep under seal are limited to information that relates to Apple's internal processes for product research and development, which Apple treats as confidential information within the company.
- **JTX-0422** is a September 18 – October 22, 2012 email exchange between Apple employees discussing the potential purchase of "reference sensors" for product development purposes. The correspondence includes ▇▇▇▇▇▇▇▇ which Apple treats as confidential information within the company. Apple seeks to keep the entire exhibit under seal.

**Confidential Information Regarding Business Strategy and Decision Making**

7. Apple also seeks to keep under seal documents discussing its confidential business strategy and decision making. Apple would suffer significant competitive harm if this information were disclosed. In particular, Apple's competitors would be able to use this information to benefit from Apple's own research and strategic insights and to improve their position in the market. Apple may also be disadvantaged in future negotiations, as its competitors will be familiar with strategies used in its prior business dealings. Information regarding Apple's business strategy and decision making is maintained confidentially within Apple and is accessible only on a need-to-know basis. This

---

CALDBECK DECL. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688

CASE NO. 8:20-cv-00048-JVS (JDEx)

5

information is included in the following documents, which Apple seeks to keep under seal:

- **JTX-0257** is a November 1-28, 2018 email exchange between Apple employees, including Apple executives, discussing ▇▇▇▇. The correspondence reflects information about ▇▇▇▇, which Apple treats as confidential information within the company. The portions of JTX-0257 that Apple seeks to keep under seal are limited to this confidential information.

- **JTX-0259** is a February 11-12, 2013 email exchange between Apple employees as well as an internal presentation. The presentation reflects information on ▇▇▇▇ which Apple treats as confidential information within the company. Pages 3-13 include a ▇▇▇▇. The portions of JTX-0259 that Apple seeks to keep under seal are limited to this confidential information.

- **JTX-0260** is a May 28-30, 2013 email exchange between Apple employees and an internal presentation. Like JTX-0259, both documents include confidential information on ▇▇▇▇ The portions of JTX-0260 that Apple seeks to keep under seal are limited to this confidential information.

CALDBECK DECL. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688
CASE NO. 8:20-cv-00048-JVS (JDEx)
6

Wilmer Cutler Pickering Hale and Dorr LLP

- **JTX-0556** is a November 26 – December 14, 2012 email exchange between Apple employees, including Apple executives, and an internal presentation. Like JTX-0259 and JTX-0260, both documents include confidential information ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The portions of JTX-0556 that Apple seeks to keep under seal are limited to this confidential information.

- **JTX-4355.01** is a March 17, 2013 email between Apple executives enclosing an internal presentation and an internal "one-pager" summary. Like JTX-0259, JTX-0260, and JTX-059, the internal presentation includes confidential information ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. The portions of JTX-4355.01 that Apple seeks to keep under seal are limited to this confidential information.

- **JTX-0263** is an internal presentation, last revised on October 16, 2013, that includes confidential information on ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The portions of JTX-0263 that Apple seeks to keep under seal are limited to this confidential information.

- **JTX-0316** is a June 29 – July 3, 2013 email exchange between Apple executives ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ which Apple treats as confidential information within the

CALDBECK DECL. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688

CASE NO. 8:20-cv-00048-JVS (JDEx)

7

Wilmer Cutler Pickering Hale and Dorr LLP

1  company.  The portions of JTX-0316 that Apple seeks to keep under seal are
2  limited to this confidential information.

3  - **JTX-0317** is an August 28 – September 11, 2013 email exchange involving
4  Apple employees ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
5  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
6  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Apple seeks to keep
7  this last email under seal, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
8  ▬▬▬▬▬▬▬▬▬▬.

## Confidential Information Regarding Hiring, Compensation, and Recruitment

8. Lastly, Apple seeks to keep under seal documents discussing confidential information regarding its hiring, compensation, and recruitment.  Disclosure of this information would allow Apple's competitors to compete more effectively with Apple at recruiting and maintaining employees.  Additionally, Apple employees and job candidates have a reasonable expectation that this information will be kept confidential. Information regarding Apple's hiring, compensation, and recruitment is maintained confidentially within Apple and is accessible only on a need-to-know basis.  This information is included in the following documents, which Apple seeks to keep under seal:

- **JTX-0058** is a May 22-23, 2013 email exchange between Apple employees discussing Apple job candidates.  Page 1 of the exhibit includes an email discussing a candidate other than Dr. O'Reilly. Apple seeks to keep this portion of the exhibit sealed, as it contains information about Apple's consideration of potential job candidates, which Apple treats as confidential information within the company.  In general, those who apply to positions at

CALDBECK DECL. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688
CASE NO. 8:20-cv-00048-JVS (JDEx)
8

Wilmer Cutler Pickering Hale and Dorr LLP

Apple do so under an expectation that Apple will keep the application confidential from the public.

- **JTX-0059** is a May 22-23, 2013 email exchange between Apple employees that overlaps with JTX-0058. Page 2 includes the same email discussed above. Apple seeks to keep this portion of the exhibit sealed, as it contains confidential information about Apple's consideration of potential job candidates.

- **JTX-0165** is a March 21, 2014 email exchange between Apple employees discussing confidential reviews of potential candidates for positions at Apple, and enclosing one of those candidate's resumes. The emails and attachment include confidential ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Apple treats this information as confidential within the company. The portions of JTX-0165 that Apple seeks to keep under seal are limited to this confidential and sensitive information.

- **JTX-0176** is a May 13, 2014 email exchange between Apple employees discussing confidential reviews of potential candidates for positions at Apple. Like JTX-0165, the emails include confidential information ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The portions of JTX-0176 that Apple seeks to keep under seal are limited to this confidential and sensitive information.

CALDBECK DECL. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688

CASE NO. 8:20-cv-00048-JVS (JDEx)

9

Wilmer Cutler
Pickering Hale
and Dorr LLP

- **JTX-0265** is a November 1 – December 4, 2013 email exchange between Apple employees discussing ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ The correspondence includes confidential information ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ Apple treats this information as confidential within the company.  The portions of JTX-0265 that Apple seeks to keep under seal are limited to this confidential information.

- **JTX-0628** is a December 4, 2013 email exchange between Apple employees discussing Dr. Lamego's offer of compensation.  The correspondence includes confidential information regarding the potential terms of Dr. Lamego's offer.  Apple treats this information as confidential within the company.  The portions of JTX-0628 that Apple seeks to keep under seal are limited to this confidential information.

- **JTX-0653** is a December 4, 2013 email that is part of the email exchange in JTX-0628.  The portions of JTX-0653 that Apple seeks to keep under seal are limited to the confidential information described above in connection with JTX-0628.

9. For the foregoing reasons, Apple requests that the Court allow the yellow highlighted portions of the specific exhibits to the Passamaneck Declaration to be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

1    Executed this 26th day of June 2023.

3    By: _____
4    Deidre Caldbeck

CALDBECK DECL. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688

CASE NO. 8:20-cv-00048-JVS (JDEx)

11

Wilmer Cutler Pickering Hale and Dorr LLP