# EXHIBIT C

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



REDACTED

> From: Robert Mansfield <mansfield@apple.com>
> Subject: Fwd: Sensor Slides
> Date: September 13, 2013 8:17:40 AM PDT
> To: Jony Ive <ive@apple.com>
>
> Jony,
>
> FYI.
>
> The team involved me in a review of the sensor designs yesterday.
>
> Frankly I think it is a mess.
>
> Bob
>
>
>.
> Begin forwarded message:
>
>> From: Robert Mansfield <mansfield@apple.com>
>> Subject: Fwd: Sensor Slides
>> Date: September 13, 2013 6:19:10 AM PDT
>> To: Jeff Dauber <dauber@apple.com>, Lynn Youngs <lyoungs@apple.com>, Stephen Zadesky <szadesky@apple.com>
>> Cc: James Foster <jhfoster@apple.com>
>>

APL-MAS_01403427

Exhibit C
Page 1



\>\>
\>\> On current path, the sensor effort will fail. It will come off the product, and with it will go probably the most important feature of the device. My opinion is that you'll need to change course and lead the team out of the confusion.
\>\>
\>\> Bob
\>\>



\>\>
\>\>

APL-MAS_01403428

Exhibit C
Page 2

```
>> Begin forwarded message:
>>
>>> From: Debbie Lambert <debbiel@apple.com>
>>> Subject: Sensor Slides
>>> Date: September 12, 2013 5:29:48 PM PDT
>>> To: Bob Mansfield <bobmans@apple.com>
>>>
>>> Hi Bob -
>>>
>>> Here are the slides we are reviewing at 5:30.
>>>
>>> Thanks,
>>> Debbie
>
>>
>
```

Begin forwarded message:

**From:** Robert Mansfield <mansfield@apple.com>

**Subject: Fwd: Sensor Slides**

**Date:** September 13, 2013 8:17:40 AM PDT

**To:** Jony Ive <ive@apple.com>

Jony,

FYI.

The team involved me in a review of the sensor designs yesterday.

Frankly I think it is a mess.



Bob

Begin forwarded message:

APL-MAS_01403429

Exhibit C
Page 3

**From:** Robert Mansfield <mansfield@apple.com>
**Subject: Fwd: Sensor Slides**
**Date:** September 13, 2013 6:19:10 AM PDT
**To:** Jeff Dauber <dauber@apple.com>, Lynn Youngs <lyoungs@apple.com>, Stephen Zadesky <szadesky@apple.com>
**Cc:** James Foster <jhfoster@apple.com>



APL-MAS_01403430

Exhibit C
Page 4

On current path, the sensor effort will fail. It will come off the product, and with it will go probably the most important feature of the device. My opinion is that you'll need to change course and lead the team out of the confusion.

**Bob**

[redacted]

Begin forwarded message:

**From:** Debbie Lambert <debbiel@apple.com>
**Subject: Sensor Slides**
**Date:** September 12, 2013 5:29:48 PM PDT
**To:** Bob Mansfield <bobmans@apple.com>

Hi Bob -

Here are the slides we are reviewing at 5:30.

Thanks,
Debbie

APL-MAS_01403431

Exhibit C
Page 5