# EXHIBIT D

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Subject:** Re: Apple Watch recording on a bottle of red wine :(





Masimo Corp. v. Apple Inc.
JTX 356
Case No. 8:20-cv-00048-JVS-JDE

△ π EXHIBIT 356
Deponent Wayde
Date 9/11/22 Rptr. CD
WWW.DEPOBOOKPRODUCTS.COM

APL-MAS_00610772



On May 19, 2016, at 12:59 PM, Deidre Hollars Caldbeck <deidre@apple.com> wrote:

Hi Ron and Steve,

There has been some social media buzz about Apple Watch taking a heart rate reading on a bottle of wine. Please see below.

Can you look into this and let us know how we should address it? We actually tried it and you can indeed get a heart rate reading on your desk or on your mouse, or on a bottle of wine....

Thanks,
Deidre

Begin forwarded message:



APL-MAS_00610773



APL-MAS_00610774

Exhibit D
Page 3

Case 8:20-cv-00048-JVS-JDE   Document 1799-7   Filed 06/26/23   Page 5 of 10   Page ID
#:153365



APL-MAS_00610775

Exhibit D
Page 4



APL-MAS_00610776

Exhibit D
Page 5



APL-MAS_00610777

Exhibit D
Page 6

APL-MAS_00610778

Exhibit D
Page 7



APL-MAS_00610779

Exhibit D
Page 8

APL-MAS_00610780

Exhibit D
Page 9