# EXHIBIT E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

|  |  |
|---:|:---|
| **From:** | "Sara Tavakoli" <sara_tavakoli@apple.com> |
| **Received(Date):** | Thu, 06 Aug 2020 19:52:41 +0000 |
| **To:** | "David Fang" <david.fang@apple.com> |
| **Cc:** | "Steve Waydo" <swaydo@apple.com>, "Evan Doll" <evan.doll@apple.com>,"Abby Lee" <abby_lee@apple.com>,"Andrew Garber" <code.sculptor@apple.com>,"Joelle Lam" <joelle_lam@apple.com>,"Siddesh Koppalada-Shivakumaraswamy" <siddesh@apple.com>,"Marc Schonbrun" <mschonbrun@apple.com>, "Vera Carr" <veracarr@apple.com>,"Sankalita Saha" <sankalita.saha@apple.com>,"Ravi RTK Katragadda" <ravi_katragadda@apple.com> |
| **Attachment:** |  |
| **Date:** | Thu, 06 Aug 2020 19:52:41 +0000 |



>
>> On Aug 6, 2020, at 9:23 AM, Sara Tavakoli <sara_tavakoli@apple.com> wrote:
>>
>>
>> <https://apple.enterprise.slack.com/files/WLV9ZQD08/F0192FRJ5ME/scandiumanalytics_8_2_20.pdf´
All,
>>
>> Attached are the views we will be reviewing for this meeting.
>>
>>
>>
>>



Masimo Corp. v. Apple Inc.
JTX 358C
Case No. 8:20-cv-00048-JVS-JDE

>> ███████████████
>> Scheduled: Aug 6, 2020 at 1:00 PM to 1:45 PM
>> Location: Virtual Conference One-Time Room
>> Invitees: Sara Tavakoli, Steve Waydo, Evan Doll, Abby Lee, Andrew Garber, Joelle Lam, Siddesh Koppalada-Shivakumaraswamy, David Fang, Marc Schonbrun, Vera Carr, Sankalita Saha, Ravi Katragadda
>> ––– Recommended Options –––
>>
>> Join or start from Webex:
>>
https://appleinc.webex.com/appleinc/j.php?MTID=m43f196552a65deb18d0f469c2fe38cc4 <https://appleinc.webex.com/appleinc/j.php?MTID=m43f196552a65deb18d0f469c2fe38cc4>
>>
>> Dial from video system [AVCN]:
>> Enter the Meeting ID: 1460611599
>>
>>
>> ––– Additional Options –––
>>
>> Join from Cisco Jabber:
>> sip://1460611599@appleinc.webex.com <sip://1460611599@appleinc.webex.com>
>>
>> Join by phone (charges may apply):
>> tel://+14156550003,,1460611599,,,# <tel://+14156550003,,1460611599,,,#>
>>
>> Global call-in numbers:
>>
https://appleinc.webex.com/cmp3300/webcomponents/widget/globalcallin/globalcallin.do?siteurl=apple <https://appleinc.webex.com/cmp3300/webcomponents/widget/globalcallin/globalcallin.do?siteurl=app
>>
<https://apple.enterprise.slack.com/files/WLV9ZQD08/F0192FRJ5ME/scandiumanalytics_8_2_20.pdf´

██████████████

████

█ ████████████████████████████████████████

On Aug 6, 2020, at 9:23 AM, Sara Tavakoli <sara_tavakoli@apple.com> wrote:

**Hi All,**

Attached are the views we will be reviewing for this meeting.

████████████████████████
████████████ s

Scheduled: Aug 6, 2020 at 1:00 PM to 1:45 PM
Location: Virtual Conference One-Time Room
Invitees: Sara Tavakoli, Steve Waydo, Evan Doll, Abby Lee, Andrew Garber, Joelle Lam, Siddesh Koppalada-Shivakumaraswamy, David Fang, Marc Schonbrun, Vera Carr, Sankalita Saha, Ravi Katragadda
––– Recommended Options –––

Join or start from Webex:

https://appleinc.webex.com/appleinc/j.php?MTID=m43f196552a65deb18d0f469c2fe38c

Dial from video system [AVCN]:
Enter the Meeting ID: 1460611599

––– Additional Options –––

Join from Cisco Jabber:

sip://1460611599@appleinc.webex.com

Join by phone (charges may apply):

tel://+14156550003,,1460611599,,,#

Global call-in numbers:

https://appleinc.webex.com/cmp3300/webcomponents/widget/globalcallin/globalcallin.d



APL-MAS_00700555

Exhibit E
Page 4



APL-MAS_00700556



APL-MAS_00700557

APL-MAS_00700558
Exhibit E
Page 7

APL-MAS_00700559
Exhibit E
Page 8



APL-MAS_00700560

