# EXHIBIT F

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Case 8:20-cv-00048-JVS-JDE Document 1799-9 Filed 06/26/23 Page 1 of 4 Page ID #:153382


Subject: Re: Customer feedback on Scandium?
From: "Steve Waydo" <swaydo@apple.com>
Received(Date): Fri, 22 Jan 2021 18:03:59 +0000
To: "Richa Gujarati" <rgujarati@apple.com>
Date: Fri, 22 Jan 2021 18:03:59 +0000

Thanks!

Could you invite Mohsen to our sync as well?

Thanks,

Steve

--

Steve Waydo —   HID — 408.596.6998

swaydo@apple.com

On Jan 21, 2021, at 5:42 PM, Richa Gujarati <rgujarati@apple.com> wrote:

Hi Steve,

Happy to walk you through the customer feedback in more detail..will set up some time.

Re accuracy 

"9 out of 10 times that I try it is unsuccessful. And when it does have the PERFECT conditions to get a reading it is off by 5 points compared to a legitimate blood oxygen finger meter. This needs a ton of work apple and seriously if you cant get it right dont put it out there."

Best,

Richa



Masimo Corp. v. Apple Inc.
JTX 360
Case No. 8:20-cv-00048-JVS-JDE


EXHIBIT 360
Deponent Waydo
Date 8/11/22 Rptr CD
WWW.DEPOBOOKPRODUCTS.COM

APL-MAS_00690233

Exhibit F
Page 1



On Jan 21, 2021, at 9:21 AM, Steve Waydo <swaydo@apple.com> wrote:

Hi Richa,

I'm asking because we have this zeitgeist on the team that the Scandium experience is really poor that is driving decision making (e.g. around

APL-MAS_00690234

when/how to pursue a regulated product); 

Thanks,

Steve

--
Steve Waydo —   HID — 408.596.6998

swaydo@apple.com

APL-MAS_00690235