# EXHIBIT G

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Subject:**   Re: Observation



Masimo Corp. v. Apple Inc.
**JTX 400**
Case No. 8:20-cv-00048-JVS-JDE

EXHIBIT
400

APL-MAS_02503577

>
>



>>
>> On Aug 17, 2013, at 10:30 AM, Adrian Perica <perica@apple.com> wrote:
>>
>>> I'm 100% on board with that vision.  I am, however, very focused that we need to ship something great next year that works across the world.  Thus, I think we need to be very crisp about what's in and out of scope and I think we are biting off way more than we understand and I think the conversations wander such that we aren't fully thinking through the scenarios we can handle in a world-class Apple way.  Maybe we're talking past each other in terms of initial launch vs. aspiration.  For initial launch, I'm super focused on wellness because:
>>>
>>> 1. Tim said to focus on wellness

APL-MAS_02503578

>>>
>>> 2. Wellness is likely a better overlap with our current customers.  It's definitely a better overlap with our current level of internal competency.  We are newbies to this space.



APL-MAS_02503579

>>>



>>>>>

APL-MAS_02503580



APL-MAS_02503581