# EXHIBIT K

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| | |
|---|---|
| **Subject:** | Re: Can we get together tomorrow to discuss targets ? |
| **From:** | "Adrian Perica" <perica@apple.com> |
| **Received(Date):** | Tue, 12 Feb 2013 07:20:20 +0000 |
| **To:** | "James Foster" <jhfoster@apple.com> |
| **Cc:** | "Steve Smith" <srsmith@apple.com> |
| **Attachment:** | Rover Discussion 2013.02 08.key |
| **Date:** | Tue, 12 Feb 2013 07:20:20 +0000 |

Definitely. I'm free from 11-12 or 2-3. Or after 6pm. What works for you?

Attached is the presentation we were planning to share with Bob on the PPG companies. Maybe we can review that and then talk about others?

By the way, Denby Frazier told me that they are bringing in the CMO of Masimo next week for the potential Apple hire. Are you interviewing him?

thx

On Feb 11, 2013, at 6:35 PM, James Foster <jhfoster@apple.com> wrote:

>

Masimo Corp. v. Apple Inc.
**JTX 259**
Case No. 8:20-cv-00048-JVS-JDE

Hotelling
Exhibit 259
(8-2-22)
WWW.DIGITALEVIDENCEGROUP.COM

APL-MAS_00403772

Exhibit K
Page 1



Apple Confidential
DRAFT

# Rover Discussion Materials

February 2013

APL-MAS_00403773

Exhibit K
Page 2

Apple Confidential

## Executive Summary

- Two standout, related companies appear to exist in PPG space
  - Masimo: $1.2bn market cap, $490m 2012E revenue, founded in 1989 by electrical engineer Joe Kiani, headquarters in Irvine, CA
  - Cercacor: ~50 person, privately-held, consumer-focused PPG company also founded by Joe Kiani
  - Team recommends reaching out to Joe Kiani, the CEO of both companies, to understand technology and explore a collaboration



APL-MAS_00403775

Exhibit K
Page 4



APL-MAS_00403776



APL-MAS_00403777

Exhibit K
Page 6



APL-MAS_00403778

Exhibit K
Page 7



APL-MAS_00403779



APL-MAS_00403780

Exhibit K
Page 9



APL-MAS_00403781

Exhibit K
Page 10



APL-MAS_00403782



APL-MAS_00403783



APL-MAS_00403784