# EXHIBIT M

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Subject:** Fwd: Medical
**From:** "Tim Cook" <tcook@apple.com>
**Received(Date):** Fri, 14 Dec 2012 17:08:19 +0000
**To:** "Adrian Perica" <perica@apple.com>
**Attachment:** 2012.10.09 Sensing Overview v03.key
**Date:** Fri, 14 Dec 2012 17:08:19 +0000

---

Masimo Corp. v. Apple Inc.
JTX 556
Case No. 8:20-cv-00048-JVS-JDE

EXHIBIT 556
Cook
12/7/2022
Reported by: Michael P. Hensley, RDR
CA CSR #14114

APL-MAS_00434182

Exhibit M
Page 1



APL-MAS_00434183

Exhibit M
Page 2



APL-MAS_00434184

Apple Confidential

DRAFT

# Rover Discussion Materials

October 2012

APL-MAS_00434185

APL-MAS_00434186



Apple Confidential
DRAFT
Sensor Devices
3

APL-MAS_00434187

Exhibit M
Page 6



APL-MAS_00434188

Sensor Devices

APL-MAS_00434189

Exhibit M
Page 8



APL-MAS_00434190



APL-MAS_00434191

Apple Confidential

DRAFT

APL-MAS_00434192



APL-MAS_00434193



APL-MAS_00434194

Exhibit M
Page 13



APL-MAS_00434195



APL-MAS_00434196



APL-MAS_00434197

Exhibit M
Page 16



APL-MAS_00434198



APL-MAS_00434199