# EXHIBIT S

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Begin forwarded message:

**From:** Mark Bentley <mbentley@apple.com>
**Subject: Re: Mike O'Reilly**
**Date:** May 23, 2013 at 8:38:42 AM EDT
**To:** Denby Frazier <denby@apple.com>

I agree with you.   Mark
On May 22, 2013, at 11:02 PM, Denby Frazier wrote:

> Latest incoming email from Adrian.  Joe Kiani is a hard charging, asshole -- not my words, but numerous comments from the discussions I've had in that space.  Maybe that makes him perfect for Apple.
>
> Seems Adrian loves everyone, Mike, Joe, Marie Johnson, Joe Smith....
>
> **Denby Frazier** | Executive Search | Apple Inc | direct 408.974.7542 | iPhone 415.722.3401 |

Masimo Corp. v. Apple Inc.
**JTX 59**
Case No. 8:20-cv-00048-JVS-JDE

Sellers Exhibit
59 (6-24-22)
WWW.DIGITALEVIDENCEGROUP.COM

Begin forwarded message:

**From:** Adrian Perica <perica@apple.com>
**Subject: Re: Mike O'Reilly**
**Date:** May 22, 2013 10:53:29 PM PDT
**To:** Denby Frazier <denby@apple.com>

by the way, I could see Joe Kiani be the wellness leader we need. He's a medical CEO now and wants to help the world. That's a great starting point.

On May 22, 2013, at 10:28 PM, Denby Frazier <denby@apple.com> wrote:

> Thanks, appreciate the context on lineup.
>
> Candidly, there is nothing quick about getting Mike in again. If anything, he's been very patient in the process. We had him lined up weeks ago, then the redirect to 'wellness' and we pulled his meetings the night before he was to come in. Re-engaged him, he came up to meet you, next step was to come back through to meet Bob and extended team, and then Bob cancelled. We pulled his trip and rescheduled to Weds, May 29th.
>
> Aware (superficially) of the discussions with Kiani, but that's been a known quantity on our side for a while.
>
> If we want to cancel on Mike again, it's going to be very poor form. [REDACTED]
>
> **Denby Frazier | Executive Search | Apple Inc | direct 408.974.7542 | iPhone 415.722.3401 |**
>
> On May 22, 2013, at 10:19 PM, Adrian Perica <perica@apple.com> wrote:
>
>> Honestly, I think it's Tim, Jony and Peter if we are serious about hiring a doctor.
>>
>> We are about to email his CEO, Joe Kiani, to talk about doing more with Masimo.
>>
>> Who's pushing to get Mike in again so quickly?
>>
>> On May 22, 2013, at 2:30 PM, Denby Frazier <denby@apple.com> wrote:
>>
>>> Adrian, should have cc'd you on this to weigh in as well.
>>>
>>> **Denby Frazier | Executive Search | Apple Inc | direct 408.974.7542 | iPhone 415.722.3401 |**
>>>
>>> Begin forwarded message:
>>>
>>> **From:** Denby Frazier <denby@apple.com>
>>> **Subject: Mike O'Reilly**
>>> **Date:** May 22, 2013 2:24:50 PM PDT
>>> **To:** Bob Mansfield <bobmans@apple.com>
>>>
>>> Bob,
>>>
>>> Mike O'Reilly is in next Weds and I want to confirm with you that we are getting him in front of _enough_ of the right people:
>>>
>>> You
>>> Adrian (already met)
>>> James (already met)
>>> Bud (already met)
>>> Adrian (already met)
>>> Joz
>>> Kevin Lynch
>>>
>>> Eddy just cancelled. Is there anyone else from e-team or otherwise we should have him meet?



Thanks,
Denby

Denby Frazier | Executive Search | Apple Inc | direct 408.974.7542 | iPhone 415.722.3401 |