# EXHIBIT T

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| | |
|---|---|
| **From:** | Marcelo Lamego <mlamego@apple.com> |
| **Subject:** | Fwd: Johannes Bruinsma |
| **Received(Date):** | Fri, 21 Mar 2014 16:51:37 -0700 |
| **To:** | Steve Hotelling <shotelling@apple.com> |
| **Attachment:** | ████████████████████████████ |
| **Attachment:** | ████████████████████ |
| **Date:** | Fri, 21 Mar 2014 16:51:37 -0700 |

FYI

Begin forwarded message:

> From: Marcelo Lamego <mlamego@apple.com>
> Subject: Johannes Bruinsma
> Date: March 21, 2014 at 1:19:07 PM PDT
> To: Kim Nguyen <knguyen@apple.com>
>
> Kim,
>

███████████████████████████████

███████████████████████████████

███████████████████████████████

>
> Johannes would bring value to the sensing team because of the following reasons:
>
> (i) He brings to the company immediate experience as far as the development and test of ultra-low-noise HW systems for fitness and wellness sensors. The same could be accomplished by training some of the new hires. However, it will take sometime until they are par to the exclusive knowledge and experience Johannes was exposed while working in my team in the past.

███████████████████████████████

███████████████████████████████

███████████████████████████████





APL-MAS_00241716

Exhibit T
Page 1



> 
> Thank you again for all your help.
> 
> All the best,
> Marcelo
> 

APL-MAS_00241717



APL-MAS_00241718

Exhibit T
Page 3

><br>
> _____<br>
>



███

Begin forwarded message:

**From:** Marcelo Lamego <mlamego@apple.com>

**Subject: Johannes Bruinsma**

**Date:** March 21, 2014 at 1:19:07 PM PDT

**To:** Kim Nguyen <knguyen@apple.com>

Kim,

██████████████████████████████████████████

APL-MAS_00241719



Johannes would bring value to the sensing team because of the following reasons:

(i) He brings to the company immediate experience as far as the development and test of ultra-low-noise HW systems for fitness and wellness sensors. The same could be accomplished by training some of the new hires. However, it will take sometime until they are par to the exclusive knowledge and experience Johannes was exposed while working in my team in the past.



APL-MAS_00241720



APL-MAS_00241721



APL-MAS_00241722

APL-MAS_00241723



APL-MAS_00241724



APL-MAS_00241725



APL-MAS_00241726



APL-MAS_00241727