# EXHIBIT U

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



Cc: Marcelo Lamego <mlamego@apple.com>
From: Jimmy Chung <jimmy_chung@apple.com>
Subject: Re: consolidated feedback: andy gamelin
Received(Date): Tue, 13 May 2014 19:34:56 -0700
To: Prashanth Holenarsipur <hssp@apple.com>
Date: Tue, 13 May 2014 19:34:56 -0700





APL-MAS_00239694

Exhibit U
Page 1



**Ueyn Block**

I met with Andy today. Since he's recently been a higher level manager at multiple companies with reasonably sized groups below him, I decided to try to probe how deep his knowledge went with the last couple of products he's worked with. He definitely has a good holistic view of the systems and has worked with many facets, but he failed to show me that he had a deep understanding of many of the core principles.

TECHNICAL:

For instance, I asked about how one chooses wavelengths for the Masimo Rainbow sensor (as a function of what analyte you are trying to measure) and what type of analysis is used to calibrate the sensor (i.e., to turn measurements of each wavelength's transmitted power into a measurement of Hb or CO or another analyte). He didn't have an answer. I also asked about what the physiological features were like in wavelength-space (i.e., wide, narrow, rapidly varying, etc) and he didn't have an answer, even after I re-worded my question a couple times. He mentioned you need sub-nanometer quality information about the LED wavelengths, but when I asked more questions about the linewidth and variability of the measurement vs. wavelength, he didn't have any answers.

With Masimo's product, he seemed to know that there were specs and he helped drive the product to meet those specs, but he was not able to demonstrate whether he had much insight of where the specs came from.

Andy's technical experience at CareFusion did not seem to align very well with what I'm guessing he would work on at Apple, though I also think this is why he is looking to leave CareFusion -- the work is not very challenging.

COMMUNICATION AND MANAGERIAL SKILLS:

Andy performed much better in this area. I think he really enjoys gaining a good understanding of his personnel and figuring out how to get the most out of them. He was a very clear communicator and I never had any issues in this regard whatsoever.

APPLE FIT:

I think Andy would fit in well with Apple's "product first" mentality... do whatever it takes to create the user experience you are attempting to achieve. Unfortunately, I don't think he demonstrated enough technical depth to drive a new sensor program. I think he may be a good manager, but managers at Apple are required to maintain a very strong deep knowledge of their products. As I mentioned above, this was not something he excelled at, or at least was not able to demonstrate to me.

SUMMARY:

I did not feel that Andy would be the best choice in an early stage development of an Apple sensor. He struck me as a higher-level manager that likes to keep a bird's eye view of a product/system and build good teams.

Erno Klaassen

APL-MAS_00239696

Exhibit U
Page 3



APL-MAS_00239697

Exhibit U
Page 4

APL-MAS_00239698

Exhibit U
Page 5