# EXHIBIT V

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Subject:** Re: Marcelo Lamego hiring recommendation
**From:** "Jeff Williams" <jwilliams@apple.com>
**Received(Date):** Wed, 04 Dec 2013 23:15:45 +0000
**To:** "Lynn Youngs" <lyoungs@apple.com>
**Cc:** "Dan Riccio" <riccio@apple.com>,"Steve Hotelling" <shotelling@apple.com>, "Rani Roley" <roley@apple.com>
**Date:** Wed, 04 Dec 2013 23:15:45 +0000

---

[REDACTED]

[REDACTED]

On Dec 4, 2013, at 2:44 PM, Lynn Youngs <lyoungs@apple.com> wrote:

Dan,

[REDACTED]. The leader of the team would be Marcelo Lamego, VP and CTO of Cercacor. Marcelo has specialized experience that we are deeply in need of on current and future n27 sensors. He will consult on the current sensor projects while building his team. Later after he has some traction we will consider reshuffling as makes sense. I will separately give you an email regarding his offer, which will be exceptional.

Thanks,

Lynn

Begin forwarded message:

> **From:** Steve Hotelling <shotelling@apple.com>
> **Date:** December 5, 2013 at 12:23:43 AM GMT+2
> **To:** Lynn Youngs <lyoungs@apple.com>
> **Cc:** Annie Classick <aclassick@apple.com>, Denby Frazier <denby@apple.com>
> **Subject: Marcelo Lamego hiring recommendation**
>
> Hi Lynn,
> [REDACTED]
>
> While we have existing bio-sensing technology development projects under the leadership of Brian Land and Erno Klaassen directed toward the N27 platform, we feel Marcelo could bring his special talent and leadership to enhance our efforts and accelerate our research and development efforts in this area.

Hotelling Exhibit 265 (8-2-22)
WWW.DIGITALEVIDENCEGROUP.COM

Masimo Corp. v. Apple Inc.
JTX 265
Case No. 8:20-cv-00048-JVS-JDE



APL-MAS_00237568

Exhibit V
Page 2



APL-MAS_00237569

Exhibit V
Page 3

APL-MAS_00237571

Exhibit V
Page 5