# EXHIBIT W

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Subject:** Re: Marcelo/Propsed Offer
**From:** "Lynn Youngs" <lyoungs@apple.com>
**Received(Date):** Wed, 04 Dec 2013 22:23:37 +0000
**To:** "Denby Frazier" <denby@apple.com>
**Cc:** "Steve Hotelling" <shotelling@apple.com>,"Annie Classick" <aclassick@apple.com>
**Date:** Wed, 04 Dec 2013 22:23:37 +0000

I think we should go with director or senior director level rsu and bonus quantity given the situation with Mike Reilly and that this is an acquisition-like need for specialized capability that we do not have at Apple. I would get approval for sr dir level and make first offer at dir level.

Lynn

On Dec 4, 2013, at 8:17 PM, Denby Frazier <denby@apple.com> wrote:

Steve,

[redacted]. I believe he wants to come to Apple, but will wrestle with the nonexecutive title and level. Given all the optics with Massimo/Cercacor, the relationship with Joe Kiani (going forward and in the past), I would like to put our best foot forward with this offer. I fully expect Joe to counter, he did with Mike.

Please let me know your thoughts on the construct of the offer. I did speak with Jeff Williams, and he is very hopeful that we can close Marcello. I think cleaner and more straightforward the offer and the close, the better for our relationship with Massimo and Joe, and also better for Marcello.

[redacted]

Best,

Denby

**Denby Frazier | Executive Search | Apple Inc | direct 408.974.7542 | iPhone 415.722.3401 |**

Masimo Corp. v. Apple Inc.
JTX 628

Sellers Exhibit
628 (12-15-21)

Exhibit W
Page 1