# EXHIBIT X

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Case 8:20-cv-00048-JVS-JDE   Document 1799-27   Filed 06/26/23   Page 1 of 2   Page ID #:153571

| | |
|---|---|
| **Subject:** | Marcelo/Propsed Offer |
| **From:** | "Denby Frazier" <denby@apple.com> |
| **Received(Date):** | Wed, 04 Dec 2013 18:17:24 +0000 |
| **To:** | "Steve Hotelling" <shotelling@apple.com> |
| **Cc:** | "Lynn Youngs" <lyoungs@apple.com>,"Annie Classick" <aclassick@apple.com> |
| **Date:** | Wed, 04 Dec 2013 18:17:24 +0000 |

Steve,

█████████████████████████ I believe he wants to come to Apple, but will wrestle with the nonexecutive title and level. Given all the optics with Massimo/Cercacor, the relationship with Joe Kiani (going forward and in the past), I would like to put our best foot forward with this offer. I fully expect Joe to counter, he did with Mike.

Please let me know your thoughts on the construct of the offer. I did speak with Jeff Williams, and he is very hopeful that we can close Marcello. I think cleaner and more straightforward the offer and the close, the better for our relationship with Massimo and Joe, and also better for Marcello.

███████████████

█████

█████

████████

████████████████████████

███████████████

Best,

Denby

**Denby Frazier | Executive Search | Apple Inc | direct 408.974.7542 | iPhone 415.722.3401 |**

Masimo Corp. v. Apple Inc.
**JTX 653**

Sellers Exhibit
3407 (12-15-21)
WWW.DIGITALEVIDENCEGROUP.COM

Exhibit X
Page 1