MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688**<br><br>Date: July 24, 2023<br><br>Time: 1:30pm |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Opposition To Plaintiffs' Application To Unseal Certain Trial Exhibits Pursuant To Dkt. 1688.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit A (unredacted version filed under seal)** is a copy of trial exhibit JTX-0009, which is a document produced by Apple with Bates numbers APL-MAS_00415200-APL-MAS_00415201.

5. Attached hereto as **Exhibit B (unredacted version filed under seal)** is a copy of trial exhibit JTX-0335, which is a document produced by Apple with Bates numbers APL-MAS_00778320-APL-MAS_00778323.

6. Attached hereto as **Exhibit C (unredacted version filed under seal)** is a copy of trial exhibit JTX-0337, which is a document produced by Apple with Bates numbers APL-MAS_01403427-APL-MAS_01403431.

7. Attached hereto as **Exhibit D (unredacted version filed under seal)** is a copy of trial exhibit JTX-0356, which is a document produced by Apple with Bates numbers APL-MAS_00610772-APL-MAS_00610780.

8. Attached hereto as **Exhibit E (unredacted version filed under seal)** is a copy of trial exhibit JTX-0358C, which is a document produced by Apple with Bates numbers APL-MAS_00700552-APL-MAS_00700561.

9. Attached hereto as **Exhibit F (unredacted version filed under seal)** is a copy of trial exhibit JTX-0360, which is a document produced by Apple with Bates numbers APL-MAS_00690233-APL-MAS_00690235.

10. Attached hereto as **Exhibit G (unredacted version filed under seal)** is a copy of trial exhibit JTX-0400, which is a document produced by Apple with Bates numbers APL-MAS_02503577-APL-MAS_02503581.

11. Attached hereto as **Exhibit H (unredacted version filed under seal)** is a copy of trial exhibit JTX-0499, which is a document produced by Apple with Bates numbers APL-MAS_00514479-APL-MAS_00514482.

12. Attached hereto as **Exhibit I (filed under seal in its entirety)** is a copy of trial exhibit JTX-0422, which is a document produced by Apple with Bates numbers APL-MAS_00226067-APL-MAS_00226071.

13. Attached hereto as **Exhibit J (unredacted version filed under seal)** is a copy of trial exhibit JTX-0257, which is a document produced by Apple with Bates numbers APL-MAS_02364457-APL-MAS_02364461.

14. Attached hereto as **Exhibit K (unredacted version filed under seal)** is a copy of trial exhibit JTX-0259, which is a document produced by Apple with Bates numbers APL-MAS_00403772-APL-MAS_00403784.

15. Attached hereto as **Exhibit L (unredacted version filed under seal)** is a copy of trial exhibit JTX-0260, which is a document produced by Apple with Bates numbers APL-MAS_00909102-APL-MAS_00909134.

16. Attached hereto as **Exhibit M (unredacted version filed under seal)** is a copy of trial exhibit JTX-0556, which is a document produced by Apple with Bates numbers APL-MAS_00434182-APL-MAS_00434199.

17. Attached hereto as **Exhibit N (unredacted version filed under seal)** is a copy of trial exhibit JTX-4355.01, which is a document produced by Apple with Bates numbers APL-MAS_01366539-APL-MAS_01366555.

18. Attached hereto as **Exhibit O (unredacted version filed under seal)** is a copy of trial exhibit JTX-0263, which is a document produced by Apple with Bates numbers APL-MAS_01853759-APL-MAS_01853795.

19. Attached hereto as **Exhibit P (unredacted version filed under seal)** is a copy of trial exhibit JTX-0316, which is a document produced by Apple with Bates numbers APL-MAS_00433706-APL-MAS_00433710.

20. Attached hereto as **Exhibit Q (unredacted version filed under seal)** is a copy of trial exhibit JTX-0317, which is a document produced by Apple with Bates numbers APL-MAS_00433808-APL-MAS_00433810.

21. Attached hereto as **Exhibit R (unredacted version filed under seal)** is a copy of trial exhibit JTX-0058, which is a document produced by Apple with Bates numbers APL-MAS_00399124-APL-MAS_00399125.

22. Attached hereto as **Exhibit S (unredacted version filed under seal)** is a copy of trial exhibit JTX-0059, which is a document produced by Apple with Bates numbers APL-MAS_02506931-APL-MAS_02506933.

23. Attached hereto as **Exhibit T (unredacted version filed under seal)** is a copy of trial exhibit JTX-0165, which is a document produced by Apple with Bates numbers APL-MAS_00241716-APL-MAS_00241727.

24. Attached hereto as **Exhibit U (unredacted version filed under seal)** is a copy of trial exhibit JTX-0176, which is a document produced by Apple with Bates numbers APL-MAS_00239694-APL-MAS_00239698.

25. Attached hereto as **Exhibit V (unredacted version filed under seal)** is a copy of trial exhibit JTX-0265, which is a document produced by Apple with Bates numbers APL-MAS_00237567-APL-MAS_00237571.

26. Attached hereto as **Exhibit W (unredacted version filed under seal)** is a copy of trial exhibit JTX-0628, which is a document produced by Apple with Bates numbers APL-TW_00000439-APL-TW_00000440.

27. Attached hereto as **Exhibit X (unredacted version filed under seal)** is a copy of trial exhibit JTX-0653, which is a document produced by Apple with Bates numbers APL-TW_00000414-APL-TW_00000414.

28. Attached hereto as **Exhibit Y (unredacted version filed under seal)** is a copy of an email chain between counsel for Plaintiffs and counsel for Apple dated from June 2 to June 23, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of June 2023.

By: _____

Nora Passamaneck