# EXHIBIT A

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Subject: Re: root causes LUS
From: Daniel Culbert <daniel_culbert@apple.com>
Received(Date): Mon, 10 Feb 2014 22:32:16 -0800
Cc: Shanti Vasudevan <shanti@apple.com>
To: Jack Fu <jfu@apple.com>
Date: Mon, 10 Feb 2014 22:32:16 -0800

Ehsan's changes are just simple changes to the current HRPO algorithm -- that is the new data we will have in a few days.

On the idea table after that is using FDP when interference is detected.

I do intend to have brainstorm session with folks like Marcelo on this topic once we have a more quantitative breakdown of its contribution (as opposed to poor signal).

-Daniel

On Feb 10, 2014, at 10:04 PM, Jack Fu <jfu@apple.com> wrote:

Hi Daniel,

Can you provide more details than that? When is the brainstorm, who are involved (do we need anybody else outside of the group), and what are the results that we can expect in "a few days"?

+>>Jack

On Feb 10, 2014, at 9:51 PM, Daniel Culbert <daniel_culbert@apple.com> wrote:

> Yes we are.
> Ehsan should have results in a few days.
>
> -Daniel

[Masimo Corp. v. Apple Inc. JTX 9 Case No. 8:20-cv-00048-JVS-JDE]

[Fu Exhibit 9 (6-14-22)]

APL-MAS_00415200

Exhibit A
Page 1



APL-MAS_00415201

Exhibit A
Page 2