# EXHIBIT B

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

```
    Subject: Fwd: Sensor Slides
       From: "Robert Mansfield" <mansfield@apple.com>
Received(Date): Fri, 13 Sep 2013 13:19:10 +0000
         To: "Jeff Dauber" <dauber@apple.com>, "Lynn Youngs"
             <lyoungs@apple.com>,"Stephen Zadesky" <szadesky@apple.com>
         Cc: "James Foster" <jhfoster@apple.com>
 Attachment: [REDACTED]
       Date: Fri, 13 Sep 2013 13:19:10 +0000
```

[Body of email redacted]



Masimo Corp. v. Apple Inc.
JTX 335
Case No. 8:20-cv-00048-JVS-JDE

EXHIBIT 335
Mansfield
8/11/2022
Reported by: Michael P. Hensley, RDR
CA CSR #14114

APL-MAS_00778320

Exhibit B
Page 1

[redacted]

On current path, the sensor effort will fail. It will come off the product, and with it will go probably the most important feature of the device. My opinion is that you'll need to change course and lead the team out of the confusion.

Bob

[redacted]

Begin forwarded message:

> From: Debbie Lambert <debbiel@apple.com>
> Subject: Sensor Slides
> Date: September 12, 2013 5:29:48 PM PDT
> To: Bob Mansfield <bobmans@apple.com>
>
> Hi Bob -
>
> Here are the slides we are reviewing at 5:30.
>
> Thanks,
> Debbie

[redacted]

APL-MAS_00778321

Exhibit B
Page 2



On current path, the sensor effort will fail. It will come off the product, and with it will go probably the most important feature of the device. My opinion is that you'll need to change course and lead the team out of the confusion.

Bob

Begin forwarded message:

**From:** Debbie Lambert <debbiel@apple.com>

**Subject: Sensor Slides**

**Date:** September 12, 2013 5:29:48 PM PDT

**To:** Bob Mansfield <bobmans@apple.com>

Hi Bob -

Here are the slides we are reviewing at 5:30.

Thanks,

Debbie

APL-MAS_00778323