# EXHIBIT D

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Subject:** Re: Apple Watch recording on a bottle of red wine :(





Masimo Corp. v. Apple Inc.
JTX 356
Case No. 8:20-cv-00048-JVS-JDE

APL-MAS_00610772

Exhibit D
Page 1

On May 19, 2016, at 12:59 PM, Deidre Hollars Caldbeck <deidre@apple.com> wrote:

Hi Ron and Steve,

There has been some social media buzz about Apple Watch taking a heart rate reading on a bottle of wine. Please see below.

Can you look into this and let us know how we should address it? We actually tried it and you can indeed get a heart rate reading on your desk or on your mouse, or on a bottle of wine....

Thanks,
Deidre

Begin forwarded message:

APL-MAS_00610773



APL-MAS_00610774

Exhibit D
Page 3



APL-MAS_00610775



APL-MAS_00610776

Exhibit D
Page 5



APL-MAS_00610777

Exhibit D
Page 6



APL-MAS_00610778

Exhibit D
Page 7



APL-MAS_00610779

Exhibit D
Page 8

APL-MAS_00610780