# EXHIBIT E

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

|              |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|-------------:|:----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|        From: | "Sara Tavakoli" <sara_tavakoli@apple.com>                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
| Received(Date): | Thu, 06 Aug 2020 19:52:41 +0000                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
|          To: | "David Fang" <david.fang@apple.com>                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
|          Cc: | "Steve Waydo" <swaydo@apple.com>, "Evan Doll" <evan.doll@apple.com>,"Abby Lee" <abby_lee@apple.com>,"Andrew Garber" <code.sculptor@apple.com>,"Joelle Lam" <joelle_lam@apple.com>,"Siddesh Koppalada-Shivakumaraswamy" <siddesh@apple.com>,"Marc Schonbrun" <mschonbrun@apple.com>, "Vera Carr" <veracarr@apple.com>,"Sankalita Saha" <sankalita.saha@apple.com>,"Ravi RTK Katragadda" <ravi_katragadda@apple.com> |
|  Attachment: |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|        Date: | Thu, 06 Aug 2020 19:52:41 +0000                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |



>
>> On Aug 6, 2020, at 9:23 AM, Sara Tavakoli <sara_tavakoli@apple.com> wrote:
>>
>>
<https://apple.enterprise.slack.com/files/WLV9ZQD08/F0192FRJ5ME/scandiumanalytics_8_2_20.pdf
All,
>>
>> Attached are the views we will be reviewing for this meeting.
>>
>>
>>
>>



Masimo Corp. v. Apple Inc.
JTX 358C
Case No. 8:20-cv-00048-JVS-JDE

&gt;&gt; ███████████
&gt;&gt; Scheduled: Aug 6, 2020 at 1:00 PM to 1:45 PM
&gt;&gt; Location: Virtual Conference One-Time Room
&gt;&gt; Invitees: Sara Tavakoli, Steve Waydo, Evan Doll, Abby Lee, Andrew Garber, Joelle Lam, Siddesh Koppalada-Shivakumaraswamy, David Fang, Marc Schonbrun, Vera Carr, Sankalita Saha, Ravi Katragadda
&gt;&gt; ——— Recommended Options ———
&gt;&gt;
&gt;&gt; Join or start from Webex:
&gt;&gt;
https://appleinc.webex.com/appleinc/j.php?MTID=m43f196552a65deb18d0f469c2fe38cc4 &lt;https://appleinc.webex.com/appleinc/j.php?MTID=m43f196552a65deb18d0f469c2fe38cc4&gt;
&gt;&gt;
&gt;&gt; Dial from video system [AVCN]:
&gt;&gt; Enter the Meeting ID: 1460611599
&gt;&gt;
&gt;&gt;
&gt;&gt; ——— Additional Options ———
&gt;&gt;
&gt;&gt; Join from Cisco Jabber:
&gt;&gt; sip://1460611599@appleinc.webex.com &lt;sip://1460611599@appleinc.webex.com&gt;
&gt;&gt;
&gt;&gt; Join by phone (charges may apply):
&gt;&gt; tel://+14156550003,,1460611599,,,# &lt;tel://+14156550003,,1460611599,,,#&gt;
&gt;&gt;
&gt;&gt; Global call-in numbers:
&gt;&gt;
https://appleinc.webex.com/cmp3300/webcomponents/widget/globalcallin/globalcallin.do?siteurl=apple &lt;https://appleinc.webex.com/cmp3300/webcomponents/widget/globalcallin/globalcallin.do?siteurl=app
&gt;&gt;
&lt;https://apple.enterprise.slack.com/files/WLV9ZQD08/F0192FRJ5ME/scandiumanalytics_8_2_20.pdf´

▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

On Aug 6, 2020, at 9:23 AM, Sara Tavakoli <sara_tavakoli@apple.com> wrote:

**Hi All,**

Attached are the views we will be reviewing for this meeting.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ s
Scheduled: Aug 6, 2020 at 1:00 PM to 1:45 PM
Location: Virtual Conference One-Time Room
Invitees: Sara Tavakoli, Steve Waydo, Evan Doll, Abby Lee, Andrew Garber, Joelle Lam, Siddesh Koppalada-Shivakumaraswamy, David Fang, Marc Schonbrun, Vera Carr, Sankalita Saha, Ravi Katragadda
––– Recommended Options –––

Join or start from Webex:

https://appleinc.webex.com/appleinc/j.php?MTID=m43f196552a65deb18d0f469c2fe38c

Dial from video system [AVCN]:
Enter the Meeting ID: 1460611599

––– Additional Options –––

Join from Cisco Jabber:

sip://1460611599@appleinc.webex.com

Join by phone (charges may apply):

tel://+14156550003,,1460611599,,,#

Global call-in numbers:

https://appleinc.webex.com/cmp3300/webcomponents/widget/globalcallin/globalcallin.do



APL-MAS_00700555

Exhibit E
Page 4

Case 8:20-cv-00048-JVS-JDE   Document 1801-7   Filed 06/26/23   Page 6 of 11   Page ID #:153947



APL-MAS_00700556

Exhibit E
Page 5



APL-MAS_00700557

Exhibit E
Page 6

APL-MAS_00700558
Exhibit E
Page 7

APL-MAS_00700559
Exhibit E
Page 8



APL-MAS_00700560

