# EXHIBIT G

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



APL-MAS_02503577

Exhibit G
Page 1

>
>

>>
>> On Aug 17, 2013, at 10:30 AM, Adrian Perica <perica@apple.com> wrote:
>>
>>> I'm 100% on board with that vision. I am, however, very focused that we need to ship something great next year that works across the world. Thus, I think we need to be very crisp about what's in and out of scope and I think we are biting off way more than we understand and I think the conversations wander such that we aren't fully thinking through the scenarios we can handle in a world-class Apple way. Maybe we're talking past each other in terms of initial launch vs. aspiration. For initial launch, I'm super focused on wellness because:
>>>
>>> 1. Tim said to focus on wellness

APL-MAS_02503578

Exhibit G
Page 2

&gt;&gt;&gt;
&gt;&gt;&gt; 2. Wellness is likely a better overlap with our current customers.  It's definitely a better overlap with our current level of internal competency.  We are newbies to this space.



APL-MAS_02503579



APL-MAS_02503580

Exhibit G
Page 4



APL-MAS_02503581

Exhibit G
Page 5