# EXHIBIT H

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Subject:   Re: Observation
From:   "Mike OReilly" <mor@apple.com>
Received(Date):   Sun, 18 Aug 2013 15:54:20 +0000
To:   "Adrian Perica" <perica@apple.com>
Date:   Sun, 18 Aug 2013 15:54:20 +0000

Adrian,

██████████████████████████████████████████. However, the activity data may be very useful for managing chronic conditions and if we have an aggregator that includes things like weight and BP from other devices, we'll provide tremendous value by providing these data to providers and others.

Maybe we should take all the medical discussions off line for now and focus on getting the wellness/fitness aspects right.  We could have a smaller group figure out the issues you raise around medical applications.  Listening the some of these discussions is painful; you're right, we don't know what we are talking about!

Mike

On Aug 17, 2013, at 10:30 AM, Adrian Perica <perica@apple.com> wrote:

> I'm 100% on board with that vision.  I am, however, very focused that we need to ship something great next year that works across the world.  Thus, I think we need to be very crisp about what's in and out of scope and I think we are biting off way more than we understand and I think the conversations wander such that we aren't fully thinking through the scenarios we can handle in a world-class Apple way.  Maybe we're talking past each other in terms of initial launch vs. aspiration.  For initial launch, I'm super focused on wellness because:
>
> 1. Tim said to focus on wellness
>
> 2. Wellness is likely a better overlap with our current customers.  It's definitely a better overlap with our current level of internal competency.  We are newbies to this space.
>
> ████████████████████████████
>
>

Masimo Corp. v. Apple Inc.
**JTX 499**
Case No. 8:20-cv-00048-JVS-JDE

EXHIBIT 499
Deponent OReilly
Date 9·22·29   Rptr HB
WWW.DEPOBOOKPRODUCTS.COM





> 

> Thanks,
> Adrian
>
>
>
>

