# EXHIBIT M

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| | |
|---|---|
| Subject: | Fwd: Medical |
| From: | "Tim Cook" <tcook@apple.com> |
| Received(Date): | Fri, 14 Dec 2012 17:08:19 +0000 |
| To: | "Adrian Perica" <perica@apple.com> |
| Attachment: | 2012.10.09 Sensing Overview v03.key |
| Date: | Fri, 14 Dec 2012 17:08:19 +0000 |







APL-MAS_00434182

Exhibit M
Page 1



APL-MAS_00434183

Exhibit M
Page 2



APL-MAS_00434184



APL-MAS_00434185



APL-MAS_00434186



APL-MAS_00434187

Exhibit M
Page 6



Sensor Devices

APL-MAS_00434188

## Sensor Devices


APL-MAS_00434189



APL-MAS_00434190



*Apple Confidential*

**DRAFT**

## Sensor Components - Tier 1

| Target | Target Type | Business / Activity Overview |
|--------|-------------|------------------------------|
| | | |
| **Masimo Corporation** (Irvine, CA) | Established company | • $500mm revenue company, with 2,500 employees that develops noninvasive patient monitoring products<br>• Produces brain monitoring devices, as well as products that monitor multiple blood measurements, including oxygen content, carboxyhemoglobin, methemoglobin, hemoglobin<br>• Main producer of sensor device hospitals and doctors attach to end of patient's finger for certain measurements (hemoglobin, oxygen content, etc) |

7

APL-MAS_00434191

Apple Confidential

DRAFT



8

APL-MAS_00434192



APL-MAS_00434193



APL-MAS_00434194

Exhibit M
Page 13



APL-MAS_00434195



APL-MAS_00434196



APL-MAS_00434197

Exhibit M
Page 16



APL-MAS_00434198

Exhibit M
Page 17



APL-MAS_00434199

Exhibit M
Page 18