# EXHIBIT N

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| | |
|---|---|
| **Subject:** | Two Healthcare Docs |
| **From:** | "Adrian Perica" <perica@apple.com> |
| **Received(Date):** | Sun, 17 Mar 2013 14:10:19 +0000 |
| **To:** | "Jeff Williams" <jwilliams@apple.com> |
| **Attachment:** | Healthcare Discussion Framework v3.key |
| **Attachment:** | 2012.10.09 Sensing Overview v03.key |
| **Date:** | Sun, 17 Mar 2013 14:10:19 +0000 |

Jeff,

Attached are two healthcare docs.

1. This is a one-pager that we shared with Tim ~2 weeks ago to assess his overall appetite regarding the range of ideas the team has come across.

2. This second doc was the original landscape review my team did late last-fall.  It's out of date in two ways.  First, we didn't have a clear view of what Apple was trying to accomplish.  Second, the broader N38 team has discovered lots of additional companies since then.  The doc is still worth a quick flip to broadly familiarize yourself with the space.

We are currently finalizing a "business" view of the healthcare industry market structure and will copy you on that when we send it out this week.

Thanks,

Adrian



Masimo Corp. v. Apple Inc.

**JTX 4355.01**

Case No:  8:20-cv-00048-JVS-JDE



# Rover Discussion Materials

October 2012

1

APL-MAS_01366540

Exhibit N
Page 2



# Key Product Components

**Sensors**

- Some sensor component players seem interesting, but none are a perfect fit

- Several paths to explore high quality health assessment (research hospitals, major care providers, sports fitness companies)

**Interpret/Assess**

**Influence**

2

APL-MAS_01366541

Exhibit N
Page 3

# Sensor Devices

3

APL-MAS_01366542

Exhibit N
Page 4

## Sensor Devices

APL-MAS_01366543

Exhibit N
Page 5

## Sensor Devices

APL-MAS_01366544

# Sensor Components

6

APL-MAS_01366545

Exhibit N
Page 7

# Sensor Components

| Masimo Corporation (Irvine, CA) | Established company | • $500mm revenue company, with 2,500 employees that develops noninvasive patient monitoring products<br>• Produces brain monitoring devices, as well as products that monitor multiple blood measurements, including oxygen content, carboxyhemoglobin, methemoglobin, hemoglobin<br>• Main producer of sensor device hospitals and doctors attach to end of patient's finger for certain measurements (hemoglobin, oxygen content, etc) |
| --- | --- | --- |

APL-MAS_01366546

## Sensor Components



APL-MAS_01366547

Exhibit N
Page 9

APL-MAS_01366548

Exhibit N
Page 10



APL-MAS_01366549

Exhibit N
Page 11



APL-MAS_01366550

# Influence

12

APL-MAS_01366551

JTX 4355.01, page 13 of 17

Exhibit N
Page 13



APL-MAS_01366552

JTX 4355.01, page 14 of 17

Exhibit N
Page 14

APL-MAS_01366553

JTX 4355.01, page 15 of 17

Exhibit N
Page 15



APL-MAS_01366554

JTX 4355.01, page 16 of 17

Exhibit N
Page 16

*Apple Privileged And Confidential*

# Apple Medical Discussion

**Consistent with Personal Device Focus**

- **Incorporate health sensors into N38**
  - *Concept:* Seamlessly integrate physiological and metabolic sensors/apps into a mass market consumer device
  - *Rationale:* Consumers want better insight into their wellbeing, healthcare providers want to improve their ability to deliver care, and researchers want faster access to bigger data sets
- **Build a secure health App Store/platform to support Apple devices, 3rd party devices, and related software**
  - *Concept*: Leverage App Store model to establish regulatory-approved iOS hardware interfaces, software frameworks, and data formats to collect, transmit, and store personal health data
  - *Rationale:* A convenient, secure, and standardized way to aggregate and deliver device data to users and health care professionals could unleash a massive wave of healthcare innovation
- **Make Siri the world's best online health resource**
  - *Concept:* Partner with globally recognized institutions to deliver the best curated information
  - *Rationale:* Health-related Google Search results are influenced by advertising/profit motives

**Extension of Personal Device Focus**

- **Develop specialized, non-invasive hardware that tracks user/patient physiology or diagnoses specific disease status**

| Rationale | Concerns |
|---|---|
| Strategically close the feedback loop on how Apple should build the health App Store/platform | Each individual effort is a small market opportunity |
| Acquire diagnostic capabilities that may eventually converge with personal devices | Development cycle fundamentally different than ANPP |
| Grow Apple's product portfolio in a humanitarian way | Requires clear goals and boundaries |
| | Has brand implications |

1

APL-MAS_01366555

Exhibit N
Page 17