# EXHIBIT O

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL





APL-MAS_01853759

Exhibit O
Page 1

## Everest | Purpose

- Decide how to engage Masimo Corporation and/or Cercacor with respect to the PPG sensor in Nxx

- Discuss Mike O'Reilly's involvement in negotiating the deal and how/when to respond to the recent inquiry by the CTO of Cercacor

Apple Privileged & Confidential

1

10/20/21

APL-MAS_01853760

Exhibit O
Page 2



APL-MAS_01853761

Exhibit O
Page 3



APL-MAS_01853762

Exhibit O
Page 4



APL-MAS_01853763



APL-MAS_01853764

Exhibit O
Page 6



APL-MAS_01853765

Exhibit O
Page 7

## Masimo | Pulse Oximetry Competitive Landscape

| Company | Medical-Use Only | Consumer-Focused | Comments |
|---|---|---|---|
| Masimo | √ | √ | ~40% market share based on $1B market; consumer product is IOS device |
| Covidien/Nellcor | √ | | Masimo's OEM partner |
| GE Medical | √ | | Masimo's OEM partner |
| Mindray | √ | | Masimo's OEM partner |
| Nonin | √ | | Pioneer in pulse oximetry; private company |
| Philips | √ | | Masimo's OEM partner |
| Mio Alpha | | √ | Underlying technology provided by Philips |
| Zensorium | | √ | Singapore-based startup; Backed by Nitto Denko (Japanese Specialty Chemicals Company) |

Apple Privileged & Confidential                    6                    103521

APL-MAS_01853766



APL-MAS_01853767



APL-MAS_01853768

Redacted

APL-MAS_01853769



APL-MAS_01853770

Exhibit O
Page 12



APL-MAS_01853771

APL-MAS_01853772

Exhibit O
Page 14



APL-MAS_01853773

Exhibit O
Page 15



APL-MAS_01853774

Everest | **Potential Collaboration**

| Apple Requests | Masimo Requests |
|---|---|
| Review of Apple algorithms | Better integration with iOS devices |
| Review of optical characteristics | Royalties |
| Testing methodologies | Co-branding / co-marketing |
| LED calibration techniques in MP | Contribution to Masimo Foundation and/or patient safety causes |
| Access to labs for human testing (e.g. to develop SPO₂ calibration curves) | |
| Physiology and performance expertise | |

Apple Privileged & Confidential                     37                                         10/30/21

APL-MAS_01853775

Exhibit O
Page 17



Everest | **Engagement Options**

- Consulting advice on Apple's algorithms and optics
- License to Masimo's algorithms, test/calibration methodologies, patents
- Lab services for human testing
- Joint-development of pulse oximetry on the back of the wrist
- Joint-venture to develop non-invasive monitoring technologies
- Acquisition of Cercacor and/or Masimo (or people or assets)

APL-MAS_01853776



APL-MAS_01853777



APL-MAS_01853778



APL-MAS_01853779



APL-MAS_01853780

Exhibit O
Page 22



APL-MAS_01853781

Exhibit O
Page 23



APL-MAS_01853782



APL-MAS_01853783

Exhibit O
Page 25



APL-MAS_01853784



APL-MAS_01853785



APL-MAS_01853786



APL-MAS_01853787



APL-MAS_01853788



APL-MAS_01853789



APL-MAS_01853790



APL-MAS_01853791

Exhibit O
Page 33



APL-MAS_01853792



APL-MAS_01853793

Exhibit O
Page 35



APL-MAS_01853794

Exhibit O
Page 36



APL-MAS_01853795

Exhibit O
Page 37