# EXHIBIT P

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Subject: Re: M&A
From: "Adrian Perica" <perica@apple.com>
Received(Date): Wed, 03 Jul 2013 22:31:22 +0000
To: "Tim Cook" <tcook@apple.com>
Date: Wed, 03 Jul 2013 22:31:22 +0000

**1. Mobile Payments** - [redacted]

**2. Wellness/Medical** - Whereas I feel like the payments pool of leaders is thin, I think lots of people in and around healthcare knows what needs to be done. They just don't know how to do it or have the power to do it. We have the beginnings of leaders in the three areas below but no one yet to pull it all together:

- **Coaching/Wellness** - To me, this is the very emotional part of getting motivated and staying motivated. I think Jay Blahnik working with Kevin to nail N27 is a great start

- **Cloud/Ecosytem fostering** - Everyone knows the world is clamoring for a medical cloud, but we aren't doing anything about it fast enough. Kevin is building one for N27 that is extensible,




APL-MAS_00433706

but that's not thinking big enough and he's got N27 to deliver. I think Mike O'Reilly can help but we really need a leader who understands the space better and more resources to build a real cloud that unleashes our app model for medical data. Plus, we need lots of focus to work with a few partners to make the cloud an early success with major players.

- **Non-invasive diagnostics** - In some ways, we're the most clueless here but on the other hand, we internally understand how to be good at these engineering disciplines.



Thus, the Medical leader we need to pull it all together and it's not Mike O'Reilly. I'm personally a little surprised we made him a VP of Medical Technologies. I love Mike and want him to join to contribute in many areas, but I thought he'd be a Senior Director. He's a leader of sorts but he's really a staff person and continues to be a practicing anesthesiologist. If Mike Culbert were alive, I think Mike O'Reilly would have reported to him. That org fit makes sense to me.

I was actually thinking that the founder and CEO of Masimo, Joe Kiani, is a great example of a VP of Medical Technologies at Apple. This is not a recruiting alternative, but I had talked with Bob about going down to meet Joe in Irvine and potentially exploring an acquisition of Masimo. It's got a $1.2B market cap and is major player in hospital pulse-ox with $500mm in revs. They want to expand in other non-invasive patient diagnostics both in the hospital and potentially outside. Masimo also happens to be working on non-invasive glucose monitoring and Joe started a foundation to promote "Ethics, Innovation, and Competition in Healthcare". He's an Electrical Engineering by training and we met him as part of learning if we could partner on the PPG sensor. Acquisitions of this size aren't our style but I think we need someone like Joe who has been successfully working with global hospitals and medical people every day for the past 15 years to drive the overarching wellness/medical efforts at Apple, which is bigger than any one product. Importantly, Joe and Masimo are something like outsiders in medicine compared to the pulse-ox incumbent Covidien (Tyco Healthcare) and the massive medical device, capital goods, and pharma companies.

http://www.masimo.com/aboutmasimo/evolution.htm

http://www.masimofoundation.com

Thanks,

Adrian

Redacted

Redacted

On Jun 29, 2013, at 11:36 AM, Adrian Perica <perica@apple.com> wrote:

Tim,

[Redacted]

Redacted



Redacted

Redacted

APL-MAS_00433709

[redacted]

Thanks,

Adrian

<3Q13YTD Acquisition Summary.pdf>

On Jun 29, 2013, at 9:45 AM, Tim Cook <tcook@apple.com> wrote:

Adrian,

Please send me a list of acquisitions closed though the first three quarters of the fiscal year along with the $ amounts and brief description. How many are in the pipeline?

Tim

APL-MAS_00433710