# EXHIBIT Q

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Subject: Re: Rover | 8/28
From: "Adrian Perica" <perica@apple.com>
Received(Date): Wed, 11 Sep 2013 04:44:04 +0000
To: "Steve Hotelling" <shotelling@apple.com>,"Debbie Lambert" <debbiel@apple.com>
Cc: "Steve Smith" <srsmith@apple.com>
Date: Wed, 11 Sep 2013 04:44:04 +0000

Steve,

Wow, we are so sorry for missing this thread. I just saw it. We should proceed with joint development with Masimo vs. M&A. I raised M&A with Tim. He's not interested given the overall product profile of Masimo.

**REDACTED**

Thx

Sent from my iPad

On Aug 29, 2013, at 4:25 PM, Steve Hotelling <shotelling@apple.com> wrote:

Hi Adrian,

**REDACTED**

Or perhaps there's a forum where we discuss the concept w' Jeff W. first, then decide if we proceed?

Thanks,

Steve

Begin forwarded message:

From: Steve Hotelling <shotelling@apple.com>
Subject: Fwd: Rover | 8/28
Date: August 29, 2013 4:16:31 PM PDT
To: Myra Haggerty <myra@apple.com>, Jack Fu <jfu@apple.com>
Cc: Debbie Lambert <debbiel@apple.com>, Steve Smith <srsmith@apple.com>, James Foster <jhfoster@apple.com>, Adrian Perica <perica@apple.com>, Brian Land <bland@apple.com>, Benjamin Lyon <benlyon@apple.com>

Hi Myra & Jack,




APL-MAS_00433808

Exhibit Q
Page 1

See Rover notes below. I asked Debbie to invite you to future Rover meetings.

We had met w' Masimo several months back, and they seemed to have good knowledge of PPG and several associated algorithms for motion rejection.

My impression was that while I suppose much of their business focus is different from ours, they may have PPG algorithm technology (and HW technology?) that might accelerate our effort for N27A. Brian Land & James Foster, what was your impression?

One scenario that I'd suggest we consider would be an engineering collaboration agreement where we expose them to our N27A Platinum effort, get access to their algorithms and experts, ideally have a team of them work directly with us, perhaps in Cupertino, look at the actual signals from our hardware and help us make the best extraction algorithms possible. They might help consult on our hardware, especially if they have also tried using multiple optical paths to first-order reject motion artifacts (I think they do use multi-wavelengths to reject motion artifacts). They might also consult on our testing methodology, and they may know of how to find worst-case users / situations.

We might ask for some exclusive window of time where they enable only Apple for consumer electronic, non-prescribed, watches. In return, we could offer them NRE, and ...? (not sure exactly what they want, but perhaps we have something we could provide for them).

Mike O'Reilly used to work there, and he thought they would likely have engineers & scientists who had been working on PPG and motion artifact rejection for many years, who may be able to inform us of some of the approaches they tried historically, some of the hurdles they faced, what worked and what didn't, etc.

Steve & Adrian, I can't remember how we left it with them. What are your thought on this, and next steps?

Thanks,

Steve
&lt;PastedGraphic-1.png&gt;

Begin forwarded message:

[redacted]

APL-MAS_00433809

Exhibit Q
Page 2



APL-MAS_00433810

Exhibit Q
Page 3