# EXHIBIT R

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Subject:** Re: Mike O'Reilly
**From:** "Adrian Perica" <perica@apple.com>
**Received(Date):** Thu, 23 May 2013 05:51:21 +0000
**To:** "Denby Frazier" <denby@apple.com>
**Date:** Thu, 23 May 2013 05:51:21 +0000

I think what's changed is that Bob emailed me last week asking us to look at buying the company. He also wants to meet Joe, the CEO. Meeting Mike and Joe without each knowing about the other feels like bad karma.

It's definitely in bad form to keep scheduling and canceling but the reality is we don't have full exec buy-in on who to hire.

I think if we're serious about someone, then Tim, Jony and Peter need to meet this person. This person will be a major influencer on a product line. If they aren't on board meeting someone, then we're probably wasting everyone's time who's involved.

I won't meet Mike again while I'm talking with Joe. I feel like Joe would think differently about us once he found out. I think we're on the edge but fine to say, "look we met Mike and loved him. We met you and loved you, so we said, heck let's buy the company." Continuing to meet both feels like we are playing the field.

On May 22, 2013, at 10:28 PM, Denby Frazier <denby@apple.com> wrote:

Thanks, appreciate the context on lineup.

Candidly, there is nothing quick about getting Mike in again. If anything, he's been very patient in the process. We had him lined up weeks ago, then the redirect to 'wellness' and we pulled his meetings the night before he was to come in. Re-engaged him, he came up to meet you, next step was to come back through to meet Bob and extended team, and then Bob cancelled. We pulled his trip and rescheduled to Weds, May 29th.

Aware (superficially) of the discussions with Kiani, but that's been a known quantity on our side for a while.

If we want to cancel on Mike again, it's going to be very poor form. █████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

Denby Frazier | Executive Search | Apple Inc | direct 408.974.7542 | iPhone 415.722.3401 |

On May 22, 2013, at 10:19 PM, Adrian Perica <perica@apple.com> wrote:



Sellers Exhibit 58 (6-24-22)

APL-MAS_00399124

Exhibit R
Page 1

Honestly, I think it's Tim, Jony and Peter if we are serious about hiring a doctor.
We are about to email his CEO, Joe Kiani, to talk about doing more with Masimo.

Who's pushing to get Mike in again so quickly?

On May 22, 2013, at 2:30 PM, Denby Frazier <denby@apple.com> wrote:

Adrian, should have cc'd you on this to weigh in as well.

**Denby Frazier | Executive Search | Apple Inc | direct 408.974.7542 | iPhone 415.722.3401 |**

Begin forwarded message:

**From:** Denby Frazier <denby@apple.com>
**Subject: Mike O'Reilly**
**Date:** May 22, 2013 2:24:50 PM PDT
**To:** Bob Mansfield <bobmans@apple.com>

Bob,
Mike O'Reilly is in next Weds and I want to confirm with you that we are getting him in front of _enough_ of the right people:

You
Adrian (already met)
James (already met)
Bud (already met)
Adrian (already met)
Joz
Kevin Lynch

Eddy just cancelled. Is there anyone else from e-team or otherwise we should have him meet?

Thanks,
Denby

**Denby Frazier | Executive Search | Apple Inc | direct 408.974.7542 | iPhone 415.722.3401 |**

APL-MAS_00399125

Exhibit R
Page 2