# EXHIBIT T

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

From: Marcelo Lamego <mlamego@apple.com>
Subject: Fwd: Johannes Bruinsma
Received(Date): Fri, 21 Mar 2014 16:51:37 -0700
To: Steve Hotelling <shotelling@apple.com>
Attachment: ▮
Attachment: ▮
Date: Fri, 21 Mar 2014 16:51:37 -0700

FYI

Begin forwarded message:

> From: Marcelo Lamego <mlamego@apple.com>
> Subject: Johannes Bruinsma
> Date: March 21, 2014 at 1:19:07 PM PDT
> To: Kim Nguyen <knguyen@apple.com>
>
> Kim,
>
> ▮
>
> Johannes would bring value to the sensing team because of the following reasons:
>
> (i) He brings to the company immediate experience as far as the development and test of ultra-low-noise HW systems for fitness and wellness sensors. The same could be accomplished by training some of the new hires. However, it will take sometime until they are par to the exclusive knowledge and experience Johannes was exposed while working in my team in the past.
>
> ▮




APL-MAS_00241716



```
>
> Thank you again for all your help.
>
> All the best,
> Marcelo
>
```

APL-MAS_00241717

Exhibit T
Page 2



APL-MAS_00241718

Exhibit T
Page 3

```
>
> _____
>
```



Begin forwarded message:

**From:** Marcelo Lamego <mlamego@apple.com>

**Subject: Johannes Bruinsma**

**Date:** March 21, 2014 at 1:19:07 PM PDT

**To:** Kim Nguyen <knguyen@apple.com>

Kim,



Johannes would bring value to the sensing team because of the following reasons:

(i) He brings to the company immediate experience as far as the development and test of ultra-low-noise HW systems for fitness and wellness sensors. The same could be accomplished by training some of the new hires. However, it will take sometime until they are par to the exclusive knowledge and experience Johannes was exposed while working in my team in the past.





APL-MAS_00241721

Exhibit T
Page 6



APL-MAS_00241722

Exhibit T
Page 7

APL-MAS_00241723

Exhibit T
Page 8





APL-MAS_00241725



APL-MAS_00241726



APL-MAS_00241727