# EXHIBIT X

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Case 8:20-cv-00048-JVS-JDE   Document 1801-26   Filed 06/26/23   Page 1 of 2   Page ID #:154142

Subject: Marcelo/Propsed Offer
From: "Denby Frazier" <denby@apple.com>
Received(Date): Wed, 04 Dec 2013 18:17:24 +0000
To: "Steve Hotelling" <shotelling@apple.com>
Cc: "Lynn Youngs" <lyoungs@apple.com>,"Annie Classick" <aclassick@apple.com>
Date: Wed, 04 Dec 2013 18:17:24 +0000

Steve,

[redacted] I believe he wants to come to Apple, but will wrestle with the nonexecutive title and level. Given all the optics with Massimo/Cercacor, the relationship with Joe Kiani (going forward and in the past), I would like to put our best foot forward with this offer. I fully expect Joe to counter, he did with Mike.

Please let me know your thoughts on the construct of the offer. I did speak with Jeff Williams, and he is very hopeful that we can close Marcello. I think cleaner and more straightforward the offer and the close, the better for our relationship with Massimo and Joe, and also better for Marcello.

[redacted]

Best,

Denby

**Denby Frazier | Executive Search | Apple Inc | direct 408.974.7542 | iPhone 415.722.3401 |**

Masimo Corp. v. Apple Inc.
**JTX 653**

Sellers Exhibit
3407 (12-15-21)
WWW.DIGITALEVIDENCEGROUP.COM

Exhibit X
Page 1