**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688 [1799]** |

1. This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Opposition To Plaintiffs' Application To Unseal Certain Trial Exhibits Pursuant To Dkt. 1688 ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal Apple's Memorandum In Opposition To Plaintiffs' Application To Unseal Certain Trial Exhibits Pursuant To Dkt. 1688, the Declaration of Deidre Caldbeck In Support of Apple's Opposition To Plaintiffs' Application To Unseal Certain Trial Exhibits Pursuant To Dkt. 1688, and Exhibits A-Y.

**IT IS SO ORDERED.**

Dated: June 27, 2023

_____
The Hon. James V. Selna
United States District Judge