# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

    Plaintiffs,

v.

APPLE INC., a California corporation

    Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**ORDER ON APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW [1787]**

Having considered Masimo's Application for Leave to File Under Seal Portions of Plaintiffs' Opposition to Defendant's Renewed Motion for Judgment as a Matter of Law, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Opposition to Defendant's Renewed Motion for Judgment as a Matter of Law.

DATED: June 27, 2023

The Honorable James V. Selna
United States District Judge

57502992

-1-