**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER ON APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION UNDER RULE 52 FOR JUDGMENT ON ITS EQUITABLE DEFENSES [1793]**<br><br>Hon. James V. Selna |

Having considered Masimo's Application for Leave to File Under Seal Portions of Plaintiffs' Memorandum in Opposition to Defendant's Motion Under Rule 52 for Judgment on Its Equitable Defenses, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Memorandum Opposition to Defendant's Motion Under Rule 52 for Judgment on Its Equitable Defenses.

**IT IS SO ORDERED.**

Dated: June 27, 2023

_____
Hon. James V. Selna
United States District Judge

57835408

-1-