1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(B) [1790]** |

This matter is before the Court pursuant to Apple's Application to File Under Seal Apple's Memorandum In Opposition To Plaintiffs' Motion For Judgment As A Matter Of Law Under Federal Rule of Civil Procedure Rule 50(b) ("Application") under Local Rule 79-5.2.2.  Having considered the Application, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED.  Apple shall file its Memorandum under seal.

**IT IS SO ORDERED.**

Dated: June 27, 2023

_____
The Hon. James V. Selna
United States District Judge