Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF BENJAMIN A. KATZENELLENBOGEN IN SUPPORT OF APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(B) [1790]**<br><br>Hon. James V. Selna |

I, Benjamin A. Katzenellenbogen, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. I submit this Declaration regarding Apple's Application to File Under Seal Apple's Memorandum In Opposition To Plaintiffs' Motion For Judgment As A Matter Of Law Under Federal Rule Of Civil Procedure 50(b) ("Application"), Dkt. 1790.

3. The Declaration of Mark Selwyn in Support of the Application identifies Apple's Memorandum In Opposition To Plaintiffs' Motion For Judgment As A Matter Of Law Under Federal Rule Of Civil Procedure 50(b) ("Memorandum") as containing material that discusses, references, or summarizes documents previously filed under seal or designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order by Plaintiffs and trial testimony of Plaintiffs' and Apple's witnesses while the courtroom was sealed. Dkt. 1791 ¶¶ 4-5. As described below and in the Application, there is good cause to seal the requested documents.

4. Apple's Memorandum discusses Masimo's confidential and proprietary information that Masimo designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order. This information is confidential and valuable to Masimo in part because of its secrecy. *See Apple, Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013) ("One factor that weighs in favor of sealing documents is when the release of the documents will cause competitive harm to a business."). If Masimo's confidential information were disclosed, Masimo's competitors would reap the benefits of knowing Masimo's confidential business information. Thus, Masimo would be harmed if this information were disclosed. Further, the redacted portions of Apple's Memorandum reference trial testimony of Masimo's witnesses while the courtroom was sealed and other materials that have

already been filed under seal. For this additional reason, there is good cause to grant the Application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 30, 2023, at Irvine, California.

                                               */s/ Benjamin A. Katzenellenbogen*
                                               Benjamin A. Katzenellenbogen

57847410