MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(b)**<br><br>Date: July 24, 2023<br><br>Time: 1:30pm |

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APP. TO FILE UNDER SEAL ITS REPLY MEMO. ISO ITS MOT. UNDER FED. R. CIV. P. 50(B)
CASE NO. 8:20-cv-00048-JVS (JDEx)

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APP. TO FILE UNDER SEAL ITS REPLY MEMO. ISO ITS MOT. UNDER FED. R. CIV. P. 50(B)
CASE NO. 8:20-cv-00048-JVS (JDEx)

Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the Court grant leave to file under seal Apple's Reply Memorandum In Support Of Its Motion For Judgment As A Matter Of Law Under Fed. R. Civ. P. 50(b) ("Reply").

As detailed in the accompanying Declaration of Mark D. Selwyn, the redacted portions of Apple's Reply quote, reference, or summarize the confidential portions of exhibits and briefs previously filed under seal. *See, e.g.*, Dkt. 1760 (order granting application to seal Apple's Motion), Dkt. 1804 (order granting application to seal Plaintiffs' opposition to Apple's Motion). Portions of the redacted information in the Reply also contain Apple's confidential information as well as information that Plaintiffs have indicated that they consider confidential.

Accordingly, Apple respectfully requests an order granting leave to file its Reply under seal.

Dated:     July 10, 2023           Respectfully submitted,

                                   MARK D. SELWYN
                                   JOSEPH J. MUELLER
                                   AMY K. WIGMORE
                                   JOSHUA H. LERNER
                                   SARAH R. FRAZIER
                                   NORA Q.E. PASSAMANECK
                                   THOMAS G. SPRANKLING
                                   WILMER CUTLER PICKERING HALE AND
                                   DORR LLP

                                   BRIAN A. ROSENTHAL
                                   GIBSON, DUNN & CRUTCHER LLP

                                   KENNETH G. PARKER
                                   HAYNES AND BOONE, LLP


                                   By:  */s/ Mark D. Selwyn*
                                        Mark D. Selwyn

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APP. TO FILE UNDER SEAL ITS REPLY MEMO. ISO ITS MOT. UNDER FED. R. CIV. P. 50(B)
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

*Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APP. TO FILE UNDER SEAL ITS REPLY MEMO. ISO ITS MOT. UNDER FED. R. CIV. P. 50(B)
2    CASE NO. 8:20-cv-00048-JVS (JDEx)