**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>             Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ITS RULE 52 MOTION FOR JUDGMENT REGARDING APPLE'S EQUITABLE DEFENSES** |

Wilmer Cutler Pickering Hale and Dorr LLP

1. This matter is before the Court pursuant to Apple's Application to File Under Seal Its Proposed Findings Of Fact And Conclusions Of Law In Support Of Its Rule 52 Motion For Judgment Regarding Apple's Equitable Defenses ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal Apple's Proposed Findings Of Fact And Conclusions Of Law In Support Of Its Rule 52 Motion For Judgment Regarding Apple's Equitable Defenses.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge