# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY TO ITS APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal Portions
2  of Plaintiffs' Reply to Its Application to Unseal Certain Trial Exhibits, and finding good
3  cause therefor, the Application is GRANTED.
4  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
5  Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Reply to Its
6  Application to Unseal Certain Trial Exhibits.

9  DATED: _____          _____
10                                    The Honorable James V. Selna
                                      United States District Judge

14  57907045

-1-