# EXHIBIT 1



Help center   For financial professionals   For plan sponsors   Sign in

# Apple Watch Program

Earn the latest Apple Watch for as little as $25 plus tax with regular exercise when you purchase life insurance from John Hancock.

## Earn your Apple Watch with John Hancock Vitality PLUS:

Customers who take part in John Hancock Vitality PLUS can order the latest Apple Watch for $25 plus tax. The remaining balance of the watch is divided over 24-monthly installments. The more you exercise each month, the more you'll reduce your monthly payment.

The Vitality Points you earn towards your Apple Watch can also lead to additional rewards and discounts, including savings on your life insurance premiums

> Learn more about the John Hancock Vitality Program



## Here's how the program works:

### 1  Register

Register for your Vitality member account and complete the Vitality Health Review (VHR).

### 2  Order your Apple Watch

Order your Apple Watch for an initial payment of $25 plus tax.

### 3  Earn Vitality Points

Walk, run, bike, swim or any number of exercises that qualify as Standard or Advanced workouts in the program and earn Vitality Points that go toward your monthly watch payments.

Monthly payments are based on the number of Vitality Points you earn each month from qualifying activities over a 24-month period.

Earn 500 Vitality Points from Standard or Advanced workouts each month over two years and you'll make no additional payments.

## Reduce your monthly payments by earning Vitality Points:

The graph below shows the amount you may pay for your Apple Watch each month based on the amount of points you earned.*



### Reduce your monthly payments by earning Vitality Points:

The graph below shows the amount you may pay for your Apple Watch each month based on the amount of points you earned.*

**Apple Watch SE monthly payments**
- 0 points: $9.25
- 240 points: $7.25
- 360 points: $4.25
- 500 points: $0.00

**Apple Watch 8 & Ultra monthly payments**
- 0 points: $15.50
- 240 points: $12.25
- 360 points: $7.00
- 500 points: $0.00

### What qualifies as a Standard or Advanced workout with Apple Watch?

| Device | Measurement | Standard workout (20pts/day) | Advanced workout (30pts/day) |
|---|---|---|---|
| Apple Watch | Step count | 10,000 | 15,000 |
|  | Active calories | Threshold based on health app data** | Threshold based on health app data** |
| Other device | Step Count | 10,000 | 15,000 |
|  | Minimum calories burned | 200 | 300 |
|  | Heart rate | 60% of max heart rate for 30 minutes | 60% of max heart rate for 45 minutes |
|  | Gym attendance | 30 minutes or more | N/A |

**Compare benefits of Vitality GO & Vitality PLUS**     Learn more

## For our current customers

**Contact us**

**Life insurance service center** (all states except New York)

Phone: 1-800-387-2747
TTY: 1-800-832-5282
M-F, 8AM to 6PM, ET

**New York Service Center**

Phone: 1-888-267-7781
Fax: 617-572-1571
M-F, 8AM to 6PM, ET

webmail@jhancock.com

Mail to:
Life Post Issue Services
John Hancock Insurance
PO Box 55979
Boston, MA, 02205

**Manage your policy**

- Life insurance login
- Vitality Program login
- Aspire login
- Make an online payment
- Manage a life claim

**Helpful links**

- Fund information
- Policy change forms

\*Monthly cost shown as of 5/23.

\*\* Thresholds for Standard and Advanced Workouts are based on sex, height and weight data you provided in the Health app when you linked your Apple Watch to your John Hancock Vitality account. See the Health section of the John Hancock Vitality app for your personal Active Calories thresholds.

Apple Watch program is not available in New York or Puerto Rico. Apple Watches ordered through John Hancock Vitality may not be shipped to addresses in Guam. Once you become a Vitality PLUS member and complete the Vitality Health Review (VHR), you can order Apple Watch by electronically signing, at checkout, a Retail Installment Agreement with the Vitality Group, for the retail price of the watch. After an initial payment of $25 plus tax, over the next two years, monthly out-of-pocket payments are based on the number of Standard Workouts (10,000 to 14,999 steps) and Advanced Workouts (15,000 steps) or the applicable Active Calorie or heart rate thresholds. The step counts required for Standard and Advanced Workouts are reduced for members beginning at age 71+. One-time upgrade fees plus taxes apply if you choose (GPS + Cellular) versions of Apple Watch, larger watch case sizes, and certain bands and case materials. For more information, please visit JohnHancock.com. Apple is not a participant in or sponsor of this promotion. Apple Watch is a registered trademark of Apple Inc. All rights reserved.

Apple Watch Ultra, Apple Watch Series 8, and Apple Watch SE require an iPhone 8 or later with iOS 16 or later.

Products or services offered under the Vitality Program are not insurance and are subject to change. There may be additional costs associated with these products or services and there are additional requirements associated with participation in the program. For more information, please contact the company at JohnHancock.com or via telephone at 888-333-2659.

Rewards and discounts are subject to change and are not guaranteed to remain the same for the life of the policy. John Hancock Vitality Program rewards and discounts are only available to the person insured under the eligible life insurance policy.

Vitality is the provider of the John Hancock Vitality Program in connection with policies issued by John Hancock.

Insurance products are issued by: John Hancock Life Insurance Company (U.S.A.), Boston, MA 02116 (not licensed in New York) and John Hancock Life Insurance Company of New York, Valhalla, NY 10595.

MLINY051723976-1

| INDIVIDUAL | FINANCIAL PROFESSIONAL | PLAN SPONSOR | ABOUT US | QUICK LINKS |
|---|---|---|---|---|
| Annuities | Annuities | Retirement / TPA | Community Investment | Careers |
| College savings | College savings | Retirement / plan sponsors | Diversity, Equity and Inclusion | Help center |
| Group annuities | Life insurance | International group program | Leadership | Lost or unclaimed policy form |
| Life insurance | Investments | | News | |
| Investments | Retirement | | Our Culture | Contact John Hancock |

