# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY TO PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50 (b)**<br><br>Hon. James V. Selna |

This matter is before the Court pursuant to Plaintiffs' Application to File Under Seal Portions of Plaintiffs' Reply to Plaintiffs' Motion for Judgment as a Matter of Law Under Fed. R. Civ. P. 50(b) ("Application") under Local Rule 79-5.2.2. Having considered the Application, supporting declaration, and all other matters properly before the Court, being fully advised on the proceedings:

    IT IS HEREBY ORDERED THAT Plaintiffs' Application to file Portions of Plaintiffs' Reply Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                           Hon. James V. Selna
                                                           United States District Court Judge

57688723