**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING MASIMO'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS CORRECTED [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW ON ITS RULE 52 MOTION**<br><br>Hon. James V. Selna |

1  Having considered Masimo's Application for Leave to File Under Seal Portions
2  of Masimo's Corrected [Proposed] Findings of Fact and Conclusions of Law on its Rule
3  52 Motion, and finding good cause therefor, the Application is GRANTED.
4  IT IS HEREBY ORDERED THAT Plaintiffs Masimo Corporation and Cercacor
5  Laboratories, Inc. may file under seal the proposed redacted portions of Masimo's
6  Corrected [Proposed] Findings of Fact and Conclusions of Law on its Rule 52 Motion.

Dated: _____                      _____
                                            Hon. James V. Selna
                                            United States District Court Judge

57875458