Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**Knobbe, Martens, Olson & Bear, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**Knobbe, Martens, Olson & Bear, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**Knobbe, Martens, Olson & Bear, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S NOTICE OF LODGING OF HYPERLINKED CORRECTED [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Hon. James V. Selna |

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") hereby notice the Court that Masimo is lodging a hyperlinked version of the Corrected [Proposed] Findings of Fact and Conclusions of Law on Its Rule 52 Motion that will be placed on a thumb drive and delivered to Judge Selna.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 11, 2023   By: */s/ Mark D. Kachner*
   Joseph R. Re
   Stephen C. Jensen
   Sheila N. Swaroop
   Brian C. Horne
   Irfan A. Lateef
   Benjamin A. Katzenellenbogen
   Brian C. Claassen
   Stephen W. Larson
   Mark D. Kachner
   Adam B. Powell
   Baraa Kahf
   Kendall M. Loebbaka
   Daniel P. Hughes

   Attorneys for Plaintiffs
   MASIMO CORPORATION and
   CERCACOR LABORATORIES, INC.

57917760