# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>  Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(B)  [1813]** |

This matter is before the Court pursuant to Apple's Application to File Under Seal Its Reply Memorandum In Support Of Its Motion For Judgment As A Matter Of Law Under Fed. R. Civ. P. 50(b) ("Application").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal Apple's Reply Memorandum In Support Of Its Motion For Judgment As A Matter Of Law Under Fed. R. Civ. P. 50(b).

**IT IS SO ORDERED.**

Dated: July 11, 2023

The Hon. James V. Selna
United States District Judge