# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY TO PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50 (b) [1823]**

Hon. James V. Selna

This matter is before the Court pursuant to Plaintiffs' Application to File Under Seal Portions of Plaintiffs' Reply to Plaintiffs' Motion for Judgment as a Matter of Law Under Fed. R. Civ. P. 50(b) ("Application") under Local Rule 79-5.2.2. Having considered the Application, supporting declaration, and all other matters properly before the Court, being fully advised on the proceedings:

IT IS HEREBY ORDERED THAT Plaintiffs' Application to file Portions of Plaintiffs' Reply Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: July 11, 2023

_____
Hon. James V. Selna
United States District Judge

57688723

-1-