**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**ORDER GRANTING MASIMO'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW ON ITS RULE 52 MOTION [1826]**

Hon. James V. Selna

1  Having considered Masimo's Application for Leave to File Under Seal Portions
2  of Masimo's [Proposed] Findings of Fact and Conclusions of Law on its Rule 52 Motion,
3  and finding good cause therefor, the Application is GRANTED.
4  IT IS HEREBY ORDERED THAT Plaintiffs Masimo Corporation and Cercacor
5  Laboratories, Inc. may file under seal the proposed redacted portions of Masimo's
6  [Proposed] Findings of Fact and Conclusions of Law on its Rule 52 Motion.

Dated: July 11, 2023

_____
Hon. James V. Selna
United States District Judge

57875458

-1-