# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**ORDER GRANTING MASIMO'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS CORRECTED [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW ON ITS RULE 52 MOTION [1831]**

Hon. James V. Selna

Having considered Masimo's Application for Leave to File Under Seal Portions of Masimo's Corrected [Proposed] Findings of Fact and Conclusions of Law on its Rule 52 Motion, and finding good cause therefor, the Application is GRANTED.

IT IS HEREBY ORDERED THAT Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the proposed redacted portions of Masimo's Corrected [Proposed] Findings of Fact and Conclusions of Law on its Rule 52 Motion.

Dated: July 11, 2023

_____
Hon. James V. Selna
United States District Judge

57875458

-1-