# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY TO ITS APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS [1820]** |

1   Having considered Plaintiffs' Application for Leave to File Under Seal Portions
2   of Plaintiffs' Reply to Its Application to Unseal Certain Trial Exhibits, and finding good
3   cause therefor, the Application is GRANTED.
4       **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
5   Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Reply to Its
6   Application to Unseal Certain Trial Exhibits.

9   DATED: July 12, 2023

                                             The Honorable James V. Selna
                                             United States District Judge

57907045