```
            UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

                  SOUTHERN DIVISION

                       - - -

   THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING


     MASIMO CORPORATION, et al.,   )CERTIFIED TRANSCRIPT
                    Plaintiffs,    )
        vs.                        )
                                   )  SACV-20-00048-JVS
     APPLE, INC.,                  )
                    Defendant.     )
     ------------------------------)



         REPORTER'S TRANSCRIPT OF PROCEEDINGS

               Santa Ana, California

                   March 2, 2023



               SHARON A. SEFFENS, RPR
               United States Courthouse
               411 West 4th Street, Suite 1-1053
               Santa Ana, CA  92701
               (612) 804-8655
```

```
 1 │ APPEARANCES OF COUNSEL:
 2 │ For the Plaintiffs:
 3 │ JOSEPH R. RE
   │ STEPHEN C. JENSEN
 4 │ BRIAN CHRISTOPHER CLAASEN
   │ KNOBBE MARTENS OLSON & BEAR, LLP
 5 │ 2040 Main Street, 14th Floor
   │ Irvine, CA  92614
 6 │ (949) 760-0404
 7 │ For the Defendant:
 8 │ JOSEPH J. MUELLER
   │ SARAH R. FRAZIER
 9 │ WILMER CUTLER PICKERING HALE & DORR, LLP
   │ 60 State Street
10 │ Boston, MA  02109
   │ (617) 526-6000
11 │
   │ MARK D. SELWYN
12 │ WILMER CUTLER PICKERING HALE & DORR, LLP
   │ 2600 El Camino Real, Suite 400
13 │ Palo Also, CA  94306
   │ (650) 858-6031
14 │
15 │ ALSO PRESENT:
16 │ NATALIE POUS
   │ Apple In-House Counsel
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
```

08:55 (at line 17)

```
            1   SANTA ANA, CALIFORNIA; THURSDAY, MARCH 2, 2022; 8:03 A.M.
08:01       2         (Per telephonic conference)
08:03       3         THE CLERK:  Calling Item No. 1, SACV-20-00048-JVS,
08:03       4   Masimo Corporation, et al., versus Apple, Inc.
08:03       5         Counsel, please state your appearances beginning
08:03       6   with the plaintiff.
08:03       7         MR. RE:  Good morning, Your Honor.  This is Joseph
08:03       8   Re from Knobbe Marten for Masimo and Cercacor, and with me
08:03       9   are my partners Steve Jensen and Brian Claassen.
08:03      10         THE COURT:  Good morning.
08:03      11         MR. MUELLER:  Good morning, Your Honor.  Joe
08:03      12   Mueller from Wilmer Hale on behalf of Apple, and with me are
08:04      13   my partners Mark Selwyn and Sarah Frazier, as well as
08:04      14   Natalie Pous who is an in-house attorney at Apple.
08:04      15         THE COURT:  Good morning.
08:04      16         First of all, thank you for making yourself
08:04      17   yourselves available on such short notice.  The trial date
08:04      18   is approaching quickly, and I wanted to give you an update
08:04      19   on whether we are actually going to proceed on that date.
08:04      20         I have a bench trial, a complicated ERISA trial,
08:04      21   starting on March 21.  This case is scheduled to start on
08:04      22   March 28.  That case is going to take six to eight days.  In
08:04      23   addition, on the 31st, I'm sitting with the Ninth Circuit,
08:04      24   so it would appear to me that the soonest we could start
08:04      25   this trial would be the 2nd of April.  I think that's
```

```
08:05    1    necessarily a little bit further depending on how long that
08:05    2    Erisa case takes, but that would be my best case.
08:05    3             We will keep you informed as we go along and get a
08:05    4    better insight as to whether that's in fact a hard date or
08:05    5    it's going to slip a day or two.  My strong preference would
08:05    6    be to start this case, simply trail it and get it started.
08:05    7    With the pandemic and everything else, this case has been
08:05    8    delayed ingetting to trial, and I would like to put an end
08:05    9    to that delay.
08:05   10             Thoughts.
08:05   11             MR. RE:  This is Mr. Re for the plaintiff.
08:05   12             You said April 2.  I assume you meant April 4.
08:05   13             THE COURT:  Yes, right.
08:05   14             MR. RE:  That works for the plaintiff.
08:06   15             MR. MUELLER:  This is Joe Mueller for Apple.
08:06   16             I would just note one thing.  The next week, the
08:06   17   week of the 10th, is as we understand it is a school
08:06   18   vacation in California, and many of our witnesses have
08:06   19   children in the schools.  We're going to be able to navigate
08:06   20   around that as best we can, but we would ask Your Honor's
08:06   21   indulgence -- and we have already asked for the cooperation
08:06   22   of Masimo, and I think they are willing to do this -- to
08:06   23   perhaps call certain folks out of order as an example if
08:06   24   necessary to accommodate their preexisting child-care duties
08:06   25   and the school vacation schedule, which is a long way of
```

```
08:06    1   saying we will of course start whenever Your Honor would
08:06    2   like to start, but just given the scheduling complications
08:06    3   of that second week, there may be some particular witness
08:06    4   issues that we need to raise with Your Honor as we get
08:06    5   closer.
08:06    6              THE COURT:  Well, I agree there ought to be some
08:07    7   flexibility, and if we need to take somebody out of order or
08:07    8   make some other adjustments, we will just take whatever
08:07    9   course appears to be appropriate.  But I understand the
08:07   10   issue, and I'm sympathetic.
08:07   11              MR. MUELLER:  Thank you, Your Honor.
08:07   12              THE COURT:  Mr. Re.
08:07   13              MR. RE:  Nothing further.
08:07   14              THE COURT:  Okay, then.  We will keep you posted
08:07   15   as we go along and get a better feeling for the exact date
08:07   16   we will start.  So again, thank you for making yourselves
08:07   17   available.
08:07   18              MR. RE:  Thank you, Your Honor.
08:07   19              MR. MUELLER:  Thank you, Your Honor.
08:07   20              (Whereupon, the proceedings were concluded.)
08:07   21                          *    *    *
08:07   22
08:07   23
08:07   24
08:07   25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  March 12, 2023

/s/   Sharon A. Seffens  3/12/23
_____
SHARON A. SEFFENS, U.S. COURT REPORTER