```
 1  MARK D. SELWYN, SBN 244180
       mark.selwyn@wilmerhale.com
 2  THOMAS G. SPRANKLING, SBN 294831
       thomas.sprankling@wilmerhale.com
 3  WILMER CUTLER PICKERING
       HALE AND DORR LLP
 4  2600 El Camino Real, Suite 400
    Palo Alto, CA 94306
 5  Tel.: 650.858.6000 / Fax: 650.858.6100

 6  JOSHUA H. LERNER, SBN 220755
       joshua.lerner@wilmerhale.com
 7  WILMER CUTLER PICKERING
       HALE AND DORR LLP
 8  One Front Street, Suite 3500
    San Francisco, CA 94111
 9  Tel.: 628.235.1000 / Fax: 628.235.1001

10  AMY K. WIGMORE, pro hac vice
       amy.wigmore@wilmerhale.com
11  WILMER CUTLER PICKERING
       HALE AND DORR LLP
12  2100 Pennsylvania Ave NW
    Washington, DC 20037
13  Tel.: 202.663.6000 / Fax: 202.663.6363

14  [Counsel appearance continues on next page]

15  Attorneys for Defendant Apple Inc.
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S ERRATA REGARDING ITS OPPOSITION TO PLAINTIFFS' APPLICATION TO UNSEAL CERTAIN TRIAL EXHIBITS PURSUANT TO DKT. 1688**<br><br>Date: July 31, 2023<br><br>Time: 1:30pm |

```
 1   JOSEPH J. MUELLER, pro hac vice
       joseph.mueller@wilmerhale.com
 2   SARAH R. FRAZIER, pro hac vice
       sarah.frazier@wilmerhale.com
 3   WILMER CUTLER PICKERING
       HALE AND DORR LLP
 4   60 State Street
     Boston, MA 02109
 5   Tel.: 617.526.6000 / Fax: 617.526.5000

 6   NORA Q.E. PASSAMANECK, pro hac vice
       nora.passamaneck@wilmerhale.com
 7   WILMER CUTLER PICKERING
       HALE AND DORR LLP
 8   1225 Seventeenth Street, Suite 2600
     Denver, CO 80202
 9   Tel.: 720.274.3152 / Fax: 720.273.3133

10   BRIAN A. ROSENTHAL, pro hac vice
       brosenthal@gibsondunn.com
11   GIBSON, DUNN & CRUTCHER LLP
     200 Park Avenue
12   New York, NY 10166-0193
     Tel.: 212.351.2339 / Fax: 212.817.9539
13
     KENNETH G. PARKER, SBN 182911
14     Ken.parker@haynesboone.com
     HAYNES AND BOONE, LLP
15   660 Anton Boulevard, Suite 700
     Costa Mesa, CA 92626
16   Tel.: 650.949.3014 / Fax: 949.202.3001
```

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Errata Regarding Its Opposition To Plaintiffs' Application To Unseal Certain Trial Exhibits Pursuant To Dkt. 1688.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit B (unredacted version filed under seal)** is a copy of trial exhibit JTX-0335, which is a document produced by Apple with Bates numbers APL-MAS_00778320-APL-MAS_00778323.

5. Attached hereto as **Exhibit C (unredacted version filed under seal)** is a copy of trial exhibit JTX-0337, which is a document produced by Apple with Bates numbers APL-MAS_01403427-APL-MAS_01403431.

6. Attached hereto as **Exhibit L (unredacted version filed under seal)** is a copy of trial exhibit JTX-0260, which is a document produced by Apple with Bates numbers APL-MAS_00909102-APL-MAS_00909134.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of July 2023.

By: _____
Nora Passamaneck