# EXHIBIT B

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Case 8:20-cv-00048-JVS-JDE   Document 1884-2   Filed 07/17/23   Page 2 of 5   Page ID #:158730

| | |
|---|---|
| **Subject:** | Fwd: Sensor Slides |
| **From:** | "Robert Mansfield" <mansfield@apple.com> |
| **Received(Date):** | Fri, 13 Sep 2013 13:19:10 +0000 |
| **To:** | "Jeff Dauber" <dauber@apple.com>, "Lynn Youngs" <lyoungs@apple.com>,"Stephen Zadesky" <szadesky@apple.com> |
| **Cc:** | "James Foster" <jhfoster@apple.com> |
| **Attachment:** | ▬▬▬▬▬▬▬ |
| **Date:** | Fri, 13 Sep 2013 13:19:10 +0000 |

▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I can't help but feel that the team is going in circles trying to chase a shower head design while making a sensor subsystem that is product worthy. It doesn't feel to me like we are making rapid progress.



The issues I see are that the team is designing the back before all of the above is completed. Sensor team is trying to make that "guess" work, and it isn't working. My
Masimo Corp. v. Apple Inc.
JTX 335
Case No. 8:20-cv-00048-JVS-JDE


EXHIBIT 335
Mansfield
8/11/2022
Reported by: Michael P. Hensley, RDR
CA CSR #14114

APL-MAS_00778320

view is to back up and start with the basics.

[redacted]

On current path, the sensor effort will fail. It will come off the product, and with it will go probably the most important feature of the device. My opinion is that you'll need to change course and lead the team out of the confusion.

Bob

[redacted]

Begin forwarded message:

> From: Debbie Lambert <debbiel@apple.com>
> Subject: Sensor Slides
> Date: September 12, 2013 5:29:48 PM PDT
> To: Bob Mansfield <bobmans@apple.com>
>
> Hi Bob -
>
> Here are the slides we are reviewing at 5:30.
>
> Thanks,
> Debbie

[redacted]

I can't help but feel that the team is going in circles trying to chase a shower head design while making a sensor subsystem that is product worthy. It doesn't feel to me like we are making rapid progress.

[redacted]

APL-MAS_00778321

Exhibit B
Page 2



The issues I see are that the team is designing the back before all of the above is completed. Sensor team is trying to make that "guess" work, and it isn't working. My view is to back up and start with the basics.



On current path, the sensor effort will fail. It will come off the product, and with it will go probably the most important feature of the device. My opinion is that you'll need to change course and lead the team out of the confusion.

                                    **Bob**

Begin forwarded message:

**From:** Debbie Lambert <debbiel@apple.com>

**Subject: Sensor Slides**

**Date:** September 12, 2013 5:29:48 PM PDT

**To:** Bob Mansfield <bobmans@apple.com>

Hi Bob -

Here are the slides we are reviewing at 5:30.

Thanks,

Debbie