# EXHIBIT C

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

REDACTED

> From: Robert Mansfield <mansfield@apple.com>
> Subject: Fwd: Sensor Slides
> Date: September 13, 2013 8:17:40 AM PDT
> To: Jony Ive <ive@apple.com>
>
> Jony,
>
> FYI.
>
> The team involved me in a review of the sensor designs yesterday.
>
> Frankly I think it is a mess.
>
> [REDACTED]
>
> Bob
>
>
>.
> Begin forwarded message:
>
>> From: Robert Mansfield <mansfield@apple.com>
>> Subject: Fwd: Sensor Slides
>> Date: September 13, 2013 6:19:10 AM PDT
>> To: Jeff Dauber <dauber@apple.com>, Lynn Youngs <lyoungs@apple.com>, Stephen Zadesky <szadesky@apple.com>
>> Cc: James Foster <jhfoster@apple.com>
>>
>> [REDACTED]
>>

Masimo Corp. v. Apple Inc.
JTX 337
Case No. 8:20-cv-00048-JVS-JDE

EXHIBIT 337
Mansfield
8/11/2022
Reported by: Michael P. Hensley, RDR
CA CSR #14114

APL-MAS_01403427

Exhibit C
Page 1

>> I can't help but feel that the team is going in circles trying to chase a shower head design while making a sensor subsystem that is product worthy. It doesn't feel to me like we are making rapid progress.



>>
>> The issues I see are that the team is designing the back before all of the above is completed. Sensor team is trying to make that "guess" work, and it isn't working. My view is to back up and start with the basics.
>>



>>
>> On current path, the sensor effort will fail. It will come off the product, and with it will go probably the most important feature of the device. My opinion is that you'll need to change course and lead the team out of the confusion.
>>
>> Bob
>>



>>
>>

APL-MAS_01403428

Exhibit C
Page 2

>> Begin forwarded message:
>>
>>> From: Debbie Lambert <debbiel@apple.com>
>>> Subject: Sensor Slides
>>> Date: September 12, 2013 5:29:48 PM PDT
>>> To: Bob Mansfield <bobmans@apple.com>
>>>
>>> Hi Bob -
>>>
>>> Here are the slides we are reviewing at 5:30.
>>>
>>> Thanks,
>>> Debbie
>
>>
>

---

Begin forwarded message:

**From:** Robert Mansfield <mansfield@apple.com>

**Subject: Fwd: Sensor Slides**

**Date:** September 13, 2013 8:17:40 AM PDT

**To:** Jony Ive <ive@apple.com>

Jony,

FYI.

The team involved me in a review of the sensor designs yesterday.

Frankly I think it is a mess.

████████████ ████

████████████

**Bob**

Begin forwarded message:

APL-MAS_01403429

Exhibit C
Page 3



From: Robert Mansfield <mansfield@apple.com>
Subject: Fwd: Sensor Slides
Date: September 13, 2013 6:19:10 AM PDT
To: Jeff Dauber <dauber@apple.com>, Lynn Youngs <lyoungs@apple.com>, Stephen Zadesky <szadesky@apple.com>
Cc: James Foster <jhfoster@apple.com>

I can't help but feel that the team is going in circles trying to chase a shower head design while making a sensor subsystem that is product worthy. It doesn't feel to me like we are making rapid progress.

The issues I see are that the team is designing the back before all of the above is completed. Sensor team is trying to make that "guess" work, and it isn't working. My view is to back up and start with the basics.

APL-MAS_01403430

Exhibit C
Page 4

On current path, the sensor effort will fail. It will come off the product, and with it will go probably the most important feature of the device. My opinion is that you'll need to change course and lead the team out of the confusion.

**Bob**

[redacted]

Begin forwarded message:

**From:** Debbie Lambert <debbiel@apple.com>
**Subject: Sensor Slides**
**Date:** September 12, 2013 5:29:48 PM PDT
**To:** Bob Mansfield <bobmans@apple.com>

Hi Bob -

Here are the slides we are reviewing at 5:30.

Thanks,
Debbie

APL-MAS_01403431

Exhibit C
Page 5