# EXHIBIT L

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| | |
|---|---|
| **Subject:** | Fwd: Key Technologies tracking |
| **From:** | "Steve Hotelling" <shotelling@apple.com> |
| **Received(Date):** | Thu, 30 May 2013 17:25:50 +0000 |
| **To:** | "Heidi Delgado" <hdelgado@apple.com> |
| **Attachment:** | Rover_0227.key |
| **Date:** | Thu, 30 May 2013 17:25:50 +0000 |

Rover example as template

Begin forwarded message:





APL-MAS_00909102

Exhibit L
Page 1



APL-MAS_00909103

Exhibit L
Page 2



APL-MAS_00909104

Exhibit L
Page 3

# Rover

1.23.13

Apple Confidential

APL-MAS_00909105

Exhibit L
Page 4

# PPG Development Partner | Sensing Goals

- Identify a team of world experts who have years of experience designing and shipping PPG sensors

  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

  - Have "been there, done that" with the myriad approaches for optical configurations, analog approaches, signal processing options. Have a good sense for which sensor fusion ideas are likely to work, and which ones have been tried and failed (and they know why they failed)

  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

  ▮▮▮▮▮▮▮▮▮▮

  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

  ▮▮▮▮

- Create the "worlds best" wrist PPG by combining the best attributes of both teams.
  - Similar to Authentec/Apple collaboration model.
  - 3rd party experienced team teaches Apple team all of the existing and near-term planned technology, and the key factors limiting performance.
  - Apple uses this stepping stone to innovate the "worlds best" and quickly brings it to market.

Apple Confidential

APL-MAS_00909106

Exhibit L
Page 5

APL-MAS_00909107

Exhibit L
Page 6

APL-MAS_00909108

Exhibit L
Page 7

APL-MAS_00909109

Exhibit L
Page 8

APL-MAS_00909110

Exhibit L
Page 9

APL-MAS_00909111

Exhibit L
Page 10

APL-MAS_00909112

Exhibit L
Page 11

APL-MAS_00909113

Exhibit L
Page 12

APL-MAS_00909114

Exhibit L
Page 13

APL-MAS_00909115

Exhibit L
Page 14

APL-MAS_00909116

Exhibit L
Page 15

APL-MAS_00909117

Exhibit L
Page 16

APL-MAS_00909118

Exhibit L
Page 17

APL-MAS_00909119

Exhibit L
Page 18



APL-MAS_00909120

Exhibit L
Page 19



## Key Product Components

**Sensors**

• Some sensor component players seem interesting, but none are a perfect fit

**Interpret/Assess**

• Several paths to explore high quality health assessment (research hospitals, major care providers, sports fitness companies)

**Influence**

Apple Confidential

APL-MAS_00909121

Exhibit L
Page 20



Apple Confidential

APL-MAS_00909122

Exhibit L
Page 21

## Sensor Devices | Tier 1



APL-MAS_00909123

Exhibit L
Page 22

Sensor Devices | Tier 2



APL-MAS_00909124

Exhibit L
Page 23



Apple Confidential

APL-MAS_00909125

Exhibit L
Page 24

# Sensor Components | Tier 1



| Target | Target Type | Business / Activity Overview |
|---|---|---|
| **Masimo Corporation** (Irvine, CA) | Established company | • $500mm revenue company, with 2,500 employees that develops noninvasive patient monitoring products • Produces brain monitoring devices, as well as products that monitor multiple blood measurements, including oxygen content, carboxyhemoglobin, methemoglobin, hemoglobin • Main producer of sensor device hospitals and doctors attach to end of patient's finger for certain measurements (hemoglobin, oxygen content, etc) |

7/11/2016

Apple Confidential

Sensor Components | Tier 2



APL-MAS_00909127

Exhibit L
Page 26



Apple Confidential

APL-MAS_00909128

Exhibit L
Page 27

APL-MAS_00909129

Exhibit L
Page 28

APL-MAS_00909130

Exhibit L
Page 29



Apple Confidential

APL-MAS_00909131

Exhibit L
Page 30

APL-MAS_00909132

Exhibit L
Page 31

APL-MAS_00909133

Exhibit L
Page 32

APL-MAS_00909134

Exhibit L
Page 33