**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

**HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Defendant. | **Certified Transcript**<br>Case No.<br>8:20-cv-00048-JVS-JDE |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

STATUS CONFERENCE

REPORTED VIA TELEPHONIC CONFERENCE

WEDNESDAY, MARCH 22, 2023

1:00 P.M.

SANTA ANA, CALIFORNIA

**DEBBIE HINO-SPAAN, CSR 7953, CRR**
FEDERAL OFFICIAL COURT REPORTER
411 WEST 4TH STREET, ROOM 1-053
SANTA ANA, CA 92701
dhinospaan@yahoo.com

**APPEARANCES OF COUNSEL:**

FOR PLAINTIFFS:

> JOSEPH R. RE, ESQ.
> Knobbe Martens Olson & Bear LLP
> 2040 Main Street
> 14th Floor
> Irvine, California 92614
> 949-760-0404
> joseph.re@knobbe.com
>
> STEPHEN C. JENSEN, ESQ.
> Knobbe Martens Olson & Bear LLP
> 2040 Main Street
> 14th Floor
> Irvine, California 92614
> 949-760-0404
> steve.jensen@knobbe.com
>
> BRIAN C. HORNE, ESQ.
> Knobbe Martens Olson & Bear LLP
> 1925 Century Park East
> Suite 600
> Los Angeles, California 90067
> 310-551-3450
> brian.horne@knobbe.com

```
 1                    APPEARANCES OF COUNSEL
                           (Continued:)
 2

 3   FOR DEFENDANT:

 4           JOSEPH J. MUELLER, ESQ.
             Wilmer Cutler Pickering Hale & Dorr LLP
 5           60 State Street
             Boston, Massachusetts 02109
 6           617-526-6000
             joseph.mueller@wilmerhale.com
 7
             KENNETH G. PARKER, ESQ.
 8           Haynes and Boone, LLP
             600 Anton Boulevard
 9           Suite 700
             Costa Mesa, California 92626
10           949-202-3014
             ken.parker@haynesboone.com
11
             Mark D. Selwyn, ESQ.
12           Wilmer Cutler Pickering Hale & Dorr LLP
             2600 El Camino Real
13           Suite 400
             Palo Alto, California 94306
14           650-858-6031
             mark.selwyn@wilmerhale.com
15
             Sarah R. Frazier, Attorney at Law
16           60 State Street
             Boston, Massachusetts 02109
17           617-526-6022
             sarah.frazier@wilmerhale.com
18

19   ALSO PRESENT:

20           Vikram Iyer, Esq.
             Colette Mayer, Attorney at Law
21           Natalie Pous, Attorney at Law
             Ryan Moran, Esq.
22

23

24

25
```

**SANTA ANA, CALIFORNIA; WEDNESDAY, MARCH 22, 2023**

**1:00 P.M.**

- - -

01:00PM    THE COURTROOM DEPUTY: Calling Item 2, SACV-20-48, Masimo Corporation, et al. vs. Apple Inc.

Counsel, please state your appearances for the record, beginning with the plaintiff.

MR. RE: Yes. For Masimo and Cercacor my name is Joseph Re. With me are my partners Steve Jensen and Brian Horne.

THE COURT: Good afternoon.

MR. MUELLER: Good afternoon, Your Honor. This is Joe Mueller from Wilmer Hale on behalf of Apple. With me are my colleagues Sarah Frazier, Mark Selwyn, and Vikram Iyer, as well as from the Apple in-house team, Colette Mayer, Natalie Pous, and Ryan Moran.

THE COURT: Good afternoon. I've had a chance --

MR. PARKER: Yes, Your Honor. I'm sorry. This is Ken Parker from Haynes and Boone for Apple.

