UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 20-00048 JVS (JDEx) |
| Date | July 31, 2023 |
| Title | Masimo Corporation, et al v. Apple, Inc. |

Present: The Honorable **James V. Selna, U.S District Court Judge**

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Re; Stephen Jensen; Adam Powell; Benjamin Katzenellenbogen; Brian Claasen | Amy Wigmore; Sarah Frazier; Joseph Mueller; Kenneth Parker, Marc Selwyn |

**Proceedings:** Motion Hearing [1733], [1748], [1752], [1753], [1756]

Cause called and counsel make their appearances. Hearing is closed and sealed as reflected in the notes of the court reporter.

The Court's tentative ruling is issued. Motions are argued and taken under submission. A separate order to issue.

| | | 1 | : | 28 |
|---|---|---|---|---|
| | Initials of Preparer | eva | | |