MARK D. SELWYN, SBN 244180
　mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
　thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
　HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
　joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
　HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
　amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
　HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**REQUEST FOR AN ORDER TO ALLOW DEFENDANT TO ACCESS SEALED TRANSCRIPT**<br><br>Hon. James V. Selna<br>United States District Court Judge |

1  SARAH R. FRAZIER, *pro hac vice*
      sarah.frazier@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  60 State Street
   Boston, MA 02109
4  Tel.: 617.526.6000 / Fax: 617.526.5000

5  NORA Q.E. PASSAMANECK, *pro hac vice*
      nora.passamaneck@wilmerhale.com
6  WILMER CUTLER PICKERING
      HALE AND DORR LLP
7  1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
8  Tel.: 720.274.3152 / Fax: 720.273.3133

9  BRIAN A. ROSENTHAL, *pro hac vice*
      brosenthal@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
11 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
12
   KENNETH G. PARKER, SBN 182911
13    Ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
14 660 Anton Boulevard, Suite 700
   Costa Mesa, CA 92626
15 Tel. 650.949.3014 / Fax: 949.202.3001

16
17
18
19
20
21
22
23
24
25
26
27
28

1    Defendant Apple Inc. ("Defendant"), through their counsel, hereby request an
2 Order allowing Defendant to have access to the sealed transcript of the hearing held on
3 July 31, 2023 ("hearing").  There is good cause to allow Defendant to have a copy of
4 the hearing transcript because Defendant's counsel is permitted access under the
5 provisions of the Protective Order entered in this action on June 30, 2020 (Dkt. No.
6 67), they participated in this specific hearing, and they request the transcript for
7 litigation purposes.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Dated: August 3, 2023 | Respectfully submitted, |

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By: */s/Mark D. Selwyn*
    Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*