**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR AN ORDER ALLOWING ACCESS TO SEALED TRANSCRIPT** |

# [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR ORDER ALLOWING ACCESS TO SEALED TRANSCRIPT

Defendant Apple Inc. submitted with this Court their request for an Order allowing access to the sealed transcript of the hearing held on July 31, 2023.

Having considered the request and determined that Defendant is authorized to receive the sealed transcript, IT IS HEREBY ORDERED that Defendant's request for access to the sealed transcript of the hearing held on July 31, 2023 is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge

Wilmer Cutler Pickering Hale and Dorr LLP