UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form.  (*Additional instructions on next page.*)

COURT USE ONLY
**DUE DATE:**

| 1a. Contact Person for this Order | Lanta Chase | 2a. Contact Phone Number | 202 247 4229 | 3a. Contact E-mail Address | lanta.chase@wilmerhale.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Mark Selwyn | 2b. Attorney Phone Number | 650 858 6031 | 3b. Attorney E-mail Address | mark.selwyn@wilmerhale.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Wilmer, Culter, Pickering, Hale and Dorr LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037

| 5. Name & Role of Party Represented | Defendant Apple Inc. |
|---|---|
| 6. Case Name | Masimo Corporation, et al v Apple, Inc. |
| 7a. District Court Case Number | 8:20-cv-00048-JVS-JDE |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Sharon Seffens

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal   ☒ Non-Appeal   ☐ Criminal   ☒ Civil   ☐ CJA   ☐ USA   ☐ FPD   ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.) | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of efiled transcript, or check to certify none yet on file.) | d. DELIVERY TYPE (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.") |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2023 | 1892 | Hon. Selna | Motion Hearing | ● | ● | ○ | ● | ○ | ○ | ○ _____ | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date   August 14, 2023       Signature   /s/ Mark D. Selwyn

G-120 (06/18)