# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation and Ceracor Laboratories, Inc.<br><br>v.<br>Plaintiff(s)<br><br>Apple Inc.<br><br>Defendant(s). | **CASE NUMBER**<br>8:20-cv-00048-JVS (JDEx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* **[938]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Amadi, Brittany B.**
*Applicant's Name (Last Name, First Name & Middle Initial)*

**202-663-6022** — *Telephone Number*
**202-663-6363** — *Fax Number*
**Brittany.Amadi@wilmerhale.com** — *E-Mail Address*

**Wilmer Cutler Pickering Hale and Dorr LLP**
**1875 Pennsylvania Avenue, NW**
**Washington, DC 20006**
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

**Apple Inc.**
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

and designating as Local Counsel

**Gosma, Derek**
*Designee's Name (Last Name, First Name & Middle Initial)*

**274515** — *Designee's Cal. Bar No.*
**213-443-5308** — *Telephone Number*
**213-443-5400** — *Fax Number*
**Derek.Gosma@wilmerhale.com** — *E-Mail Address*

**Wilmer Cutler Pickering Hale and Dorr LLP**
**350 South Grand Avenue**
**Suite 2400**
**Los Angeles, CA 90071**
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded   ☐ not be refunded.

Dated   **August 18, 2023**

*/s/ James V. Selna*
**U.S. District Judge**