MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL RULE 50(B) MOTION OF NO UNJUST ENRICHMENT AND EXHIBITS A – I** <br><br> No hearing set. |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the Court grant leave to file under seal Apple's Supplemental Rule 50(b) Motion Of No Unjust Enrichment ("Supplemental Rule 50(b) Motion") and Exhibits A – I.

As detailed in the accompanying Declaration of Mark D. Selwyn, the redacted portions of Apple's Supplemental Rule 50(b) Motion quote, reference, or summarize the confidential portions of trial exhibits, sealed portions of the trial transcript, and briefs previously filed under seal. Apple's Supplemental Rule 50(b) Motion also attaches the trial exhibits that Plaintiffs claimed were relevant in their Rule 50(b) briefing, all of which this Court has previously ordered sealed. *See* Dkt. 1688 (granting Apple's Application to Maintain Under Seal Specific Trial Exhibits).

Pursuant to this Court's Order Regarding Plaintiffs' Application to Unseal Certain Trial Exhibits, Dkt. 1891, and Local Rule 7-3, Apple met and conferred with Plaintiffs on August 14, 2023 regarding the sealed portions of its Supplemental Rule 50(b) Motion. Plaintiffs did not object to the sealed materials.

Accordingly, Apple respectfully requests an order granting leave to file its Supplemental Rule 50(b) Motion under seal.

Dated:   August 21, 2023        Respectfully submitted,

MARK D. SELWYN
JOSEPH J. MUELLER
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

| | |
|---|---|
| 1 | KENNETH G. PARKER |
| 2 | HAYNES AND BOONE, LLP |

By: */s/ Mark D. Selwyn*
       Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*