**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>              Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL RULE 50(B) MOTION OF NO UNJUST ENRICHMENT AND EXHIBITS A – I** |

1   This matter is before the Court pursuant to Apple's Application to File Under Seal Its Supplemental Rule 50(b) Motion Of No Unjust Enrichment and Exhibits A – I ("Application").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal Apple's Supplemental Rule 50(b) Motion Of No Unjust Enrichment and Exhibits A – I.

**IT IS SO ORDERED.**

Dated: _____    _____
                                  The Hon. James V. Selna
                                  United States District Court Judge