MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF THOMAS G. SPRANKLING IN SUPPORT OF APPLE'S SUPPLEMENTAL RULE 50(B) MOTION OF NO UNJUST ENRICHMENT** <br><br> No hearing set. |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

I, Thomas G. Sprankling, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Supplemental Rule 50(b) Motion Of No Unjust Enrichment ("Supplemental Rule 50(b) Motion").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. This Court's Order regarding the parties' cross-FRCP 50(b) motions stated that the parties should attach "[r]elevant trial exhibits … as exhibits" to their supplemental briefs on unjust enrichment causation. Dkt. 1905 at 16. Accordingly, Apple attaches each trial exhibit that Plaintiffs claimed was relevant in their Rule 50(b) briefing.

5. Attached hereto as **Exhibit A (filed under seal)** is a copy of trial exhibit JTX-1078, which is a document produced by Apple with Bates numbers APL-MAS_00082628 – APL-MAS_00082671.

6. Attached hereto as **Exhibit B (filed under seal)** is a copy of trial exhibit JTX-411, which is a document produced by Apple with Bates numbers APL-MAS_00414977 – APL-MAS_00414982.

7. Attached hereto as **Exhibit C (filed under seal)** is a copy of trial exhibit JTX-153, which is a document produced by Apple with Bates numbers APL-MAS_00239842 – APL-MAS_00239845.

8. Attached hereto as **Exhibit D (filed under seal)** is a copy of trial exhibit JTX-273, which is a document produced by Apple with Bates numbers APL-MAS_00241367 – APL-MAS_00241369.

9. Attached hereto as **Exhibit E (filed under seal)** is a copy of trial exhibit JTX-4199, which is a document produced by Apple with Bates numbers APL-MAS_01842193 – APL-MAS_01842195.

10. Attached hereto as **Exhibit F (filed under seal)** is a copy of trial exhibit JTX-183, which is a document produced by Apple with Bates numbers APL-MAS_00089399 – APL-MAS_00089569.

11. Attached hereto as **Exhibit G (filed under seal)** is a copy of trial exhibit JTX-185, which is a document produced by Apple with Bates numbers APL-MAS_00413821 – APL-MAS_00413837.

12. Attached hereto as **Exhibit H (filed under seal)** is a copy of trial exhibit JTX-431, which is a document produced by Apple with Bates numbers APL-MAS_01873721 – APL-MAS_01873728.

13. Attached hereto as **Exhibit I (filed under seal)** is a copy of trial exhibit JTX-1064, which is a document produced by Apple with Bates numbers APL-MAS_00431849 – APL-MAS_00431860.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of August 2023.

By: _____
Thomas G. Sprankling