**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>           Plaintiffs,<br><br>      v.<br><br>APPLE INC.,<br>a California corporation,<br><br>           Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S SUPPLEMENTAL RULE 50(B) MOTION OF NO UNJUST ENRICHMENT** |

This matter is before the Court pursuant to Apple's Supplemental Rule 50(b) Motion Of No Unjust Enrichment ("Motion"). Having considered the briefing, supporting evidence, argument, and all other matters properly before the Court, being fully advised on the pleadings and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge