Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

[Counsel for Apple appears on next page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation<br><br>        Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STATUS REPORT**<br><br>Hon. James V. Selna |

1  MARK D. SELWYN, SBN 244180
   mark.selwyn@wilmerhale.com
2  THOMAS G. SPRANKLING, SBN 294831
   thomas.sprankling@wilmerhale.com
3  WILMER CUTLER PICKERING
   HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Tel.: 650.858.6000 / Fax: 650.858.6100

6  JOSHUA H. LERNER, SBN 220755
   joshua.lerner@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  One Front Street, Suite 3500
   San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10 AMY K. WIGMORE, *pro hac vice*
   amy.wigmore@wilmerhale.com
11 WILMER CUTLER PICKERING
   HALE AND DORR LLP
12 2100 Pennsylvania Ave NW
   Washington, DC 20037
13 Tel.: 202.663.6000 / Fax: 202.663.6363

14 JOSEPH J. MUELLER, *pro hac vice*
   joseph.mueller@wilmerhale.com
15 SARAH R. FRAZIER, *pro hac vice*
   sarah.frazier@wilmerhale.com
16 WILMER CUTLER PICKERING
   HALE AND DORR LLP
17 60 State Street
   Boston, MA 02109
18 Tel.: 617.526.6000 / Fax: 617.526.5000

19 NORA Q.E. PASSAMANECK, *pro hac vice*
   nora.passamaneck@wilmerhale.com
20 WILMER CUTLER PICKERING
   HALE AND DORR LLP
21 1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
22 Tel.: 720.274.3152 / Fax: 720.273.3133

23 BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com
24 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
25 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539

26

27

28

KENNETH G. PARKER, SBN 182911
ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Attorneys for Defendant Apple Inc.

Pursuant to this Court's August 7, 2023 Order (Dkt. No. 1901), Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") and Defendant Apple Inc. (collectively, "Parties") respectfully submit the following:

The Parties conferred on the timing and format of the type of settlement procedure that may be most productive. The Parties have agreed to attend another mediation before the Honorable Layn R. Phillips. The Parties will coordinate with Judge Phillips to determine a mutually-convenient date, but have agreed the date should be after (1) this Court's ruling on Apple's pending Rule 50(b) Motion Regarding Unjust Enrichment and (2) the Final Determination from the International Trade Commission ("ITC") in a parallel proceeding involving the Parties. The ITC's Final Determination is currently expected to issue on October 10, 2023.

The Parties also conferred on their availability for retrial. The Parties compared schedules for potential trial dates in the window requested by the Court, and vetted dates with various fact and expert witnesses. The Parties and their respective witnesses are all available for trial on May 21, 2024. To the extent this date is not convenient for the Court, the Parties request additional time to meet and confer to identify alternative dates.

**JOINTLY SUBMITTED:**

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 28, 2023       By: /s/ *Adam B. Powell*
　　　　　　　　　　　　　　　　　Joseph R. Re
　　　　　　　　　　　　　　　　　Stephen C. Jensen
　　　　　　　　　　　　　　　　　Sheila N. Swaroop
　　　　　　　　　　　　　　　　　Brian C. Horne
　　　　　　　　　　　　　　　　　Irfan A. Lateef
　　　　　　　　　　　　　　　　　Benjamin A. Katzenellenbogen
　　　　　　　　　　　　　　　　　Brian C. Claassen
　　　　　　　　　　　　　　　　　Stephen W. Larson
　　　　　　　　　　　　　　　　　Mark D. Kachner
　　　　　　　　　　　　　　　　　Adam B. Powell
　　　　　　　　　　　　　　　　　Kendall M. Loebbaka
　　　　　　　　　　　　　　　　　Daniel P. Hughes

　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　MASIMO CORPORATION and
　　　　　　　　　　　　　　　　　CERCACOR LABORATORIES, INC.

WILMER CUTLER PICKERING HALE AND DORR LLP

Dated: August 28, 2023       By: /s/ *Joseph J. Mueller*
　　　　　　　　　　　　　　　　　Mark D. Selwyn
　　　　　　　　　　　　　　　　　Thomas G. Sprankling
　　　　　　　　　　　　　　　　　Joshua H. Lerner
　　　　　　　　　　　　　　　　　Amy K. Wigmore
　　　　　　　　　　　　　　　　　Joseph J. Mueller
　　　　　　　　　　　　　　　　　Sarah R. Frazier
　　　　　　　　　　　　　　　　　Nora Passamaneck
　　　　　　　　　　　　　　　　　Brian A. Rosenthal
　　　　　　　　　　　　　　　　　Kenneth G. Parker

　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　APPLE INC.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: August 28, 2023        By: */s/ Adam B. Powell*