UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 20-00048-JVS(JDEx) | Date | August 30, 2023 |
|---|---|---|---|
| Title | Masimo Corporation, et al v. Apple, Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS]** Order Re Parties' Status Report

<u>Re Parties' August 28, 2023 Status Report</u>

The Court thanks the parties for their recent status report. (Docket No. 1913.)

This is to advise that Judge Selna will be out of the country from approximately May 30 to June 14, 2024.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | eva | |