1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER ON APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' SUPPLEMENTAL RESPONSE REGARDING UNJUST ENRICHMENT** |

Having considered Plaintiffs' Application For Leave To File Under Seal Documents Regarding Plaintiffs' Supplemental Response Regarding Unjust Enrichment, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

- The proposed redacted portions of Plaintiffs' Supplemental Response; and
- Exhibits 2-3 and 6-18 to the Declaration of Mark D. Kachner in support of Plaintiffs' Supplemental Response Regarding Unjust Enrichment in their entirety.

DATED: _____          _____

The Honorable James V. Selna
United States District Judge

58193179