Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL RESPONSE REGARDING UNJUST ENRICHMENT**<br><br>Hon. James V. Selna |

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

I. INTRODUCTION ..................................................................................................1

II. ARGUMENT .......................................................................................................1

    A.     Mitigating signal interference is critical to measuring blood oxygen ...............................................................................................1

    B.     Apple misappropriated Masimo's trade secrets to measure blood oxygen ....................................................................................1

    C.     Masimo's trade secrets substantially contributed to the value of Apple's blood-oxygen feature............................................................2

         1.     L4 substantially contributed to Apple's blood-oxygen feature ..2

         2.     L5 substantially contributed to Apple's blood-oxygen feature ..4

         3.     D1, D3, and D10 ("D1-10") substantially contributed to Apple's blood-oxygen feature ......................................................6

III. CONCLUSION....................................................................................................8

## I. INTRODUCTION

By 2012, Apple sought to measure blood oxygen with a watch. Mitigating signal interference is critical for measuring blood oxygen, and Masimo had developed trade-secret technology to do so. Apple pursued Masimo's technology to develop a blood-oxygen feature, first by partnering with Masimo and then by hiring Lamego and misappropriating Masimo's trade secrets. Apple then used those trade secrets in its blood-oxygen feature. Under these facts, a jury should decide whether Apple's misappropriation served its purpose—contributing to the value of Apple's blood-oxygen feature. *See Mass. Eye & Ear Infirmary v. QLT Phototherapeutics, Inc.*, 552 F.3d 47, 58 (1st Cir. 2009) (effort to access confidential information supported verdict that defendant benefited from using that information).

## II. ARGUMENT

### A. Mitigating signal interference is critical to measuring blood oxygen

Pulse rate and blood oxygen can be measured by analyzing light that passes through tissue. JTX-3003 at -139. A plethysmograph ("PPG") plots the measured signal over time. *Id.*; JTX-1831 at -842. Pulse rate is determined by counting repeating features, such as peaks, in the PPG for one wavelength. T3-2 at 27:8-28:8. Thus, pulse rate can be measured "easily, with your own eye." *Id.* at 27:8-23.

But measuring oxygen saturation is more complicated because it compares changes in the amplitude of PPGs for two different wavelengths. *Id.*; *see* JTX-1831 at -842. Hotelling, who led Apple's blood-oxygen development, acknowledged that precise amplitude "wasn't as important" for pulse rate but is "necessary" for oxygen saturation. T8-2 at 103:5-17. Diab and Hotelling explained oxygen saturation is therefore more susceptible to signal interference than pulse rate. T3-2 at 28:18-29:15; T8-2 at 103:5-17.

### B. Apple misappropriated Masimo's trade secrets to measure blood oxygen

[redacted] JTX-431 at -722. By that

-1-

1    time, Apple had investigated ███████████████████████████. *Id*.

2    Around that time, Perica, Apple's VP of Corporate Development, believed Masimo was the "platinum" in noninvasive monitoring and sought to integrate Masimo's technology. T2-2 at 31:23-32:7; JTX-559. A separate Apple internal presentation identified Masimo as a "standout" company in the "PPG space." T9-1 at 112:20-113:9; JTX-259 at -774. Apple then launched "Project Everest," which Hotelling described as a "serious consideration internal to Apple" whether "to do a joint development agreement with Masimo." T8-2 at 119:13-19; JTX-263. ███████████████████████████████████████████████████████████████████████████ JTX-263 at -761, -767. ███████████████ *Id*. at -776.

Apple chose to hire Lamego, and he joined Apple in early 2014. Approximately one month later, Lamego explained that ████████████████████████████ JTX-142 at -671. ███████████████████████████████████████████████████████████████ JTX-143 at -568.

**C.**    **Masimo's trade secrets substantially contributed to the value of Apple's blood-oxygen feature**

     **1.**    **L4 substantially contributed to Apple's blood-oxygen feature**

After Lamego shared L4 with Apple, ██████████████████████████████████████████████████████████ JTX-1064 at -859 (shown right).

1 | When Apple introduced a blood-oxygen measurement in the Series 6 watch, ■
2 | ■ JTX-1078 at -632 (shown below on right).
3 | ■
4 | ■
5 | ■
6 | ■
7 | ■ JTX-1078 at -632. ■



19 | ■
20 | ■
21 | ■
22 | ■
23 | ■
24 | ■
25 | ■
26 | ■
27 | ■
28 | Apple argues that its February 2018 presentation does not say the ■

1  were made because of Apple's use of L4.  Br. at 6.  But the Court rejected that argument
2  when denying Apple's Rule 50(b) motion.  Dkt. 1901 at 5.  There, the Court quoted
3  Madisetti's testimony that the presentation shows Apple misappropriated L4.  *Id*.

