Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF MARK D. KACHNER IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL RESPONSE REGARDING UNJUST ENRICHMENT**<br><br>Hon. James V. Selna |

I, Mark D. Kachner, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court, and Counsel of record for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively "Plaintiffs") in the above-captioned action. I have personal knowledge of the matters set forth herein and, if I am called upon to testify, I could testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of trial exhibit JTX-3003, which is a document produced by Apple at Bates numbers APL-MAS_02044086 to APL-MAS_02044147.

3. Attached hereto as **Exhibit 2 [filed under seal]** is a true and correct copy of trial exhibit JTX-1831, which is a document produced by Apple at Bates numbers APL_MAS_ITC_00310490 to APL_MAS_ITC_00310918, and which was previously sealed by the Court at Dkt. 1688.

4. Attached hereto as **Exhibit 3 [filed under seal]** is a true and correct copy of trial exhibit JTX-431, which is a document produced by Apple at Bates numbers APL-MAS_01873721 to APL-MAS_01873728, and which was previously sealed by the Court at Dkt. 1688.

5. Attached hereto as **Exhibit 4** is a true and correct copy of trial exhibit JTX-559, which is a document produced by Plaintiffs at Bates numbers MASA03217800 to MASA03217801.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Apple's redacted version of trial exhibit JTX-259, which is a document produced by Apple at Bates numbers APL-MAS_00403772 to APL-MAS_00403784. The Court ordered that the redacted version of trial exhibit JTX-259 filed as Exhibit 5 be unsealed. Dkt. 1891 at 5; *see also* Dkt. 1800-1.

7. Attached hereto as **Exhibit 6 [filed under seal]** is a true and correct copy of trial exhibit JTX-263, which is a document produced by Apple at Bates numbers APL-

MAS_01853759 to APL-MAS_01853795, and which was previously sealed by the Court at Dkt. 1688.

8. Attached hereto as **Exhibit 7 [filed under seal]** is a true and correct copy of trial exhibit JTX-142, which is a document produced by Apple at Bates numbers APL-MAS_00180664 to APL-MAS_00180679, and which was previously sealed by the Court at Dkt. 1688.

9. Attached hereto as **Exhibit 8 [filed under seal]** is a true and correct copy of trial exhibit JTX-143, which is a document produced by Apple at Bates numbers APL-MAS_00241566 to APL-MAS_00241568, and which was previously sealed by the Court at Dkt. 1688.

10. Attached hereto as **Exhibit 9 [filed under seal]** is a true and correct copy of trial exhibit JTX-1064, which is a document produced by Apple at Bates numbers APL-MAS_00431849 to APL-MAS_00431860, and which was previously sealed by the Court at Dkt. 1688.

11. Attached hereto as **Exhibit 10 [filed under seal]** is a true and correct copy of trial exhibit JTX-1078, which is a document produced by Apple at Bates numbers APL-MAS_00082628 to APL-MAS_00082671, and which was previously sealed by the Court at Dkt. 1688.

12. Attached hereto as **Exhibit 11 [filed under seal]** is a true and correct copy of trial exhibit JTX-297, which is a document produced by Apple at Bates numbers APL-MAS_00304771 to APL-MAS_00304778, and which was previously sealed by the Court at Dkt. 1688.

13. Attached hereto as **Exhibit 12 [filed under seal]** is a true and correct copy of trial exhibit JTX-184, which is a document produced by Apple at Bates numbers APL-MAS_00067173 to APL-MAS_00067175, and which was previously sealed by the Court at Dkt. 1688.

14. Attached hereto as **Exhibit 13 [filed under seal]** is a true and correct copy of trial exhibit JTX-541, which is a document produced by Apple at Bates numbers APL-

MAS_00403581 to APL-MAS_00403585, and which was previously sealed by the Court at Dkt. 1688.

15. Attached hereto as **Exhibit 14 [filed under seal]** is a true and correct copy of trial exhibit JTX-140, which is a document produced by Apple at Bates numbers APL-MAS_00239728 to APL-MAS_00239733, and which was previously sealed by the Court at Dkt. 1688.

16. Attached hereto as **Exhibit 15 [filed under seal]** is a true and correct copy of trial exhibit JTX-185, which is a document produced by Apple at Bates numbers APL-MAS_00413821 to APL-MAS_00413837, and which was previously sealed by the Court at Dkt. 1688.

17. Attached hereto as **Exhibit 16 [filed under seal]** is a true and correct copy of trial exhibit JTX-153, which is a document produced by Apple at Bates numbers APL-MAS_00239842 to APL-MAS_00239845, and which was previously sealed by the Court at Dkt. 1688.

18. Attached hereto as **Exhibit 17 [filed under seal]** is a true and correct copy of trial exhibit JTX-4199, which is a document produced by Apple at Bates numbers APL-MAS_01842193 to APL-MAS_01842195, and which was previously sealed by the Court at Dkt. 1688.

19. Attached hereto as **Exhibit 18 [filed under seal]** is a true and correct copy of trial exhibit JTX-183, which is a document produced by Apple at Bates numbers APL-MAS_00089399 to APL-MAS_00089569, and which was previously sealed by the Court at Dkt. 1688.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 5, 2023 at Los Angeles, California.

<u>/s/ Mark. D. Kachner</u>
Mark. D. Kachner

58193077