EXHIBIT 1

US007764982B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,764,982 B2**
Dalke et al.                      (45) **Date of Patent:**     **Jul. 27, 2010**

(54) **MULTIPLE WAVELENGTH SENSOR EMITTERS**

(75) Inventors: **David Dalke**, Irvine, CA (US); **Ammar Al-Ali**, Tustin, CA (US); **Mohamed Diab**, Mission Viejo, CA (US); **Marcelo Lamego**, Rancho Santa Margarita, CA (US); **Robert Smith**, Lake Forest, CA (US)

(73) Assignee: **Masimo Laboratories, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 479 days.

(21) Appl. No.: **11/367,013**

(22) Filed: **Mar. 1, 2006**

(65) **Prior Publication Data**

US 2006/0211924 A1      Sep. 21, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/657,596, filed on Mar. 1, 2005, provisional application No. 60/657,281, filed on Mar. 1, 2005, provisional application No. 60/657,268, filed on Mar. 1, 2005, provisional application No. 60/657,759, filed on Mar. 1, 2005.

(51) **Int. Cl.**
*A61B 5/1455*      (2006.01)

(52) **U.S. Cl.** ...................................... **600/310**; 600/322

(58) **Field of Classification Search** ................. 600/310, 600/316; 356/39, 40, 41, 42, 451
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,910,701 A | * | 10/1975 | Henderson et al. ............ 356/39 |
| 3,998,550 A | | 12/1976 | Konishi et al. |
| 4,157,708 A | | 6/1979 | Imura |
| 4,167,331 A | | 9/1979 | Nielsen |
| 4,266,554 A | | 5/1981 | Hamaguri |
| 4,446,871 A | | 5/1984 | Imura |
| 4,586,513 A | | 5/1986 | Hamaguri |
| 4,621,643 A | | 11/1986 | New et al. |
| 4,653,498 A | | 3/1987 | New et al. |
| 4,685,464 A | | 8/1987 | Goldberger |
| 4,694,833 A | | 9/1987 | Hamaguri |

(Continued)

FOREIGN PATENT DOCUMENTS

WO      WO 98/43071      10/1998

(Continued)

OTHER PUBLICATIONS

Schmitt, Joseph M.; Zhou, Guan-Xiong; Miller, Justin *Measurement of Blood Hematocrit by Dual-wavelength Near-IR Photoplethysmography*, published May 1992, Proc. SPIE vol. 1641, p. 150-161, Physiological Monitoring and Early Detection Diagnostic Methods, Thomas S. Mang; Ed. (SPIE homepage). in 12 pages.

*Primary Examiner*—Eric F Winakur
*Assistant Examiner*—Etsub D Berhanu
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear, LLP

(57)      **ABSTRACT**

A physiological sensor has light emitting sources, each activated by addressing at least one row and at least one column of an electrical grid. The light emitting sources are capable of transmitting light of multiple wavelengths and a detector is responsive to the transmitted light after attenuation by body tissue.

**22 Claims, 48 Drawing Sheets**







Masimo Corp. v. Apple Inc.
**JTX 3003**
Case No: 8:20-cv-00048-JVS-JDE

APL-MAS_02044086

Exhibit 1

-4-

**US 7,764,982 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,700,708 | A | 10/1987 | New et al. | | |
| 4,714,341 | A | 12/1987 | Hamaguri et al. | | |
| 4,770,179 | A | 9/1988 | New et al. | | |
| 4,773,422 | A | 9/1988 | Isaacson et al. | | |
| 4,781,195 | A | 11/1988 | Martin | | |
| 4,800,885 | A | 1/1989 | Johnson | | |
| 4,832,484 | A | 5/1989 | Aoyagi et al. | | |
| 4,846,183 | A | 7/1989 | Martin | | |
| 4,863,265 | A | 9/1989 | Flower et al. | | |
| 4,867,571 | A | 9/1989 | Frick et al. | | |
| 4,869,254 | A | 9/1989 | Stone et al. | | |
| 4,907,876 | A | 3/1990 | Suzuki et al. | | |
| 4,911,167 | A | 3/1990 | Corenman et al. | | |
| 4,934,372 | A | 6/1990 | Corenman et al. | | |
| 4,942,877 | A | 7/1990 | Sakai et al. | | |
| 4,955,379 | A | 9/1990 | Hall | | |
| 4,960,126 | A | 10/1990 | Conlon et al. | | |
| 4,960,128 | A | 10/1990 | Gordon et al. | | |
| 4,964,010 | A | 10/1990 | Miyasaka et al. | | |
| 4,964,408 | A | 10/1990 | Hink et al. | | |
| 4,967,571 | A | 11/1990 | Sporri | | |
| 4,975,581 | A | 12/1990 | Robinson et al. | | |
| 4,986,665 | A | 1/1991 | Yamanishi et al. | | |
| 4,997,769 | A | 3/1991 | Lundsgaard | | |
| RE33,643 | E | 7/1991 | Isaacson et al. | | |
| 5,033,472 | A | 7/1991 | Sato et al. | | |
| 5,041,187 | A | 8/1991 | Hink et al. | | |
| 5,054,495 | A | 10/1991 | Uemura et al. | | |
| 5,058,588 | A | 10/1991 | Kaestle et al. | | |
| 5,069,213 | A | 12/1991 | Polczynski | | |
| 5,078,136 | A | 1/1992 | Stone et al. | | |
| 5,163,438 | A | 11/1992 | Gordon et al. | | |
| 5,190,040 | A | 3/1993 | Aoyagi | | |
| 5,209,230 | A | 5/1993 | Swedlow et al. | | |
| 5,259,381 | A | 11/1993 | Cheung et al. | | |
| 5,267,562 | A | 12/1993 | Ukawa et al. | | |
| 5,267,563 | A | 12/1993 | Swedlow et al. | | |
| 5,278,627 | A | 1/1994 | Aoyagi | | |
| 5,297,548 | A | 3/1994 | Pologe | | |
| 5,313,940 | A | 5/1994 | Fuse et al. | | |
| 5,331,549 | A | 7/1994 | Crawford, Jr. | | |
| 5,335,659 | A | 8/1994 | Pologe et al. | | |
| 5,337,744 | A | 8/1994 | Branigan | | |
| 5,348,004 | A | 9/1994 | Hollub | | |
| 5,351,685 | A | 10/1994 | Potratz | | |
| 5,355,880 | A | 10/1994 | Thomas et al. | | |
| 5,355,882 | A | 10/1994 | Ukawa et al | | |
| 5,361,758 | A | 11/1994 | Hall et al. | | |
| 5,368,224 | A | 11/1994 | Richardson et al. | | |
| D353,195 | S | 12/1994 | Savage et al. | | |
| D353,196 | S | 12/1994 | Savage et al. | | |
| 5,385,143 | A | 1/1995 | Aoyagi | | |
| 5,387,122 | A | 2/1995 | Goldberger et al. | | |
| 5,392,777 | A | 2/1995 | Swedlow et al. | | |
| 5,413,101 | A | 5/1995 | Sugiura | | |
| 5,421,329 | A | 6/1995 | Casciani et al. | | |
| 5,427,093 | A | 6/1995 | Ogawa et al. | | |
| 5,429,128 | A | 7/1995 | Cadell et al. | | |
| 5,431,170 | A | 7/1995 | Mathews | | |
| 5,435,309 | A | 7/1995 | Thomas et al. | | |
| D361,840 | S | 8/1995 | Savage et al. | | |
| D362,063 | S | 9/1995 | Savage et al. | | |
| 5,452,717 | A | 9/1995 | Branigan et al. | | |
| D363,120 | S | 10/1995 | Savage et al. | | |
| RE35,122 | E | 12/1995 | Corenman et al. | | |
| 5,482,036 | A | 1/1996 | Diab et al. | | |
| 5,490,505 | A | 2/1996 | Diab et al. | | |
| 5,490,523 | A | 2/1996 | Isaacson et al. | | |
| 5,494,032 | A | 2/1996 | Robinson et al. | | |
| 5,494,043 | A | 2/1996 | O'Sullivan et al. | | |
| 5,503,148 | A | 4/1996 | Pologe et al. | | |
| 5,520,177 | A | 5/1996 | Ogawa | | |
| 5,533,507 | A | 7/1996 | Potratz | | |
| 5,533,511 | A | 7/1996 | Kaspari et al. | | |
| 5,551,423 | A | 9/1996 | Sugiura | | |
| 5,553,615 | A | 9/1996 | Carim et al. | | |
| 5,555,882 | A | 9/1996 | Richardson et al. | | |
| 5,562,002 | A | 10/1996 | Lalin | | |
| 5,577,500 | A | 11/1996 | Potratz | | |
| 5,584,299 | A | 12/1996 | Sakai et al. | | |
| 5,588,427 | A | 12/1996 | Tien | | |
| 5,590,649 | A | 1/1997 | Caro et al. | | |
| 5,590,652 | A | 1/1997 | Inai | | |
| 5,595,176 | A | 1/1997 | Yamaura | | |
| 5,596,992 | A | 1/1997 | Haaland et al. | | |
| 5,602,924 | A | 2/1997 | Durand et al. | | |
| 5,603,623 | A | 2/1997 | Nishikawa et al. | | |
| 5,630,413 | A | 5/1997 | Thomas et al. | | |
| 5,632,272 | A | 5/1997 | Diab et al. | | |
| 5,638,816 | A | 6/1997 | Kiani-Azarbayjany et al. | | |
| 5,638,818 | A | 6/1997 | Diab et al. | | |
| 5,645,059 | A | 7/1997 | Fein et al. | | |
| 5,645,060 | A | 7/1997 | Yorkey | | |
| 5,645,440 | A | 7/1997 | Tobler et al. | | |
| 5,660,567 | A | 8/1997 | Nierlich et al. | | |
| 5,662,106 | A | 9/1997 | Swedlow et al. | | |
| 5,676,139 | A | 10/1997 | Goldberger et al. | | |
| 5,676,141 | A | 10/1997 | Hollub | | |
| 5,678,544 | A | 10/1997 | DeLonzor et al. | | |
| 5,685,299 | A | 11/1997 | Diab et al. | | |
| 5,685,301 | A | 11/1997 | Klomhaus | | |
| 5,687,719 | A | 11/1997 | Sato et al. | | |
| 5,687,722 | A | 11/1997 | Tien et al. | | |
| 5,690,104 | A | 11/1997 | Kanemoto et al. | | |
| 5,692,503 | A | 12/1997 | Kuenstner | | |
| 5,697,371 | A | 12/1997 | Aoyagi | | |
| 5,713,355 | A | 2/1998 | Richardson et al. | | |
| D393,830 | S | 4/1998 | Tobler et al. | | |
| 5,743,262 | A | 4/1998 | Lepper, Jr. et al. | | |
| 5,743,263 | A | 4/1998 | Baker, Jr. | | |
| 5,746,206 | A | 5/1998 | Mannheimer | | |
| 5,746,697 | A | 5/1998 | Swedlow et al. | | |
| 5,752,914 | A | 5/1998 | Delonzor et al. | | |
| 5,755,226 | A | 5/1998 | Carim et al. | | |
| 5,758,644 | A | 6/1998 | Diab et al. | | |
| 5,760,910 | A | 6/1998 | Lepper, Jr. et al. | | |
| 5,769,785 | A | 6/1998 | Diab et al. | | |
| 5,772,587 | A | 6/1998 | Gratton et al. | | |
| 5,779,630 | A | 7/1998 | Fein et al | | |
| 5,782,237 | A | 7/1998 | Casciani et al. | | |
| 5,782,756 | A | 7/1998 | Mannheimer | | |
| 5,782,757 | A | 7/1998 | Diab et al. | | |
| 5,785,659 | A | 7/1998 | Caro et al. | | |
| 5,790,729 | A | 8/1998 | Pologe et al. | | |
| 5,791,347 | A | 8/1998 | Flaherty et al. | | |
| 5,792,052 | A | 8/1998 | Isaacson et al. | | |
| 5,793,485 | A | 8/1998 | Gourley | | |
| 5,800,348 | A | 9/1998 | Kaestle et al. | | |
| 5,800,349 | A | 9/1998 | Isaacson et al. | | |
| 5,803,910 | A | 9/1998 | Potratz | | |
| 5,807,246 | A | 9/1998 | Sakaguchi et al. | | |
| 5,807,247 | A | 9/1998 | Merchant et al. | | |
| 5,810,723 | A | 9/1998 | Aldrich | | |
| 5,810,724 | A | 9/1998 | Gronvall | | |
| 5,810,734 | A | 9/1998 | Caro et al. | | |
| 5,817,010 | A | 10/1998 | Hibl | | |
| 5,818,985 | A | 10/1998 | Merchant et al. | | |
| 5,823,950 | A | 10/1998 | Diab et al. | | |
| 5,823,952 | A | 10/1998 | Levinson et al. | | |
| 5,827,182 | A | 10/1998 | Raley | | |
| 5,830,131 | A | 11/1998 | Caro et al. | | |
| 5,830,137 | A | 11/1998 | Scharf | | |
| 5,833,618 | A | 11/1998 | Caro et al. | | |
| 5,839,439 | A | 11/1998 | Nierlich et al. | | |

