# EXHIBIT 4

| | |
|---|---|
| From: | Adrian Perica [perica@apple.com] |
| Sent: | 3/22/2013 1:04:44 PM |
| To: | Paul Jansen [PJansen@masimo.com] |
| CC: | Steve Smith [srsmith@apple.com] |
| Subject: | Checking In |

Paul,

Hope you had a good weekend. I wanted to loop back around on the NDA and next steps.

We reviewed your NDA internally but would prefer to use an Apple form for a couple of reasons. The largest is that our conversation will cover a range of topics across Apple (e.g., our MFI program, potential app development help, your technology roadmap, connecting to Apple retail, etc.). Second, there are some basic terms that we need in NDAs such as mutuality, residuals, termination date, need to disclose if required by law, etc. Yours is shorter, which I really liked, but we hacked it up so much that we concluded we ought to try using an Apple one.

I've copied Steve Smith on my team, who will run point on the NDA and scheduling next steps. He'll send you a standard Apple NDA later today.

As well, can we start working schedules for a meeting here in Cupertino? After some conversations internally, I'd like to cover the following topics in what's probably a a half day program, including breaks.

**1. Overview of Masimo** - 30 minutes - Standard corporate intro stuff covering company, broad product line, market focus, internal org, key leaders that Apple might meet over time. Probably more "hospital/Healthcare" focused.

**2. Overirew of iOS/Mobile Products -** 30 minutes - Focus on those products you are doing in the "consumer" space. Probably your roadmap stuff here. Maybe how you see the industry evolving.

**3. Overview of Technology** - 1 hour - Deeper dive into the actual optical technology and algorithms used in your tech. We at Apple have a tendency to want to dig deep. Purpose it to begin understanding how this "medical" tech could work in normal consumer settings (vs. controlled hospital settings). We're also interested to understand which measurements your technology can reliably take now and what's potentially on the roadmap. The idea is to see whether consumers can 'use' the measurements in their daily lives or whether they really are inputs to a medical doctor's periodic diagnosis or treatment of specific conditions.

**4. Overview of Regulatory Process/Environment** - 30 minutes - Anything you can share for how you go thru the regulatory approval process, how Apple/smart phone folks are involved to date, and how you might like us to be involved going forward

**5. Masimo requests of Apple right now** - 30 minutes - These are things you need from Apple right now for your product plans (e.g., Bluetooth connectivity, better intros into Retail, connections with Developer Relations, potential promotion in the App store, selling "joint solutions", etc.)

**6. How Apple could integrate Masimo tech into Apple products -** 1 hour - This is the more pie in the sky stuff. Let's discuss any ideas you have about how Apple could or should integrate some these technologies in our products. On our side, we want to specifically touch on things we're seeing in start-up land like the Basis watch, Valencell earbuds or LifeWatch smart phone. There's a ton more but these cover the water front from wearable electronics for fitness/wellness to "doctor in the box" ideas.



MASA03217800

Exhibit 4
-503-

How does the above agenda look? It's broad, so we can move fast and plan on follow-up as necessary.

Steve will propose dates and attendees on our side, but it will be a combination of:
- Engineering
- Marketing
- Legal/Regulatory

Thanks,
Adrian

MASA03217801

Exhibit 4
-504-