# EXHIBIT 5

Subject: Re: Can we get together tomorrow to discuss targets ?
From: "Adrian Perica" <perica@apple.com>
Received(Date): Tue, 12 Feb 2013 07:20:20 +0000
To: "James Foster" <jhfoster@apple.com>
Cc: "Steve Smith" <srsmith@apple.com>
Attachment: Rover Discussion 2013.02.08.key
Date: Tue, 12 Feb 2013 07:20:20 +0000

Definitely. I'm free from 11-12 or 2-3. Or after 6pm. What works for you?

Attached is the presentation we were planning to share with Bob on the PPG companies. Maybe we can review that and then talk about others?

By the way, Denby Frazier told me that they are bringing in the CMO of Masimo next week for the potential Apple hire. Are you interviewing him?

thx

On Feb 11, 2013, at 6:35 PM, James Foster <jhfoster@apple.com> wrote:

>



Hotelling
Exhibit 259
(8-2-22)

APL-MAS_00403772

Exhibit K
Page 1
Exhibit 5
-505-



Apple Confidential

## Executive Summary

- Two standout, related companies appear to exist in PPG space
  - Masimo: $1.2bn market cap, $490m 2012E revenue, founded in 1989 by electrical engineer Joe Kiani, headquarters in Irvine, CA
  - Cercacor: ~50 person, privately-held, consumer-focused PPG company also founded by Joe Kiani
  - Team recommends reaching out to Joe Kiani, the CEO of both companies, to understand technology and explore a collaboration

[redacted]

APL-MAS_00403774



APL-MAS_00403775



APL-MAS_00403776

Exhibit K
Page 5
Exhibit 5
-509-

Case 8:20-cv-00048-JVS-JDE   Document 1801-13   Filed 06/26/23   Page 7 of 14   Page ID #:153981



APL-MAS_00403777

Case 8:20-cv-00048-JVS-JDE Document 1801-13 Filed 06/26/23 Page 8 of 14 Page ID #:153982



APL-MAS_00403778



APL-MAS_00403779

Case 8:20-cv-00048-JVS-JDE   Document 1801-13   Filed 06/26/23   Page 10 of 14   Page ID
#:153984



APL-MAS_00403780



APL-MAS_00403781

Case 8:20-cv-00048-JVS-JDE   Document 1801-13   Filed 06/26/23   Page 12 of 14   Page ID #:153986



APL-MAS_00403782





APL-MAS_00403784