MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S REQUEST TO FILE A TWO-PAGE REPLY AND/OR HOLD ORAL ARGUMENT REGARDING THE NEW ARGUMENTS AND EVIDENCE RAISED IN PLAINTIFFS' SUPPLEMENTAL RESPONSE REGARDING UNJUST ENRICHMENT** |

APPLE'S REQUEST FOR A TWO-PAGE REPLY AND/OR ORAL ARGUMENT REGARDING PLAINTIFFS' SUPPLEMENTAL RESPONSE REGARDING UNJUST ENRICHMENT
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

APPLE'S REQUEST FOR A TWO-PAGE REPLY AND/OR ORAL ARGUMENT REGARDING PLAINTIFFS' SUPPLEMENTAL RESPONSE REGARDING UNJUST ENRICHMENT
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

Apple respectfully requests (1) leave to file a two-page reply and/or (2) that the Court schedule a hearing to permit Apple to respond to the new evidence and arguments raised in Plaintiffs' Supplemental Response Regarding Unjust Enrichment.

This Court's Rule 50(b) decision ordered supplemental briefing "on what evidence Plaintiffs rely to causally link the misappropriation of [the remaining alleged trade secrets] to profits flowing from the Blood Oxygen feature specifically." Dkt. 1901 at 14-15. Apple's brief accordingly analyzed all the trial evidence Plaintiffs identified in their Rule 50(b) opposition brief to support their unjust enrichment arguments. *See generally* Dkt. 1911. Plaintiffs' response, however, relies on evidence and arguments that go beyond what Plaintiffs included in their prior briefing on unjust enrichment. *Compare* Dkts. 1703 [Plaintiffs' 50(a) Opp.] at 16-17, 18, 20, 24-27 and 1812 [Plaintiffs' 50(b) Opp.] at 13-16 *with* Dkt. 1919. Apple's proposed reply brief addressing those new points is attached as Exhibit A to this motion.

APPLE'S REQUEST FOR A TWO-PAGE REPLY AND/OR ORAL ARGUMENT REGARDING PLAINTIFFS' SUPPLEMENTAL RESPONSE REGARDING UNJUST ENRICHMENT
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

Dated: September 7, 2023                    Respectfully submitted,

JOSEPH J. MUELLER
MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By:  /s/ *Mark D. Selwyn*
         Mark D. Selwyn


*Attorneys for Defendant Apple Inc.*

APPLE'S REQUEST FOR A TWO-PAGE REPLY AND/OR ORAL ARGUMENT REGARDING PLAINTIFFS' SUPPLEMENTAL RESPONSE REGARDING UNJUST ENRICHMENT
2                                         CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Apple Inc. certifies that this brief contains 586 words, which [choose one]:

 X  complies with the word limit of L.R. 11-6.1

 __ complies with the word limit set by court order dated [date].

Dated: September 7, 2023          Respectfully submitted,

                              MARK D. SELWYN
                              AMY K. WIGMORE
                              JOSHUA H. LERNER
                              SARAH R. FRAZIER
                              NORA Q.E. PASSAMANECK
                              THOMAS G. SPRANKLING
                              WILMER CUTLER PICKERING HALE AND DORR LLP

                              BRIAN A. ROSENTHAL
                              GIBSON, DUNN & CRUTCHER LLP

                              KENNETH G. PARKER
                              HAYNES AND BOONE, LLP


                              By: /s/ *Mark D. Selwyn*
                                    Mark D. Selwyn

                              *Attorneys for Defendant Apple Inc.*

APPLE'S REQUEST FOR A TWO-PAGE REPLY AND/OR ORAL ARGUMENT REGARDING PLAINTIFFS' SUPPLEMENTAL RESPONSE REGARDING UNJUST ENRICHMENT
3                    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP