Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

[Counsel for Apple appears on next page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STATUS REPORT**<br><br>Hon. James V. Selna |

1  MARK D. SELWYN, SBN 244180
   mark.selwyn@wilmerhale.com
2  THOMAS G. SPRANKLING, SBN 294831
   thomas.sprankling@wilmerhale.com
3  WILMER CUTLER PICKERING
   HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Tel.: 650.858.6000 / Fax: 650.858.6100

6  JOSHUA H. LERNER, SBN 220755
   joshua.lerner@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  One Front Street, Suite 3500
   San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10 AMY K. WIGMORE, *pro hac vice*
   amy.wigmore@wilmerhale.com
11 WILMER CUTLER PICKERING
   HALE AND DORR LLP
12 2100 Pennsylvania Ave NW
   Washington, DC 20037
13 Tel.: 202.663.6000 / Fax: 202.663.6363

14 JOSEPH J. MUELLER, *pro hac vice*
   joseph.mueller@wilmerhale.com
15 SARAH R. FRAZIER, *pro hac vice*
   sarah.frazier@wilmerhale.com
16 WILMER CUTLER PICKERING
   HALE AND DORR LLP
17 60 State Street
   Boston, MA 02109
18 Tel.: 617.526.6000 / Fax: 617.526.5000

19 NORA Q.E. PASSAMANECK, *pro hac vice*
   nora.passamaneck@wilmerhale.com
20 WILMER CUTLER PICKERING
   HALE AND DORR LLP
21 1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
22 Tel.: 720.274.3152 / Fax: 720.273.3133

23 BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com
24 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
25 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539

26

27

28

KENNETH G. PARKER, SBN 182911
ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Attorneys for Defendant Apple Inc.

Pursuant to this Court's August 7, 2023 Order (Dkt. No. 1901) and this Court's August 30, 2023 Order Re Parties' Status Report (Dkt. 1914), Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") and Defendant Apple Inc. (collectively, "Parties") respectfully submit the following:

The Parties further conferred on their availability for retrial in view of the August 30 Order advising the parties that the Court is unavailable during a portion of the period that the parties previously submitted as proposed dates for the retrial. The Parties compared schedules for potential trial dates and vetted dates with various fact and expert witnesses. The available trial start dates after June 14, 2024 that work for both parties are either October 22 or October 29, 2024, with the trial continuing into November until completed.

**JOINTLY SUBMITTED:**

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 29, 2023      By: */s/ Adam B. Powell*
　　　　　　　　　　　　　　　　Joseph R. Re
　　　　　　　　　　　　　　　　Stephen C. Jensen
　　　　　　　　　　　　　　　　Sheila N. Swaroop
　　　　　　　　　　　　　　　　Brian C. Horne
　　　　　　　　　　　　　　　　Irfan A. Lateef
　　　　　　　　　　　　　　　　Benjamin A. Katzenellenbogen
　　　　　　　　　　　　　　　　Brian C. Claassen
　　　　　　　　　　　　　　　　Stephen W. Larson
　　　　　　　　　　　　　　　　Mark D. Kachner
　　　　　　　　　　　　　　　　Adam B. Powell
　　　　　　　　　　　　　　　　Kendall M. Loebbaka
　　　　　　　　　　　　　　　　Daniel P. Hughes

　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　MASIMO CORPORATION and
　　　　　　　　　　　　　　　　CERCACOR LABORATORIES, INC.

|  |  |
|---|---|
|  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: September 29, 2023 | By: */s/ Joseph J. Mueller*<br>Mark D. Selwyn<br>Thomas G. Sprankling<br>Joshua H. Lerner<br>Amy K. Wigmore<br>Joseph J. Mueller<br>Sarah R. Frazier<br>Nora Passamaneck<br>Brian A. Rosenthal<br>Kenneth G. Parker<br><br>Attorneys for Defendant<br>APPLE INC. |

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: September 29, 2023    By: */s/ Adam B. Powell*