# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) | Date | October 6, 2023 |
| Title | Masimo Corporation et al v. Apple Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS]** Order Re Parties' September 29, 2023 Status Report

The Court thanks the parties for their recent status report. (Docket No. 1925.)

The Court is prepared to start trial on October 31, 2024. If the parties are prepared to start earlier, the Court will attempt to accommodate them.

| | : | 0 |
|---|---|---|
| Initials of Preparer | eva | |