Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

[Counsel for Apple appears on next page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**JOINT SUBMISSION REGARDING POSITIONS ON TRIAL SCHEDULE** |

MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

JOSEPH J. MUELLER, *pro hac vice*
joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Attorneys for Defendant Apple Inc.

As directed by the Court during the February 26, 2024 hearing, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") and Defendant Apple Inc. ("Apple") met and conferred on March 15, 2024, to discuss a proposed trial schedule for resolving Masimo's patent infringement claims. The parties' competing proposals are provided in the below table. The parties respectfully request that the Court accept the attached 3-page statements explaining the reasons behind the parties' proposals.

| Event | Masimo Proposed Schedule | Apple Proposed Schedule |
|---|---|---|
| Narrow number of asserted claims to no more than 8 claims per patent | N/A (not in original schedule) | April 1, 2024 |
| Infringement Contentions (Patent L.R. 3-1 and 3-2) | April 15, 2024 | April 29, 2024 |
| Invalidity Contentions (Patent L.R 3-3 and 3-4) | May 6, 2024 | June 10, 2024 |
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | May 10, 2024 | April 8, 2024 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | May 17, 2024 | April 15, 2024 |
| Joint Markman Prehearing Statement (Patent L.R. 4-3) | May 24, 2024 | April 29, 2024 |
| Simultaneous *Markman* Opening Briefs (Patent L.R. 4-5) | June 3, 2024 | May 29, 2024 |
| Damages Contentions (Patent L.R. 3-8) | N/A (not in original schedule) | July 10, 2024 |
| Responsive Damages Contentions (Patent L.R. 3-9) | N/A (not in original schedule) | August 9, 2024 |

-1-

| Event | Masimo Proposed Schedule | Apple Proposed Schedule |
|---|---|---|
| Damages Contentions Meeting (Patent L.R. 3-10) | N/A (not in original schedule) | August 23, 2024 |
| Simultaneous *Markman* Response Briefs, Tutorials and Presentation Materials (Patent L.R. 4-5) | June 17, 2024 | June 12, 2024 |
| *Markman* hearing | July 1, 2024 (or such other date as the Court deems proper) | June 26, 2024 (Subject to the convenience of the Court's calendar) |
| Close of Fact Discovery | July 8, 2024 | September 23, 2024 |
| Opening Expert Reports | July 15, 2024 | 30 days after *Markman* order |
| Final Infringement Contentions | July 15, 2024 | July 15, 2024 |
| Final Invalidity Contentions | July 15, 2024 | August 12, 2024 |
| Rebuttal Expert Reports | July 29, 2024 | 21 days after opening expert reports |
| Reply Expert Reports | August 5, 2024 | 14 days after rebuttal expert reports |
| Close of Expert Discovery | August 19, 2024 | 21 days after reply expert reports |
| Law and Motion (motions filed no later than) (concerning patent infringement claims and defenses only; one per side absent prior approval by the Court at least seven days in advance of filing date) | August 26, 2024 | 45 days after close of expert discovery |
| Law and Motion Hearing | September 23, 2023 | 30 days after Law and Motion deadline (Subject to the convenience of the Court's calendar) |

| Event | Masimo Proposed Schedule | Apple Proposed Schedule |
|---|---|---|
| ADR Deadline | N/A (already complete) | 45 days before pretrial conference |
| Rule 16-2 Meeting of Counsel Deadline | N/A (not in original schedule; set by rule) | 40 days before pretrial conference |
| Motions In Limine | September 30, 2024 | 4 weeks before pretrial conference |
| Meet and Confer regarding Jury Instructions and Objections | N/A (not in original schedule; set by rule) | 30 days before trial |
| Motion in Limine Opposition Briefs | N/A (not in original schedule; set by rule) | 3 weeks before pretrial conference |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | October 14, 2024 | 21 days before pretrial conference |
| Motion in Limine Reply Briefs | N/A (not in original schedule; set by rule) | 2 weeks before pretrial conference |
| Pretrial Conference: Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed Voir Dire Qs and Agreed-to Statement of Case | October 28, 2024 | 7 days prior to trial |
| Lodge Deposition Designations | First day of trial | First day of trial |
| Jury Trial | November 5, 2024 (or such other date as the Court deems proper) | TBD (Subject to the convenience of the Court's calendar) |

|  |  |
|---|---|
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: March 22, 2024 | By: /s/ Adam B. Powell |
|  | Joseph R. Re |
|  | Stephen C. Jensen |
|  | Sheila N. Swaroop |
|  | Brian C. Horne |
|  | Irfan A. Lateef |
|  | Benjamin A. Katzenellenbogen |
|  | Brian C. Claassen |
|  | Stephen W. Larson |
|  | Attorneys for Plaintiffs MASIMO CORPORATION and CERCACOR LABORATORIES, INC. |
|  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: March 22, 2024 | By: /s/ Mark D. Selwyn |
|  | Mark D. Selwyn |
|  | Thomas G. Sprankling |
|  | Joshua H. Lerner |
|  | Amy K. Wigmore |
|  | Joseph J. Mueller |
|  | Sarah R. Frazier |
|  | Nora Passamaneck |
|  | Brian A. Rosenthal |
|  | Kenneth G. Parker |
|  | Attorneys for Defendant APPLE INC. |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: March 22, 2024     By: /s/ Adam B. Powell