# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**ORDER RE JOINT SUBMISSION REGARDING POSITIONS ON TRIAL SCHEDULE [1943]** |

As directed by the Court during the February 26, 2024 hearing, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") and Defendant Apple Inc. ("Apple") met and conferred on March 15, 2024, to discuss a proposed trial schedule for resolving Masimo's patent infringement claims. The Court has considered the parties' submission (Docket No. 1943), and enters the following order:

| Event | Masimo Proposed Schedule | Court Comment |
|---|---|---|
| Narrow number of asserted claims to no more than 8 claims per patent | | Court declines to adopt. |
| Infringement Contentions (Patent L.R. 3-1 and 3-2) | April 22, 2024 | |
| Invalidity Contentions (Patent L.R 3-3 and 3-4) | May 6, 2024 | |
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | May 3, 2024 | |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | May 10, 2024 | |
| Joint Markman Prehearing Statement (Patent L.R. 4-3) | May 24, 2024 | |
| Simultaneous *Markman* Opening Briefs (Patent L.R. 4-5) | June 3, 2024 | |
| Damages Contentions (Patent L.R. 3-8) | | Court regularly declines to adopt ND financial disclosure requirement. |

| Event | Masimo Proposed Schedule | Court Comment |
|---|---|---|
| Responsive Damages Contentions (Patent L.R. 3-9) | | Court regularly declines to adopt ND financial disclosure requirement. |
| Damages Contentions Meeting (Patent L.R. 3-10) | | Court regularly declines to adopt ND financial disclosure requirement. |
| Simultaneous *Markman* Response Briefs, (Patent L.R. 4-5) | June 17, 2024 | Court directs the parties to agree on a Saturday morning for a tutorial. |
| *Markman* hearing | July 1, 2024 3:00 pm | |
| Close of Fact Discovery | July 22, 2024 | |
| Opening Expert Reports | July 22, 2024 | Court regularly declines to set floating dates. See here and elsewhere. |
| Final Infringement Contentions | July 15, 2024 | |
| Final Invalidity Contentions | July 22, 2024 | |
| Rebuttal Expert Reports | July 28, 2024 | |
| Reply Expert Reports | August 12, 2024 | |
| Close of Expert Discovery | August 19, 2024 | |
| Law and Motion (motions filed no later than) (concerning patent infringement claims and defenses only. **Each side will have 50 pages for openings and replies regardless of the number of motions or how packaged. 25 pages for rebuttals.** | August 26, 2024 | |

| Event | Masimo Proposed Schedule | Court Comment |
|---|---|---|
| Law and Motion Hearing | September 23, 2023 | |
| ADR Deadline | Conduct further session October 10, 2024 | |
| Rule 16-2 Meeting of Counsel Deadline | Per Local Rule | |
| Motions In Limine.  **Opening and reply briefs shall not exceed 15 pages; rebuttals 8.** | September 30, 2024 | |
| Meet and Confer regarding Jury Instructions and Objections | September 20, 2024 | With respect to issues in the first trial, those instructions are the base line. |
| Motion in Limine Opposition Briefs | Per Local Rule | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | October 15, 2024 | |
| Motion in Limine Reply Briefs | Per Local Rule | |
| Pretrial Conference: Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed Voir Dire Qs and Agreed-to Statement of Case | October 28, 2024 11:00 am | |
| Lodge Deposition Designations | First day of trial | |
| Jury Trial | November 5, 2024, 8:30 am | |

1 | The Court will monitor the viability of this schedule as matters develop.

2 | .

3 | **It is so Ordered.**

6 | Dated: April 16, 2024

                                        Honorable James V. Selna
                                        United States District Judge