# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>           Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR RULING REGARDING CASE SCHEDULE AND DISCOVERY LIMITS**<br><br>Law and Motion Filing Cutoff: 8/26/2024<br>Law and Motion Hearing: 9/23/2024<br>Final Pre-Trial Conf.: 10/28/2024<br>Trial: 11/5/2024 |

The Court, having considered the Joint Stipulation and Request for Ruling Regarding the Case Schedule and Discovery Limits by and between Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. and Defendant Apple Inc., and good cause appearing, rules as follows:

A.   Schedule

The Court modifies the Trial Schedule previously entered on April 16, 2024 as follows:

| Event | Current Date | Modified Date |
|---|---|---|
| Joint *Markman* Prehearing Statement (Patent L.R. 4-3) | May 24, 2024 | No change |
| Simultaneous *Markman* Opening Briefs (Patent L.R. 4-5) | June 3, 2024 | No change |
| Simultaneous *Markman* Response Briefs (PLR 4-5) | June 17, 2024 | No change |
| *Markman* Hearing | July 1, 2024, 3:00 pm | No change |
| Close of Fact Discovery | July 22, 2024 | July 15, 2024 |
| Opening Expert Reports | July 22, 2024 | July 15, 2024 |
| Final Infringement Contentions | July 15, 2024 | No change |
| Final Invalidity Contentions | July 22, 2024 | July 15, 2024 |
| Rebuttal Expert Reports | July 28, 2024 | August 2, 2024 |
| Reply Expert Reports | August 12, 2024 | No change |
| Close of Expert Discovery | August 19, 2024 | No change |
| Law and Motion (motions filed no later than) (concerning patent infringement claims and defenses only). **Each side will have 50 pages for openings and replies regardless of the number of motions or how packaged. 25 pages for rebuttals.** | August 26, 2024 | No change |
| Local Rule 16-2 Meeting of Counsel Deadline | Per Local Rule | No change, September 18, 2024 |
| Law and Motion Hearing | September 23, 2024 | No change |
| Meet and Confer regarding Jury Instructions and Objections | September 20, 2024 | No change |

| Event | Current Date | Modified Date |
|---|---|---|
| Motions in Limine **(Opening and reply briefs shall not exceed 15 pages; rebuttals 8)** | September 30, 2024 | No change |
| Motion in Limine Opposition Briefs | Per Local Rule | No change, October 7, 2024 |
| ADR Deadline | Conduct further session, October 10, 2024 | No change |
| Motion in Limine Reply Briefs | Per Local Rule | No change, October 14, 2024 |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | October 15, 2024 | No change |
| Pretrial Conference (Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed Voir Dire Qs and Agreed-to Statement of Case) | October 28, 2024 11:00 am | No change |
| Lodge Deposition Designations | First day of trial | No change |
| Jury Trial | November 5, 2024 at 8:30 am | No change |

**B. Discovery Limits**

The parties will adhere to the following limits (per side) regarding discovery: (1) four additional interrogatories; (2) four 30(b)(1) depositions of fact witnesses, each not to exceed seven hours; (3) one 30(b)(6) deposition of no more than 20 topics, and testimony on those topics will be limited to no more than 10 hours; and (4) one deposition, not to exceed seven hours, per expert who serves a report and/or submits a Rule 26(a)(2)(c) declaration. Notwithstanding the above, to the extent a 30(b)(1) witness

is also designated on 30(b)(6) topics, the deposition of that witness shall not exceed seven hours.

### C. Procedure for Discovery Disputes

Any motions to compel shall be filed directly with the Court.  The Court waives the requirements set by L.R. 37.  Any motion must be noticed to be heard on a regular Motion Day at least four weeks from the date of the motion; any opposition brief be filed within 7 days of the motion; and any reply be filed within 7 days of the opposition.

### D. Cross-Use of Expert Reports

The Court DOES/DOES NOT order that expert reports and expert deposition transcripts from *Apple Inc. v. Masimo Corporation et al*, 1:22-cv-01377-JLH (D. Del.), shall be treated as if they had been produced in this case and subject to the Protective Order in this case.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge