# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

        Plaintiffs,

v.

APPLE INC.,
a California corporation,

        Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO COMPEL SUPPLEMENTAL INFRINGEMENT CONTENTIONS**

Judge:    Magistrate Judge John D. Early
Date/Time:    6/27/24 at 10:00AM
Discovery Cutoff:    7/15/24
Final Pre-Trial Conf.:    10/28/24
Trial:    11/5/24

The Court, having considered the Apple Inc.'s Motion to Compel Supplemental Infringement Contentions and the Joint Stipulation Regarding Defendant Apple Inc.'s Motion to Compel Supplemental Infringement Contentions, and finding good cause therefor, to Motion is granted.

**IT IS HEREBY ORDERED THAT** within 5 days of the entry of this order, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. shall supplement their infringement contentions to include separate contentions laying out their infringement theories for each accused products, and for each infringement theory, Plaintiffs shall explain how the claim as a whole is alleged to be infringed, including to (1) identify each specific heart rate feature or specific combination of features that is accused of infringing each asserted claim of the '703 and '776 patents, (2) for each identified feature alleged to infringe the '703 patent, identify for each specific accused "lower power consumption level," the corresponding "higher power consumption level," and the specific "processing characteristic(s)" and "predetermined threshold" triggering a transition between those two power consumption levels, and (3) for each identified feature alleged to infringe the '776 patent, identify a specific "first control protocol," the "first duty cycle" that you allege corresponds to that first control protocol, a specific "second control protocol" and corresponding "second duty cycle," and the specific "trigger signal" triggering a transition between those two particular control protocols.

.

Dated: _____

_____
The Hon. John D. Early
United States Magistrate Judge