**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

                    Plaintiffs,

        v.

APPLE INC.,
a California corporation,

                    Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE HEARINGS ON APPLE'S MOTION TO COMPEL PLAINTIFFS' SUPPLEMENTAL INFRINGEMENT CONTENTIONS (DKT. 1955) AND PLAINTIFFS' MOTION TO STRIKE APPLE'S INVALIDITY CONTENTIONS (DKT. 1949)**

Law and Motion Filing Cutoff: 8/26/24
Law and Motion Hearing: 9/23/24
Final Pre-Trial Conf.: 10/28/24
Trial: 11/5/24

The Court, having considered Defendant Apple Inc.'s Motion to Consolidate Hearings on Apple's Motion to Compel Plaintiffs' Supplemental Infringement Contentions (Dkt. 1955) and Plaintiffs' Motion to Strike Apple's Invalidity Contentions (Dkt. 1949) and good cause appearing, rules as follows:

The hearings on the two motions are consolidated and will be heard together on July 1, 2024 in conjunction with the parties' *Markman* hearing.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge