Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S NOTICE OF AVAILABILITY PURSUANT TO THE COURT'S JUNE 25 ORDER (DKT. 1983)**<br><br>Hon. James V. Selna |

1  Pursuant to the Court's June 25 Order requiring the parties to notify the Court of their availability for a *Markman* hearing by close of business on June 28 (Dkt. 1983), Masimo notifies the Court that it is available on July 8, 9, or 10. Masimo is amenable to combining the *Markman* hearing with the July 8 hearing contemplated in the Court's June 27 Tentative Order.

Masimo provided its availability to Apple on June 25. Apple told Masimo that it would respond later with its availability but has not yet done so as of the filing of this Notice.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 28, 2024      By: /s/ *Adam B. Powell*
　　　　　　　　　　　　　　　Joseph R. Re
　　　　　　　　　　　　　　　Stephen C. Jensen
　　　　　　　　　　　　　　　Sheila N. Swaroop
　　　　　　　　　　　　　　　Brian C. Horne
　　　　　　　　　　　　　　　Brian C. Claassen
　　　　　　　　　　　　　　　Mark D. Kachner
　　　　　　　　　　　　　　　Adam B. Powell
　　　　　　　　　　　　　　　Kendall M. Loebbaka
　　　　　　　　　　　　　　　Daniel P. Hughes

　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　MASIMO CORPORATION and
　　　　　　　　　　　　　　　CERCACOR LABORATORIES, INC.