MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S NOTICE OF AVAILABILITY PURSUANT TO THE COURT'S JUNE 25 ORDER (DKT. 1983)** |

| | |
|---|---|
| 1 | JOSEPH J. MUELLER, *pro hac vice* |
| 2 | joseph.mueller@wilmerhale.com<br>SARAH R. FRAZIER, *pro hac vice* |
| 3 | sarah.frazier@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 4 |   HALE AND DORR LLP<br>60 State Street |
| 5 | Boston, MA 02109<br>Tel.: 617.526.6000 / Fax: 617.526.5000 |
| 6 | NORA Q.E. PASSAMANECK, *pro hac vice* |
| 7 | nora.passamaneck@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 8 |   HALE AND DORR LLP<br>1225 Seventeenth Street, Suite 2600 |
| 9 | Denver, CO 80202<br>Tel.: 720.274.3152 / Fax: 720.273.3133 |
| 10 | BRIAN A. ROSENTHAL, *pro hac vice* |
| 11 | brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 12 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 13 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 14 | KENNETH G. PARKER, SBN 182911<br>ken.parker@haynesboone.com |
| 15 | HAYNES AND BOONE, LLP<br>660 Anton Boulevard, Suite 700 |
| 16 | Costa Mesa, CA 92626<br>Tel.: 650.949.3014 / Fax: 949.202.3001 |

Pursuant to the Court's June 25 Order requiring the parties to notify the Court of their availability for a Markman hearing by close of business on June 28 (Dkt. 1983), Apple notifies the Court that it is available on July 18 or 22.  Apple is not available on July 8, 9, or 10, the dates Masimo proposed.

Dated:  June 28, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JOSEPH J. MUELLER
　　　　　　　　　　　　　　　　MARK D. SELWYN
　　　　　　　　　　　　　　　　AMY K. WIGMORE
　　　　　　　　　　　　　　　　JOSHUA H. LERNER
　　　　　　　　　　　　　　　　SARAH R. FRAZIER
　　　　　　　　　　　　　　　　NORA Q.E. PASSAMANECK
　　　　　　　　　　　　　　　　THOMAS G. SPRANKLING
　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP

　　　　　　　　　　　　　　　　BRIAN A. ROSENTHAL
　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　KENNETH G. PARKER
　　　　　　　　　　　　　　　　HAYNES AND BOONE, LLP


By: /s/   Mark D. Selwyn
　　　　　Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*