Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)Brian C. Horne (Bar No. 205621)
adam.powell@knobbe.combrian.horne@knobbe.com
Daniel P. Hughes (Bar No. 299695)Mark D. Kachner (Bar No. 234192)
daniel.hughes@knobbe.commark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP****KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive1925 Century Park East, Suite 600
San Diego, CA 92130Los Angeles, CA 90067
Phone: (858) 707-4000Phone: (310) 551-3450
Fax: (858) 707-4001Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER PRECLUDING DEFENDANT FROM DISCLOSING PLAINTIFFS' CONFIDENTIAL MATERIALS TO DR. PATRICK MERCIER**<br><br>Date:7/25/2024<br>Time:10:00 a.m.<br>Location:Courtroom 6A<br><br>Discovery Cutoff: 7/15/2024<br>Pre-Trial Conf.:10/28/2024<br>Trial:11/05/2024<br><br>Judge: Judge James V. Selna<br>Mag. Judge John D. Early |

TO THE COURT, DEFENDANT'S, AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on July 25, 2024, or as soon thereafter as the matter may be heard, in Courtroom 6A, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. will move the Court for a Protective Order precluding Defendant Apple Inc. from disclosing Plaintiffs' Confidential Materials to Dr. Patrick Mercier.  *See* Dkt. 67.

This motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on June 21, 2024. It is supported by the accompanying Joint Stipulation Regarding Plaintiffs' Request for a Protective order Precluding Defendant from Disclosing Plaintiffs' Confidential Materials to Dr. Patrick Mercier, the Declaration of Kendall Loebbaka the attached Exhibits A-I, the Declaration of Nora Passamaneck and attached Exhibit, a Proposed Order, and such other evidence or argument as may be presented at or before the hearing.

Respectfully submitted,

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: June 30, 2024

By: */s/ Kendall M. Loebbaka*

Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes

Attorneys for Plaintiffs,
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.