**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER PRECLUDING DEFENDANT FROM DISCLOSING PLAINTIFFS' CONFIDENTIAL MATERIALS TO DR. PATRICK MERCIER**<br><br>Discovery Cutoff: 7/15/2024<br>Pre-Trial Conf.:   10/28/2024<br>Trial:                  11/05/2024<br><br>Judge: Judge James V. Selna<br>Mag. Judge John D. Early |

The Court, having considered Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.'s Motion for a Protective Order Precluding Defendant Apple Inc. From Disclosing Plaintiffs' Confidential Materials To Dr. Patrick Mercier, and finding good cause therefor, grants the Motion.

**IT IS HEREBY ORDERED THAT** Apple is precluded from disclosing Plaintiffs' Confidential Materials to Dr. Patrick Mercier. *See* Dkt. 67.

Dated: _____   _____
The Hon. James V. Selna
United States District Court Judge