Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)          Brian C. Horne (Bar No. 205621)
adam.powell@knobbe.com                    brian.horne@knobbe.com
Daniel P. Hughes (Bar. No. 299695)        Mark D. Kachner (Bar No. 234192)
daniel.hughes@knobbe.com                  mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive                  1925 Century Park East, Suite 600
San Diego, CA 92130                       Los Angeles, CA 90067
Phone: (858) 707-4000                     Phone: (310) 551-3450
Fax: (858) 707-4001                       Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **DECLARATION OF KENDALL LOEBBAKA IN SUPPORT OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER PRECLUDING DEFENDANT FROM DISCLOSING PLAINTIFFS' CONFIDENTIAL MATERIALS TO DR. PATRICK MERCIER**<br>)<br>) Discovery Cutoff: 7/15/2024<br>) Pre-Trial Conf.:    10/28/2024<br>) Trial:                  11/05/2024<br>)<br>) Judge: Magistrate John D. Early |

I, Kendall Loebbaka, hereby declare as follows:

1.     I am a partner in the law firm Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.  I submit this Declaration in Support of Plaintiffs' Motion for a Protective Order Precluding Defendant from Disclosing Plaintiffs' Confidential Materials to Defendant's Proposed Expert, Dr. Patrick Mercier (the "Motion").

2.     Pursuant to Local Rule 37-1, my partner, Jared Bunker, met and conferred with counsel of record for Apple regarding Masimo's confidential information.  The conference took place on June 21, 2024.  The parties were unable to resolve the disputes that are the subject of Masimo's Motion.

3.     Attached hereto as **Exhibit A** is a true and correct copy of Dr. Mercier's curriculum vitae provided by counsel of record for Apple.

4.     Attached hereto as **Exhibit B** is a true and correct copy of a Center for Wearable Sensors Brochure, available at http://wearablesensors.ucsd.edu/partner (last accessed June 25, 2024).

5.     Attached hereto as **Exhibit C** is a true and correct copy of an email chain between Nora Passamaneck and Sarah Frazier, counsel of record for Apple, and Mr. Bunker, counsel for Masimo, dated June 12 through June 21, 2024.

6.     Attached hereto as **Exhibit D** is a true and correct copy of an executed declaration of Eugene Goldberg, President, Consumer Health, at Masimo.

7.     Attached hereto as **Exhibit E** is a true and correct copy of a printout of Center for Wearable Sensors—About the Center, http://wearablesensors.ucsd.edu/about (last accessed June 25, 2024).

8.      Attached hereto as **Exhibit F** is a true and correct copy of a printout of Center for Wearable Sensors—Research, http://wearablesensors.ucsd.edu/research (last accessed June 25, 2024).

9.      Attached hereto as **Exhibit G** is a true and correct copy of a printout of NeuroVigil—About Us, https://www.neurovigil.com/index.php/about-us (last accessed June 25, 2024).

10.      Attached hereto as **Exhibit H** is a true and correct copy of a printout of Masimo SedLine®, https://professional.masimo.com/products/continuous/root/root-sedline/ (last accessed June 25, 2024).

11.      Attached hereto as **Exhibit I** is a true and correct copy of *Voice Domain Techs., LLC v. Apple, Inc.*, No. 4:13-cv-40138-TSH, Dkt. 45 (D. Mass. July 17, 2014).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 27, 2024, at Irvine, California.

*/Kendall Loebbaka*
Kendall Loebbaka

# EXHIBIT A

## Patrick P. Mercier

Professor, Electrical and Computer Engineering
Co-Director, Center for Wearable Sensors
Site Director, Power Management Integration Center
University of California, San Diego
9500 Gilman Drive, 0407
La Jolla, CA  92093

Phone: +1-858-534-6026
Email: pmercier@ucsd.edu
Web: http://efficiency.ucsd.edu  |  http://cws.ucsd.edu  |  https://pmic.engineering.dartmouth.edu/

**Professional Highlights** _____

- Currently leading a ~20-person group undertaking high-impact research spanning multiple domains, from near-zero-power integrated circuits, power management, energy harvesting, neural interfaces, wearable physiochemical sensors, RFICs and RF systems, and beyond
- Over 200 peer-reviewed publications, including 26 *ISSCC* papers, 33 *JSSC* papers, and several papers in high-impact journals such as *Science, Nature Biotechnology, Nature Biomedical Engineering, Nature Electronics, Nature Communications, Advanced Science, Energy and Environmental Science*, and more
- Recognized as one of the top contributors of all time at the 2023 *IEEE International Solid-State Circuits Conference (ISSCC)*
- Co-founder and co-director of the successfully industry-supported UCSD Center for Wearable Sensors
- Site Director of the successfully industry/NSF-supported IUCRC Power Management Integration Center, partnered with Dartmouth College
- Multiple young investigator awards: DARPA YFA, NSF CAREER, Beckman YIA
- ISSCC Jack Kilby Award for Outstanding Student Paper
- Over $37MM in research fundraising to date
- UCSD-wide Academic Senate Teaching Award
- ISSCC Executive Committee member; former ISSCC, VLSI, and CICC TPC member
- Startup co-founder (Traq), board member (QuantalRF), and scientific advisory board member (Nanovision and NeuroVigil)
- 20 issued US patents

**Education** _____

Ph.D.  **Massachusetts Institute of Technology**, Electrical Engineering, June 2012
  Thesis title: *Communication and Power Delivery Architectures for Personal Medical Devices* (GPA: 5.0/5.0)
  Advisor: Anantha P. Chandrakasan

S.M.  **Massachusetts Institute of Technology**, Electrical Engineering, June 2008

Thesis title: *An All-Digital Transmitter for Pulsed Ultra-Wideband Communication* (GPA: 5.0/5.0)
Advisor: Anantha P. Chandrakasan

B.Sc.   **University of Alberta**, Electrical and Computer Engineering, May 2006
GPA: 4.0/4.0

## Related Experience _____

**University of California, San Diego**
*Professor*, Electrical and Computer Engineering (2023-present)
*Site Director,* Power Management Integration Center (2021-present)
*Associate Professor,* Electrical and Computer Engineering (2018-2023)
*Co-Founder/Co-Director,* Center for Wearable Sensors (2014-present)
*Assistant Professor*, Electrical and Computer Engineering (2012-2018)

**Expert Witness**
Providing expert technical advice and reports on a variety of patent litigation cases (2020-present)

**NeuroVigil**
*Scientific Advisory Board Member* (2020-present)

**Nanovision**
*Scientific Advisory Board Member* (2019-present)

**Quantal RF**
*Board Member* (2018-2024)

**Traq / Mouthsense Inc.**
*Co-Founder/Scientific Advisor* (2016-present)

**Mercier Engineering**
Owner, providing engineering and technical expertise to start-up companies and defense contractors. (2013-present)

**Massachusetts Institute of Technology**, Microsystems Technology Laboratory, *Research Assistant* (2006-2012)

**Intel Corporation**, Circuits Research Lab, *Graduate Technical Intern* (2008)

## Selected Honors and Awards _____

- **Teacher of the Year Award** – Jacobs School of Engineering at UC San Diego Annual Best Teacher Award Selected by Ballot of the Students – 2023
- **IEEE International Solid-State Circuits Conference (ISSCC) Author-Recognition Award** – Awarded to authors who have contributed more than 20 papers to ISSCC – 2023
- **San Diego County Engineering Council Outstanding Engineer Award** – Awarded annually to a single local engineer who has made significant technical contributions to their society – 2020

Exhibit A
-4 -

- **National Academy of Engineering Frontiers of Engineering Speaker** – A competitive invitation-only event for those who have demonstrated accomplishment in engineering research and technical work with recognizable contributions to advancing the frontiers of engineering – 2019
- **IEEE Solid-State Circuits Society Distinguished Lecturer** – Nominated to deliver invited lecturers at local chapters and regional meetings across the world for a two-year term – 2019
- **NSF CAREER Award** – The National Science Foundation's most prestigious awards in support of early-career faculty – 2018
- **Biocom Catalyst Award** – Awarded to ten academics, entrepreneurs, investors, corporate leaders, and business advisers under 40 years old who are igniting innovation and growth in the San Diego and Los Angeles life sciences industry – 2017
- **IEEE Senior Member** – Elected for showing significant performance over a 10+ year career – 2017
- **Moore Inventor Fellow Finalist** – Selected as a top-10 fellow amongst >200 other applicants at top US universities; received $25k award – 2017
- **UCSD Academic Senate Distinguished Teaching Award** – Awarded yearly to five distinguished teachers across all departments at UCSD (totaling ~2200 senate members – i.e., the top 0.2% of teachers). First winner in the ECE department since Jack Wolf in 1999. Received 2016
- **DARPA Young Faculty Award** – Awarded to young faculty members who propose high-impact, high-risk research programs – 2015
- **Beckman Young Investigator Award** – Awarded to eight junior faculty members across the US for innovating research within the chemical and biological sciences – 2015
- **Hellman Fellowship Award** – Awarded to junior faculty members who show capacity for great distinction in their research and creative activities – 2014
- **Graduate Teaching Award** – Awarded annually to one (of ~50) faculty in the UCSD ECE department for outstanding teaching and service – 2013
- **Jack Kilby Award** – One awarded per year for outstanding student paper at the *International Solid-State Circuits Conference (ISSCC)* – received 2010
- **Intel Foundation Ph.D. Fellowship** – awarded to 26 applicants across the US – 2009
- **Post Graduate Scholarship** – Natural Sciences and Engineering Council of Canada (NSERC) – 2007, 2009
- **Best Presentation Award**, Microsystems Technology Lab Annual Research Conference – 2008, 2010
- **Julie Payette Postgraduate Research Fellowship** – Awarded to the top 24 Master's NSERC applicants in Canada – 2006
- **APEGGA Medal** – Highest undergraduate GPA in Electrical Engineering – 2006
- **Atco Electric Centennial Award** – March 2005
- **Schlumberger Scholarship** in Electrical Engineering – 2004, 2005

## Other Awards and Recognitions _____

- **IEEE Solid-State Circuits Society (SSCS) Outstanding Reviewer Reward** – 2024.
- **IEEE ISCAS Women in Circuits and Systems (WiCAS)** – Runner Up Paper Award – 2023.

Exhibit A

-5 -

- **IEEE International Symposium on Circuits and Systems (ISCAS)** – Best Runner Up Paper – 2023.
- **Qualcomm Innovation Fellowship (QIF) 2023** – Winner
- **IEEE Applied Power Electronics Conference (APEC)** – Outstanding Presentation Award 2023 – "A Series/Parallel Magnetic-Less Step-Down Converter Based on Piezoelectric Resonators"
- **IEEE Brain Technical Community and IEEE Solid-State Circuits Society** – Brain-Related Best Paper Award 2021 – "An Optically-Addressed Nanowire-Based Retinal Prosthesis with 73% RF-to-Stimulation Power Efficiency and 20nC-to-3^C Wireless Charge Telemetering" presented at ISSCC 2021.
- **IEEE Symposium on Very Large Scale Integration (VLSI Symposium) 2020** – Best Student Paper Award Nominee – "A -105dB THD 87dB-SNDR VCO-based Sensor Front-end Enabled by Background-Calibrated Differential Pulse Code Modulation"
- **IEEE Symposium on Very Large Scale Integration (VLSI Symposium) 2020** – Best Student Paper Award Nominee – "A 4.4µW -92/-90.3dBm Sensitivity Dual-mode BLE/Wi-Fi Wake-up Receiver"
- **Qualcomm Innovation Fellowship (QIF) 2020** – Winner
- **IEEE EMBS Workshop on Brain, Mind and Body – Cognitive Neuroengineering for Health and Wellness 2019 –** Third place poster award
- **IEEE Custom Integrated Circuits Conference (CICC) 2019** – Outstanding Student Paper Award Nominee
- **IEEE Custom Integrated Circuits Conference (CICC) 2018** – Outstanding Student Paper Award Nominee
- **IEEE Custom Integrated Circuits Conference (CICC) 2015** – Outstanding Student Paper Award Nominee
- **Qualcomm Innovation Fellowship (QIF) 2014** – Finalist

## List of Publications

### BOOKS

[1]   S. Ha, C. Kim, P.P. Mercier, G.C. Cauwenberghs, **High-Density Integrated Electrocortical Neural Interfaces**, Elsevier Academic Press, 2019, 187 pages.

[2]   M.M. Hella and P.P. Mercier (eds), **Power Management Integrated Circuits,** CRC Press, 2016, 329 pages.

[3]   P.P. Mercier and A.P. Chandrakasan (eds), **Ultra-low-power Short-Range Radios,** Springer, 2015, 394 pages.

### BOOK CHAPTERS

[1]   F. Laiwalla, V.W. Leung, J. Lee, P. Mercier, P. Asbeck, R. Rao, L. Larson, A. Nurmikko, "Next Generation Microscale Wireless Implant System for High-Density, Multi-areal, Closed-Loop Brain Computer Interfaces," in **Brain-Computer Interface Research**, C. Guger et al. (eds.), Springer Nature Switzerland, 2021.

Exhibit A
-6 -

[2]   S. Ha, C. Kim, H. Wang, Y.M. Chi, P.P. Mercier, G. Cauwenberghs, "Low-power integrated circuits for wearable electrophysiology," in **Wearable Sensors – Fundamentals, Implementation and Applications 2nd Edition**, E. Sazonov, Ed., Academic Press, 2021.

[3]   L.G. Salem and P.P. Mercier, "Recursive Switched-Capacitor DC-DC Converters," in **Power Management Integrated Circuits**, M.M. Hella and P.P. Mercier, Eds., CRC Press, 2016.

[4]   D. Lee and P.P. Mercier, "Introduction to Ultra Low Power Transceiver Design," in **Ultra-low-power Short-Range Radios**, P.P. Mercier and A.P. Chandrakasan, Eds., Cham, Switzerland: Springer, 2015.

[5]   P.M. Nadeau, A. Paidimarri, P.P. Mercier, and A.P. Chandrakasan, "Architectures for Ultra-Low-Power Multi-Channel Resonator-Based Wireless Transceivers," in **Ultra-low-power Short-Range Radios,** P.P. Mercier and A.P. Chandrakasan, Eds., Cham, Switzerland: Springer, 2015.

[6]   P.P. Mercier, D.C. Daly, F.S. Lee, D.D. Wentzloff, and A.P. Chandrakasan, "Pulsed Ultra-Wideband Transceivers," in **Ultra-low-power Short-Range Radios,** P.P. Mercier and A.P. Chandrakasan, Eds., Cham, Switzerland: Springer, 2015.

[7]   P.P. Mercier and A.P. Chandrakasan, "Near-Field Wireless Power Transfer," in **Ultra-low-power Short-Range Radios**, P.P. Mercier and A.P. Chandrakasan, Eds., Cham, Switzerland: Springer, 2015.

JOURNAL PAPERS

[1]   G. Pillonnet, P. Mercier, "Analytical Benchmarking of Direct Hybrid Switched-Capacitor DC-DC Converters," *IEEE Open Journal of Power Electronics*, 2024.

[2]   D. Valencia, P.P. Mercier, A. Alimohammad, "An Efficient Brain-Switch for Asynchronous Brain-Computer Interfaces," *IEEE Transactions on Biomedical Circuits and Systems*, 2024.

[3]   N.S.K. Fathy, R. Vatsyayan, A.M. Bourhis, S.A. Dayeh, P.P. Mercier, "A 0.00179 $mm^2$/Ch Chopper-Stabilized TDMA Neural Recording System with Dynamic EOV Cancellation and Predictive Mixed-Signal Impedance Boosting," *IEEE Transactions on Biomedical Circuits and Systems*, 2024.

[4]   J. Wu, A. Akinin, J. Somayajulu, M.S. Lee, A. Paul, H. Lu, Y. Park, S.-J. Kim, P.P. Mercier, G. Cauwenberghs, "A Low-Noise Low-Power 0.001Hz-1kHz Neural Recording System-on-Chip with Sample-Level Duty-Cycling," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 18, no. 2, pp. 263-273, Apr. 2024.

[5]   E.H. Shinn, A.S. Garden, S.K. Peterson, D.J. Leupi, M. Chen, R. Blau, L. Becerra, T. Rafeedi, J. Ramirez, D. Rodriquez, F. VanFossen, S. Zehner, P.P. Mercier, J. Wang, K. Hutcheson, E. Hanna, D.J. Lipomi, "Iterative Patient Testing of a Stimuli-Responsive Swallowing Activity Sensor to Promote Extended User Engagement During the First Year After Radiation: Multiphase Remote and In-Person Observational Cohort Study", *JMIR Cancer*, 2024.

[6]   D. Valencia, P.P. Mercier, A. Alimohammad, "Efficient In Vivo Neural Signal Compression Using an Autoencoder-based Neural Network," *IEEE Transactions on Biomedical Circuits and Systems*, 2024.

[7]   H. Lu, H.R. Kooshkaki, P.P. Mercier, "A Mixer-First Receiver with On-Demand Passive Harmonic Rejection," *IEEE Solid-State Circuits Letters*, vol. 7, pp. 46-49, Jan. 2024.

[8]   S.-H. Kuo, M. Dunna, D. Bharadia, P.P. Mercier, "A WiFi and Bluetooth Low Energy Backscatter Combo Chip with Beam Steering Capabilities," *IEEE Open Journal of the Solid-State Circuits Society*, vol. 3, pp. 239-248, Sep. 2023.

Exhibit A

-7 -

[9]   Y. Xu, E. De la Paz, A. Paul, K. Mahato, J.R. Sempionatto, N. Tostado, M. Lee, G. Hota, M. Lin, A. Uppal, W. Chen, S. Dua, L. Yin, B.L. Wuerstle, S. Deiss, P. Mercier, S. Xu, J. Wang, G. Cauwenberghs, "In-ear integrated sensor array for the continuous monitoring of brain activity and of lactate in sweat," *Nature Biomedical Engineering*, Sep. 2023.

[10]  M. Meng, M. Dunna, S.-K. Kuo, P.-H.P. Wang, D. Bharadia, P.P. Mercier, "A Fully-Reflective WiFi-Compatible Backscatter Communication System with Retro-Reflective MIMO Gain for Improved Range," *IEEE Journal of Solid-State Circuits,* vol. 58, no. 9, pp. 2501-2512, Sep. 2023.

[11]  S.-K. Kuo, M. Dunna, H. Lu, A. Agarwal, D. Bharadia, P.P. Mercier, "LTE-Powered BLE-to-WiFi Backscattering Chip Toward Single-Device Interrogation RFID-Like Systems," *IEEE Solid-State Circuits Letters*, vol. 6, no. 8, pp. 225-228, Aug. 2023.

[12]  W.-C. Liu, C.-H. Cheng, P.P. Mercier, C.C. Mi, "Small Signal Analysis and Design of Constant On-Time Controlled Buck Converters with Duty-Cycle-Independent Quality Factors," *IEEE Transactions on Power Electronics*, vol. 38, no. 7, pp. 8379-8393, Jul. 2023.

[13]  E. Wen, D.F. Sievenpiper, P.P. Mercier, "Analysis of Coil Coupling in the Near-Field Far-Field Hybrid Region," *IEEE Antennas and Wireless Propagation*, vol. 22, no. 7, pp. 1771-1775, Jul. 2023.

[14]  C.B. Gungor, P.P. Mercier, H. Toreyin, "A 2.2 nW Analog Electrocardiogram Processor based on Stochastic Resonance Achieving a 99.94% QRS Complex Detection Sensitivity," *IEEE Transactions on Biomedical Circuits and Systems*, 2023.

[15]  H.A. Zadeh, H.R. Kooshkaki, K.-Y. Lee, P.P. Mercier, "An Adaptive Constant-On-Time-Controlled Hybrid Multilevel DC-DC Converter Operating from Li-ion Battery Voltages with Low Spurious Output," *IEEE Transactions on Power Electronics*, vol. 38, no. 5, pp. 5763-5776, May 2023.

[16]  A. Nikoofard, H. Givehchian, N. Bhaskar, A. Schulman, D. Bharadia, P.P. Mercier, "Protecting Bluetooth User Privacy through Obfuscation of Carrier Frequency Offset," *IEEE Transactions on Circuits and Systems II*, vol. 70, no. 2, pp. 541-545, Feb. 2023.

[17]  D. Valencia, G. Leone, N. Keller, P.P. Mercier, A. Alimohammad, "Power-Efficient In Vivo Brain-Machine Interfaces via Brain-State Estimation," *Journal of Neural Engineering*, 20, 016032, Jan. 2023.

[18]  B. Polat, T. Rafeedi, L. Becerra, A.X. Chen, K. Chiang, V. Kaipu, R. Blau, P.P. Mercier, C.-K. Cheng, D.J. Lipomi, "External Measurement of Swallowed Volume During Exerise Enabled by Stretchable Derivatives of PEDOT:PSS, Graphene, Metallic Nanoparticles, and Machine Learning," *Advanced Sensor Research*, 2200060, Jan. 2023.

[19]  B.H. Lam, H. Lu, A.G. Gadelkarim, N. Fathy, P. Gudem, P.P. Mercier, "A 0.11mW 2.4GHz Receiver Employing a Q-Boosted Impedance Transformer and Regenerative Amplifier Achieving a -101dBm Sensitivity and -28dB SIR," *IEEE Solid-State Circuits Letters*, vol. 6, Jan. 2023.

[20]  H.R. Kooshkaki, P.P. Mercier, "A 36 uW 2.8–3.4 dB Noise Figure Impedance Boosted and Noise Attenuated LNA for NB-IoT," *IEEE Transactions on Circuits and Systems I,* vol. 70, no. 1, pp. 101-113, Jan. 2023.

[21]  E. De La Paz, N.H. Maganti, A. Trifonov, I. Jeerapan, K. Mahato, L. Yin, T. Sonsa-ard, N. Ma, W. Jung, R. Burns, A. Zarrinpar, J. Wang, P.P. Mercier, "A self-powered ingestible wireless biosensing system for real-time in situ monitoring of gastrointestinal tract metabolites," *Nature Communications*, vol. 13, 7405, Dec. 2022.

Exhibit A

-8-

[22] P.P. Mercier, B.H. Calhoun, P.-H.P. Wang, A. Dissanayake, L. Zhang, D.A. Hall, S.M. Bowers, "Low-Power RF Wake-Up Receivers: Analysis, Trade-Offs, and Design," *IEEE Open Journal of the Solid-State Circuits Society, vol. 2, pp. 144-164,* 2022.

[23] D. Valencia, P.P. Mercier, A. Alimohammad, "In Vivo Neural Spike Detection with Adaptive Noise Estimation," *Journal of Neural Engineering*, 19, 046018, Jul. 2022.

[24] B.H. Lam, P. Gudem, P.P. Mercier, "Analysis and Measurement of Noise Suppression in Nonlinear Regenerative Amplifier," *IEEE Transactions on Circuits and Systems I*, vol. 69, no. 10, pp. 4117-4127, Oct. 2022.

[25] S. Chamanian, P.P. Mercier, "MIPSIMO: A Multi-Input Piezo-Adaptive Single-Inductor Multi-Output Energy Harvester Achieving using a Shared Inductor with an Integrated Analog Computer Achieving 95% MPPT Efficiency," *IEEE Solid-State Circuits Letters*, vol. 5, pp. 222-225, Sep. 2022.

[26] A. Nikoofard, P.P. Mercier, "A 900MHz GFSK and 16-FSK TX Achieving up to 63.9% TX Efficiency and 76.2% PA Efficiency via a DC-DC-Powered Class-D VCO and a Class-EE PA," *IEEE Transactions on Circuits and Systems II*, vol. 69, no. 9, pp. 3739-3743, Sep. 2022.

[27] C.B. Gungor, P.P. Mercier, H. Toreyin, "A Stochastic Resonance Electrocardiogram Enhancement Algorithm for Robust QRS Detection," *IEEE Journal of Biomedical and Health Informatics*, vol. 26, no. 8, pp. 3743-3754, Aug. 2022.

[28] H. Cui, D. Yao, H. Lu, A. Calderon, Z. Xu, S. Davaria, Z. Wang, P. Mercier, P. Tarazaga, X. Zheng, "Design and printing of proprioceptive three-dimensional architecture robotic metamaterials," *Science*, 376, 6599, pp. 1272-1272, Jun. 2022.

[29] F. Tehrani, H. Teymourian, B. Wuerstle, J. Kavner, R. Patel, A. Furmidge, R. Aghavali, H. Hosseini-Toudeshki, C. Brown, F. Zhang, K. Mahato, Z. Li, A. Barfidokht, L. Yin, P. Warren, N. Huang, Z. Patel, P.P. Mercier & J. Wang, "An integrated wearable microneedle array for the continuous monitoring of multiple biomarkers in interstitial fluid," *Nature Biomedical Engineering*, May 2022.

