MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |

1  JOSEPH J. MELLER, *pro hac vice*
2    joseph.mueller@wilmerhale.com
   SARAH R. FRAZIER, *pro hac vice*
3    sarah.frazier@wilmerhale.com
   WILMER CUTLER PICKERING
4     HALE AND DORR LLP
   60 State Street
5  Boston, MA 02109
   Tel.: 617.526.6000 / Fax: 617.526.5000
6
   NORA Q.E. PASSAMANECK, *pro hac vice*
7    nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
8     HALE AND DORR LLP
   1225 Seventeenth Street, Suite 2600
9  Denver, CO 80202
   Tel.: 720.274.3152 / Fax: 720.273.3133
10
   BRIAN A. ROSENTHAL, *pro hac vice*
11   brosenthal@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
12 200 Park Avenue
   New York, NY 10166-0193
13 Tel.: 212.351.2339 / Fax: 212.817.9539

14 KENNETH G. PARKER, SBN 182911
     Ken.parker@haynesboone.com
15 HAYNES AND BOONE, LLP
   660 Anton Boulevard, Suite 700
16 Costa Mesa, CA 92626
   Tel.: 650.949.3014 / Fax: 949.202.3001
17
18
19
20
21
22
23
24
25
26
27
28

---

PASSAMANECK DECL. ISO APPLE'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Opposition to Plaintiffs' Motion for a Protective Order Precluding Defendant from Disclosing Plaintiffs' Confidential Materials to Dr. Patrick Mercier.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit J** is the Declaration of Patrick Mercier, Ph.D.

I declare under penalty of perjury that the foregoing and the statements in my Reports are true and correct to the best of my knowledge.

Executed this 28th day of June 2024.

By:  /s/ Nora Passamaneck
Nora Passamaneck

# EXHIBIT J

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF PATRICK MERCIER, PH.D. IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |

Mercier Decl. ISO Apple's Opposition to Motion for Protective Order
Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

1  JOSEPH J. MELLER, *pro hac vice*
2    joseph.mueller@wilmerhale.com
   SARAH R. FRAZIER, *pro hac vice*
3    sarah.frazier@wilmerhale.com
   WILMER CUTLER PICKERING
4     HALE AND DORR LLP
   60 State Street
5  Boston, MA 02109
   Tel.: 617.526.6000 / Fax: 617.526.5000
6
   NORA Q.E. PASSAMANECK, *pro hac vice*
7    nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
8     HALE AND DORR LLP
   1225 Seventeenth Street, Suite 2600
9  Denver, CO 80202
   Tel.: 720.274.3152 / Fax: 720.273.3133
10
   BRIAN A. ROSENTHAL, *pro hac vice*
11   brosenthal@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
12 200 Park Avenue
   New York, NY 10166-0193
13 Tel.: 212.351.2339 / Fax: 212.817.9539

14 KENNETH G. PARKER, SBN 182911
   Ken.parker@haynesboone.com
15 HAYNES AND BOONE, LLP
   660 Anton Boulevard, Suite 700
16 Costa Mesa, CA 92626
   Tel.: 650.949.3014 / Fax: 949.202.3001
17
18
19
20
21
22
23
24
25
26
27
28

I, Patrick Mercier, Ph.D., declare and state as follows:

1. I am over 21 years old and am competent to testify about the matters in this Declaration based on my personal knowledge.

2. I am a full professor of Electrical and Computer Engineering at the University of California, San Diego ("UCSD").

3. I earned a Bachelor of Science degree in electrical and computer engineering from the University of Alberta in Edmonton, AB, Canada in 2006. I earned my Master of Science and Ph.D. degrees in electrical engineering and computer science from the Massachusetts Institute of Technology ("MIT") in 2008 and 2012, respectively.

4. I have been retained by Apple in connection with claims that have been asserted regarding U.S. Patent Nos. 10,433,776 and 8,457,703, both titled "Low Power Pulse Oximeter." Pulse oximeters like those described in the '776 and '703 patents are optical sensors.

5. Although I have extensive knowledge of optical sensors, and power management techniques used in optical sensors, I have not worked with any companies to develop optical sensors for commercial applications or products.

6. As part of my work at UCSD, I am co-Director of the UCSD's Center for Wearable Sensors (the "Center"). The Center is an academic and research-focused organization that brings together UCSD faculty, students, and other researchers in various fields, including sensors, low-power circuits, materials, electrochemistry, bioengineering, wireless network technologies, preventive medicine, and life sciences. The Center and UCSD do not use the Center's academic research to develop any commercial products or applications for industry.

7. The Center receives funding from a number of industry partners that contribute on a donation basis. The Center pools such donations and distributes funds in response to requests for proposals submitted by UCSD faculty.

8. I understand that Plaintiffs have inquired about the Center's partnerships with Dexcom, Samsung, and Google. Samsung and Google are not currently industry partners of the Center. Dexcom is a current industry partner of the Center, and focuses on glucose monitoring via wearable micro-needle platforms involving electrochemical sensing. To the best of my knowledge, Dexcom does not develop products with optical sensors for physiological monitoring.

9. Outside of my work at UCSD, I am also a member of the Scientific Advisory Board of NeuroVigil. NeuroVigil develops non-invasive brain monitors using EEG monitoring, not optical sensing. Generally speaking, my role and responsibilities as a board member of NeuroVigil involves reviewing and evaluating hardware design for EEG monitoring devices. I am not an officer, director, or employee of NeuroVigil, and am not involved in any competitive decision making for the company.

10. I have read the Protective Order entered in this action and signed its Exhibit A, acknowledging and declaring that I agree to be bound by the terms of the Order and consent to the jurisdiction of said Court for the purpose of any proceeding to enforce the terms of the Order. I take this acknowledgment very seriously and will abide by the terms of the Order.

I declare under penalty of perjury that the foregoing and the statements in my Reports are true and correct to the best of my knowledge.

Executed this 28th day of June 2024.

By: _____
Patrick Mercier, Ph.D.