UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   SACV 20-00048-JVS(JDEx)                                         Date: July 3, 2024

Title   Masimo Corporation, et al. v. Apple Inc.

Present: The Honorable:   **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  [IN CHAMBERS]** Order

    Having considered the parties' Joint Stipulation for a Protective Order (Docket No. 1987-2), and the parties related supplemental filings (Docket Nos. 1998, 1991, 1992), the Court grants the motion for protective order.

    The danger of intended or unintended disclosure of Masimo confidential information in light of Dr. Patrick Mercier's academic and business relationships outweighs Apple's right to present experts of it choosing.  Moreover, there is no showing that Dr. Mercier's knowledge and expertise are so unique that another expert could not fulfill the same role.

    **It is so Ordered.**