Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S STATUS REPORT REGARDING NARROWING PROPOSAL PURSUANT TO JUNE 27 TENTATIVE ORDER**<br><br>Hon. James V. Selna |

The June 27 Tentative Order suggested the parties file narrowing proposals, but the Court has not issued a final order to that effect. For the Court's convenience, Masimo provides the following update on the parties' discussions:

On July 5, Masimo supplemented its infringement contentions, narrowing the number of asserted claims from 38 to 15.

Masimo understands the parties agree that, by July 10, Apple will identify its specific obviousness combinations for each asserted claim and narrow the total number of references for all claims to five base references and fifteen secondary references.

The parties have not agreed on the total number of asserted claims or number of obviousness combinations. Masimo's proposal on the two disputed issues is as follows:

- Masimo proposes that its narrowing to 15 total asserted claims is sufficient at this time.

- Masimo proposes that, by July 10, Apple should narrow to no more than four obviousness combinations per asserted claim, counted according to the four numbered paragraphs of *Altera Corp. v. PACT XPP Techs., AG*, 2015 WL 3830982, at *2-*3 (N.D. Cal. June 19, 2015), as directed on pages 11-12 of the Tentative Order.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 7, 2024

By: */s/ Adam B. Powell*
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.