MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel:  650.858.6000 / Fax:  650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax:  202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S NOTICE OF NARROWING OF PROPOSED TERMS FOR CLAIM CONSTRUCTION**<br><br>Hon. James V. Selna<br>Tutorial Date: June 29, 2024 at 8:00 am<br>Hearing Date: July 22, 2024<br>Place: Courtroom 10C |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  617.526.6000 / Fax:  617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.:  212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626

Tel.: 650.949.3014 / Fax: 949.202.3001

In view of Plaintiffs' narrowing of the number of asserted claims (Dkt. 1994) and in the interest of further narrowing the disputes before the Court, Apple informs the Court that it withdraws its contention that the following claim terms are indefinite[1]:

| Terms That Are Indefinite Under Section 112 | Relevant Asserted Patent(s) |
|---|---|
| "when operating according to the first control protocol, calculat[e/ing], by the patient monitor, measurement values of the pulse rate, the measurement values responsive to light from the first control protocol light source" | U.S. Patent No. 10,433,776 |
| "wherein said continuously operating at said lower power consumption level comprises reducing activation of an attached sensor" / "wherein said continuously operating at said lower power consumption level comprises reducing an amount of processing by a signal processor" | U.S. Patent No. 8,457,703 |

The following claim terms from the currently asserted claims remain in dispute:[2]

| Proposed Terms For Construction | Relevant Asserted Patent(s) |
|---|---|
| "processing characteristics" | U.S. Patent No. 8,457,703 <br> U.S. Patent No. 10,433,776 |
| "reducing/reduce activation of an attached sensor" | U.S. Patent No. 8,457,703 |
| **Terms That Are Indefinite Under Section 112** | **Relevant Asserted Patent(s)** |
| "higher power consumption level" | U.S. Patent No. 8,457,703 |

---

[1] As Plaintiffs reported, the "relatively small amount of power" / "relatively large amount of power" in claim 5 of the '776 patent, which Plaintiffs no longer assert, is also no longer at issue. *See* Dkt. 2026.

[2] The parties have also agreed upon the constructions of the terms "duty cycle" and "first duty cycle / "second duty cycle." Dkt. 1947 at §I.

Dated: July 16, 2024

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING
HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

By: */s/ Mark D. Selwyn*
   Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*