UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:20-cv-00048-JVS(JDEx) | Date | July 22, 2024 |
| Title | **Masimo Corporation et al v. Apple Inc.** | | |

Present: The Honorable  James V. Selna, United States District Judge

| Elsa Vargas | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Re, Stephen Jensen, Brian Claassen | Joseph Mueller, Mark Selwyn, Sarah Frazier |

**Proceedings:** Markman / Claim Construction Hearing

    Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. As stated on the record the Court orders the defendant to submit supplemental briefing by Friday, July 26, 2024 with plaintiff's reply due by August 2, 2024.

    Additionally, the Court orders the parties to submit additional briefs in regards to Special Master Candidates within one week.

    The court re-sets the Motion at Docket No. 2031 for hearing on August 5, 2024 at 1:30 p.m.

| | : | 36 |
|---|---|---|
| Initials of Preparer | eva | |