1 | MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
2 | THOMAS G. SPRANKLING, SBN 294831
thomas.sprankling@wilmerhale.com
3 | WILMER CUTLER PICKERING
 HALE AND DORR LLP
4 | 2600 El Camino Real, Suite 400
Palo Alto, CA 94306
5 | Tel.: 650.858.6000 / Fax: 650.858.6100

6 | JOSHUA H. LERNER, SBN 220755
joshua.lerner@wilmerhale.com
7 | WILMER CUTLER PICKERING
 HALE AND DORR LLP
8 | One Front Street, Suite 3500
San Francisco, CA 94111
9 | Tel.: 628.235.1000 / Fax: 628.235.1001

10 | AMY K. WIGMORE, *pro hac vice*
amy.wigmore@wilmerhale.com
11 | WILMER CUTLER PICKERING
 HALE AND DORR LLP
12 | 2100 Pennsylvania Ave NW
Washington, DC 20037
13 | Tel.: 202.663.6000 / Fax: 202.663.6363

14 | [Counsel appearances continue on next page]

15 | *Attorneys for Defendant Apple Inc.*

16 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| Plaintiffs, | **APPLE INC.'S SECOND IDENTIFICATION OF SPECIAL MASTER CANDIDATES AND OBJECTIONS TO PLAINTIFFS' PROPOSED CANDIDATES** |
| v. | |
| APPLE INC., a California corporation, | Judge: Judge James V. Selna |
| Defendant. | Trial: 11/5/24 |

Wilmer Cutler
Pickering Hale
and Dorr LLP

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

APPLE'S SECOND IDENTIFICATION OF SPECIAL MASTER CANDIDATES AND OBJECTIONS TO PLAINTIFFS' PROPOSED CANDIDATES
CASE NO. 8:20-cv-00048-JVS (JDEx)

Pursuant to the Court's instruction during the July 22, 2024 Markman hearing, Apple identifies the following additional candidates for special master:  Karl Bayer, Esq. and Peter S. Vogel, Esq.

Apple's proposed candidates have extensive experience serving as independent, court-appointed special masters in cases involving complex issues of technology.  *See* Garcia Decl. ¶4 (Ex. D); *id.* ¶5 (Ex. E).

Apple objects to Plaintiffs' proposed candidates, Peter J. McAndrews and Michael Hawes, because they appear to lack prior experience as special masters or court neutrals.  *See* Garcia Decl. ¶6 (Ex. F); *id.* ¶7 (Ex. G).

In addition, Mr. McAndrews is a shareholder at McAndrews, Held & Malloy, Ltd. and is counsel of record for plaintiff TQ Delta in the pending matter, *TQ Delta, LLC v. Verizon Services Corp.*, No. 15-cv-616-GBW (D. Del.).  *See* Garcia Decl. ¶7 (Ex. H).  Masimo's expert Dr. Vijay Madisetti also serves as TQ Delta's technical expert.  *See id.* ¶7 (Ex. H); *id.* ¶8 (Ex. I).

Accordingly, Apple respectfully requests that the Court appoint either Mr. Bayer or Mr. Vogel as special master in this case.

The parties have not yet contacted any of the proposed candidates.

Respectfully submitted,

Dated: July 29, 2024

By: /s/ *Mark D. Selwyn*
Mark D. Selwyn
Joshua H. Lerner
Nora Passamaneck
WILMER CUTLER PICKERING
HALE AND DORR LLP

Kenneth G. Parker
HAYNES AND BOONE, LLP

Brian A. Rosenthal
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant Apple Inc.*

Wilmer Cutler
Pickering Hale
and Dorr LLP