Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313542)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SECOND NOTICE OF MASIMO'S PROPOSED SPECIAL MASTER CANDIDATES AND OBJECTIONS TO APPLE'S PROPOSED CANDIDATES**<br><br>Hon. James V. Selna |

Plaintiffs Masimo Corp. and Cercacor Labs., Inc. ("Masimo") identify the following special master candidates: (1) **Peter McAndrews** (B.S. E.E.), Shareholder at McAndrews, Held & Malloy; and (2) **Michael Hawes** (B.S. E.E.), Partner at Baker Botts. *See* Exs. A-B. Both are nationally recognized patent litigators at prominent intellectual property firms with electrical engineering backgrounds. Thus, both are eminently qualified to address the specific issues to be decided by the special master.

Apple objects to Mr. McAndrews because he represents Verizon in a case where Verizon has engaged Dr. Vijay Madisetti, Masimo's expert in this case. However, that Verizon case does not involve Apple. Thus, that engagement does not render Mr. McAndrews unfit to serve as a special master here. Moreover, the limited appointment here concerns only whether the parties satisfied their disclosure requirements in contentions, not in expert reports.

Masimo objects to the two candidates proposed by Apple.

**Karl Bayer**: DocketNavigator shows Mr. Bayer has been counsel of record in only one patent case. Further, Mr. Bayer's website shows he obtained his degrees more than fifty years ago and has not had any engineering experience since at least 1976. Ex. C. Moreover, his legal background is not focused on intellectual property at all until becoming a special master. And as a special master, Mr. Bayer's CV shows that he has previously worked on at least two cases involving Apple. Ex. D.

**Peter Vogel**: Mr. Vogel lacks an electrical engineering degree. Ex. E. Mr. Vogel has a bachelor's degree in business administration and a master's degree in computer science. He is thus unsuitable to decide the electrical engineering-related questions at issue. Further, Mr. Vogel has been counsel of record in only thirteen cases. Moreover, Mr. Vogel's website does not provide a list of the cases he has worked on during his career as a special master, so Masimo is unable to determine whether he has previously worked on cases involving Apple.

The backgrounds of Messrs. Bayer and Vogel show they lack a well-rounded and balanced experience litigating patent disputes, in contrast with Masimo's candidates.

Further, all four of Apple's proposed candidates have been from the Eastern or Western Districts of Texas. That Apple keeps selecting unqualified candidates suggests Apple is more interested in delaying Masimo's patent case than resolving the discovery issues to be decided by the special master.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 29, 2024

By: /s/ Adam B. Powell
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes
Douglas B. Wentzel

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.