MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br>Plaintiffs, <br><br>v. <br><br>APPLE INC., a California corporation, <br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br>**APPLE INC.'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFFS' "UPDATED" AND "SUPPLEMENTAL" EXPERT REPORTS SERVED AUGUST 9, 2024** <br><br>Date: September 9, 2024 <br>Time: 1:30pm <br>Courtroom: 10C <br><br>Pre-Trial Conference: Oct. 28, 2024 <br>Trial: Nov. 5, 2024 |

| | |
|---|---|
| 1 | JOSEPH J. MUELLER, *pro hac vice* |
| 2 | joseph.mueller@wilmerhale.com<br>SARAH R. FRAZIER, *pro hac vice* |
| 3 | sarah.frazier@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 4 |   HALE AND DORR LLP<br>60 State Street |
| 5 | Boston, MA 02109<br>Tel.: 617.526.6000 / Fax: 617.526.5000 |
| 6 | NORA Q.E. PASSAMANECK, *pro hac vice* |
| 7 | nora.passamaneck@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 8 |   HALE AND DORR LLP<br>1225 Seventeenth Street, Suite 2600 |
| 9 | Denver, CO 80202<br>Tel.: 720.274.3152 / Fax: 720.273.3133 |
| 10 | BRIAN A. ROSENTHAL, *pro hac vice* |
| 11 | brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 12 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 13 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 14 | KENNETH G. PARKER, SBN 182911<br>Ken.parker@haynesboone.com |
| 15 | HAYNES AND BOONE, LLP<br>660 Anton Boulevard, Suite 700 |
| 16 | Costa Mesa, CA 92626<br>Tel. 650.949.3014 / Fax: 949.202.3001 |
| 17 | |
| 18 | *Attorneys for Defendant Apple Inc.* |

APPLE'S NOTICE OF MOT. AND MOT. TO STRIKE PLAINTIFFS' AUG. 9, 2024 EXPERT REPORTS
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on September 9, 2024, or such other date as the Court deems proper, in Courtroom 6A, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will, and hereby does, move the Court to strike Plaintiffs' "Updated" and "Supplemental" Expert Reports served on August 9, 2024.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on August 12, 2024.[1]  It is supported by the accompanying Memorandum, a Proposed Order, and such other evidence or argument as may be presented at or before the hearing.

Dated: August 16, 2024

Respectfully submitted,

By: /s/ *Mark D. Selwyn*
MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
JOSEPH J. MUELLER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant Apple Inc.*

---

[1] In a simultaneously filed stipulation, Plaintiffs agreed to an expedited schedule for briefing and oral argument under which Apple would file its opening brief within four days after the conference of counsel.