# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING PARTIES' BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE MASIMO'S UPDATED AND SUPPLEMENTAL EXPERT REPORTS SERVED AUGUST 9, 2024 [2069]**<br><br>Pre-Trial Conference: Oct. 28, 2024<br>Trial: Nov. 5, 2024 |

Wilmer Cutler
Pickering Hale
and Dorr LLP

The Court, having considered the Joint Stipulation Regarding Parties' Briefing on Apple's Motion To Strike Plaintiffs' Updated and Supplemental Expert Reports Served August 9, 2024, hereby rules as follows:

- Apple's Motion to Strike and supporting documents are to be filed by **August 16, 2024**.
- Plaintiffs' Opposition and supporting documents are to be filed by **August 23, 2024**.
- Apple's Reply and supporting documents are to be filed by **August 28, 2024**.
- On **September 9, 2024**, at 1:30pm, the Court will hear argument on Apple's Motion to Strike.

**IT IS SO ORDERED.**

Dated: August 19, 2024

_____
The Hon. James V. Selna
United States District Court Judge