MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN
  294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE INC.'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFFS' "UPDATED" AND "SUPPLEMENTAL" EXPERT REPORTS SERVED AUGUST 9, 2024** <br><br> Date:  September 9, 2024 <br> Time: 1:30pm <br> Courtroom: 10C <br><br> Pre-Trial Conference: Oct. 28, 2024 <br> Trial: Nov. 5, 2024 |

1

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com

2

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com

3

WILMER CUTLER PICKERING
  HALE AND DORR LLP

4

60 State Street
Boston, MA 02109

5

Tel.: 617.526.6000 / Fax: 617.526.5000

6

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com

7

WILMER CUTLER PICKERING
  HALE AND DORR LLP

8

1225 Seventeenth Street, Suite 2600
Denver, CO 80202

9

Tel.: 720.274.3152 / Fax: 720.273.3133

10

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com

11

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue

12

New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

13

KENNETH G. PARKER, SBN 182911

14

  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP

15

660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626

16

Tel. 650.949.3014 / Fax: 949.202.3001

17

*Attorneys for Defendant Apple Inc.*

18

19

20

21

22

23

24

25

26

27

28

APPLE'S NOTICE OF MOT. AND MOT. TO STRIKE PLAINTIFFS' AUG. 9, 2024 EXPERT REPORTS
CASE NO. 8:20-cv-00048-JVS (JDEx)

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on September 9, 2024, or such other date as the Court deems proper, in Courtroom 6A, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will, and hereby does, move the Court to strike Plaintiffs' "Updated" and "Supplemental" Expert Reports served on August 9, 2024.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on August 12, 2024.[1]  It is supported by the accompanying Memorandum, a Proposed Order, and such other evidence or argument as may be presented at or before the hearing.

Respectfully submitted,

Dated: August 16, 2024                    By: /s/ *Mark D. Selwyn*
                                                    MARK D. SELWYN
                                                    AMY K. WIGMORE
                                                    JOSHUA H. LERNER
                                                    JOSEPH J. MUELLER
                                                    SARAH R. FRAZIER
                                                    NORA Q.E. PASSAMANECK
                                                    THOMAS G. SPRANKLING
                                                    WILMER CUTLER PICKERING
                                                    HALE AND DORR LLP

                                                    KENNETH G. PARKER
                                                    HAYNES AND BOONE, LLP

                                                    BRIAN A. ROSENTHAL
                                                    GIBSON, DUNN & CRUTCHER LLP

                                                    *Attorneys for Defendant Apple Inc.*

---

[1] In a simultaneously filed stipulation, Plaintiffs agreed to an expedited schedule for briefing and oral argument under which Apple would file its opening brief within four days after the conference of counsel.