Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404; Fax:(949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Tel: (858)707-4000; Fax: (858)707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Tel: (310)551-3450: Fax: (310) 551-3458

Attorneys for Plaintiffs, Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF MATTHEW PHAM IN SUPPORT OF MASIMO'S RESPONSIVE BRIEF IN SUPPORT OF ITS NOTICE OF NOVEMBER 5TH BENCH TRIAL**<br><br>Hon. James V. Selna |

I, Matthew Pham, hereby declare as follows:

1. I am an associate in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo Corp.") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Responsive Brief in Support of its Notice of November 5th Bench Trial.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain between counsel for Masimo and counsel for Apple, culminating in an August 21, 2024 email from counsel for Masimo to counsel for Apple.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of proceedings held on December 20, 2021, in *Masimo Corp. v. True Wearables, Inc.*, No.8:18-cv-02001-JVS-JDE.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the minute order in *Masimo Corp. v. True Wearables, Inc.*, No.8:18-cv-02001-JVS-JDE, Dkt. 411 (Dec. 20, 2021).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 26, 2024, at Irvine, California.



Matthew Pham