# EXHIBIT 1

| | |
|---|---|
| **From:** | Joe Re |
| **To:** | Mueller, Joseph |
| **Cc:** | Masimo.Apple; WH Apple-Masimo Service List |
| **Subject:** | RE: Trial for November 5th before Judge Selna |
| **Date:** | Wednesday, August 21, 2024 9:55:44 PM |

Joe,   Apple's position is unsupportable.  Plaintiffs, as the sole claimants, will notify the Court of their intention to try the November 5th claims to the bench.   Thanks,  Joe

**From:** Mueller, Joseph <Joseph.Mueller@wilmerhale.com>
**Sent:** Monday, August 19, 2024 12:16 PM
**To:** Joe Re <Joe.Re@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Trial for November 5th before Judge Selna

Joe,

We do not agree.  The patent infringement claims were also bifurcated last year—after Masimo asked the Court to proceed to a jury trial on the trade secret and patent ownership claims, even while the patent infringement claims were stayed.  Masimo prevailed on that request, and we tried the trade secret and patent ownership claims to a jury last year.   The November retrial of those same claims will also be to a jury.

Thanks,
Joe

**From:** Joe Re <Joe.Re@knobbe.com>
**Sent:** Wednesday, August 14, 2024 4:46 PM
**To:** Mueller, Joseph <Joseph.Mueller@wilmerhale.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** Trial for November 5th before Judge Selna

**EXTERNAL SENDER**

Joe,

Because the Court bifurcated Masimo's patent infringement claims from the remaining claims and confirmed that those remaining claims will be tried on November 5th, neither party has a right to a trial by jury for the November 5th trial.  Please confirm that Apple agrees.  Masimo intends to present the November 5th trial to the bench under Judge Selna's standing "order for court trial."

Exhibit 1

Masimo maintains its right to trial by jury on its patent infringement claims.

Best regards,
Joe


**Joseph Re**
Partner
[Joseph.Re@knobbe.com](mailto:Joseph.Re@knobbe.com)

949-721-2889 Direct

**Knobbe Martens**

2040 Main St., 14th Fl.
Irvine, CA 92614
[www.knobbe.com/joseph-re](http://www.knobbe.com/joseph-re)

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

- 3 -

Exhibit 1
-3-