# EXHIBIT 3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 18-02001-JVS (JDEx) | Date | December 20, 2021 |
|---|---|---|---|
| Title | Masimo Corp., et al v True Wearables, Inc., et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Deborah Lewman for Lisa Bredhal-Armijo | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Re | Peter Gergely |
| Stephen Jensen | Ryan Fletcher |

**Proceedings:** **PRETRIAL CONFERENCE (HELD VIA ZOOM)**

    For the reasons stated on the record, the Jury Trial will now proceed as a Bench Trial. Bench Trial set for March 15, 2022 at 8:30 a.m.

    The Court will enforce the Protective Order during the Bench Trial.

                                                                                                     : 38

Initials of Preparer    djl