MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S REQUEST TO FILE A THREE-PAGE REPLY REGARDING PLAINTIFFS' RESPONSIVE BRIEF IN SUPPORT OF THEIR "NOTICE OF CONSENT TO NOVEMBER 5, 2024 BENCH TRIAL" (DKT. 2076)**<br><br>Pre-Trial Conference: Oct. 28, 2024<br>Trial: Nov. 5, 2024 |

| | |
|---|---|
| 1 | JOSEPH J. MUELLER, *pro hac vice* |
| | joseph.mueller@wilmerhale.com |
| 2 | SARAH R. FRAZIER, *pro hac vice* |
| | sarah.frazier@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 4 | 60 State Street |
| | Boston, MA 02109 |
| 5 | Tel: 617.526.6000 / Fax: 617.526.5000 |
| 6 | NORA Q.E. PASSAMANECK, *pro hac vice* |
| | nora.passamaneck@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 8 | 1225 Seventeenth Street, Suite 2600 |
| | Denver, CO 80202 |
| 9 | Tel.: 720.274.3152 / Fax: 720.273.3133 |
| 10 | BRIAN A. ROSENTHAL, *pro hac vice* |
| | brosenthal@gibsondunn.com |
| 11 | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| 12 | New York, NY 10166-0193 |
| | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 13 | |
| 14 | KENNETH G. PARKER, SBN 182911 |
| | Ken.parker@haynesboone.com |
| 15 | HAYNES AND BOONE, LLP |
| | 660 Anton Boulevard, Suite 700 |
| 16 | Costa Mesa, CA 92626 |
| | Tel. 650.949.3014 / Fax: 949.202.3001 |

Apple respectfully requests leave to file a three-page reply brief responding to the myriad new arguments raised in Plaintiffs' eleven-page brief in support of their unreasoned request for a bench trial. *Compare* Dkt. 2076 (notice) *with* Dkt. 2083 (brief).

On Wednesday, August 14, Plaintiffs' counsel emailed asking that Apple "agree[]" to convert the long-scheduled November 5, 2024 jury trial to a bench trial. *See* Dkt. 2083-2 at 2. Plaintiffs did not provide any explanation or law supporting their request in that email exchange, *id.* or in their subsequent "Notice" filed on August 22, 2024, Dkt. 2076. Plaintiffs' August 26, 2024 brief thus raises a number of new arguments, as it is the first time Plaintiffs have provided the substantive basis for their position. Plaintiffs' own authority, moreover, establishes that courts normally require a party seeking to withdraw a jury request to file a formal motion. *See, e.g.*, Dkt. 2083 at 9 (relying on authority involving "the timing of motions to strike a jury demand"); *see also* Fed. R. Civ. P. 39(a)(2).

Under these circumstances, Apple respectfully submits that a short reply brief is appropriate. *See* Dkts. 1921, 1922 (order granting Apple's request to file a two-page reply in a similar procedural posture). Apple's proposed reply is attached as Exhibit A to this request.

Dated: August 27, 2024                    Respectfully submitted,

                                  MARK D. SELWYN
                                  AMY K. WIGMORE
                                  JOSHUA H. LERNER
                                  JOSEPH J. MUELLER
                                  SARAH R. FRAZIER
                                  NORA Q.E. PASSAMANECK
                                  THOMAS G. SPRANKLING
                                  WILMER CUTLER PICKERING
                                  HALE AND DORR LLP

                                  BRIAN A. ROSENTHAL
                                  GIBSON, DUNN & CRUTCHER LLP

                                  KENNETH G. PARKER
                                  HAYNES AND BOONE, LLP


                              By: */s/ Mark D. Selwyn*
                                     Mark D. Selwyn


                              *Attorneys for Defendant Apple Inc.*

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Apple Inc. certifies that this brief contains 213 words, which [choose one]:

 X  complies with the word limit of L.R. 11-6.1

___ complies with the word limit set by court order dated [date].

Dated: August 27, 2024                    Respectfully submitted,

                                          MARK D. SELWYN
                                        AMY K. WIGMORE
                                        JOSHUA H. LERNER
                                        JOSEPH J. MUELLER
                                        SARAH R. FRAZIER
                                        NORA Q.E. PASSAMANECK
                                        THOMAS G. SPRANKLING
                                        WILMER CUTLER PICKERING
                                        HALE AND DORR LLP

                                        BRIAN A. ROSENTHAL
                                        GIBSON, DUNN & CRUTCHER LLP

                                        KENNETH G. PARKER
                                        HAYNES AND BOONE, LLP

By: */s/ Mark D. Selwyn*
     Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*