Wilmer Cutler Pickering Hale and Dorr LLP

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S REQUEST TO FILE A THREE-PAGE REPLY REGARDING PLAINTIFFS' RESPONSIVE BRIEF IN SUPPORT OF THEIR "NOTICE OF CONSENT TO NOVEMBER 5, 2024 BENCH TRIAL" (DKT. 2076) [2086]**<br><br>Pre-Trial Conference: Oct. 28, 2024<br>Trial: Nov. 5, 2024 |

This matter is before the Court pursuant to Apple's Request To File A Three-Page Reply Regarding Plaintiffs' Responsive Brief In Support Of Their "Notice Of Consent To November 5, 2024 Bench Trial" (Dkt. 2076). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Request is GRANTED. Defendant shall file its proposed reply at Dkt. 2086 as a standalone document forthwith.

**IT IS SO ORDERED.**

Dated: August 28, 2024

_____
The Hon. James J. Selna
U.S. District Judge