Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax:(949) 760-9502

Adam B. Powell (Bar. No. 272725)           Brian C. Horne (Bar No. 205621)
adam.powell@knobbe.com                     brian.horne@knobbe.com
Daniel P. Hughes (Bar No. 299695)          Mark D. Kachner (Bar No. 234192)
daniel.hughes@knobbe.com                   mark.kachner@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP         KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive                   1925 Century Park East, Suite 600
San Diego, CA 92130                        Los Angeles, CA 90067
Phone: (858) 707-4000                      Phone: (310) 551-3450
Fax: (858) 707-4001                        Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

[Counsel for Apple appears on next page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT NOTICE REGARDING POTENTIAL SPECIAL MASTER**<br><br>Hon. James V. Selna |

1   MARK D. SELWYN, SBN 244180
    mark.selwyn@wilmerhale.com
2   THOMAS G. SPRANKLING, SBN 294831
    thomas.sprankling@wilmerhale.com
3   WILMER CUTLER PICKERING
    HALE AND DORR LLP
4   2600 El Camino Real, Suite 400
    Palo Alto, CA 94306
5   Tel.: 650.858.6000 / Fax: 650.858.6100

6   JOSHUA H. LERNER, SBN 220755
    joshua.lerner@wilmerhale.com
7   WILMER CUTLER PICKERING
    HALE AND DORR LLP
8   One Front Street, Suite 3500
    San Francisco, CA 94111
9   Tel.: 628.235.1000 / Fax: 628.235.1001

10  AMY K. WIGMORE, *pro hac vice*
    amy.wigmore@wilmerhale.com
11  WILMER CUTLER PICKERING
    HALE AND DORR LLP
12  2100 Pennsylvania Ave NW
    Washington, DC 20037
13  Tel.: 202.663.6000 / Fax: 202.663.6363

14  JOSEPH J. MUELLER, *pro hac vice*
    joseph.mueller@wilmerhale.com
15  SARAH R. FRAZIER, *pro hac vice*
    sarah.frazier@wilmerhale.com
16  WILMER CUTLER PICKERING
    HALE AND DORR LLP
17  60 State Street
    Boston, MA 02109
18  Tel.: 617.526.6000 / Fax: 617.526.5000

19  NORA Q.E. PASSAMANECK, *pro hac vice*
    nora.passamaneck@wilmerhale.com
20  WILMER CUTLER PICKERING
    HALE AND DORR LLP
21  1225 Seventeenth Street, Suite 2600
    Denver, CO 80202
22  Tel.: 720.274.3152 / Fax: 720.273.3133

23  BRIAN A. ROSENTHAL, *pro hac vice*
    brosenthal@gibsondunn.com
24  GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
25  New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
26

27

28

KENNETH G. PARKER, SBN 182911
ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Attorneys for Defendant Apple Inc.

Plaintiffs Masimo Corporation and Cercacor Laboratories Inc. and Defendant Apple Inc. respectfully submit this Joint Notice regarding the special master.  On August 23, the parties wrote to Peter McAndrews asking if he was available to act as a special master in this case.  On September 2, Mr. McAndrews informed the parties that he is not available to act as a special master due to one of his partners' representation of Sound United, LLC, a company that Masimo acquired in 2022.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 6, 2024          By: /s/ Daniel P. Hughes
                                            Joseph R. Re
                                            Stephen C. Jensen
                                            Sheila N. Swaroop
                                            Brian C. Horne
                                            Irfan A. Lateef
                                            Benjamin A. Katzenellenbogen
                                            Brian C. Claassen
                                            Stephen W. Larson
                                            Mark D. Kachner
                                            Adam B. Powell
                                            Kendall M. Loebbaka
                                            Daniel P. Hughes

                                            Attorneys for Plaintiffs
                                            MASIMO CORPORATION and
                                            CERCACOR LABORATORIES, INC.

WILMER CUTLER PICKERING HALE AND DORR LLP

Dated: September 6, 2024          By: /s/ Mark D. Selwyn
                                            Mark D. Selwyn
                                            Thomas G. Sprankling
                                            Joshua H. Lerner
                                            Amy K. Wigmore
                                            Joseph J. Mueller
                                            Sarah R. Frazier
                                            Nora Passamaneck
                                            Brian A. Rosenthal
                                            Kenneth G. Parker

                                            Attorneys for Defendant
                                            APPLE INC.

/ / /

-1-

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.


Dated: September 6, 2024                              By: */s/ Daniel P. Hughes*
                                                                Joseph R. Re
                                                               Stephen C. Jensen
 Sheila N. Swaroop
 Brian C. Horne
 Irfan A. Lateef
 Benjamin A. Katzenellenbogen
 Brian C. Claassen
 Stephen W. Larson
 Mark D. Kachner
 Adam B. Powell
 Kendall M. Loebbaka
 Daniel P. Hughes

-2-