MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE INC.'S NOTICE OF OBJECTIONS TO PLAINTIFFS' PROPOSED SPECIAL MASTER CANDIDATE**<br><br>Judge:   Judge James V. Selna<br>Trial:   11/5/24 |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

Pursuant to the Court's instruction at the September 9, 2024 hearing, Apple identifies the following conflicts regarding Michael Hawes, Plaintiffs' candidate for special master. *See* Dkt. 2049, 2049-3.

Mr. Hawes represented Qualcomm in proceedings adverse to Apple before the Federal Circuit and the Supreme Court during the pendency of this case. Mr. Hawes argued on behalf of Qualcomm before the Federal Circuit and was counsel of record for Qualcomm in opposing Apple's petition for writ of certiorari to the Supreme Court. *See* Frazier Decl. ¶ 3 (Ex. J (*Apple Inc. v. Qualcomm Inc.*, Nos. 2020-1561, 2020-1642 (Fed. Cir.)); *id.* ¶ 4 (Ex. K (*Apple Inc. v. Qualcomm Inc.*, No. 21-746 (U.S.)). For at least this reason, Apple opposes Mr. Hawes serving as a special master in this case. Fed. R. Civ. P. 53(a)(2) ("A master must not have a relationship to the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. §455…"); 28 U.S.C. § 455 (disqualification appropriate where "impartiality might reasonably be questioned").

Apple respectfully requests that the Court order the parties to inquire whether either of Apple's proposed candidates Karl Bayer or Peter Vogel (Dkt. 2048) is available. Alternatively, as discussed during the July 22, 2024 and September 9, 2024 hearings, Apple is confident in the Court's ability to determine for itself whether Plaintiffs' July 5, 2024 contentions introduced new theories and is happy to submit the dispute directly to the Court in whatever format would be most useful.

Dated: September 10, 2024

Respectfully submitted,

By: /s/ *Mark D. Selwyn*
    Mark D. Selwyn
    Joshua H. Lerner
    Nora Passamaneck
    WILMER CUTLER PICKERING HALE AND DORR LLP

    Kenneth G. Parker
    HAYNES AND BOONE, LLP

| | |
|---|---|
| 1 | |
| 2 | Brian A. Rosenthal |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 3 | *Attorneys for Defendant Apple Inc.* |
| 4 | |