Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Jared C. Bunker (Bar No. CA 246,946)
jared.bunker@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S SUPPLEMENTAL BRIEF REGARDING SPECIAL MASTER**<br><br>Hon. James V. Selna |

Pursuant to the Court's instruction at the September 9 hearing, Masimo submits there is no longer any need to appoint a special master.  Dkt. 2103.

On June 6, Apple moved to compel supplemental contentions.  To moot the motion, Masimo supplemented on July 5.  Apple then argued Masimo's supplement raised new theories.  At the hearing on July 8, the Court decided that it needed a special master to address disputes about both parties' contentions.  The parties have now proposed eight candidates.  The Court found one special master appropriate, but he had a conflict.  Apple now raises a new challenge to another one of Masimo's candidates.  Dkt. 2108.  Thus, there are objections to all remaining candidates.  *See* Dkt. 2049.

Rather than seek additional candidates, the Court should find that intervening events have eliminated the need for a special master.  At the July 8 hearing, Apple argued that the problem with Masimo's July 5 supplement was that insufficient **time** remained "on the current calendar" before the November 5 trial.  2024-07-08 Hearing Tr. at 26:18-25; *see also id*. at 11:9-12:5.  Apple relied on that argument to obtain bifurcation of Masimo's patent claims.  Dkt. 2064.

As a result of bifurcation, Apple can no longer complain about the timing of Masimo's contentions.  The patent claims will not be tried on November 5 and there is currently no schedule for them.  The Court's prior schedule provided twelve weeks between **initial** infringement contentions and expert reports (April 22 to July 15).  Dkt. 1946.  It has already been ten weeks since Masimo's July 5 supplement.  When the Court sets a schedule, the expert report deadline will be more than twelve weeks after Masimo's July 5 supplement.  Apple will have had more time to analyze Masimo's July 5 supplement than it had from the initial contentions under the original schedule.

Masimo is confident that a special master (or this Court) would find that Masimo raised no new theories.  But the question is now academic because Apple cannot show prejudice.  Accordingly, Masimo submits that the Court need not decide or engage a special master to decide whether the parties raised new theories in their contentions.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 11, 2024

By: */s/ Brian C. Claassen*
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Jared C. Bunker
Kendall M. Loebbaka
Mark D. Kachner
Adam B. Powell
Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiffs' Masimo Corp. and Cercacor Laboratories, Inc., certifies that this brief contains 354 words, which [choose one]:

 X  complies with the word limit of L.R. 11-6.1.

 __ complies with the word limit set by court order dated [date].

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 11, 2024          By: /s/ Brian C. Claassen
                                           Brian C. Claassen