Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Jared C. Bunker (Bar No. CA 246,946)
jared.bunker@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax:(949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S REPLY TO APPLE'S RESPONSE TO SUPPLEMENTAL BRIEF REGARDING SPECIAL MASTER**<br><br>Hon. James V. Selna |

On September 16, Apple filed a Response To Plaintiffs' Supplemental Brief Regarding Special Master.  Dkt. 2112.  This paper briefly responds.

Apple argues, despite having never moved to strike, that the Court should strike Masimo's amended infringement contentions because Masimo did not show diligence under the good cause standard.  *Id.*  But Apple cropped the quote from the case it cited.  The case actually explained: "The Court need not consider the prejudice question absent a showing of diligence, ***though the Court may exercise its discretion to do so***."  *Facet Techs., LLC v. LifeSan, Inc.*, 2023 WL 5504954, at *2 (C.D. Cal. June 7, 2023) (emphasis showing Apple omission).  And the *Facet* case relied on a case where ***Apple itself*** was allowed to amend even though "Apple fail[ed] to establish good cause" and "cannot explain [its] extended delay."  *Apple Inc. v. Samsung Elecs. Co.*, 2012 WL 5632618, at *5 (N.D. Cal. Nov. 15, 2012) (finding Apple "could have discovered" information at the time of its original contentions).  The court explained "even if the movant was arguably not diligent, the court may still grant leave to amend."  *Id.* (allowing Apple to amend because there was "ample time left on the pretrial clock").  Thus, the Court is free to allow the amendments upon a finding that Apple will suffer no prejudice because the schedule changed, and Apple itself has obtained such results.

Apple also cannot reasonably complain about a supposed lack of diligence.  Apple ignores that Masimo amended its contentions to moot Apple's motion to compel.  Dkt. 1955-1 at 2.  Masimo thus provided the relief that Apple requested in its motion.  And Masimo's amendments addressed discovery that Apple provided just days earlier.  *See* Dkt. 2027 at 3, 10-11 (explaining timing of amendments).  Nor can Apple now credibly claim prejudice because it was unable to develop "further factual evidence relevant to" Masimo's contentions.  Any infringement evidence is under Apple's control.  And Apple has never identified any additional discovery that it requires.

Accordingly, the Court need not decide or engage a special master to decide whether the parties raised new theories in their contentions.

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 16, 2024

By: /s/ Brian C. Claassen

Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Jared C. Bunker
Kendall M. Loebbaka
Mark D. Kachner
Adam B. Powell
Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiffs' Masimo Corp. and Cercacor Laboratories, Inc., certifies that this brief contains 347 words, which [choose one]:

_X_ complies with the word limit of L.R. 11-6.1.

__ complies with the word limit set by court order dated [date].

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 16, 2024                    By: _/s/ Brian C. Claassen_
                                                          Brian C. Claassen