# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-00048-JVS (JDEx) | Date | September 26, 2024 |
|---|---|---|---|
| Title | Masimo Corporation, et al., v. Apple, Inc. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Maria Barr | CS 09/26/24 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Perry C. Claassen, Adam Powell, Perry D. Oldham | Mark D. Selwyn, Sarah R. Frazier, Kenneth G. Parker |

**Proceedings:** Hearing re Referral (Dkt. 2114) of Portions of Defendant's Motion to Compel Supplemental Infringement Contentions (Dkt. 1955)

    Case called. Counsel make appearances and are heard on the matters referred by the Honorable James V. Selna, United States District Judge, to United States Magistrate Judge John Early (Dkt. 2114). Following argument, a portion of which is conducted under seal, the matter is taken under submission with a Report and Recommendation to issue. Counsel for the parties only are authorized to request a copy of the recordings and/or transcript of the entirety of the hearing, including sealed portions, without further order unsealing from the Court, upon complying with all requirements of the Clerk's Office.

|  | 2 | : | 20 |
|---|---|---|---|
| Initials of Clerk | | mba | |