MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF THOMAS G. SPRANKLING IN SUPPORT OF APPLE'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY PREVIOUS RULINGS ON MOTIONS IN LIMINE** |

Wilmer Cutler Pickering Hale and Dorr LLP

Sprankling Decl. ISO Apple's Mem. In Opp. to Mot. to Modify

Case No. 8:20-cv-00048-JVS (JDEx)

1  JOSEPH J. MUELLER, *pro hac vice*
    joseph.mueller@wilmerhale.com
2  SARAH R. FRAZIER, *pro hac vice*
    sarah.frazier@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  60 State Street
   Boston, MA 02109
5  Tel.: 617.526.6000 / Fax: 617.526.5000

6  NORA Q.E. PASSAMANECK, *pro hac vice*
    nora.passamaneck@wilmerhale.com
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
9  Tel.: 720.274.3152 / Fax: 720.273.3133

10 BRIAN A. ROSENTHAL, *pro hac vice*
    brosenthal@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
12 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
13
   KENNETH G. PARKER, SBN 182911
14  ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
15 660 Anton Boulevard, Suite 700
   Costa Mesa, CA 92626
16 Tel.: 650.949.3014 / Fax: 949.202.3001

17

18

19

20

21

22

23

24

25

26

27

28

I, Thomas G. Sprankling, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Memorandum in Opposition to Plaintiffs' Motion to Modify Previous Rulings on Motions *In Limine*.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit A** is a true and correct copy of an email chain between counsel for Apple, including James Bor-Zale and Nora Passamaneck of WilmerHale, and counsel for Plaintiffs, including Jared Bunker and Kendall Loebbaka of Knobbe Martens, dated August 30, 2024 through October 1, 2024, regarding the proposed pretrial schedule in the above-captioned proceeding.

5. I have reviewed Plaintiffs' Witness List, served on September 17, 2024, which is the only such list Apple has received for the retrial of which I am aware. Dr. Robert Palmatier is not included in the September 17, 2024 Witness List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of October, 2024.

By: _____
Thomas G. Sprankling