MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S REQUEST TO FILE A ONE-PAGE SUR-REPLY REGARDING PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO MODIFY PREVIOUS RULINGS ON MOTIONS IN LIMINE (DKT. 2143)**<br><br>Pre-Trial Conference: Oct. 28, 2024<br>Trial: Nov. 5, 2024 |

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S REQUEST TO FILE SUR-REPLY RE: PLAINTIFFS' REPLY ISO MOT. TO MODIFY MIL RULINGS
CASE NO. 8:20-cv-00048-JVS (JDEx)

1  JOSEPH J. MUELLER, *pro hac vice*
     joseph.mueller@wilmerhale.com
2  SARAH R. FRAZIER, *pro hac vice*
     sarah.frazier@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  60 State Street
   Boston, MA 02109
5  Tel: 617.526.6000 / Fax: 617.526.5000

6  NORA Q.E. PASSAMANECK, *pro hac vice*
     nora.passamaneck@wilmerhale.com
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
9  Tel.: 720.274.3152 / Fax: 720.273.3133

10  BRIAN A. ROSENTHAL, *pro hac vice*
      brosenthal@gibsondunn.com
11  GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
12  New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539

13
    KENNETH G. PARKER, SBN 182911
14    Ken.parker@haynesboone.com
    HAYNES AND BOONE, LLP
15  660 Anton Boulevard, Suite 700
    Costa Mesa, CA 92626
16  Tel. 650.949.3014 / Fax: 949.202.3001

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S REQUEST TO FILE SUR-REPLY RE: PLAINTIFFS' REPLY ISO MOT. TO MODIFY MIL RULINGS
CASE NO. 8:20-cv-00048-JVS (JDEx)

Apple respectfully requests leave to file a one-page sur-reply brief responding to Plaintiffs' improper about-face regarding their request for a bench trial.

On August 22, 2024, Plaintiffs filed a document entitled "Notice of Masimo's Consent to November 5, 2024 Bench Trial," which purported to abandon all legal claims and remedies in an attempt to ensure that the retrial on the trade secret and patent inventorship/ownership claims would not be heard by a jury. Dkt 2076. This Court subsequently ordered (1) Plaintiffs to "identify all claims it intends to pursue and … formally withdraw all claims it no longer intends to pursue" and (2) the parties to file a joint report regarding any remaining disputes over the propriety of a bench trial. Dkt. 2089 at 3. The parties' joint report identified several disputed issues, including whether Plaintiffs could avoid a jury trial if they retained their right to appeal this Court's decision striking their lost profits theory. *See* Dkt. 2100 at 3-4, 9. At a subsequent hearing, Plaintiffs' lead counsel voluntarily waived the right to appeal the lost profits decision if it would "seal[] the deal" in ensuring a bench trial. Dkt. 2143-6 at 32. This Court's subsequent decision ordering a bench trial accepted this waiver, as it did not address Apple's lost profits argument. *See generally* Dkt. 2133.

In Plaintiffs' reply in support of their motion to modify this Court's prior MIL ruling, however, Plaintiffs now argue that there was no waiver (an argument that Plaintiffs have since also inserted into the draft pre-trial conference order that the parties are negotiating). Under these circumstances, Apple submits that a one-page sur-reply is necessary to address this new argument, which has significant implications for whether this case can go forward as a bench trial. *Cf.* Dkts. 1921, 1922 (order granting Apple's request to file a two-page reply); Dkts. 2086, 2089 (order granting Apple's request to file a three-page reply). Apple's proposed sur-reply is attached as Exhibit A to this request.

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S REQUEST TO FILE SUR-REPLY RE: PLAINTIFFS' REPLY ISO MOT. TO MODIFY MIL RULINGS
CASE NO. 8:20-cv-00048-JVS (JDEx)
1

Dated: October 14, 2024

Respectfully submitted,

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
JOSEPH J. MUELLER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING
HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

By: /s/ *Mark D. Selwyn*
     Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S REQUEST TO FILE SUR-REPLY RE: PLAINTIFFS' REPLY ISO MOT. TO MODIFY MIL RULINGS
CASE NO. 8:20-cv-00048-JVS (JDEx)

2

## **CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Defendant Apple Inc. certifies that this brief contains 328 words, which [choose one]:

<u> X </u> complies with the word limit of L.R. 11-6.1

<u>    </u> complies with the word limit set by court order dated [date].

Dated: October 14, 2024                    Respectfully submitted,

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
JOSEPH J. MUELLER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING
HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By: <u>/s/ Mark D. Selwyn</u>
    Mark D. Selwyn


*Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S REQUEST TO FILE SUR-REPLY RE: PLAINTIFFS' REPLY ISO MOT. TO MODIFY MIL RULINGS
CASE NO. 8:20-cv-00048-JVS (JDEx)
3