1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

10  MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
11  a Delaware corporation,

12              Plaintiffs,

13      v.

14  APPLE INC.,
a California corporation,
15

16              Defendant.

| | |
|---|---|
| CASE NO. 8:20-cv-00048-JVS (JDEx) | |

**[PROPOSED] ORDER GRANTING APPLE'S REQUEST TO FILE A ONE-PAGE SUR-REPLY REGARDING PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO MODIFY PREVIOUS RULINGS ON MOTIONS IN LIMINE (DKT. 2143))**

Pre-Trial Conference: Oct. 28, 2024
Trial: Nov. 5, 2024

17

18

19

20

21

22

23

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP

[PROPOSED] ORDER RE: APPLE'S REQUEST TO FILE A ONE-PAGE SUR-REPLY
CASE NO. 8:20-cv-00048-JVS (JDEx)

1      This matter is before the Court pursuant to Apple's Request To File A One-Page

2  Sur-Reply Regarding Plaintiffs' Reply In Support Of Motion To Modify Previous

3  Rulings On Motions In Limine (Dkt. 2143).  Having considered the briefing,

4  supporting documents, and all other matters properly before the Court, being fully

5  advised on the pleadings, and for good cause appearing:

6      IT IS HEREBY ORDERED THAT Apple's Request is GRANTED.  Defendant

7  shall file its proposed sur-reply as a standalone document forthwith.

8

9      **IT IS SO ORDERED.**

10

11  Dated: _____                    _____

12                                             The Hon. James J. Selna
                                               U.S. District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP

[PROPOSED] ORDER RE: APPLE'S REQUEST TO FILE A ONE-PAGE SUR-REPLY
CASE NO. 8:20-cv-00048-JVS (JDEx)

1