Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Jared C. Bunker (Bar No. CA 246,946)
jared.bunker@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax:(949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S WITNESS LIST**<br><br>Pre-Trial Conf.: 10/28/2024<br>Trial: 11/5/2024<br><br>Hon. James V. Selna |

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") provides this First Amended Witness List.

Masimo reserves the right to amend its list of witnesses as the parties continue pre-trial preparation and in view of events at trial or other developments, including evidentiary rulings or other rulings by the Court. Masimo also reserves the right not to call any particular witness (either live or by deposition) set forth in the list below, or to present by deposition a witness listed as live below. For witnesses identified as testifying by deposition, Masimo reserves the right to call such witness to testify live if such witness is made available to do so. The identification of a witness on this list is not an admission that the witness's testimony is admissible if called by Defendant Apple Inc. ("Apple"). Masimo also reserves its right to object to any witness or testimony that is objectionable or inadmissible. The parties have previously provided the address, telephone number and/or contact information for each witness.

Masimo identifies the following Masimo witnesses and Masimo experts that it intends to call live.

1. David Dalke
2. Mohamed Diab
3. Gerry Hammarth
4. Joe Kiani
5. Jeff Kinrich
6. Vijay Madisetti
7. Tracy Miller
8. Bilal Muhsin
9. Jeroen Poeze
10. Stephen Scruggs

Masimo identifies the following Masimo witnesses it may call only if the need arises.

1. Ammar Al-Ali

|   |     |                |
|---|-----|----------------|
| 2.  | Kristin Budreau |
| 3.  | Rick Fishel |
| 4.  | Greg Olsen |
| 5.  | James Pishney |
| 6.  | Richard Priddell |
| 7.  | Anand Sampath |
| 8.  | Robert Smith |
| 9.  | Phil Weber |
| 10. | Walt Weber |
| 11. | Crystal Wei |
| 12. | Micah Young |

Masimo identifies the following third-party witnesses it intends to call live, and reserves the right to present each witness by deposition if the witness does not appear pursuant to Masimo's trial subpoena.

1. Steve Hotelling
2. Marcelo Lamego
3. Robert Mansfield

Masimo identifies the following Apple witnesses that Masimo intends to examine live during Apple's case-in-chief, with the understanding that Masimo may keep its case-in-chief open and will have a full opportunity to question the below witnesses about all topics when Apple calls the witness, without regard to the scope of the initial direct examination. Masimo reserves the right to call the below witnesses live or by deposition, including issuing trial subpoenas if Apple declines to call such witness live or refuses to agree that Masimo may examine the witnesses outside the scope of direct.

1. Ueyn Block
2. Diedre Caldbeck
3. Chinsan Han
4. Brian Land

|   |     |                   |
|---|-----|-------------------|
| 1 | 5.  | Adrian Perica     |
| 2 | 6.  | Tao Shui          |
| 3 | 7.  | Steve Waydo       |
| 4 | 8.  | Dong Zheng        |
| 5 | 9.  | Michael O'Reilly  |

Masimo further identifies the following Apple or third-party witnesses that Masimo may call by deposition only in lieu of live testimony. Masimo reserves the right to call these witnesses live if the parties do not agree to waive the unavailability requirements of Rule 32.

1. Louis Bokma
2. Aditya Dua
3. Jack Fu
4. Michael Jaynes
5. Eric Jue
6. Alex Kanaris
7. Eugene Kim
8. Saahil Mehra
9. Afshad Mistri
10. Divya Nag
11. Denby Sellers
12. David Tom
13. Vivek Venugopal
14. Jeff Williams

Masimo further reserves the right to amend its list pending the parties' pre-trial discussions and Apple's final witness list. In addition to the witnesses identified above, Masimo reserves the right to call anyone appearing on Apple's Witness List.

/ / /

/ / /

Respectfully submitted,

K<small>NOBBE</small>, M<small>ARTENS</small>, O<small>LSON</small> & B<small>EAR</small>, LLP

Dated: October 15, 2024          By: */s/ Jared C. Bunker*
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Jared C. Bunker
Kendall M. Loebbaka
Mark D. Kachner
Adam B. Powell
Daniel P. Hughes

Attorneys for Plaintiffs
M<small>ASIMO</small> C<small>ORPORATION</small> and
C<small>ERCACOR</small> L<small>ABORATORIES</small>, I<small>NC</small>.