Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Jared C. Bunker (Bar No. CA 246,946)
jared.bunker@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax:(949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

[Counsel appearances continues on next page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STATUS REPORT REGARDING STATUS OF SETTLEMENT**<br><br>Pre-Trial Conf.: 10/28/2024<br>Trial: 11/05/2024<br><br>Hon. James V. Selna |

1  MARK D. SELWYN, SBN 244180
   mark.selwyn@wilmerhale.com
2  THOMAS G. SPRANKLING, SBN 294831
   thomas.sprankling@wilmerhale.com
3  WILMER CUTLER PICKERING
   HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Tel.: 650.858.6000 / Fax: 650.858.6100

6  JOSHUA H. LERNER, SBN 220755
   joshua.lerner@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  One Front Street, Suite 3500
   San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10 AMY K. WIGMORE, *pro hac vice*
   amy.wigmore@wilmerhale.com
11 WILMER CUTLER PICKERING
   HALE AND DORR LLP
12 2100 Pennsylvania Ave NW
   Washington, DC 20037
13 Tel.: 202.663.6000 / Fax: 202.663.6363

14 JOSEPH J. MUELLER, *pro hac vice*
   joseph.mueller@wilmerhale.com
15 SARAH R. FRAZIER, *pro hac vice*
   sarah.frazier@wilmerhale.com
16 WILMER CUTLER PICKERING
   HALE AND DORR LLP
17 60 State Street
   Boston, MA 02109
18 Tel.: 617.526.6000 / Fax: 617.526.5000

19 NORA Q.E. PASSAMANECK, *pro hac vice*
   nora.passamaneck@wilmerhale.com
20 WILMER CUTLER PICKERING
   HALE AND DORR LLP
21 1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
22 Tel.: 720.274.3152 / Fax: 720.273.3133

23 BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com
24 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
25 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539

26

27

28

KENNETH G. PARKER, SBN 182911
ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Attorneys for Defendant Apple Inc.

Pursuant to this Court's Scheduling Order dated May 23, 2024 (Dkt. 1946), Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") and Defendant Apple Inc. (collectively, "Parties") respectfully submit the following Joint Report Regarding Status of Settlement.

The Parties have conducted in-person mediation with an independent ADR specialist. The parties have been unable to resolve their dispute.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 15, 2024

By: */s/ Jared C. Bunker*
  Joseph R. Re
  Stephen C. Jensen
  Sheila N. Swaroop
  Brian C. Horne
  Brian C. Claassen
  Jared C. Bunker
  Kendall M. Loebbaka
  Mark D. Kachner
  Adam B. Powell
  Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

WILMER CUTLER PICKERING HALE AND DORR, LLP

Dated: October 15, 2024

By: */s/ Mark D. Selwyn (with permission)*
  Mark D. Selwyn
  Thomas G. Sprankling
  Joshua H. Lerner
  Amy K. Wigmore
  Joseph J. Mueller
  Sarah R. Frazier
  Nora Passamaneck
  Brian A. Rosenthal
  Kenneth G. Parker

Attorneys for Defendant
APPLE INC.

-2-

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: October 15, 2024                 By: */s/ Jared C. Bunker*
                                                                 Joseph R. Re
                                                                 Stephen C. Jensen
                                                                 Sheila N. Swaroop
                                                                 Brian C. Horne
                                                                 Brian C. Claassen
                                                                 Jared C. Bunker
                                                                 Kendall M. Loebbaka
                                                                 Mark D. Kachner
                                                                 Adam B. Powell
                                                                 Daniel P. Hughes