MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S AMENDED RETRIAL WITNESS LIST** <br><br> Pre-Trial Conference: Oct. 28, 2024 <br> Trial: Nov. 5, 2024 |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

Pursuant to Local Rule 16-5, Apple sets forth below its list of anticipated witnesses. Apple includes in this witness list individuals who may be listed on Plaintiffs' witness list without waiving any right to object to Plaintiffs' presentation of such witnesses at trial, without waiving any objections to the admissibility of such testimony, and without waiving the right to move for the exclusion of any testimony. Apple reserves the right to modify, supplement, or amend its witness list in response to Plaintiffs' witness list, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, the Local Rules, or other Order of this Court. Apple further reserves the right to call live or by deposition at trial any witness identified on Plaintiffs' witness list.

At this time, Apple identifies the following witnesses for trial.

## I.   WILL / MAY CALL LIVE[1]

1. Ueyn Block
2. Deidre Caldbeck
3. Steven Hotelling
4. Brian Land
5. Trevor Ness
6. Michael O'Reilly[2]

---

[1] Apple does not identify Tim Cook at this time based on the understanding that the parties' prior agreement with respect to Mr. Cook and JTX316 remain in effect. *See, e.g.*, Apr. 9, 2023 Email from K. Loebbaka to counsel for Apple; Apr. 11, 2023 Trial Tr. 13:1-14:7. In the event that Plaintiffs seek at any time to introduce evidence or argument related to Mr. Cook and/or the redacted portion of JTX316 in violation of that agreement, Apple reserves the right to call Mr. Cook to testify.

[2] Apple reserves the right to call Dr. O'Reilly to testify in rebuttal if Plaintiffs seek to introduce evidence or argument related to Dr. O'Reilly. Apple maintains that any testimony, evidence, or argument related to the dismissed purported "business trade secrets" is irrelevant to the issues for retrial and understands such testimony, evidence, or argument would be precluded consistent with the Court's ruling on Apple's MIL No. 1 regarding exclusion of evidence regarding other proceedings and claims.

| | |
|---|---|
| 1 | 7. Adrian Perica |
| 2 | 8. Peter Russell-Clarke |
| 3 | 9. Majid Sarrafzadeh |
| 4 | 10. Steven Warren |
| 5 | 11. Stephen Waydo |
| 6 | 12. Shirley Webster |
| 7 | 13. Marcelo Lamego |

## II. MAY CALL BY DEPOSITION OR PRIOR TRIAL TESTIMONY

1. Yassir Abdul-Hafiz
2. Ammar Al-Ali
3. David Dalke
4. Mohamed Diab
5. Gerry Hammarth
6. Alex Kanaris
7. Joseph Kiani
8. Peter Koo
9. Marcelo Lamego
10. Tracy Miller
11. Bilal Muhsin
12. Gregory Olsen
13. Jeroen Poeze
14. Steven Scruggs
15. Robert Smith
16. Phil Weber
17. Walter Weber
18. Micah Young

Plaintiffs previously called live David Dalke, Mohamed Diab, Gerry Hammarth, Joseph Kiani, Tracy Miller, Bilal Muhsin, Jeroen Poeze, and Stephen Scruggs to testify live at trial in 2023. Apple does not plan to serve deposition or prior trial testimony designations of these witnesses based on the understanding that these witnesses will remain on Plaintiffs' "will" call list. To the extent Plaintiffs do not call any of these individuals live at trial or do not include them on their witness list, Apple reserves the right to then serve designations and call those witnesses by deposition or prior trial testimony.

As set forth in the parties' Joint Pretrial Order, Plaintiffs have agreed Apple may call Yassir Abdul-Hafiz, Ammar Al-Ali, Alex Kanaris, Gregory Olsen, Robert Smith, Phil Weber, Walter Weber, and Micah Young via deposition.

Dated: October 15, 2024

Respectfully submitted,

*/s/ Mark D. Selwyn*
MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
JOSEPH J. MUELLER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

*Attorneys for Defendant Apple Inc.*