UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   8:20-cv-00048-JVS(JDEx)                                              Date: October 25, 2024

Title   Masimo Corporation et al v. Apple Inc.

Present: The Honorable:   **JAMES V. SELNA, U.S. DISTRICT COURT JUDGE**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  [IN CHAMBERS] Order re Proposed Pretrial Conference Order**

The Court has made a preliminary review of the (Proposed) Pretrial Conference Order (Docket No. 2177-1) and has the following comments in advance of the October 28, 2024, Pretrial Conference.

Deposition designations will count against each parties' 450 page allocation for direct testimony.  The Court's time is no different whether spent in reading written trial testimony or depositions.  The process for handling depositions seems unduly complicated.  The Court invites the parties' suggestions.

A pretrial conference is not the proper forum to resolve the many disputes which the parties raise in the extensive footnotes.  The Court regards this as a record preserving exercise and for the most part will not carry the footnotes forward in the final order.

Notwithstanding the Court's cautionary directions with regard to witness statement objections, the Court is unlikely to rule on objections prior to actual testimony, but necessarily will to the extent the Court relies on testimony in crafting its final conclusions of law and findings of fact.  One possible exception is testimony which violates the Court's *in limine* rulings or other Court rulings.  In this regard, it would be helpful to highlight such objections in red or some other color.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   8:20-cv-00048-JVS(JDEx)                                  Date: October 25, 2024

Title     Masimo Corporation et al v. Apple Inc.

    The Court will initially file the final Pretrial Conference Order under a seal and will invite proposed redactions within three days. In the absence of suggestions for redaction, the Court will unseal the Order.

    **It is so Ordered.**