# DENIED
## BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S REQUEST TO FILE A ONE-PAGE SUR-REPLY REGARDING PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO MODIFY PREVIOUS RULINGS ON MOTIONS IN LIMINE (DKT. 2143))  [2145]**<br><br>Pre-Trial Conference: Oct. 28, 2024<br>Trial: Nov. 5, 2024 |

1   This matter is before the Court pursuant to Apple's Request To File A One-Page
2   Sur-Reply Regarding Plaintiffs' Reply In Support Of Motion To Modify Previous
3   Rulings On Motions In Limine (Dkt. 2143). Having considered the briefing,
4   supporting documents, and all other matters properly before the Court, being fully
5   advised on the pleadings, and for good cause appearing:
6       IT IS HEREBY ORDERED THAT Apple's Request is GRANTED. Defendant
7   shall file its proposed sur-reply as a standalone document forthwith.

9       **IT IS SO ORDERED.**
10  x
11  Dated: October 25, 2024

**DENIED**
BY ORDER OF THE COURT
The Hon. James J. Selna
U.S. District Judge

15  Denied a moot.  JVS  October 25, 2024

[PROPOSED] ORDER RE: APPLE'S REQUEST TO FILE A ONE-PAGE SUR-REPLY
CASE NO. 8:20-cv-00048-JVS (JDEx)

1

Wilmer Cutler Pickering Hale and Dorr LLP