MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S NOTICE OF TECHNICAL CORRECTIONS REGARDING APPLE'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Hon. Judge James V. Selna<br>Trial: 11/5/2024 |

JOSEPH J. MUELLER, *pro hac* vice
  Joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

*Attorneys for Defendant Apple Inc.*

In finalizing Apple's Proposed Findings of Fact and Conclusions of Law for filing yesterday evening, Apple's counsel experienced a technical problem with Word's cross-referencing feature. The cross-referencing feature allows a user to put in place a cross-reference to a particular paragraph in a document that will automatically update as the paragraph number changes. The technical problem caused errors in certain numbering within the internal cross-references. Apple submits this notice of correction identifying errors and will ensure that the hyper-linked version of the document it submits to this Court on Friday has the corrected cross-reference numbers reflected below.

| Page:Line | Correction |
|---|---|
| 6:24 | Modifying *infra* ¶¶ 37-39 37 to *infra* ¶¶ 37-39 |
| 10:8 | Modifying *infra* § IIIIII to *infra* § III |
| 10:18 | Modifying *infra* ¶ 154115133 to *infra* ¶ 154 |
| 25:19 | Modifying *infra* ¶¶ 247-248243249 to *infra* ¶¶ 247-248 |
| 36:26 | Modifying *infra* ¶¶ 266266-283283 to *infra* ¶¶ 266, 283 |
| 55:22 | Modifying *infra* COL § II.C 316316 to *infra* COL § II.C |
| 63:13 | Modifying *infra* ¶ 239239 to *infra* ¶ 239 |
| 63:15 | Modifying *infra* ¶ 317317 to *infra* ¶ 317 |
| 64:25 | Modifying *supra* ¶ 89181 to *supra* ¶¶ 89, 181 |
| 64:26 | Modifying *id*89 to *id.* 89. |
| 65:2 | Modifying *supra* ¶ 90182 to *supra* ¶¶ 90, 182 |
| 66:22 | Modifying *supra* ¶ 244244 to *supra* ¶ 244 |
| 67:27 | Modifying *supra* ¶92184 to *supra* ¶¶ 92, 184 |
| 68:7 | Modifying *supra* ¶194194194 to *supra* ¶ 194 |
| 68:10 | Modifying *supra* ¶9393 to *supra* ¶ 93 |
| 68:11 | Modifying *supra* ¶93189 to *supra* ¶¶ 93, 189 |
| 68:14 | Modifying *supra* ¶¶94-959395 to *supra* ¶¶ 94-95 |

| | |
|---|---|
| 69:10 | Modifying *supra* ¶197197 to *supra* ¶ 197 |
| 70:2 | Modifying *supra* ¶¶ 87, 10197 to *supra* ¶ 87 |
| 70:21 | Modifying *supra* ¶ 93. **Error! Reference source not found.** to *supra* ¶ 93. |
| 71:2 | Modifying "D1)318.  Plaintiffs" to "D1).  Plaintiffs" |
| 71:6 | Modifying *supra* ¶ 9797979797 to *supra* ¶ 97 |
| 71:11 | Modifying *supra* ¶ 9999 to *supra* ¶ 99 |
| 71:15 | Modifying *supra* ¶100100 to *supra* ¶ 100 |
| 71:18 | Modifying *supra* ¶ 101213 to *supra* ¶ 101 |
| 71:21 | Modifying *supra* ¶ 260100 to *supra* ¶ ¶260 |
| 71:25 | Modifying *supra* ¶¶ 100, 26097 to *supra* ¶¶ 100, 260 |
| 71:26 | Modifying *supra* ¶¶ 100-102102 to *supra* ¶¶ 100-102 |
| 72:5 | Modifying *supra* ¶¶ 105-108181 to *supra* ¶¶ 105-108 |
| 72:6 | Modifying *supra* ¶¶ 104-10889 to *supra* ¶¶ 104-108 |
| 72:8 | Modifying *supra* ¶¶ 182 182 to *supra* ¶ 182 |
| 72:11 | Modifying *supra* ¶ 104104 to *supra* ¶ 104 |
| 72:14 | Modifying *supra* ¶ 106, 105 to *supra* ¶ 105 |
| 72:19-20 | Modifying *supra* ¶¶ 105-108105108 to *supra* ¶¶ 105-108 |
| 75:11 | Modifying *supra* ¶ 121, 243 to *supra* ¶ 121 |
| 75:20 | Modifying *supra* ¶ 104, 121 to *supra* ¶ 121. |

| | |
|---|---|
| Dated: October 30, 2024 | Respectfully submitted, |

*/s/ Mark D. Selwyn*
MARK D. SELWYN
JOSEPH J. MUELLER
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

*Attorneys for Defendant Apple Inc.*