Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Irfan A. Lateef (Bar No. 204004)
Irfan.Lateef@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Jared C. Bunker (Bar No. 246946)
Jared.Bunker@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**PLAINTIFFS' RESPONSE TO DEFENDANTS OBJECTIONS TO DIRECT TESTIMONY OF VIJAY MADISETTI AND STEPHEN SCRUGGS AS UNDISCLOSED**

Hon. James V. Selna

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE FILED UNDER SEAL**

On October 31, 2024, Defendant Apple Inc. filed objections to (1) the Direct Testimony of Vijay Madisetti, Ph.D. (Dkt. 2244-5) as purportedly outside the scope of his prior expert disclosures ("IEX" in Defendant's objection key). Apple also filed objections to (2) the Direct Testimony of Stephen Scruggs (Dkt. 2244-8) as purportedly undisclosed in fact discovery. For the Court's reference, Plaintiffs hereby identifies the following support in response to those objections. Excerpted copies of the cited expert reports and discovery responses are attached hereto.

**Support for Vijay Madisetti's Expert Testimony:**

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| Madisetti Decl. [Dkt. 2244-5] ¶ 20 ([redacted]) | Dr. Madisetti confirms that his opinion on [redacted]<br><br>**Madisetti Opening Rpt.[1] ¶ 531:**<br>"[redacted]." |

[1] Attached hereto as Exhibit 1 is the Opening Expert Report of Vijay K. Madisetti, Ph.D.

| **Defendant's FRCP 37(c)(1): Objection** | **Prior Disclosure** |
|---|---|
| Madisetti Decl. [Dkt. 2244-5] ¶ 100 (showing [redacted]) | **Madisetti Opening Rpt. ¶ 463:** "[redacted] [redacted] "[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | ██████ ."<br><br>**Madisetti Opening Rpt. ¶ 475:**<br>██████<br><br>**4/12/23 PM Trial Tr. at 12:11-16:[2]**<br>██████ |
| Madisetti Decl. [Dkt. 2244-5] ¶ | **Madisetti Opening Rpt. ¶¶ 471-472:** |

[2] Attached hereto as Exhibit 2 is the 4/12/2023 PM Trial Transcript.



| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| 103 (explaining [redacted]) | [redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [REDACTED]<br><br>**Madisetti Opening Rpt. ¶ 467:**<br>[REDACTED]<br><br>**4/12/23 PM Trial Tr. at 13:3-6:**<br>[REDACTED] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [REDACTED]<br><br>**4/12/23 PM Trial Tr. at 14:1-23:**<br>[REDACTED] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| Madisetti Decl. [Dkt. 2244-5] ¶ 104 (explaining [redacted]) | **Madisetti Opening Rpt. ¶¶ 471-472:**<br>[redacted]<br><br>[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | [redacted]<br><br>**Madisetti Opening Rpt. ¶ 467:**<br>[redacted]<br><br>**4/12/23 PM Trial Tr. at 13:3-6:**<br>[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted]<br><br>**4/12/23 PM Trial Tr. at 14:1-23:**<br>[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted] PDX2-32 |
| Madisetti Decl. [Dkt. 2244-5] ¶ 128 (explaining that [redacted]) | **Madisetti Opening Rpt. ¶ 463:** [redacted] <br><br> **Madisetti Opening Rpt. ¶ 466:** [redacted] |

[3] "The parties agree the demonstratives used during the April 2023 trial can be allowed without objection." First Amended Joint Pretrial Conference Order at 24-25.

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | [REDACTED]<br><br>**Madisetti Opening Rpt. ¶ 467:**<br>[REDACTED]<br><br>**Madisetti Opening Rpt. ¶ 468:**<br>[REDACTED]<br><br>**4/12/23 PM Trial Tr. at 18:10-23:**<br>[REDACTED] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted] |
| Madisetti Decl. [Dkt. 2244-5] ¶ 132 (describing [redacted] | **Madisetti Opening Rpt. ¶ 513:** [redacted] |

