Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Irfan A. Lateef (Bar No. 204004)
Irfan.Lateef@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Jared C. Bunker (Bar No. 246946)
Jared.Bunker@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S RESPONSE TO APPLE'S NOTICE OF AMENDED DIRECT TESTIMONY OF SHIRLEY WEBSTER**<br><br>Hon. James V. Selna |

On Sunday November 10, 2024, Apple filed a Notice of Amended Direct Testimony of Shirley Webster. Dkt. 2315. In that filing, Apple represented to the Court that it was removing paragraph 70 from Ms. Webster's direct testimony declaration. Apple also represented that "Plaintiffs have agreed to withdraw all other objections to Ms. Webster's Amended Direct Testimony." *Id*.

Apple's Notice did not inform the Court of the following:

(1) Portions of Ms. Webster's Amended Direct Testimony (Paragraphs 28, 36, and 67-69) rely on and cite to the direct testimony declaration of Apple's Corporate Representative, Ms. Deidre Caldbeck.

(2) Masimo's agreement on Ms. Webster was based on the understanding that Ms. Caldbeck would testify at this trial and that Masimo would have the opportunity to cross-examine her.

(3) After Masimo agreed to withdraw certain objections on the remainder of Ms. Webster, Apple then withdrew Ms. Caldbeck's testimony and confirmed she will not testify in this case.

On Sunday November 10, when Apple notified Masimo that it was withdrawing Ms. Caldbeck's direct testimony, Masimo asked Apple to promptly confirm that Apple would also withdraw Paragraphs 28, 36, and 67-69 of the Amended Direct Testimony of Shirley Webster. Apple has not provided that confirmation.

Paragraphs 28, 36, and 67-69 of Webster rely on and cite to the withdrawn testimony from Ms. Caldbeck. Moreover, paragraphs 67-69 of Webster include new material from Ms. Caldbeck that Apple did not disclose during fact discovery and did not include in Webster's expert report. The Court should strike those paragraphs.

| | |
|---|---|
| | Respectfully submitted, |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: November 11, 2024 | By: */s/ Sheila N. Swaroop*<br>Joseph R. Re<br>Stephen C. Jensen<br>Irfan A. Lateef<br>Sheila N. Swaroop<br>Brian C. Horne<br>Brian C. Claassen<br>Jared C. Bunker<br>Mark D. Kachner<br>Adam B. Powell<br>Kendall M. Loebbaka<br>Daniel P. Hughes<br><br>Attorneys for Plaintiffs<br>MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC. |