Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Jared C. Bunker (Bar No. 246946)
Jared.Bunker@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404; Fax:(949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Tel: (858)707-4000; Fax: (858)707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Tel: (310)551-3450; Fax: (310) 551-3458

Attorneys for Plaintiffs, Masimo Corporation and Cercacor Laboratories, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation <br><br> Defendant. | Case No. 8:20-cv-00048-JVS-JDE <br><br> **DECLARATION OF JOSEPH R. RE IN SUPPORT OF MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S REPLY TO APPLE'S OPPOSITION TO REQUEST FOR RECOSIDERATION REGARDING TWO EVIDENTIARY RULINGS IN THE KIANI AND MUHSIN DIRECT TESTIMONY DECLARATIONS** <br><br> Hon. James V. Selna <br><br> Trial: Nov. 5, 2024 |

I, Joseph R. Re, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Reply to Apple's opposition to Masimo's Request for Reconsideration Regarding Two Evidentiary Rulings in the Kiani and Muhsin Direct Testimony Declarations.

2. I did not receive the Court's November 4, 2024, email attaching evidentiary rulings for the Kiani, Poeze, Diab, and Muhsin direct witness statements. I am not aware of anyone else at Knobbe Martens who received that email. I understand that the email was rejected by Knobbe Martens' email servers because the attachments were over the allowed size limit.

3. When Apple's counsel told the Court Apple would not "reargue issues" before trial, I understood Apple was simply preserving various pretrial rulings for appeal. I did not understand his statement to be referring to the rulings on objections to statements in the direct testimony of Masimo's witnesses, which I had never seen.

4. When Apple's counsel referred to a ruling striking "similar testimony from the declaration" during Kiani's testimony, I was surprised because I had never seen such a ruling and such a ruling would contradict the Court's previous ruling at the April 2023 jury trial.

5. On November 6, the courtroom deputy wrote an email to Masimo stating: "I have not received anything additional from the Court. I send whatever I get to the parties as soon as I can so I will definitely forward anything additional as I receive it." I understood the courtroom deputy's email to mean the courtroom deputy (and presumably Apple) also had not received any rulings in addition to the rulings concerning the admissibility of Scruggs' direct testimony.

/ / /

-1-

I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 12, 2024, at Irvine, California.


/s/ Joseph R. Re
Joseph R. Re

-2-