MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S RENEWED OFFER OF PROOF REGARDING APPLE'S READILY ASCERTAINABLE DEFENSE**<br><br>Trial: Nov. 5, 2024 |

JOSEPH J. MUELLER, *pro hac vice*
 joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
 sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
 nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
 brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
 Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

Apple respectfully resubmits this offer of proof to continue to preserve for appeal Apple's affirmative defense that Plaintiffs' alleged trade secrets were readily ascertainable by proper means and thus not protectable. *See* Dkt. 1625 (original offer of proof on readily ascertainable defense). Apple makes this submission solely to preserve its position for appeal and does not request any action by the Court at this time.

Before the first trial in this matter, the Court granted Plaintiffs' *Daubert* motion to exclude portions of the planned testimony of Apple's experts, holding that the readily ascertainable affirmative defense requires proof that Apple in fact *ascertained* the alleged secret information through the proper means. *See* Dkt. 1284 at 3-5. Apple respectfully maintains that this is not the correct legal standard for the reasons set forth in its brief in opposition to Plaintiffs' *Daubert* motion. *See* Dkt. 1225 at 3-9. This is because California law only requires Apple to show that Apple *could have* readily ascertained Plaintiffs' purported trade secrets through relatively little time and effort. *Id.*

Apple expects that if its expert witnesses, Majid Sarrafzadeh and Steve Warren, had been permitted to opine on whether Plaintiffs' alleged trade secrets were readily ascertainable, they would have testified in a manner consistent with the readily ascertainable opinions expressed in their expert reports: Report of Majid Sarrafzadeh, Dkt. 1174-1 ("Sarrafzadeh Rpt."); Dkt. 1176-1 Ex. 11 ("Sarrafzadeh Rebuttal Rpt."); Steve Warren, Dkt. 1174-3 ("Warren Rpt."); and Dkt. 1176-1 Ex. 12 ("Warren Rebuttal Rpt."). Specifically, Apple expects that for each of Plaintiffs' alleged trade secrets at issue in the retrial, its experts would have provided admissible testimony consistent with the following portions of their expert reports:

| Alleged Trade Secret | Proof of Ready Ascertainability |
|---|---|
| D1 | Sarrafzadeh Rpt. ¶ 93, Sarrafzadeh Rebuttal Rpt. ¶¶ 88-94 |
| D3 | Sarrafzadeh Rpt. ¶ 121, Sarrafzadeh Rebuttal Rpt. ¶¶ 213-221 |
| D10 | Sarrafzadeh Rpt. ¶ 208 |
| L4 | Warren Rpt. ¶ 220, Warren Rebuttal Rpt. ¶¶ 73-84 |
| L5 | Warren Rpt. ¶¶ 231-238 |

Dated: November 12, 2024         Respectfully submitted,

MARK D. SELWYN
JOSEPH J. MUELLER
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By: */s/ Mark D. Selwyn*
       Mark D. Selwyn


*Attorneys for Defendant Apple Inc.*

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Apple Inc. certifies that this brief contains 324 words, which:

 X  complies with the word limit of L.R. 11-6.1

 __ complies with the word limit set by court order dated [date].

Dated: November 12, 2024          Respectfully submitted,

>MARK D. SELWYN
>AMY K. WIGMORE
>JOSHUA H. LERNER
>SARAH R. FRAZIER
>NORA Q.E. PASSAMANECK
>THOMAS G. SPRANKLING
>WILMER CUTLER PICKERING HALE AND DORR LLP
>
>BRIAN A. ROSENTHAL
>GIBSON, DUNN & CRUTCHER LLP
>
>KENNETH G. PARKER
>HAYNES AND BOONE, LLP
>
>By: /s/ *Mark D. Selwyn*
>       Mark D. Selwyn
>
>*Attorneys for Defendant Apple Inc.*