# DENIED
## BY ORDER OF THE COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL FIRST AMENDED JOINT [PROPOSED] PRETRIAL CONFERENCE ORDER [2176]** |

|   |   |
|---|---|
| 1 | Having considered Masimo Corporation and Cercacor Laboratories, Inc.'s |
| 2 | Application for Leave to File Under Seal First Amended Joint [Proposed] Pretrial |
| 3 | Conference Order, and finding good cause therefor, the Application is |
| 4 | GRANTED. |

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) Portions of the First Amended Joint [Proposed] Pretrial Conference Order ("Pretrial Conference Order") as indicated in the Application;

(2) Exhibit A to the First Amended Pretrial Conference Order; and

(3) Appendices 1 and 2 to the First Amended Pretrial Conference Order.

**DENIED**

DATED: November 12, 2024

BY ORDER OF THE COURT

The Honorable James V. Selna
United States District Judge

Denied as moot.  JVS  November 12, 2024

-1-