# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 8:20-cv-00048-JVS(JDEx) |
| Title: | Masimo Corporation, et al v. Apple, Inc. |
| Date | November 13, 2024 |

Present: The Honorable **JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

| Elsa Vargas | Sharon Seffens; Debbie Hino Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Joseph Re; Stephen Jensen; Sheila Swaroop; Brian Claassen | Joseph Mueller; Mark Selwyn; Sarah Frazier; Amy Wigmore; Brittany Amadi, Josefina Garcia |

___6th___ Day Court Trial    _____ Day Jury Trial

___ One day trial:    ___ Begun (1st day);    ___ Held & continued;    _X_ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
_X_ Witnesses called, sworn, and testified.    _X_ Exhibits Identified    _X_ Exhibits admitted.
___ Plaintiff(s) rest.    _X_ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court pre-instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for _____    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
_X_ Case submitted.    Briefs to be filed by _____
___ Motion to dismiss by _____    is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by _____    is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by _____    is    ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | |
|---|---|---|
| X Other: | The Court orders the courtroom sealed for a portion of witness Ueyn Block, Robert Smith and Steve Warren testimony re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court. The parties shall meet and confer regarding a schedule for post-trial briefing. They shall file concurrent opening briefs of not more than 50 pages and concurrent responsive briefs of not more than 25 pages. The parties shall also file revised findings of fact and conclusions of law with their opening briefs. The parties shall file a joint stipulation with the proposed briefing schedule on or before November 22, 2024. The Court indicates a hearing in January of 2025 would be appropriate. | |

03 : 27

Initials of Deputy Clerk     eva