1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Sheila N. Swaroop (Bar No. 203476)
   sheila.swaroop@knobbe.com
4  Brian C. Claassen (Bar No. 253627)
   brian.claassen@knobbe.com
5  Jared C. Bunker (Bar No. CA 246,946)
   jared.bunker@knobbe.com
6  Kendall M. Loebbaka (Bar No. 285908)
   kendall.loebbaka@knobbe.com
7  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
8  Irvine, CA 92614
   Phone: (949) 760-0404
9  Fax:(949) 760-9502

10 Adam B. Powell (Bar. No. 272725)           Brian C. Horne (Bar No. 205621)
   adam.powell@knobbe.com                    brian.horne@knobbe.com
11 Daniel P. Hughes (Bar No. 299695)         Mark D. Kachner (Bar No. 234192)
   daniel.hughes@knobbe.com                  mark.kachner@knobbe.com
12 **KNOBBE, MARTENS, OLSON & BEAR, LLP**    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   3579 Valley Centre Drive                  1925 Century Park East, Suite 600
13 San Diego, CA 92130                       Los Angeles, CA 90067
   Phone: (858) 707-4000                     Phone: (310) 551-3450
14 Fax: (858) 707-4001                       Fax: (310) 551-3458

15
   Attorneys for Plaintiffs,
16 MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

17 [Counsel for Apple appears on next page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STIPULATION FOR LEAVE TO FILE JOINT ADMITTED EXHIBIT LIST FOR NOVEMBER 2024 TRIAL**<br><br>Hon. James V. Selna |

MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

JOSEPH J. MUELLER, *pro hac vice*
joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Attorneys for Defendant Apple Inc.

Pursuant to this Court's email of November 15, 2024 and Local Rule 16-6, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. and Defendant Apple Inc. request leave to file their Joint Admitted Exhibit List for the November 2024 Trial ("Joint Admitted Exhibit List"), hereby submitted as Attachment A.

The Joint Admitted Exhibit List includes all exhibits admitted at the November 2024 trial, including exhibits referenced in the direct testimony declarations and deposition designations and not subject to sustained objection, admitted through cross-examination and redirect, and admitted via judicial notice.

The Joint Admitted Exhibit List includes a far-right column setting forth when the Court formally admitted each exhibit into evidence.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 18, 2024

By: /s/ Kendall M. Loebbaka
    Joseph R. Re
    Stephen C. Jensen
    Sheila N. Swaroop
    Brian C. Horne
    Brian C. Claassen
    Jared C. Bunker
    Mark D. Kachner
    Adam B. Powell
    Kendall M. Loebbaka
    Daniel P. Hughes

    Attorneys for Plaintiffs
    MASIMO CORPORATION and
    CERCACOR LABORATORIES, INC.

-1-

|  |  |
|---|---|
|  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: November 18, 2024 | By: */s/ Nora Passamaneck* <br> Mark D. Selwyn <br> Thomas G. Sprankling <br> Joshua H. Lerner <br> Amy K. Wigmore <br> Joseph J. Mueller <br> Sarah R. Frazier <br> Nora Passamaneck <br> Brian A. Rosenthal <br> Kenneth G. Parker <br><br> Attorneys for Defendant <br> APPLE INC. |

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: November 18, 2024    By: */s/ Kendall M. Loebbaka*
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Jared C. Bunker
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes