# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE JOINT ADMITTED EXHIBIT LIST FOR NOVEMBER 2024 TRIAL**<br><br>Hon. James V. Selna |

1  The Court, having considered the parties' Joint Stipulation for Leave to File the
2  Joint Admitted Exhibit List for the November 2024 Trial, and finding good cause,
3  hereby GRANTS the parties leave to file their Joint Admitted Exhibit List for the
4  November 2024 Trial.

6  **IT IS SO ORDERED.**

8  Dated: _____                    _____
9                                            Honorable James V. Selna