Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Irfan A. Lateef (Bar No. 204004)
Irfan.Lateef@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313542)
Douglas.Wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**NOTICE OF LODGING OF THE PARTIES' ADMITTED TRIAL EXHIBITS**<br><br>Trial: Nov. 5, 2024<br><br>Hon. James V. Selna |

Pursuant to the Court's request in its November 15, 2024 email, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") hereby lodge binders of the parties' Admitted Trial Exhibits for the November 2024 trial on Masimo's claims for trade secret misappropriation, correction of inventorship, and correction of ownership, and Apple's defenses thereto. Additionally, Masimo hereby lodges a thumb drive of the Admitted Trial Exhibits. The following is a list of the trial exhibits included in the binders and thumb drive:

| | | | | |
|---|---|---|---|---|
| JTX 0006 | JTX 0162 | JTX 0317 | JTX 0428 | JTX 0706 |
| JTX 0008 | JTX 0165 | JTX 0320 | JTX 0429 | JTX 0736 |
| JTX 0010 | JTX 0172 | JTX 0332 | JTX 0431 | JTX 0751 |
| JTX 0011 | JTX 0173 | JTX 0335 | JTX 0434 | JTX 0768 |
| JTX 0014 | JTX 0176 | JTX 0336 | JTX 0511 | JTX 0769 |
| JTX 0015 | JTX 0177 | JTX 0337 | JTX 0512 | JTX 0771 |
| JTX 0016 | JTX 0181 | JTX 0341 | JTX 0513 | JTX 0776 |
| JTX 0023 | JTX 0182 | JTX 0343 | JTX 0514 | JTX 0777 |
| JTX 0024 | JTX 0183 | JTX 0344 | JTX 0515 | JTX 0780 |
| JTX 0025 | JTX 0184 | JTX 0349 | JTX 0516 | JTX 0781 |
| JTX 0027 | JTX 0185 | JTX 0353 | JTX 0518 | JTX 0782 |
| JTX 0031 | JTX 0186 | JTX 0353C | JTX 0541 | JTX 0784 |
| JTX 0040 | JTX 0194 | JTX 0358 | JTX 0542 | JTX 0786 |
| JTX 0045 | JTX 0233 | JTX 0367C | JTX 0556 | JTX 0793 |
| JTX 0046 | JTX 0255 | JTX 0378 | JTX 0558 | JTX 0795 |
| JTX 0047 | JTX 0259 | JTX 0390 | JTX 0559 | JTX 0798 |
| JTX 0048 | JTX 0260 | JTX 0392 | JTX 0566 | JTX 0808 |
| JTX 0049 | JTX 0263 | JTX 0393 | JTX 0605 | JTX 0810 |
| JTX 0058 | JTX 0264 | JTX 0394 | JTX 0610 | JTX 0811 |
| JTX 0059 | JTX 0265 | JTX 0395 | JTX 0614 | JTX 0825 |
| JTX 0062 | JTX 0270 | JTX 0397 | JTX 0628 | JTX 0827 |
| JTX 0064 | JTX 0273 | JTX 0400 | JTX 0636 | JTX 0828 |
| JTX 0070 | JTX 0274 | JTX 0411 | JTX 0648 | JTX 0830 |
| JTX 0084 | JTX 0278 | JTX 0412 | JTX 0649 | JTX 0831 |
| JTX 0140 | JTX 0279 | JTX 0415 | JTX 0658 | JTX 0832 |
| JTX 0142 | JTX 0283 | JTX 0416 | JTX 0672 | JTX 0847 |
| JTX 0143 | JTX 0293 | JTX 0422 | JTX 0677 | JTX 0851 |
| JTX 0151 | JTX 0295 | JTX 0423 | JTX 0696 | JTX 0852 |
| JTX 0153 | JTX 0297 | JTX 0425 | JTX 0702 | JTX 0853 |
| JTX 0154 | JTX 0307 | JTX 0426 | JTX 0703 | JTX 0855 |
| JTX 0161 | JTX 0316 | JTX 0427 | JTX 0704 | JTX 0859 |

