| | |
|---|---|
| 1 | MARK D. SELWYN, SBN 244180 |
|   |   mark.selwyn@wilmerhale.com |
| 2 | THOMAS G. SPRANKLING, SBN 294831 |
|   | thomas.sprankling@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING |
|   |   HALE AND DORR LLP |
| 4 | 2600 El Camino Real, Suite 400 |
|   | Palo Alto, CA 94306 |
| 5 | Tel.: 650.858.6000 / Fax: 650.858.6100 |
| 6 | JOSHUA H. LERNER, SBN 220755 |
|   |   joshua.lerner@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING |
|   |   HALE AND DORR LLP |
| 8 | One Front Street, Suite 3500 |
|   | San Francisco, CA 94111 |
| 9 | Tel.: 628.235.1000 / Fax: 628.235.1001 |
| 10 | AMY K. WIGMORE, *pro hac vice* |
|    | amy.wigmore@wilmerhale.com |
| 11 | WILMER CUTLER PICKERING |
|    |   HALE AND DORR LLP |
| 12 | 2100 Pennsylvania Ave NW |
|    | Washington, DC 20037 |
| 13 | Tel.: 202.663.6000 / Fax: 202.663.6363 |
| 14 | [Counsel appearance continues on next page] |
| 15 | *Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | | |
|---|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, | | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| | Plaintiffs, | **APPLE'S NOTICE OF MOTION AND MOTION FOR REVIEW OF AND OBJECTIONS TO MAGISTRATE JUDGE EARLY'S NOVEMBER 8, 2024 REPORT AND RECOMMENDATION REGARDING PLAINTIFFS' INFRINGEMENT CONTENTIONS** |
| v. | | |
| APPLE INC., a California corporation, | | |
| | Defendant. | |
| | | Hearing: January 6, 2025 |
| | | Time: 1:30pm |
| | | Courtroom: 10C |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 6, 2025 or as soon thereafter as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will, and hereby does, move under Federal Rule of Civil Procedure 72(a) and Local Rule 72-2 for this Court to review and set aside the portion of Magistrate Judge Early's November 8, 2024 Report and Recommendations regarding Plaintiffs' Apple Watch Workout Mode theory of infringement.  *See* Dkt. 2311 at 2, 17-20, 24-25.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on November 15, 2024.  It is supported by the accompanying Memorandum, the pleadings and papers on file in this action, and such other evidence or argument as may be presented at or before the hearing.

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S NOTICE OF MOT. AND MOT. FOR REVIEW OF AND OBJECTIONS TO MJ EARLY'S NOV. 8, 2024 R&R
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

| | | |
|---|---|---|
| Dated: November 22, 2024 | | Respectfully submitted, |

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
JOSEPH J. MUELLER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By: */s/ Mark D. Selwyn*
      Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*