|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR REVIEW OF AND OBJECTIONS TO MAGISTRATE JUDGE EARLY'S NOVEMBER 8, 2024 REPORT AND RECOMMENDATION REGARDING PLAINTIFFS' INFRINGEMENT CONTENTIONS** <br><br> Hearing: January 6, 2025 <br> Time: 1:30pm <br> Courtroom: 10C |

Wilmer Cutler Pickering Hale and Dorr LLP

[PROPOSED] ORDER GRANTING APPLE'S MOT. FOR REVIEW OF AND OBJECTIONS TO MJ EARLY'S NOV. 8, 2024 R&R

CASE NO. 8:20-cv-00048-JVS (JDEx)

1    This matter is before the Court pursuant to Apple Inc.'s Motion for Review of
2    and Objections to Magistrate Judge Early's November 8, 2024 Report and
3    Recommendation Regarding Plaintiffs' Infringement Contentions ("Motion for
4    Review").  Having considered the briefing, supporting documents, and all other
5    matters properly before the Court, being fully advised on the proceedings, and for good
6    cause appearing:

7    IT IS HEREBY ORDERED THAT Apple's Motion For Review is GRANTED.
8    The portion of Magistrate Judge Early's November 8, 2024 Report and
9    Recommendation declining to strike Plaintiffs' July 5, 2024 infringement contentions
10   regarding Apple Watch's Workout Mode is REVERSED.  This Court accordingly
11   STRIKES the portion of Plaintiffs' July 5, 2024 infringement contentions that concern
12   Workout Mode.

14   **IT IS SO ORDERED.**

16   Dated:_____                    _____
                                           The Hon. James V. Selna
17                                         United States District Court Judge