# LIST OF WITNESSES

FILED
CLERK, U.S. DISTRICT COURT
12/2/24
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

| | | |
|---|---|---|
| **Case Number** | SACV 20-00048-JVS (JDEx) | **Judge James V Selna** |
| **Title** | Masimo Corporation, et al v. Apple, Inc. | |
| **Dates of Trial** | November 5, 6, 7, 8, 12, 13, 2024 | |
| **Court Reporters** | Sharon Seffens / Debbie Hino-Spaan | |
| **Deputy Clerks** | Elsa Vargas / Rolls Royce Paschal | |

| **Attorney(s) for Plaintiff(s)** | **Attorney(s) for Defendant(s)** |
|---|---|
| Joseph Re, Stephen Jensen, Sheila Swaroop, Brian Claasen | Joseph Mueller, Mark Selwyn, Sarah Frazier, Amy Wigmore, Brittany Amadi, Nina Garcia, Kenneth Parker |
| | |

| **Plaintiff(s)** | | | **Defendant(s)** | | | **WITNESS** | **Called By** |
|---|---|---|---|---|---|---|---|
| **Ex. No.** | **Id.** | **Ev.** | **Ex. No.** | **Id.** | **Ev** | | |
| | | | | | | (See attached) | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") provides this Amended Witness List.

Masimo reserves the right to amend its list of witnesses as the parties continue pre-trial preparation and in view of events at trial or other developments, including evidentiary rulings or other rulings by the Court. Masimo also reserves the right not to call any particular witness (either live or by deposition) set forth in the list below, or to present by deposition a witness listed as live below. For witnesses identified as testifying by deposition, Masimo reserves the right to call such witness to testify live if such witness is made available to do so. The identification of a witness on this list is not an admission that the witness's testimony is admissible if called by Defendant Apple Inc. ("Apple"). Masimo also reserves its right to object to any witness or testimony that is objectionable or inadmissible. The parties have previously provided the address, telephone number and/or contact information for each witness.

Masimo identifies the following Masimo witnesses and Masimo experts that it intends to call live.

| | Witness | **DATE TESTIFIED** |
|---|---|---|
| 1. | David Dalke | November 6, 2024 |
| 2. | Mohamed Diab | November 5, 2024 |
| 3. | Gerry Hammarth | November 6, 2024 |
| 4. | Joe Kiani | November 5, 2024 |
| 5. | Jeffrey Kinrich | November 7, 2024 |
| 6. | Vijay Madisetti | November 6 & 7, 2024 |
| 7. | Tracy Miller | November 6, 2024 |
| 8. | Bilal Muhsin | November 6, 2024 |
| 9. | Jeroen Poeze | November 5 & 6, 2024 |
| 10. | Stephen Scruggs | November 6, 2024 |

Masimo identifies the following Masimo witnesses it may call only if the need arises.

1. Ammar Al-Ali

**DATE TESTIFIED**

2. Kristin Budreau
3. Rick Fishel
4. Greg Olsen
5. James Pishney
6. Richard Priddell
7. Anand Sampath
8. Robert Smith
9. Phil Weber
10. Walt Weber
11. Crystal Wei
12. Micah Young

Masimo identifies the following third-party witnesses it intends to call live, and reserves the right to present each witness by deposition if the witness does not appear pursuant to Masimo's trial subpoena.

1. Steve Hotelling
2. Marcelo Lamego — November 7, 2024

Masimo identifies the following Apple witnesses that Masimo intends to examine live during Apple's case-in-chief, with the understanding that Masimo may keep its case-in-chief open and will have a full opportunity to question the below witnesses about all topics when Apple calls the witness, without regard to the scope of the initial direct examination. Masimo reserves the right to call the below witnesses live or by deposition, including issuing trial subpoenas if Apple declines to call such witness live or refuses to agree that Masimo may examine the witnesses outside the scope of direct.

1. Ueyn Block
2. Diedre Caldbeck
3. Brian Land
4. Adrian Perica
5. Steve Waydo

      6.     Michael O'Reilly

Masimo further identifies the following Apple or third-party witnesses that Masimo may call by deposition only in lieu of live testimony. Masimo reserves the right to call these witnesses live if the parties do not agree to waive the unavailability requirements of Rule 32.

      1.     Louis Bokma
      2.     Aditya Dua
      3.     Jack Fu
      4.     Chinsan Han
      5.     Michael Jaynes
      6.     Eric Jue
      7.     Alex Kanaris
      8.     Eugene Kim
      9.     Robert Mansfield
     10.    Saahil Mehra
     11.    Afshad Mistri
     12.    Divya Nag
     13.    Denby Sellers
     14.    Tao Shui
     15.    David Tom
     16.    Vivek Venugopal
     17.    Jeff Williams
     18.    Dong Zheng

Masimo further reserves the right to amend its list pending the parties' pre-trial discussions and Apple's final witness list. In addition to the witnesses identified above, Masimo reserves the right to call anyone appearing on Apple's Witness List.

/ / /

/ / /

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,

Plaintiffs,

v.

APPLE INC., a California corporation,

Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**APPLE'S AMENDED RETRIAL WITNESS LIST**

Pre-Trial Conference: Oct. 28, 2024
Trial: Nov. 5, 2024

Wilmer Cutler Pickering Hale and Dorr LLP

Pursuant to Local Rule 16-5, Apple sets forth below its list of anticipated witnesses. Apple includes in this witness list individuals who may be listed on Plaintiffs' witness list without waiving any right to object to Plaintiffs' presentation of such witnesses at trial, without waiving any objections to the admissibility of such testimony, and without waiving the right to move for the exclusion of any testimony. Apple reserves the right to modify, supplement, or amend its witness list in response to Plaintiffs' witness list, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, the Local Rules, or other Order of this Court. Apple further reserves the right to call live or by deposition at trial any witness identified on Plaintiffs' witness list.

At this time, Apple identifies the following witnesses for trial.

| **I. WILL / MAY CALL LIVE**[1] | **DATE TESTIFIED** |
|---|---|
| **1.** Ueyn Block | November 12, 2024 |
| **2.** Deidre Caldbeck | |
| **3.** Steven Hotelling | November 8, 2024 |
| **4.** Brian Land | November 12, 2024 |
| **5.** Trevor Ness | November 8, 2024 |
| **6.** Michael O'Reilly[2] | |

| | **DATE TESTIFIED** |
|---|---|
| **7.** Adrian Perica | November 8, 2024 |
| **8.** Peter Russell-Clarke | November 7, 2024 |
| **9.** Majid Sarrafzadeh | November 12, 2024 |
| **10.** Steven Warren | November 13, 2024 |
| **11.** Stephen Waydo | November 8, 2024 |
| **12.** Shirley Webster | November 12, 2024 |
| **13.** Marcelo Lamego | |

**II. MAY CALL BY DEPOSITION OR PRIOR TRIAL TESTIMONY**

**1.** Yassir Abdul-Hafiz

**2.** Ammar Al-Ali

**3.** David Dalke

**4.** Mohamed Diab

**5.** Gerry Hammarth

**6.** Alex Kanaris

**7.** Joseph Kiani

**8.** Peter Koo

**9.** Marcelo Lamego

**10.** Tracy Miller

**11.** Bilal Muhsin

**12.** Gregory Olsen

**13.** Jeroen Poeze

**14.** Steven Scruggs

**15.** Robert Smith - via video deposition November 13, 2024

**16.** Phil Weber

**17.** Walter Weber

**18.** Micah Young

**19.** Timothy Cook - via video deposition November 8, 2024

Wilmer Cutler Pickering Hale and Dorr LLP