MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S NOTICE OF LODGING OF TRIAL DEMONSTRATIVES**<br><br>Hon. Judge James V. Selna |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Defendant Apple Inc. hereby lodges its trial demonstratives for the witnesses listed below.

| Attachment | Description |
|---|---|
| 1 | Opening Demonstratives |
| 2 | Direct Demonstratives of Ueyn Block |
| 3 | Direct Demonstratives of Brian Land |
| 4 | Direct Demonstratives of Majid Sarrafzadeh |
| 5 | Redirect Demonstratives of Majid Sarrafzadeh |
| 6 | Direct Demonstratives of Steve Warren |
| 7 | Redirect Demonstratives of Steve Warren |
| 8 | Direct Demonstratives of Shirley Webster |
| 9 | Cross Demonstratives of David Dalke |
| 10 | Cross Demonstratives of Mohamed Diab |
| 11 | Cross Demonstratives of Joe Kiani |
| 12 | Cross Demonstratives of Vijay Madisetti |
| 13 | Cross Demonstratives of Jeroen Poeze |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  December 16, 2024 | Respectfully submitted, |
| 3 | | |
| 4 | | */s/ Mark D. Selwyn* |
| 5 | | MARK D. SELWYN<br>JOSEPH J. MUELLER |
| 6 | | AMY K. WIGMORE |
| 7 | | JOSHUA H. LERNER<br>SARAH R. FRAZIER |
| 8 | | NORA Q.E. PASSAMANECK |
| 9 | | THOMAS G. SPRANKLING<br>WILMER CUTLER PICKERING HALE AND |
| 10 | | DORR LLP |
| 11 | | BRIAN A. ROSENTHAL |
| 12 | | GIBSON, DUNN & CRUTCHER LLP |
| 13 | | |
| 14 | | KENNETH G. PARKER<br>HAYNES AND BOONE, LLP |
| 15 | | |
| 16 | | *Attorneys for Defendant Apple Inc.* |

APPLE'S NOTICE OF LODGING OF TRIAL DEMONSTRATIVES

2     CASE NO. 8:20-cv-00048-JVS (JDEx)