Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Jared C. Bunker (Bar No. CA 246,946)
jared.bunker@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax:(949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

[Counsel for Apple appears on next page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PATENT PRE-TRIAL AND TRIAL SCHEDULE**<br><br>Hon. James V. Selna |

MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

JOSEPH J. MUELLER, *pro hac vice*
joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Attorneys for Defendant Apple Inc.

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. and Defendant Apple Inc. (collectively, the "Parties"), through their respective counsel, respectfully submit this Stipulation and [Proposed] Order Regarding Patent Pre-Trial and Trial Schedule. The parties respectfully request the Court enter the following schedule.

| Event | Date |
|---|---|
| Masimo narrowed to 12 asserted claims. | 1/24/2025 |
| Apple narrows prior art combinations to no more than six prior art combinations for any claim, counted according to *Altera*. Dkt. 2019 at 12-14. | 2/18/2025 |
| Parties to supplement document discovery based on new facts (including additional documents relating to 2024 products). | 2/28/2025 |
| Opening Expert Reports (treated as final infringement contentions and final invalidity contentions) | 4/11/2025 |
| Rebuttal Expert Reports | 5/30/2025 |
| Reply Expert Reports | 6/20/2025 |
| Close of Expert Discovery | 7/11/2025 |
| Law and Motion (motions, other than motions-in-limine, filed no later than) (one MSJ per side absent prior approval by the Court at least seven days in advance of filing date) | 7/28/2025 |
| MSJ/Daubert Opp | 8/18/2025 |
| MSJ/Daubert Reply | 8/25/2025 |
| Law and Motion Hearing | 9/8/2025 |
| ADR Deadline (conduct further session) | 9/10/2025 |
| Rule 16-2 Meeting of Counsel Deadline | 9/10/2025 |
| Masimo narrows to no more than 5 asserted claims. | One week after MSJ/Daubert order, but no later than two weeks before pretrial conference |

| Event | Date |
|---|---|
| Apple narrows prior art combinations to no more than four prior art combinations for any claim, counted according to *Altera*. Dkt. 2019 at 12-14. | Five business days after Masimo narrows to no more than 5 asserted claims |
| Motions In Limine | 9/22/2025 |
| Motion in Limine Opposition Briefs | 9/29/2025 |
| Meet and Confer regarding Jury Instructions and Objections | 9/29/2025 |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | 10/6/2025 |
| Motion in Limine Reply Briefs | 10/6/2025 |
| Pretrial Conference: Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed Voir Dire Qs and Agreed-to Statement of Case | 10/20/2025 |
| Lodge Deposition Designations | First day of trial |
| Jury Trial | 11/4/2025 |

SO STIPULATED.

    The parties have attached a Proposed Order for the Court's consideration.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: February 19, 2025 | By: */s/ Adam B. Powell*<br>Joseph R. Re<br>Stephen C. Jensen<br>Sheila N. Swaroop<br>Brian C. Horne<br>Brian C. Claassen<br>Jared C. Bunker<br>Mark D. Kachner<br>Adam B. Powell<br>Kendall M. Loebbaka<br>Daniel P. Hughes<br><br>Attorneys for Plaintiffs<br>MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC. |
|   | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: February 19, 2025 | By: */s/ Nora Passamaneck*<br>Mark D. Selwyn<br>Thomas G. Sprankling<br>Joshua H. Lerner<br>Amy K. Wigmore<br>Joseph J. Mueller<br>Sarah R. Frazier<br>Nora Passamaneck<br>Brian A. Rosenthal<br>Kenneth G. Parker<br><br>Attorneys for Defendant<br>APPLE INC. |

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: February 19, 2025         By: /s/ *Adam B. Powell*
　　　　　　　　　　　　　　　　　　Joseph R. Re
　　　　　　　　　　　　　　　　　　Stephen C. Jensen
　　　　　　　　　　　　　　　　　　Sheila N. Swaroop
　　　　　　　　　　　　　　　　　　Brian C. Horne
　　　　　　　　　　　　　　　　　　Brian C. Claassen
　　　　　　　　　　　　　　　　　　Jared C. Bunker
　　　　　　　　　　　　　　　　　　Mark D. Kachner
　　　　　　　　　　　　　　　　　　Adam B. Powell
　　　　　　　　　　　　　　　　　　Kendall M. Loebbaka
　　　　　　　　　　　　　　　　　　Daniel P. Hughes

60986928