# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER REGARDING PATENT PRE-TRIAL AND TRIAL SCHEDULE**<br><br>Hon. James V. Selna |

The Court, having considered the Parties' Joint Stipulation Regarding Patent Pre-Trial And Trial Schedule, and finding good cause, hereby GRANTS the stipulation and sets the following schedule:

| Event | Date |
|---|---|
| Masimo narrowed to 12 asserted claims. | 1/24/2025 |
| Apple narrows prior art combinations to no more than six prior art combinations for any claim, counted according to *Altera*. Dkt. 2019 at 12-14. | 2/18/2025 |
| Parties to supplement document discovery based on new facts (including additional documents relating to 2024 products). | 2/28/2025 |
| Opening Expert Reports (treated as final infringement contentions and final invalidity contentions) | 4/11/2025 |
| Rebuttal Expert Reports | 5/30/2025 |
| Reply Expert Reports | 6/20/2025 |
| Close of Expert Discovery | 7/11/2025 |
| Law and Motion (motions, other than motions-in-limine, filed no later than) (one MSJ per side absent prior approval by the Court at least seven days in advance of filing date) | 7/28/2025 |
| MSJ/Daubert Opp | 8/18/2025 |
| MSJ/Daubert Reply | 8/25/2025 |
| Law and Motion Hearing | 9/8/2025 |
| ADR Deadline (conduct further session) | 9/10/2025 |
| Rule 16-2 Meeting of Counsel Deadline | 9/10/2025 |
| Masimo narrows to no more than 5 asserted claims. | One week after MSJ/Daubert order, but no later than two weeks before pretrial conference |
| Apple narrows prior art combinations to no more than four prior art combinations for any claim, counted according to *Altera*. Dkt. 2019 at 12-14. | Five business days after Masimo narrows to no more than 5 asserted claims |

-1-

| Event | Date |
|---|---|
| Motions In Limine | 9/22/2025 |
| Motion in Limine Opposition Briefs | 9/29/2025 |
| Meet and Confer regarding Jury Instructions and Objections | 9/29/2025 |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | 10/6/2025 |
| Motion in Limine Reply Briefs | 10/6/2025 |
| Pretrial Conference: Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed Voir Dire Qs and Agreed-to Statement of Case | 10/20/2025 |
| Lodge Deposition Designations | First day of trial |
| Jury Trial | 11/4/2025 |

**IT IS SO ORDERED.**

Dated: _____                    _____

                                                              Honorable James V. Selna

60986954