# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation et al<br><br>PLAINTIFF(S)<br>v.<br>Apple Inc.<br><br>DEFENDANT(S). | CASE NUMBER:<br>8:20-cv-00048-JVS-JDE<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 7/28/2025 | 2522  2532<br>2528  2533<br>2529  2537 | Motions |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☑ The hearing date has been rescheduled to __Wednesday, September 4, 2025__ at __2:00 p.m.__.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

**Counsel is ordered to consult Local Rules AND the Court's Procedures and Schedules page prior to filing any future documents.

Dated: 7/30/2025

By: _____
U.S. District Judge / U.S. Magistrate Judge