MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S INDEX OF APPLE'S MOTIONS SET FOR HEARING ON SEPTEMBER 4, 2025** <br><br> Date and Time: Sept. 4, 2025, 2:00pm <br> Location: Courtroom 10C <br> Pre-Trial Conference: Oct. 20, 2025 <br> Trial: Nov. 4, 2025 |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

In light of the volume of motions filed on July 28, 2025, Defendant Apple Inc. provides the following index of documents filed in connection with its pending motions set for hearing on September 4, 2025.

1) Apple's Motion to Strike Undisclosed Opinions of Vijay Madisetti, Jim Bergman, and Rebbecca Reed-Arthurs (Dkt. 2528);

2) Apple's Motion to Exclude Portions of Opinions and Testimony of Plaintiffs' Experts Rebbecca Reed-Arthurs and Jim Bergman (Dkt. 2533);

3) Apple's Motion for Summary Judgment on Plaintiffs' Patent Infringement Claims (Dkt. 2537).

**1. Apple's Motion to Strike Undisclosed Opinions of Vijay Madisetti, Jim Bergman, and Rebbecca Reed-Arthurs**

| Dkt. No. | Document |
| --- | --- |
| 2528 | Apple's Notice of Motion and Motion to Strike Undisclosed Opinions of Vijay Madisetti, Jim Bergman, and Rebbecca Reed-Arthurs |
| 2550 | Apple's Memorandum in Support of Its Motion to Strike Undisclosed Opinions of Vijay Madisetti, Jim Bergman, and Rebbecca Reed-Arthurs  [FILED UNDER SEAL pursuant to Order of the Court dated 7/30/25] |
| 2528-2 | Declaration of Thomas G. Sprankling in Support of Apple's Motion to Strike Undisclosed Opinions of Vijay Madisetti, Jim Bergman, and Rebbecca Reed-Arthurs |
| 2550-1 to 2550-11 | Exhibits 1-11 to the Declaration of Thomas G. Sprankling in Support of Apple's Motion to Strike Undisclosed Opinions of Vijay Madisetti, Jim Bergman, and Rebbecca Reed-Arthurs  [FILED UNDER SEAL pursuant to Order of the Court dated 7/30/25] |

| Dkt. No. | Document |
|---|---|
| 2528-14 | [Proposed] Order Granting Apple's Motion to Strike Undisclosed Opinions of Vijay Madisetti, Jim Bergman, and Rebbecca Reed-Arthurs |

**2. Apple's Motion to Exclude Portions of Opinions and Testimony of Plaintiffs' Experts Rebbecca Reed-Arthurs and Jim Bergman**

| Dkt. No. | Document |
|---|---|
| 2533 | Apple's Notice Of Motion and Motion to Exclude Portions of Opinions and Testimony of Plaintiffs' Experts Rebbecca Reed-Arthurs and Jim Bergman |
| 2551 | Apple's Memorandum in Support of Its Motion to Exclude Portions of Opinions and Testimony of Plaintiffs' Experts Rebbecca Reed-Arthurs and Jim Bergman<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 7/30/25]* |
| 2533-2 | Declaration of Thomas G. Sprankling in Support of Apple's Motion to Exclude Portions of Opinions and Testimony of Plaintiffs' Experts Rebbecca Reed-Arthurs and Jim Bergman |
| 2533-3 to 2533-4 and 2533-7 | Exhibits 1-2 and 5 to the Declaration of Thomas G. Sprankling in Support of Apple's Motion to Exclude Portions of Opinions and Testimony of Plaintiffs' Experts Rebbecca Reed-Arthurs and Jim Bergman |
| 2551-1 to 2551-14 | Exhibits 3-4 and 6-17 to the Declaration of Thomas G. Sprankling in Support of Apple's Motion to Exclude Portions of Opinions and Testimony of Plaintiffs' Experts Rebbecca Reed-Arthurs and Jim Bergman<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 7/30/25]* |

| Dkt. No. | Document |
|---|---|
| 2533-20 | [Proposed] Order Granting Apple's Motion to Exclude Portions of Opinions and Testimony of Plaintiffs' Experts Rebbecca Reed-Arthurs and Jim Bergman |

### 3. Apple's Motion for Summary Judgment on Plaintiffs' Patent Infringement Claims

| Dkt. No. | Document |
|---|---|
| 2537 | Apple's Notice Of Motion and Motion for Summary Judgment on Plaintiffs' Patent Infringement Claims |
| 2552 | Apple's Memorandum In Support Of Its Motion for Summary Judgment on Plaintiffs' Patent Infringement Claims<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 7/30/25]* |
| 2552-1 | Apple's Statement of Uncontroverted Facts in Support of Its Motion for Summary Judgment on Plaintiffs' Patent Infringement Claims<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 7/30/25]* |
| 2537-3 | Declaration of Thomas G. Sprankling in Support of Apple's Motion for Summary Judgment on Plaintiffs' Patent Infringement Claims |
| 2537-4 to 2537-5 and 2537-33 to 2537-36 | Exhibits 1-2 and 30-33 to the Declaration of Thomas G. Sprankling in Support of Apple's Motion for Summary Judgment on Plaintiffs' Patent Infringement Claims |
| 2552-2 to 2552-31 | Exhibits 3-29 and 34-36 to the Declaration of Thomas G. Sprankling in Support of Apple's Motion for Summary Judgment on Plaintiffs' Patent Infringement Claims<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 7/30/25]* |

| Dkt. No. | Document |
|---|---|
| 2537-40 | [Proposed] Order Granting Apple's Motion for Summary Judgment on Plaintiffs' Patent Infringement Claims |

Dated:  July 31, 2025          Respectfully submitted,

By: */s/ Mark D. Selwyn*
     Mark D. Selwyn

MARK D. SELWYN
AMY K. WIGMORE
JOSEPH J. MUELLER
JOSHUA H. LERNER
SARAH R. FRAZIER
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

*Attorneys for Defendant Apple Inc.*