MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

*Attorneys for Defendant Apple Inc.*

[Counsel list continues on next page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS FILED ON JULY 28, 2025**<br><br>Hon. James V. Selna |

1  JOSEPH J. MUELLER, *pro hac vice*
      joseph.mueller@wilmerhale.com
2  SARAH R. FRAZIER, *pro hac vice*
      sarah.frazier@wilmerhale.com
3  WILMER CUTLER PICKERING
      HALE AND DORR LLP
4  60 State Street
   Boston, MA 02109
5  Tel.: 617.526.6000 / Fax: 617.526.5000

6  BRIAN A. ROSENTHAL, *pro hac vice*
      brosenthal@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
8  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539

9
   KENNETH G. PARKER, SBN 182911
10    ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
11 660 Anton Boulevard, Suite 700
   Costa Mesa, CA 92626
12 Tel.: 650.949.3014 / Fax: 949.202.3001

13 *Attorneys for Defendant Apple Inc.*

14
   Joseph R. Re (Bar No. 134479)
15 joseph.re@knobbe.com
   Stephen C. Jensen (Bar No. 149894)
16 steve.jensen@knobbe.com
   Irfan A. Lateef (Bar No. 204004)
17 Irfan.Lateef@knobbe.com
   Sheila N. Swaroop (Bar No. 203476)
18 sheila.swaroop@knobbe.com
   Brian C. Claassen (Bar No. 253627)
19 brian.claassen@knobbe.com
   Kendall M. Loebbaka (Bar No. 285908)
20 kendall.loebbaka@knobbe.com
   Douglas B. Wentzel (Bar No. 313452)
21 douglas.wentzel@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
22 2040 Main Street, Fourteenth Floor
   Irvine, CA 92614
23 Phone: (949) 760-0404
   Fax:(949) 760-9502
24
   Adam B. Powell (Bar. No. 272725)
25 adam.powell@knobbe.com
   Daniel P. Hughes (Bar No. 299695)
26 daniel.hughes@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
27 3579 Valley Centre Drive
   San Diego, CA 92130
28 Phone: (858) 707-4000
   Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

Defendant Apple Inc. and Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. respectfully submit this Stipulation regarding the briefing schedule for the motions filed on July 28, 2025. On February 21, 2025, this Court entered a schedule that *inter alia* (1) set the Law and Motion deadline as July 28, (2) provided that oppositions to any *Daubert* motions or motions for summary judgment are due on August 18 and reply briefs in support of *Daubert* motions or motions for summary judgment are due on August 25, and (3) set the hearing date for such motions as September 8. *See* Dkt. 2502 at 2. On July 28, 2025, both sides filed a motion for summary judgment, a *Daubert* motion, and a motion to strike.

On July 30, 2025, this Court moved the Law and Motion hearing date to September 4, 2025. Dkt. 2546. Under Local Rules 7-9 and 7-10, this change in the hearing date means that the deadline for the opposition and reply briefs for the parties' motions to strike is four days earlier than the deadline for the equivalent briefs for the *Daubert* motions and the motions for summary judgment (which are expressly set by the February 21, 2025 scheduling order). In the interest of uniformity, the parties respectfully request the Court enter the following schedule providing that all pending opposition and reply briefs in support of the parties' July 28, 2025 motions are due on August 18 and August 25, respectively.

| Event | Date |
|---|---|
| MSJ/*Daubert*/Motion to Strike Opposition Briefs | 8/18/2025 |
| MSJ/*Daubert*/Motion to Strike Reply Briefs | 8/25/2025 |
| Law and Motion Hearing | 9/4/2025 |

SO STIPULATED.

    The parties have attached a Proposed Order for the Court's consideration.

1

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

Dated: August 8, 2025

By: */s/ Mark D. Selwyn*
    Mark D. Selwyn
    Joshua H. Lerner
    Amy K. Wigmore
    Joseph J. Mueller
    Sarah R. Frazier
    Thomas G. Sprankling
    Brian A. Rosenthal
    Kenneth G. Parker

*Attorneys for Defendant Apple Inc.*

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 8, 2025

By: */s/ Adam B. Powell*
    Joseph R. Re
    Stephen C. Jensen
    Sheila N. Swaroop
    Brian C. Horne
    Brian C. Claassen
    Mark D. Kachner
    Adam B. Powell
    Kendall M. Loebbaka
    Daniel P. Hughes
    Douglas B. Wentzel

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: August 8, 2025      By: */s/ Mark D. Selwyn*
                                Mark D. Selwyn