# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER REGARDING SCHEDULE FOR MOTIONS FILED ON JULY 28, 2025 [2563]**<br><br>Hon. James V. Selna |

The Court, having considered the Parties' Joint Stipulation Regarding Briefing Schedule for Motions Filed On July 28, 2025, and finding good cause, hereby GRANTS the stipulation and sets the following schedule:

| Event | Date |
| --- | --- |
| MSJ/Daubert/Motion to Strike Opposition Briefs | 8/18/2025 |
| MSJ/Daubert/Motion to Strike Reply Briefs | 8/25/2025 |
| Law and Motion Hearing | 9/4/2025 |

**IT IS SO ORDERED.**

Dated: August 11, 2025

_____
Honorable James V. Selna