MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br>a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S INDEX OF ITS OPPOSITIONS TO PLAINTIFFS' MOTIONS SET FOR HEARING ON SEPTEMBER 4, 2025**<br><br>Date and Time: Sept. 4, 2025, 2:00pm<br>Location: Courtroom 10C<br>Pre-Trial Conference: Oct. 20, 2025<br>Trial: Nov. 4, 2025 |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

In light of the volume of oppositions filed on August 18, 2025, Defendant Apple Inc. provides the following index of documents filed in connection with its oppositions to Plaintiffs' pending motions set for hearing on September 4, 2025.

1) Apple's Opposition to Plaintiffs' Motion to Strike Portions of Apple's Expert Reports (Dkt. 2570);
2) Apple's Opposition to Plaintiffs' Motion for Partial Summary Judgment (Dkt. 2589);
3) Apple's Opposition to Plaintiffs' *Daubert* Motion to Exclude Apple's Experts (Dkt. 2588).

**1. Apple's Opposition to Plaintiffs' Motion to Strike Portions of Apple's Expert Reports**

| Dkt. No. | Document |
|---|---|
| 2570 | Apple's Opposition to Plaintiffs' Motion to Strike Portions of Apple's Expert Reports |
| 2570-1 | Declaration of Thomas G. Sprankling in Support of Apple's Opposition to Plaintiffs' Motion to Strike Portions of Apple's Expert Reports |
| 2570-2 to 2570-13 | Exhibits A-L to the Declaration of Thomas G. Sprankling in Support of Apple's Opposition to Plaintiffs' Motion to Strike Portions of Apple's Expert Reports |

## 2. Apple's Opposition to Plaintiffs' Motion for Partial Summary Judgment

| Dkt. No. | Document |
|---|---|
| 2589 | Apple's Opposition to Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 8/20/2025]* |
| 2579-1 | Apple's Statement of Genuine Disputes of Material Fact in Opposition to Plaintiffs' Motion for Partial Summary Judgment |

## 3. Apple's Opposition to Plaintiffs' *Daubert* Motion to Exclude Apple's Experts

| Dkt. No. | Document |
|---|---|
| 2588 | Apple's Opposition to Plaintiffs' *Daubert* Motion to Exclude Apple's Experts *[FILED UNDER SEAL pursuant to Order of the Court dated 8/20/2025]* |
| 2582-1 | Declaration of Thomas G. Sprankling in Support of Apple's Opposition to Plaintiffs' *Daubert* Motion to Exclude Apple's Experts |
| 2588-1 | Exhibit A to the Declaration of Thomas G. Sprankling in Support of Apple's Opposition to Plaintiffs' *Daubert* Motion to Exclude Apple's Experts *[FILED UNDER SEAL pursuant to Order of the Court dated 8/20/2025]* |
| 2582-3 to 2582-4 | Exhibits B-C to the Declaration of Thomas G. Sprankling in Support of Apple's Opposition to Plaintiffs' *Daubert* Motion to Exclude Apple's Experts |

Dated: August 21, 2025

Respectfully submitted,

By: */s/ Mark D. Selwyn*
    Mark D. Selwyn

MARK D. SELWYN
AMY K. WIGMORE
JOSEPH J. MUELLER
JOSHUA H. LERNER
SARAH R. FRAZIER
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


*Attorneys for Defendant Apple Inc.*