Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313452)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**UPDATED INDEX OF DOCUMENTS REGARDING MASIMO'S MOTIONS SET FOR HEARING ON SEPTEMBER 4, 2025**<br><br>Date:      September 4, 2025<br>Time:      2:00 p.m.<br>Location:  Courtroom 10C<br><br>Hon. James V. Selna |

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") provide the following updated index of documents filed in connection with the Masimo's motions set for hearing on September 4, 2025:

1) Masimo's Motion for Partial Summary Judgment, filed July 28, 2025;
2) Masimo's Daubert Motion to Exclude Apple Experts, filed July 28, 2025; and
3) Masimo's Motion to Strike Portions of Apple's Expert Reports, filed July 28, 2025.

### 1) MASIMO'S MOTION FOR PARTIAL SUMMARY JUDGMENT

| Dkt. No. | Document |
|---|---|
| 2532 – 2532-1 | Notice of Masimo's Motion for Partial Summary Judgment and [Proposed] Order |
| 2532-2 | Masimo's Memorandum ISO Masimo's Motion for Partial Summary Judgment |
| 2532-3 | Masimo's Statement of Uncontroverted Facts and Conclusions of Law ISO Masimo's Motion for Partial Summary Judgment |
| 2534 | Omnibus Declaration of Adam B. Powell ISO Masimo's Motion for Summary Judgment, Daubert Motion, and Motion to Strike |
| 2548-7 and – 2547-1 | Exhibits 7 and 27 to Omnibus Declaration of Adam B. Powell ISO Masimo's Motion for Summary Judgment, Daubert Motion, and Motion to Strike [*FILED UNDER SEAL pursuant to Court Order dated July 30, 2025*] |
| 2534-1 – 2534-16 | Public Exhibits 11-12, 17-19, 22-26, 28-33 to Omnibus Declaration of Adam B. Powell ISO Masimo's Motion for Summary Judgment, Daubert Motion, and Motion to Strike |
| 2589 | Apple's Opposition to Masimo's Motion for Partial Summary Judgment [*FILED UNDER SEAL pursuant to Court Order dated August 20, 2025*] |

| Dkt. No. | Document |
|---|---|
| 2579-1 | Apple's Statement of Genuine Dispute of Materials Facts in Opposition to Masimo's Motion for Partial Summary Judgment |
| 2627 | Masimo's Reply Memorandum ISO Its Motion for Partial Summary Judgment [*FILED UNDER SEAL pursuant to Court Order dated August 27, 2025*] |
| 2627-1 | Masimo's Reply to Apple's Statement of Genuine Dispute of Material Fact in Opposition to Masimo's Motion for Partial Summary Judgment [*FILED UNDER SEAL pursuant to Court Order dated August 27, 2025*] |
| 2612 | Supplemental Omnibus Declaration of Adam B. Powell ISO Masimo's Replies ISO Its Motion for Summary Judgment, Daubert Motion, and Motion to Strike |
| 2612-1 | Public Exhibit 1 to Supplemental Omnibus Declaration of Adam B. Powell ISO Masimo's Replies ISO Its Motion for Partial Summary Judgment, Daubert Motion, and Motion to Strike |

