1  MARK D. SELWYN, SBN 244180
    mark.selwyn@wilmerhale.com
2  THOMAS G. SPRANKLING, SBN 294831
    thomas.sprankling@wilmerhale.com
3  WILMER CUTLER PICKERING
    HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Tel.: 650.858.6000 / Fax: 650.858.6100

6  JOSHUA H. LERNER, SBN 220755
    joshua.lerner@wilmerhale.com
7  WILMER CUTLER PICKERING
    HALE AND DORR LLP
8  50 California Street, Suite 3600
   San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10  AMY K. WIGMORE, *pro hac vice*
     amy.wigmore@wilmerhale.com
11  WILMER CUTLER PICKERING
     HALE AND DORR LLP
12  2100 Pennsylvania Ave NW
    Washington, DC 20037
13  Tel.: 202.663.6000 / Fax: 202.663.6363

14  *Attorneys for Defendant Apple Inc.*

15

16  [Counsel list continues on next page]

17  **UNITED STATES DISTRICT COURT**
18  **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

19
20  MASIMO CORPORATION,                    CASE NO. 8:20-cv-00048-JVS (JDEx)
    a Delaware corporation; and
21  CERCACOR LABORATORIES, INC.,           **JOINT STIPULATION REGARDING**
    a Delaware corporation,                **BRIEFING SCHEDULE FOR**
22                                         **SUPPLEMENTAL DAMAGES**
              Plaintiffs,                  **BRIEFING DISCUSSED ON**
23                                         **SEPTEMBER 4, 2025**
         v.
24                                         Hon. James V. Selna
    APPLE INC.,
25  a California corporation,

              Defendant.
26
27
28

1  JOSEPH J. MUELLER, *pro hac vice*
     joseph.mueller@wilmerhale.com
2  SARAH R. FRAZIER, *pro hac vice*
     sarah.frazier@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  60 State Street
   Boston, MA 02109
5  Tel.: 617.526.6000 / Fax: 617.526.5000

6  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
8  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
9
   KENNETH G. PARKER, SBN 182911
10    ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
11 660 Anton Boulevard, Suite 700
   Costa Mesa, CA 92626
12 Tel.: 650.949.3014 / Fax: 949.202.3001

13 *Attorneys for Defendant Apple Inc.*

14
   Joseph R. Re (Bar No. 134479)
15 joseph.re@knobbe.com
   Stephen C. Jensen (Bar No. 149894)
16 steve.jensen@knobbe.com
   Sheila N. Swaroop (Bar No. 203476)
17 sheila.swaroop@knobbe.com
   Brian C. Claassen (Bar No. 253627)
18 brian.claassen@knobbe.com
   Kendall M. Loebbaka (Bar No. 285908)
19 kendall.loebbaka@knobbe.com
   Douglas B. Wentzel (Bar No. 313452)
20 douglas.wentzel@knobbe.com
   **Knobbe, Martens, Olson & Bear, LLP**
21 2040 Main Street, Fourteenth Floor
   Irvine, CA 92614
22 Phone: (949) 760-0404
   Fax: (949) 760-9502
23
   Adam B. Powell (Bar. No. 272725)
24 adam.powell@knobbe.com
   Daniel P. Hughes (Bar No. 299695)
25 daniel.hughes@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
26 3579 Valley Centre Drive
   San Diego, CA 92130
27 Phone: (858) 707-4000
   Fax: (858) 707-4001
28

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

Defendant Apple Inc. ("Apple") and Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") respectfully submit this stipulation regarding the briefing schedule and page limitations regarding Apple's supplemental brief regarding damages as discussed at the September 4, 2025 hearing. *See* 9/4/2025 Hr'g Tr. at 27-29.

The parties respectfully request that the Court enter the following schedule and page limitations.

| Event | Date |
|---|---|
| Apple's Five-Page Opening Supplemental Damages Brief | 9/15/2025 |
| Masimo's Seven-Page Opposition | 9/22/2025 |
| Apple's Two-Page Reply | 9/24/2025 |

SO STIPULATED.

The parties have attached a Proposed Order for the Court's consideration.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: September 15, 2025 | By: */s/ Mark D. Selwyn* <br> Mark D. Selwyn <br> Joshua H. Lerner <br> Amy K. Wigmore <br> Joseph J. Mueller <br> Sarah R. Frazier <br> Thomas G. Sprankling <br> Brian A. Rosenthal <br> Kenneth G. Parker <br><br> *Attorneys for Defendant Apple Inc.* |
|   | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: September 15, 2025 | By: */s/ Douglas B. Wentzel* <br> Joseph R. Re <br> Stephen C. Jensen <br> Sheila N. Swaroop <br> Brian C. Horne <br> Brian C. Claassen <br> Mark D. Kachner <br> Adam B. Powell <br> Kendall M. Loebbaka <br> Daniel P. Hughes <br> Douglas B. Wentzel <br><br> *Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.* |

2

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: September 15, 2025          By: */s/ Mark D. Selwyn*
                                          Mark D. Selwyn

3