**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER REGARDING BRIEFING SCHEDULE FOR SUPPLEMENTAL DAMAGES BRIEFING DISCUSSED ON SEPTEMBER 4, 2025 [2641]**<br><br>Hon. James V. Selna |

The Court, having considered the Parties' Joint Stipulation, and finding good cause, hereby GRANTS the stipulation and sets forth the following schedule and page limits:

| Event | Date |
|---|---|
| Apple's Five-Page Opening Supplemental Damages Brief | 9/15/2025 |
| Masimo's Seven-Page Opposition | 9/22/2025 |
| Apple's Two-Page Reply | 9/24/2025 |

**IT IS SO ORDERED.**

Dated: __September 17, 2025__

The Hon. James V. Selna
United States District Court Judge