Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313452)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**INDEX OF DOCUMENTS REGARDING MASIMO'S MOTIONS SET FOR HEARING ON OCTOBER 20, 2025**<br><br>Date:      October 20, 2025<br>Time:      11:00 a.m.<br>Location:  Courtroom 10C<br><br>Hon. James V. Selna |

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") provide the following index of opening documents filed in connection with Masimo's motions set for hearing on October 20, 2025:

1) Masimo's Motion *in Limine* No. 1, filed September 22, 2025;

2) Masimo's Motion *in Limine* No. 2, filed September 22, 2025; and

3) Masimo's Motion *in Limine* No. 3, filed September 22, 2025.

### 1) MASIMO'S MOTION *IN LIMINE* NO. 1

| Dkt. No. | Document |
|---|---|
| 2655 – 2555-1 | Masimo's Notice of Motion and Motion *in Limine* No. 1 to Exclude Certain Arguments Regarding Use of the Accused Devices and [Proposed] Order |
| 2655-2 | Masimo's Memorandum in Support of its Motion *in Limine* No. 1 to Exclude Certain Arguments Regarding Use of the Accused Devices |

### 2) MASIMO'S MOTION *IN LIMINE* NO. 2

| Dkt. No. | Document |
|---|---|
| 2658 – 2658-1 | Masimo's Notice of Motion and Motion *in Limine* No. 2 to Preclude Evidence and Argument Attempting to Construe "Patient Monitor" or "Patient" and [Proposed] Order |
| 2672 | Masimo's Memorandum in Support of its Motion *in Limine* No. 2 to Preclude Evidence and Argument Attempting to Construe "Patient Monitor" or "Patient" [*FILED UNDER SEAL pursuant to Court Order dated Sept. 24, 2025*] |

### 3) MASIMO'S MOTION *IN LIMINE* NO. 3

| Dkt. No. | Document |
|---|---|
| 2663 – 2663-1 | Masimo's Notice of Motion and Motion *in Limine* No. 3 to Preclude Argument Regarding Corporate Restructuring and [Proposed] Order |
| 2663-2 | Masimo's Memorandum in Support of Motion *in Limine* No. 3 to Preclude Argument Regarding Corporate Restructuring |
| 2665 | Omnibus Declaration of Adam B. Powell in Support of Masimo's Motions *in Limine* and Opposition to Apple's Supplemental Damages Brief |
| 2665-2 | Public Exhibit 2 to Omnibus Declaration of Adam B. Powell in Support of Masimo's Motions *in Limine* and Opposition to Apple's Supplemental Damages Brief |
| 2673 | Exhibit 1 to Omnibus Declaration of Adam B. Powell in Support of Masimo's Motions *in Limine* and Opposition to Apple's Supplemental Damages Brief [*FILED UNDER SEAL pursuant to Court Order dated Sept. 24, 2025*] |

///
///
///
///
///
///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: September 25, 2025 | By: */s/ Kendall M. Loebbaka* |
|   | Joseph R. Re<br>Stephen C. Jensen<br>Sheila N. Swaroop<br>Brian C. Horne<br>Brian C. Claassen<br>Mark D. Kachner<br>Adam B. Powell<br>Kendall M. Loebbaka<br>Daniel P. Hughes<br>Douglas B. Wentzel |
|   | Attorneys for Plaintiffs<br>MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC. |