Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313452)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Masimo,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S WITNESS LIST**<br><br>Pre-Trial Conf.:  10/20/2025<br>Trial:           11/04/2025<br><br>Hon. James V. Selna |

Pursuant to Local Rules 16-2 and 16-5, and the parties' agreement on pre-trial exchanges, Masimo sets forth below its list of witnesses it anticipates calling live or by sworn testimony as indicated below. Masimo includes in this witness list individuals who may be listed on Apple's witness list without waiving any right to object to Apple's presentation of such witnesses at trial, without waiving any objections to the admissibility of such testimony, and without waiving the right to move for the exclusion of any testimony.

Masimo reserves the right to modify, supplement, or amend its witness list in response to Apple's witness list, or any other circumstances that may occur between now and the conclusion of trial, to the extent permitted by the Federal Rules of Civil Procedure, the Local Rules, or Order of this Court. Masimo further reserves the right to call live or by deposition at trial any witness identified on Apple's witness list.

At this time, Masimo identifies the following witnesses for trial.

## I. WILL CALL LIVE

1. Ammar Al-Ali
2. Jim Bergman
3. Chris Brouse
4. Deidre Caldbeck
5. Mohamed Diab
6. Vijay Madisetti
7. Rebbecca Reed-Arthurs
8. Stephen Scruggs
9. Stephen Waydo

## II. MAY CALL LIVE OR BY SWORN TESTIMONY

1. Teddy Framhein
2. Eric Jue

|    |     |                             |
|----|-----|-----------------------------|
| 1  | 3.  | Afshad Mistri               |
| 2  | 4.  | Michael O'Reilly            |
| 3  | 5.  | Ian Shapiro                 |

### III. MAY CALL BY SWORN TESTIMONY

|    |      |                             |
|----|------|-----------------------------|
| 6  | 1.   | David Amor                  |
| 7  | 2.   | Molly Anderson              |
| 8  | 3.   | Ueyn Block                  |
| 9  | 4.   | Mathieu Charbonneau-Lefort  |
| 10 | 5.   | Tim Cook                    |
| 11 | 6.   | Sumbul Desai                |
| 12 | 7.   | Chinsan Han                 |
| 13 | 8.   | Tobias Harrison-Noonan      |
| 14 | 9.   | Steven Hotelling            |
| 15 | 10.  | Michael Jaynes              |
| 16 | 11.  | Brian Land                  |
| 17 | 12.  | Paul Mannheimer             |
| 18 | 13.  | Robert Mansfield            |
| 19 | 14.  | Divya Nag                   |
| 20 | 15.  | Marco Perez                 |
| 21 | 16.  | Adrian Perica               |
| 22 | 17.  | Mark Rollins                |
| 23 | 18.  | Fletcher Rothkopf           |
| 24 | 19.  | Peter Russell-Clarke        |
| 25 | 20.  | Mushtaq Sarwar              |
| 26 | 21.  | Denby Sellers               |
| 27 | 22.  | Jeff Williams               |

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: October 6, 2025 | By: */s/ Kendall M. Loebbaka* |
|   | Joseph R. Re |
|   | Stephen C. Jensen |
|   | Sheila N. Swaroop |
|   | Brian C. Horne |
|   | Brian C. Claassen |
|   | Mark D. Kachner |
|   | Adam B. Powell |
|   | Kendall M. Loebbaka |
|   | Daniel P. Hughes |
|   | Douglas B. Wentzel |
|   | Attorneys for Masimo |
|   | MASIMO CORPORATION and CERCACOR LABORATORIES, INC. |