Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313452)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**UPDATED INDEX OF DOCUMENTS REGARDING MASIMO'S MOTIONS SET FOR HEARING ON OCTOBER 20, 2025**<br><br>Date:      October 20, 2025<br>Time:      11:00 a.m.<br>Location:  Courtroom 10C<br><br>Hon. James V. Selna |

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") provide the following updated index of opening documents filed in connection with Masimo's motions set for hearing on October 20, 2025:

1) Masimo's Motion *in Limine* No. 1, filed September 22, 2025;

2) Masimo's Motion *in Limine* No. 2, filed September 22, 2025; and

3) Masimo's Motion *in Limine* No. 3, filed September 22, 2025.

### 1) MASIMO'S MOTION *IN LIMINE* NO. 1

| Dkt. No. | Document |
|---|---|
| 2655 – 2555-1 | Masimo's Notice of Motion and Motion *in Limine* No. 1 to Exclude Certain Arguments Regarding Use of the Accused Devices and [Proposed] Order |
| 2655-2 | Masimo's Memorandum in Support of its Motion *in Limine* No. 1 to Exclude Certain Arguments Regarding Use of the Accused Devices |
| 2702 | Apple's Opposition to Masimo's Motion *in Limine* No. 1 to Exclude Certain Arguments Regarding Use of the Accused Devices [*FILED UNDER SEAL pursuant to Court Order dated Sept. 30, 2025*] |
| 2691-1 | Declaration of Thomas G. Sprankling in Support of Apple's Opposition to Masimo's Motion *in Limine* No. 1 |
| 2691-2 – 2691-3 | Public Exhibits A and B to the Declaration of Thomas G. Sprankling in Support of Apple's Opposition to Masimo's Motion *in Limine* No. 1 |
| 2718 | Masimo's Reply in Support of Motion *in Limine* No. 1 to Exclude Certain Arguments Regarding Use of the Accused Devices |

## 2) MASIMO'S MOTION *IN LIMINE* NO. 2

| Dkt. No. | Document |
|---|---|
| 2658 – 2658-1 | Masimo's Notice of Motion and Motion *in Limine* No. 2 to Preclude Evidence and Argument Attempting to Construe "Patient Monitor" or "Patient" and [Proposed] Order |
| 2672 | Masimo's Memorandum in Support of its Motion *in Limine* No. 2 to Preclude Evidence and Argument Attempting to Construe "Patient Monitor" or "Patient" [*FILED UNDER SEAL pursuant to Court Order dated Sept. 24, 2025*] |
| 2703 | Apple's Opposition to Masimo's Motion *in Limine* No. 2 [*FILED UNDER SEAL pursuant to Court Order dated Sept. 30, 2025*] |
| 2694-1 | Declaration of Thomas G. Sprankling in Support of Apple's Opposition to Masimo's Motion *in Limine* No. 2 |
| 2694-2 – 2694-3 | Public Exhibits A and B to the Declaration of Thomas G. Sprankling in Support of Apple's Opposition to Masimo's Motion *in Limine* No. 2 |
| 2723-1 | Masimo's Reply in Support of its Motion *in Limine* No. 2 to Preclude Evidence and Argument Attempting to Construe "Patient Monitor" or "Patient" |
| 2726-1 | Supplemental Declaration of Adam B. Powell in Support of Masimo's Reply in Support of Masimo's Motion *in Limine* No. 2 |
| 2726-4, 2726-7, 2726-8, 2726-10 | Public Exhibits 8, 11-12, and 14 to the Supplemental Declaration of Adam B. Powell in Support of Masimo's Reply in Support of Masimo's Motion *in Limine* No. 2 |
| 2723-2 – 2723-6 | Exhibits 5-6, 9-10, and 13 to the Supplemental Declaration of Adam B. Powell in Support of Masimo's Reply in Support of Masimo's Motion *in Limine* No. 2 |

3) **MASIMO'S MOTION *IN LIMINE* NO. 3**

| Dkt. No. | Document |
|---|---|
| 2663 – 2663-1 | Masimo's Notice of Motion and Motion *in Limine* No. 3 to Preclude Argument Regarding Corporate Restructuring and [Proposed] Order |
| 2663-2 | Masimo's Memorandum in Support of Motion *in Limine* No. 3 to Preclude Argument Regarding Corporate Restructuring |
| 2665 | Omnibus Declaration of Adam B. Powell in Support of Masimo's Motions *in Limine* and Opposition to Apple's Supplemental Damages Brief |
| 2665-2 | Public Exhibit 2 to Omnibus Declaration of Adam B. Powell in Support of Masimo's Motions *in Limine* and Opposition to Apple's Supplemental Damages Brief |
| 2673 | Exhibit 1 to Omnibus Declaration of Adam B. Powell in Support of Masimo's Motions *in Limine* and Opposition to Apple's Supplemental Damages Brief [*FILED UNDER SEAL pursuant to Court Order dated Sept. 24, 2025*] |
| 2704 | Apple's Opposition to Masimo's Motion *in Limine* No. 3 to Preclude Argument Regarding Corporate Restructuring [*FILED UNDER SEAL pursuant to Court Order dated Sept. 30, 2025*] |
| 2728-1 | Masimo's Reply in Support of Masimo's Motion *in Limine* No. 3 to Preclude Argument Regarding Corporate Restructuring |
| 2730-1 | Supplemental Declaration of Adam B. Powell in Support of Masimo's Reply in Support of Masimo's Motion *in Limine* No. 3 |
| 2728-2 | Exhibit 5 to the Supplemental Declaration of Adam B. Powell in Support of Masimo's Reply in Support of Masimo's Motion *in Limine* No. 3 |

| Dkt. No. | Document |
|---|---|
| 2730-3 | Public Exhibit 6 to the Supplemental Declaration of Adam B. Powell in Support of Masimo's Reply in Support of Masimo's Motion *in Limine* No. 3 |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 9, 2025

By: */s/ Kendall M. Loebbaka*
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes
Douglas B. Wentzel

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.