**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

                Plaintiffs,

    v.

APPLE INC.,
a California corporation,

                Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL A DOCUMENT REGARDING ITS REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE PRESENTED IN THE TRADE SECRET TRIALS UNDER FRE 402 AND 403 [2717]**

ORDER GRANTING APPLE'S APPLICATION TO SEAL
CASE NO. 8:20-cv-00048-JVS (JDEx)

Document Regarding its Reply in Support of its Motion *in Limine* No. 2 to Exclude Evidence Presented in the Trade Secret Trials Under FRE 402 and 403 Adocuments, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application to File Under Seal is GRANTED.  Apple shall file under seal its Reply in Support of its Motion *in Limine* No. 2 to Exclude Evidence Presented in the Trade Secret Trials Under FRE 402 and 403.

A public redacted version shall be filed within seven daysl

**IT IS SO ORDERED.**

Dated: October 14, 2025

_____
The Hon. James V. Selna
United States District Court Judge