Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Nicholas M. Zovko (Bar No. 238248)
nicholas.zovko@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313452)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

[Counsel for Apple appears on next page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**JOINT STATEMENT OF CASE**<br><br>Pretrial Conf.: October 20, 2025<br>Trial: November 4, 2025 |

1  MARK D. SELWYN, SBN 244180
   mark.selwyn@wilmerhale.com
2  THOMAS G. SPRANKLING, SBN 294831
   thomas.sprankling@wilmerhale.com
3  WILMER CUTLER PICKERING
   HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Tel.: 650.858.6000 / Fax: 650.858.6100

6  JOSHUA H. LERNER, SBN 220755
   joshua.lerner@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  50 California Street, Suite 3600
   San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10 AMY K. WIGMORE, *pro hac vice*
   amy.wigmore@wilmerhale.com
11 WILMER CUTLER PICKERING
   HALE AND DORR LLP
12 2100 Pennsylvania Ave NW
   Washington, DC 20037
13 Tel.: 202.663.6000 / Fax: 202.663.6363

14 JOSEPH J. MUELLER, *pro hac vice*
   joseph.mueller@wilmerhale.com
15 SARAH R. FRAZIER, *pro hac vice*
   sarah.frazier@wilmerhale.com
16 WILMER CUTLER PICKERING
   HALE AND DORR LLP
17 60 State Street
   Boston, MA 02109
18 Tel.: 617.526.6000 / Fax: 617.526.5000

19 BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com
20 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
21 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539

22
   KENNETH G. PARKER, SBN 182911
23 ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
24 660 Anton Boulevard, Suite 700
   Costa Mesa, CA 92626
25 Tel.: 650.949.3014 / Fax: 949.202.3001

26 Attorneys for Defendant Apple Inc.

27

28

In this case, Plaintiff Masimo Corporation has brought a claim of patent infringement against defendant Apple Inc. Masimo owns U.S. Patent No. 10,433,776, which you will hear referred to as the '776 patent. In this trial, you may hear testimony or see documents from Cercacor, which was created by Masimo as a separate company, but Cercacor has no interest in the '776 patent.

Masimo contends that Apple has infringed certain claims of the '776 patent by importing into the United States, and offering for sale and selling in the United States, Apple Watches. Masimo contends that Apple infringed based on certain models of the Apple Watch with features called Workout Mode and High and Low Heart Rate Notifications. Masimo contends that Apple's infringement was willful. Masimo also seeks monetary damages in the form of a reasonable royalty for the period from January 9, 2020, when Masimo filed suit, through June 26, 2022, when the '776 patent expired.

Apple denies all of Masimo's claims. Apple contends that Apple Watches with the Workout Mode and High and Low Heart Rate Notification features do not infringe the '776 patent.

Apple also contends that the asserted claims of the '776 patent are invalid because the claimed inventions would have been obvious to a person of skill in the field of technology of the patent when the patent was first filed in 2001.

Apple contends that Masimo is not entitled to any damages because Apple has not infringed any valid claim.

/ / /

/ / /

|  |  |
|---|---|
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: October 20, 2025 | By: */s/ Nicholas M. Zovko*<br>Nicholas M. Zovko |
|  | Attorneys for Plaintiffs<br>MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC. |
|  | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: October 20, 2025 | By: */s/ Mark Selwyn*<br>Mark Selwyn |
|  | Attorneys for Defendant<br>APPLE INC. |

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: October 20, 2025    By: */s/ Nicholas M. Zovko*
                                                  Nicholas M. Zovko