# DENIED
## BY ORDER OF THE COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING MASIMO'S APPLICATION TO FILE UNDER SEAL THE OCTOBER 20, 2025 COMBINED PROPOSED JURY VERDICT FORMS AND OBJECTIONS TO JURY VERDICT FORMS [2752]** |

|   |   |
|---|---|
| 1 | Having considered Masimo's Application for Leave to File Under Seal |
| 2 | Portions of the October 20, 2025 Combined Proposed Jury Verdict Forms and |
| 3 | Objections to Jury Verdict Forms, and finding good cause therefor, the |
| 4 | Application is GRANTED. |

**IT IS HEREBY ORDERED THAT** Plaintiff Masimo Corporation may file under seal the October 20, 2025 Combined Proposed Jury Verdict Forms and Objections to Jury Verdict Forms.

**DENIED BY ORDER OF THE COURT**

DATED: October 21, 2025

The Honorable James V. Selna
United States District Judge

-1-