# DENIED
## BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING MASIMO'S APPLICATION TO FILE UNDER SEAL THE OCTOBER 20, 2025 JOINT PROPOSED JURY INSTRUCTIONS [2755]** |

1  Having considered Masimo's Application for Leave to File Under Seal
2  Portions of the October 20, 2025 Joint Proposed Jury Instructions, and finding
3  good cause therefor, the Application is GRANTED.
4  **IT IS HEREBY ORDERED THAT** Plaintiff Masimo Corporation may
5  file under seal the October 20, 2025 Joint Proposed Jury Instructions.

**DENIED**
BY ORDER OF THE COURT

7  DATED: October 21, 2025

8  The Honorable James V. Selna
   United States District Judge

10 The public is entitled to know how this high visibility case will be resolved by
   the jury. JVS October 21, 2025

-1-