UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    8:20-cv-00048-JVS(JDEx)                    Date    October 22, 2025

Title    Masimo Corporation et al v. Apple Inc.

Present: The Honorable    **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

Proceedings:    **[IN CHAMBERS] Order Re Jury Instructions**

The Court has received WordPerfect versions of a set of Joint Instructions; Appendix A, Masimo's Redlines to Model Instructions; and Appendix B, Apple's Redlines to Model Instructions.  Collectively, these pleadings amount to 258 pages.

The Court's Order re Jury Trials sets forth its requirements for jury instructions:

2. JURY INSTRUCTIONS, VERDICT FORMS, and VOIR DIRE:

.

Thirty days prior to trial, counsel shall meet and confer for the purpose of submitting a single packet of proposed jury instructions and objections. The packet shall contain all instructions desired by any party on all subjects, and shall be organized in the order to be given.
   • If an instruction is agreed and joint, it shall be so labeled.
   • If the parties submit alternatives instructions on a topic, they shall be labeled A, B, C etc. (e.g., Party A's Proposed Instruction No. 2A). Immediately behind the instruction, the party shall provide a statement of law in support of its version and any legal objection to the other party's proposal.
   • If only one party submits an instruction on a topic, the party shall provide immediately behind the instruction a statement of law in support of its instruction. If there is any opposition, it shall appear immediately behind the proponent's statement. The single packet shall be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    8:20-cv-00048-JVS(JDEx)                          Date    October 22, 2025

Title    Masimo Corporation et al v. Apple Inc.

filed no later than seven days prior to the trial. At the same time, the parties shall also submit a WordPefect version to JVS_Chambers@cacd.uscourts.gov e-mail box. The Court will entertain such additional instructions as may be warranted by the evidence offered at trial.  If a proposed instruction is a modification of a pattern instruction, such as a Ninth Circuit Model Instruction or a CACI instruction, the proponent shall also include in the packet a version showing all deletions and additions to the pattern instruction, using bolding, italic, strike outs or similar means. (Docket No. 36; emphasis supplied.)

The present submission does not comply.

Presently, the Court would need to work from three separate documents, although two are labeled as Appendices.  The Joint Set has consistent formatting errors, including different font sizes, different spacing, double margins, etc.

To be clear, the Court wants one packet for each instruction including where applicable: .

A clean Instruction with authorities
A redlined version where the source is a pattern instruction
Objections
A clean Alternate Instruction with authorities
A redlined version where the source is a pattern instruction
Objections

Particularly for settling instructions, a single packet facilitates the discussion.

The Court directs the parties to submit complying instructions as soon as possible.

Because the parties have appeared before the Court previously, they are familiar with the Court's approach to settling instructions.  The Court strongly prefers standard instructions.  The Court is unlikely to entertain word smithing of those instructions.  The Court will entertain special instructions only where the facts of the case

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:20-cv-00048-JVS(JDEx) | Date | October 22, 2025 |
|---|---|---|---|

| Title | Masimo Corporation et al v. Apple Inc. |
|---|---|

warrant such instruction.  If further discussion would assist, the Court is prepared to set up a conference call.

The jury instructions will require substantial attention, and the Court is prepared to devote it.  The Court will not start the trial until it has had an adequate opportunity to prepare an initial draft of the Court's instructions.

**IT IS SO ORDERED.**