MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

*Attorneys for Defendant Apple Inc.*

[Counsel list continues on next page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR APPLE'S MOTION FOR RECONSIDERATION OF *DAUBERT* RULING BARRING DR. RAJA'S TESTIMONY**<br><br>Hon. James V. Selna |

1  JOSEPH J. MUELLER, *pro hac vice*
     joseph.mueller@wilmerhale.com
2  SARAH R. FRAZIER, *pro hac vice*
     sarah.frazier@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  60 State Street
   Boston, MA 02109
5  Tel.: 617.526.6000 / Fax: 617.526.5000

6  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
8  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
9
   KENNETH G. PARKER, SBN 182911
10    ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
11 660 Anton Boulevard, Suite 700
   Costa Mesa, CA 92626
12 Tel.: 650.949.3014 / Fax: 949.202.3001

13 *Attorneys for Defendant Apple Inc.*

14
    Joseph R. Re (Bar No. 134479)
15  joseph.re@knobbe.com
    Stephen C. Jensen (Bar No. 149894)
16  steve.jensen@knobbe.com
    Sheila N. Swaroop (Bar No. 203476)
17  sheila.swaroop@knobbe.com
    Brian C. Claassen (Bar No. 253627)
18  brian.claassen@knobbe.com
    Nicholas M. Zovko (Bar No. 238248)
19  nicholas.zovko@knobbe.com
    Kendall M. Loebbaka (Bar No. 285908)
20  kendall.loebbaka@knobbe.com
    Douglas B. Wentzel (Bar No. 313452)
21  douglas.wentzel@knobbe.com
    **Knobbe, Martens, Olson & Bear, LLP**
22  2040 Main Street, Fourteenth Floor
    Irvine, CA 92614
23  Phone: (949) 760-0404
    Fax: (949) 760-9502
24
    Adam B. Powell (Bar. No. 272725)
25  adam.powell@knobbe.com
    Daniel P. Hughes (Bar No. 299695)
26  daniel.hughes@knobbe.com
    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
27  3579 Valley Centre Drive
    San Diego, CA 92130
28  Phone: (858) 707-4000
    Fax: (858) 707-4001

1  Brian C. Horne (Bar No. 205621)
   brian.horne@knobbe.com
2  Mark D. Kachner (Bar No. 234192)
   mark.kachner@knobbe.com
3  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 400
4  Los Angeles, CA 90067
   Phone: (310) 551-3450
5  Fax: (310) 551-3458

6  *Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

Defendant Apple Inc. ("Apple") and Plaintiff Masimo Corporation ("Masimo") respectfully submit this stipulation regarding a briefing schedule and page limitations for Apple's motion for reconsideration of the October 17, 2025 *Daubert* ruling barring the testimony of Apple's witness Dr. Ali Raja.

The parties have agreed to a briefing schedule to address this issue in the time that remains before trial. The parties therefore respectfully request that the Court enter the following schedule and page limitations for Apple's motion for reconsideration, with the motion to be decided on the papers unless this Court determines a hearing would be useful:

| Event | Date |
|---|---|
| Apple's Three-Page Motion for Reconsideration | 10/23/2025 |
| Masimo's Three-Page Opposition | 10/27/2025 |

SO STIPULATED.

The parties have attached a Proposed Order for the Court's consideration.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: October 23, 2025 | By: */s/ Mark D. Selwyn*<br>Mark D. Selwyn<br>Joshua H. Lerner<br>Amy K. Wigmore<br>Joseph J. Mueller<br>Sarah R. Frazier<br>Thomas G. Sprankling<br>Brian A. Rosenthal<br>Kenneth G. Parker<br><br>*Attorneys for Defendant Apple Inc.* |
|   | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: October 23, 2025 | By: */s/ Nicholas M. Zovko*<br>Joseph R. Re<br>Stephen C. Jensen<br>Sheila N. Swaroop<br>Brian C. Horne<br>Brian C. Claassen<br>Nicholas M. Zovko<br>Mark D. Kachner<br>Adam B. Powell<br>Kendall M. Loebbaka<br>Daniel P. Hughes<br>Douglas B. Wentzel<br><br>*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.* |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: October 23, 2025        By: */s/ Mark D. Selwyn*
                                    Mark D. Selwyn