# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR APPLE'S MOTION FOR RECONSIDERATION OF *DAUBERT* RULING BARRING DR. RAJA'S TESTIMONY**<br><br>Hon. James V. Selna |

The Court, having considered the Parties' Joint Stipulation, and finding good cause, hereby GRANTS the stipulation and sets forth the following schedule and page limits for Apple's motion for reconsideration, which will be decided on the papers:

| Event | Date |
|---|---|
| Apple's Three-Page Motion for Reconsideration | 10/23/2025 |
| Masimo's Three-Page Opposition | 10/27/2025 |

**IT IS SO ORDERED.**

Dated: _____

The Hon. James V. Selna
United States District Court Judge