FILED
CLERK, U.S. DISTRICT COURT
10/29/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Masimo Corporation et al, | ) | **8:20-cv-00048-JVS(JDEx)** |
| Plaintiff, | ) | |
| vs. | ) | COURT'S EXHIBIT A |
| Apple Inc., | ) | |
| Defendant. | ) | |

**Elsa Vargas**

| | |
|---|---|
| **From:** | Elsa Vargas |
| **Sent:** | Wednesday, October 29, 2025 8:07 AM |
| **To:** | James Selna |
| **Subject:** | FW: 8:20-cv-00048-JVS-JDE Masimo Corporation et al v. Apple Inc. |
| **Attachments:** | Updated Masimo Jury Questionnaire(Track changes).wpd; Updated Masimo Jury Questionnaire(Track changes).pdf |

Good morning Judge,

Counsel for Apple indicates in the email below that they do not have any changes to the questionnaire while Masimo does propose some changes which they have attached. Apple would like jurors that answer affirmatively to be questioned out of the presence of the rest of the jury pool, while Masimo defers to the Court.

Thanks.



ELSA VARGAS
COURTROOM DEPUTY TO THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL DISTRICT COURT
411 West Fourth Street
Santa Ana, CA 92701
Office: 714-338-4768
Email: Elsa_Vargas@cacd.uscourts.gov

**From:** Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>
**Sent:** Tuesday, October 28, 2025 2:58 PM
**To:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; JVSChambers <JVS_Chambers@cacd.uscourts.gov>; 2Jcb <2Jcb@knobbe.com>; Bor-Zale, James <James.Bor-Zale@wilmerhale.com>; Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>; Adam Powell <Adam.Powell@knobbe.com>; akaounis@gibsondunn.com; Burton, Alison <Alison.Burton@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; andrea.levenson@haynesboone.com; andrewguilford@judicatewest.com; Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; bburoker@gibsondunn.com; Ben Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>; Ben Shiroma <Ben.Shiroma@knobbe.com>; Brian Claassen <Brian.Claassen@knobbe.com>; Brian Horne <Brian.Horne@knobbe.com>; Amadi, Brittany <Brittany.Amadi@wilmerhale.com>; BRosenthal@gibsondunn.com; Daniel Hughes <Daniel.Hughes@knobbe.com>; Yin, David <David.Yin@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Massa, Dominic <Dominic.Massa@wilmerhale.com>; Douglas Wentzel <Douglas.Wentzel@knobbe.com>; eric.rusnak@pillsburylaw.com; guziord@sullcrom.com; iancua@sullcrom.com; Irfan Lateef <irfan.lateef@knobbe.com>; isamplin@gibsondunn.com; Lyons, James M. <James.Lyons@wilmerhale.com>; jamie.youngblood@knobbe.com; Jason.Lao@haynesboone.com; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; Anapol, Jeremy <jeremy.anapol@morganlewis.com>; jlo@gibsondunn.com; Mueller, Joseph <Joseph.Mueller@wilmerhale.com>; Joe Re <Joe.Re@knobbe.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; justin.gillett_knobbe.com <Justin.gillett@knobbe.com>; ken.parker@haynesboone.com; Mark Kachner <Mark.Kachner@knobbe.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; matthewtraupman@quinnemanuel.com; michael.zeliger@pillsburylaw.com; mlewis@lewisllewellyn.com; mlyon@gibsondunn.com; Garcia, Nina <Nina.Garcia@wilmerhale.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Perry Oldham <Perry.Oldham@knobbe.com>; Deol, Ravi <Ravi.Deol@wilmerhale.com>; rvincent@gibsondunn.com; Sheila Swaroop <Sheila.Swaroop@knobbe.com>; Stephen

Larson <Stephen.Larson@knobbe.com>; Steve Jensen <Steve.Jensen@knobbe.com>; stevencherny@quinnemanuel.com; tsnyder@lewisllewellyn.com
**Subject:** RE: 8:20-cv-00048-JVS-JDE Masimo Corporation et al v. Apple Inc.

**CAUTION - EXTERNAL:**

Dear Ms. Vargas,

Masimo requests that the Court modify the jury questionnaire as shown in the attached document. Masimo had proposed these edits to Apple before Apple wrote to you. Masimo defers to the Court whether to question jurors individually outside the presence of the rest of the jury pool.

