# EXHIBIT 1

| | |
|---|---|
| **From:** | Nicholas Zovko |
| **To:** | Bor-Zale, James; Deol, Ravi; WH Apple-Masimo Service List; Apple-Masimo; Apple-Masimo |
| **Cc:** | Masimo.Apple; Douglas Wentzel; iancua@sullcrom.com; Dustin Guzior; stevencherny@quinnemanuel.com; Matthew Traupman |
| **Subject:** | RE: Masimo v Apple - No. 8:20-cv-00048-JVS-JDE \| Narrowing Grounds |
| **Date:** | Sunday, November 2, 2025 8:47:00 PM |

James,

Thank you for your email.  Masimo will not be pursuing willful infringement.  We disagree with Apple's interpretation of the Court's ruling, particularly considering Masimo's decision to forego willful infringement.  Apple no longer can attempt to offer fact witnesses' beliefs relating to claim interpretation, infringement, or invalidity.  Apple has provided no basis for relevance now that willful infringement is out of the case.  Nor can Apple offer fact witness testimony as expert opinions.  Masimo will be asking the Court to confirm that Apple cannot offer such testimony.

In view of the parties' narrowing the issues for trial, we will send you updated versions of the Joint Statement of Case and Initial Proposed Jury Instruction No. 4A and 4B so that the parties can file the updated versions tomorrow.

Regards,

Nick

**Nicholas Zovko**
Partner
Nicholas.Zovko@knobbe.com
949-721-5295 **Direct**
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/nicholas-zovko

---

**From:** Bor-Zale, James <James.Bor-Zale@wilmerhale.com>
**Sent:** Sunday, November 2, 2025 6:41 PM
**To:** Nicholas Zovko <Nicholas.Zovko@knobbe.com>; Deol, Ravi <Ravi.Deol@wilmerhale.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Apple-Masimo <Apple-Masimo@haynesboone.com>; Apple-Masimo <apple-masimo@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; Douglas Wentzel <Douglas.Wentzel@knobbe.com>; iancua@sullcrom.com; Dustin Guzior <guziord@sullcrom.com>; stevencherny@quinnemanuel.com; Matthew Traupman <matthewtraupman@quinnemanuel.com>
**Subject:** RE: Masimo v Apple - No. 8:20-cv-00048-JVS-JDE \| Narrowing Grounds

Nick,

**Exhibit 1**
-4-

Thank you for confirming Masimo withdraws its allegations with respect to Workout Mode and will no longer suggest that Workout Mode infringes the '776 patent.

The Court's Final Order Regarding Motions *in Limine* denied Masimo's request to prohibit certain engineers from offering testimony regarding "patient monitor."  The Court's Order holds that Apple's fact witnesses are permitted to "testify as to their understanding of the functionality of the Apple Watch and whether it would be a 'patient monitor,' in view of their understanding of the plain and ordinary meaning of that term."  Dkt. 2778 at 3.  This holding is independent of Masimo's willfulness allegations.  Apple's witnesses will testify consistent with the Court's Order.

Regards,
James

**James Bor-Zale | WilmerHale**
+1 617 526 6079 (t)

**From:** Nicholas Zovko <Nicholas.Zovko@knobbe.com>
**Sent:** Sunday, November 2, 2025 8:19 AM
**To:** Deol, Ravi <Ravi.Deol@wilmerhale.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Apple-Masimo <Apple-Masimo@haynesboone.com>; Apple-Masimo <apple-masimo@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; Douglas Wentzel <Douglas.Wentzel@knobbe.com>; iancua@sullcrom.com; Dustin Guzior <guziord@sullcrom.com>; stevencherny@quinnemanuel.com; Matthew Traupman <matthewtraupman@quinnemanuel.com>
**Subject:** RE: Masimo v Apple - No. 8:20-cv-00048-JVS-JDE | Narrowing Grounds

**EXTERNAL SENDER**

Counsel,

Thank you for your email narrowing the issues for trial.  In the parties' continuing efforts to streamline trial, Masimo no longer will present allegations that the Workout Mode feature causes the Apple Watch to infringe.

Masimo also no longer will present allegations that any infringement was willful, contingent on Apple's compliance with the Court's prior ruling.  The Court previously ruled: "[Apple fact witnesses] may not define the term 'patient monitor' for the jury or provide an opinion on the ultimate issue of infringement.  To the extent the witnesses can testify as to their subjective beliefs about whether the Apple Watch infringed the

Exhibit 1
-5-

'776 Patent during the limited period relevant to the willful infringement issue, that testimony may be admissible." Dkt. 2778 (Final MIL Order) at 3. Given Masimo's contingent decision no longer to pursue willful infringement, we understand that no Apple fact witness will testify on claim interpretation, non-infringement, or invalidity (whether framed as subjective beliefs or otherwise). If Apple disagrees, please let us know immediately in which case Masimo will raise the issue with the Court.

Regards,

Nick

**Nicholas Zovko**
Partner
Nicholas.Zovko@knobbe.com
949-721-5295 Direct

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/nicholas-zovko

---

**From:** Deol, Ravi <Ravi.Deol@wilmerhale.com>
**Sent:** Friday, October 31, 2025 10:39 PM
**To:** Douglas Wentzel <Douglas.Wentzel@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; iancua@sullcrom.com; Dustin Guzior <guziord@sullcrom.com>; stevencherny@quinnemanuel.com; Matthew Traupman <matthewtraupman@quinnemanuel.com>
**Cc:** Apple-Masimo <Apple-Masimo@haynesboone.com>; Apple-Masimo <apple-masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** Masimo v Apple - No. 8:20-cv-00048-JVS-JDE | Narrowing Grounds

Counsel,

To streamline for trial, Apple narrows its obviousness grounds for the asserted claims to the Nonin Onyx 9500 Product in combination with U.S. Patent No. 6,553,242 ("SPO Medical").

Apple reserves the right to present evidence at trial concerning the state of the art addressed in Dr. Warren's expert reports to provide technology background, to corroborate the prior art, and to address objective considerations and/or damages.

Best regards,

**Ravi Deol | WilmerHale**
1225 17th St., Suite 2600
Denver, CO 80202
+1 720 598 3459 (t)

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

Exhibit 1
-6-

-7-

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**Exhibit 1**
**-7-**