1    MARK D. SELWYN, SBN 244180
       mark.selwyn@wilmerhale.com
2    THOMAS G. SPRANKLING, SBN 294831
     thomas.sprankling@wilmerhale.com
3    WILMER CUTLER PICKERING
       HALE AND DORR LLP
4    2600 El Camino Real, Suite 400
     Palo Alto, CA 94306
5    Tel.: 650.858.6000 / Fax: 650.858.6100

6    JOSHUA H. LERNER, SBN 220755
       joshua.lerner@wilmerhale.com
7    WILMER CUTLER PICKERING
       HALE AND DORR LLP
8    50 California Street, Suite 3600
     San Francisco, CA 94111
9    Tel.: 628.235.1000 / Fax: 628.235.1001

10   AMY K. WIGMORE, *pro hac vice*
     amy.wigmore@wilmerhale.com
11   WILMER CUTLER PICKERING
       HALE AND DORR LLP
12   2100 Pennsylvania Ave NW
     Washington, DC 20037
13   Tel.: 202.663.6000 / Fax: 202.663.6363

14   [Counsel appearance continues on next page]

15   *Attorneys for Defendant Apple Inc.*

16                    **UNITED STATES DISTRICT COURT**
17          **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| 18  MASIMO CORPORATION, a Delaware corporation; and | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| 19  CERCACOR LABORATORIES, INC., a Delaware corporation, | **APPLE'S NOTICE REGARDING DEFINITIONS OF "PATIENT" AND "PATIENT MONITOR" IN JURY NOTEBOOK** |
| 20                            Plaintiffs, | |
| 21          v. | |
| 22  APPLE INC., | |
| 23  a California corporation, | |
| 24                            Defendant. | |

25

26

27

28

1   JOSEPH J. MUELLER, *pro hac vice*
      joseph.mueller@wilmerhale.com
2   SARAH R. FRAZIER, *pro hac vice*
      sarah.frazier@wilmerhale.com
3   WILMER CUTLER PICKERING
      HALE AND DORR LLP
4   60 State Street
    Boston, MA 02109
5   Tel.: 617.526.6000 / Fax: 617.526.5000

6   BRIAN A. ROSENTHAL, *pro hac vice*
      brosenthal@gibsondunn.com
7   GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
8   New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
9
    KENNETH G. PARKER, SBN 182911
10    Ken.parker@haynesboone.com
    HAYNES AND BOONE, LLP
11  660 Anton Boulevard, Suite 700
    Costa Mesa, CA 92626
12  Tel.: 650.949.3014 / Fax: 949.202.3001

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE'S NOTICE REGARDING DEFINITIONS IN JURY NOTEBOOKS

CASE NO. 8:20-cv-00048-JVS (JDEx)

1    The Court has indicated that—at least as of the start of the trial—the Court will
2  not inform the jury of the Court's analyses of the claim terms "patent" and "patient
3  monitor" that are set out in the Court's final order on the parties' summary judgment
4  and *Daubert* motions.  Dkt. 2745 at 10, 11 ("patient monitor"); *id.* at 18 ("patient").
5  Apple respectfully submits that the jury would benefit from receiving the Court's
6  guidance on those claim terms—with the jury being told (consistent with the Court's
7  orders referenced above) that:

8        • "**patient**" means "a person receiving care from a medical professional" and
9        • "**patient monitor**" means "a device used on a person receiving care from
10          a medical professional, that should not miss events."

11    Apple's position is that the juror notebooks should contain these interpretations.
12  Given Masimo's objection to that position—and given the Court's view that the Court
13  will not provide this guidance to the jury at the outset of the case—Apple understands
14  that the trial will begin without the jury receiving these interpretations.

15    Apple submits this document to make clear its position that formal claim
16  construction—simply memorializing this Court's prior analyses referenced above—is
17  necessary for these two terms.  Apple respectfully submits that as the trial unfolds, it
18  will become even more apparent that Masimo's infringement allegations diverge from
19  the proper meaning of these claim terms—and that the jury must receive guidance as to
20  the proper meaning of those terms.  *O2 Micro Int'l Ltd. v. Beyond Innovation Tech. Co.*,
21  521 F.3d 1351, 1361-1362 (Fed. Cir. 2008).

22
23
24
25
26
27
28

1    Dated:  November 4, 2025                Respectfully submitted,

2

3                                            MARK D. SELWYN
                                             AMY K. WIGMORE
4                                            JOSHUA H. LERNER
                                             JOSEPH J. MUELLER
5                                            SARAH R. FRAZIER
                                             THOMAS G. SPRANKLING
6                                            WILMER CUTLER PICKERING HALE AND
7                                            DORR LLP

8

9                                            BRIAN A. ROSENTHAL
                                             GIBSON, DUNN & CRUTCHER LLP
10

11                                           KENNETH G. PARKER
                                             HAYNES AND BOONE, LLP
12

13

14
                                             By:  /s/ Mark D. Selwyn
15                                                 Mark D. Selwyn

16

17                                           *Attorneys for Defendant Apple Inc.*

18

19

20

21

22

23

24

25

26

27

28