# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 8:20-cv-00048-JVS(JDEx) |
| Title: | Masimo Corporation et al v. Apple Inc. |
| Date | November 4, 2025 |

Present: The Honorable  **JAMES V. SELNA, UNITED STATES DISTRICT JUDGE**

| Elsa Vargas | Sharon Seffens / Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Brian Horne, Brian Claassen, Sheila Swaroop | Joseph Mueller, Sarah Frazier, Amy Wigmore, Mark Selwyn |

\_\_\_\_ Day Court Trial    1st Day Jury Trial

\_\_\_\_ One day trial:   **X** Begun (1st day);   **X** Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

**X** The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by _____

\_\_\_\_ Witnesses called, sworn, and testified.   \_\_\_\_ Exhibits Identified   \_\_\_\_ Exhibits admitted.

\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.

\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court pre-instructs jury.

\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.

\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.

\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.

\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.

\_\_\_\_ Judgment by Court for _____   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).

\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by _____

\_\_\_\_ Motion to dismiss by _____   is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Motion for mistrial by _____   is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Motion for Judgment/Directed Verdict by _____   is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.

\_\_\_\_ Settlement reached and placed on the record.

\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_\_ Counsel stipulates to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to   November 5, 2025, at 9:00 a.m.   for further trial/further jury deliberation.

\_\_\_\_ Other:

                                        04 : 44

Initials of Deputy Clerk   eva

cc: