**FILED**
CLERK, U.S. DISTRICT COURT
11/5/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation et al,<br><br>    Plantiff,<br><br>  vs.<br><br>Apple, Inc.,<br><br><br><br>    Defendants. | **8:20-cv-00048-JVS(JDEx)**<br><br>COURT'S RULINGS ON MASIMO'S DESIGNATIONS (MISTRI, NAG) |

1

### F. Mistri, Afshad (10/27/2023 Deposition)

| No. | Designation | Objection | Response |
| --- | --- | --- | --- |
| 48. | 95:1-5 | **Apple Objection**: IR, 403 This testimony from a separate case is irrelevant and unduly prejudicial because it concerns the unaccused Irregular Heart Rate Rhythm Notifications and the ECG app. | **Masimo Response**: Masimo did not affirmatively designate this testimony but designated it as a counter-counter because *Apple* designated testimony about those features (*see* 21:17-22:9, 23:4-14, 113:7-12, 113:15-22) and the testimony concerns the "heart rate notifications" feature. |
| 49. | 95:7-8 | **Apple Objection**: IR, 403 This testimony from a separate case is irrelevant and unduly prejudicial because it concerns the unaccused Irregular Heart Rate Rhythm Notifications and the ECG app. | **Masimo Response**: Masimo did not affirmatively designate this testimony but designated it as a counter-counter because *Apple* designated testimony about those features (*see* 21:17-22:9, 23:4-14, 113:7-12, 113:15-22). |
| 50. | 114:2-8 | **Apple Objection**: IR, 403 This testimony from a separate case is irrelevant and unduly prejudicial because it concerns the unaccused Irregular Heart Rate Rhythm Notifications and the ECG app. | **Masimo Response**: Masimo did not affirmatively designate this testimony but designated it as a counter-counter because *Apple* designated testimony about those features (*see* 21:17-22:9, 23:4-14, 113:7-12, 113:15-22). |

| No. | Designation | Objection | Response |
|-----|-------------|-----------|----------|
| 54. | 56:1 - 56:10 | **Apple Objection**: IR, 403 The designation is about generic studies unrelated to the accused features and risks confusion and undue prejudice if Masimo suggests it is related to the accused features since the subject matter is not specified. O/R | **Masimo Response**: The testimony is relevant and not unduly prejudicial because it discusses clinical studies involving collection of "physiological parameters" on Apple Watch and other testimony makes clear that some of those studies involve heart rate. |
| 55. | 56:13 - 56:17 O/R 10.5.25 JvJ | **Apple Objection**: IR, 403 The designation is about generic studies unrelated to the accused features and risks confusion and undue prejudice if Masimo suggests it is related to the accused features since the subject matter is not specified. | **Masimo Response**: The testimony is relevant and not unduly prejudicial because it discusses clinical studies involving collection of "physiological parameters" on Apple Watch and other testimony makes clear that some of those studies involve heart rate. |
| 56. | 88:1 - 88:10 | **Apple Objection**: IR, 403 The designation is about generic studies unrelated to the accused features and risks confusion and undue prejudice if Masimo suggests it is related to the accused features since the subject matter is not specified. O/R | **Masimo Response**: The testimony is relevant and not unduly prejudicial because it discusses clinical studies involving collection of "physiological parameters" on Apple Watch and other testimony makes clear that some of those studies involve heart rate. |