FILED
CLERK, U.S. DISTRICT COURT
11/7/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____eva_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation et al,<br><br>　　　　Plantiff,<br><br>　　vs.<br><br>Apple, Inc.,<br><br><br><br>　　　　Defendants. | 8:20-cv-00048-JVS(JDEx)<br><br>COURT'S RULINGS ON MASIMO'S AMENDED THIRD SET DESIGNATIONS |

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Nicholas M. Zovko (Bar No. 238248)
Nicholas.zovko@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313452)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S AMENDED THIRD SET OF DESIGNATIONS IT INTENDS TO INTRODUCE AT THE NOVEMBER 2025 TRIAL**<br><br>*Received 11.7.25*<br><br>*O/R = overruled* |

Plaintiff Masimo Corporation ("Masimo") hereby submits its amended third set of designations that it may seek to introduce at trial. Attached hereto as Appendix A is a key to the parties' objections. Attached hereto as Appendix B is a table of the designations and objections. Appendix B further includes Apple's objections to the exhibits Masimo may seek to admit at trial through the designations.

Masimo further lodges with the Court transcripts of its designations with the objections identified in the margins. Below is a key identifying the color each party has used for its designations.

| Designation | Color |
|---|---|
| Masimo's Affirmative Designations | Green |
| Apple's Counter Designations | Orange |
| Masimo's Counter-Counter Designations | Purple |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 6, 2025

By: /s/ Kendall M. Loebbaka
    Joseph R. Re
    Stephen C. Jensen
    Sheila N. Swaroop
    Brian C. Horne
    Brian C. Claassen
    Nicholas M. Zovko
    Mark D. Kachner
    Adam B. Powell
    Kendall M. Loebbaka
    Daniel P. Hughes
    Douglas B. Wentzel

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

-1-

# APPENDIX A

## Objection Abbreviations

| Key to Masimo's Objections | |
|---|---|
| **Abbreviation** | **Definitions** |
| 402 | Irrelevant (FRE 402) |
| 403 | Prejudicial, confusing, misleading, or cumulative (FRE 403) |
| F | Lack of foundation (FRE 602) |
| IC | Incomplete designation |
| M | Misleading and/or mischaracterizes prior testimony |
| NR | Non-responsive |
| MIL / MOT | Subject to a motion to exclude, (e.g., Motions *in Limine* (Dkt. 2655, 2672, 2663)) |
| S | Speculation |
| X | Outside the scope of deposition designations |

| Key to Apple's Objections | |
|---|---|
| **Abbreviation** | **Definitions** |
| ARG | **Lawyer Argument or Colloquy** (Apple objects to this designation because it is lawyer argument and not testimony of the witness.) |
| F | **Foundation** (Apple objects to this designation on the ground that the foundation necessary for its admission has not been laid under Fed. R. Evid. 602.) |
| FORM | **Form** (Apple objects to this designation because the question asked is compound, argumentative, or has some other defect in form.) |
| H | **Hearsay** (Apple objects to this designation because it constitutes or contains hearsay under Fed. R. Evid. 801-802.) |
| INC | **Incomplete Designation** (Apple objects to this designation because it contains an incomplete statement, testimony, or exhibit.) |
| IR | **Not Relevant** (Apple objects to this designation because it is not relevant to any issue to be decided in this case under Fed. R. Evid. 401-402.) |
| LC | **Calls for Legal Conclusion** (Apple objects to this designation because it contains conclusions of law.) |
| LEADING | **Leading** (Apple objects to this designation because the question asked is leading the witness.) |
| MIL | **Motion in Limine** (Apple objects to this designation because it includes testimony that the Court has excluded through one or more of Apple's motions in limine.) |

| Key to Apple's Objections ||
|---|---|
| **Abbreviation** | **Definitions** |
| NOT TESTIMONY | **Not Testimony** (Apple objects to this designation because it is not testimony of the witness.) |
| OOR | **Out of Record** (Apple objects to this designation because there was no agreed-to cross-use of expert testimony from the Delaware action.) |
| PHI | **Personal Health Information** (Apple objects to this designation because it contains the confidential personal health information of a non-witness.) |
| PRIV | **Negative inference based on redacted privileged information** (Apple objects to this designation because it seeks communications or information protected from disclosure by the attorney-client privilege, work product doctrine, common interest, joint defense, and/or other privilege.) |
| S | **Speculative** (Apple objects to this designation because it includes statements that are speculative as to matters of fact or law.) |
| SCOPE | **Beyond Scope of 30(b)(6) Notice or Topics** (Apple objects to this designation because it is outside the scope of the topics on which the witness was designated as a corporate representative.) |
| VA | **Vague and Ambiguous** (Apple objects to this designation because it includes vague and indefinite statements.) |
| 403 | **Prejudice Exceeds Probative Value** (Apple objects to this designation because its probative value is outweighed by unfair prejudice and/or confusion of the issues under Fed. R. Evid. 403.) |
| 901 | **Authentication** (Apple objects to this designation because it contains testimony on a document that has not been properly authenticated under Fed. R. Evid. 901.) |

# APPENDIX B

## Designation and Exhibit Objections

A. **Shapiro, Ian (7/16/2024 Deposition)**

| No. | Designation | Objection | Response |
|---|---|---|---|
| 1. | 237:-21-238:5 *O/R* | **Apple Objection**: F, S  The deposition did not establish foundation for this document where the witness testified that he "may not have seen this specific" document (239:6-10); the fact that his name appears on the document does not show that he had knowledge of it. | **Masimo Response:** Apple did not object to Masimo introducing this exhibit during opening statement and in Dr. Madisetti's demonstratives; the designations and exhibit provide sufficient foundation because (a) the document on its face is an official Apple document that repeatedly names the witness as the designated responsible individual (DRI) for several topics (APL-MAS_03466246 at -247, -249, -250, -257), (b) the witness acknowledged he was the DRI for such topics (Tr. at 242:9-11), and (c) the witness confirmed this was the type of presentation "that would be shared with me" (Tr. at 239:6-10). |
| 2. *O/R* | JTX-6726 (Depo. Ex. 726) | **Apple Objection**: F  Same as above. | **Masimo Response:** Same as above. |
| 3. *O/R* | 239:6-239:10 | **Apple Objection**: F, S  Same as above. | **Masimo Response:** Same as above. |
| *O/R* | 242:2-242:8 | **Apple Objection**: F, S  Same as above. | **Masimo Response:** Same as above. |

-4-