# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 8:20-cv-00048-JVS(JDEx) |
| Title: | Masimo Corporation et al v. Apple Inc. |
| Date | November 12, 2025 |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens / Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| **Attorneys Present for Plaintiff(s):** | **Attorneys Present for Defendants:** |
|---|---|
| Brian Horne, Sheila Swaroop, Joseph Re, Brian Claassen, Adam Powell, Kendall Loebbaka | Joseph Mueller, Mark Selwyn, Amy Wigmore, Sarah Frazier, David Yin |

\_\_\_\_ Day Court Trial   6th Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   X Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
X Witnesses called, sworn, and testified.   X Exhibits Identified   X Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court pre-instructs jury.
\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for _____   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_\_ granted. \_\_\_\_ denied. \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulated to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   November 13, 2025, at 9:00 a.m.   for further trial/further jury deliberation.
Other:   The Court orders the courtroom sealed for a portion of witness Chris Brouse and Stephen Waydo's testimony re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court

05 : 47

Initials of Deputy Clerk   eva

cc: