FILED
CLERK, U.S. DISTRICT COURT
11/13/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation et al,<br><br>　　　　Plantiff,<br><br>　　vs.<br><br>Apple, Inc.,<br><br>　　　　Defendants. | **8:20-cv-00048-JVS(JDEx)**<br><br>COURT'S RULINGS ON APPLE'S DESIGNATIONS |

1

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street Suite 3600
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

Reviewed 11.13.25 JVS
○R = overruled
S = sustained

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S NOTICE OF LODGING OF ITS AFFIRMATIVE DESIGNATIONS**<br><br>Trial: November 4, 2025 |

# APPENDIX B

## Designation and Exhibit Objections

### A. Kiani, Joseph (11/05/2024 PM Trial Testimony)

| No. | Designation | Objection | Response |
|---|---|---|---|
| 1. | 35:9-36:8 | **Masimo's Objection**: 402, 403, MOT<br><br>402: The testimony is irrelevant because, once read in its entirety with Masimo's counter designations, Kiani was clearly referring to the unaccused blood oxygen feature of the Apple Watch.<br><br>403: The testimony is highly prejudicial and confusing because understanding the testimony referred to "blood oxygen" would require the jury to understand the relevant issues in the prior trial and cross reference (a) Kiani's deposition testimony explaining his belief that Apple Watch "continuously monitors patients" for "pulse rate" but not "SpO2" (11/6/2023 Tr. at 28:25-29:4) and (b) Kiani's earlier direct testimony referencing SpO2 (11/5/2024 Tr. at 22:12-23:18). | **Apple's Response:**<br><br>402/403: The testimony Apple designated is about whether Apple Watch is a patient monitor—an issue indisputably and directly relevant to the issues at hand—and Masimo's choice to counter with earlier testimony that is specific to the blood oxygen feature does not render Apple's limited designations either irrelevant or prejudicial.<br><br>MOT: Apple's counter-counter designation (which Apple understands this objection to apply to) does not violate the Court's order on MIL #2 including because the testimony is from a *Masimo* witness and does not define a "patient monitor" as requiring "beat by beat" measurements. |

# APPENDIX A

## Objection Abbreviations

| Key to Masimo's Objections | |
|---|---|
| Abbreviation | Definitions |
| 402 | Irrelevant (FRE 402) |
| 403 | Prejudicial, confusing, misleading, or cumulative (FRE 403) |
| F | Lack of foundation (FRE 602) |
| IC | Incomplete designation |
| M | Misleading and/or mischaracterizes prior testimony |
| NR | Non-responsive |
| MIL / MOT | Subject to a motion to exclude, (e.g., Motions *in Limine* (Dkt. 2655, 2672, 2663)) |
| S | Speculation |
| X | Outside the scope of deposition designations |

| No. | Designation | Objection | Response |
|-----|-------------|-----------|----------|
|     |             | MOT: The testimony violates the Court's Order on Masimo's MIL #2 because it is clearly being used to suggest the Apple Watch is not a "patient monitor" because it does not measure (SpO2) continuously. Dkt. 2778 at 3 (holding "Apple may not affirmatively define 'patient monitor' as a device that continuously monitors and captures 'beat-to-beat' measurements"). |          |

### B.   Kiani, Joseph (11/06/2023 Deposition)

| No. | Designation | Objection | Response |
|-----|-------------|-----------|----------|
| 2.  | 28:20-24    | **Masimo's Objection**: 402, 403, MOT<br><br>402: The testimony is irrelevant because, once read in its entirety with Masimo's counter designations, Kiani was clearly referring to the unaccused blood oxygen feature of the Apple Watch. | **Apple's Response:**<br><br>Same as above row #1 for all objections. |

| No. | Designation | Objection | Response |
|---|---|---|---|
| | | **403**: The testimony is highly prejudicial and confusing because understanding the testimony referred to "blood oxygen" would require the jury to understand the relevant issues in the prior trial and cross reference (a) Kiani's deposition testimony explaining his belief that Apple Watch "continuously monitors patients" for "pulse rate" but not "SpO2" (11/6/2023 Tr. at 28:25-29:4) and (b) Kiani's earlier direct testimony referencing SpO2 (11/5/2024 Tr. at 22:12-23:18).<br><br>**MOT**: The testimony violates the Court's Order on Masimo's MIL #2 because it is clearly being used to suggest the Apple Watch is not a "patient monitor" because it does not measure (SpO2) continuously. Dkt. 2778 at 3 (holding "Apple may not affirmatively define 'patient monitor' as a device that continuously monitors and captures 'beat-to-beat' measurements"). | |

| No. | Designation | Objection | Response |
|---|---|---|---|
| 3. S | 29:12-14 | **Masimo's Objection**: 402, 403, MOT<br><br>See above Response to #2. | **Apple's Response:**<br><br>Same as above row #1 for all objections. |

*Apple's Designations of Anthony Blaire Tripodi*

| Witness | Date | Defendant's Direct Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Objections | Defendant's Counter-Counter Designations | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|
| Tripodi, Anthony | November 2, 2023 | 8:17-19 | | | | | |
| | | 16:25-17:3 | | | | | |
| | | 53:8-12 | 402/403 | | | | |
| | | 54:6-9 | 402/403 | | | | |
| | | 59:1-3 | 402/403 | | | | |
| | | 59:6-9 | 402/403 | | | | |
| | | 59:20-60:2 | 402/403 | | | | |
| | | 60:4-8 | 402/403 | 66:7-8, 66:15-17, 67:8-11, 67:16-68:10 | IMP C | | |

Handwritten annotations: "OK" near rows 59:1-3 to 59:20-60:2; "OK" near IMP C column bottom.

*Apple's Designations of Joseph Kiani*

| Witness | Date | Defendant's Direct Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | Defendant's Objections | Defendant's Counter-Counter Designations | Plaintiffs' Objections |
|---|---|---|---|---|---|---|---|
| Kiani, Joseph | November 5, 2024 (PM) | 35:9-36:8 | 402, 403, MOT S | 22:12-23:18; November 6, 2023 Kiani Dep. Tr. at 28:25-29:4, 29:8-11 | | 11/6/23 Tr. at 25:21-26:25, 28:20-24, 29:12-14 | 402, 403, MOT S |