# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | 8:20-cv-00048-JVS(JDEx) | | Date | November 13, 2025 |
|---|---|---|---|---|
| Title: | Masimo Corporation et al v. Apple Inc. | | | |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas | Sharon Seffens / Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Brian Horne, Sheila Swaroop, Joseph Re, Brian Claassen, Adam Powell, Kendall Loebbaka | Joseph Mueller, Mark Selwyn, Amy Wigmore, Sarah Frazier, David Yin |

_____ Day Court Trial  **7th**  Day Jury Trial

_____ One day trial: _____ Begun (1st day); **X** Held & continued; _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

**X** Witnesses called, sworn, and testified.  **X** Exhibits Identified  **X** Exhibits admitted.

**X** Plaintiff(s) rest.  **X** Defendant(s) rest.

_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s). _____ Court pre-instructs jury.

_____ Bailiff(s) sworn. _____ Jury retires to deliberate. _____ Jury resumes deliberations.

_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.

_____ Jury polled. _____ Polling waived.

_____ Filed Witness & Exhibit Lists _____ Filed jury notes. _____ Filed jury instructions.

_____ Judgment by Court for _____ _____ plaintiff(s) _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).

_____ Case submitted. _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulated to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to November 14, 2025, at 9:00 a.m. _____ for further trial/further jury deliberation.

Other: The Court orders the courtroom sealed for a portion of witness Teddy Framhein and Patrick Mercier's testimony re trade secrets. The Court further orders the portion of the transcript sealed, until further order of the Court

04 : 40

Initials of Deputy Clerk eva

cc: