# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | 8:20-cv-00048-JVS(JDEx) | Date | November 14, 2025 |
| Title: | Masimo Corporation et al v. Apple Inc. | | |

**Present: The Honorable**     JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Elsa Vargas, Priscilla Deason | Sharon Seffens / Miriam Baird |
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Brian Horne, Sheila Swaroop, Joseph Re, Brian Claassen, Adam Powell, Kendall Loebbaka | Joseph Mueller, Mark Selwyn, Amy Wigmore, Sarah Frazier, David Yin |

____ Day Court Trial    8th    Day Jury Trial

____ One day trial:    ____ Begun (1st day);    ____ Held & continued;    X  Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

____ Witnesses called, sworn, and testified.    ____ Exhibits Identified    ____ Exhibits admitted.

____ Plaintiff(s) rest.    ____ Defendant(s) rest.

X  Closing arguments made by    X  plaintiff(s)    X  defendant(s).    X  Court pre-instructs jury.

X  Bailiff(s) sworn.    X  Jury retires to deliberate.    ____ Jury resumes deliberations.

X  Jury Verdict in favor of    X  plaintiff(s)    ____ defendant(s) is read and filed.

X  Jury polled.    ____ Polling waived.

X  Filed Witness & Exhibit Lists    X  Filed jury notes.    X  Filed jury instructions.

____ Judgment by Court for _____    ____ plaintiff(s)    ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).

____ Case submitted.    ____ Briefs to be filed by _____

____ Motion to dismiss by _____    is    ____ granted.    ____ denied.    ____ submitted.

____ Motion for mistrial by _____    is    ____ granted.    ____ denied.    ____ submitted.

____ Motion for Judgment/Directed Verdict by _____    is    ____ granted.    ____ denied.    ____ submitted.

____ Settlement reached and placed on the record.

X  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

X  Counsel stipulated to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Case continued to _____    for further trial/further jury deliberation.

X  Other:    The Court grants Masimo's Motion for JMOL of no invalidity.   The Court takes under submission Masimo's Motions for JMOL on infringement and damages.   The Court grants Apple's Motion for JMOL on willfulness. The Court takes under submission Apple's Motion for JMOL on infringement under the doctrine of equivalents and damages.

03 : 45

Initials of Deputy Clerk    eva/pd