FILED
CLERK, U.S. DISTRICT COURT

11/14/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **JURY VERDICT** |

When answering the following questions and completing this Verdict Form, please follow the directions provided throughout the form and in accordance with the Jury Instructions. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question. Your answer to each question must be unanimous.

As used in this form:

1. "Masimo" refers to Plaintiff Masimo Corporation;
2. "Apple" refers to Defendant Apple Inc.; and
3. The "'776 Patent" refers to U.S. Patent No. 10,433,776.

**QUESTION 1:**

For each of the following patent claims, did Masimo prove by a preponderance of the evidence that Apple infringed the claim?

| '776 Patent | YES (for Masimo) | NO (for Apple) |
|---|---|---|
| Claim 11 | ✓ | |
| Claim 12 | ✓ | |
| Claim 13 | ✓ | |
| Claim 14 | ✓ | |

**Answer Question 2 only if you answered "YES" for <u>ANY</u> of the patent claims in Question 1.**

**QUESTION 2:**

What is the total reasonable royalty (in dollars) that Masimo has proven by a preponderance of the evidence should be awarded for Apple's infringement?

$ 634,313,913.00

Please continue to the next page.

2

You have now reached the end of the Verdict Form. Please review the Verdict Form to ensure it accurately reflects your unanimous determination as to each question. The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

Date: 11/14/25         By: ███████████████

**Presiding Juror**