Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Nicholas M. Zovko (Bar No. 238248)
nicholas.zovko@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313452)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] JUDGMENT REGARDING MASIMO'S THIRTEENTH THROUGH SEVENTEENTH AND TWENTY-EIGHTH CAUSES OF ACTION** <br><br> Hon. James V. Selna |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, in accordance with the Court's Findings of Fact and Conclusions of Law [Dkt. 2850] dated December 18, 2025, issued after the Court presided over a bench trial beginning on November 5, 2024, and the entirety of the record available, the Court hereby **ORDERS** and **ENTERS JUDGMENT** on Masimo's thirteenth through seventeenth and twenty-eighth causes of action.

Regarding Masimo's claim for misappropriation of trade secrets in violation of the California Uniform Trade Secrets Act (the Thirteenth Cause of Action), the Court finds in favor of Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (together, "Masimo") and against Defendant Apple Inc. ("Apple") with respect to Trade Secrets L4 and L5. The Court enters declaratory judgment that Apple misappropriated Masimo's Trade Secrets L4 and L5 by acquiring and using Trade Secret L4 and acquiring, using, and disclosing Trade Secret L5.

Regarding Masimo's claim for misappropriation of trade secrets for Masimo's Trade Secrets D1, D3, and D10, the Court finds in favor of Apple and against Masimo.

Regarding Masimo's claim for correction of patent ownership for U.S. Patent No. 10,078,052 ("the '052 Patent") (the Fourteenth Cause of Action), Masimo's claim for correction of patent ownership of U.S. Patent No. 10,247,670 ("the '670 Patent") (the Fifteenth Cause of Action), Masimo's claim for correction of patent ownership of U.S. Patent No. 9,952,095 ("the '095 Patent") (the Sixteenth Cause of Action), Masimo's claim for correction of patent ownership of U.S. Patent No. 10,219,754 ("the '754 Patent") (the Seventeenth Cause of Action), and Masimo's claim for correction of patent ownership of U.S. Patent No. 11,009,390 ("the '390 Patent") (the Twenty-Eighth Cause of Action), the Court finds in favor of Apple and against Masimo.

Each Party shall bear its own attorneys' fees.

|   |   |
|---|---|
| 1 | This judgment pertains to the bench trial only.  The Court also presided over |
| 2 | a jury trial beginning on November 4, 2025.  The parties are briefing post-trial |
| 3 | motions pursuant to a schedule set by the Court [Dkt. 2842], and a separate |
| 4 | judgment will be entered on that jury trial. |

**IT IS SO ORDERED.**

Dated:_____     By: _____
                                             Honorable James V. Selna
                                             United States District Judge

- 2 -