THE COURT: Good afternoon. I've had a chance to read the several filings, including Massimo's filing yesterday. Here's how I'd like to approach this. I'd like Masimo to present me the damage calculations step by step with each of the building blocks that you intend to introduce at trial, laid

```
            1   out explicitly; and with that, the specific disclosed

            2   information in the record that supports that building block;

            3   and, thirdly, who would testify to each building block.

            4            I think that that would make clear fairly quickly,

01:02PM     5   at least for my purposes, whether what supports the building

            6   blocks has been disclosed.  And at least I have some insight as

            7   to how that building block would be presented.

            8            I then invite Apple to comment on that as to whether

            9   elements, some or all, has not been disclosed or any other

01:02PM    10   deficiency.  Thoughts?

           11            Let's start with you, Mr. Re.

           12            MR. RE:  Mr. Horne is going to be handling this.

           13            THE COURT:  Okay.  Mr. Horne.

           14            MR. HORNE:  Good afternoon, Your Honor.  Brian Horne

01:02PM    15   from Knobbe for Masimo.

           16            As far as the building blocks, I'll start with the

           17   higher level of theory --

           18            THE COURT:  Sir.  Sir.  Sir.  Sir.  I --

           19            THE COURTROOM DEPUTY:  Sir.

01:03PM    20            THE COURT:  Stop.  Stop.  Sir, I know what your

           21   theory is.  I'm asking for a very specific set of information.

           22   I know what your theory is.

           23            MR. HORNE:  Understood, Your Honor.

           24            The lost profit calculation under that theory are

01:03PM    25   the number of units Masimo would have sold.  That part of the
```

```
 1  equation comes partly from Apple, Apple's units, beginning
 2  Q4 2018.
 3              THE COURT:  Sir, do you understand -- just a minute.
 4              MR. HORNE:  Sorry, Your Honor.
 5              THE COURT:  Sir, do you understand what I'm asking
 6  for?
 7              MR. HORNE:  I believe so, Your Honor.
 8              THE COURT:  I want this in writing.
 9              MR. HORNE:  Oh, oh, oh, sorry, Your Honor.  I
10  thought you wanted me to give it to you right now.
11              THE COURT:  No.
12              MR. HORNE:  I'm happy to give it in writing.  I
13  think that's the better way to do it, Your Honor.
14              THE COURT:  Mr. Mueller, who's going to respond on
15  your side?
16              MR. MUELLER:  Ms. Frazier can respond to details.
17  But for process perspective, what you've outlined sounds just
18  fine with us, Your Honor.  We're happy to respond once we have
19  their disclosure.
20              THE COURT:  How quickly can you put that disclosure
21  together?
22              MR. HORNE:  In two days, Your Honor.
23              THE COURT:  How about Friday?  That's two days.
24              MR. HORNE:  Friday works for us, Your Honor.
25              THE COURT:  On your side, Mr. Mueller?
```

|  |  |
|---|---|
|  | 1 |
|  | 2 |
|  | 3 |
|  | 4 |
| 01:04PM | 5 |
|  | 6 |
|  | 7 |
|  | 8 |
|  | 9 |
| 01:05PM | 10 |
|  | 11 |
|  | 12 |
|  | 13 |
|  | 14 |
| 01:05PM | 15 |
|  | 16 |
|  | 17 |
|  | 18 |
|  | 19 |
| 01:05PM | 20 |
|  | 21 |
|  | 22 |
|  | 23 |
|  | 24 |
| 01:05PM | 25 |

            MR. MUELLER:  Would Tuesday work for Your Honor, a week from --
            THE COURT:  Sure, that's fine.  End of the day Tuesday.
            MR. MUELLER:  Next Tuesday?
            THE COURT:  Right.  What I'd like Apple to concentrate on specifically is to whether the building blocks are, in fact, fairly disclosed in the record.
            So any questions?  Any further questions?
            MR. HORNE:  Not from Masimo, Your Honor.
            MR. MUELLER:  No, Your Honor.  Thank you.
            THE COURT:  Very good.  I'll look for your filings.  Thank you for making yourselves available.
            THE COURTROOM DEPUTY:  This Court is adjourned.
            MS. FRAZIER:  This is Sarah Frazier on behalf of Apple.  We just had one other question, if we may.
            THE COURT:  Sure.
            MS. FRAZIER:  Your Honor issued the Court's rulings on the party's motion in limine last week.  The order is dated March 15, but the parties did not receive it until March 16th.  There are a couple things in that order with respect to sealing and an offer of proof, an order stating we should submit them within seven days of the order.  May we have until tomorrow, Your Honor, which would be seven days from when we received the order?

1   THE COURT: That's fine.

2   MS. FRAZIER: Thank you.

3   THE COURT: Okay. Thank you.

4   **(Proceedings concluded at 1:06 p.m.)**

5   --oOo--

*CERTIFICATE OF OFFICIAL REPORTER*

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME COURT REPORTER, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

*Date:  March 23, 2023*

   /S/ DEBBIE HINO-SPAAN

*Debbie Hino-Spaan, CSR No. 7953*
*Federal Official Court Reporter*