4     Apple argues that Masimo has not "cited a single piece of evidence" that the
5  ▓▓▓▓▓▓▓▓▓▓ improved performance or was singled out as a key element of the
6  blood-oxygen feature.  Br. at 7.  But Apple's February 2018 presentation says that ▓
7  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  JTX-1078 at -632.
9     Apple refuses to concede that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Br. at 7.  Apple attacks Madisetti's testimony that ▓▓▓▓▓
11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Br. at 7 (citing T7-
12 2 14:1-24).  Apple argues Madisetti's testimony was "generic," "conclusory," and
13 "irrelevant."  *Id*.  But Madisetti was referencing Apple's February 2018 presentation,
14 which stated that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Apple also attacks Diab's testimony
15 that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ arguing Diab lacked
16 sufficient knowledge of Apple's technology to testify about the benefits Apple received
17 from L4.  Br. at 7.  But Diab need not understand Apple's implementation to know ▓
18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

19    Apple attacks Kinrich's valuation of Apple's blood-oxygen feature.  Br. at 6.
20 Apple argues that Kinrich compared "devices that do and do not contain Blood Oxygen
21 but ignored that all those devices (according to Plaintiffs) misappropriated L4."  *Id*.  But
22 although the models Kinrich compared all used L4 for pulse rate, only Series 6 and 7
23 used L4 to measure blood oxygen.  Thus, when Kinrich compared Series 6 and 7 to SE
24 to value the blood-oxygen feature, he cancelled out the value L4 contributed to pulse
25 rate.  The value L4 contributed to blood oxygen remained.

26     **2.**    **L5 substantially contributed to Apple's blood-oxygen feature**
27    Masimo discovered that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
28 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  T3-2 at

1  106:18-108:12.  Masimo engineer Dalke explained that █████████
2  █████████████████████████████ T4-1 at 149:25-150:18, and that Masimo
3  █████████████████████████████ T5-2 at 17:18-18:12.  Lamego was
4  involved in discovering the problem and solutions, which is L5.  T4-1 at 140:1-13; T3-
5  2 at 110:2-9.

   Within a month after Lamego joined Apple in early 2014, ████████
7  ██████████████████████████████████████████████████████████████████
8  ████████████████████████████████████████████████ JTX-297 at -775.
9  ██████████████████████████████████████████████████████████████████
10 ██████████████████████████████████████████████████████████████████
11 JTX-143 at -568.  ███████████████████████████████████████████████
12 ██████████████████████████████ JTX-184 -173.  ███████████████████
13 ██████████████████████████████ JTX-541 at -581.  ████████████████
14 ████████████████████████████████  *Id*.
15 ██████████████████████████████████████████████████████████████████
16 ████████ T7-2 at 29:15-30:11.  ██████████████████████████████████
17 ██████████████████████████████████████████████████████████████ L5
18 substantially benefitted Apple's blood-oxygen feature.

   Apple argues that Masimo "failed to introduce any evidence that L5 benefitted
20 blood oxygen at all," that "any connection" between L5 and blood oxygen "was trivial,"
21 and that Masimo introduced no evidence that L5 "improved accuracy or was otherwise
22 singled out as important."  Br. at 8.  To the contrary, as explained above, Masimo showed
23 that ████████████████████████████████████████████████████████████
24 ██████████████████████████████████████████████████████████████████
25 ████████████████████████████████████████████
26    Apple cites Block's testimony that L5 ███████████████████████
27 █████████████████████████ Br. at 8.  But Block's testimony conflicts with
28 ██████████████████████████████████████████████████████████████ His

1  testimony conflicts with other evidence too. ████████████████ JTX-
2  143 at -568. ████████████████████████████████████████████
3  ████████████████████████████████████████ JTX-185 at -836.
4      Apple argues that evidence in early 2014—when Lamego arrived and
5  immediately began divulging Masimo's trade secrets—is irrelevant because Apple's
6  blood-oxygen feature was not "in development until November/December 2014." Br.
7  at 8. Apple also argues that it is a "fallacy" to argue that Apple began developing blood
8  oxygen in 2012. *Id.* ████████████████████████████████████
9  ████████████████████████████████████████████████████
10 ████████████████████████████████ JTX-431 at -722. ████████
11 ████████████████████████████████
12 ████████████████████████████ JTX-297 at -773, 775; JTX-143 at -568.
13     Apple argues that because all its watches used L5, it is "impossible to measure
14 any value" L5 added by comparing Series 6 and 7 to SE as Kinrich did. Br. at 8. Apple
15 is wrong. All models used L5 for pulse rate. Series 6 and 7 also used L5 to measure
16 blood oxygen. Thus, when Kinrich compared Series 6 and 7 to SE to value the blood-
17 oxygen feature, he cancelled out the value L5 contributed to pulse rate. The value L5
18 contributed to blood oxygen remained.
19     Apple also argues "the accused short circuit is just one of millions of components"
20 in the Watch. *Id.* But Kinrich apportioned Apple's unjust enrichment to the value of
21 the blood oxygen feature, thereby excluding Apple's profits from other features. Once
22 Masimo established that L5 made a substantial contribution to that value, Apple bore
23 the burden to prove the amount "not reasonably attributable to the Asserted Trade
24 Secrets." Dkt. 1715 at 48 (Jury Instruction No. 38).
25     3.    **<u>D1, D3, and D10 ("D1-10") substantially contributed to Apple's</u>**
26           **<u>blood-oxygen feature</u>**
27     Masimo used D1-10 ████████████████████ T3-2 at 50:18-51:22;
28 *see also id.* at 52:21-53:11; 40:11-41:24.