US 7,764,982 B2

Page 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RE36,000 | E | 12/1998 | Swedlow et al. | 6,285,895 | B1 | 9/2001 | Ristolainen et al. |
| 5,842,979 | A | 12/1998 | Jarman | 6,285,896 | B1 | 9/2001 | Tobler et al. |
| 5,851,178 | A | 12/1998 | Aronow | 6,298,252 | B1 | 10/2001 | Kovach et al. |
| 5,851,179 | A | 12/1998 | Ritson et al. | 6,304,675 | B1 | 10/2001 | Osbourn et al. |
| 5,853,364 | A | 12/1998 | Baker. Jr. et al. | 6,304,767 | B1 | 10/2001 | Soller et al. |
| 5,857,462 | A | 1/1999 | Thomas et al. | 6,321,100 | B1 | 11/2001 | Parker |
| 5,860,919 | A | 1/1999 | Kiani-Azarbayjany et al. | 6,330,468 | B1 | 12/2001 | Scharf |
| 5,865,736 | A | 2/1999 | Baker. Jr. et al. | 6,334,065 | B1 | 12/2001 | Al-Ali et al. |
| 5,876,348 | A | 3/1999 | Sugo | 6,341,257 | B1 | 1/2002 | Haaland |
| 5,885,213 | A | 3/1999 | Richardson et al. | 6,343,224 | B1 | 1/2002 | Parker |
| 5,890,929 | A | 4/1999 | Mills et al. | 6,349,228 | B1 | 2/2002 | Kiani et al. |
| 5,891,024 | A | 4/1999 | Jarman et al. | 6,351,658 | B1 | 2/2002 | Middleman et al. |
| 5,904,654 | A | 5/1999 | Wohltmann et al. | 6,356,774 | B1 | 3/2002 | Bernstein et al. |
| 5,910,108 | A | 6/1999 | Solenberger | 6,360,114 | B1 | 3/2002 | Diab et al. |
| 5,916,154 | A | 6/1999 | Hobbs et al. | 6,363,269 | B1 | 3/2002 | Hanna et al. |
| 5,919,133 | A | 7/1999 | Taylor | 6,371,921 | B1 | 4/2002 | Caro et al. |
| 5,919,134 | A | 7/1999 | Diab | 6,374,129 | B1 | 4/2002 | Chin et al. |
| 5,921,921 | A | 7/1999 | Potratz et al. | 6,377,828 | B1 | 4/2002 | Chaiken et al. |
| 5,934,277 | A | 8/1999 | Mortz | 6,377,829 | B1 | 4/2002 | Al-Ali |
| 5,934,925 | A | 8/1999 | Tobler et al. | 6,388,240 | B2 | 5/2002 | Schulz et al. |
| 5,940,182 | A | 8/1999 | Lepper, Jr. et al. | 6,393,310 | B1 | 5/2002 | Kuenstner |
| 5,954,644 | A | 9/1999 | Dettling | 6,397,091 | B2 | 5/2002 | Diab et al. |
| 5,978,691 | A | 11/1999 | Mills | 6,397,092 | B1 | 5/2002 | Norris et al. |
| 5,983,122 | A | 11/1999 | Jarman et al. | 6,397,093 | B1 | 5/2002 | Aldrich |
| 5,995,855 | A | 11/1999 | Kiani et al. | 6,408,198 | B1 | 6/2002 | Hanna et al. |
| 5,995,856 | A | 11/1999 | Mannheimer et al. | 6,411,833 | B1 | 6/2002 | Baker, Jr. et al. |
| 5,995,859 | A | 11/1999 | Takahashi | 6,415,166 | B1 | 7/2002 | Van Hoy et al. |
| 5,997,343 | A | 12/1999 | Mills et al. | 6,415,233 | B1 | 7/2002 | Haaland |
| 5,999,841 | A | 12/1999 | Aoyagi et al. | 6,415,236 | B2 | 7/2002 | Kobayashi et al. |
| 6,002,952 | A | 12/1999 | Diab et al. | 6,430,525 | B1 | 8/2002 | Weber et al. |
| 6,006,119 | A | 12/1999 | Soller et al. | 6,434,408 | B1 | 8/2002 | Heckel |
| 6,011,986 | A | 1/2000 | Diab et al. | 6,441,388 | B1 | 8/2002 | Thomas et al. |
| 6,014,576 | A | 1/2000 | Raley | 6,453,184 | B1 | 9/2002 | Hyogo et al. |
| 6,018,673 | A | 1/2000 | Chin et al. | 6,463,310 | B1 | 10/2002 | Swedlow et al. |
| 6,018,674 | A | 1/2000 | Aronow | 6,463,311 | B1 | 10/2002 | Diab |
| 6,023,541 | A | 2/2000 | Merchant et al. | 6,470,199 | B1 | 10/2002 | Kopotic et al. |
| 6,027,452 | A | 2/2000 | Flaherty et al. | 6,480,729 | B2 | 11/2002 | Stone |
| 6,036,642 | A | 3/2000 | Diab et al. | 6,490,466 | B1 | 12/2002 | Fein et al. |
| 6,045,509 | A | 4/2000 | Caro et al. | 6,497,659 | B1 | 12/2002 | Rafert |
| 6,064,898 | A | 5/2000 | Aldrich | 6,501,974 | B2 | 12/2002 | Huiku |
| 6,067,462 | A | 5/2000 | Diab et al. | 6,501,975 | B2 | 12/2002 | Diab et al. |
| 6,068,594 | A | 5/2000 | Schloemer et al. | 6,504,943 | B1 | 1/2003 | Sweatt et al. |
| 6,073,037 | A | 6/2000 | Alam et al. | 6,505,060 | B1 | 1/2003 | Norris |
| 6,081,735 | A | 6/2000 | Diab et al. | 6,505,061 | B2 | 1/2003 | Larson |
| 6,083,172 | A | 7/2000 | Baker. Jr. et al. | 6,505,133 | B1 | 1/2003 | Hanna |
| 6,088,607 | A | 7/2000 | Diab et al. | 6,510,329 | B2 | 1/2003 | Heckel |
| 6,094,592 | A | 7/2000 | Yorkey et al. | 6,515,273 | B2 | 2/2003 | Al-Ali |
| 6,104,938 | A | 8/2000 | Huiku | 6,519,486 | B1 | 2/2003 | Edgar, Jr. et al. |
| 6,110,522 | A | 8/2000 | Lepper, Jr. et al. | 6,519,487 | B1 | 2/2003 | Parker |
| 6,112,107 | A | 8/2000 | Hannula | 6,522,398 | B2 | 2/2003 | Cadell et al. |
| 6,122,042 | A | 9/2000 | Wunderman et al. | 6,525,386 | B1 | 2/2003 | Mills et al. |
| 6,144,868 | A | 11/2000 | Parker | 6,526,300 | B1 | 2/2003 | Kiani et al. |
| 6,151,516 | A | 11/2000 | Kiani-Azarbayjany et al. | 6,526,301 | B2 | 2/2003 | Larsen et al. |
| 6,151,518 | A | 11/2000 | Hayashi | 6,528,809 | B1 | 3/2003 | Thomas et al. |
| 6,152,754 | A | 11/2000 | Gerhardt et al. | 6,537,225 | B1 | 3/2003 | Mills |
| 6,154,667 | A | 11/2000 | Miura et al. | 6,541,756 | B2 | 4/2003 | Schulz et al. |
| 6,157,041 | A | 12/2000 | Thomas et al. | 6,542,764 | B1 | 4/2003 | Al-Ali et al. |
| 6,157,850 | A | 12/2000 | Diab et al. | 6,545,652 | B1 * | 4/2003 | Tsuji .......................... 345/82 |
| 6,165,005 | A | 12/2000 | Mills et al. | 6,546,267 | B1 | 4/2003 | Sugiura |
| 6,184,521 | B1 | 2/2001 | Coffin, IV et al. | 6,553,241 | B2 | 4/2003 | Mannheimer et al. |
| 6,192,261 | B1 | 2/2001 | Gratton et al. | 6,564,077 | B2 | 5/2003 | Mortara |
| 6,206,830 | B1 | 3/2001 | Diab et al. | 6,571,113 | B1 | 5/2003 | Fein et al. |
| 6,226,539 | B1 | 5/2001 | Potratz | 6,580,086 | B1 | 6/2003 | Schulz et al. |
| 6,229,856 | B1 | 5/2001 | Diab et al. | 6,582,964 | B1 | 6/2003 | Samsoondar et al. |
| 6,230,035 | B1 | 5/2001 | Aoyagi et al. | 6,584,336 | B1 | 6/2003 | Ali et al. |
| 6,236,872 | B1 | 5/2001 | Diab et al. | 6,584,413 | B1 | 6/2003 | Keenan et al. |
| 6,253,097 | B1 | 6/2001 | Aronow et al. | 6,591,123 | B2 | 7/2003 | Fein et al. |
| 6,256,523 | B1 | 7/2001 | Diab et al. | 6,594,511 | B2 | 7/2003 | Stone et al. |
| 6,262,698 | B1 * | 7/2001 | Blum .......................... 345/55 | 6,595,316 | B2 | 7/2003 | Cybulski et al. |
| 6,263,222 | B1 | 7/2001 | Diab et al. | 6,597,933 | B2 | 7/2003 | Kiani et al. |
| 6,272,363 | B1 | 8/2001 | Casciani et al. | 6,600,940 | B1 | 7/2003 | Fein et al. |
| 6,278,522 | B1 | 8/2001 | Lepper, Jr. et al. | 6,606,509 | B2 | 8/2003 | Schmitt |
| 6,280,213 | B1 | 8/2001 | Tobler et al. | 6,606,510 | B2 | 8/2003 | Swedlow et al. |