[30] M. Meng, H.R. Kooshkaki, X. Wang, S.-H. Kuo, E. Wen, P.P. Mercier, "A GMSK/PAM4 Multi-Channel Magnetic Human Body Communication Transceiver," *IEEE Solid-State Circuits Letters*, vol. 5, pp. 66-69, Mar. 2022.

[31] N.S.K. Fathy, J. Huang, P.P. Mercier, "A Digitally Assisted Multiplexed Neural Recording System With Dynamic Electrode Offset Cancellation via an LMS Interference-Canceling Filter," *IEEE Journal of Solid-State Circuits*, vol. 57, no. 3, pp. 953-964, Mar. 2022.

[32] E. Wen, D. Sievenpiper, P.P. Mercier, "Channel Characterization of Magnetic Human Body Communication," *IEEE Transactions on Biomedical Engineering*, vol. 69, no 2, pp. 569-579, Feb. 2022.

[33] C. Pochet, J. Huang, P. Mercier, D. Hall, "A 174.7-dB FoM, 2nd-order VCO-based ExG-to-Digital Front-End Using a Multi-phase Gated-Inverted Ring Oscillator Quantizer," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 15, no. 6, pp. 1283-1294, Dec. 2021.

[34] A. Akinin, J.M. Ford, J. Wu, C. Kim, H.D. Thacker, P.P. Mercier, G. Cauwenberghs, "An Optically Addressed Nanowire-Based Retinal Prosthesis With Wireless Stimulation Waveform Control and Charge Telemetering," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 11, pp. 3263-3273, Nov. 2021. **(ISSCC Special Issue)**

[35] J. Huang, P.P. Mercier, "A 178.9-dB FoM 128-dB SFDR VCO-Based AFE for ExG Readouts With a Calibration-Free Differential Pulse Code Modulation Technique," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 11, pp. 3236-3246, Nov. 2021.

Exhibit A
-9 -

[36]  W.-C. Liu, C.-H. Cheng, C.C. Mi, P.P. Mercier, "A Novel Ultra-Fast Transient Constant On-Time Buck Converter for Multi-Phase Operation," *IEEE Transactions on Power Electronics*, vol. 36, no. 11, pp. 13096-13106, Nov. 2021.

[37]  B. Polat, L. Becerra, P.-Y. Hsu, V. Kaipu, P. Mercier, C.-K. Cheng, D. Lipomi, "Epidermal Graphene Sensors and Machine Learning for Estimating Swallowed Volume," *ACS Applied Nano Materials*, Aug. 2021. **(Editors' Choice highlight)**

[38]  J. Lee, V. Leung, A. Lee, J. Huang, P. Asbeck, P.P. Mercier, S. Shellhammer, L. Larson, F. Laiwalla, A. Nurmikko, "Neural recording and stimulation using wireless networks of microimplants," *Nature Electronics*, no 4, pp. 604-614, Aug. 2021.

[39]  J. Huang, P.P. Mercier, "A 94.2-dB SNDR 142.6-µW VCO-based Audio ADC with a Split-ADC Differential Pulse Code Modulation Architecture," *IEEE Solid-State Circuits Letters*, vol. 4, pp. 121-124, Jun. 2021.

[40]  C. Gungor, P. Mercier, H. Toreyin, "A 1.2nW Analog Electrocardiogram Processor Achieving a 99.63% QRS Complex Detection Sensitivity," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 15, no. 3, pp. 617-628, Jun. 2021.

[41]  C. Gungor, P.P. Mercier, H. Toreyin, "Investigating well potential parameters on neural spike enhancement in a stochastic-resonance pre-emphasis algorithm," *Journal of Neural Engineering*, May 2021.

[42]  J. Huang, P.P. Mercier, "A 112-dB SFDR 89-dB SNDR VCO-based Sensor Front-end Enabled by Background-Calibrated Differential Pulse Code Modulation," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 4, pp. 1046-1057, Apr. 2021. **(VLSI Special Issue)**

[43]  P.-H. P. Wang, P.P. Mercier, "A Dual-Mode Wi-Fi/BLE Wake-up Receiver," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 4, pp. 1288-1298, Apr. 2021. **(VLSI Special Issue)**

[44]  A. Nikoofard, H. Abbasi Zadeh, P.P. Mercier, "A 0.6-mW 116-FSK Receiver Achieving a Sensitivity of -103 dBm at 100 kb/s," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 4, pp. 1299-1309, Apr. 2021. **(VLSI Special Issue)**

[45]  P.-H. Wang, P.P. Mercier, "An Interference-Resilient BLE-Compatible Wake-up Receiver Employing Single-Die Multi-Channel FBAR-Based Filtering and a 4-D Wake-Up Signature," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 4, pp. 416-426, Feb. 2021.

[46]  P.-H. Wang, C. Zhang, H. Yang, M. Dunna, D. Bharadia, P.P. Mercier, "A Low-Power Backscatter Modulation System Communicating Across Tens of Meters with Standards-Compliant Wi-Fi Transceivers," *IEEE Journal of Solid-State Circuits*, vol. 55, no. 11, pp. 2959-2969, Nov. 2020. **(ISSCC Special Issue)**

[47]  D.-G. Lee, A. Nikoofard, P.P. Mercier, "A -254.1 dB FoM 2.4 GHz Sub-Sampling PLL with a -76 dBc Reference Spur by Employing a Varactor-Based Cancellation Technique," *IEEE Solid-State Circuits Letters*, vol. 3, pp. 102-105, Jul. 2020.

[48]  D.-G. Lee, P.P. Mercier, "A Sub-mW 2.4-GHz Active-Mixer-Adopted Sub-Sampling PLL Achieving an FoM of -256 dB," *IEEE Journal of Solid-State Circuits*, vol. 55, no. 6, pp. 1542-1552, Jun. 2020.

[49]  H. Jiang, P.-H. Wang, L. Gao, C. Pochet, G.M. Rebeiz, D.A. Hall, P.P. Mercier, "A 22.3-nW, 4.55 cm² Temperature-Robust Wake-Up Receiver Achieving a Sensitivity of -69.5 dBm at 9 GHz," *IEEE Journal of Solid-State Circuits*, vol. 55, no. 6, pp. 1530-1541, Jun. 2020.

[50]  P.P Mercier, J. Wang, "Why Sweat Will Power Your Next Wearable," *IEEE Spectrum*, Jun. 2020. **(Cover article)**

Exhibit A
-10 -

[51] A. Abdulslam, P.P. Mercier, "A Symmetric Modified Multilevel Ladder PMIC for Battery-Connected Applications," *IEEE Journal of Solid-State Circuits*, vol. 55, no. 3, pp. 767-780, Mar. 2020. **(CICC Special Issue)**

[52] X. Wang, P.P. Mercier, "A Dynamically-High-Impedance Charge-Pump-Based LDO with Digital-LDO-Like Properties Achieving a sub-4fs FoM," *IEEE Journal of Solid-State Circuits*, vol. 55, no. 3, pp. 719-730, Mar. 2020 **(CICC Special Issue)**

[53] H. Teymourian, C. Moonla, F. Tehrani, E. Vargas, A. Barfidokht, R. Aghavali, T. Tangkuaram, P.P. Mercier, E. Dassau, J. Wang, "Microneedle-Based Detection of Ketone Bodies along with Glucose and Lactate: Toward Real-Time Continuous ISF Monitoring of Diabetic Ketosis/Ketoacidosis," *Analytical Chemistry*, Dec. 2019.

[54] C. Kim, J. Park, S. Ha, A. Akinin, R. Kubendran, P.P. Mercier, G.C. Cauwenberghs, "A 3 mm × 3 mm Fully Integrated Wireless Power Receiver and Neural Interface System-on-Chip" *IEEE Transactions on Biomedical Circuits and Systems*, vol. 13, no. 6, pp. 1736-1746, Dec. 2019.

[55] J. Warchall, P. Theilmann, Y. Ouyang, H. Garudadri, P. Mercier, "Robust Biopotential Acquisition via a Distributed Multi-Channel FM-ADC," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 13, no. 6, pp. 1229-1242, Dec. 2019. **(ISSCC Special Issue)**

[56] J. Park, P.P. Mercier, "A sub-10pJ/bit 5Mbps Magnetic Human Body Communication Transceiver," *IEEE Journal of Solid-State Circuits*, vol. 54, no. 11, pp. 3031-3042, Nov. 2019. **(ISSCC Special Issue)**

[57] A. Abdulslam, P.P. Mercier, "A Passive-Stacked Third-Order Buck Converter with Inherent Input Filtering Achieving 0.7 W/mm$^2$ Power Density and 94% Peak Efficiency," *IEEE Solid-State Circuits Letters*, 2019. **(ISSCC Special Issue)**

[58] L. Pisha, J. Warchall, T. Zubatiy, S. Hamilton, C.-H. Lee, G. Chockalingam, P.P. Mercier, R. Gupta, B.D. Rao, H. Garudadri, "A Wearable, Extensible, Open-Source Platform for Hearing Healthcare Research," *IEEE Access*, vol. 7, pp. 162083-162101, Nov. 2019.

[59] H. Wang, P.P. Mercier, "A 763 pW 230 pJ/conversion Fully-Integrated CMOS Temperature-to-Digital Converter with +0.81/-0.75°C Inaccuracy," *IEEE Journal of Solid-State Circuits*, vol. 54, no. 8, pp. 2281-2290, Aug. 2019.

[60] C.S. Levy, T.W. Kornack, P.P. Mercier, "Bell-Bloom Magnetometer Linearization by Intensity Modulation Cancellation," *IEEE Transactions on Instrumentation and Measurements*, vol. 69, no. 3, pp. 883-892, Mar. 2019.

[61] S.S. Amin, P.P. Mercier, "A Fully-Integrated Li-ion-Compatible Hybrid 4-Level DC-DC Converter in 28nm FDSOI," *IEEE Journal of Solid-State Circuits*, vol. 54, no. 3, pp. 720-732, Mar. 2019. **(CICC Special Issue)**

[62] S. Ha, C. Kim, J. Park, G. Cauwenberghs, P. Mercier, "A Fully Integrated RF-powered Energy-Replenishing Current-Controlled Stimulator," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 13, no. 1, pp. 191-202, Feb. 2019.

[63] S.S. Amin, P.P. Mercier, "MISIMO: A Multi-Input Single-Inductor Multi-Output Energy Harvesting Platform in 28nm FDSOI for Powering Net-Zero-Energy Systems," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 12, pp. 3407-3419, Dec. 2018. **(ISSCC Special Issue)**

[64] A. Fazli Yeknami, X. Wang, I. Jeerapan, S. Imani, A. Nikoofard, J. Wang, P.P. Mercier, "A 0.3V Biofuel-Cell-Powered Glucose/Lactate Biosensing System," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 11, pp. 3126-3139, Nov. 2018. **(ISSCC Special Issue)**

[65] T. Kan, F. Lu, T.-D. Nguyen, P.P. Mercier, C. Mi, "Integrated Coil Design for EV Wireless Charging Systems Using LCC Compensation Topology," *IEEE Transactions on Power Electronics*, vol. 33, no. 11, pp. 9231-9241, Nov. 2018.

Exhibit A
-11 -

[66]  J. Warchall, S. Kaleru, N. Jayapalan, B. Nayak, H. Garudadri, P.P. Mercier, "A 678μW Frequency-Modulation Based ADC with 104dB Dynamic Range in 44kHz Bandwidth," *IEEE Transactions on Circuits and Systems II*, vol. 65, no. 10, pp. 1370-1374, Oct. 2018.

[67]  H. Jiang, P.-H. Wang, P.P. Mercier, D.A. Hall, "0.4 V 0.93 nW/kHz Relaxation Oscillator Exploiting Comparator Temperature-Dependent Delay to Achieve 94 ppm/°C Stability," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 10, pp. 3004-3011, Oct. 2018.

[68]  J. Kim, J.R. Sempionatto, S. Imani, M.C. Hartel, A. Barfidokht, G. Tang, A.S. Campbell, P.P. Mercier, J. Wang, "Simultaneous Monitoring of Interstitial Fluid and Sweat using a Single Flexible Wearable Iontophoretic-Biosensor Platform," *Advanced Science*, 5, 1800880, Aug. 2018.

[69]  T. Kan, Y. Zhang, Z. Yan, P.P. Mercier, C.C. Mi, "A Rotation-Resilient Wireless Charging System for Lightweight Autonomous Underwater Vehicles," *IEEE Transactions on Vehicular Technology,* vol. 67, no. 8, pp. 6935-6942, Aug. 2018.

[70]  T. Kan, R. Mai, P.P. Mercier, C. Mi, "Design and Analysis of a Three-Phase Wireless Charging System for Lightweight Autonomous Underwater Vehicles," *IEEE Transactions on Power Electronics,* vol. 33, no. 8, pp. 6622-6632, Aug. 2018.

[71]  A. Abdulslam, B. Mohammad, M. Ismail, P.P. Mercier, Y. Ismail, "A 93% Peak Efficiency Fully-Integrated Multilevel Multistate Hybrid DC-DC Converter", *IEEE Transactions on Circuits and Systems I*, vol. 65, no. 8, pp. 2617-2630, Aug. 2018.

[72]  J. Huang, F. Laiwalla, J. Lee, L. Cui, V. Leung, A. Nurmikko, P.P. Mercier, "A 0.01mm$^2$ Mostly Digital Capacitor-Less AFE for Distributed Autonomous Neural Sensor Nodes," *IEEE Solid-State Circuits Letters*, vol. 1, no. 7, pp. 162-165, Jul 2018.

[73]  H. Wang, X. Wang, J. Park, A. Barfidokht, J. Wang, P.P. Mercier, "A Battery-Powered Wireless Ion Sensing System Consuming 5.5 nW of Average Power," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 7, pp. 2043-2053, Jul. 2018. **(ESSCIRC Special Issue)**

[74]  P.-H. Wang, H. Jiang, L. Gao, P. Sen, Y.-H. Kim, G.M. Rebeiz, P.P. Mercier, D.A. Hall, "A Near-Zero-Power Wake-up Receiver Achieving -69 dBm Sensitivity," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 6, pp. 1640-1652, Jun. 2018.

[75]  H. Wang, P.P. Mercier, "A Current-Mode Capacitively-Coupled Chopper Instrumentation Amplifier for Biopotential Recording With Resistive or Capacitive Electrodes," *IEEE Transactions on Circuits and Systems II*, vol. 65, no. 6, pp. 699-703, Jun. 2018.

[76]  J. Ramírez, D. Rodriquez, F. Qiao, J. Warchall, J. Rye, E. Aklile, A.S.-C. Chiang, B.C. Marin, P.P. Mercier, C.K. Cheng, K.A. Hutcheson, E.H. Shinn, D.J. Lipomi, "Metallic Nanoislands on Graphene for Monitoring Swallowing Activity in Head and Neck Cancer Patients," *ACS Nano*, vol. 12, no. 6, pp. 5913-5922, Jun. 2018.

[77]  H. Wang, P.P. Mercier, "A 3.4 pW 0.4 V 469.3 ppm/°C Five-Transistor Current Reference Generator," in *IEEE Solid-State Circuits Letters*, vol. 1, no. 5, pp. 122-125, May 2018.

[78]  P.-H. Wang, H. Jiang, L. Gao, P. Sen, Y.-H. Kim, G.M. Rebeiz, P.P. Mercier, D.A. Hall, "A 6.1 nW Wake-Up Receiver Achieving -80.5 dBm Sensitivity via a Passive Pseudo-Balun Envelope Detector," in *IEEE Solid-State Circuits Letters*, vol. 1, no. 5, pp. 134-137, May 2018.

[79]  A.J. Bandodkar, S. Imani, R. Nunez-Flores, R. Kumar, C. Wang, A.M.V. Mohan, J. Wang, P.P. Mercier, "Re-usable electrochemical glucose sensors integrated into a smartphone platform," *Biosensors and Bioelectronics*, vol. 101, pp. 181-187, Mar. 2018.

[80]  L.G. Salem, J. Warchall, P.P. Mercier, "A Successive-Approximation Recursive Digital Low-Dropout Voltage Regulator with PD Compensation and Sub-LSB Duty Control," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 1, pp. 35-49, Jan. 2017. **(ISSCC Special Issue)**

Exhibit A

-12 -

[81] C. Kim, S. Ha, J. Park, A. Akinin, P.P. Mercier, G. Cauwenberghs, "A 144 MHz Fully Integrated Resonant Regulating Rectifier with Hybrid Pulse Modulation for mm-sized Implants," *IEEE Journal of Solid-State Circuits*, vol. 52, no. 11, pp. 3043-3055, Nov. 2017.

[82] D.-G. Lee, P.P. Mercier, "Noise Analysis of Phase-Demodulating Receivers Employing Super-Regenerative Amplification," *IEEE Transactions on Microwave Theory and Techniques*, vol. 65, no. 9, pp. 3299-3311, Sep. 2017.

[83] X. Wang, P.-H. Wang, Y. Cao, P.P. Mercier, "A 0.6V 75nW All-CMOS Temperature Sensor with 1.67m°C/mV Supply Sensitivity," *IEEE Transactions on Circuits and Systems I: Regular Papers*, vol. 64, no. 9, pp. 2274-2283, Sep. 2017.

[84] L.G. Salem, J.F. Buckwalter, P.P. Mercier, "A Recursive Switched-Capacitor House-of-Cards Power Amplifier," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 52, no. 7, pp. 1719-1738, Jul. 2017. **(ESSCIRC Special Issue)**

[85] T.F. O'Connor, M.E. Fach, R. Miller, S.E. Root, P.P. Mercier, D.J Lipomi, "The Language of Glove: Wireless gesture decoder with low-power and stretchable hybrid electronics," *PLoS ONE*, vol. 12, no. 7, e0179766, Jul. 2017.

[86] H. Wang, P.P. Mercier, "Near-Zero-Power Temperature Sensing via Tunneling Currents Through Complementary Metal-Oxide-Semiconductor Transistors," *Scientific Reports*, vol. 7, no. 4427, Jun. 2017. *(highlighted in many press articles such as **Yahoo News, The Engineer**, and others, putting it in the top 5% of all research outputs as scored by Altmetric)*

[87] A.J. Bandodkar, J.-M. You, N.-H. Kim, Y. Gu, R. Kumar, A. M.V. Mohan, J. Kurniawan, S. Imani, T. Nakagawa, B. Parish, M. Parthasarathy, S. Xu, J. Wang, "Soft, stretchable, high power density electronic skin-based biofuel cells for scavenging energy from human sweat," *Energy and Environmental Science*, vol. 10, pp. 1581-1589, Jun. 2017. *(highlighted in many press articles such as **Yahoo News, New Scientist**, and others)*

[88] J. Sempionatto, T.T. Nakagawa, A. Pavinatto, S.T. Menash, S. Imani, P. Mercier, J. Wang, "Eyeglasses-based Wireless Electrolyte and Metabolite Sensing Platform," *Lab on a Chip*, vol. 17, pp. 1834-1842, Apr. 2017.

[89] J. Park, H. Garudadri, P.P. Mercier, "Channel Modeling of Miniaturized Battery-Powered Capacitive Human Body Communication Systems," *IEEE Transactions on Biomedical Engineering*, vol. 64, no. 2, pp. 452-462, Feb. 2017.

[90] S. Ha, A. Akinin, J. Park, C. Kim, H. Wang, C. Maier, P.P. Mercier, G.C Cauwenberghs, "Silicon Integrated High-Density Electrocortical Interfaces," *Proceedings of the IEEE*, vol. 105, no. 1, pp. 11-33, Jan. 2017.

[91] L.G Salem, J.G. Louie, P.P. Mercier, "Flying-Domain DC-DC Conversion," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 51, no. 12, pp. 2830-2842, Dec. 2016. **(ISSCC Special Issue)**

[92] J. Kim, I. Jeerapan, S. Imani, T.N. Cho, A. Bandodkar, S. Cinti, P.P. Mercier, J. Wang, "Non-Invasive Alcohol Monitoring using a Wearable Tattoo-based Iontophoretic Biosensing System," *ACS Sensors*, vol. 1, no. 8, pp. 1011-1019, Aug. 2016. *(highlighted in many press articles, live radio, and live TV ranging from the **BBC, IEEE Spectrum, PC Magazine, Yahoo News, CTV Canada**, etc.)*

[93] D. Ahn and P.P. Mercier, "Wireless Power Transfer with Concurrent 200 kHz and 6.78 MHz Operation in a Single Transmitter Device," *IEEE Transactions on Power Electronics,* vol. 31, no. 7, pp 5018-5029, Jul. 2016. *(highlighted in many press articles from **EE Times, phys.org, Science Daily, RF Globalnet**, etc.)*

[94] H. Wang, P.P. Mercier, "A Reference-Free Capacitive-Discharging Oscillator Architecture Consuming 44.4pW/75.6nW at 2.8Hz/6.4kHz," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 51, no. 6, pp 1423-1435, Jun. 2016.

Exhibit A
-13-

[95] S. Imani, A.J Bandodkar, A.M.V. Mohan, R. Kumar, S. Yu, J. Wang, P.P. Mercier, "A Wearable Chemical-Electrophysiological Hybrid Biosensing System for Real-Time Health and Fitness Monitoring," *Nature Communications*, vol. 7, May 2016.    *(highlighted in over 1000 press articles from **Popular Science, NBC News, Gizmodo, CNET,** etc., putting it in the top 5% of all research outputs scored by Altmetric)*

[96] R. Cánovas, M. Parrilla, P. Mercier, F.J. Andrade, J. Wang, "Balloon-Embedded Sensors Withstanding Extreme Multiaxial Stretching and Global Bending Mechanical Stress: Towards Environmental and Security Monitoring," *Advanced Materials Technology*, May, 2016.

[97] J. Kim, S. Imani, W. R. de Araujo, J. Warchall, G. Valdés-Ramírez, T. R.L.C. Paixão, P. P. Mercier, J. Wang, "Wearable salivary Uric acid Mouthguard biosensor with integrated Wireless Electronics," *Biosensors & Bioelectronics,* vol. 74, pp 1061-1068, Dec. 2015.    *(highlighted in many press articles from the **MIT Technology Review, EE Times, KPBS, Science World Report, Inside Science TV,** etc.)*

[98] D. Lee, L.G. Salem, and P.P. Mercier, "Narrowband Transmitters: Ultralow-Power Design," *IEEE Microwave Magazine*, vol. 16, no. 3, pp 130-142, Apr. 2015.

[99] L.G. Salem and P.P. Mercier, "A Recursive Switched-Capacitor DC-DC Converter Achieving $2^N-1$ Ratios with High Efficiency over a Wide Output Voltage Range," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 49, no. 12, pp 2773-2787, Dec. 2014. **(ISSCC Special Issue)**

[100] S. Bandyopadhyay, P.P. Mercier, A.C Lysaght, K.M. Stankovic, and A.P. Chandrakasan, "A 1.1nW Energy Harvesting System with 544pW Quiescent Power for Next Generation Implants," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 49, no. 12, pp 2812-2824, Dec. 2014. **(ISSCC Special Issue)**

[101] W. Jia, X. Wang, S. Imani, A.J. Bandodkar, J. Ramirez, P.P. Mercier, J. Wang, "Wearable textiles biofuel cells for powering electronics*," Journal of Materials Chemistry A*, doi: 10.1039/C4TA04796F, 2014.

[102] P.P. Mercier, S. Bandyopadhyay, A.C Lysaght, K.M. Stankovic, and A.P. Chandrakasan, "A sub-nW 2.4 GHz Transmitter for Low Data-Rate Sensing Applications," *IEEE Journal of Solid-State Circuits (JSSC),* vol. 49, no. 7, pp 1463-1474, Jul. 2014.

[103] J. Kim. G. Valdés-Ramírez, A.J. Bandodkar, W. Jia, A.G. Martinez, J. Ramírez, P. Mercier, J. Wang, "Non-invasive mouthguard biosensor for continuous salivary monitoring of metabolites," *Analyst*, vol. 139, pp 1632-1636, 2014.

[104] P.P. Mercier and A.P. Chandrakasan, "Rapid Wireless Capacitor Charging using a Multi-Tapped Inductively-Coupled Secondary Coil," *IEEE Trans. Circuits and Systems I (TCAS-I),* vol. 60, no. 9, pp 2263-2272, Sep. 2013.

[105] A. Paidimarri, P.M. Nadeau, P.P. Mercier, and A.P. Chandrakasan, "A 2.4GHz Multi-Channel FBAR-based Transmitter With an Integrated Pulse-Shaping Power Amplifier," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 48, no. 4, pp 1042-1054, Apr. 2013.