| **Defendant's FRCP 37(c)(1): Objection** | **Prior Disclosure** |
|---|---|
| | [redacted]<br><br>[redacted]<br><br>**4/12/23 PM Trial Tr. at 19:13-23:**<br>[redacted], |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | [REDACTED]<br><br>**4/12/23 PM Trial Tr. at 20:4-12:**<br>[REDACTED]<br><br>**4/12/23 PM Trial Tr. at 20:19-23:**<br>[REDACTED] |
| Madisetti Decl. [Dkt. | **Madisetti Opening Rpt. ¶ 513:**<br>[REDACTED] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| 2244-5] ¶ 133 (describing ) | |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [REDACTED]<br><br>**4/12/23 PM Trial Tr. at 19:13-23:**<br>[REDACTED]<br><br>**4/12/23 PM Trial Tr. at 20:4-12:**<br>[REDACTED] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [REDACTED] **4/12/23 PM Trial Tr. at 20:19-23:** [REDACTED] |
| Madisetti Decl. [Dkt. 2244-5] ¶ 134 (describing [REDACTED] | **Madisetti Opening Rpt. ¶ 513:** [REDACTED] **Madisetti Opening Rpt. ¶ 514:** [REDACTED] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | **Madisetti Opening Rpt. ¶ 513:** [redacted] [redacted] **Madisetti Opening Rpt. ¶ 516:** [redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | [redacted]<br><br>**Madisetti Opening Rpt. ¶ 517:**<br>[redacted]<br><br>**Madisetti Opening Rpt. ¶ 519:**<br>[redacted] |

| **Defendant's FRCP 37(c)(1): Objection** | **Prior Disclosure** |
|---|---|
| | [redacted]<br><br>[redacted]<br><br>[redacted]<br><br>[redacted]<br><br>[redacted]<br><br>**Madisetti Opening Rpt. ¶ 513:** |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | ).”<br><br>**Madisetti Opening Rpt. ¶ 514:** |
| Madisetti Decl. [Dkt. 2244-5] ¶ 143 | **Madisetti Opening Rpt. ¶ 528:** |

| **Defendant's FRCP 37(c)(1): Objection** | **Prior Disclosure** |
| --- | --- |
| [redacted] | [redacted]<br><br>**4/12/23 PM Trial Tr. at 19:13-23:**<br>[redacted] |

[4] JTX-541 and JTX-363 are duplicates.

| **Defendant's FRCP 37(c)(1): Objection** | **Prior Disclosure** |
|---|---|
| | [redacted]<br><br>**4/12/23 PM Trial Tr. at 24:1-28:8 (27:10-18 below):**<br>[redacted] |
| Madisetti Decl. [Dkt. 2244-5] ¶ 146 ([redacted] | **Madisetti Opening Rpt. ¶ 530:**<br>[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| [redacted] | [redacted]). [redacted] **4/12/23 PM Trial Tr. at 27:20-28:8:** [redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | |
| Madisetti Decl. [Dkt. 2244-5] ¶ 147 (describing ) | **Madisetti Opening Rpt. ¶ 531:** |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | [redacted]<br><br>**4/12/23 PM Trial Tr. at 28:18-29:7:**<br>[redacted] |

| **Defendant's FRCP 37(c)(1): Objection** | **Prior Disclosure** |
|---|---|
| | [redacted] |
| Madisetti Decl. [Dkt. 2244-5] ¶ 148 ([redacted]) | **Madisetti Opening Rpt. ¶ 531:** [redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | [redacted]<br><br>**4/12/23 PM Trial Tr. at 29:15-22:**<br>[redacted] |

| **Defendant's FRCP 37(c)(1): Objection** | **Prior Disclosure** |
|---|---|
| | [redacted] |
| Madisetti Decl. [Dkt. 2244-5] ¶ 149 [redacted]) | [redacted]. |
| Madisetti Decl. [Dkt. 2244-5] ¶ 162 (explaining Dalke and Masimo spent almost three years trying to [redacted] | **Madisetti Opening Rpt. ¶¶ 513-515:** [redacted] |

| **Defendant's FRCP 37(c)(1): Objection** | **Prior Disclosure** |
| --- | --- |
| [redacted] | [redacted] |

[5] Attached hereto as Exhibit 13 is JTX-827.