| | | | | |
|---|---|---|---|---|
| JTX 0880 | JTX 1227 | JTX 1769 | JTX 2561 | JTX 3647 |
| JTX 0881 | JTX 1239 | JTX 1786.1 | JTX 2563 | JTX 3657 |
| JTX 0935 | JTX 1241 | JTX 1790 | JTX 2564 | JTX 3668 |
| JTX 0936 | JTX 1262 | JTX 1790.1 | JTX 2565 | JTX 3671 |
| JTX 0937 | JTX 1267 | JTX 1795 | JTX 2725 | JTX 3673 |
| JTX 0938 | JTX 1268 | JTX 1814 | JTX 2726 | JTX 3694 |
| JTX 0939 | JTX 1269 | JTX 1827 | JTX 2728 | JTX 3707 |
| JTX 0940 | JTX 1270 | JTX 1828 | JTX 2729 | JTX 3733 |
| JTX 0941 | JTX 1309 | JTX 1847 | JTX 2730 | JTX 3766 |
| JTX 1016 | JTX 1312 | JTX 1857 | JTX 2731 | JTX 3769 |
| JTX 1018 | JTX 1344 | JTX 1868 | JTX 2732 | JTX 3778 |
| JTX 1022 | JTX 1351 | JTX 1869 | JTX 2733 | JTX 3789 |
| JTX 1041 | JTX 1353 | JTX 1870 | JTX 2734 | JTX 3808 |
| JTX 1045 | JTX 1354 | JTX 1871 | JTX 2735 | JTX 3809 |
| JTX 1061 | JTX 1363 | JTX 1879 | JTX 2748 | JTX 3879 |
| JTX 1063 | JTX 1378 | JTX 1882 | JTX 2749 | JTX 3881 |
| JTX 1064 | JTX 1413 | JTX 1897.1 | JTX 2750 | JTX 3884 |
| JTX 1066 | JTX 1442 | JTX 1899.1 | JTX 2752 | JTX 3887 |
| JTX 1068 | JTX 1443 | JTX 1900.1 | JTX 2761 | JTX 3979 |
| JTX 1069 | JTX 1444 | JTX 1902 | JTX 2801 | JTX 3986 |
| JTX 1070 | JTX 1445 | JTX 1904 | JTX 2824 | JTX 3997 |
| JTX 1072 | JTX 1446 | JTX 1906 | JTX 2892 | JTX 4181 |
| JTX 1075 | JTX 1447 | JTX 1908 | JTX 2901 | JTX 4194 |
| JTX 1076 | JTX 1448 | JTX 1910 | JTX 2937 | JTX 4195 |
| JTX 1077 | JTX 1449 | JTX 1912 | JTX 2943 | JTX 4196 |
| JTX 1078 | JTX 1506 | JTX 1951 | JTX 2974 | JTX 4197 |
| JTX 1079 | JTX 1557 | JTX 2127 | JTX 2978 | JTX 4198 |
| JTX 1080 | JTX 1581 | JTX 2217 | JTX 2981.1 | JTX 4199 |
| JTX 1081 | JTX 1644 | JTX 2233 | JTX 2987 | JTX 4201.1 |
| JTX 1082.1 | JTX 1673 | JTX 2263 | JTX 2998 | JTX 4202.1 |
| JTX 1082.2 | JTX 1677 | JTX 2266 | JTX 3003 | JTX 4204 |
| JTX 1086 | JTX 1716 | JTX 2323 | JTX 3044 | JTX 4207 |
| JTX 1091 | JTX 1719 | JTX 2353 | JTX 3050 | JTX 4232 |
| JTX 1114 | JTX 1729 | JTX 2354 | JTX 3176 | JTX 4233 |
| JTX 1140 | JTX 1742 | JTX 2354 | JTX 3571 | JTX 4347 |
| JTX 1155 | JTX 1743 | JTX 2388 | JTX 3573 | JTX 4351 |
| JTX 1156 | JTX 1744 | JTX 2402 | JTX 3581 | JTX 4354.01 |
| JTX 1206 | JTX 1754 | JTX 2403 | JTX 3583 | JTX 4355.01 |
| JTX 1207 | JTX 1755 | JTX 2514 | JTX 3584 | JTX 4360.01 |
| JTX 1209 | JTX 1760 | JTX 2556 | JTX 3585 | JTX 4376 |
| JTX 1211 | JTX 1766 | JTX 2560 | JTX 3625 | JTX 4377 |