**2) MASIMO'S DAUBERT MOTION TO EXCLUDE APPLE EXPERTS**

| Dkt. No. | Document |
|---|---|
| 2522 – 2522-1 | Notice of Masimo's Daubert Motion to Exclude Apple Experts and [Proposed] Order |
| 2548 | Masimo's Memorandum ISO Masimo's Daubert Motion to Exclude Apple Experts<br>[*FILED UNDER SEAL pursuant to Court Order dated July 30, 2025*] |
| 2534 | Omnibus Declaration of Adam B. Powell ISO Masimo's Motion for Summary Judgment, Daubert Motion, and Motion to Strike |
| 2548-1 – 2548-16 | Exhibits 1-10, 13-16 and 21-22 to Omnibus Declaration of Adam B. Powell ISO Masimo's Motion for Summary Judgment, Daubert Motion, and Motion to Strike<br>[*FILED UNDER SEAL pursuant to Court Order dated July 30, 2025*] |
| 2534-1 – 2534-16 | Public Exhibits 11-12, 17-19, 22-26, 28-33 to Omnibus Declaration of Adam B. Powell ISO Masimo's Motion for Summary Judgment, Daubert Motion, and Motion to Strike |
| 2588 | Apple's Opposition to Masimo's Daubert Motion<br>[*FILED UNDER SEAL pursuant to Court Order dated August 20, 2025*] |
| 2582-1 | Declaration of Thomas G. Sprankling ISO Apple's Opposition to Masimo's Daubert Motion |
| 2588-1 | Exhibit A to Declaration of Thomas G. Sprankling ISO Apple's Opposition to Masimo's Daubert Motion<br>[*FILED UNDER SEAL pursuant to Court Order dated August 20, 2025*] |
| 2582-3 – 2582-4 | Public Exhibits B and C to Declaration of Thomas G. Sprankling ISO Apple's Opposition to Masimo's Daubert Motion |

| Dkt. No. | Document |
|---|---|
| 2625 | Masimo's Reply Memorandum ISO Its Daubert Motion to Exclude Apple Experts [*FILED UNDER SEAL pursuant to Court Order dated August 27, 2025*] |
| 2612 | Supplemental Omnibus Declaration of Adam B. Powell ISO Masimo's Replies ISO Its Motion for Summary Judgment, Daubert Motion, and Motion to Strike |
| 2612-2 | Public Exhibit 2 to Supplemental Omnibus Declaration of Adam B. Powell ISO Masimo's Replies ISO Its Motion for Summary Judgment, Daubert Motion, and Motion to Strike |

### 3) MASIMO'S MOTION TO STRIKE PORTIONS OF APPLE'S EXPERT REPORTS

| Dkt. No. | Document |
|---|---|
| 2529 – 2529-1 | Notice of Masimo's Motion to Strike Portions of Apple's Expert Reports and [Proposed] Order |
| 2549 | Masimo's Memorandum ISO Masimo's Motion to Strike Portions of Apple's Expert Reports [*FILED UNDER SEAL pursuant to Court Order dated July 30, 2025*] |
| 2534 | Omnibus Declaration of Adam B. Powell ISO Masimo's Motion for Summary Judgment, Daubert Motion, and Motion to Strike |
| 2548-7, 2548-9, 2548-10 | Exhibits 7, 9, 10 to Omnibus Declaration of Adam B. Powell ISO Masimo's Motion for Summary Judgment, Daubert Motion, and Motion to Strike [*FILED UNDER SEAL pursuant to Court Order dated July 30, 2025*] |

| Dkt. No. | Document |
|---|---|
| 2534-1 – 2534-16 | Public Exhibits 11-12, 17-19, 22-26, 28-33 to Omnibus Declaration of Adam B. Powell ISO Masimo's Motion for Summary Judgment, Daubert Motion, and Motion to Strike |
| 2576 | Masimo's Notice of Errata Regarding Dkt. No. 2548-12 |
| 2570 | Apple Opposition to Masimo's Motion to Strike Portions of Apple's Expert Reports |
| 2570-1 | Declaration of Thomas G. Sprankling ISO Apple's Opposition to Masimo's Motion to Strike Portions of Apple's Expert Reports |
| 2570-2 – 2570-13 | Public Exhibits A-L to Declaration of Thomas G. Sprankling ISO Apple's Opposition to Masimo's Motion to Strike Portions of Apple's Expert Reports |
| 2626 | Masimo's Reply Memorandum ISO Its Motion to Strike Portions of Apple's Expert Reports [*FILED UNDER SEAL pursuant to Court Order dated August 27, 2025*] |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 28, 2025

By: */s/ Douglas B. Wentzel*
    Joseph R. Re
    Stephen C. Jensen
    Sheila N. Swaroop
    Brian C. Horne
    Brian C. Claassen
    Mark D. Kachner
    Adam B. Powell
    Kendall M. Loebbaka
    Daniel P. Hughes
    Douglas B. Wentzel

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.