Respectfully,
Kendall

**Kendall Loebbaka**
Partner
949-721-7687 Direct
**Knobbe Martens**

---

**From:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Sent:** Tuesday, October 28, 2025 2:03 PM
**To:** JVSChambers <JVS_Chambers@cacd.uscourts.gov>; 2Jcb <2Jcb@knobbe.com>; Bor-Zale, James <James.Bor-Zale@wilmerhale.com>; Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>; Adam Powell <Adam.Powell@knobbe.com>; akaounis@gibsondunn.com; Burton, Alison <Alison.Burton@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; andrea.levenson@haynesboone.com; andrewguilford@judicatewest.com; Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; bburoker@gibsondunn.com; Ben Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>; Ben Shiroma <Ben.Shiroma@knobbe.com>; Brian Claassen <Brian.Claassen@knobbe.com>; Brian Horne <Brian.Horne@knobbe.com>; Amadi, Brittany <Brittany.Amadi@wilmerhale.com>; BRosenthal@gibsondunn.com; Daniel Hughes <Daniel.Hughes@knobbe.com>; Yin, David <David.Yin@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Massa, Dominic <Dominic.Massa@wilmerhale.com>; Douglas Wentzel <Douglas.Wentzel@knobbe.com>; eric.rusnak@pillsburylaw.com; guziord@sullcrom.com; iancua@sullcrom.com; Irfan Lateef <irfan.lateef@knobbe.com>; isamplin@gibsondunn.com; Lyons, James M. <James.Lyons@wilmerhale.com>; jamie.youngblood@knobbe.com; Jason.Lao@haynesboone.com; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; Anapol, Jeremy <jeremy.anapol@morganlewis.com>; jlo@gibsondunn.com; Mueller, Joseph <Joseph.Mueller@wilmerhale.com>; Joe Re <Joe.Re@knobbe.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; Justin Gillett <Justin.Gillett@knobbe.com>; ken.parker@haynesboone.com; Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>; Mark Kachner <Mark.Kachner@knobbe.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; matthewtraupman@quinnemanuel.com; michael.zeliger@pillsburylaw.com; mlewis@lewisllewellyn.com; mlyon@gibsondunn.com; Garcia, Nina <Nina.Garcia@wilmerhale.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Perry Oldham <Perry.Oldham@knobbe.com>; Deol, Ravi <Ravi.Deol@wilmerhale.com>; rvincent@gibsondunn.com; Sheila Swaroop <Sheila.Swaroop@knobbe.com>; Stephen Larson <Stephen.Larson@knobbe.com>; Steve Jensen <Steve.Jensen@knobbe.com>; stevencherny@quinnemanuel.com; tsnyder@lewisllewellyn.com
**Subject:** RE: 8:20-cv-00048-JVS-JDE Masimo Corporation et al v. Apple Inc.

Dear Ms. Vargas,

Apple does not have any comments on the questionnaire. As discussed at the pre-trial conference, Apple requests that individuals who answer in the affirmative be questioned outside the presence of the rest of the jury pool.

Thank you,
Sarah

---

**From:** JVSChambers <JVS_Chambers@cacd.uscourts.gov>
**Sent:** Monday, October 27, 2025 6:32 PM
**To:** 2jcb@knobbe.com; Bor-Zale, James <James.Bor-Zale@wilmerhale.com>; Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>; adam.powell@knobbe.com; akaounis@gibsondunn.com; Burton, Alison <Alison.Burton@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; andrea.levenson@haynesboone.com; andrewguilford@judicatewest.com; Curtis, Annaleigh <Annaleigh.Curtis@wilmerhale.com>; bburoker@gibsondunn.com; ben.katzenellenbogen@kmob.com; ben.shiroma@knobbe.com; brian.claassen@knobbe.com; brian.horne@knobbe.com; Amadi, Brittany <Brittany.Amadi@wilmerhale.com>; BRosenthal@gibsondunn.com; daniel.hughes@knobbe.com; Yin, David <David.Yin@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Massa, Dominic <Dominic.Massa@wilmerhale.com>; douglas.wentzel@knobbe.com; eric.rusnak@pillsburylaw.com; guziord@sullcrom.com; iancua@sullcrom.com; irfan.lateef@knobbe.com; isamplin@gibsondunn.com; Lyons, James M. <James.Lyons@wilmerhale.com>; jamie.youngblood@knobbe.com; Jason.Lao@haynesboone.com; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; jeremy.anapol@morganlewis.com; jlo@gibsondunn.com; Mueller, Joseph <Joseph.Mueller@wilmerhale.com>; joseph.re@knobbe.com; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; justin.gillett_knobbe.com <Justin.gillett@knobbe.com>; ken.parker@haynesboone.com; kendall.loebbaka@knobbe.com; mark.kachner@knobbe.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; matthewtraupman@quinnemanuel.com; michael.zeliger@pillsburylaw.com; mlewis@lewisllewellyn.com; mlyon@gibsondunn.com; Garcia, Nina <Nina.Garcia@wilmerhale.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; perry.oldham@knobbe.com; Deol, Ravi <Ravi.Deol@wilmerhale.com>; rvincent@gibsondunn.com; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; sheila.swaroop@knobbe.com; stephen.larson@knobbe.com; steve.jensen@knobbe.com; stevencherny@quinnemanuel.com; tsnyder@lewisllewellyn.com
**Subject:** 8:20-cv-00048-JVS-JDE Masimo Corporation et al v. Apple Inc.

**EXTERNAL SENDER**

Good afternoon counsel,

Please find attached an updated questionnaire for your review.

Thank you.



ELSA VARGAS
COURTROOM DEPUTY TO THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL DISTRICT COURT
411 West Fourth Street
Santa Ana, CA 92701
Office: 714-338-4768
Email: Elsa_Vargas@cacd.uscourts.gov