1  Before Lamego, ▮▮▮
2  ▮▮▮ JTX-153. ▮▮▮
3  ▮▮▮ JTX-153 at -842. ▮▮▮
4  Shortly after Lamego arrived ▮▮▮
5  ▮▮▮
6  ▮▮▮ JTX-143 at -568. ▮▮▮
7  ▮▮▮
8  ▮▮▮ JTX-140 at 729. ▮▮▮
9  ▮▮▮ *Id*. ▮▮▮
10 ▮▮▮ JTX-1831 at -842; JTX-1078 at
11 -632. ▮▮▮ T7-2 at 43:19-
12 44:18 (D1); 56:9-57:6 (D3); 69:17-70:15 (D10). ▮▮▮
13 ▮▮▮
14 ▮▮▮ JTX-153 at -842-843.
15 Then, ▮▮▮
16 ▮▮▮
17 ▮▮▮
18 JTX-4199 at 193. ▮▮▮
19 ▮▮▮ *Id*. ▮▮▮
20 ▮▮▮
21 ▮▮▮ T10-2 at 99:8-12 (Series 6 uses Gemstone chip); JTX-183 at -448-50
22 ▮▮▮
23 Apple benefitted by misappropriating D1-10. ▮▮▮
24 ▮▮▮
25 Although Apple has not yet implemented D1-10 in a commercial product, Lamego's
26 algorithms ▮▮▮
27 ▮▮▮
28 Apple disputes that it used D1-10 to improve from DCS to DSC2. Br. at 4.

-7-

Ignoring the full record, Apple argues "there is no mention of the term DCS2 in the trial transcript." *Id*. ███████████████████ JTX-4199 at -193.

Apple also argues that its "DCS technique 'was fully developed before'" Lamego started at Apple. Br. at 4. But although Apple had **DCS** before Lamego, it developed **DCS2** after he arrived. Indeed, ████████████████████████████ ████████████████████████ *Id*. at -193. And in an earlier email in the chain, ████ ████████████████████████████████████████████ *Id*.

Next, Apple argues Masimo cannot show that Apple used D1-10 to improve from DCS to DCS2 because ████████████████████████████████████ ████████████████████████████ do not mention D1-10. Br. at 4-5. But the emails ████████████████████████████████████████████████ ████████████████████████████████████████ T7-2 at 43:19-44:18; 54:13-55:18. Apple also argues that the emails do not mention blood oxygen and that Apple did not begin developing a blood-oxygen feature until after the engineers sent the emails. But Lamego ████████████████████████████████████ ████████████████████ JTX-143 and JTX 297, and he ████████████████████ ████████████████████████████████████████ JTX-140. Moreover, ████ ████████████████████████████████████ JTX-431.

### III. CONCLUSION

Apple pursued Masimo—the undisputed leader in pulse oximetry—to develop Apple's blood-oxygen feature. It then hired Lamego, misappropriated Masimo's trade secrets for measuring blood oxygen, and used the technology in its blood-oxygen feature. A reasonable jury would be free to find that the trade secrets made a substantial contribution to the value of Apple's blood-oxygen feature.

|     |     |     |
| --- | --- | --- |
|     | | Respectfully submitted, |
|     | | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|     | Dated: September 5, 2023 | By: */s/ Brian C. Horne* |
|     | | Joseph R. Re |
|     | | Stephen C. Jensen |
|     | | Sheila N. Swaroop |
|     | | Brian C. Horne |
|     | | Irfan A. Lateef |
|     | | Benjamin A. Katzenellenbogen |
|     | | Brian C. Claassen |
|     | | Stephen W. Larson |
|     | | Mark D. Kachner |
|     | | Adam B. Powell |
|     | | Kendall M. Loebbaka |
|     | | Daniel P. Hughes |
|     | | Attorneys for Plaintiffs |
|     | | MASIMO CORPORATION and CERCACOR LABORATORIES, INC. |

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiffs' Masimo Corp. and Cercacor Laboratories, Inc., certifies that this brief contains 2,415 words, which [choose one]:

___ complies with the word limit of L.R. 11-6.1.

_X_ complies with the page limit set by court order dated August 7, 2023 (Dkt. 1901).

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: September 5, 2023

By: */s/ Brian C. Horne*
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Irfan A. Lateef
Benjamin A. Katzenellenbogen
Brian C. Claassen
Stephen W. Larson
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

58061477