## US 7,764,982 B2

Page 4

| | | | |
|---|---|---|---|
| 6,606,511 B1 | 8/2003 | Ali et al. | |
| 6,611,698 B1 | 8/2003 | Yamashita et al. | |
| 6,614,521 B2 | 9/2003 | Samsoondar et al. | |
| 6,615,064 B1 | 9/2003 | Aldrich | |
| 6,615,151 B1 | 9/2003 | Scecina et al. | |
| 6,618,602 B2 | 9/2003 | Levin | |
| 6,622,095 B2 | 9/2003 | Kobayashi et al. | |
| 6,628,975 B1 | 9/2003 | Fein et al. | |
| 6,631,281 B1 | 10/2003 | Kastle | |
| 6,632,181 B2 | 10/2003 | Flaherty et al. | |
| 6,640,116 B2 | 10/2003 | Diab | |
| 6,643,530 B2 | 11/2003 | Diab et al. | |
| 6,650,917 B2 | 11/2003 | Diab et al. | |
| 6,654,623 B1 | 11/2003 | Kastle | |
| 6,654,624 B2 | 11/2003 | Diab et al. | |
| 6,657,717 B2 | 12/2003 | Cadell et al. | |
| 6,658,276 B2 | 12/2003 | Kianl et al. | |
| 6,658,277 B2 | 12/2003 | Wasserman | |
| 6,661,161 B1 | 12/2003 | Lanzo et al. | |
| 6,662,033 B2 | 12/2003 | Casciani et al. | |
| 6,665,551 B1 | 12/2003 | Suzuki | |
| 6,668,183 B2 | 12/2003 | Hicks et al. | |
| 6,671,526 B1 | 12/2003 | Aoyagi et al. | |
| 6,671,531 B2 | 12/2003 | Al-Ali et al. | |
| 6,675,031 B1 | 1/2004 | Porges et al. | |
| 6,675,106 B1 | 1/2004 | Keenan et al. | |
| 6,678,543 B2 | 1/2004 | Diab et al. | |
| 6,681,126 B2 | 1/2004 | Solenberger | |
| 6,684,090 B2 | 1/2004 | Ali et al. | |
| 6,684,091 B2 | 1/2004 | Parker | |
| 6,687,620 B2 | 2/2004 | Haaland et al. | |
| 6,694,157 B1 | 2/2004 | Stone et al. | |
| 6,697,655 B2 | 2/2004 | Sueppel et al. | |
| 6,697,656 B1 | 2/2004 | Al-Ali | |
| 6,697,658 B2 | 2/2004 | Al-Ali | |
| RE38,476 E | 3/2004 | Diab et al. | |
| 6,699,194 B1 | 3/2004 | Diab et al. | |
| 6,701,170 B2 | 3/2004 | Stetson | |
| 6,708,049 B1 | 3/2004 | Berson et al. | |
| 6,711,503 B2 | 3/2004 | Haaland | |
| 6,714,803 B1 | 3/2004 | Mortz | |
| 6,714,804 B2 | 3/2004 | Al-Ali et al. | |
| 6,714,805 B2 | 3/2004 | Jeon et al. | |
| RE38,492 E | 4/2004 | Diab et al. | |
| 6,719,705 B2 | 4/2004 | Mills | |
| 6,720,734 B2 | 4/2004 | Norris | |
| 6,721,584 B2 | 4/2004 | Baker, Jr. et al. | |
| 6,721,585 B1 | 4/2004 | Parker | |
| 6,725,074 B1 | 4/2004 | Kastle | |
| 6,725,075 B2 | 4/2004 | Al-Ali | |
| 6,726,634 B2 | 4/2004 | Freeman | |
| 6,735,459 B2 | 5/2004 | Parker | |
| 6,741,875 B1 | 5/2004 | Pawluczyk et al. | |
| 6,741,876 B1 | 5/2004 | Scecina et al. | |
| 6,743,172 B1 | 6/2004 | Blike | |
| 6,745,060 B2 | 6/2004 | Diab et al. | |
| 6,745,061 B1 | 6/2004 | Hicks et al. | |
| 6,748,253 B2 | 6/2004 | Norris et al. | |
| 6,748,254 B2 | 6/2004 | O'Neil et al. | |
| 6,754,515 B1 | 6/2004 | Pologe | |
| 6,754,516 B2 | 6/2004 | Mannheimer | |
| 6,760,607 B2 | 7/2004 | Al-Ali | |
| 6,760,609 B2 | 7/2004 | Jacques | |
| 6,770,028 B1 | 8/2004 | Ali et al. | |
| 6,771,994 B2 | 8/2004 | Kiani et al. | |
| 6,773,397 B2 | 8/2004 | Kelly | |
| 6,778,923 B2 | 8/2004 | Norris et al. | |
| 6,780,158 B2 | 8/2004 | Yarita | |
| 6,788,849 B1 | 9/2004 | Pawluczyk | |
| 6,792,300 B1 | 9/2004 | Diab et al. | |
| 6,801,797 B2 | 10/2004 | Mannheimer et al. | |
| 6,801,799 B2 | 10/2004 | Mendelson | |
| 6,810,277 B2 | 10/2004 | Edgar, Jr. et al. | |
| 6,813,511 B2 | 11/2004 | Diab et al. | |
| 6,816,741 B2 | 11/2004 | Diab | |
| 6,819,950 B2 | 11/2004 | Mills | |
| 6,822,564 B2 | 11/2004 | Al-Ali | |
| 6,825,619 B2 | 11/2004 | Norris | |
| 6,826,419 B1 | 11/2004 | Diab et al. | |
| 6,829,496 B2 | 12/2004 | Nagai et al. | |
| 6,830,711 B2 | 12/2004 | Mills et al. | |
| 6,836,679 B2 | 12/2004 | Baker, Jr. et al. | |
| 6,839,579 B1 | 1/2005 | Chin | |
| 6,839,580 B2 | 1/2005 | Zonios et al. | |
| 6,839,582 B2 | 1/2005 | Heckel | |
| 6,842,702 B2 | 1/2005 | Haaland et al. | |
| 6,845,256 B2 | 1/2005 | Chin et al. | |
| 6,847,835 B1 | 1/2005 | Yamanishi | |
| 6,850,787 B2 | 2/2005 | Weber et al. | |
| 6,850,788 B2 | 2/2005 | Al-Ali | |
| 6,852,083 B2 | 2/2005 | Caro et al. | |
| 6,861,639 B2 | 3/2005 | Al-Ali | |
| 6,869,402 B2 | 3/2005 | Arnold | |
| 6,882,874 B2 | 4/2005 | Huiku | |
| 6,898,452 B2 | 5/2005 | Al-Ali et al. | |
| 6,912,049 B2 | 6/2005 | Pawluczyk et al. | |
| 6,917,422 B2 | 7/2005 | Samsoondar et al. | |
| 6,919,566 B1 | 7/2005 | Cadell | |
| 6,920,345 B2 | 7/2005 | Al-Ali et al. | |
| 6,921,367 B2 | 7/2005 | Mills | |
| 6,922,645 B2 | 7/2005 | Haaland et al. | |
| 6,928,311 B1 | 8/2005 | Pawluczyk et al. | |
| 6,931,268 B1 | 8/2005 | Kiani-Azarbayjany et al. | |
| 6,931,269 B2 | 8/2005 | Terry | |
| 6,934,570 B2 | 8/2005 | Kiani et al. | |
| 6,939,305 B2 | 9/2005 | Flaherty et al. | |
| 6,943,348 B1 | 9/2005 | Coffin, IV | |
| 6,944,487 B2 | 9/2005 | Maynard et al. | |
| 6,950,687 B2 | 9/2005 | Al-Ali | |
| 6,961,598 B2 | 11/2005 | Diab | |
| 6,970,792 B1 | 11/2005 | Diab | |
| 6,975,891 B2 | 12/2005 | Pawluczyk | |
| 6,979,812 B2 | 12/2005 | Al-Ali | |
| 6,985,764 B2 | 1/2006 | Mason et al. | |
| 6,987,994 B1 | 1/2006 | Mortz | |
| 6,993,371 B2 | 1/2006 | Kiani et al. | |
| 6,996,427 B2 | 2/2006 | Ali et al. | |
| 6,999,904 B2 | 2/2006 | Weber et al. | |
| 7,001,337 B2 | 2/2006 | Dekker | |
| 7,003,338 B2 | 2/2006 | Weber et al. | |
| 7,003,339 B2 | 2/2006 | Diab et al. | |
| 7,006,856 B2 | 2/2006 | Baker, Jr. et al. | |
| 7,015,451 B2 | 3/2006 | Dalke et al. | |
| 7,024,233 B2 | 4/2006 | Al et al. | |
| 7,027,849 B2 | 4/2006 | Al-Ali | |
| 7,030,749 B2 | 4/2006 | Al-Ali | |
| 7,039,449 B2 | 5/2006 | Al-Ali | |
| 7,041,060 B2 | 5/2006 | Flaherty et al. | |
| 7,044,918 B2 | 5/2006 | Diab | |
| 7,245,953 B1 | 7/2007 | Parker | |
| 7,377,794 B2 | 5/2008 | Al-Ali et al. | |
| 2001/0044700 A1 | 11/2001 | Kobayashi et al. | |
| 2001/0045532 A1 | 11/2001 | Schulz et al. | |
| 2002/0021269 A1 | 2/2002 | Rast | |
| 2002/0035318 A1* | 3/2002 | Mannheimer et al. | 600/323 |
| 2002/0038078 A1 | 3/2002 | Ito | |
| 2002/0038081 A1 | 3/2002 | Fein et al. | |
| 2002/0059047 A1 | 5/2002 | Haaland | |
| 2002/0111748 A1 | 8/2002 | Kobayashi et al. | |
| 2002/0115919 A1 | 8/2002 | Al-Ali | |
| 2002/0156353 A1 | 10/2002 | Larson | |
| 2002/0159002 A1* | 10/2002 | Chang | 349/61 |
| 2002/0161291 A1 | 10/2002 | Kiani et al. | |
| 2002/0165440 A1 | 11/2002 | Mason et al. | |
| 2002/0183819 A1 | 12/2002 | Struble | |
| 2003/0045784 A1 | 3/2003 | Palatnik et al. | |

APL-MAS_02044089

Exhibit 1

**US 7,764,982 B2**

Page 5

| | | | |
|---|---|---|---|
| 2003/0045785 A1* | 3/2003 | Diab et al. .................. 600/323 |
| 2003/0109775 A1 | 6/2003 | O'Neil et al. |
| 2003/0120160 A1 | 6/2003 | Yarita |
| 2003/0139657 A1 | 7/2003 | Solenberger |
| 2003/0195402 A1 | 10/2003 | Fein et al. |
| 2004/0006261 A1 | 1/2004 | Swedlow et al. |
| 2004/0033618 A1 | 2/2004 | Haass et al. |
| 2004/0059209 A1 | 3/2004 | Al Ali et al. |
| 2004/0064259 A1 | 4/2004 | Haaland et al. |
| 2004/0081621 A1* | 4/2004 | Arndt et al. .................. 424/9.6 |
| 2004/0092805 A1 | 5/2004 | Yarita |
| 2004/0133087 A1 | 7/2004 | Al Ali et al. |
| 2004/0138538 A1 | 7/2004 | Stetson |
| 2004/0138540 A1 | 7/2004 | Baker. Jr. et al. |
| 2004/0147823 A1 | 7/2004 | Kiani et al. |
| 2004/0158134 A1 | 8/2004 | Diab et al. |
| 2004/0158135 A1 | 8/2004 | Baker. Jr. et al. |
| 2004/0162472 A1 | 8/2004 | Berson et al. |
| 2004/0167382 A1 | 8/2004 | Gardner et al. |
| 2004/0176670 A1 | 9/2004 | Takamura et al |
| 2004/0181134 A1 | 9/2004 | Baker. Jr. et al. |
| 2004/0199063 A1 | 10/2004 | O'Neil et al. |
| 2004/0204639 A1 | 10/2004 | Casciani et al. |
| 2004/0204868 A1 | 10/2004 | Maynard et al. |
| 2004/0262046 A1 | 12/2004 | Simon et al. |
| 2004/0267103 A1 | 12/2004 | Li et al. |
| 2004/0267140 A1 | 12/2004 | Ito et al. |
| 2005/0033128 A1 | 2/2005 | Al Ali et al. |
| 2005/0043902 A1 | 2/2005 | Haaland et al. |
| 2005/0049469 A1 | 3/2005 | Aoyagi et al. |
| 2005/0054908 A1* | 3/2005 | Blank et al. ................. 600/316 |

| | | | |
|---|---|---|---|
| 2005/0070773 A1 | 3/2005 | Chin et al. |
| 2005/0070775 A1 | 3/2005 | Chin et al. |
| 2005/0075546 A1 | 4/2005 | Samsoondar et al. |
| 2005/0085735 A1 | 4/2005 | Baker, Jr. et al. |
| 2005/0101848 A1 | 5/2005 | Al Ali et al. |
| 2005/0124871 A1 | 6/2005 | Baker, Jr. et al. |
| 2005/0143634 A1 | 6/2005 | Baker, Jr. et al. |
| 2005/0143043 A1 | 6/2005 | Brown |
| 2005/0148834 A1 | 7/2005 | Hull et al. |
| 2005/0184895 A1 | 8/2005 | Petersen et al. |
| 2005/0187447 A1 | 8/2005 | Chew et al. |
| 2005/0187448 A1 | 8/2005 | Petersen et al. |
| 2005/0187449 A1 | 8/2005 | Chew et al. |
| 2005/0187450 A1 | 8/2005 | Chew et al. |
| 2005/0187452 A1 | 8/2005 | Petersen et al. |
| 2005/0187453 A1 | 8/2005 | Petersen et al. |
| 2005/0197549 A1 | 9/2005 | Baker, Jr. |
| 2005/0197579 A1 | 9/2005 | Baker, Jr. |
| 2005/0197793 A1 | 9/2005 | Baker, Jr. |
| 2005/0203357 A1 | 9/2005 | Debreczeny et al. |
| 2005/0228253 A1 | 10/2005 | Debreczeny |
| 2005/0250997 A1 | 11/2005 | Takeda et al. |
| 2006/0030764 A1 | 2/2006 | Porges et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 00/59374 | 10/2000 |
| WO | WO 02/26123 | 4/2002 |
| WO | WO 03/068060 | 8/2003 |

* cited by examiner

APL-MAS_02044090
Exhibit 1
-8-

U.S. Patent

Jul. 27, 2010

Sheet 1 of 48

US 7,764,982 B2



FIG. 1

APL-MAS_02044091

Exhibit 1
-9-

U.S. Patent

Jul. 27, 2010

Sheet 2 of 48

US 7,764,982 B2



FIG. 2A

APL-MAS_02044092

Exhibit 1
-10-

U.S. Patent

Jul. 27, 2010

Sheet 3 of 48

US 7,764,982 B2



FIG. 2B



FIG. 2C

APL-MAS_02044093

Exhibit 1
-11-



# FIG. 3

APL-MAS_02044094
Exhibit 1
-12-



FIG. 4

APL-MAS_02044095

Exhibit 1
-13-



# FIG. 5

APL-MAS_02044096
Exhibit 1
-14-



**FIG. 6**

APL-MAS_02044097

Exhibit 1
-15-



FIG. 7



**FIG. 8**

APL-MAS_02044099

Exhibit 1

-17-

Case 8:20-cv-00048-JVS-JDE   Document 1917-2   Filed 09/05/23   Page 16 of 63   Page ID #:160571