[106] P.P. Mercier, A.C Lysaght, S. Bandyopadhyay, A.P. Chandrakasan, and K.M. Stankovic, "Energy extraction from the biologic battery in the inner ear," *Nature Biotechnology* (**Cover Article**), vol. 30, no. 12, pp 1240—1243, Dec. 2012.

   See also "Bioelectronics: Power from the ear," *Nature*, vol. 491, Nov. 8, 2012.

[107] P.P. Mercier and A.P. Chandrakasan, "A Supply-Rail-Coupled eTextiles Transceiver for Body-Area Networks," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 46, no. 6, pp 1284-1295, Jun. 2011.

Exhibit A

-14 -

[108] P.P. Mercier, M. Bhardwaj, Denis C. Daly and A.P. Chandrakasan, "A Low-Voltage Energy-Sampling IR-UWB Digital Baseband Employing Quadratic Correlation," *IEEE Journal of Solid-State Circuits*, vol. 45, no. 6, pp 1209-1219, Jun. 2010.

[109] D.C. Daly, P.P. Mercier, M. Bhardwaj, A.L. Stone, Z.N. Aldworth, T.L. Daniel, J. Voldman, J.G. Hildebrand, A.P. Chandrakasan, "A Pulsed UWB Receiver SoC for Insect Motion Control," *IEEE Journal of Solid-State Circuits*, vol. 45, no. 1, pp 153-166, Jan. 2010. **(ISSCC Special Issue)**

[110] P.P. Mercier, D.C. Daly, and A.P. Chandrakasan, "An Energy-Efficient All-Digital UWB Transmitter Employing Dual Capacitively-Coupled Pulse-Shaping Drivers," *IEEE Journal of Solid-State Circuits*, vol. 44, no. 6, pp. 1679 - 1688, Jun. 2009.

[111] A.P. Chandrakasan, F.S. Lee, D.D. Wenztloff, V. Sze, B.P. Ginsburg, P.P. Mercier, D.C. Daly, and R. Blazquez, "Low-Power Impulse UWB Architectures and Circuits," *Proceedings of the IEEE*, vol. 97, pp. 332-352, Feb. 2009.

[112] P.P. Mercier, S. M. Kilambi, and B. Nowrouzian, "Optimization of FRM FIR digital filters over CSD and CDBNS multiplier coefficient spaces employing a novel genetic algorithm," *Journal of Computers*, vol. 2, pp. 20–31, Sep. 2007.

## PEER-REVIEWED CONFERENCE PAPERS

[1]   S. Agarwal, G. Pillonett, H. Lu, N.S.K. Fathy, P.P. Mercier, "A Current-Source-Free Constant-Current Wireless Adiabatic Neural Stimulator Achieving a 5.5-27.7x Improved RF-to-Electrode Stimulation Efficiency Factor," in Proc. *IEEE VLSI Symposium*, Jun. 2024.

[2]   T. Zhang, D. Zhang, P.P. Mercier, H. Wang, "Design and Analysis of a Family of pW-Level Sub-1V CMOS VRGs by Stacking a Current-Source Transistor and a Resistive-Load Transistor," in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, May. 2024.

[3]   R. Burns, A. Wiechmann, P. Sadeghi, N. Lobandi, N. Fathy, R. Huang, N. Sun, P.P. Mercier, "A 24.4μW Room Temperature Gas Sensor based on Molecularly Imprinted Polymers Demonstrating SARS-Cov-2 and D-Glucose Aerosol Sensing," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2024.

[4]   A. Gadelkarim, P.P. Mercier, "A 18.2mW Subsampling mm-Wave Receiver Employing a Subtractive Anti-Aliasing Active Bandstop Filter at 23GHz," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2024.

[5]   W.-C.B. Liu, P.P. Mercier, "A Merged Backside Series/Parallel Hybrid Piezoelectric-Resonator-Based DC-DC Converter," in Proc. *IEEE Applied Power Electronics Conference and Exposition (APEC)*, Feb. 2024.

[6]   W.-C.B. Liu, G. Pillonnet, P.P. Mercier, "An Integrated Dual-Side Series/Parallel Piezoelectric Resonator-based 20-to-2.2V DC-DC Converter Achieving a 310% Loss Reduction," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2024.

[7]   H.R. Kooshkaki, P.P. Mercier, "A 0.75mW Receiver Front-end for NB-IoT," in Proc. *IEEE Radio Frequency Integrated Circuits Symposium (RFIC)*, Jun. 2023.

[8]   G. Pillonnet, M. Kamel, P.P. Mercier, "Normalized Benchmarking of Hybrid Switched-Capacitor DC-DC Converters," in Proc. *IEEE Workshop on Control and Modeling for Power Electronics (COMPEL)*, Jun. 2023.

Exhibit A
-15 -

[9]   J. Wu, A. Akinin, M. Lee, A. Paul, H. Lu, Y. Park, P. Fowler, S.-J. Kim, P.P. Mercier, G.C. Cauwenberghs, "A Low-Noise 0.001Hz-1kHz Sample-Level Duty-Cycling Neural Recording System-on-Chip," in Proc. *IEEE International Circuits and Systems Conference (ISCAS)*, May. 2023. **(Best Runner Up Paper Award; Women in Circuits and Systems Runner Up Award)**

[10]  W.-C.B. Liu, P.P. Mercier, "A Series/Parallel Magnetic-Less Step-Down Converter based on Piezoelectric Resonators," in Proc. *IEEE Applied Power Electronics Conference (APEC)*, Mar. 2023.

[11]  S.-H. Kuo, M. Dunna, H. Lu, A. Agarwal, D. Bharadia, P.P. Mercier, "An LTE-harvesting BLE-to-WiFi Backscattering Chip for Single-Device RFID-like Interrogation," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2023.

[12]  C. Hardy, H. Pham, M.M. Jatlaoui, F. Voiron, T. Xie, P.-H. Chen, S. Jha, P.P. Mercier, H.-P. Le, "A Scalable Heterogeneous Integrated Two-Stage Vertical Power Delivery Architecture for High Performance Computing," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2023.

[13]  C.B. Gungor, P.P. Mercier, H. Toreyin, "A Stochastic Resonance P and T-Wave Detection Algorithm," in Proc. *IEEE Engineering in Medicine and Biology Society Conference (EMBC)*, Jul. 2022.

[14]  S.-K. Kuo, M. Dunna, D. Bharadia, P.P. Mercier, "A WiFi and Bluetooth Backscattering Combo Chip Featuring Beam Steering via a Fully-Reflective Phased-Controlled Multi-Antenna Termination Technique Enabling Operation Over 56 Meters," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2022.

[15]  C.B. Gungor, P. Mercier, H. Toreyin, "A 3.75 nW Analog Electrocardiogram Processor Facilitating Stochastic Resonance for Real-Time R-Wave Detection," in Proc. *IEEE Biomedical Circuits and Systems Conference (BioCAS)*, Jun. 2021.

[16]  A. Akinin, J.M. Ford, J. Wu, J. Park, H.D. Thacker, G. Cauwenberghs, P.P. Mercier, "Maximizing Wireless Power Transfer to Intraocular Implants under Unconstrained Eye Movements," in Proc. *IEEE EMBS Conference on Neural Engineering*, May 2021.

[17]  M. Dunna, M. Meng, P.-H. Wang, C. Zhang, P. Mercier, D. Bharadia, "SyncScatter: Enabling WiFi like synchronization and range for WiFi backscatter Communication," *Symposium on Networked Systems Design and Implementation (NSDI)*, pp. 923-937, Apr. 2021. [journal equivalent conference]

[18]  A. Abdulsalm, P.P. Mercier, "A 98.2%-Efficiency Reciprocal Direct Charge Recycling Inductor-First DC-DC Converter," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2021.

[19]  J. Huang, P.P. Mercier, "A Distortion-Free VCO-based Sensor-to-Digital Front-end Achieving 178.9-dB FoM and 128-dB SFDR with a Calibration-Free Differential Pulse Code Modulation Technique," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2021.

[20]  M. Meng, M. Dunna, H. Yu, S. Kuo, D. Bharadia, P.P. Mercier, "Improving the Range of Wi-Fi Backscatter via a Passive Retro-Reflective Single-Side-Band-Modulating MIMO Array and Non-Absorbing Termination," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2021.

[21]  C. Pochet, J. Huang, P.P. Mercier, D.A. Hall, "A 400mVpp, 92.3 dB-SNDR, 1kHz-BW, 2nd-order VCO-based ExG-to-Digital Front-End Using a Multiphase Gated-Inverted Ring-Oscillator Quantizer," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2021.

[22]  A. Akinin, J. Ford, J. Wu, C. Kim, H. Thacker, P.P. Mercier, G.C. Cauwenberghs, "An Optically-Addressed Nanowire-Based Retinal Prosthesis with 73% RF-to-Stimulation Power Efficiency and 20nC-3uC Wireless Charge Telemetering," in Proc. *IEEE International Solid-*

Exhibit A
-16 -

*State Circuits Conference (ISSCC)*, Feb. 2021. ***(IEEE Brain Technical Community and IEEE Solid-State Circuits Society 2021 Brain-Related Best Paper Award – Honorable Mention)***

[23] J. Lee, A.-H. Lee, V. Leung, J. Huang, P. Asbeck, P.P. Mercier, S. Shellhammer, L. Larson, F. Laiwalla, A. Nurmikko, "A Wireless Network of Microimplants for Neural Recording and Microstimulation," in Proc. *IEEE Brain Workshop on Advanced Neural Technologies*, Oct. 2020.

[24] J. Huang, P.P. Mercier, "A -105dB THD 87dB-SNDR VCO-based Sensor Front-end Enabled by Background-Calibrated Differential Pulse Code Modulation," in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2020. ***(Best student paper award nominee)***

[25] P.-H. Wang, P.P. Mercier, "A 4.4µW -92/-90.3dBm Sensitivity Dual-mode BLE/Wi-Fi Wake-up Receiver," in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2020. ***(Best student paper award nominee)***

[26] A. Nikoofard, H. Abbasi Zadeh, P.P. Mercier, "A 920MHz 16-FSK Receiver Achieving a Sensitivity of -103dBm at 0.6mW via an Integrated N-Path Filter Bank," in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2020.

[27] H.R. Kooshkaki, P.P. Mercier, "A 0.55mW Fractional-N PLL with a DC-DC Powered Class-D VCO Achieving Better than -66dBc Fractional and Reference Spurs for NB-IoT," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Mar. 2020.

[28] S.S. Amin, P.P. Mercier, "H-SIMO: A Hybrid Single-Inductor Multi-Output 5-Level Thin-Oxide Power Management Unit Achieving 91.4% Efficiency from Li-ion Battery Voltages in 28nm FD-SOI," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Mar. 2020.

[29] X. Wang, P.P. Mercier, "A 11.1nJ-Start-up 16/20MHz Crystal Oscillator with Multi-Path Feedforward Negative Resistance Boosting and Optional Dynamic Pulse Width Injection," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Mar. 2020.

[30] P.-H. Wang, C. Zhang, H. Yang, D. Bharadia, P.P. Mercier, "A 28µW IoT Tag That Can Communicate with Commodity WiFi Transceivers via a Single-Side-Band QPSK Backscatter Communication Technique," in Proc. IEEE *International Solid-State Circuits Conference (ISSCC)*, Feb. 2020.

[31] G. Carfano, H. Murguia, P. Gudem, P.P. Mercier, "Impact of FR1 5G NR Jammers on UWB Indoor Position Location Systems," in Proc. *International Conference on Indoor Positioning and Indoor Navigation (IPIN)*, Oct. 2019.

[32] X. Wang, P.P. Mercier, "A Charge-Pump-based Digital LDO Employing an AC-Coupled High-Z Feedback Loop Towards a sub-4fs FoM and a 105,000x Stable Dynamic Current Range," *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2019. ***(Outstanding student paper award nominee)***

[33] A. Abdulslam, B.H. Lam, P.P Mercier, "A Battery-Connected Symmetric Modified Multilevel Ladder Converter Achieving 0.45W/mm$^2$ Power Density and 90% Peak Efficiency," *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2019.

[34] V.W. Leung, L. Cui, S. Alluri, J. Lee, J. Huang, E. Mok, S. Shellhammer, R. Rao, P. Asbeck, P.P. Mercier, L. Larson, A. Nurmikko, F. Laiwalla, "Distributed Microscale Brain Implants with Wireless Power Transfer and Mbps Bi-directional Networked Communications," *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2019.

[35] J. Lee, E. Mok, J. Huang, L. Cui, A.-H. Lee, V. Leung, P.P. Mercier, S. Shellhammer, L. Larson, R.R. Rao, Y.-K. Song, A. Nurmikko, F. Laiwalla, "An Implantable Wireless Network of Distributed Microscale Sensors for Neural Applications," *IEEE EMBS Conference on Neural Engineering (NER)*, Mar. 2019.

Exhibit A

-17 -

[36]  P.-H. Wang, P.P. Mercier, "A 220µW -85dBm Sensitivity BLE-compliant Wake-up Receiver Achieving -60dB SIR via Single-Die Multi-Channel FBAR-based Filtering and a 4-Dimentional Wake-Up Signature," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2019.

[37]  J. Warchall, P. Thielmann, Y. Ouyang, H. Garudadi, P.P. Mercier, "A Rugged Wearable Modular ExG Platform Employing a Distributed Scalable Multi-Channel FM-ADC Achieving 101dB Input Dynamic Range and Motion-Artifact Resilience," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2019.

[38]  J. Park, P. P. Mercier, "A sub-40µW 5Mb/s Magnetic Human Body Communication Transceiver Demonstrating Trans-Body Delivery of High-Fidelity Audio to a Wearable In-Ear Headphone," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2019.

[39]  A. Abdulslam, P.P. Mercier, "A Continuous-Input-Current Passive-Stacked Third-Order Buck Converter Achieving 0.7W/mm² Power Density and 94% Peak Efficiency," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2019.

[40]  F. Laiwalla, J. Lee, J. Huang, V. Leung, L. Larson, P. Mercier, S. Shellhammer, R. Rao, P. Asbeck, A. Nurmikko, "A Wireless Microscale Sensor Network for Chronic Implantable Neural Interfaces," *IEEE Brain Initiative Workshop on Advanced NeuroTechnologies*, Nov. 2018.

[41]  J. Warchall, S. Kaleru, N. Jayapalan, B. Nayak, H. Garudadri, P.P. Mercier, "A 678µW Frequency-Modulation Based ADC with 104dB Dynamic Range in 44kHz Bandwidth," in Proc. *IEEE International Symposium on Integrated Circuits and Systems (ISICAS)*, Sep. 2018.

[42]  D.-G. Lee, P.P. Mercier, "AMASS PLL: An Active-Mixer-Adopted Sub-Sampling PLL Achieving an FOM of -255.5dB and a Reference Spur of -66.5dBc," in Proc. *IEEE VLSI Symposium*, Jun. 2018.

[43]  S.S. Amin, P.P. Mercier, "A 78%-Efficiency Li-ion-Compatible Fully-Integrated Modified 4-Level Converter with 0.01-40mW DCM-Operation in 28nm FDSOI," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2018. **(Outstanding student paper award nominee)**

[44]  S.S. Amin, P.P. Mercier, "MISIMO: A Multi-Input Single-Inductor Multi-Output Energy Harvester Employing Event-Driven MPPT Control to Achieve 89% Peak Efficiency and a 60,000x Dynamic Range in 28nm FDSOI," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2018.

[45]  A. Fazli Yeknami, X. Wang, S. Imani, A. Nikoofard, I. Jeerapan, J. Wang, P.P. Mercier, "A 0.3V Biofuel-Cell-Powered Glucose/Lactate Biosensing System Employing a 180nW 64dB SNR Passive $\Delta\Sigma$ ADC and a 920MHz Wireless Transmitter," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2018.

[46]  L.G. Salem, P.P. Mercier, "A sub-1.55mV Accuracy 36.9ps FOM Digital Low-Dropout Regulator Employing Switched-Capacitor Resistance," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2018.

[47]  H. Wang, P.P. Mercier, "A 113 pW Fully Integrated CMOS Temperature Sensor Operating at 0.5 V," in Proc. *IEEE Sensors Conference*, Nov. 2017.

[48]  J. Park, C. Kim, A. Akinin, G.C. Cauwenberghs, P.P. Mercier, "Wireless Powering of mm-Scale Fully-on-Chip Neural Interfaces," in Proc. *IEEE Biomedical Circuits and Systems Conference (BioCAS)*, Oct. 2017.

[49]  H. Wang, X. Wang, J. Park, A. Barfidokht, J. Wang, P.P. Mercier, "A 5.5nW Battery-Powered Wireless Ion Sensing System," in Proc. *IEEE European Solid-State Circuits Conference (ESSCIRC)*, Sep. 2017.

Exhibit A
-18 -

[50] H. Wang, P.P. Mercier, "A 420fW Self-Regulated 3T Voltage Reference Generator Achieving 0.47%/V Line Regulation from 0.4-to-1.2V," in Proc. *IEEE European Solid-State Circuits Conference (ESSCIRC)*, Sep. 2017.

[51] H. Wang, P.P. Mercier, "A 1.6%/V 124.2pW 9.3Hz Relaxation Oscillator Featuring a 49.7pW Voltage and Current Reference Generator," in Proc. *IEEE European Solid-State Circuits Conference (ESSCIRC)*, Sep. 2017.

[52] P.-H. Wang, H. Jiang, L. Gao, P. Sen, Y.-H. Kim, G. Rebeiz, P.P. Mercier, D.A. Hall, "A 400 MHz 4.5 nW -63.8 dBm Sensitivity Wake-up Receiver Employing an Active Pseudo-Balun Envelope Detector," in Proc. *IEEE European Solid-State Circuits Conference (ESSCIRC)*, Sep. 2017.

[53] T. Ajayi, K. Al-Hawaj, A. Amarnath, S. Dai, S. Davidson, P. Gao, G. Liu, A. Lotfi, J. Puscar, A. Rao, A. Rovinski, L. Salem, N. Sun, C. Torng, L. Vega, B. Veluri, X. Wang, S. Xie, C. Zhao, R. Zhao, C. Batten, R.G. Dreslinski, I. Galton, R.K. Gupta, P.P. Mercier, M. Srivastava, M.B. Taylor, Z. Zhang, "Celerity: An Open Source RISC-V Tiered Accelerator Fabric," *IEEE Hot Chips*, Aug. 2017.

[54] C. Kim, S. Ha, A. Akinin, J. Park, R. Kudendran, H. Wang, P.P. Mercier, G.C. Cauwenberghs, "Design of Miniaturized Wireless Power Receivers for mm-sized Implants," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, May 2017. DOI: 10.1109/CICC.2017.7993703 **(Invited)**

[55] T. Kan, P.P. Mercier, C. Mi, "A Three-Phase Wireless Charging System for Lightweight Autonomous Underwater Vehicles," in Proc. *IEEE Applied Power Electronics Conference & Exposition (APEC)*, pp. 1407-1411, Mar. 2017. DOI: 10.1109/APEC.2017.7930881

[56] H. Jiang, P.-H. Wang, L. Gao, P. Sen, Y.-H. Kim, G. Rebeiz, D. Hall, P.P. Mercier, "A 4.5nW Wake-Up Radio with -69dBm Sensitivity," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, vol. 60, pp. 416-417, Feb. 2017. DOI: 10.1109/ISSCC.2017.7870438

[57] L.G. Salem, P.P. Mercier, "A 0.4-1V 1MHz-to-2GHz Switched-Capacitor Adiabatic Clock Driver Achieving 55.6% Clock Power Reduction," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, vol. 60, pp. 442-443, Feb. 2017. DOI: 10.1109/ISSCC.2017.7870451

[58] L.G. Salem, J. Warchall, P.P. Mercier, "A 100nA-2mA Successive-Approximation Digital LDO with PD Compensation and sub-LSB Duty Control Achieving a 15.1ns Response-Time at 0.5V," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, vol. 60, pp. 340-341, Feb. 2017. DOI: 10.1109/ISSCC.2017.7870400

[59] L.G. Salem, J.F Buckwalter, P.P. Mercier, "A Recursive House-of-Cards Digital Power Amplifier Employing a $\lambda/4$-less Doherty Power Combiner in 65nm CMOS," in Proc. *IEEE European Solid-State Circuits Conference (ESSCIRC)*, vol. 42, pp. 189-192, Sep. 2016. DOI: 10.1109/ESSCIRC.2016.7598274

[60] C. Kim, J. Park, A. Akinin, S. Ha, R. Kubendran, H. Wang, P.P. Mercier, G.C. Cauwenberghs, "A Fully Integrated 144 MHz Wireless-Power-Receiver-on-Chip with an Adaptive Buck-Boost Regulating Rectifier and Low-Loss Fractal Signal Distribution," in Proc. *IEEE VLSI Symposium*, June 2016. DOI: 10.1109/VLSIC.2016.7573492

[61] H. Wang and P.P. Mercier, "A 14.5 pW, 31 ppm/°C Resistor-Less 5 pA Current Reference Employing A Self-Regulated Push-Pull Voltage Reference Generator," in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, pp. 1290-1293, May 2016. DOI: 10.1109/ISCAS.2016.7527442

Exhibit A
-19-

[62] S. Imani, A.J. Bandodkar, J. Kim, J. Wang, P.P. Mercier, "Wearable Chemical Sensors: Opportunities and Challenges," in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, pp. 1122-1125, May 2016. DOI: 10.1109/ISCAS.2016.7527442

[63] J. Warchall, A. Balakrishnan, O. Balkan, W.D. Hairston, P. Theilmann, P.P. Mercier, H. Garudadri, "A Multi-Channel EEG System Featuring Single-Wire Data Aggregation via FM-FDM Techniques," in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, pp. 526-529, May 2016. DOI: 10.1109/ISCAS.2016.7527293

[64] L.G. Salem, J. G. Louie, and P.P. Mercier, "A Flying-Domain DC-DC Converter Powering a Cortex M0 Processor with 90.8% Efficiency," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, vol. 59, pp. 234-236, Feb. 2016. DOI: 10.1109/ISSCC.2016.7417993

[65] D.-G. Lee and P.P. Mercier, "A 1.65 mW PLL-free PSK Receiver Employing Super-regenerative Phase Sampling," in Proc. *IEEE Biomedical Circuits and Systems Conference*, Oct. 2015. DOI: 10.1109/BioCAS.2015.7348307

[66] J.-H. Lin, H. Liu, C.-H. Liu, P. Lam, G.-Y. Pan, H. Zhaung, I. Kang, P.P. Mercier, C.-K. Cheng, "An Interdigitated Non-Contact ECG Electrode for Impedance Compensation and Signal Restoration," in Proc. *IEEE Biomedical Circuits and Systems Conference*, Oct. 2015. DOI: 10.1109/BioCAS.2015.7348421

[67] L.G. Salem and P.P. Mercier, "A Single-Inductor 7+7 Ratio Reconfigurable Resonant Switched-Capacitor DC-DC Converter with 0.1-to-1.5V Output Voltage Range," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Sep. 2015.

[68] H. Wang and P.P. Mercier, "A 51 pW Reference-Free Capacitive-Discharging Oscillator Architecture Operating at 2.8 Hz," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Sep. 2015. ***[Best student paper nomination]***

[69] J. Park and P.P. Mercier, "Magnetic Human Body Communication," in Proc. *IEEE Engineering in Medicine and Biology Society Conference (EMBC)*, Aug. 2015. *(highlighted in many press articles from the* **MIT Technology Review, Fortune, IEEE Spectrum, Engadget,** *etc.)*

[70] A. Yeung, H. Garudadri, C. Van Toen, P.P. Mercier, O. Balkan, S. Makeig, and N. Virji-Babul, "Comparison of Foam-Based and Spring-Loaded Dry EEG Electrodes with Wet Electrodes in Resting and Moving Conditions," in Proc. *IEEE Engineering in Medicine and Biology Society Conference (EMBC)*, Aug. 2015.

[71] L.G. Salem and P.P. Mercier, "A Battery-Connected 24-Ratio Switched Capacitor PMIC Achieving 95.5%-Efficiency," in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2015.

[72] S. Ha, A. Akinin, J. Park, C. Kim, H. Wang, C. Maier, G. Cauwenberghs, P.P. Mercier, "A 16-Channel Wireless Neural Interfacing SoC With RF-powered Energy-Replenishing Adiabatic Stimulation," in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2015. ***[Highlighted paper]***

[73] C. Kim, S. Ha, J. Park, A. Akinin, P.P. Mercier, G. Cauwenberghs, "A 144MHz Integrated Resonant Regulating Rectifier with Hybrid Pulse Modulation," in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2015.