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted]<br>[redacted]<br>[redacted]<br>[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted] |

[6] Attached hereto as Exhibit 14 is JTX-702.

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | 4/12/23 PM Trial Tr. at 30:15-31:7: , |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted] |
| Madisetti Decl. [Dkt. 2244-5] ¶ 163 (explaining Dalke and Masimo spent almost three years trying [redacted] | **Madisetti Opening Rpt. ¶¶ 513-515:** [redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | |

| **Defendant's FRCP 37(c)(1): Objection** | **Prior Disclosure** |
| --- | --- |
| | ▪ [redacted]<br>▪ [redacted]<br>▪ [redacted]<br>▪ [redacted], |



| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | |

[7] Attached hereto as Exhibit 14 is JTX-702.

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | **4/12/23 PM Trial Tr. at 30:15-31:7:** |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| |  |
| Madisetti Decl. [Dkt. 2244-5] ¶ 170 (explaining Dalke and Masimo spent almost three years trying to | **Madisetti Opening Rpt. ¶¶ 513-515:** |

| **Defendant's FRCP 37(c)(1): Objection** | **Prior Disclosure** |
|---|---|
| | [redacted] [redacted]<br>[redacted] [redacted]<br>[redacted] [redacted]<br>[redacted] [redacted]<br>[redacted] [redacted]<br>[redacted] [redacted] |

[8] Attached hereto as Exhibit 13 is JTX-827.

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | [redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | [redacted]<br>[redacted] [redacted]<br>[redacted] [redacted]<br>[redacted] [redacted]<br>[redacted] [redacted]- |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | |

[9] Attached hereto as Exhibit 14 is JTX-702.

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | 4/12/23 PM Trial Tr. at 30:15-31:7: . |



| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted] |
| Madisetti Decl. [Dkt. 2244-5] ¶ 191 (detailing Lamego's disclosure [redacted] | **Madisetti Opening Rpt. ¶ 147:** [redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | **Madisetti Opening Rpt. ¶ 148-151:** |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted]<br><br>**4/12/23 PM Trial Tr. at 43:19-44:13:**<br>[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | |
| Madisetti Decl. [Dkt. 2244-5] ¶ 210 (explaining source code) | Apple objects to PDX2-84 in this paragraph. PDX2-84 was displayed at the previous trial. The parties agreed "that demonstratives used during the April 2023 trial can be allowed without objection." First Amended Pretrial Conference Order § 13.h.i. The testimony Apple objects to merely explains these demonstratives. It is also supported by the below disclosures.<br><br>**Madisetti Opening Rpt. ¶ 228:** |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| |  |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted]<br><br>**4/12/23 PM Trial Tr. at 53:7-20:**<br>[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| |  |
| Madisetti Decl. [Dkt. 2244-5] ¶ 213 (explaining JTX-880) | **Madisetti Opening Rpt. ¶ 229** |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | [redacted]<br><br>**4/12/23 PM Trial Tr. at 55:1-21:**<br>[redacted] |
| Madisetti Decl. [Dkt. | Apple objects to PDX2-86 in this paragraph. PDX2-86 was displayed at the previous trial. The parties agreed "that demonstratives used |

[10] Attached hereto as Exhibit 33 is JTX-880.

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| 2244-5] ¶ 214 (discussing JTX-154) | during the April 2023 trial can be allowed without objection." First Amended Pretrial Conference Order § 13.h.i. The testimony Apple objects to merely explains these demonstratives. It is also supported by the below disclosures.<br><br>**Madisetti Opening Rpt. ¶ 190:**<br>"[redacted]<br><br>**4/12/23 PM Trial Tr. at 56:9-23:**<br>[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted] |
| Madisetti Decl. [Dkt. 2244-5] ¶ 216 (explaining JTX-164, JTX-162) | Apple objects to PDX2-88 in this paragraph. PDX2-88 was displayed at the previous trial. The parties agreed "that demonstratives used during the April 2023 trial can be allowed without objection." First Amended Pretrial Conference Order § 13.h.i. The testimony Apple objects to merely explains these demonstratives. It is also supported by the below disclosures.<br><br>**Madisetti Opening Rpt. ¶ 190:**<br>[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted]<br><br>**Madisetti Opening Rpt. ¶ 152:**<br>[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | **Madisetti Opening Rpt. ¶ 525:** <br> **4/12/23 PM Trial Tr. at 56:9-23:** |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted] |
| Madisetti Decl. [Dkt. 2244-5] ¶¶ 233-39 (describing [redacted] source code) | Apple objects to PDX2-96 and PDX2-97 in these paragraphs. PDX2-96 and PDX-97 were displayed at the previous trial. The parties agreed "that demonstratives used during the April 2023 trial can be allowed without objection." First Amended Pretrial Conference Order § 13.h.i. The testimony Apple objects to merely explains these demonstratives. It is also supported by the below disclosures.<br><br>**Dkt. 1085-9 (Declaration of Vijay Madisetti, Ph.D. in Support of Plaintiffs' Motion for Summary Judgment)[11]:**<br><br>[redacted] |