| | | | | |
|---|---|---|---|---|
| JTX 4378 | JTX 4688 | JTX 5139 | JTX 5181 | JTX 5208 |
| JTX 4379 | JTX 4689 | JTX 5140 | JTX 5182 | JTX 5209 |
| JTX 4380 | JTX 4690 | JTX 5141 | JTX 5183 | JTX 5210 |
| JTX 4381 | JTX 4691 | JTX 5142 | JTX 5184 | JTX 5211 |
| JTX 4419 | JTX 4692 | JTX 5143 | JTX 5187 | JTX 5212 |
| JTX 4425.01 | JTX 5000 | JTX 5144 | JTX 5188 | JTX 5213 |
| JTX 4429 | JTX 5002.1 | JTX 5145 | JTX 5189 | JTX-P-1p |
| JTX 4553 | JTX 5031 | JTX 5146 | JTX 5190 | JTX-P-2p |
| JTX 4554 | JTX 5032 | JTX 5147 | JTX 5191 | JTX-P-5p |
| JTX 4637 | JTX 5035 | JTX 5148 | JTX 5192 | JTX-P-18p |
| JTX 4642 | JTX 5039 | JTX 5149 | JTX 5193 | JTX-P-22p |
| JTX 4643 | JTX 5054 | JTX 5150 | JTX 5194 | JTX-P-23p |
| JTX 4644 | JTX 5071 | JTX 5151 | JTX 5195 | JTX-P-98p |
| JTX 4646 | JTX 5072 | JTX 5159 | JTX 5196 | JTX-P-99p |
| JTX 4667 | JTX 5084 | JTX 5164 | JTX 5197 | JTX-P-110p |
| JTX 4669 | JTX 5085 | JTX 5165 | JTX 5198 | JTX-P-135p |
| JTX 4675 | JTX 5086 | JTX 5167 | JTX 5199.1 | JTX-P-161p |
| JTX 4677 | JTX 5090 | JTX 5168 | JTX 5200.1 | JTX-P-162p |
| JTX 4680 | JTX 5091 | JTX 5169 | JTX 5201 | JTX-P-164 |
| JTX 4682 | JTX 5118 | JTX 5170 | JTX 5202 | JTX-P-169 |
| JTX 4683 | JTX 5133 | JTX 5171 | JTX 5203 | JTX-P-190 |
| JTX 4684 | JTX 5134 | JTX 5173 | JTX 5204 | |
| JTX 4685 | JTX 5135 | JTX 5175 | JTX 5205 | |
| JTX 4686 | JTX 5136 | JTX 5176 | JTX 5206 | |
| JTX 4687 | JTX 5137 | JTX 5178 | JTX 5207 | |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 22, 2024

By: /s/ Kendall M. Loebbaka
    Joseph R. Re
    Stephen C. Jensen
    Irfan A. Lateef
    Sheila N. Swaroop
    Brian C. Horne
    Brian C. Claassen
    Mark D. Kachner
    Adam B. Powell
    Kendall M. Loebbaka
    Daniel P. Hughes
    Douglas B. Wentzel

1
2  Attorneys for Plaintiffs
3  MASIMO CORPORATION and
   CERCACOR LABORATORIES, INC.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28