**FIG. 9**

APL-MAS_02044100
Exhibit 1
-18-



FIG. 10A

FIG. 10B

FIG. 10C

FIG. 10D

APL-MAS_02044101

Exhibit 1
-19-



FIG. 11A

FIG. 11B

FIG. 11C

APL-MAS_02044102
Exhibit 1
-20-

U.S. Patent

Jul. 27, 2010

Sheet 13 of 48

US 7,764,982 B2



FIG. 12

APL-MAS_02044103
Exhibit 1
-21-

**U.S. Patent**     Jul. 27, 2010     Sheet 14 of 48     US 7,764,982 B2



FIG. 13

FIG. 14

APL-MAS_02044104
Exhibit 1
-22-



FIG. 15                    FIG. 16

APL-MAS_02044105

Exhibit 1
-23-

U.S. Patent

Jul. 27, 2010

Sheet 16 of 48

US 7,764,982 B2



FIG. 17

APL-MAS_02044106

Exhibit 1
-24-



1402



1411

# FIG. 18

APL-MAS_02044107

Exhibit 1

-25-



# FIG. 19

U.S. Patent

Jul. 27, 2010

Sheet 19 of 48

US 7,764,982 B2



FIG. 20

APL-MAS_02044109
Exhibit 1
-27-



FIG. 21

APL-MAS_02044110
Exhibit 1
-28-

# FIG. 22

APL-MAS_02044111

Exhibit 1

-29-



**FIG. 23**

APL-MAS_02044112
Exhibit 1
-30-

U.S. Patent

Jul. 27, 2010

Sheet 23 of 48

US 7,764,982 B2



FIG. 24

APL-MAS_02044113

Exhibit 1
-31-



**FIG. 25**



**FIG. 26**

APL-MAS_02044114
Exhibit 1
-32-





# FIG. 27

APL-MAS_02044115

Exhibit 1
-33-

**U.S. Patent**          Jul. 27, 2010          Sheet 26 of 48          US 7,764,982 B2



2800

# FIG. 28

APL-MAS_02044116
Exhibit 1
-34-





## FIG. 29A





## FIG. 29B

APL-MAS_02044117

Exhibit 1
-35-





# FIG. 30A



# FIG. 30B

APL-MAS_02044118

Exhibit 1

-36-



FIG. 30C

SECTION A-A

FIG. 30F

FIG. 30D

FIG. 30G

FIG. 30E

SECTION B-B

FIG. 30H

APL-MAS_02044119

Exhibit 1
-37-



FIG. 31A



FIG. 31B

APL-MAS_02044120
Exhibit 1
-38-



**FIG. 31C**



SECTION A-A

**FIG. 31F**



**FIG. 31D**



**FIG. 31G**



**FIG. 31E**



SECTION B-B

**FIG. 31H**

APL-MAS_02044121

Exhibit 1
-39-



3200



3220

## FIG. 32A



3210

## FIG. 32B

APL-MAS_02044122
Exhibit 1
-40-

3200





3210

A

A

B

B

## FIG. 32C

3200





**SECTION A-A**

## FIG. 32F

3200



## FIG. 32D

3200




## FIG. 32G

3200



3220

## FIG. 32E

3200



**SECTION B-B**

## FIG. 32H







APL-MAS_02044123

Exhibit 1
-41-



3300



## FIG. 33A

3300



## FIG. 33B

APL-MAS_02044124
Exhibit 1
-42-



FIG. 33C

SECTION A-A

FIG. 33F

FIG. 33D

FIG. 33G

FIG. 33E

SECTION B-B

FIG. 33H

APL-MAS_02044125

Exhibit 1

-43-

**U.S. Patent**      Jul. 27, 2010      Sheet 36 of 48      US 7,764,982 B2



3400



# FIG. 34A

3400



# FIG. 34B

APL-MAS_02044126
Exhibit 1
-44-

3400

A

B                    B

A



## FIG. 34C

3400



SECTION A-A

## FIG. 34F

3400



## FIG. 34D

3400



## FIG. 34G

3400



## FIG. 34E

3400



SECTION B-B

## FIG. 34H

APL-MAS_02044127

Exhibit 1
-45-



FIG. 35A

FIG. 35B

APL-MAS_02044128
Exhibit 1
-46-



FIG. 36A                    FIG. 36B



FIG. 36C

APL-MAS_02044129

Exhibit 1
-47-



FIG. 37A



FIG. 37B

FIG. 37D



FIG. 37C

APL-MAS_02044130
Exhibit 1
-48-



SECTION B-B

# FIG. 38A



# FIG. 38B



SECTION A-A

# FIG. 38D

# FIG. 38C

APL-MAS_02044131

Exhibit 1
-49-



3900

3910

## FIG. 39A



3900

A

A

3930

## FIG.39B



3900

3920

3912

3910

SECTION A-A
## FIG. 39D



3900

3910     3910

## FIG. 39C

U.S. Patent

Jul. 27, 2010

Sheet 43 of 48

US 7,764,982 B2



FIG. 40

APL-MAS_02044133
Exhibit 1
-51-



FIG. 41A

FIG. 41B

FIG. 41C

APL-MAS_02044134
Exhibit 1
-52-

U.S. Patent

Jul. 27, 2010

Sheet 45 of 48

US 7,764,982 B2



**FIG. 42**



**FIG. 43A**



**FIG. 43B**



**FIG. 43C**

APL-MAS_02044135

Exhibit 1
-53-

JTX 3003, page 50 of 62





**FIG. 44A**                    **FIG. 44B**

APL-MAS_02044136
Exhibit 1
-54-



FIG. 45

APL-MAS_02044137
Exhibit 1
-55-



## FIG. 46

APL-MAS_02044138
Exhibit 1
-56-

US 7,764,982 B2

**1**

# MULTIPLE WAVELENGTH SENSOR EMITTERS

## PRIORITY CLAIM TO RELATED PROVISIONAL APPLICATIONS

The present application claims priority benefit under 35 U.S.C. §119(e) to U.S. Provisional Patent Application Ser. No. 60/657,596, filed Mar. 1, 2005, entitled "Multiple Wavelength Sensor," No. 60/657,281, filed Mar. 1, 2005, entitled "Physiological Parameter Confidence Measure," No. 60/657,268, filed Mar. 1, 2005, entitled "Configurable Physiological Measurement System," and No. 60/657,759, filed Mar. 1, 2005, entitled "Noninvasive Multi-Parameter Patient Monitor." The present application incorporates the foregoing disclosures herein by reference.

## INCORPORATION BY REFERENCE OF COPENDING RELATED APPLICATIONS

The present application is related to the following copending U.S. utility applications:

|    | App. Sr. No. | Filing Date   | Title                                      | Atty Dock. |
|----|--------------|---------------|--------------------------------------------|------------|
| 1  | 11/366,995   | Mar. 1, 2006  | Multiple Wavelength Sensor Equalization    | MLR.003A   |
| 2  | 11/366,209   | Mar. 1, 2006  | Multiple Wavelength Sensor Substrate       | MLR.004A   |
| 3  | 11/366,210   | Mar. 1, 2006  | Multiple Wavelength Sensor Interconnect    | MLR.005A   |
| 4  | 11/366,833   | Mar. 1, 2006  | Multiple Wavelength Sensor Attachment      | MLR.006A   |
| 5  | 11/366,997   | Mar. 1, 2006  | Multiple Wavelength Sensor Drivers         | MLR.009A   |
| 6  | 11/367,034   | Mar. 1, 2006  | Physiological Parameter Confidence Measure | MLR.010A   |
| 7  | 11/367,036   | Mar. 1, 2006  | Configurable Physiological Measurement System | MLR.011A |
| 8  | 11/367,033   | Mar. 1, 2006  | Noninvasive Multi-Parameter Patient Monitor | MLR.012A  |
| 9  | 11/367,014   | Mar. 1, 2006  | Noninvasive Multi-Parameter Patient Monitor | MLR.013A  |
| 10 | 11/366,208   | Mar. 1, 2006  | Noninvasive Multi-Parameter Patient Monitor | MLR.014A  |

The present application incorporates the foregoing disclosures herein by reference.

## BACKGROUND OF THE INVENTION

Spectroscopy is a common technique for measuring the concentration of organic and some inorganic constituents of a solution. The theoretical basis of this technique is the Beer-Lambert law, which states that the concentration $c_i$ of an absorbent in solution can be determined by the intensity of light transmitted through the solution, knowing the pathlength $d_\lambda$, the intensity of the incident light $I_{0,\lambda}$, and the extinction coefficient $\epsilon_{i,\lambda}$ at a particular wavelength $\lambda$. In generalized form, the Beer-Lambert law is expressed as:

$$I_\lambda = I_{0,\lambda} e^{-d_\lambda \mu_{a,\lambda}} \qquad (1)$$

$$\mu_{a,\lambda} = \sum_{i=1}^{n} \epsilon_{i,\lambda} \cdot c_i \qquad (2)$$

where $\mu_{a,\lambda}$ is the bulk absorption coefficient and represents the probability of absorption per unit length. The minimum

**2**

number of discrete wavelengths that are required to solve EQS. 1-2 are the number of significant absorbers that are present in the solution.

A practical application of this technique is pulse oximetry, which utilizes a noninvasive sensor to measure oxygen saturation ($SpO_2$) and pulse rate. In general, the sensor has light emitting diodes (LEDs) that transmit optical radiation of red and infrared wavelengths into a tissue site and a detector that responds to the intensity of the optical radiation after absorption (e.g., by transmission or transreflectance) by pulsatile arterial blood flowing within the tissue site. Based on this response, a processor determines measurements for $SpO_2$, pulse rate, and can output representative plethysmographic waveforms. Thus, "pulse oximetry" as used herein encompasses its broad ordinary meaning known to one of skill in the art, which includes at least those noninvasive procedures for measuring parameters of circulating blood through spectroscopy. Moreover, "plethysmograph" as used herein (commonly referred to as "photoplethysmograph"), encompasses its broad ordinary meaning known to one of skill in the art, which includes at least data representative of a change in the absorption of particular wavelengths of light as a function of the changes in body tissue resulting from pulsing blood. Pulse oximeters capable of reading through motion induced noise are available from Masimo Corporation ("Masimo") of Irvine, Calif. Moreover, portable and other oximeters capable of reading through motion induced noise are disclosed in at least U.S. Pat. Nos. 6,770,028, 6,658,276, 6,157,850, 6,002,952 5,769,785, and 5,758,644, which are owned by Masimo and are incorporated by reference herein. Such reading through motion oximeters have gained rapid acceptance in a wide variety of medical applications, including surgical wards, intensive care and neonatal units, general wards, home care, physical training, and virtually all types of monitoring scenarios.

## SUMMARY OF THE INVENTION

There is a need to noninvasively measure multiple physiological parameters, other than, or in addition to, oxygen saturation and pulse rate. For example, hemoglobin species that are also significant under certain circumstances are carboxyhemoglobin and methemoglobin. Other blood parameters that may be measured to provide important clinical information are fractional oxygen saturation, total hemoglobin (Hbt), bilirubin and blood glucose, to name a few.

One aspect of a physiological sensor is light emitting sources, each activated by addressing at least one row and at least one column of an electrical grid. The light emitting sources transmit light having multiple wavelengths and a detector is responsive to the transmitted light after attenuation by body tissue.

Another aspect of a physiological sensor is light emitting sources capable of transmitting light having multiple wavelengths. Each of the light emitting sources includes a first contact and a second contact. The first contacts of a first set of the light emitting sources are in communication with a first conductor and the second contacts of a second set of the light emitting sources are in communication with a second conductor. A detector is capable of detecting the transmitted light attenuated by body tissue and outputting a signal indicative of at least one physiological parameter of the body tissue. At least one light emitting source of the first set and at least one light emitting source of the second set are not common to the first and second sets. Further, each of the first set and the second set comprises at least two of the light emitting sources.