[74] L.G. Salem and P.P. Mercier, "A Footprint-Constrained Efficiency Roadmap for on-Chip Switched-Capacitor DC-DC Converters," in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, May 2015.

[75] T.-C. Chou, R. Subramanian, J. Park, P.P. Mercier, "A Miniaturized Ultrasonic Power Delivery System," in Proc. *IEEE Biomedical Circuits and Systems Conference (BioCAS)*, Oct. 2014.

[76] L. Salem and P.P. Mercier, "A 45-Ratio Recursively Sliced Series-Parallel Switched-Capacitor DC-DC Converter Achieving 86% Efficiency," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Sep. 2014.

Exhibit A
-20 -

[77] L. Salem and P.P. Mercier, "An 85%-Efficiency Fully-Integrated 15-Ratio Recursive Switched-Capacitor DC-DC Converter With 0.1-2.2V Output Voltage Range," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, pp. 88-89, Feb. 2014.

[78] S. Bandyopadhyay, P.P. Mercier, A.C Lysaght, K.M. Stankovic, and A.P. Chandrakasan, "A 1.1nW Energy Harvesting System with 544pW Quiescent Power for Next Generation Implants," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, pp.396-397, Feb. 2014.

[79] H. Su, H. Liu, S-H.Weng, H. Wang, A. Presswala, H. Zhuang, J-H. Lin, P. Mercier, and C-K. Cheng, "A Non-contact Biopotential Sensing System With Motion Artifact Suppression," in Proc. *IEEE International Conference on Communications, Circuits, and Systems*, Nov. 2013.

[80] P.P. Mercier, S. Bandyopadhyay, A.P. Chandrakasan, "Enabling sub-nW RF Circuits through Subthreshold Leakage Management," in Proc. *IEEE SOI-3D-Subthreshold Microelectronics Technology Unified Conference*, pp. 26-27, Oct. 2013.

[81] P.P. Mercier, S. Bandyopadhyay, A.C Lysaght, K.M. Stankovic, and A.P. Chandrakasan, "A 78 pW 1 b/s 2.4 GHz Radio Transmitter for Near-Zero-Power Sensing Applications," in Proc. *IEEE European Solid-State Circuits Conf. (ESSCIRC)*, pp. 133-136, Sep. 2013.

[82] A. Paidimarri, P.M. Nadeau, P.P. Mercier, and A.P. Chandrakasan, "A 440pJ/bit 1Mb/s 2.4GHz Multi-Channel FBAR-based TX and an Integrated Pulse-shaping PA," in Proc. *IEEE Symposium on VLSI Circuits*, pp.34-35, Jun. 2012.

[83] P.M. Nadeau, A. Paidimarri, P.P. Mercier, and A.P. Chandrakasan, "Multi-channel 180pJ/b 2.4GHz FBAR-based Receiver," in Proc. *IEEE Radio Freq. IC Symp. (RFIC)*, Jun. 2012.

[84] P.P. Mercier, A.P. Chandrakasan, "A 110μW 10Mb/s eTextiles Transceiver for Body Area Networks with Remote Batter Power," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC) Dig. Tech. Papers*, pp. 496-497, Feb. 2010.

[85] P.P. Mercier, M. Bhardwaj, D.C. Daly, and A.P. Chandrakasan, "A 0.55V 16Mb/s 1.6mW Non-Coherent IR-UWB Digital Baseband with ±1ns Synchronization Accuracy," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC) Dig. Tech. Papers*, pp. 252-253, Feb. 2009.

[86] D.C. Daly, P.P. Mercier, M. Bhardwaj, A. L. Stone, J. Voldman, R. B. Levine, J. G. Hildebrand, A. P. Chandrakasan, "A Pulsed UWB Receiver SoC for Insect Motion Control," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC) Dig. Tech. Papers*, pp. 200-201, Feb. 2009.

[87] P.P. Mercier, D.C. Daly, and A.P Chandrakasan, "A 19pJ/pulse UWB Transmitter with Dual Capacitively-Coupled Digital Power Amplifiers," in *Proc. IEEE Radio Freq. IC Symp. (RFIC)*, Jun. 2008.

[88] P.P. Mercier, D. C. Daly, M. Bhardwaj, D. D. Wentzloff, F. S. Lee, and A. P. Chandrakasan, "Ultra-low-power UWB for sensor network applications," in *Proc. IEEE International Conference on Circuits and Systems (ISCAS)*, May 2008.

[89] D.C. Daly, M. Bhardwaj, F. S. Lee, P.P. Mercier, D. D. Wenztloff, J. Voldman, A. P. Chandrakasan, "Energy Efficient Pulsed-UWB Transceiver for Insect Flight Control," in *Government Microcircuit Applications & Critical Technology Conference (GOMACTech)*, pp. 401-404, Mar. 2008.

[90] D. D. Wentzloff, F. S. Lee, D. C. Daly, M. Bhardwaj, P.P. Mercier, and A. P. Chandrakasan, "Energy efficient pulsed-UWB CMOS circuits and systems," in *Proc. IEEE Int. Conf. Ultra-wideband (ICUWB)*, Sep. 2007.

Exhibit A
-21 -

[91] K. Boyle, P.P. Mercier, N. Sadeghi, V. Gaudet, C. Schlegel, C. Winstead, M. Kashyap, "Design and Implementation of an All-Analog Fast-Fourier Transform Processor," in *Proc. IEEE Midwest Symp. on Circuits and Systems (MWCAS)*, Aug. 2007, pp. 1532 – 1535.

[92] P.P. Mercier, S. Singh, K. Iniewski, B. Moore, and P. O'Shea, "Yield and cost modeling for 3D chip stack technologies," in *Proc. IEEE Custom Integr. Circuits Conf. (CICC)*, Sep. 2006, pp. 357–360.

[93] P.P. Mercier and B. Nowrouzian, "Design of FRM digital filters over the CSD multiplier coefficient space employing genetic algorithms," in *Proc. IEEE Int. Conf. on Acoust., Speech and Signal Process. (ICASSP)*, May 2006.

[94] P.P. Mercier and B. Nowrouzian, "A genetic algorithm for the design and optimization of FRM digital filters over a canonical double-base multiplier coefficient space," in *Proc. IEEE International Conference on Circuits and Systems (ISCAS)*, May 2006.

[95] K. Iniewski, C. Siu, S. Kilambi, S. Khan, B. Crowley, P.P. Mercier, and C. Schlegel, "Ultra-low power circuit and system design trade-offs for smart sensor network applications," in *Proc. IEEE Int. Conf. on Inf. and Comm. Tech.*, p. 309–321, Dec. 2005.

## TUTORIALS

[1] P.P. Mercier, "Enabling Standards-Compliant Wireless Communications at >100x Lower Power," *Tutorial Presented at the International Microwave Symposium* (IMS), Atlanta, GA (virtual due to COVID-19), Jun. 2021.

[2] P.P. Mercier, "Interface Circuits for Wearable and Implantable Sensing Systems," *Tutorial presented at the IEEE International Solid-State Circuits Conference (ISSCC)*, San Francisco, CA, Feb. 2020.

[3] P. P. Mercier, "Physiochemical Interface Circuits for Wearable and Implantable Sensing Systems," *IEEE Solid-State Circuits Society ISSCCedu online mini-course*, San Francisco, CA, Feb. 2020.

[4] P.P. Mercier, "Building Li-ion-compatible DC-DC Converters in Scaled CMOS," *IEEE Solid-State Circuits Society CICCedu online mini-course*, Austin, TX, Apr. 2019.

[5] P.P Mercier, "Power Management for the Internet-of-Things," *Tutorial presented at the IEEE Custom Integrated Circuits Conference (CICC)*, Austin, TX, Apr. 2019.

[6] P.P. Mercier, "Nanowatt wake-up radios: exploring power and sensitivity trade-offs," *Tutorial presented at the IEEE International Microwave Symposium (IMS)*, Philadelphia, PA, June 2018.

[7] P.P. Mercier, "Design of Low-Power Wake-up Radios for IoT Applications," *Tutorial presented at the IEEE Custom Integrated Circuits Conference (CICC)*, San Diego, CA, April 2018.

[8] P.P. Mercier, "Unawearables: new wearable sensors and circuits for unobtrusive health and fitness monitoring," *Tutorial presented at the IEEE European Solid-State Circuits Conference (ESSCIRC)*, Leuven, Belgium, Sep. 2017.

[9] P.P. Mercier, "Improving Battery-Life of Deeply Duty-Cycled IoT Nodes via Ultra-Low-Power Wake-up Receivers," *Tutorial presented at the IEEE International Microwave Symposium (IMS)*, Honolulu, HI, Jun. 2017.

[10] P.P. Mercier, "Ultra-Low-Power RC Oscillators," *Tutorial presented at the IEEE International Microwave Symposium (IMS)*, Honolulu, HI, Jun. 2017.

## INVITED ABSTRACTS, PRESENTATIONS, AND POSTERS

Exhibit A
-22 -

[1]   P.P. Mercier, "Unaware-ables: Low-Power, Robust, and Useful Wearable Devices", *Presented at the IEEE International Microwave Symposium*, Denver, CO, Jun. 2022.

[2]   P.P. Mercier, "Energy-Efficient Power Management Circuits for IoT and Wearable Devices," *Keynote presentation at the IEEE Sensors Interface Meeting*, Veldhoven, The Netherlands, May 2022.

[3]   P.P. Mercier, "Energy Harvesting and Self-Powered Sensing for Miniaturized IoT and "Unawareable" Devices," *Presented at the PSMA International Energy Harvesting Workshop (EnerHarv),* Raleigh, NC, Apr. 2022.

[4]   P.P. Mercier, "Enabling Low-Power yet Standards Compatible Wireless Commuication via Wake-up Receivers and Backscatter Circuits for the IoT," *Presented as an IEEE SSCS Society-wide Webinar*, Jan. 2022.

[5]   P.P. Mercier, "Energy Harvesting and Self-Powered Sensing for Next-Generation "Unaware-ables" and IoT," *Presented at the Sensors Converge Conference*, (virtual due to COVID-19), Sep. 2021.

[6]   P.P. Mercier, "Ultra-low-power integrated circuits and physiochemical sensors for next-generation unawearables," *IEEE Solid-State Circuits Society Distinguished Lecture at Oregon IEEE Solid-State Circuits Society local chapter*, Hillsboro, OR (virtual due to COVID-19), Jun 2021.

[7]   P.P. Mercier, "Ultra-Low-Power Integrated Circuits and Physiochemical Sensors for Next-Generation Unawearables", *Presented at the International Symposium on Advanced Sensor Technology*, Seoul, Korea (virtual due to COVID-19), Mar. 2021.

[8]   P.P. Mercier, "Energy-Efficient Communication Technologies for Emerging Internet-of-Things Applications," *IEEE Solid-State Circuits Society Distinguished Lecture at the SSCS Northern Virginia Section*, (virtual due to COVID-19), Oct. 2020.

[9]   P.P. Mercier, "Hybrid Converters for Mobile and IoT Applications," *Presented at the Integrated Power Conversion and Power Management Conference (PwrSoC)* (virtual due to COVID-19), Nov. 2020.

[10]   P.P. Mercier, "Low-Power Communication Circuits and Technologies for Emerging Internet-of-Things Applications," *IEEE Solid-State Circuits Society Distinguished Lecture at the SSCS Princeton Central Jersey Section*, (virtual due to COVID-19), Nov. 2020.

[11]   P.P. Mercier, "Energy-Efficient Communication Technologies for Emerging Internet-of-Things Applications," *Presented at the 2020 RFID Conference*, (virtual due to COVID-19), Oct. 2020.

[12]   P.P. Mercier, "Energy-Efficient Communication Technologies for Emerging Internet-of-Things Applications," *IEEE Solid-State Circuits Society Distinguished Lecture at the SSCS Utah Section*, (virtual due to COVID-19), Oct. 2020.

[13]   P.P. Mercier, "Energy-Efficient Communication Technologies for Emerging Internet-of-Things Applications," *IEEE Solid-State Circuits Society Distinguished Lecture at the Advanced Circuits Research Center in Israel*, (virtual due to COVID-19), July 2020.

[14]   P.P Mercier, "Ultra-low-power integrated circuits and physiochemical sensors for next-generation unawearables," *IEEE Solid-State Circuits Society Distinguished Lecture at the Beijing IEEE Solid-State Circuits Society local chapter*, (virtual due to COVID-19), May 2020.

[15]   P.P. Mercier, "Low-Power Wireless Systems: Opportunities and Challenges," *Presented at the DARPA MTO Offsite Planning Meeting on the U.S.S. Midway*, San Diego, CA, Dec. 2019.

[16]   P.P. Mercier, "Ultra-low-power integrated circuits and physiochemical sensors for next-generation unawearables," *IEEE Solid-State Circuits Society Distinguished Lecture at the Scotland and UK IEEE Solid-State Circuits Society local chapter*, Edinburgh, UK, Sep. 2019.

Exhibit A
-23 -

[17] P.P. Mercier, "Ultra-low-power integrated circuits and physiochemical sensors for next-generation unawearables," *IEEE Solid-State Circuits Society Distinguished Lecture at the Maryland/Virginia/DC IEEE Solid-State Circuits Society and Circuits and Systems local chapter*, College Park, MD, Sep. 2019.

[18] P.P. Mercier, "Ultra-low-power integrated circuits enabling next-generation IoT applications," *Presented at the National Academy of Engineering Frontiers of Engineering event*, San Diego, CA, Jun. 2019.

[19] P.P. Mercier, "Ultra-low-power integrated circuits and physiochemical sensors for next-generation unawearables," *IEEE Solid-State Circuits Society Distinguished Lecture at the San Diego IEEE Solid-State Circuits Society local chapter*, San Diego, CA, May. 2019.

[20] P.P. Mercier, "Unawearables: Addressing Sensor, Circuit, and Energy Harvesting Challenges in Next-Generation Wearable Devices," *Presented at the IEEE Custom Integrated Circuits Conference (CICC)*, Austin, TX, Apr. 2019.

[21] P.P. Mercier, "Ultra-Low-Power Integrated Circuits and Physiochemical Sensors for Next-Generation Unawearables," *Presented at the DARPA Actuation, Sensing, and Control for Rapid Injury Response Workshop*, Arlington, VA, Apr. 2019.

[22] P.P. Mercier, "Ultra-Low-Power Integrated Circuits and Physiochemical Sensors for Next-Generation Unawearables," *Presented at the University of Southern California*, Los Angeles, CA, Nov. 2018.

[23] P.P. Mercier, "Unawearables: new wearable sensors, circuits, and analytics for unobtrusive monitoring," *Presented at the SEMI MEMS & Sensors Executive Congress*, Napa, CA, Nov. 2018.

[24] P.P. Mercier, "Ultra-small near-zero-power radios, implants, and sensing systems," *Presented at the DARPA Microsystems Exploratory Council Millimeter-Scale Wirelessly Powered Sensors Workshop*, Los Angeles, CA, Jul. 2018.

[25] P. P. Mercier, "Wearable Sensors", *Presented at the US Marine Corps Innovation Event*, La Jolla, CA, Feb. 2018.

[26] P.P. Mercier, "The Next Industrial Revolution: IoT, Wearables, and AI," *Presented at the Next Business Forum*, Seoul, South Korea, Nov. 2017.

[27] P.P Mercier, "Global Hubs for Innovative Ecosystems in Biotechnology," *Presented at the Stevanato Innovation Day*, San Diego, CA, Jun. 2017.

[28] P.P Mercier, "Non-Invasive Blood Alcohol Monitoring," *Presented at the Biomedical Technology Exhibition, sponsored by the American Institute for Medical and Biological Engineering (AIMBE) in partnership with the Congressional Research and Development Caucus and the Congressional Robotics Caucus*, Capitol Hill, Washington, DC, May 2017.

[29] P.T. Theilman, J. Warchall, P. Mercier, H. Garudari, "Work Towards a Fieldable Multi-Channel EEG System for Continuous Monitoring," in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, Baltimore, MD, May 2017.

[30] P.P. Mercier, "Beyond Activity Tracking: next-generation wearable and implantable sensor technologies" *Presented at the SPIE Defense and Commercial Sensing Conference*, Anaheim, CA, Apr. 2017.

[31] D.A. Hall, H. Jiang, P.-H. Wang, L. Gao, P. Sen, Y.-H. Kim, G. Rebeiz, P.P. Mercier, "A 10nW Wake-up Radio with -60dBm Sensitivity," in *Government Microcircuit Applications & Critical Technology Conference (GOMACTech)*, Reno, NV, Mar. 2017.

[32] P.P. Mercier, "Physiochemical Sensor Technologies and Ultra-Low-Power Integrated Circuits for Next-Generation "Unawearables" Systems," *Invited Seminar at the Microsystems Technology Lab at MIT*, Cambridge, MA, Dec. 2016.

Exhibit A
-24 -

[33]  P.P. Mercier, "Transcutaneous Power of Single-Chip Implants," *Presented at the Sensors Global Summit*, La Jolla, CA, Dec. 2016.

[34]  D. Ahn, P.P. Mercier, "A 200-kHz/6.78-MHz Wireless Power Transmitter Featuring Concurrent Dual-Band Operation," in Proc. *IEEE International SoC Design Conference (ISOCC),* Jeju, South Korea, Oct. 2016. DOI: 10.1109/ISOCC.2016.7799763

[35]  P.P. Mercier, J. Rogers, A. Arias, N. Verma, J. Rabaey, "Drawing the line(s): processing sensor information in the right place(s) in energy-constrained systems," *Panel organization and presentation at the SRC SONIC Center Annual Review*, Champaign, IL, Oct. 2016.

[36]  P.P. Mercier, "Wearables: an opportunity for healthcare?," *Presented at the 5G Connected Healthcare Workshop*, La Jolla, CA, May 2016.

[37]  P.P Mercier, "New Circuit Topologies & Techniques for High-Efficiency Power Conversion in Compact Form Factors," *Invited seminar presented at UCLA and Intel Corporation*, Apr. 2016.

[38]  P.P. Mercier, "Energy-Efficient Wearable Sensors," *Presented at the UCSD Orthopaedic Surgery Research Conference*, April 2016.

[39]  P.P. Mercier and L.G. Salem, "Multi-Ratio Switched-Capacitor DC-DC Converters for Power Management Applications," *Presented at the International Symposium on Quality Electronic Design*, Santa Clara, CA, Mar. 2016.

[40]  P.P. Mercier, "Energy-Harvesting for Autonomous Operation of Low-Power Wireless Sensors," *Presented at the Sensors Global Summit*, La Jolla, CA, Nov. 2015.

[41]  P.P. Mercier, "Enabling energy-autonomous wearable and implantable sensors through energy harvesting and near-zero-power electronics," *Presented at the KAIST-UCSD Joint Symposium on Wearable Devices*, Daejeon, Korea, Oct. 2015.

[42]  P.P. Mercier, "Enabling wide output voltage range switched-capacitor DC-DC converters," *Presented at a SRC/SONIC eWorkshop*, Jun. 2015.

[43]  P.P. Mercier, "Next generation switched-capacitor DC-DC converter topologies," *Presented the at the CMOS Emerging Technologies Research Symposium*, Vancouver, BC, May 2015.

[44]  P.P. Mercier, "Harvesting small amounts of power to enable miniaturized sensors," *Presented at the Trillion Sensors Summit*, La Jolla, CA, Nov. 2014

[45]  P.P. Mercier, "Efficient on-chip power conversion for energy harvesting and low-power mobile applications," *Presented at the International Power Supply On Chip Workshop*, Boston, MA, Oct. 2014.

[46]  P.P. Mercier, "A Tutorial on Wireless Power Transfer and Miniaturized DC/DC Power Converters," *Presented at SPAWAR Systems Center Pacific*, San Diego, CA, June 2014.

[47]  P.P. Mercier, "New Advances in Wearable Devices, Biosensors, and Analytics", Panelist at the *Digital Health Forum of San Diego: The Future of Wearable Technologies in Healthcare,* La Jolla, CA, June 2014.

[48]  P.P. Mercier, "Breaking down power barriers: efficient and miniaturized energy management and energy harvesting," *Presented at the Huawei Power Summit*, San Diego, CA, May 2014.

[49]  P.P. Mercier S. Bandyopadhyay, A.C. Lysaght, K.M. Stankovic, A.P. Chandrakasan, "Powering Wireless Devices from the Biologic Battery in the Inner-Ear," *IEEE International SoC Conference*, Irvine, CA, Oct. 2013.

[50]  P.P. Mercier and V. Sridharan, "Low-Power Transmitters for Body-Area Networks," *IEEE Symposium on Power Amplifiers for Wireless Communication*, La Jolla, CA, Sep. 2013.

[51]  P.P. Mercier, "Powering a 2.4 GHz Radio from the Biologic Battery in the Inner-Ear," *Presented at the CMOS Emerging Technologies Symposium*, Whistler, BC, Canada, Jul. 2013.

Exhibit A

-25 -

[52] P.P. Mercier, "Electrochemical energy harvesting from the inner-ear," *Presented at the INC-IEM Neuroengineering Seminar Series,* La Jolla, CA, Mar. 2013.

[53] A.C. Lysagth, P.P. Mercier, S. Bandyopadhyay, A.P. Chandrakasan, and K.M. Stankovic, "Endocochlear Potential Powered Electronics" *Associated for Research in Otolaryngology Annual MidWinter Meeting*, vol. 36, Baltimore, MD, Feb., 2013.

[54] P.P. Mercier, "Enabling study and control of insects through extreme miniaturization of wireless electronics," *Presented at Burapha Univeristy,* Chonburi Province, Thailand, Dec., 2012.

[55] P.P. Mercier, "nW Energy Harvesting: What can it do for you?," *Presented at the Office of Naval Research Power and Energy Systems 6.1 Program Review,* San Diego, CA, Nov. 2012.

[56] P.P. Mercier, "Ultra-Low-Power Radios for Miniaturized Sensing Systems," *Presented at the Center for Wireless Communications Semiannual Research Review,* La Jolla, CA, Nov. 2012.

[57] P.P. Mercier, "Zero-Leakage Electronics and Opportunities in Miniaturized Wireless Systems," *Presented at the Center for Magnetic Recording Research Review,* La Jolla, CA, Oct. 2012.

[58] P.P. Mercier, "Cyborg Insects and Autonomous Sensors: How Efficient Radios can Enable the Next Generation of Connectivity," *Presented at the Qualcomm Research Center*, San Diego, CA, Oct. 2012.

[59] A. Paidimarri, P. Nadeau, P.P. Mercier, and A. Chandrakasan, "Ultra-low Power FBAR-based Multi-Channel Transceivers," *Presented at the ISSCC Student Research Preview*, San Francisco, CA, Feb. 2012.

[60] P.P. Mercier, "Self-Powered Personal Microsystems for Medical Monitoring Applications," *Presented at TechConnect World*, Boston, MA, Jun. 2011.

[61] P.P. Mercier, "Attaining Extreme Energy Efficiency in Body-Area Networks Using Electronic Textiles," *Presented at the MEDRC Next Generation Medical Electronic Systems Workshop*, Cambridge, MA, May, 2011.

[62] P.P. Mercier, "Connected Health for Remote Patient Monitoring," *Presented at the MTL Annual Research Conference (MARC)*, Cambridge, MA, Jan. 2010.

[63] P.P. Mercier, "Personal Medical Connectivity: Research Overview," *Presented at the Intel Digital Health Group*, Hillsboro, OR, Oct. 2009.

[64] P.P. Mercier, "Energy Efficient Pulsed-UWB for Miniaturized Flying Vehicles," *Presented at the CMOS Emerging Technologies Workshop*, Banff, AB, Canada, Feb. 2009.

[65] P.P. Mercier, "An Energy-Efficient UWB Transmitter with Dual Capacitively-Coupled Digital Power Amplifiers," *Presented at the Center for Integrated Circuits and Systems*, Cambridge, MA, Apr. 2008.

[66] P.P. Mercier, "A 22pJ/pulse All-Digital UWB Transmitter in 90nm CMOS," *Presented at the International Solid-State Circuits Conference (ISSCC) Student Forum*, San Francisco, CA, Feb. 2008.

[67] P.P. Mercier, "Fully Integrated Pulsed-UWB Transceivers for Small Lightweight Flying Vehicles," *Presented at the MTL Annual Research Conference (MARC)*, Waterville Valley, MA, Jan. 2008.