[11] Attached hereto as Exhibit 3 is Dkt. 1085-9, the Declaration of Vijay Madisetti in Support of Plaintiffs' Motion for Summary Judgment. Apple has previously attempted to strike Exhibit 3, but the Court largely rejected Apple's arguments. The Court found that the paragraphs relied on herein either had "adequate support" or "generally" had "adequate support." *See* Dkt. 1355 at 4-5.

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | |



| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | . **Madisetti Opening Rpt. ¶ 312:** |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted] |

| **Defendant's FRCP 37(c)(1): Objection** | **Prior Disclosure** |
|---|---|
| | [redacted]. [redacted] [redacted] [redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | |



| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted] |
| Madisetti Decl. [Dkt. 2244-5] ¶ 245, 246 (describing [redacted] source code) | **Dkt. 1085-9 (Declaration of Vijay Madisetti, Ph.D. in Support of Plaintiffs' Motion for Summary Judgment) ¶¶ 169-170:** [redacted]. |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | Madisetti Opening Rpt ¶ 312: |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
| --- | --- |
| | [redacted] 4/12/23 PM Trial Tr. at 66:5-67:4: [redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [redacted] |
| Madisetti Decl. [Dkt. 2244-5] ¶ 249 (explaining timing of Masimo's [redacted] | **Dkt. 1085-9 (Declaration of Vijay Madisetti, Ph.D. in Support of Plaintiffs' Motion for Summary Judgment) ¶ 154:**<br>[redacted]<br><br>**Madisetti Opening Rpt. ¶ 300:**<br>[redacted]<br><br>**Madisetti Opening Rpt. ¶ 311:**<br>[redacted]<br><br>**Madisetti Opening Rpt. ¶ 1000:**<br>[redacted] |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | **4/12/23 PM Trial Tr. at 68:4-7:** ." |
| Madisetti Decl. [Dkt. 2244-5] ¶ 272 (explaining assertions that | **Madisetti Opening Rpt. ¶ 1006:** "Apple's assertion is not credible and fails to rebut Masimo's evidence of inventorship. Apple's assertion that Lamego worked at Masimo and later Cercacor for more than eleven years without learning of or conceiving his alleged contribution to the claimed subject matter, and suddenly conceived the claimed subject matter within weeks of starting at Apple at the end of January 2014, is not credible." |

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| ) | **Madisetti Opening Rpt. ¶ 1000:**<br><br>**4/12/23 PM Trial Tr. at 68:4-7:** |

**Support for Stephen Scruggs Direct Testimony:**

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| Scruggs Decl. [Dkt. 2244-8] ¶ 6 (identifying use of [redacted]) | [redacted]<br><br>**Masimo's Seventh Supplemental Response to Apple Interrogatory No. 6 (Sept. 6, 2022)[12] at 52-53:**<br>[redacted] |

[12] Attached hereto as Exhibit 4 is Masimo's Supplemental Responses to Interrogatory No. 6.

| Defendant's FRCP 37(c)(1): Objection | Prior Disclosure |
|---|---|
| | [REDACTED] |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 5, 2024

By: */s/ Daniel P. Hughes*

Joseph R. Re
Stephen C. Jensen
Irfan A. Lateef
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Jared C. Bunker
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes
Douglas B. Wentzel

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.