APL-MAS_02044139

Exhibit 1
-57-

US 7,764,982 B2

**3**

A further aspect of a physiological sensor sequentially addresses light emitting sources using conductors of an electrical grid so as to emit light having multiple wavelengths that when attenuated by body tissue is indicative of at least one physiological characteristic. The emitted light is detected after attenuation by body tissue.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a physiological measurement system utilizing a multiple wavelength sensor;

FIGS. 2A-C are perspective views of multiple wavelength sensor embodiments;

FIG. 3 is a general block diagram of a multiple wavelength sensor and sensor controller;

FIG. 4 is an exploded perspective view of a multiple wavelength sensor embodiment;

FIG. 5 is a general block diagram of an emitter assembly;

FIG. 6 is a perspective view of an emitter assembly embodiment;

FIG. 7 is a general block diagram of an emitter array;

FIG. 8 is a schematic diagram of an emitter array embodiment;

FIG. 9 is a general block diagram of equalization;

FIGS. 10A-D are block diagrams of various equalization embodiments;

FIGS. 11A-C are perspective views of an emitter assembly incorporating various equalization embodiments;

FIG. 12 is a general block diagram of an emitter substrate;

FIGS. 13-14 are top and detailed side views of an emitter substrate embodiment;

FIGS. 15-16 are top and bottom component layout views of an emitter substrate embodiment;

FIG. 17 is a schematic diagram of an emitter substrate embodiment;

FIG. 18 is a plan view of an inner layer of an emitter substrate embodiment;

FIG. 19 is a general block diagram of an interconnect assembly in relationship to other sensor assemblies;

FIG. 20 is a block diagram of an interconnect assembly embodiment;

FIG. 21 is a partially-exploded perspective view of a flex circuit assembly embodiment of an interconnect assembly;

FIG. 22 is a top plan view of a flex circuit;

FIG. 23 is an exploded perspective view of an emitter portion of a flex circuit assembly;

FIG. 24 is an exploded perspective view of a detector assembly embodiment;

FIGS. 25-26 are block diagrams of adjacent detector and stacked detector embodiments;

FIG. 27 is a block diagram of a finger clip embodiment of an attachment assembly;

FIG. 28 is a general block diagram of a detector pad;

FIGS. 29A-B are perspective views of detector pad embodiments;

FIGS. 30A-H are perspective bottom, perspective top, bottom, back, top, side cross sectional, side, and front cross sectional views of an emitter pad embodiment;

FIGS. 31A-H are perspective bottom, perspective top, top, back, bottom, side cross sectional, side, and front cross sectional views of a detector pad embodiment;

FIGS. 32A-H are perspective bottom, perspective top, top, back, bottom, side cross sectional, side, and front cross sectional views of a shoe box;

FIGS. 33A-H are perspective bottom, perspective top, top, back, bottom, side cross sectional, side, and front cross sectional views of a slim-finger emitter pad embodiment;

**4**

FIGS. 34A-H are perspective bottom, perspective top, top, back, bottom, side cross sectional, side, and front cross sectional views of a slim-finger detector pad embodiment;

FIGS. 35A-B are plan and cross sectional views, respectively, of a spring assembly embodiment;

FIGS. 36A-C are top, perspective and side views of a finger clip spring;

FIGS. 37A-D are top, back, bottom, and side views of a spring plate;

FIGS. 38A-D are front cross sectional, bottom, front and side cross sectional views of an emitter-pad shell;

FIGS. 39A-D are back, top, front and side cross sectional views of a detector-pad shell;

FIG. 40 is a general block diagram of a monitor and a sensor;

FIGS. 41A-C are schematic diagrams of grid drive embodiments for a sensor having back-to-back diodes and an information element;

FIG. 42 is a schematic diagrams of a grid drive embodiment for an information element;

FIGS. 43A-C are schematic diagrams for grid drive readable information elements;

FIGS. 44A-B are cross sectional and side cut away views of a sensor cable;

FIG. 45 is a block diagram of a sensor controller embodiment; and

FIG. 46 is a detailed exploded perspective view of a multiple wavelength sensor embodiment.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

### Overview

In this application, reference is made to many blood parameters. Some references that have common shorthand designations are referenced through such shorthand designations. For example, as used herein, HbCO designates carboxyhemoglobin, HbMet designates methemoglobin, and Hbt designates total hemoglobin. Other shorthand designations such as COHb, MetHb, and tHb are also common in the art for these same constituents. These constituents are generally reported in terms of a percentage, often referred to as saturation, relative concentration or fractional saturation. Total hemoglobin is generally reported as a concentration in g/dL. The use of the particular shorthand designators presented in this application does not restrict the term to any particular manner in which the designated constituent is reported.

FIG. 1 illustrates a physiological measurement system 10 having a monitor 100 and a multiple wavelength sensor assembly 200 with enhanced measurement capabilities as compared with conventional pulse oximetry. The physiological measurement system 10 allows the monitoring of a person, including a patient. In particular, the multiple wavelength sensor assembly 200 allows the measurement of blood constituent and related parameters in addition to oxygen saturation and pulse rate. Alternatively, the multiple wavelength sensor assembly 200 allows the measurement of oxygen saturation and pulse rate with increased accuracy or robustness as compared with conventional pulse oximetry.

In one embodiment, the sensor assembly 200 is configured to plug into a monitor sensor port 110. Monitor keys 160 provide control over operating modes and alarms, to name a few. A display 170 provides readouts of measured parameters, such as oxygen saturation, pulse rate, HbCO and HbMet to name a few.

APL-MAS_02044140
Exhibit 1
-58-

US 7,764,982 B2

5

FIGS. 2A illustrates a multiple wavelength sensor assembly 200 having a sensor 400 adapted to attach to a tissue site, a sensor cable 4400 and a monitor connector 210. In one embodiment, the sensor 400 is incorporated into a reusable finger clip adapted to removably attach to, and transmit light through, a fingertip. The sensor cable 4400 and monitor connector 210 are integral to the sensor 400, as shown. In alternative embodiments, the sensor 400 may be configured separately from the cable 4400 and connector 210.

FIGS. 2B-C illustrate alternative sensor embodiments, including a sensor 401 (FIG. 2B) partially disposable and partially reusable (resposable) and utilizing an adhesive attachment mechanism. Also shown is a sensor 402 (FIG. 2C) being disposable and utilizing an adhesive attachment mechanism. In other embodiments, a sensor may be configured to attach to various tissue sites other than a finger, such as a foot or an ear. Also a sensor may be configured as a reflectance or transflectance device that attaches to a forehead or other tissue surface.

FIG. 3 illustrates a sensor assembly 400 having an emitter assembly 500, a detector assembly 2400, an interconnect assembly 1900 and an attachment assembly 2700. The emitter assembly 500 responds to drive signals received from a sensor controller 4500 in the monitor 100 via the cable 4400 so as to transmit optical radiation having a plurality of wavelengths into a tissue site. The detector assembly 2400 provides a sensor signal to the monitor 100 via the cable 4400 in response to optical radiation received after attenuation by the tissue site. The interconnect assembly 1900 provides electrical communication between the cable 4400 and both the emitter assembly 500 and the detector assembly 2400. The attachment assembly 2700 attaches the emitter assembly 500 and detector assembly 2400 to a tissue site, as described above. The emitter assembly 500 is described in further detail with respect to FIG. 5, below. The interconnect assembly 1900 is described in further detail with respect to FIG. 19, below. The detector assembly 2400 is described in further detail with respect to FIG. 24, below. The attachment assembly 2700 is described in further detail with respect to FIG. 27, below.

FIG. 4 illustrates a sensor 400 embodiment that removably attaches to a fingertip. The sensor 400 houses a multiple wavelength emitter assembly 500 and corresponding detector assembly 2400. A flex circuit assembly 1900 mounts the emitter and detector assemblies 500, 2400 and interconnects them to a multi-wire sensor cable 4400. Advantageously, the sensor 400 is configured in several respects for both wearer comfort and parameter measurement performance. The flex circuit assembly 1900 is configured to mechanically decouple the cable 4400 wires from the emitter and detector assemblies 500, 2400 to reduce pad stiffness and wearer discomfort. The pads 3000, 3100 are mechanically decoupled from shells 3800, 3900 to increase flexibility and wearer comfort. A spring 3600 is configured in hinged shells 3800, 3900 so that the pivot point of the finger clip is well behind the fingertip, improving finger attachment and more evenly distributing the clip pressure along the finger.

As shown in FIG. 4, the detector pad 3100 is structured to properly position a fingertip in relationship to the detector assembly 2400. The pads have flaps that block ambient light. The detector assembly 2400 is housed in an enclosure so as to reduce light piping from the emitter assembly to the detector assembly without passing through fingertip tissue. These and other features are described in detail below. Specifically, emitter assembly embodiments are described with respect to FIGS. 5-18. Interconnect assembly embodiments, including the flexible circuit assembly 1900, are described with respect

6

to FIGS. 19-23. Detector assembly embodiments are described with respect to FIGS. 24-26. Attachment assembly embodiments are described with respect to FIGS. 27-39.

Emitter Assembly

FIG. 5 illustrates an emitter assembly 500 having an emitter array 700, a substrate 1200 and equalization 900. The emitter array 700 has multiple light emitting sources, each activated by addressing at least one row and at least one column of an electrical grid. The light emitting sources are capable of transmitting optical radiation having multiple wavelengths. The equalization 900 accounts for differences in tissue attenuation of the optical radiation across the multiple wavelengths so as to at least reduce wavelength-dependent variations in detected intensity. The substrate 1200 provides a physical mount for the emitter array and emitter-related equalization and a connection between the emitter array and the interconnection assembly. Advantageously, the substrate 1200 also provides a bulk temperature measurement so as to calculate the operating wavelengths for the light emitting sources. The emitter array 700 is described in further detail with respect to FIG. 7, below. Equalization is described in further detail with respect to FIG. 9, below. The substrate 1200 is described in further detail with respect to FIG. 12, below.

FIG. 6 illustrates an emitter assembly 500 embodiment having an emitter array 700, an encapsulant 600, an optical filter 1100 and a substrate 1200. Various aspects of the emitter assembly 500 are described with respect to FIGS. 7-18, below. The emitter array 700 emits optical radiation having multiple wavelengths of predetermined nominal values, advantageously allowing multiple parameter measurements. In particular, the emitter array 700 has multiple light emitting diodes (LEDs) 710 that are physically arranged and electrically connected in an electrical grid to facilitate drive control, equalization, and minimization of optical pathlength differences at particular wavelengths. The optical filter 1100 is advantageously configured to provide intensity equalization across a specific LED subset. The substrate 1200 is configured to provide a bulk temperature of the emitter array 700 so as to better determine LED operating wavelengths.

Emitter Array

FIG. 7 illustrates an emitter array 700 having multiple light emitters (LE) 710 capable of emitting light 702 having multiple wavelengths into a tissue site 1. Row drivers 4530 and column drivers 4560 are electrically connected to the light emitters 710 and activate one or more light emitters 710 by addressing at least one row 720 and at least one column 740 of an electrical grid. In one embodiment, the light emitters 710 each include a first contract 712 and a second contact 714. The first contract 712 of a first subset 730 of light emitters is in communication with a first conductor 720 of the electrical grid. The second contact 714 of a second subset 750 of light emitters is in communication with a second conductor 740. Each subset comprises at least two light emitters, and at least one of the light emitters of the first and second subsets 730, 750 are not in common. A detector 2400 is capable of detecting the emitted light 702 and outputting a sensor signal 2500 responsive to the emitted light 702 after attenuation by the tissue site 1. As such, the sensor signal 2500 is indicative of at least one physiological parameter corresponding to the tissue site 1, as described above.

FIG. 8 illustrates an emitter array 700 having LEDs 801 connected within an electrical grid of n rows and m columns totaling n+m drive lines 4501, 4502, where n and m integers greater than one. The electrical grid advantageously minimizes the number of drive lines required to activate the LEDs

APL-MAS_02044141

Exhibit 1

-59-

US 7,764,982 B2

7

801 while preserving flexibility to selectively activate individual LEDs 801 in any sequence and multiple LEDs 801 simultaneously. The electrical grid also facilitates setting LED currents so as to control intensity at each wavelength, determining operating wavelengths and monitoring total grid current so as to limit power dissipation. The emitter array 700 is also physically configured in rows 810. This physical organization facilitates clustering LEDs 801 according to wavelength so as to minimize pathlength variations and facilitates equalization of LED intensities.

As shown in FIG. 8, one embodiment of an emitter array 700 comprises up to sixteen LEDs 801 configured in an electrical grid of four rows 810 and four columns 820. Each of the four row drive lines 4501 provide a common anode connection to four LEDs 801, and each of the four column drive lines 4502 provide a common cathode connection to four LEDs 801. Thus, the sixteen LEDs 801 are advantageously driven with only eight wires, including four anode drive lines 812 and four cathode drive lines 822. This compares favorably to conventional common anode or cathode LED configurations, which require more drive lines. In a particular embodiment, the emitter array 700 is partially populated with eight LEDs having nominal wavelengths as shown in TABLE 1. Further, LEDs having wavelengths in the range of 610-630 nm are grouped together in the same row. The emitter array 700 is adapted to a physiological measurement system 10 (FIG. 1) for measuring $H_bCO$ and/or METHb in addition to $S_pO_2$ and pulse rate.

TABLE 1

| Nominal LED Wavelengths | | | |
|---|---|---|---|
| LED | λ | Row | Col |
| D1 | 630 | 1 | 1 |
| D2 | 620 | 1 | 2 |
| D3 | 610 | 1 | 3 |
| D4 | | 1 | 4 |
| D5 | 700 | 2 | 1 |
| D6 | 730 | 2 | 2 |
| D7 | 660 | 2 | 3 |
| D8 | 805 | 2 | 4 |
| D9 | | 3 | 1 |
| D10 | | 3 | 2 |
| D11 | | 3 | 3 |
| D12 | 905 | 3 | 4 |
| D13 | | 4 | 1 |
| D14 | | 4 | 2 |
| D15 | | 4 | 3 |
| D16 | | 4 | 4 |

Also shown in FIG. 8, row drivers 4530 and column drivers 4560 located in the monitor 100 selectively activate the LEDs 801. In particular, row and column drivers 4530, 4560 function together as switches to Vcc and current sinks, respectively, to activate LEDs and as switches to ground and Vcc, respectively, to deactivate LEDs. This push-pull drive configuration advantageously prevents parasitic current flow in deactivated LEDs. In a particular embodiment, only one row drive line 4501 is switched to Vcc at a time. One to four column drive lines 4502, however, can be simultaneously switched to a current sink so as to simultaneously activate multiple LEDs within a particular row. Activation of two or more LEDs of the same wavelength facilitates intensity equalization, as described with respect to FIGS. 9-11, below. LED drivers are described in further detail with respect to FIG. 45, below.