[68] P.P. Mercier, "Cost Modeling for Vertically Integrated Chip Sets," *Presented at the CMOS Emerging Technologies Workshop*, Banff, AB, Canada, Jul. 2006.

ISSUED PATENTS

[1] S. Amin, P. Mercier, "Li-ion-compatible fully-integrated hybrid converter," U.S. Patent 11,356,017, Jun. 7, 2022.

[2]  P. Mercier, H. Wang, "Stabilized voltage and current reference generator and circuits," U.S. Patent 11,334,105, May 17, 2022.

[3]  J. Wang, P. Mercier, "Flexible epidermal multimodal health monitor," U.S. Patent 11,122,982, Sep. 21, 2021.

[4]  X. Wang, P. Mercier, "Low Power Transmitter Oscillator Circuits and Methods," U.S. Patent 10,897,240, Jan. 19, 2021.

[5]  P. Mercier, H. Wang, "Near Zero Power Charging to Digital Converter, Sensors, and Sensing Methods," U.S. Patent 10,877,439, Dec. 29, 2020.

[6]  C. Kim, G. Cauwenberghs, P.P. Mercier, S. Ha, J. Park, A. Akinin, "Resonant Regulating Rectifier with an Integrated Antenna," U.S. Patent 10,873,215, Dec. 22, 2020.

[7]  P. Mercier, D. Ahn, "Wireless Power Transfer Device and Method with Dual-Frequency Operation," U.S. Patent 10,855,115, Dec. 1, 2020.

[8]  P-H. Wang, H. Jiang, D. Hall, P. Mercier, "Low Power Wake-up Receiver," U.S. Patent 10,804,946, Oct. 13, 2020.

[9]  J. Wang, A.J. Bandodkar, P. Mercier, "Non-invasive and Wearable Chemical Sensors and Biosensors," U.S. Patent 10,722,160, Jul. 28, 2020.

[10]  S. Ha, G. Cauwenberghs, C. Kim, J. Park, P.P. Mercier, A. Akinin, H. Wang, C.H. Maier, "Radio Frequency Powered Adiabatic Stimulation with Energy Replenishment," U.S. Patent 10,716,948, Jul 21, 2020.

[11]  T. Nguyen, H. Garudadri, P. Mercier, A. Boothroyd, C. Mackersie, "External Device Leveraged Hearing Assistance and Noise Suppression Device, Method and Systems," U.S. Patent 10,701,495, Jun. 30, 2020.

[12]  J. Park, P. Mercier, "Low power magnetic field body area network," U.S. Patent 10,623,112, Apr. 14, 2020.

[13]  J. Wang, P. Mercier, "Salivary biosensors and biofuel cells," U.S. Patent 10,595,759, Mar. 24, 2020.

[14]  L.G. Salem, P.P. Mercier, "Switched capacitor DC-to-DC converter and power conversion control methods," U.S. Patent 10,374,511, Aug. 6, 2019.

[15]  L.G. Salem, P.P. Mercier, "Multi-level adiabatic charging methods, devices and systems," U.S. Patent 10,348,300, Jul. 9, 2019.

[16]  L.G. Salem, J.F. Buckwalter, P.P. Mercier, "Switched Capacitor House of Cards Power Amplifier," U.S. Patent 10,333,477, Jun. 25, 2019.

[17]  L.G. Salem, P.P. Mercier, "Successive approximation digital voltage regulation methods, devices and systems," U.S. Patent 10,224,944, Mar. 5, 2019.

[18]  C.-K. Cheng, P.P. Mercier, S.-H. Weng, "Electrical wearable capacitive biosensor and noise artifact suppression method," U.S. Patent 10,729,379, Sep. 8, 2016.

[19]  K. Stankovich, A. Chandrakasan, P. Mercier, S. Bandyopadhyay, A. Lysaght, "Energy Extraction," U.S. Patent 9,369,005, Jun. 14, 2016.

[20]  P.P. Mercier and A.P. Chandrakasan, "Multi-Taped Inductively-Coupled Charging System," U.S. Patent 9,293,942, Mar. 22, 2016.

**Teaching Experience**

**University of California, San Diego**                        La Jolla, CA
*Instructor*

Exhibit A
-27 -

Spring 2020: ECE 165 – Digital Integrated Circuits (92% instructor rating – **even during fully virtual instruction due to COVID-19**)

Fall 2019: ECE 203 – Biomedical Integrated Circuits and Systems (94% instructor rating – **TA won the best ECE TA Award**)

Spring 2019: ECE 165 – Digital Integrated Circuits (96% course rating)

Fall 2018: ECE 203 – Biomedical Integrated Circuits and Systems (95% instructor rating)

Winter 2018: ECE 165 – Digital Integrated Circuits (100% instructor rating)

Winter 2018: ECE 203 – Biomedical Integrated Circuits and Systems (91% instructor rating)

Spring 2017: ECE 165 – Digital Integrated Circuits (100% instructor rating)

Spring 2017: ECE 203 – Biomedical Integrated Circuits and Systems (93% instructor rating)

Fall 2016: ECE260A - VLSI Digital System Algorithms and Architectures (93% instructor rating)

Spring 2015: ECE 165 – Digital Integrated Circuits **(100% instructor & course rating from an 82 student class – ECE dept. record)**

Winter 2015: ECE 203 – Biomedical Integrated Circuits and Systems (93% instructor rating)

Fall 2014: ECE260A - VLSI Digital System Algorithms and Architectures (87% instructor rating)

Spring 2014: ECE 165 – Digital Integrated Circuits **(100% instructor & course rating from a 77 student class – ECE dept. record)**

Winter 2014: ECE 203 – Biomedical Integrated Circuits and Systems (98% instructor rating)

Spring 2013: ECE 283 – Biomedical Integrated Circuits and Systems (99% instructor rating)

Winter 2013: ECE 165 – Digital Integrated Circuits (94% instructor rating)

**Massachusetts Institute of Technology**                    Cambridge, MA

*Teaching Assistant*

Spring 2010: MIT EECS Course 6.776 – High Speed Communication Circuits.

Exhibit A
-28 -

**Funding** _____

*Energy-Efficient Microsystems Lab*

As PI of the Energy-Efficient Microsystems Lab, I have raised over $34MM for research at UCSD from the following sources:

- DARPA
- NIH
- NSF
- The Arnold and Mabel Beckman Foundation
- Semiconductor Research Corporation
- ONR
- Army Research Lab
- KETI
- NextFlex
- The Fetzer Franklin Fund
- The Hellman Foundation
- Samsung
- Qualcomm
- Dockon Inc.
- Mouthsense Inc.
- Peregrine Semiconductor
- IMA Life North America
- Moore Foundation
- University of California Multi-Campus Research Programs and Initiatives
- California Energy Commission
- The UCSD Center for Brain Activity Mapping
- The UCSD Center for Wireless Communications (corporate sponsored)
- The UCSD Center for Wearable Sensors (corporate sponsored)
- The Power Management Integration Center (corporate sponsored)

*UC San Diego Center for Wearable Sensors*

As co-director of the Center for Wearable Sensors, I have been instrumental in fundraising over $7MM from corporate partners, with the bulk of this funding used to support collaborative

Exhibit A
-29 -

efforts across six engineering departments, the School of Medicine, and the Department of Visual Arts.

*Power Management Integration Center*

As Site Director of the Power Management Integration Center, I have help recruit corporate members to support research at both UCSD and at Dartmouth College.

## Service

### Journal service

- o Guest Editor – *IEEE Open Journal of the Solid-State Circuits Society (OJ-SSCS) Special Issue on Low-Power RF Circuits and Systems (2023)*
- o Guest Editor – *IEEE Journal of Solid-State Circuits* Special Issue on the 2018 *International Solid-State Circuits Conference (ISSCC) (2018)*
- o Associate Editor – *IEEE Solid-State Circuits Letters* (2017-2023)
- o Associate Editor – *IEEE Transactions on Biomedical Circuits & Systems* (2013-2023)
- o Associated Editor – *IEEE Transactions on VLSI* (2015-2017)
- o Guest Editor – *IEEE TBioCAS Special Issue on the 2014 International Solid-State Circuits Conference (ISSCC) (December, 2014)*
- o Guest Editor – *IEEE TBioCAS Special Issue on the 2013 International Solid-State Circuits Conference (ISSCC) (December, 2013)*

### Conference service

- o Executive Committee member – Demo Chair – *IEEE International Solid-State Circuits Conference (ISSCC)* (2022-present)
- o Technical Program co-Chair – *IEEE Sensor Interfaces Meeting* (2022-present)
- o Subcommittee Chair – Power Management – *IEEE Custom Integrated Circuits Conference (CICC)* (2021-2023)
- o Technical Program Committee member – *IEEE VLSI Circuits Symposium* (2018-2022)
- o International Technical Program Committee member – *IEEE International Solid-State Circuits Conference (ISSCC)* Technology Directions subcommittee (2017-2022)
- o Technical Program Committee member – *IEEE Custom Integrated Circuits Conference (CICC)* (2017-2023)
- o Technical program committee – *IEEE Biomedical Circuits and Systems Conference (BioCAS)* (2014-2015)
- o Session chair – *International Symposium on Low-Power Electronics and Design (ISLPED)* (2014)
- o Technical program committee - *CMOS Emerging Technologies Research Symposium* (2013-2016)

### Peer reviewer (2009-present)

- o IEEE *Journal of Solid-State Circuits* (JSSC)
- o IEEE *Transactions on Circuits and Systems I (T-CAS I)*
- o IEEE *Transactions on Circuits and Systems II (T-CAS II)*
- o IEEE *Transactions on Microwave Theory and Techniques* (T-MTT)
- o IEEE *Sensors Journal*
- o IEEE *Transaction on Power Electronics*

Exhibit A

-30-

- o *Journal of Low Power Electronics and Applications* (JLPEA)
- o IET *Circuits, Devices & Systems*
- o IEEE *International Conference on Ultra-Wideband* (ICUWB)
- o IEEE *Transactions on Biomedical Circuits & Systems (TBioCAS)*
- o IEEE *Transactions on Biomedical Engineering* (TBME)
- o IEEE *International Conference on Circuits and Systems* (ISCAS)
- o IEEE *Biomedical Circuits and Systems Conference* (BioCAS)
- o IEEE *Journal of Emerging and Selected Topics in Power Electronics*
- o IEEE *Transactions on Industrial Electronics*
- o *Nature Nanotechnology*
- o *Advanced Materials*
- o *Nature Biomedical Engineering*
- o *Science Advances*

**Grant review service**
- o NSF SenSE panel reviewer (July 2020)
- o NSF ECCS panel reviewer (February 2019)
- o NSF ECCS panel reviewer (January 2018)
- o NSF ECCS panel reviewer (March 2015)
- o ARL ARL Director's Research Initiative (DRI) reviewer (June 2015)

**UCSD Campus-wide Service**
- o Co-Director – *Center for Wearable Sensors* – including 23 faculty across four engineering departments, the School of Medicine, and Arts and Humanities (Department of Visual Arts). Funding comes from the membership of 6-10 corporate partners. (2014-present)
- o Site Director – *Power Management Integration Center* – includes 5 faculty across multiple engineering departments. Funding comes from the membership of 8-12 corporate partners. (2021-present)
- o Vice Chair Academic Senate Faculty Affairs Committee (2023-present)
- o Chair, UCSD Academic Senate Awards Committee (2020-2022)
- o Member, UCSD Academic Senate Awards Committee (2018-2020)
- o Member, Office of Research Affairs Center Launch Review Panel. (2017-2018)
- o Member, UCSD School of Public Health Advisory Committee (2017-2019)
- o UCSD representative on Capitol Hill – presented to congressional staffers via an event hosted by the American Institute for Medical and Biological Engineering, then met, alongside UCSD's Executive Director of Government Research Relations, with the offices of three San Diego Congressmen and one California Senator to discuss research at UCSD. (2017)
- o Faculty representative, Campus-wide commencement ceremony (2017)
- o Organizer & presenter, KAIST-UCSD Symposium on Micro/Nanotechnologies and Electronics for Next-Generation Mobile, Wearable, and IoT Systems, Deajeon, Korea (2015)
- o Faculty representative, Welcome Week Convocation Ceremony (2013)

**UCSD ECE Departmental Service**
- o Member, Faculty search committee, Systems Focus (2024)
- o Adhoc committee member, faculty review files (2x in 2024)
- o Chair, ECE Faculty Awards Committee (2023-present)
- o Chair, ECE Admissions Steering Committee (2020-2022)
- o Member, ECE Admissions Committee (2019-present)

Exhibit A
-31 -

- o   Medical Devices and Systems curriculum advisor (2018-2020)
- o   ECE 50th Anniversary planning committee (2015-2016)
- o   MS Exam committee (2014-present)
- o   Alumni Imitative (2014-2020)
- o   Undergraduate/Graduate Affairs and Student Award Nomination committee (2012-2014)
- o   Medical Devices and Systems curriculum director (2013-2014)
- o   Medical Devices and Systems Ad-hoc committee - responsible for creating a new program in this area (2012-2013)

**Co-Chair, Microsystem Technology Lab Annual Research Conference (2011)**

Annual research conference with over 200 academic and industrial attendees.  Responsible for steering committee leadership and conference organization including: solicitation of papers, managing paper edits, keynote speaker invitation, opening and closing remarks, and general planning.  Created interactive attendee activities to solicit social and technical engagement amongst industry members and students.  Cited by a high-ranking industry member as "the best student run conference in the country".


## Broader Impacts & Outreach

- Presented a webinar at BioXTech, a country-wide club founded and run by high school women interested in the intersection of biology and technology, and answered questions about technology and gave career advice (2023)
- Featured in the publication entitled "Building Blocks for Better Science: Case Studies in Low-Cost and Open Tools for Science", which describes my work in low-cost COVID-19 symptoms monitoring devices (2020)
- Guest instructor at Hands-on-Technology summer camp at Wangenheim Middle School focused on accelerating the understanding of computer science in elementary and school-aged children (2014-present)
- Directly mentored ten B.S., M.S., and Ph.D. students from historically underrepresented backgrounds, including two high school students (2012-present)
- Directly mentored two high school students from historically underrepresented backgrounds (2013, and 2016-2017)
- Keynote speaker at ENSPIRE: one of the largest outreach at UCSD, where over 300 middle-school children visit UCSD to learn about higher education and engineering (Feb. 2015)


## Press Articles

Prof. Mercier's work across several different projects and his expert opinion have been featured in hundreds of press articles and in other forms of media (e.g., TV and radio).  A few select articles/videos are shown below.

[1]  Adee, S. "Cyborg moth gets a new radio," *IEEE Spectrum*, Feb. 2009.
     http://spectrum.ieee.org/robotics/military-robots/cyborg-moth-gets-a-new-radio
[2]  Dillow, C. "Researchers turn animals ears into bio-batteries," *Popular Science*, Nov. 7, 2012.
     http://www.popsci.com/science/article/2012-11/building-batteries-mammalian-inner-ear
[3]  Doyle, K. "A chip powered by the battery in your ear," *Popular Mechanics*, Nov. 7, 2012.
     http://www.popularmechanics.com/how-to/blog/scientists-tap-into-the-battery-in-your-ear-14556133?click=pm_latest

Exhibit A
-32 -

[4] Subbaraman, N. "Gadget power coming out of your ear," *Technology Review*, Nov. 7, 2012. http://www.technologyreview.com/view/507166/gadget-power-coming-out-of-your-ears/

[5] Waltz, E. "Using the inner ear's biologic battery," *IEEE Spectrum*, Nov. 8, 2012. http://spectrum.ieee.org/tech-talk/biomedical/devices/using-the-inner-ears-biological-battery

[6] Brown, E. "Inner ear's energy can work like a battery, scientists say," *The Los Angeles Times*, Nov. 12, 2012. http://www.latimes.com/news/science/sciencenow/la-sci-sn-hearing-aid-inner-ear-battery-20121112,0,7178713.story

[7] Wang, S.S., "Harnessing energy from the body to run devices," *The Wall Street Journal*, Nov. 26, 2012. http://online.wsj.com/article/SB10001424127887324851704578137402753846438.html

[8] Thomsen, A. "Analog Designers Continue to Amaze," *New Electronics*, Apr. 22, 2014. http://www.newelectronics.co.uk/image-store/articles/60967%5CP31-32.pdf

[9] Betten, B. "The State of Wearable Sensor Technology," *Medical Device and Diagnostic Industry*, Jun. 8, 2015. http://www.mddionline.com/blog/devicetalk/state-wearable-sensor-technology-06-08-15

[10] Nusca, A. "Coming soon: Wearable tech that uses your body to transmit the signal," *Fortune*. Sep. 1, 2015. http://fortune.com/2015/09/01/magnetic-field-human-body-communication/

[11] Griffin, C. "Human Magnetic Fields Could be Used to Send Signals for Wireless Communication," *Science World Report*, Sep. 1, 2015. http://www.scienceworldreport.com/articles/29536/20150901/human-magnetic-fields-used-send-signals-wireless-communication.htm

[12] Metz, R. "Bluetooth Alternative Communicates through Your Body," *Technology Review*, Sep. 2, 2015. http://www.technologyreview.com/news/541041/bluetooth-alternative-communicates-through-your-body/

[13] Savage, N. "Body talk with magnets," *IEEE Spectrum*, Sept. 16, 2015. http://spectrum.ieee.org/tech-talk/consumer-electronics/gadgets/body-talk-with-magnets

[14] "Mouth guard monitors health markers, transmits information wirelessly to smart phone," *Phys.org*, Aug. 31, 2015. http://phys.org/news/2015-08-mouth-health-markers-transmits-wirelessly.html

[15] Pell, R., "Smart Mouth Guard Monitors Health Markers in Real Time," *EE Times*, Sep. 2, 2015. http://www.eetimes.com/document.asp?doc_id=1327580

[16] Orcutt, M., "Smart Mouthguard Monitors Your Saliva, and Your Health," *Technology Review*, Sep. 9, 2015. http://www.technologyreview.com/news/541111/smart-mouthguard-monitors-your-saliva-and-your-health/

[17] Starr, M., "Flexible patch performs like a wearable tricorder," *CNET*, May 23, 2016. https://www.cnet.com/news/flexible-patch-performs-like-a-wearable-tricorder/

[18] Mandlebaum, R.F., "This small, flexible patch will monitor your sweat," *Popular Science*, May 23, 2016. http://www.popsci.com/small-flexible-patch-stuck-to-your-chest-monitor-sweat-fitness?dom=rss-default&src=syn

[19] NBC12 staff, "Could Star Trek-like 'tricorder' for health be near?", *NBC12*, May 23, 2016. http://www.nbc12.com/story/32039999/could-star-trek-like-tricorder-for-health-be-near

[20] Revell, T., "Radio powered by your own sweat hints at future of wearables", *New Scientist,* June 22, 2017. https://www.newscientist.com/article/2138282-radio-powered-by-your-own-sweat-hints-at-future-of-wearables/

[21] Dormehl, L., "Crazy-efficiency temperature sensor uses less than 1-billionth of a watt", *Yahoo News,* July 6, 2017. https://ca.news.yahoo.com/crazy-efficient-temperature-sensor-uses-213404635.html

[22] Thompson, A., "This hacked together glove can translate sign language", *Popular Mechanics,* July 13, 2017. http://www.popularmechanics.com/technology/gear/a27292/glove-translate-sign-language/

Exhibit A
-33 -

[23] "Smartphone case delivers blood glucose readings in one device," *The Engineer*, Dec. 7, 2017. https://www.theengineer.co.uk/smartphone-glucose-diabetics/

[24] The Doctors TV Show on CBS, "Could a Temporary Tattoo Help Detect Your Alcohol Content Level?" *The Doctors*, Nov. 7, 2018. https://www.thedoctorstv.com/videos/could-temporary-tattoo-help-detect-your-alcohol-content-level

[25] Moore, S.K., "Wireless Network Brings Dust-Sized Brain Implants a Step Closer," *IEEE Spectrum*, May 14, 2019. https://spectrum.ieee.org/the-human-os/biomedical/devices/wireless-network-brings-dustsized-brain-implants-a-step-closer

[26] "Cutting Edge Chip for waking up small wireless devices uses only 0.000000022 Watts", *SciTechDaily*, Nov. 11, 2019. https://scitechdaily.com/cutting-edge-chip-for-waking-up-small-wireless-devices-only-uses-0-000000022-watts/

[27] Nield, D. "Low power, tiny chip could see connected smart devices go battery-free," *New Atlas*, Feb. 19, 2020. https://newatlas.com/telecommunications/tiny-wi-fi-chip-smart-home-devices/

[28] Labios, L., "Wearables: Where are We?", *Triton Magazine,* January 14, 2021. http://tritonmag.com/wearables-where-are-we/

[29] Szporer, R., "The Road to Energy Efficiency in Video Starts with Standards", *6G World,* April https://www.6gworld.com/exclusives/the-road-to-energy-efficiency-in-video-starts-with-standards/

[30] O'Carroll, E., "Your workouts could charge your smartwatch", *Experience Magazine,* May, 2021. https://expmag.com/2021/05/your-workouts-could-charge-your-smartwatch/

[31] Szporer, R., "Wearable Tech's Marriage Between Fashion and Functionality has Expiry Date", *6G World, June 22*, 2021. https://www.6gworld.com/exclusives/wearable-techs-marriage-between-fashion-and-functionality-has-expiry-date/

[32] Keen, C., "Multi-tasking microneedle sensor tracks glucose, alcohol and lactate levels in real time", *Physics World, June 13*, 2022. https://physicsworld.com/a/multi-tasking-microneedle-sensor-tracks-glucose-alcohol-lactate-levels-in-real-time/

[33] Dameron, E., "A self-powered ingestible sensor opens new avenues for gut research", *MedicalXpress, December 1*, 2022. https://medicalxpress.com/news/2022-12-self-powered-ingestible-sensor-avenues-gut.html

[34] Manners, D., "IC for piezoelectric resonator DC-DC conversion achieves 310% loss reduction", *Electronics Weekly, February 21*, 2024. https://www.electronicsweekly.com/news/business/piezoelectric-based-dc-dc-converter-achieves-310-loss-reduction-2024-02/

Exhibit A
-34 -

# EXHIBIT B

# Center for Wearable Sensors

**UC San Diego**
JACOBS SCHOOL OF ENGINEERING



## WE INVENT THE WEARABLE SYSTEMS THE WORLD NEEDS.

Wearable sensors are trending, but only UC San Diego is championing the unobtrusive, ultra-low power, highly adaptive sensor systems that are revolutionizing health, fitness, security, and energy – by way of the data available from our bodies.

The Center for Wearable Sensors has world-renowned faculty and top students working in the key areas that converge to invent and test the sensing platforms and technologies that fuel the future of sensor systems.

Join us.

## TECH AND SYSTEMS EXPERTISE

- Chemical Sensors and Biosensors
- Electrophysiological Monitoring
- Soft Electronics and Stretchable Materials
- Sensors-Electronics Integration and Fabrication
- Glucose Monitoring
- Wireless Communications
- On-Body Energy Harvesting
- Ultra-Low-Power Instrumentation
- Data Processing, Fusion and Machine Learning



## MEMBERSHIP OPPORTUNITIES

Access **experimental wearable sensor platforms** and a community of engineers and medical researchers developing these systems for real-world applications.

Keep abreast of breakthroughs relevant for growth in **your industry**.

Recruit a **qualified technical workforce** innovating the wearable sensing industry.

# CENTER FOR WEARABLE SENSORS

## WHO WE ARE and WHAT WE DO

We design new sensors, sensor electronics, materials, and energy harvesters. We integrate our work into real systems whose designs are informed by leading clinicians and human interface design experts.