Although an emitter assembly is described above with respect to an array of light emitters each configured to trans-

8

mit optical radiation centered around a nominal wavelength, in another embodiment, an emitter assembly advantageously utilizes one or more tunable broadband light sources, including the use of filters to select the wavelength, so as to minimize wavelength-dependent pathlength differences from emitter to detector. In yet another emitter assembly embodiment, optical radiation from multiple emitters each configured to transmit optical radiation centered around a nominal wavelength is funneled to a tissue site point so as to minimize wavelength-dependent pathlength differences. This funneling may be accomplish with fiberoptics or mirrors, for example. In further embodiments, the LEDs 801 can be configured with alternative orientations with correspondingly different drivers among various other configurations of LEDs, drivers and interconnecting conductors.

Equalization

FIG. 9 illustrate a physiological parameter measurement system 10 having a controller 4500, an emitter assembly 500, a detector assembly 2400 and a front-end 4030. The emitter assembly 500 is configured to transmit optical radiation having multiple wavelengths into the tissue site 1. The detector assembly 2400 is configured to generate a sensor signal 2500 responsive to the optical radiation after tissue attenuation. The front-end 4030 conditions the sensor signal 2500 prior to analog-to-digital conversion (ADC).

FIG. 9 also generally illustrates equalization 900 in a physiological measurement system 10 operating on a tissue site 1. Equalization encompasses features incorporated into the system 10 in order to provide a sensor signal 2500 that falls well within the dynamic range of the ADC across the entire spectrum of emitter wavelengths. In particular, equalization compensates for the imbalance in tissue light absorption due to Hb and HbO₂ 910. Specifically, these blood constituents attenuate red wavelengths greater than IR wavelengths. Ideally, equalization 900 balances this unequal attenuation. Equalization 900 can be introduced anywhere in the system 10 from the controller 4500 to front-end 4000 and can include compensatory attenuation versus wavelength, as shown, or compensatory amplification versus or both.

Equalization can be achieved to a limited extent by adjusting drive currents from the controller 4500 and front-end 4030 amplification accordingly to wavelength so as to compensate for tissue absorption characteristics. Signal demodulation constraints, however, limit the magnitude of these adjustments. Advantageously, equalization 900 is also provided along the optical path from emitters 500 to detector 2400. Equalization embodiments are described in further detail with respect to FIGS. 10-11, below.

FIGS. 10A-D illustrate various equalization embodiments having an emitter array 700 adapted to transmit optical radiation into a tissue site 1 and a detector assembly 2400 adapted to generate a sensor signal 2500 responsive to the optical radiation after tissue attenuation. FIG. 10A illustrates an optical filter 1100 that attenuates at least a portion of the optical radiation before it is transmitted into a tissue site 1. In particular, the optical filter 1100 attenuates at least a portion of the IR wavelength spectrum of the optical radiation so as to approximate an equalization curve 900 (FIG. 9). FIG. 10B illustrates an optical filter 1100 that attenuates at least a portion of the optical radiation after it is attenuated by a tissue site 1, where the optical filter 1100 approximates an equalization curve 900 (FIG. 9).

FIG. 10C illustrates an emitter array 700 where at least a portion of the emitter array generates one or more wavelengths from multiple light emitters 710 of the same wavelength. In particular, the same-wavelength light emitters 710 boost at least a portion of the red wavelength spectrum so as

APL-MAS_02044142
Exhibit 1
-60-

US 7,764,982 B2

9

to approximately equalize the attenuation curves 910 (FIG. 9). FIG. 10D illustrates a detector assembly 2400 having multiple detectors 2610, 2620 selected so as to equalize the attenuation curves 910 (FIG. 9). To a limited extent, optical equalization can also be achieved by selection of particular emitter array 700 and detector 2400 components, e.g. LEDs having higher output intensities or detectors having higher sensitivities at red wavelengths. Although equalization embodiments are described above with respect to red and IR wavelengths, these equalization embodiments can be applied to equalize tissue characteristics across any portion of the optical spectrum.

FIGS. 11A-C illustrates an optical filter 1100 for an emitter assembly 500 that advantageously provides optical equalization, as described above. LEDs within the emitter array 700 may be grouped according to output intensity or wavelength or both. Such a grouping facilitates equalization of LED intensity across the array. In particular, relatively low tissue absorption and/or relatively high output intensity LEDs can be grouped together under a relatively high attenuation optical filter. Likewise, relatively low tissue absorption and/or relatively low output intensity LEDs can be grouped together without an optical filter or under a relatively low or negligible attenuation optical filter. Further, high tissue absorption and/or low intensity LEDs can be grouped within the same row with one or more LEDs of the same wavelength being simultaneously activated, as described with respect to FIG. 10C, above. In general, there can be any number of LED groups and any number of LEDs within a group. There can also be any number of optical filters corresponding to the groups having a range of attenuation, including no optical filter and/or a "clear" filter having negligible attenuation.

As shown in FIGS. 11A-C, a filtering media may be advantageously added to an encapsulant that functions both as a cover to protect LEDs and bonding wires and as an optical filter 1100. In one embodiment, a filtering media 1100 encapsulates a select group of LEDs and a clear media 600 (FIG. 6) encapsulates the entire array 700 and the filtering media 1000 (FIG. 6). In a particular embodiment, corresponding to TABLE 1, above, five LEDs nominally emitting at 660-905 nm are encapsulated with both a filtering media 1100 and an overlying clear media 600 (FIG. 6), i.e. attenuated. In a particular embodiment, the filtering media 1100 is a 40:1 mixture of a clear encapsulant (EPO-TEK OG147-7) and an opaque encapsulate (EPO-TEK OG147) both available from Epoxy Technology, Inc., Billerica, Mass. Three LEDs nominally emitting at 610-630 nm are only encapsulated with the clear media 600 (FIG. 6), i.e. unattenuated. In alternative embodiments, individual LEDs may be singly or multiply encapsulated according to tissue absorption and/or output intensity. In other alternative embodiments, filtering media may be separately attachable optical filters or a combination of encapsulants and separately attachable optical filters. In a particular embodiment, the emitter assembly 500 has one or more notches along each side proximate the component end 1305 (FIG. 13) for retaining one or more clip-on optical filters.

Substrate

FIG. 12 illustrates light emitters 710 configured to transmit optical radiation 1201 having multiple wavelengths in response to corresponding drive currents 1210. A thermal mass 1220 is disposed proximate the emitters 710 so as to stabilize a bulk temperature 1202 for the emitters. A temperature sensor 1230 is thermally coupled to the thermal mass 1220, wherein the temperature sensor 1230 provides a temperature sensor output 1232 responsive to the bulk temperature 1202 so that the wavelengths are determinable as a function of the drive currents 1210 and the bulk temperature 1202.

10

In one embodiment, an operating wavelength $\lambda_a$ of each light emitter 710 is determined according to EQ. 3

$$\lambda_a = f\left(T_b, I_{drive}, \sum I_{drive}\right) \qquad (3)$$

where $T_b$ is the bulk temperature, $I_{drive}$ is the drive current for a particular light emitter, as determined by the sensor controller 4500 (FIG. 45), described below, and $\Sigma I_{drive}$ is the total drive current for all light emitters. In another embodiment, temperature sensors are configured to measure the temperature of each light emitter 710 and an operating wavelength $\lambda_a$ of each light emitter 710 is determined according to EQ. 4

$$\lambda_a = f\left(T_a, I_{drive}, \sum I_{drive}\right) \qquad (4)$$

where $T_a$ is the temperature of a particular light emitter, $I_{drive}$ is the drive current for that light emitter and $\Sigma I_{drive}$ is the total drive current for all light emitters.

In yet another embodiment, an operating wavelength for each light emitter is determined by measuring the junction voltage for each light emitter 710. In a further embodiment, the temperature of each light emitter 710 is controlled, such as by one or more Peltier cells coupled to each light emitter 710, and an operating wavelength for each light emitter 710 is determined as a function of the resulting controlled temperature or temperatures. In other embodiments, the operating wavelength for each light emitter 710 is determined directly, for example by attaching a charge coupled device (CCD) to each light emitter or by attaching a fiberoptic to each light emitter and coupling the fiberoptics to a wavelength measuring device, to name a few.

FIGS. 13-18 illustrate one embodiment of a substrate 1200 configured to provide thermal conductivity between an emitter array 700 (FIG. 8) and a thermistor 1540 (FIG. 16). In this manner, the resistance of the thermistor 1540 (FIG. 16) can be measured in order to determine the bulk temperature of LEDs 801 (FIG. 8) mounted on the substrate 1200. The substrate 1200 is also configured with a relatively significant thermal mass, which stabilizes and normalizes the bulk temperature so that the thermistor measurement of bulk temperature is meaningful.

FIGS. 13-14 illustrate a substrate 1200 having a component side 1301, a solder side 1302, a component end 1305 and a connector end 1306. Alignment notches 1310 are disposed between the ends 1305, 1306. The substrate 1200 further has a component layer 1401, inner layers 1402-1405 and a solder layer 1406. The inner layers 1402-1405, e.g. inner layer 1402 (FIG. 18), have substantial metallized areas 1411 that provide a thermal mass 1220 (FIG. 12) to stabilize a bulk temperature for the emitter array 700 (FIG. 12). The metallized areas 1411 also function to interconnect component pads 1510 and wire bond pads 1520 (FIG. 15) to the connector 1530.

FIGS. 15-16 illustrate a substrate 1200 having component pads 1510 and wire bond pads 1520 at a component end 1305. The component pads 1510 mount and electrically connect a first side (anode or cathode) of the LEDs 801 (FIG. 8) to the substrate 1200. Wire bond pads 1520 electrically connect a second side (cathode or anode) of the LEDs 801 (FIG. 8) to the substrate 1200. The connector end 1306 has a connector 1530 with connector pads 1532, 1534 that mount and electrically connect the emitter assembly 500 (FIG. 23), including the substrate 1200, to the flex circuit 2200 (FIG. 22). Sub-

APL-MAS_02044143

Exhibit 1

-61-

US 7,764,982 B2

11                                                                                                    12

strate layers 1401-1406 (FIG. 14) have traces that electrically
connect the component pads 1510 and wire bond pads 1520 to
the connector 1532-1534. A thermistor 1540 is mounted to
thermistor pads 1550 at the component end 1305, which are
also electrically connected with traces to the connector 1530.
Plated thru holes electrically connect the connector pads
1532, 1534 on the component and solder sides 1301, 1302,
respectively.

FIG. 17 illustrates the electrical layout of a substrate 1200.
A portion of the LEDs 801, including D1-D4 and D13-D16
have cathodes physically and electrically connected to com-
ponent pads 1510 (FIG. 15) and corresponding anodes wire
bonded to wire bond pads 1520. Another portion of the LEDs
801, including D5-D8 and D9-D12, have anodes physically
and electrically connected to component pads 1510 (FIG. 15)
and corresponding cathodes wire bonded to wire bond pads
1520. The connector 1530 has row pinouts J21-J24, column
pinouts J31-J34 and thermistor pinouts J40-J41 for the LEDs
801 and thermistor 1540.

Interconnect Assembly

FIG. 19 illustrates an interconnect assembly 1900 that
mounts the emitter assembly 500 and detector assembly
2400, connects to the sensor cable 4400 and provides electri-
cal communications between the cable and each of the emitter
assembly 500 and detector assembly 2400. In one embodi-
ment, the interconnect assembly 1900 is incorporated with
the attachment assembly 2700, which holds the emitter and
detector assemblies to a tissue site. An interconnect assembly
embodiment utilizing a flexible (flex) circuit is described with
respect to FIGS. 20-24, below.

FIG. 20 illustrates an interconnect assembly 1900 embodi-
ment having a circuit substrate 2200, an emitter mount 2210,
a detector mount 2220 and a cable connector 2230. The emit-
ter mount 2210, detector mount 2220 and cable connector
2230 are disposed on the circuit substrate 2200. The emitter
mount 2210 is adapted to mount an emitter assembly 500
having multiple emitters. The detector mount 2220 is adapted
to mount a detector assembly 2400 having a detector. The
cable connector 2230 is adapted to attach a sensor cable 4400.
A first plurality of conductors 2040 disposed on the circuit
substrate 2200 electrically interconnects the emitter mount
2210 and the cable connector 2230. A second plurality of
conductors 2050 disposed on the circuit substrate 2200 elec-
trically interconnects the detector mount 2220 and the cable
connector 2230. A decoupling 2060 disposed proximate the
cable connector 2230 substantially mechanically isolates the
cable connector 2230 from both the emitter mount 2210 and
the detector mount 2220 so that sensor cable stiffness is not
translated to the emitter assembly 500 or the detector assem-
bly 2400. A shield 2070 is adapted to fold over and shield one
or more wires or pairs of wires of the sensor cable 4400.