**Joseph Wang**
Non/minimally-invasive electrochemical sensing, printable sensors, soft bioelectronics

**Patrick Mercier**
Wireless communications, energy-harvesting integrated circuits, ultra-low-power systems

**Dinesh Bharadia**
Efficient wireless communications and networking

**Gert Cauwenberghs**
Wireless dry and non-contact biopotential monitoring

**Chung-Kuan Cheng**
Parallel processing, power network analysis for VLSI systems and circuits

**Todd Coleman**
Information theory, neuroscience, machine learning, bioelectronics

**Shadi Dayeh**
Electro-neural interfaces and compact wearable electronics

**Harinath Garudadri**
Signal processing, wearable electrophysiology

**Job Godino**
Wearable and mobile health technology

**David Gough**
Long-term glucose sensors, biocompatible materials

**Drew Hall**
Biosensors, medical electronics, sensor interfaces

**Jesse Jokerst**
Use of acoustic data to create devices that monitor human health

**Tzyy-Ping Jung**
Dry & non-prep EEG sensors, wearable and wireless EEG systems

**Vincent Leung**
Wireless transceivers, RF/mixed-signal circuit design

**Darren Lipomi**
Stretchable electronics, polymer chemistry, stimuli-responsive materials

**Yu-Hwa Lo**
Microfluidics, biomedical devices for in-vitro diagnostics, bio- and nanophotonics

**Kenneth Loh**
Multifunctional materials, spatial sensing, and tomographic methods

**Tse Nga (Tina) Ng**
Free-form, flexible electronics fabrication

**Albert P. Pisano**
MEMS, manufacturing, low-cost sensors

**Gabriel Rebeiz**
RFICs for microwave and mm-wave systems, low-power circuits

**Tajana Rosing**
Energy-efficient systems, embedded systems

**Sheng Xu**
Wearable electronics, advanced stretchable materials

**Benjamin Bratton**
Visual Arts, interface with VR and AR environments


HEALTH


SECURITY FORENSICS


FITNESS


TEXTILES

## PARTNER BENEFITS

- Recruit our top students
- Access to multidisciplinary researchers all focused on wearables
- Embed a Visiting Industry Fellow in our labs
- Industry-faculty-student research teams
- Fast-track research agreements
- Access to commercialization engine with lab-to-market focus
- Seat on the Center Advisory Board
- Invitations to Research Summits

**Director**

**Joseph Wang**
Professor
NanoEngineering

josephwang@ucsd.edu
+1 (858) 246-0128

**Co-Director**

**Patrick Mercier**
Professor
Electrical and Computer Engineering

pmercier@ucsd.edu
+1 (858) 534-6026

**Cody Noghera**
Executive Director
Corporate Research Partnerships

cnoghera@eng.ucsd.edu
+1 (858) 246-0214

v.2004

University of California San Diego
Jacobs School of Engineering

Center for Wearable Sensors
WearableSensors.ucsd.edu

# EXHIBIT C

| | |
|---|---|
| **From:** | Jared Bunker |
| **To:** | Passamaneck, Nora Q.E. |
| **Cc:** | Apple-Masimo; Frazier, Sarah; WH Apple-Masimo Service List; Masimo.Apple |
| **Subject:** | RE: Masimo v. Apple (CDCA) - Disclosure of Patrick Mercier |
| **Date:** | Friday, June 21, 2024 9:08:49 PM |
| **Attachments:** | image001.jpg |

Nora,

We disagree on the merits for the reasons we've discussed. Regarding the timeline, we note that the CAFC affirmed the PTAB's decision on the two Asserted Patents five months ago in January, and the Court lifted the stay two months ago in April. Yet Apple waited until June to disclose Dr. Mercier. Plaintiffs nevertheless promptly provided their objection earlier than required under the PO. Any alleged timing challenge that Apple faces is its own doing – not Plaintiffs'.

We are working diligently on our portion of a joint stipulation and will provide it to Apple as soon as possible.

Sincerely,
Jared

**Jared Bunker**
Partner

949-721-2957 **Direct**
**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Friday, June 21, 2024 3:20 PM
**To:** Jared Bunker <Jared.Bunker@knobbe.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Cc:** Apple-Masimo <apple-masimo@haynesboone.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v. Apple (CDCA) - Disclosure of Patrick Mercier

Jared,

Thank you for explaining Plaintiffs' position on today's meet and confer regarding Apple's disclosure of Dr. Mercier.  We disagree that his work at the Center for Wearable Sensors or as a member of the Scientific Advisory Board of NeuroVigil disqualifies him as an expert.  Dr. Mercier is not an "officer, director, or employee" or NeuroVigil, and the Center for Wearable Sensors does not compete with Masimo.  Nor have you explained how his work at the Center otherwise disqualifies him.  Given that the deadline for expert reports is fast approaching, this matter must be resolved immediately.  We expect that Plaintiffs will file any objection no later than Monday.  We further put Masimo on notice that Apple intends to raise this issue with Judge Selna at the hearing, and that Apple will ask for the deadline for expert reports to be extended by the period of time needed to resolve Masimo's objection.

Exhibit C
-37 -

Thank you,
Nora

---

**From:** Jared Bunker <Jared.Bunker@knobbe.com>
**Sent:** Thursday, June 20, 2024 11:42 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Cc:** Apple-Masimo <apple-masimo@haynesboone.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v. Apple (CDCA) - Disclosure of Patrick Mercier

**EXTERNAL SENDER**

Nora,

Let's talk tomorrow at 11am PDT. We can use the following Teams link:

**Join the meeting now**
Meeting ID: 276 223 125 297
Passcode: vn9JXE

Sincerely,
Jared

**Jared Bunker**
Partner
949-721-2957 **Direct**
**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Thursday, June 20, 2024 4:41 PM
**To:** Jared Bunker <Jared.Bunker@knobbe.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Cc:** Apple-Masimo <apple-masimo@haynesboone.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v. Apple (CDCA) - Disclosure of Patrick Mercier

Jared,

We disagree that Dr. Mercier's work at the Center for Wearable Sensors or as a member of the scientific advisory board for NeuroVigil is a basis for objection.  The Center for Wearable Sensors is a part of UC San Diego that includes 25 faculty; only Dr. Mercier's work is relevant,

Exhibit C
-38 -

not that of the entire Center.  As a result, your request that Apple "identify and describe each physiological parameter for which the Center is currently developing or researching monitoring technology, as well as each physiological parameter for which the Center plans to develop or research monitoring technology in the future, either on its own or in collaboration with an 'industry partner'" is overbroad and appears to be nothing more than a fishing expedition.  As to NeuroVigil and its "brain monitoring technology" that allegedly competes with Masimo, no such technology is at issue here.  Moreover, Masimo's patents are public and Masimo itself asserts that it has been incorporating the alleged inventions in their products since 2002.  Masimo's products in development are not at issue, much less part of discovery in this action.  In any event, we confirm that Dr. Mercier's work with NeuroVigil does not relate to PPG technologies and further that none of his current work at the Center involving other "industry partners" involves optical sensing technologies.

We are available to meet and confer tomorrow between 11-1 and 3-5 PST.  Please let us know a time and circulate a dial-in if you would still like to confer.

Thank you,
Nora

---

**From:** Jared Bunker <Jared.Bunker@knobbe.com>
**Sent:** Wednesday, June 19, 2024 12:02 PM
**To:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Cc:** Apple-Masimo <apple-masimo@haynesboone.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v. Apple (CDCA) - Disclosure of Patrick Mercier

**EXTERNAL SENDER**

Sarah,

Pursuant to Section 9.2(c) of the PO, Plaintiffs object to Apple's proposed disclosure of Plaintiffs' designated material to Dr. Mercier. Based on our initial review (our review is continuing), at least through his work with the Center for Wearable Sensors ("the Center"), Dr. Mercier appears to be involved in developing non-invasive physiological monitoring technology that competes with Plaintiffs. For example, some of the promotional material on the Center's website indicates that the Center has developed or is developing glucose monitoring technology on its own or with "industry partners." The Center's website also indicates that it is working with industry partners on sensors that rely on "electrophysiological modalities." The Center's website also identifies low-power sensors as one of the areas in which it works with its industry partners.

Moreover, NeuroVigil appears to be involved in developing brain monitoring technology that

Exhibit C
-39 -

competes with Plaintiffs.

Pursuant to the PO, we request that Apple provide additional information regarding Dr. Mercier's work. In particular, please identify and describe each physiological parameter for which the Center is currently developing or researching monitoring technology, as well as each physiological parameter for which the Center plans to develop or research monitoring technology in the future, either on its own or in collaboration with an "industry partner." Please further explain the Center's work developing and researching low-power systems, as well as the current and planned applications for NeuroVigil's brain monitoring technology.

Finally, please let us know your availability to meet and confer on Plaintiffs' objection to Dr. Mercier today or sometime this week.

Sincerely,
Jared


**Jared Bunker**
Partner
949-721-2957 **Direct**
**Knobbe Martens**

---

**From:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Sent:** Wednesday, June 12, 2024 2:53 PM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Apple-Masimo <apple-masimo@haynesboone.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** Masimo v. Apple (CDCA) - Disclosure of Patrick Mercier

Counsel,

Under Section 9.2 of the Protective Order, Apple discloses Patrick Mercier as an expert in the above-captioned to whom Apple may disclose information designated under the PO.  Attached please find Dr. Mercier's current CV; signed copy of Exhibit A; a list of his prior expert witness engagements; and a list of his patents.  Dr. Mercier is employed by the University of California, San Diego, and in the past five years has consulted related to non-invasive physiological monitoring technologies with Neurovigil; Traq; and Vaaji.

Regards,
Sarah


**Sarah R. Frazier | WilmerHale**
she/her/hers
60 State Street

Exhibit C
-40 -

Boston, MA 02109 USA

+1 617 526 6022 (t)

+1 617 526 5000 (f)

sarah.frazier@wilmerhale.com

 **One Firm. One Legacy.**

WilmerHale celebrates the twentieth anniversary since the merger.

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit C

-41 -

# EXHIBIT D

1   Joseph R. Re (Bar No. 134479)
    joseph.re@knobbe.com
2   Stephen C. Jensen (Bar No. 149894)
    steve.jensen@knobbe.com
3   Sheila N. Swaroop (Bar No. 203476)
    sheila.swaroop@knobbe.com
4   Brian C. Claassen (Bar No. 253627)
    brian.claassen@knobbe.com
5   Kendall M. Loebbaka (Bar No. 285908)
    kendall.loebbaka@knobbe.com
6   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    2040 Main Street, Fourteenth Floor
7   Irvine, CA 92614
    Phone: (949) 760-0404
8   Fax: (949) 760-9502

9   Adam B. Powell (Bar. No. 272725)          Brian C. Horne (Bar No. 205621)
    adam.powell@knobbe.com                    brian.horne@knobbe.com
10  Daniel P. Hughes (Bar No. 299695)         Mark D. Kachner (Bar No. 234192)
    daniel.hughes@knobbe.com                  mark.kachner@knobbe.com
11  **KNOBBE, MARTENS, OLSON & BEAR, LLP**    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    3579 Valley Centre Drive                  1925 Century Park East, Suite 600
12  San Diego, CA 92130                       Los Angeles, CA 90067
    Phone: (858) 707-4000                     Phone: (310) 551-3450
13  Fax: (858) 707-4001                       Fax: (310) 551-3458

14  Attorneys for Plaintiffs,
    MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

15
## IN THE UNITED STATES DISTRICT COURT
16
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION
17

18  MASIMO CORPORATION, a            ) Case No. 8:20-cv-00048-JVS-JDE
    Delaware corporation; and        )
19  CERCACOR LABORATORIES,           ) **DECLARATION OF EUGENE**
    INC., a Delaware corporation     ) **GOLDBERG IN SUPPORT OF**
20                                   ) **PLAINTIFFS' MOTION FOR A**
         Plaintiffs,                 ) **PROTECTIVE ORDER**
21                                   ) **PRECLUDING DEFENDANT**
         v.                          ) **FROM DISCLOSING PLAINTIFFS'**
22                                   ) **CONFIDENTIAL MATERIALS TO**
    APPLE INC., a California corporation ) **DR. PATRICK MERCIER**
23                                   )
         Defendant.                  )
24                                   )
                                     )
25                                   )
                                     )
26  _____ )
27
28

Exhibit D
-42-

I, Eugene Goldberg hereby declare as follows:

1.     I am President, Consumer Health, at Masimo Corporation ("Masimo").  I have held that position since September 2022.  I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.  I submit this Declaration in Support of Plaintiffs' Motion for a Protective Order Precluding Defendant from Disclosing Plaintiffs' Confidential Materials to Dr. Patrick Mercier.

2.     Masimo is a medical technology company and leader in non-invasive monitoring of physiological parameters, such as pulse rate and arterial oxygen saturation.

3.     Companies including Samsung and Google offer competing wearable products for non-invasive physiological monitoring, such as wearables for monitoring heart rate.  Moreover, some of the competing wearable products for non-invasive physiological monitoring, such as wearables for monitoring heart rate, are based on electrical activity in the body and not optical measurements.

4.     The Masimo W1® is a wearable that provides a non-invasive hydration index.  To my knowledge, the Masimo W1® is the only wearable currently on the market that provides this measurement.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 27, 2024, at Encinitas, California.

*Eugene Goldberg*

Eugene Goldberg

Exhibit D

-43 -

# EXHIBIT E

Center for Wearable Sensors (/)

# About the Center

The Center for Wearable Sensors brings together top UC San Diego faculty, students and researchers in sensors, low-power circuits, materials, electrochemistry, bioengineering, wireless network technologies, preventive medicine, the life sciences and more.

This coordinated environment fosters the acceleration of research and system development, and it helps prepare our students to become leaders in tomorrow's workforce.

Advanced research informed by the needs of our industry partners sets the stage for improved human health, economic growth and innovation in the myriad fields tied to the wearable sensor platforms of tomorrow.

The Jacobs School of Engineering offers entrepreneurial programs that guide, educate and support these innovators in order to ensure that breakthroughs and innovations have the greatest chance of moving from the lab to the marketplace.

The backdrop for all this is San Diego, a global leader in wireless technologies and digital health. Collaborations between the Center for Wearable Sensors, industry partners and neighboring research institutions on The Mesa, in San Diego and beyond offer unrivaled potential for research partnerships and innovation that will improve the lives of humans everywhere.

# Leadership

Exhibit E
-44 -



**FACULTY DIRECTOR**
**CENTER FOR WEARABLE SENSORS**

Joseph Wang (mailto:josephwang@ucsd.edu)

Professor, Dept. of NanoEngineering



**ASSOCIATE FACULTY DIRECTOR**
**CENTER FOR WEARABLE SENSORS**

Patrick Mercier (mailto:pmercier@ucsd.edu)

Professor, Dept. of Electrical and Computer Engineering



**DIRECTOR**
**CORPORATE RESEARCH PARTNERSHIPS**

Cindy Hanson

Corporate Affiliates Program, Jacobs School of Engineering

# Industry Partners

Exhibit E

-45 -
















Jacobs School of Engineering   University of California, San Diego
9500 Gilman Drive   La Jolla, CA 92093-0403   +1 (858) 822-4496

Copyright ©2018 Regents of The University of California. All Rights Reserved.

Home (/)    |    Contact Us (/contact)    |    Member Login (/members-login)

 (https://www.facebook.com/UCSDJacobs)    (https://twitter.com/UCSDJacobs)

Exhibit E
-46 -

About | Center for Wearable Sensors

Exhibit E

-47 -

# EXHIBIT F

Center for Wearable Sensors (/)

# Research

The Center for Wearable Sensors is striking at big questions and challenges that are facing the wearable sensors sectors. Creative and relevant, the Center is focused on working with industry partners to revolutionize key components of wearable sensor systems, including:

**Taking multiple measurements from diverse sensors on the body**
This involves simultaneous, real-time measurement of multiple parameters including chemical, physical, and electrophysiological modalities.

**Ultra low-power and self-powered sensor systems**
Researchers are developing self-powered sensor systems to be embedded into media such as clothing. Such autonomous systems could monitor heart rate, hydration levels, blood sugar and more, without any direct user interaction required.

**Novel biocompatible and stretchable materials**
Projects include: Stretchable semiconducting polymers with properties mimicking biological tissues and long-term-implanted and minimally-invasive sensors.

**Novel methods for device fabrication and integration**
Flexible, printable micro-sensors for on-body sensing as well as high-density conformal sensor arrays.

Exhibit F
-48 -

6/25/24, 11:35 PM                                                Research | Center for Wearable Sensors

**Clinical Uses and Clinical Trials**

Medical researchers and clinicians from UC San Diego's world-class Health System work with engineers to address clinical medicine and public health issues that are crucial for realizing the promise of wearable sensing.

**Novel micro and nano Wi-Fi networks for data transmission**

Pushing the power limits of wireless transceivers enables ultra-long battery life and/or net-zero-power systems for energy autonomy.

**Cloud data storage and analytics**

# Our Labs Publish

Publications pages for Center labs are linked below.

- Biosensors Lab (http://biosensors.eng.ucsd.edu/)
- BioSensors and BioElectronics Group (http://bioee.ucsd.edu/)
- Lab on a Chip Research (https://sites.google.com/a/logroup.ucsd.edu/web/publication)
- Energy-Efficient Microsystems Group (http://efficiency.ucsd.edu/)
- Integrated Electronics and Bio-interfaces Lab (http://iebl.ucsd.edu/)
- Laboratory for Nanobioelectronics (http://joewang.ucsd.edu/)
- Neural Interaction Lab (http://coleman.ucsd.edu/)
- PRIME Systems Laboratory (http://primelab.eng.ucsd.edu/)
- System Energy Efficiency Lab (http://seelab.ucsd.edu/research.shtml)
- Lab for Soft Electronics, Solar Cells and Nanomanufacturing (http://darrenlipomi.com/publications)
- Wireless and Population Health Systems (http://cwphs.ucsd.edu/index.php?option=com_content&view=article&id=59&Itemid=86)

Jacobs School of Engineering   University of California, San Diego

9500 Gilman Drive   La Jolla, CA 92093-0403   +1 (858) 822-4496

Copyright ©2018 Regents of The University of California. All Rights Reserved.

Exhibit F
-49 -

 (https://www.facebook.com/UCSDJacobs)   (https://twitter.com/UCSDJacobs)

Exhibit F
-50 -

# EXHIBIT G

search...

About Us



# Mission Statement

NeuroVigil is a global neurotechnology pioneer which develops proprietary non-invasive brain monitors and advanced machine learning algorithms to detect a constellation of biomarkers of pathologies in asymptomatic individuals, such as people with neurodegeneration, adverse drug side effects or brain cancer, and to ascertain intent including, at the request of the late Dr. Stephen Hawking, in individuals who cannot otherwise communicate. This arsenal of technologies does not require any non-human animal experimentation.

The company successfully went to market in 2009, garnered research contracts with elite pharmaceutical companies, and spearheads a growing international preventive health conglomerate of leading innovators and entrepreneurs.

The company was founded and is led by Dr. Philip Low.

Home        About Us        News

**The Honorable Congressman Chaka Fattah and Dr. Philip Low, NeuroVigil Founder, Chairman and CEO deliver the two keynotes at Israel's first International Brain Technology Conference**

Copyright © 2024 Neurovigil, Inc. All Rights Reserved.

Exhibit G
-51 -

# EXHIBIT H

TECHNOLOGY

# SedLine®

## Brain Function Monitoring

A More Complete Picture Starts with More Complete Data

Brain Function Monitoring helps clinicians monitor the state of the brain under anesthesia with bilateral data acquisition and processing of electroencephalogram (EEG) signals.

**Schedule an Evaluation**

Exhibit H
-52 -

Deliver Anesthesia Based on Individual Patient Need

Identify Incidences of Burst Suppression

Gain a More Complete Picture of Patient Sedation

Discover more about SedLine® ⌄

# Why Monitor the Brain During Anesthesia?

The brain is one of the most important organs in the body. By delivering greater insights into changes in brain function under anesthesia, SedLine is designed to help monitor it before, during, and after surgery.

## Deliver Balanced Anesthesia

Titrating to the individual patient's needs may help reduce oversedation,[1] which has been linked to poor outcomes[2]

CLINICAL EVIDENCE

## Clinical benefit of processed

Exhibit H
-53 -

# electroencephalography (pEEG)

CLINICAL EVIDENCE

## EEG Patterns Associated with PACU Delirium[2]

"...reasons why monitoring processed EEG may be of value: prevent awareness, save money by reducing anesthetic cost, prevent excessively deep and unnecessarily deep anesthesia..."

— Adrian Gelb, MD
        Professor of Anesthesia, UCSF

Exhibit H
-54 -

Past President of WFSA (World Federation of Societies of Anaesthesiologists)

## Clinical Testimonies - The Value of Brain Monitoring in OR and ICU



## Debunking Misconceptions About Brain Monitoring

The clinical value of monitoring depth of sedation in the operating room. Featuring Dr. Adrian Gelb (UCSF).

**BRAIN MONITORING**

Exhibit H
-55 -



## Make Sedation Monitoring a Standard of Care in the ICU

Learn how brain function monitoring in the ICU can support clinicians in making timely, cost-effective care decisions when they matter most. Featuring Dr. Michael Ramsay (Baylor Scott & White).

Exhibit H
-56 -

6/25/24, 11:36 PM                           Masimo - Next Generation SedLine® Brain Function Monitoring

# A More Complete Picture Starts with More Complete Data

## See more with SedLine



**1**  Four simultaneous channels of frontal EEG waveforms

**2**  An enhanced Patient State Index (PSi), a processed EEG parameter related to the effect of anesthetic agents

**3**  A Density Spectral Array (DSA) display, which contains left and right spectrograms representing the power of the EEG on both

Exhibit H
-57 -

right spectrograms representing the power of the EEG on both sides of the brain

**4**   An optional Multitaper DSA, which may enhance visibility of EEG features



# The Power of the Density Spectral Array (DSA)

SedLine offers the flexibility of choosing to display either an enhanced Multitaper Density Spectral Array (DSA) or a standard Hanning DSA.

> This provides the ability to see the symmetry of left and right sides of the brain.

> Clearly indicates incidence of burst suppression/isoelectric activity as a black line with blue tip.

> Spectral edge frequency represents where 95% of the brain power lies.

# Understand the DSA

The DSA represents the power of the EEG on both sides of the brain, alongside other patient information provided by SedLine sensors. Watch the video to learn more.

Exhibit H
-58 -

patient information provided by SedLine sensors. Watch the video to learn more.



## Improved Depth of Sedation Monitoring with Patient State Index (PSi)

SedLine features an enhanced signal processing engine providing a better, more accurate Patient State Index (PSi), a processed EEG parameter related to the effect of anesthetic agents. Learn how we've advanced this technology.

ENHANCED FEATURES

## Parallel Signal Processing Engines

Exhibit H
-59 -

ENHANCED FEATURES

## Adaptive Signal Processing

---

# Total Brain Solution via a Multimodal Platform

## Expand visibility in the OR and ICU

Identify changes in brain function and make assessments that may help improve patient outcomes.

Exhibit H
-60 -



O3® Regional Oximetry

Next Generation SedLine can be used simultaneously with O3 Regional Oximetry on the Root platform—delivering a more complete picture of the brain.

> O3 Regional Oximetry

Exhibit H
-61 -



Root® Patient Monitoring and Connectivity Platform

SedLine connects seamlessly to the Root Patient Monitoring and Connectivity Platform —featuring a customizable, easy-to-interpret display that provides multiple views of brain monitoring data for expanded visibility in the OR and ICU.

> Root Patient Monitoring and Connectivity Platform

Exhibit H

-62 -



An integrated perioperative monitoring solution on Root

Via Root, SedLine can be used simultaneously with O3 Regional Oximetry, Total Hemoglobin (SpHb®), and the Masimo LiDCO® Hemodynamic Monitoring System.

> O3 Regional Oximetry

> Total Hemoglobin (SpHb)

> Masimo LiDCO Hemodynamic Monitoring System

Exhibit H
-63 -

# Resources

Click below for links to critical information about SedLine Brain Function Monitoring.

## Materials



**Next Generation SedLine Brain Function Monitoring**
Brochure

**SedLine Pediatric Application**
Product Information

**SedLine Sedation Monitor**
Quick Reference Guide

## Clinical Cases

**Masimo Technology: Combined O3 Regional Oximetry and SedLine Brain Function Monitoring**

Exhibit H
-64 -



**SedLine Brain Function Monitoring**
Case Study



**SedLine Studies**
Clinical Evidence Webpage

# Schedule an Evaluation

SedLine is simple and easy to try in your facility and requires minimal additional equipment.

Exhibit H

-65 -



## Root

Patient Monitoring and Connectivity Platform



## SedLine Module

Connects Patient Cable to Root device



## RD SedLine Sensor

Available for Adults and Chilren



## Patient Cable

For use with RD SedLine Sensor

Exhibit H
-66 -

Masimo - Next Generation SedLine® Brain Function Monitoring

# Schedule an Evaluation

Try SedLine in your facility today. Contact your Masimo Representative or complete the form below.

**First Name** *

Exhibit H
-67 -

Masimo - Next Generation SedLine® Brain Function Monitoring

First Name *

**Last Name** *

Last Name *

**Hospital / Company Name** *

Hospital / Company Name *

**Job Title** *

Job Title *

**Phone** *

Phone *

**Email** *

Email *

**Country** *

Country *

**Organization Type** *

Organization Type *

**City** *

City *

**Additional Comments**

Additional Comments

Exhibit H
-68 -



### References

[1] Bloom J et al. *Anesthesiology Research and Practice*. Vol. 2020, pp. 1-6. https://doi.org/10.1155/2020/7246570.