FIG. 21 illustrates a flex circuit assembly 1900 having a
flex circuit 2200, an emitter assembly 500 and a detector
assembly 2400, which is configured to terminate the sensor
end of a sensor cable 4400. The flex circuit assembly 1900
advantageously provides a structure that electrically connects
yet mechanically isolates the sensor cable 4400, the emitter
assembly 500 and the detector assembly 2400. As a result, the
mechanical stiffness of the sensor cable 4400 is not translated
to the sensor pads 3000, 3100 (FIGS. 30-31), allowing a
comfortable finger attachment for the sensor 200 (FIG. 1). In
particular, the emitter assembly 500 and detector assembly
2400 are mounted to opposite ends 2201, 2202 (FIG. 22) of an
elongated flex circuit 2200. The sensor cable 4400 is mounted
to a cable connector 2230 extending from a middle portion of
the flex circuit 2200. Detector wires 4470 are shielded at the

flex circuit junction by a fold-over conductive ink flap 2240,
which is connected to a cable inner shield 4450. The flex
circuit 2200 is described in further detail with respect to FIG.
22. The emitter portion of the flex circuit assembly 1900 is
described in further detail with respect to FIG. 23. The detec-
tor assembly 2400 is described with respect to FIG. 24. The
sensor cable 4400 is described with respect to FIGS. 44A-B,
below.

FIG. 22 illustrates a sensor flex circuit 2200 having an
emitter end 2201, a detector end 2202, an elongated intercon-
nect 2204, 2206 between the ends 2201, 2202 and a cable
connector 2230 extending from the interconnect 2204, 2206.
The emitter end 2201 forms a "head" having emitter solder
pads 2210 for attaching the emitter assembly 500 (FIG. 6) and
mounting ears 2214 for attaching to the emitter pad 3000
(FIG. 30B), as described below. The detector end 2202 has
detector solder pads for attaching the detector 2410 (FIG. 24).
The interconnect 2204 between the emitter end 2201 and the
cable connector 2230 forms a "neck," and the interconnect
2206 between the detector end 2202 and the cable connector
2230 forms a "tail." The cable connector 2230 forms "wings"
that extend from the interconnect 2204, 2206 between the
neck 2204 and tail 2206. A conductive ink flap 2240 connects
to the cable inner shield 4450 (FIGS. 44A-B) and folds over
to shield the detector wires 4470 (FIGS. 44A-B) soldered to
the detector wire pads 2236. The outer wire pads 2238 con-
nect to the remaining cable wires 4430 (FIGS. 44A-B). The
flex circuit 2200 has top coverlay, top ink, inner coverlay,
trace, trace base, bottom ink and bottom coverlay layers.

The flex circuit 2200 advantageously provides a connec-
tion between a multiple wire sensor cable 4400 (FIGS. 44A-
B), a multiple wavelength emitter assembly 500 (FIG. 6) and
a detector assembly 2400 (FIG. 24) without rendering the
emitter and detector assemblies unwieldy and stiff. In par-
ticular, the wings 2230 provide a relatively large solder pad
area 2232 that is narrowed at the neck 2204 and tail 2206 to
mechanically isolate the cable 4400 (FIGS. 44A-B) from the
remainder of the flex circuit 2200. Further, the neck 2206 is
folded (see FIG. 4) for installation in the emitter pad 3000
(FIGS. 30A-H) and acts as a flexible spring to further
mechanically isolate the cable 4400 (FIGS. 44A-B) from the
emitter assembly 500 (FIG. 4). The tail 2206 provides an
integrated connectivity path between the detector assembly
2400 (FIG. 24) mounted in the detector pad 3100 (FIGS.
31A-H) and the cable connector 2230 mounted in the oppo-
site emitter pad 3000 (FIGS. 30A-H).

FIG. 23 illustrates the emitter portion of the flex circuit
assembly 1900 (FIG. 21) having the emitter assembly 500.
The emitter assembly connector 1530 is attached to the emit-
ter end 2210 of the flex circuit 2200 (FIG. 22). In particular,
reflow solder 2330 connects thru hole pads 1532, 1534 of the
emitter assembly 500 to corresponding emitter pads 2310 of
the flex circuit 2200 (FIG. 22).

FIG. 24 illustrates a detector assembly 2400 including a
detector 2410, solder pads 2420, copper mesh tape 2430, an
EMI shield 2440 and foil 2450. The detector 2410 is soldered
2460 chip side down to detector solder pads 2420 of the flex
circuit 2200. The detector solder joint and detector ground
pads 2420 are wrapped with the Kapton tape 2470. EMI
shield tabs 2442 are folded onto the detector pads 2420 and
soldered. The EMI shield walls are folded around the detector
2410 and the remaining tabs 2442 are soldered to the back of
the EMI shield 2440. The copper mesh tape 2430 is cut to size
and the shielded detector and flex circuit solder joint are
wrapped with the copper mesh tape 2430. The foil 2450 is cut
to size with a predetermined aperture 2452. The foil 2450 is

APL-MAS_02044144
Exhibit 1
-62-

US 7,764,982 B2

**13**

wrapped around shielded detector with the foil side in and the
aperture 2452 is aligned with the EMI shield grid 2444.

Detector Assembly

FIG. 25 illustrates an alternative detector assembly 2400
embodiment having adjacent detectors. Optical radiation
having multiple wavelengths generated by emitters 700 is
transmitted into a tissue site 1. Optical radiation at a first set of
wavelengths is detected by a first detector 2510, such as, for
example, a Si detector. Optical radiation at a second set of
wavelengths is detected by a second detector 2520, such as,
for example, a GaAs detector.

FIG. 26 illustrates another alternative detector assembly
2400 embodiment having stacked detectors coaxial along a
light path. Optical radiation having multiple wavelengths
generated by emitters 700 is transmitted into a tissue site 1.
Optical radiation at a first set of wavelengths is detected by a
first detector 2610. Optical radiation at a second set of wave-
lengths passes through the first detector 2610 and is detected
by a second detector 2620. In a particular embodiment, a
silicon (Si) detector and a gallium arsenide (GaAs) detector
are used. The Si detector is placed on top of the GaAs detector
so that light must pass through the Si detector before reaching
the GaAs detector. The Si detector can be placed directly on
top of the GaAs detector or the Si and GaAs detector can be
separated by some other medium, such as a transparent
medium or air. In another particular embodiment, a germa-
nium detector is used instead of the GaAs detector. Advanta-
geously, the stacked detector arrangement minimizes error
caused by pathlength differences as compared with the adja-
cent detector embodiment.

Finger Clip

FIG. 27 illustrates a finger clip embodiment 2700 of a
physiological sensor attachment assembly. The finger clip
2700 is configured to removably attach an emitter assembly
500 (FIG. 6) and detector assembly 2400 (FIG. 24), intercon-
nected by a flex circuit assembly 1900, to a fingertip. The
finger clip 2700 has an emitter shell 3800, an emitter pad
3000, a detector pad 2800 and a detector shell 3900. The
emitter shell 3800 and the detector shell 3900 are rotatably
connected and urged together by the spring assembly 3500.
The emitter pad 3000 is fixedly retained by the emitter shell.
The emitter assembly 500 (FIG. 6) is mounted proximate the
emitter pad 3000 and adapted to transmit optical radiation
having a plurality of wavelengths into fingertip tissue. The
detector pad 2800 is fixedly retained by the detector shell
3900. The detector assembly 3500 is mounted proximate the
detector pad 2800 and adapted to receive the optical radiation
after attenuation by fingertip tissue.

FIG. 28 illustrates a detector pad 2800 advantageously
configured to position and comfortably maintain a fingertip
relative to a detector assembly for accurate sensor measure-
ments. In particular, the detector pad has fingertip positioning
features including a guide 2810, a contour 2820 and a stop
2830. The guide 2810 is raised from the pad surface 2803 and
narrows as the guide 2810 extends from a first end 2801 to a
second end 2802 so as to increasingly conform to a fingertip
as a fingertip is inserted along the pad surface 2803 from the
first end 2801. The contour 2820 has an indentation defined
along the pad surface 2803 generally shaped to conform to a
fingertip positioned over a detector aperture 2840 located
within the contour 2820. The stop 2830 is raised from the pad
surface 2803 so as to block the end of a finger from inserting
beyond the second end 2802. FIGS. 29A-B illustrate detector
pad embodiments 3100, 3400 each having a guide 2810, a
contour 2820 and a stop 2830, described in further detail with
respect to FIGS. 31 and 34, respectively.

**14**

FIGS. 30A-H illustrate an emitter pad 3000 having emitter
pad flaps 3010, an emitter window 3020, mounting pins 3030,
an emitter assembly cavity 3040, isolation notches 3050, a
flex circuit notch 3070 and a cable notch 3080. The emitter
pad flaps 3010 overlap with detector pad flaps 3110 (FIGS.
31A-H) to block ambient light. The emitter window 3020
provides an optical path from the emitter array 700 (FIG. 8) to
a tissue site. The mounting pins 3030 accommodate apertures
in the flex circuit mounting ears 2214 (FIG. 22), and the cavity
3040 accommodates the emitter assembly 500 (FIG. 21).
Isolation notches 3050 mechanically decouple the shell
attachment 3060 from the remainder of the emitter pad 3000.
The flex circuit notch 3070 accommodates the flex circuit tail
2206 (FIG. 22) routed to the detector pad 3100 (FIGS. 31A-
H). The cable notch 3080 accommodates the sensor cable
4400 (FIGS. 44A-B). FIGS. 33A-H illustrate an alternative
slim finger emitter pad 3300 embodiment.

FIGS. 31A-H illustrate a detector pad 3100 having detector
pad flaps 3110, a shoe box cavity 3120 and isolation notches
3150. The detector pad flaps 3110 overlap with emitter pad
flaps 3010 (FIGS. 30A-H), interleaving to block ambient
light. The shoe box cavity 3120 accommodates a shoe box
3200 (FIG. 32A-H) described below. Isolation notches 3150
mechanically decouple the attachment points 3160 from the
remainder of the detector pad 3100. FIGS. 34A-H illustrate
an alternative slim finger detector pad 3400 embodiment.

FIGS. 32A-H illustrate a shoe box 3200 that accommo-
dates the detector assembly 2400 (FIG. 24). A detector win-
dow 3210 provides an optical path from a tissue site to the
detector 2410 (FIG. 24). A flex circuit notch 3220 accommo-
dates the flex circuit tail 2206 (FIG. 22) routed from the
emitter pad 3000 (FIGS. 30A-H). In one embodiment, the
shoe box 3200 is colored black or other substantially light
absorbing color and the emitter pad 3000 and detector pad
3100 are each colored white or other substantially light
reflecting color.

FIGS. 35-37 illustrate a spring assembly 3500 having a
spring 3600 configured to urge together an emitter shell 3800
(FIG. 46) and a detector shell 3900. The detector shell is
rotatably connected to the emitter shell. The spring is dis-
posed between the shells 3800, 3900 and adapted to create a
pivot point along a finger gripped between the shells that is
substantially behind the fingertip. This advantageously
allows the shell hinge 3810, 3910 (FIGS. 38-39) to expand so
as to distribute finger clip force along the inserted finger,
comfortably keeping the fingertip in position over the detec-
tor without excessive force.

As shown in FIGS. 36A-C, the spring 3600 has coils 3610,
an emitter shell leg 3620 and a detector shell leg 3630. The
emitter shell leg 3620 presses against the emitter shell 3800
(FIGS. 38A-D) proximate a grip 3820 (FIGS. 38A-D). The
detector shell legs 3630 extend along the detector shell 3900
(FIGS. 39A-D) to a spring plate 3700 (FIGS. 37A-D) attach-
ment point. The coil 3610 is secured by hinge pins 410 (FIG.
46) and is configured to wind as the finger clip is opened,
reducing its diameter and stress accordingly.

As shown in FIGS. 37A-D the spring plate 3700 has attach-
ment apertures 3710, spring leg slots 3720, and a shelf 3730.
The attachment apertures 3710 accept corresponding shelf
posts 3930 (FIGS. 39A-D) so as to secure the spring plate
3700 to the detector shell 3900 (FIG. 39A-D). Spring legs
3630 (FIG. 36A-C) are slidably anchored to the detector shell
3900 (FIG. 39A-D) by the shelf 3730, advantageously allow-
ing the combination of spring 3600, shells 3800, 3900 and
hinges 3810, 3910 to adjust to various finger sizes and shapes.