[2] Hesse S et al. *Br J Anaesth*. 2019;122(5):622-634.

[3] Sayed E et al. *J Anesth Clin Res*.2015;630(6):5. DOI: 10.4172/2155-6148.1000530.

[4] Lobo, Francisco A., and Stefan Schraag. Limitations of anaesthesia depth monitoring. Current Opinion in Anesthesiology. 24, no. 6 (2011): 657-664.

[5] Purdon P et al. Brit J of Anaesth. 10.1093 46-57.

Caution: Federal (USA) law restricts this device to sale by or on the order of a physician. See instructions for use for full prescribing information, including indications, contraindications, warnings, and precautions.

PLCO-006901/PLM-10080F-1123



(/)

Exhibit H
-69 -

Masimo - Next Generation SedLine® Brain Function Monitoring

Corporate

52 Discovery, Irvine, CA 92618

+1 (949) 297-7000

Improve Life™
Improve patient outcomes and reduce cost of care®
Take noninvasive monitoring to new sites and applications™


**INSIDE MASIMO** ⌄

About (/company/masimo/about/)

Guiding Principles (/company/masimo/guiding-principles/)

Corporate Brochure (https://indd.adobe.com/view/1a28031e-ddaf-4bfb-bbf4-0679eff5d334)

Company Evolution (/company/masimo/evolution/)

Investor Relations (https://investor.masimo.com/overview/default.aspx)

Press Room (/company/news/news-media/)

Media Room (/company/news/media-room/)

OEM Solutions (/oem/solutions/)

Careers (/company/opportunities/careers/)

Newsletter sign-up (/company/news/livewire-registration-form/)


**SUPPORT**

Contact Us (/healthcare/professional-health/support/contact/contact-us/)

Technical Services (/healthcare/professional-health/support/services--repair/technical-services/)

Additional Resources (https://techdocs.masimo.com/region-select/)

**PERSONAL HEALTH**

Support (https://www.masimo.com/en-us/contact-us.html)

Exhibit H
-70 -

**AUDIO BRANDS** ⌄

Bowers & Wilkins (https://www.bowerswilkins.com/en-us/)

Classe (https://www.classeaudio.com/)

Definitive Technology (https://www.definitivetechnology.com/en-us/)

Denon (https://www.denon.com/en-us/)

Marantz (https://www.marantz.com/en-us/)

Polk (https://www.polkaudio.com/en-us/)

**LEGAL & PRIVACY** ⌄

Compliance (/company/masimo/codes-of-conduct/)

Patents (/company/masimo/patents/)

Website Terms of Use (/company/terms-of-use/)

Privacy Notice (/company/masimo/privacy/)

CA Privacy (/company/masimo/privacy/ccpa/)

WA Health Privacy Notice (/company/masimo/privacy/washington-consumer-health-privacy-notice/)

Cookie Notice (/company/cookie-notice/)

Cookie Preferences

---

Sitemap (/sitemap/) © 2024 Masimo. All Rights Reserved.

(https://t... (https://www.linkedin... (https://www.youtube... (https://www.facebook.com/MasimoCorp/)
corporation)

Exhibit H
-71 -

# EXHIBIT I

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(Worcester Division)**

| | | |
|---|---|---|
| VOICE DOMAIN TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 13-cv-40138 |
| APPLE INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**DEFENDANT APPLE INC.'S OPPOSITION TO**
**VOICE DOMAIN'S MOTION REGARDING PROTECTIVE ORDER**
**<u>AND ENTRY OF INTERIM PROTECTIVE ORDER</u>**

Exhibit I
-72 -

# TABLE OF CONTENTS

**Page**

I.    INTRODUCTION ................................................................................................. 1

II.   STATEMENT OF FACTS ................................................................................... 2

    1.   Bruce Barker and Voice Domain ................................................................ 2

    2.   Apple's Proposed Confidentiality Designations (¶¶ 7-10) ........................ 3

    3.   Voice Domain's Proposed Confidentiality Designations (¶¶ 7-9)............ 4

    4.   The Parties' Proposed Prosecution Bars (¶ 6(b)).................................... 5

    5.   Apple's Proposals on Expert Discovery (¶ 20)....................................... 6

III.  ARGUMENT ....................................................................................................... 7

    A.   Bruce Barker Should Not Be Allowed to Access Apple's AEO Material and Voice Domain Should Not be Permitted to Unilaterally Remove this Designation (¶ 9) ........................................................................................ 8

        1.   Bruce Barker Should Not be Allowed Access to Apple's Highly Confidential Information ......................................................................... 8

            a.   Bruce Barker is Unquestionably a Competitive Decisionmaker for Voice Domain And the Risk of Use or Disclosure is Too High ................................................................ 8

            b.   Voice Domain Will Not be Prejudiced By Apple's Proposed Protective Order ........................................................... 12

        2.   Mock Jurors Should Not be Allowed Access to AEO Material ............. 14

    B.   The Prosecution Bar Should Prohibit Those Who Access AEO Information or SOURCE CODE from Drafting or Amending Claims (¶ 6(b)) .................................................................................................. 14

        1.   The Prosecution Bar Should Apply to Material Designated as AEO, Not Just SOURCE CODE ............................................................ 14

        2.   The Bar Should Apply to Drafting and Amending Claims in Post-Grant Proceedings ................................................................................. 15

    C.   Apple's Proposals Concerning Expert Discovery Provide Clarity (¶ 20)............ 17

    D.   The Court Should Not Enter Voice Domain's Interim Protective Order............ 18

IV.   CONCLUSION ................................................................................................. 20

Exhibit I

-73 -

# TABLE OF AUTHORITIES

Page

CASES

*Affymetrix, Inc. v. Illumina, Inc.*,
No. Civ. A. 04-901-JJF, 2005 WL 1801683 (D. Del. July 28, 2005)....................................10

*Anderson v. Cryovac, Inc.*,
805 F.2d 1 (1st Cir. 1986).........................................................................................................7

*Ariosa Diagnostics, Inc. v. Sequenom, Inc.*,
11-cv-6391-SI, Dkt. 199 (N.D. Cal. June 11, 2013)...............................................................16

*Baker v. Liggett Group, Inc.*,
132 F.R.D. 123 (D. Mass. 1990)...............................................................................................7

*Brown Bag Software v. Symantec Corp.*,
960 F.2d 1465 (9th Cir.1992) ..................................................................................................12

*Dongguk University v. Yale Univ.*,
2011 WL 1935865 (D. Conn. May 19, 2011)..........................................................................18

*E.I. du Pont de Nemours & Co. v. Phillips Petroleum Co.*,
219 U.S.P.Q. 37 (D.Del.1982)..................................................................................................8

*EPL Holdings, LLC v. Apple Inc.*,
12-cv-04306 JST JSC, 2013 WL 2181584 (N.D. Cal. May 20, 2013)...................................17

*Grobler v. Apple Inc.*,
12-cv-1534, Dkt. 57 (N.D. Cal. May 7, 2013).................................................................16, 17

*In Re Deutsche Bank Trust Co. Americas*,
605 F.3d 1373 (Fed. Cir. 2010).....................................................................................7, 14, 15

*Int'ls Aloe Science Council, Inc. v. Fruit of the Earth, Inc.*,
2012 WL 1900536 (D. Md. May 23, 2012).............................................................................18

*Intel Corp. v. Via Techs, Inc.*,
198 F.R.D. 525 (N.D. Cal. 2000).......................................................................................10, 12

*IP Innovation L.L.C. v. Thomson, Inc.*,
1:03-CV-0216-JDT-TAB, 2004 WL 771233 (S.D. Ind. Apr. 8, 2004) .........................9, 11, 12

*McAirlaids, Inc. v. Kimberly-Clark Corp.*,
7:13-cv-193, 2014 WL 904717 (W.D. Va. Mar. 7, 2014) .............................................7, 8, 12

*Microsoft Corp. v. CSIRO*,
No. 6:06-cv-549, 2009 WL 440608 (E.D. Tex. Feb. 23, 2009).........................................9, 10

ii

Exhibit I

Case 8:20-cv-00048-JVS-JDE   Document 1987-3   Filed 06/30/24   Page 85 of 108   Page ID
#:170384
Case 4:13-cv-40138-TSH   Document 45   Filed 07/17/14   Page 4 of 27

## TABLE OF AUTHORITIES
(continued)

**Page**

*Northbrook Digital, LLC v. Vendio Services, Inc.*,
   625 F. Supp. 2d 728 (D. Minn. 2008) ....................................................................................9

*Prilotec Inc. v. Scentair Techs., Inc.*,
   No. 12-cv-483, Dkt. 62 (E.D. Wis. May 17, 2013) ...............................................................16

*Prism Technologies, LLC v. AT&T Mobility, LLC*,
   8:12-cv-126, 2013 WL 100390 (D. Neb. Jan. 8, 2013) ....................................................10, 12

*Ross-Hi me Designs, Inc. v. United States*,
   109 Fed. Cl. 725 (Fed. Cl. 2013) ...........................................................................................8

*Safe Flight Instrument Corp. v. Sundstrand Data Control Inc.*,
   682 F. Supp. 20 (D. Del. 1988) ...........................................................7, 8, 11, 12, 13

*Seattle Times Co. v. Rhinehart*,
   467 U.S. 20 (1984) .................................................................................................................7

*Shared Memory Graphics, LLC v. Apple Inc.*,
   2010 WL 4704420 (N.D. Cal. Nov. 12, 2010) .....................................................................16

*SRI Int'l v. Matsushita Elec. Corp. of Am.*,
   775 F.2d 1107 (Fed.Cir.1985) ..............................................................................................19

*ST Sales Tech Holdings, LLC v. Daimler Chrysler Co.*,
   No. 6:07-cv-346, 2008 WL 5634214 (E.D. Tex. Mar. 14, 2008) ......................................9, 10

*Tailored Lighting, Inc. v. Osram Sylvania Prods, Inc.*,
   236 F.R.D. 146 (W.D.N.Y. 2006) ......................................................7, 8, 9, 11, 12, 13

*Telebuyer, LLC v. Amazon.com, Inc.*,
   No. 13-cv-1677, Dkt. 118 (W.D. Wash. July 7, 2014) .........................................................16

*Trs. of Boston Univ. v. Everlight Elecs. Co., Ltd.*,
   12-cv-11935-PBS, Dkt. 636 (D. Mass. July 8, 2014) ...................................................10, 11, 12

*U.S. Steel Corp. v. United States*,
   730 F.2d 1465 (Fed.Cir.1984) ..........................................................................................8, 9

*United States v. Dish Network, L.L.C.*,
   297 F.R.D. 589 (C.D. Ill. 2013) ............................................................................................18

*Vardon Golf Co., Inc. v. BBMG Golf, Ltd.*,
   91 C 0349, 1991 WL 222258 (N.D. Ill. Oct. 24, 1991) ....................................................12, 13

Exhibit I
-75 -

Case 8:20-cv-00048-JVS-JDE   Document 1987-3   Filed 06/30/24   Page 86 of 108   Page ID
#:170385
Case 4:13-cv-40138-TSH   Document 45   Filed 07/17/14   Page 5 of 27

**TABLE OF AUTHORITIES**
(continued)

**Page**

*Vita-Mix Corp. v. Basic Holding, Inc.*,
   581 F.3d 1317 (Fed. Cir. 2009)................................................................................................19

**RULES**

Fed. R. Civ. P. 26(b)(4)(B) ..........................................................................................................18

Fed. R. Civ. P. 26(c)(1)(G) .............................................................................................................7

Fed. R. Civ. P. 26...........................................................................................................7, 17, 18

Exhibit I
-76 -

I.    **INTRODUCTION**

Defendant Apple Inc.("Apple") offers the following response in opposition to Plaintiff Voice Domain Technologies, LLC's ("Voice Domain") Motion Regarding Protective Order and Entry of Interim Protective Order ("Motion").  Dkt. 44.  The Court should not enter Voice Domain's final or interim protective orders, but instead, should enter Apple's proposed protective order[1] for at least the following reasons.

First, Voice Domain misses the mark with its repeated protests that it is not a competitor of Apple (*see, e.g.*, Motion at 1) and that Bruce Barker, the inventor and prosecutor of the patent-in-suit and Voice Domain's sole owner and operator, should accordingly be permitted access to Apple's highly confidential information.  Mr. Barker, however, is a "competitive decisionmaker" for Voice Domain who continues to actively license and litigate Voice Domain's patents and invent and prosecute patents in front of the Patent and Trademark Office ("PTO").  Disclosure of Apple's highly confidential information to him poses an unacceptably high risk of disclosure and/or improper competitive use under well-established authority.  Voice Domain has not, and cannot, show that it would suffer prejudice that outweighs the risk of harm to Apple posed by this level of disclosure.

Second, Voice Domain's proposed protective orders eliminate completely the CONFIDENTIAL - ATTORNEYS' EYES ONLY designation that was previously agreed to by the parties.  Voice Domain has not explained to Apple or the Court why this already agreed to, and typically uncontroversial, designation should be eliminated.  As such, Voice Domain's protective orders that do not include this designation should not be entered, especially where this

---

[1] Apple's proposed protective order is attached as Exhibit 1 to the Declaration of Maya Choksi ("Choksi Decl.") filed herewith.  All exhibits cited in this opposition are attached as exhibits to the Choksi Decl.

WEST\248898918.

Exhibit I
-77 -

elimination results in inadequate protection for Apple's highly confidential information, as discussed in more detail below.

Third, Voice Domain's protective order allows counsel who access Apple's highly confidential information to participate in the original prosecution of patents and counsel who access Apple's highly confidential information and source code to draft and restructure claims during post-grant proceedings before the PTO, while informed of such information. Numerous courts have determined that this type of activity conveys an improper benefit. The possibility of misuse of Apple's highly confidential technical information to strategically draft or amend claims is too high a risk. Moreover, Apple has no interest in arbitrarily limiting participation in post-grant proceedings, and expressed willingness to permit participation on the part of counsel viewing highly confidential information and source code as long as that counsel plays no part in drafting or amending claims. Voice Domain rejected this reasonable accommodation without explanation.

Finally, Apple's proposed protective order provides clarity to the parties on what is and is not discoverable from experts in this case. Voice Domain's arguments otherwise do not have merit and therefore, should be rejected. Thus, for at least these reasons, the Court should enter Apple's proposed protective order and deny Voice Domain's request for entry of its final and interim protective orders.

## II.   STATEMENT OF FACTS

### 1.   Bruce Barker and Voice Domain

As described in Voice Domain's Motion and Complaint, Bruce Barker is the founder and sole owner and operator of the technology company Voice Domain Technologies, LLC. Motion at 3. Mr. Barker is also Voice Domain's electrical engineer, patent inventor and patent

Exhibit I
-78-

prosecution attorney.  *Id.*; *see also* Dkt. 1 at ¶ 1.  Indeed, Mr. Barker is the named "inventor of several patents relating to portable data entry, voice dictation, and digital recording devices, and Voice Domain is the assignee of his inventions." Dkt. 1 at ¶ 1.  While Voice Domain claims in its Motion that "neither Mr. Barker nor Voice Domain has any pending patent applications in the technology subject matter of this case" (Motion at 3),[2] Mr. Barker continues to actively invent and prosecute patents in front of the PTO.  *See* Exs. 2-5 (recently issued patent and recently published patent applications naming Bruce J. Barker as an inventor).  Mr. Barker also acts as Voice Domain's in-house counsel, patent prosecution attorney and is "a long-time patent attorney." *See* Motion at 3.  Further, Voice Domain actively licenses and litigates its patents, and Mr. Barker is Voice Domain's sole decisionmaker and agent in regard to these licensing and litigation activities.  *Id.* ("Voice Domain has, however, successfully licensed Mr. Barker's patents to various electronics companies."); *id* at 3-4 ("Voice Domain has occasionally had to enforce these patent rights in litigation").  Indeed, it was Bruce Barker that contacted Apple and engaged in extensive discussions on behalf of Voice Domain regarding the licensing of the patent-in-suit before filing this lawsuit.  *Id*. at 4 ("Mr. Barker contacted Apple about the need to license the '883 patent-in-suit.")

## 2.    Apple's Proposed Confidentiality Designations (¶¶ 7-10)

In order to reasonably balance the need for disclosure in this litigation with protecting Apple's confidential information, Apple's proposed protective order has three tiers of confidentiality designations:  CONFIDENTIAL, CONFIDENTIAL – ATTORNEYS' EYES

---

[2] Voice Domain's support for this assertion is unclear as it has not submitted a sworn declaration or affidavit from Mr. Barker attesting to these facts, but cites to a portion of the transcript of Voice Domain's outside counsel's argument at the May 13, 2014 status conference held in this case.  This portion of the transcript does not appear to even address the issue of whether Mr. Barker continues to invent and prosecute patents.

Exhibit I
-79 -

ONLY (hereinafter "AEO"), and CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE (hereinafter "SOURCE CODE").  Ex. 1 (Apple's Proposed Protective Order) ¶¶ 7-10.

Material designated as CONFIDENTIAL can be seen by a party's outside counsel and a limited number of a party's employees.  *Id.* at ¶ 8.  Material designated as AEO and SOURCE CODE may be seen by a party's outside counsel who is not involved in "competitive decision making" for a party, but not in-house counsel.  *Id.* at ¶¶ 9-10.  Because Bruce Barker is not only in-house counsel, but also a competitive decision maker for Voice Domain, as discussed in more detail below, Apple's protective order expressly prohibits him from accessing material designated as AEO.  *Id.* at ¶ 9.  In fairness, Apple's proposed protective order also prohibits Apple's in-house counsel—even those *not* involved in competitive decision making—from accessing material designated as AEO.  *Id.*  Thus, Apple's proposed restriction applies equally to both sides.[3]

In addition, Apple's proposed protective order bars mock jurors from viewing material designated as AEO or SOURCE CODE.  *Id.* at ¶¶ 9-10.

### 3.    Voice Domain's Proposed Confidentiality Designations (¶¶ 7-9)

Voice Domain's proposed protective order eliminates entirely the AEO designation,[4] thereby allowing Bruce Barker complete access to all material produced in this litigation except

---

[3] The parties have agreed that Bruce Barker is expressly prohibited from accessing material designated as SOURCE CODE.  *Id.* at ¶ 10.

[4] Voice Domain unilaterally eliminated the AEO designation when submitting the protective orders attached to its motion.  During the parties' meet and confer discussions, Voice Domain agreed to a three-tiered protective order and never informed Apple that it would be eliminating this designation entirely.  The discussion during the meet and confers was whether Bruce Barker should be allowed access to material marked with this designation, not whether the AEO designation should be eliminated entirely.

Exhibit I
-80 -

SOURCE CODE.  Ex. 6 (comparison document showing the differences between Voice Domain and Apple's proposed protective orders).  Under Voice Domain's proposal, Mr. Barker would be allowed to see Apple's trade secrets, non-public technical information such as product development information, engineering and testing documents, non-public sensitive financial data such as pricing information, sales information, sales or marketing forecasts or plans, business plans, sales or marketing strategy, employee information, and other non-public information of similar competitive and business sensitivity.  During the parties' meet and confer discussions, Apple offered to consider disclosure of specific highly confidential documents or categories of documents such as Apple financial data to Mr. Barker.  However, Voice Domain refused to agree to any compromise on this.  Dkt. 44-9 at 4.

Voice Domain's unilateral and complete removal of the AEO designation also eliminates previously agreed upon protections.[5]  With the elimination of the AEO designation, the only available designations are either CONFIDENTIAL or SOURCE CODE.  Thus, all of Apple's highly confidential information that is not source code can only be designated as CONFIDENTIAL.  During negotiations, Voice Domain and Apple had previously agreed that material designated as CONFIDENTIAL could be disclosed to mock jurors, but that material designated as AEO could not (as reflected in Apple's proposed protective order).  By eliminating the AEO designation, Voice Domain has eliminated the restriction on access of mock jurors to highly confidential information, an already agreed upon protection.

---

[5] In addition to eliminating paragraph 9 entirely, Voice Domain did not update any of the internal cross-references within the protective order.  As such, many of these cross references in Voice Domain's proposed protective orders refer to the wrong paragraph and do not make sense.  *See* Dkt. 44-1 at ¶¶ 8(b)(ii), 8(b)(iii), 9(c), 9(c)(ii), 10(c)(ix), 11(a), 11(e), 16(b).

Exhibit I
-81 -

**4.       The Parties' Proposed Prosecution Bars (¶ 6(b))**

The parties agree that a prosecution bar is appropriate in this case for those who access material designated as SOURCE CODE.  The dispute over the prosecution bar now centers on two disagreements.  First, whether the prosecution bar should also apply to those who access material designated as AEO, and second, whether the prosecution bar should apply to post-grant proceedings (reexamination, *inter partes* review, covered business method review, or reissue proceedings).

Apple's position is that individuals who access Apple's highly confidential technical information should not then be allowed to draft or amend claims, whether it be during original prosecution or in a post-grant proceeding.  As such, Apple's proposed prosecution bar applies to individuals who access AEO as well as source code.  For post-grant proceedings, Apple had proposed that the prosecution bar would only preclude counsel from participating directly or indirectly in drafting or amending claims during that proceeding.  Choksi Decl. at ¶ 8.  This proposal would allow Voice Domain's counsel to participate in post-grant proceedings to the extent they did not draft or amend claims.  Voice Domain would not agree to this proposal, and argued that Apple's proposal was unfair since it applied unequally to the parties, *i.e.* Apple's counsel would not be barred from participating in post-grant proceedings because it would never be drafting or amending Voice Domain's patent's claims, while Voice Domain's counsel would be barred if it chose to draft or amend claims during the post-grant proceeding.  Dkt. 44-9 at 1-2 In response to this complaint, Apple offered a proposal where neither party's counsel could participate in post-grant proceedings.  Voice Domain again rejected Apple's attempt to bridge the parties' gap and insists on a prosecution bar with no restriction on drafting or amending claims during post-grant proceedings.  Apple's proposed protective order offers the Court both

Exhibit I
-82 -

Case 8:20-cv-00048-JVS-JDE   Document 1987-3   Filed 06/30/24   Page 93 of 108   Page ID
#:170392
Case 4:13-cv-40138-TSH   Document 45   Filed 07/17/14   Page 12 of 27

options proposed to Voice Domain, and allows the Court to choose whichever proposal it finds most appropriate in this case.  Ex. 1 at ¶ 6(b).

### 5.   Apple's Proposals on Expert Discovery (¶ 20)

Paragraph 20 of Apple's proposed protective order describes the materials that are and are not discoverable from experts in this case.  Voice Domain's proposed protective orders do not contain this paragraph or a similar provision.

## III.   ARGUMENT

This Court has broad discretion to fashion an appropriate protective order that adequately protects the parties.  Federal Rule of Civil Procedure 26 provides the Court with the power to enter a protective order that requires that confidential information be revealed only in a specified way.  *See* Fed. R. Civ. P. 26(c)(1)(G); *see also Seattle Times Co. v.  Rhinehart*, 467 U.S. 20, 36 (1984) (Rule 26 "confers broad discretion on the trial court to decide when a protective order is appropriate and what degree of protection is required.").  As specified in [Rule] 26(c), however, a showing of good cause is required to justify any protective order."  *Baker v. Liggett Group, Inc.*, 132 F.R.D. 123, 125 (D. Mass. 1990) (citing *Anderson v. Cryovac, Inc.*, 805 F.2d 1, 7 (1st Cir. 1986)).  When issuing a protective order, the court must balance the goal of full disclosure of relevant information against reasonable protection from economic injury.  *In Re Deutsche Bank Trust Co. Americas*, 605 F.3d 1373, 1380 (Fed. Cir. 2010).

"Courts presiding over patent cases have often crafted protective orders that address the need to limit access to protected technical information."  *McAirlaids, Inc. v. Kimberly-Clark Corp.*, 7:13-cv-193, 2014 WL 904717 at *2 (W.D. Va. Mar. 7, 2014); *see also Tailored Lighting, Inc. v. Osram Sylvania Prods, Inc.*, 236 F.R.D. 146, 148 (W.D.N.Y. 2006) ("Recognizing the sensitive nature of proprietary technical information, courts generally afford more protection to it

7

Exhibit I
-83 -

than to ordinary business information."); *Safe Flight Instrument Corp. v. Sundstrand Data Control Inc.*, 682 F. Supp. 20, 22 (D. Del. 1988) (collecting cases) ("Courts dress technical information with a heavy cloak of judicial protection because of the threat of serious economic injury to the discloser of scientific information.").  "Indeed, in cases involving the disclosure of trade secrets, courts often issue protective orders limiting access to the most sensitive information to counsel and their experts." *Tailored Lighting,* 236 F.R.D. at 148.