FIGS. 38-39 illustrate the emitter and detector shells 3800,
3900, respectively, having hinges 3810, 3910 and grips 3820,

APL-MAS_02044

Exhibit 1

-63-

US 7,764,982 B2

15

**3920.** Hinge apertures **3812, 3912** accept hinge pins **410** (FIG. **46**) so as to create a finger clip. The detector shell hinge aperture **3912** is elongated, allowing the hinge to expand to accommodate a finger.

Monitor and Sensor

FIG. **40** illustrates a monitor **100** and a corresponding sensor assembly **200**, as described generally with respect to FIGS. **1-3**, above. The sensor assembly **200** has a sensor **400** and a sensor cable **4400**. The sensor **400** houses an emitter assembly **500** having emitters responsive to drivers within a sensor controller **4500** so as to transmit optical radiation into a tissue site. The sensor **400** also houses a detector assembly **2400** that provides a sensor signal **2500** responsive to the optical radiation after tissue attenuation. The sensor signal **2500** is filtered, amplified, sampled and digitized by the front-end **4030** and input to a DSP (digital signal processor) **4040**, which also commands the sensor controller **4500**. The sensor cable **4400** electrically communicates drive signals from the sensor controller **4500** to the emitter assembly **500** and a sensor signal **2500** from the detector assembly **2400** to the front-end **4030**. The sensor cable **4400** has a monitor connector **210** that plugs into a monitor sensor port **110**.

In one embodiment, the monitor **100** also has a reader **4020** capable of obtaining information from an information element (IE) in the sensor assembly **200** and transferring that information to the DSP **4040**, to another processor or component within the monitor **100**, or to an external component or device that is at least temporarily in communication with the monitor **100**. In an alternative embodiment, the reader function is incorporated within the DSP **4040**, utilizing one or more of DSP I/O, ADC, DAC features and corresponding processing routines, as examples.

In one embodiment, the monitor connector **210** houses the information element **4000**, which may be a memory device or other active or passive electrical component. In a particular embodiment, the information element **4000** is an EPROM, or other programmable memory, or an EEPROM, or other reprogrammable memory, or both. In an alternative embodiment, the information element **4000** is housed within the sensor **400**, or an information element **4000** is housed within both the monitor connector **4000** and the sensor **400**. In yet another embodiment, the emitter assembly **500** has an information element **4000**, which is read in response to one or more drive signals from the sensor controller **4500**, as described with respect to FIGS. **41-43**, below. In a further embodiment, a memory information element is incorporated into the emitter array **700** (FIG. **8**) and has characterization information relating to the LEDs **801** (FIG. **8**). In one advantageous embodiment, trend data relating to slowly varying parameters, such as perfusion index, HbCO or METHb, to name a few, are stored in an IE memory device, such as EEPROM.

Back-To-Back LEDs

FIGS. **41-43** illustrate alternative sensor embodiments. A sensor controller **4500** configured to activate an emitter array **700** (FIG. **7**) arranged in an electrical grid, is described with respect to FIG. **7**, above. Advantageously, a sensor controller **4500** so configured is also capable of driving a conventional two-wavelength (red and IR) sensor **4100** having back-to-back LEDs **4110, 4120** or an information element **4300** or both.

FIG. **41A** illustrates a sensor **4100** having an electrical grid **4130** configured to activate light emitting sources by addressing at least one row conductor and at least one column conductor. A first LED **4110** and a second LED **4120** are configured in a back-to-back arrangement so that a first contact **4152** is connected to a first LED **4110** cathode and a second LED

16

**4120** anode and a second contact **4154** is connected to a first LED **4110** anode and a second LED **4120** cathode. The first contact **4152** is in communications with a first row conductor **4132** and a first column conductor **4134**. The second contact is in communications with a second row conductor **4136** and a second column conductor **4138**. The first LED **4110** is activated by addressing the first row conductor **4132** and the second column conductor **4138**. The second LED **4120** is activated by addressing the second row conductor **4136** and the first column conductor **4134**.

FIG. **41B** illustrates a sensor cable **4400** embodiment capable of communicating signals between a monitor **100** and a sensor **4100**. The cable **4400** has a first row input **4132**, a first column input **4134**, a second row input **4136** and a second column input **4138**. A first output **4152** combines the first row input **4132** and the first column input **4134**. A second output **4154** combines a second row input **4136** and second column input **4138**.

FIG. **41C** illustrates a monitor **100** capable of communicating drive signals to a sensor **4100**. The monitor **4400** has a first row signal **4132**, a first column signal **4134**, a second row signal **4136** and a second column signal **4138**. A first output signal **4152** combines the first row signal **4132** and the first column signal **4134**. A second output signal **4154** combines a second row signal **4136** and second column signal **4138**.

Information Elements

FIGS. **42-43** illustrate information element **4200-4300** embodiments in communications with emitter array drivers configured to activate light emitters connected in an electrical grid. The information elements are configured to provide information as DC values, AC values or a combination of DC and AC values in response corresponding DC, AC or combination DC and AC electrical grid drive signals. FIG. **42** illustrates information element embodiment **4200** advantageously driven directly by an electrical grid having rows **710** and columns **720**. In particular, the information element **4200** has a series connected resistor $R_2$ **4210** and diode **4220** connected between a row line **710** and a column line **720** of an electrical grid. In this manner, the resistor $R_2$ value can be read in a similar manner that LEDs **810** (FIG. **8**) are activated. The diode **4220** is oriented, e.g. anode to row and cathode to column as the LEDs so as to prevent parasitic currents from unwanted activation of LEDs **810** (FIG. **8**).

FIGS. **43A-C** illustrate other embodiments where the value of $R_1$ is read with a DC grid drive current and a corresponding grid output voltage level. In other particular embodiments, the combined values of $R_1$, $R_2$ and C or, alternatively, $R_1$, $R_2$ and L are read with a varying (AC) grid drive currents and a corresponding grid output voltage waveform. As one example, a step in grid drive current is used to determine component values from the time constant of a corresponding rise in grid voltage. As another example, a sinusoidal grid drive current is used to determine component values from the magnitude or phase or both of a corresponding sinusoidal grid voltage. The component values determined by DC or AC electrical grid drive currents can represent sensor types, authorized suppliers or manufacturers, emitter wavelengths among others. Further, a diode D (FIG. **43C**) can be used to provide one information element reading $R_1$ at one drive level or polarity and another information element reading, combining $R_1$ and $R_2$, at a second drive level or polarity, i.e. when the diode is forward biased.

Passive information element **4300** embodiments may include any of various combinations of resistors, capacitors or inductors connected in series and parallel, for example. Other information element **4300** embodiments connected to an electrical grid and read utilizing emitter array drivers

APL-MAS_02044146
Exhibit 1
-64-

US 7,764,982 B2

17

18

incorporate other passive components, active components or memory components, alone or in combination, including transistor networks, PROMs, ROMs, EPROMs, EEPROMs, gate arrays and PLAs to name a few.

Sensor Cable

FIGS. 44A-B illustrate a sensor cable 4400 having an outer jacket 4410, an outer shield 4420, multiple outer wires 4430, an inner jacket 4440, an inner shield 4450, a conductive polymer 4460 and an inner twisted wire pair 4470. The outer wires 4430 are advantageously configured to compactly carry multiple drive signals to the emitter array 700 (FIG. 7). In one embodiment, there are twelve outer wires 4430 corresponding to four anode drive signals 4501 (FIG. 45), four cathode drive signals 4502 (FIG. 45), two thermistor pinouts 1450 (FIG. 15) and two spares. The inner twisted wire pair 4470 corresponds to the sensor signal 2500 (FIG. 25) and is extruded within the conductive polymer 4460 so as to reduce triboelectric noise. The shields 4420, 4450 and the twisted pair 4470 boost EMI and crosstalk immunity for the sensor signal 2500 (FIG. 25).

Controller

FIG. 45 illustrates a sensor controller 4500 located in the monitor 100 (FIG. 1) and configured to provide anode drive signals 4501 and cathode drive signals 4502 to the emitter array 700 (FIG. 7). The DSP (digital signal processor) 4040, which performs signal processing functions for the monitor, also provides commands 4042 to the sensor controller 4500. These commands determine drive signal 4501, 4502 levels and timing. The sensor controller 4500 has a command register 4510, an anode selector 4520, anode drivers 4530, current DACs (digital-to-analog converters) 4540, a current multiplexer 4550, cathode drivers 4560, a current meter 4570 and a current limiter 4580. The command register 4510 provides control signals responsive to the DSP commands 4042. In one embodiment, the command register 4510 is a shift register that loads serial command data 4042 from the DSP 4040 and synchronously sets output bits that select or enable various functions within the sensor controller 4500, as described below.

As shown in FIG. 45, the anode selector 4520 is responsive to anode select 4516 inputs from the command register 4510 that determine which emitter array row 810 (FIG. 8) is active. Accordingly, the anode selector 4520 sets one of the anode on 4522 outputs to the anode drivers 4530, which pulls up to Vcc one of the anode outputs 4501 to the emitter array 700 (FIG. 8).

Also shown in FIG. 45, the current DACs 4540 are responsive to command register data 4519 that determines the currents through each emitter array column 820 (FIG. 8). In one embodiment, there are four, 12-bit DACs associated with each emitter array column 820 (FIG. 8), sixteen DACs in total. That is, there are four DAC outputs 4542 associated with each emitter array column 820 (FIG. 8) corresponding to the currents associated with each row 810 (FIG. 8) along that column 820 (FIG. 8). In a particular embodiment, all sixteen DACs 4540 are organized as a single shift register, and the command register 4510 serially clocks DAC data 4519 into the DACs 4540. A current multiplexer 4550 is responsive to cathode on 4518 inputs from the command register 4510 and anode on 4522 inputs from the anode selector 4520 so as to convert the appropriate DAC outputs 4542 to current set 4552 inputs to the cathode drivers 4560. The cathode drivers 4560 are responsive to the current set 4552 inputs to pull down to ground one to four of the cathode outputs 4502 to the emitter array 700 (FIG. 8).

The current meter 4570 outputs a current measure 4572 that indicates the total LED current driving the emitter array 700 (FIG. 8). The current limiter 4580 is responsive to the current measure 4572 and limits specified by the command register 4510 so as to prevent excessive power dissipation by the emitter array 700 (FIG. 8). The current limiter 4580 provides an enable 4582 output to the anode selector 4520. A Hi Limit 4512 input specifies the higher of two preset current limits. The current limiter 4580 latches the enable 4582 output in an off condition when the current limit is exceeded, disabling the anode selector 4520. A trip reset 4514 input resets the enable 4582 output to re-enable the anode selector 4520.

Sensor Assembly

As shown in FIG. 46, the sensor 400 has an emitter shell 3800, an emitter pad 3000, a flex circuit assembly 2200, a detector pad 3100 and a detector shell 3900. A sensor cable 4400 attaches to the flex circuit assembly 2200, which includes a flex circuit 2100, an emitter assembly 500 and a detector assembly 2400. The portion of the flex circuit assembly 2200 having the sensor cable 4400 attachment and emitter assembly 500 is housed by the emitter shell 3800 and emitter pad 3000. The portion of the flex circuit assembly 2200 having the detector assembly 2400 is housed by the detector shell 3900 and detector pad 3100. In particular, the detector assembly 2400 inserts into a shoe 3200, and the shoe 3200 inserts into the detector pad 3100. The emitter shell 3800 and detector shell 3900 are fastened by and rotate about hinge pins 410, which insert through coils of a spring 3600. The spring 3600 is held to the detector shell 3900 with a spring plate 3700. A finger stop 450 attaches to the detector shell. In one embodiment, a silicon adhesive 420 is used to attach the pads 3000, 3100 to the shells 3800, 3900, a silicon potting compound 430 is used to secure the emitter and detector assemblies 500, 2400 within the pads 3000, 3100, and a cyanoacrylic adhesive 440 secures the sensor cable 4400 to the emitter shell 3800.

A multiple wavelength sensor has been disclosed in detail in connection with various embodiments. These embodiments are disclosed by way of examples only and are not to limit the scope of the claims that follow. One of ordinary skill in art will appreciate many variations and modifications.

What is claimed is:

1. A physiological sensor configured to measure an indication of a physiological characteristic of a living patient, the physiological sensor comprising:

a plurality of light emitting sources arranged to impinge light on body tissue of a living patient, each light emitting source activated by addressing at least one of a plurality of rows and at least one of a plurality of columns of an electrical grid, the light emitting sources capable of transmitting light of a plurality of wavelengths, wherein there are fewer light emitting sources than intersections of the rows and columns;

a detector responsive to the transmitted light after attenuation by body tissue of the living patient, the body tissue including pulsating blood, wherein the detector is configured to generate a signal indicative of a physiological characteristic of the living patient; and

a sensor housing configured to position the plurality of light emitting sources and the detector with respect to the body tissue of the living patient.

2. The physiological sensor according to claim 1 wherein multiple ones of the light emitting sources are capable of transmitting light of the same wavelength, the multiple ones simultaneously activated by addressing one of the rows.

APL-MAS_02044147

Exhibit 1

-65-