In *U.S Steel*, the Federal Circuit clarified that the relevant determination for denial of access under a protective order is "[w]hether an unacceptable opportunity for inadvertent disclosure exists."  *U.S. Steel Corp. v. United States*, 730 F.2d 1465, 1468 (Fed.Cir.1984).  This determination often turns on the extent to which the person to whom the information is disclosed is involved in "competitive decision-making" with the client.  *Id.*  "Thus, courts have routinely allowed disclosure of confidential information to in-house counsel and experts, upon the premise that those individuals are segregated from the competitive day-to-day business decisions of the company." *McAirlaids,* 2014 WL 904717 at *2 (citing *U.S. Steel*, 730 F.2d at 1468; *Ross-Hi me Designs, Inc. v. United States*, 109 Fed. Cl. 725, 743-44 (Fed. Cl. 2013); *Safe Flight*, 682 F. Supp. at 22-23; *E.I. du Pont de Nemours & Co. v. Phillips Petroleum Co.*, 219 U.S.P.Q. 37, 39 (D.Del.1982)).

    **A.**    <u>**Bruce Barker Should Not Be Allowed to Access Apple's AEO Material and Voice Domain Should Not be Permitted to Unilaterally Remove this Designation (¶ 9)**</u>

        **1.**    **Bruce Barker Should Not be Allowed Access to Apple's Highly Confidential Information**

                **a.**    **Bruce Barker is Unquestionably a Competitive Decisionmaker for Voice Domain And the Risk of Use or Disclosure is Too High**

The Federal Circuit in *U.S. Steel*, offered the following explanation of the term

Exhibit I
-84 -

"competitive decisionmaker":

> The parties have referred to involvement in "competitive decisionmaking" as a basis for denial of access. The phrase would appear serviceable as shorthand for a counsel's activities, association, and relationship with a client that are such as to involve counsel's advice and participation in any or all of the client's decisions (pricing, product design, etc.) made in light of similar or corresponding information about a competitor.

*U.S. Steel*, 730 F.2d at 1468 n.3. Here, Mr. Barker is unquestionably a competitive decisionmaker for Voice Domain, because as Voice Domain itself admits, Mr. Barker and Voice Domain are synonymous. Motion at 3, 16. As such, Mr. Barker makes any and all of Voice Domain's competitive business decisions.

Voice Domain goes to great lengths to argue that it is not a competitor with Apple and therefore there is no risk of harm, making Apple's proposed protections unwarranted. Motion at 1, 10-12. However, this argument is simply unsupported by fact and law and disregards the fact that, as a patent inventor and prosecutor, access to highly confidential Apple documents creates an unacceptable risk to Apple's business. "[C]ourts have not limited the category of competitive decision makers to only those people who work for entities that make or sell competing products." *Microsoft Corp. v. CSIRO*, No. 6:06-cv-549, 2009 WL 440608, at *2 (E.D. Tex. Feb. 23, 2009); *see also ST Sales Tech Holdings, LLC v. Daimler Chrysler Co.*, No. 6:07-cv-346, 2008 WL 5634214, at *6 (E.D. Tex. Mar. 14, 2008) ("Plaintiff and Defendants all seek to utilize in one manner or another, intellectual property as part of a business model for pecuniary gain."); *IP Innovation L.L.C. v. Thomson, Inc.*, 1:03-CV-0216-JDT-TAB, 2004 WL 771233, at *3 (S.D. Ind. Apr. 8, 2004); *Tailored Lighting*, 236 F.R.D. at 149 ("I note that TLI has not cited, nor has this Court found, any cases to suggest that the disclosure of proprietary information to an opposing patent inventor would be appropriate merely because the parties were not currently

Exhibit I
-85 -

Case 8:20-cv-00048-JVS-JDE   Document 1987-3   Filed 06/30/24   Page 96 of 108   Page ID
#:170395
Case 4:13-cv-40138-TSH   Document 45   Filed 07/17/14   Page 15 of 27

direct competitors, particularly where, as here, the inventor licenses the patent to a direct competitor."); *Northbrook Digital, LLC v. Vendio Services, Inc.*, 625 F. Supp. 2d 728, 760 (D. Minn. 2008) ("Involvement in a party's licensing activity, therefore, implicates competitive decisionmaking.").  Rather, even where parties are not "traditional competitors in the market place," an individual may still be deemed a competitive decisionmaker, where, as here, the parties are in an "adversarial" posture and the individual receiving the highly confidential information would be "especially situated to take positions that are directly harmful and antagonistic to [Defendant]."  *See Microsoft Corp*, 2009 WL 440608, at *2.

Here, Bruce Barker is "especially situated to take positions that are directly harmful and antagonistic" to Apple because of several of the different hats he wears at Voice Domain.  First, Mr. Barker's role in licensing and litigating of Voice Domain's patents presents a high risk of inadvertent disclosure.  Apple's information could be used by Mr. Barker to aid Voice Domain in determining what kinds of patents to prosecute or acquire, which companies to sue in future litigation, and the price of licenses or litigation settlements.  Courts have denied disclosure based on this concern.  *See* Ex. 7 (*Trs. of Boston Univ. v. Everlight Elecs. Co., Ltd.*, 12-cv-11935-PBS, Dkt. 636 (D. Mass. July 8, 2014)) at 7 (denying disclosure where the Plaintiff continues to commercialize the inventions and has licensed the asserted patent to the Defendant's competitors); *Prism Technologies, LLC v. AT&T Mobility, LLC*, 8:12-cv-126, 2013 WL 100390 at *4 (D. Neb. Jan. 8, 2013) (denying disclosure where that individual "is 'actively engaged in Prism's primary business: the management, licensing, and acquisition of technology"); *Intel Corp. v. Via Techs, Inc.*, 198 F.R.D. 525, 530 (N.D. Cal. 2000) (denying access to in-house counsel where her "involvement in licensing through litigation constitutes competitive decisionmaking, because her advice and counsel necessarily affect licensing decisions"); *ST*

10

Exhibit I
-86 -

*Sales*, 2008 WL 5634214, at *2 (finding that "counsel to numerous related patent licensing companies—none of which made or sold any products—was a competitive decision maker to defendants, who were all in the automotive industry"); *Affymetrix, Inc. v. Illumina, Inc.*, No. Civ. A. 04-901-JJF, 2005 WL 1801683 at *2 (D. Del. July 28, 2005) (involvement in settling patent litigation and licensing "crosses over into the competitive-decision making").

Further, there is also a high risk of inadvertent misuse because Bruce Barker has prosecuted multiple patents related to the accused technology, and continues to invent, prosecute and obtain patents from the PTO.  Although Voice Domain claims that Mr. Barker does not have any pending patents related to the accused technology in this case, it is clear that Mr. Barker is continuing to invent and prosecute patents derived from his electrical engineering technical background and education.  Voice Domain has accused all Apple devices that include Siri, thus covering the Apple's iPhone, iPad and iPod Touch.  Dkt. 1 at ¶ 10.  These devices include many different trade secrets that incorporate electrical engineering technology, not just those related to the accused technology.  Courts have recognized the high risk of inadvertent use of highly confidential information if disclosed to inventors, engineers and scientists.  *See* Ex. 7 (*Trs. of Boston Univ.*) at 7-8 ("Although the Court does not question Dr. Moustakas' intentions, it "nonetheless question[s] his human ability during future years of research to separate the applications he has extrapolated from [Defendants'] documents from those he develops from his own ideas."); *Safe Flight*, 682 F. Supp. at 22 ("First, accepting that Mr. Greene is a man of great moral fiber, we nonetheless question his human ability during future years of research to separate the applications he has extrapolated from Sundstrand's documents from those he develops from his own ideas."); *Tailored Lighting*, 236 F.R.D. at 149 ("it seems unreasonable that anyone working to further his own scientific and technological interests would be able assuredly to avoid

Exhibit I

-87 -

even the subconscious use of confidential information revealed through discovery that is relevant to those interests"); *IP Innovation*, 2004 WL 771233, at *3.

As such, the risk of inadvertent disclosure or use is high and the potential injury to Apple is great.  A protective order should protect against even a small risk of inadvertent disclosure or use where the damage that would be caused by inadvertent disclosure is not insignificant.  *Intel Corp.*, 198 F.R.D. at 531 (citing *Brown Bag Software v. Symantec Corp.*, 960 F.2d 1465, 1470 (9th Cir.1992)).  "Even a seemingly insignificant risk of disclosure cannot be ignored due to the threat of significant potential injury."  *Id.*

           **b.**       **Voice Domain Will Not be Prejudiced By Apple's Proposed Protective Order**

The only justification Voice Domain offers for allowing Mr. Barker this broad access to Apple's highly confidential information is that it would allow Voice Domain to "make sound litigation decisions," and Voice Domain's counsel could "effectively advise its client," "consult with the inventor about a variety of technical and non-technical issues and arguments," and "prepare their case effectively."  Motion at 16-17.  Voice Domain also argues that Mr. Barker has specialized knowledge because he is the inventor of the patent-in-suit.  *Id.* at 2 ("he is the inventor of the '883 patent and uniquely positioned to evaluate infringement and other technical issues and arguments that Apple may raise in the case").  None of Voice Domain's reasons justify disclosure of Apple's highly confidential information to Mr. Barker and numerous courts have rejected similar arguments before.  Ex. 7, (*Trs. of Boston Univ.*); *McAirlaids*, 2014 WL 904717, at *1-*4; *Prism Technologies,* 2013 WL 100390; *Tailored Lighting*, 236 F.R.D. 146; *Safe Flight*, 682 F. Supp. 20; *IP Innovation*, 2004 WL 771233; *Vardon Golf Co., Inc. v. BBMG Golf, Ltd.*, 91 C 0349, 1991 WL 222258 (N.D. Ill. Oct. 24, 1991).

Exhibit I

-88 -

For example, in a recent order, a court in this District denied disclosure of the defendants' information designated as "Outside Counsel Only" to the inventor of the patents-in-suit and employee of the plaintiff, noting that "Courts have generally denied an employee-inventor access to highly confidential materials of their adversary." Ex. 7 (*Trs. of Boston Univ.*) at 6. The plaintiff in that case made justifications similar to those made by Voice Domain, based on specialized knowledge in the field. *Id.* The Court, however, found that the risk of hardship to the plaintiff did not outweigh the risk of inadvertent disclosure of the defendants' confidential information:

> BU argues that it would suffer severe harm if the Court grants the Defendants' motion because there is no substitute for the testimony of Dr. Moustakas, "whose knowledge of the subject field and work in this area has been influential for decades." The hardship to BU hinges on whether Dr. Moustakas has such unique knowledge that, without his ability to see Defendants' Outside Counsel Only materials, BU will be unable to prosecute this case. While this Court is persuaded that Dr. Moustakas has specialized knowledge about the patented technology, the Court is not persuaded that BU will be unable to effectively prosecute this case if the Court grants the Defendants' motion. First, the Court notes that Dr. Moustakas may review the discovery in this case, including confidential material that has not been designated Outside Counsel Only. In addition, BU has not shown that it will be unable to obtain the assistance it needs from a different expert.

*Id.* at 8.

Other courts in different districts have also denied disclosure to an inventor/employee based on similar reasoning. *See Safe Flight*, 682 F. Supp. at 21-22 (Court denied disclosure to the president, noting that "plaintiff's claim that [the president] is 'uniquely qualified' is speculative. Safe Flight has yet to investigate the availability of qualified outside experts."); *Tailored Lighting*, 236 F.R.D. at 147 (having initiated litigation, plaintiff cannot rely on significant expense which accompanies an independent expert to justify disclosure of Sylvania trade secrets to TLI's chief patent inventor; burden of that cost simply does not outweigh the substantial risk of competitive injury that attends disclosure of such trade secret information);

Exhibit I
-89 -

*Vardon*, 1991 WL 222258 at *2 (disclosure of confidential materials to sole owner, president, engineer and employee, as well as its patent attorney and trial counsel "presents a problem. Since Vardon and Allen are virtually one and the same, it would be impossible for Allen to review confidential materials without the materials being exposed to Vardon's president and engineer.")

Thus, because Mr. Barker is a competitive decisionmaker for Voice Domain, disclosure of Apple's highly confidential information to him poses an unacceptably high risk of inadvertent disclosure or improper use of this information. Voice Domain has not shown that it would suffer any prejudice that outweighs the risk of harm to Apple posed by this possibility of disclosure or use. As such, Voice Domain's proposed protective orders that allow this disclosure should not be entered.

### 2.      Mock Jurors Should Not be Allowed Access to AEO Material

Voice Domain should not be permitted to unilaterally eliminate the previously agreed-to restriction on mock jurors' access to material designated as AEO. It appears that the elimination of this protection may simply be the result of Voice Domain attempting to allow Mr. Barker access to material that would normally be designated as AEO. However, even if this was just mere oversight by Voice Domain, it does not change the result that mock jurors may now have unfettered and unnecessary access to Apple's highly confidential information. It is Apple's position that giving such material to mock jurors is not only unnecessary, as in many instances the information is summarized and argued during a mock trial without giving mock jurors access to the highly confidential information itself, but it also presents a high risk of disclosure of Apple's information as Apple is unable to have any control or foresight over who Voice Domain might choose for a mock jury.

Exhibit I

-90 -

    **B.**    **The Prosecution Bar Should Prohibit Those Who Access AEO Information or SOURCE CODE from Drafting or Amending Claims (¶ 6(b))**

        **1.**    **The Prosecution Bar Should Apply to Material Designated as AEO, Not Just SOURCE CODE**

The Federal Circuit in *In re Deutsche Bank* recognized that an attorney in possession of an adversary's confidential information may be barred from representing clients in certain matters before the PTO due to the high risk of inadvertent disclosure and misuse of that information.  *In re Deutsche Bank*, 605 F.3d at 1380-81.  That case focused on whether litigation counsel's involvement in patent prosecution activities, would rise to the level of "competitive decisionmaking."  *Id.* at 1380.  The court reasoned that the risk of inadvertent disclosure of competitive information learned during litigation is much greater for those attorneys who have "the opportunity to control the content of patent applications and the direction and scope of protection sought in those applications."  *Id.*  Some examples of specific involvement that rise to the level of competitive decisionmaking are an attorney's ability to amend and/or draft claims, "making strategic decisions on the type and scope of patent protection that might be available or worth pursuing," or "strategically amending or surrendering claim scope during prosecution."  *Id.* at 1380-81.

        Voice Domain acknowledges this risk by agreeing that the prosecution bar should apply to source code.  However, the prosecution bar should also apply to materials beyond source code for these same reasons.  Often, the technical details of how a product works are disclosed in documents like schematics, data sheets, specifications, flow charts, artwork, or formulas, rather than or in addition to source code.  Indeed, per the Court's scheduling order, Apple is required to produce its **documents** sufficient to show the operation of the accused products (not simply source code).  Further, Voice Domain offers no reason why it would suffer any harm if the

Exhibit I
-91 -

prosecution bar applied to technical documents designated as AEO as well as SOURCE CODE. As such, the Court should adopt Apple's protective order, where the prosecution bar applies as equally to these documents as it does to source code.

### 2.    The Bar Should Apply to Drafting and Amending Claims in Post-Grant Proceedings

The same concerns the Federal Circuit recognized in *In re Deutsche Bank* regarding inadvertent disclosure and the misuse of confidential information in PTO proceedings apply equally to post-grant proceedings where claims are drafted or amended.  Voice Domain argues that these concerns are not present in a post-grant proceeding "because patent claims can only be narrowed in a post-grant proceeding, and that they are so amended to address the prior art cited in that proceeding (not to cover existing products)."  Motion at 8.  While post-grant proceedings provide fewer opportunities to present new claims, "the fact remains that claims may still be restructured in these proceedings in a way that would undoubtedly benefit from access to an alleged infringer's proprietary information."  Ex. 8 (*Grobler v. Apple Inc.*, 12-cv-1534, Dkt. 57 (N.D. Cal. May 7, 2013)) at 3; *see also Shared Memory Graphics, LLC v. Apple Inc.*, 2010 WL 4704420, at *3 (N.D. Cal. Nov. 12, 2010) ("Claims may still be restructured in reexamination, and, in a given case, a patent owner may well choose to restructure claims in a manner informed by the alleged infringer's confidential information gleaned from litigation."); Ex. 9 (*Prilotec Inc. v. Scentair Techs., Inc.*, No. 12-cv-483, Dkt. 62 (E.D. Wis. May 17, 2013) (finding that "[t]he *inter partes* proceeding affords opportunities to amend the claims that are more flexible than implied" in responding to Plaintiff's argument that "there is only a 'minor opportunity to amend' the claims")) at 7; Ex. 10 (*Telebuyer, LLC v. Amazon.com, Inc.*, No. 13-cv-1677, Dkt. 118 (W.D. Wash. July 7, 2014) ("[A] newer line of cases recognizes that even in a reexamination proceeding, a patent owner can use confidential information to restructure or amend its claims so

Exhibit I
-92 -

as to improve its litigation position against alleged infringers.")) at 10.

Further, many courts when faced with this issue allow litigation counsel to participate in a post-grant proceeding, but restrict counsel's ability to draft or amend claims—exactly as Apple originally proposed.  *See* Ex. 11 (*Ariosa Diagnostics, Inc. v. Sequenom, Inc.*, 11-cv-6391-SI, Dkt. 199 (N.D. Cal. June 11, 2013) ("[L]itigation counsel may not participate in any IPR activities that will affect the scope of the claims, including without limitation 'drafting, amending, or advising on the scope or maintenance of the patent claims or shaping the scope of any amended or added claim during the Review.'")); Ex. 8 (*Grobler*) ("Things might be different if counsel had free rein in the PTO proceedings.  But under Grobler's proposal, litigation counsel is prohibited from assisting in any crafting or amendment of patent claims.") at 3; *EPL Holdings, LLC v. Apple Inc*., 12-cv-04306 JST JSC, 2013 WL 2181584, at *3-4 (N.D. Cal. May 20, 2013) ("The Court concludes that EPL's litigation counsel, as with the litigation counsel in *Grobler*, may participate in third-party initiated review proceedings so long as counsel is prohibited from assisting in any crafting or amendment of patent claims.").  Only after Voice Domain rejected Apple's original proposal and complained that it was unilateral and unfair did Apple propose barring ***both*** parties' counsel from participating in post-grant proceedings.  Now, Voice Domain complains that it would be unfair to deny Voice Domain's counsel the ability to participate at all. On the contrary, both of Apple's proposals are fair to Voice Domain, as they are as least restrictive as possible and reciprocal, while still protecting Apple's highly confidential information.

**C.**   **Apple's Proposals Concerning Expert Discovery Provide Clarity (¶ 20)**

Apple's proposals concerning the scope of expert discovery forestall future confusion amongst the parties by clearly setting forth what will and will not be disclosed during the course

Exhibit I
-93 -

of expert discovery.  There has been tremendous variation in the interpretation of Rule 26.

Accordingly, Apple's proposals seek to circumvent future confusion and unnecessary motion

practice by identifying each party's disclosure obligations early on in the litigation, which are

clearly in line with the scope and purpose of Rule 26.  Using Voice Domain's **own** example

regarding disclosure of information "considered" and "relied upon" by experts, courts have

routinely noted the inherent danger with crediting the subjective representations of an expert

when determining what the expert "considered" in preparing his expert report under Rule 26.

*See, e.g.*, *United States v. Dish Network, L.L.C.*, 297 F.R.D. 589 (C.D. Ill. 2013).[6]  Accordingly,

Apple's proposals provide clarity by specifically identifying the scope of permissible expert

discovery as what the expert "actually relied upon."

 Rather than come to an agreement regarding any permissible scope of expert discovery

with Apple, Voice Domain instead claims it cannot agree to any of Apple's proposals, and relies

on proposed hypotheticals and conjecture of potential litigation gamesmanship in support of its

arguments.  Apple's proposals are narrowly tailored to ensure fair and efficient discovery, and

should be adopted.

   **D.**   **The Court Should Not Enter Voice Domain's Interim Protective Order**

 Voice Domain requests that the Court enter an interim protective order, in order to

---

[6] As yet another example regarding various interpretations of Rule 26, the distinction between an expert's notes and a draft report is often not clear, as Fed. R. Civ. P. 26(b)(4)(B) merely "protects drafts of any report or disclosure."  Courts across jurisdictions have taken various approaches on these issues.  *See Dongguk University v. Yale Univ.*, 2011 WL 1935865, *1 (D. Conn. May 19, 2011) (compelling production of a testifying expert's notes because they were neither drafts of an expert report nor communications between the party's attorney and the expert witness*) contra Int'ls Aloe Science Council, Inc. v. Fruit of the Earth, Inc*., 2012 WL 1900536, *2 (D. Md. May 23, 2012) (notes were protected as attorney work product).  Accordingly, Apple's proposed language (*e.g.,* "draft reports, notes, or outlines for draft reports developed and drafted by the testifying expert and/or his or her staff are also exempt from discovery.") avoids potential confusion amongst the parties by explicitly providing for the scope of permissible discovery.

Exhibit I
-94 -

"lessen the risk of harm to the parties' carefully negotiated litigation schedule and order that would otherwise result from Apple withholding documents from its August 11, 2014, non-infringement contentions."  Motion at 10.  The Court should deny this request for several reasons.  First, Voice Domain's interim protective order is exactly the same as its final proposed protective order.  Ex. 12 (comparison document of Voice Domain's interim and final protective orders).  As such, it is inadequate to protect Apple's highly confidential information, and the technical documents due to be produced on August 11, 2014, for the same reasons discussed above.  Voice Domain represents that "Mr. Barker will not review or have access to any documents or other discovery produced by Apple until the Court resolves the disputed paragraphs."  *Id.*  One must wonder, however, why Voice Domain would not include this provision in its proposed interim protective order so that it could be ordered by the Court instead of just a representation by Voice Domain's outside counsel.

Second, Voice Domain's argument that if an interim protective order is not entered, the case schedule will suffer harm, is also unfounded.  Voice Domain asked for—and Apple agreed to— an expedited schedule for claim construction, with the remainder of discovery stayed.  Although the parties agreed to exchange the local rule infringement and invalidity/non-infringement contentions and accompanying document productions, Voice Domain does not need Apple's technical document production in order to participate in claim construction.  *Vita-Mix Corp. v. Basic Holding, Inc.*, 581 F.3d 1317, 1324 (Fed. Cir. 2009) ("Claims are properly construed without the objective of capturing or excluding the accused device."); *SRI Int'l v. Matsushita Elec. Corp. of Am.*, 775 F.2d 1107, 1118 (Fed.Cir.1985) (en banc) ("A claim is construed in the light of the claim language, the other claims, the prior art, the prosecution history, and the specification, *not* in light of the accused device.") (emphasis in original).

Exhibit I
-95 -

Further, the scheduling order entered in this case provides that Apple will not produce its technical documents until a protective order is entered, a provision Voice Domain **agreed to** knowing full well Apple's positions on the protective order.  Apple has not delayed in attempting to resolve the protective order disputes, as evidenced by the fact that Apple sent Voice Domain its proposed protective order the very same day a scheduling conference was set in this case.  Ex. 13 (April 13, 2014, email from Apple).  On the other hand, it was Voice Domain that did not respond to Apple until May 9th, three weeks later.  Ex. 14 (May 9, 2014, email from Voice Domain).  It is ironic that Voice Domain now accuses Apple of delay and gamesmanship.

## IV.   <u>CONCLUSION</u>

For the reasons set forth above, the Court should enter Apple's proposed protective order, attached hereto as Exhibit 1, and reject Voice Domain's proposed final protective order and proposed interim protective order.

Exhibit I
-96 -

Dated: July 17, 2014

Respectfully submitted,

 */s/ Nicholas G. Papastavros*
Nicholas G. Papastavros
BBO # 635742
Maya P. Choksi
BBO # 679861
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6000
Facsimile:  617.406.6119
nick.papastavros@dlapiper.com
maya.choksi@dlapiper.com

**OF COUNSEL**:
Mark D. Fowler (*pro hac vice*)
Summer Krause (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2215
Telephone:  650.833.2000
Facsimile:  650.833.2001
mark.fowler@dlapiper.com
summer.krause@dlapiper.com

Tiffany C. Miller (*pro hac vice*)
Robert C. Williams (*pro hac vice*)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619.699-2700
Facsimile:  619.699-7201
tiffany.miller@dlapiper.com
robert.williams@dlapiper.com

Exhibit I
-97 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to those indicated as non-registered participants on July 17, 2014.

<u>*/s/Nicholas G. Papastavros*</u>
Nicholas G. Papastavros

Exhibit I
-98 -
