UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

| | |
|---|---|
| MASIMO CORPORATION, et al., Plaintiffs, | ) CERTIFIED TRANSCRIPT |
| vs. | ) |
| | ) SACV-20-00048-JVS |
| APPLE, INC., | ) |
| Defendant. | ) TRIAL DAY 2, VOL. I |
| ------------------------------ | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

November 5, 2025

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA 92701
(612) 804-8655

APPEARANCES OF COUNSEL:

For the Plaintiffs:

JOSEPH R. RE
BRIAN CHRISTOPHER CLAASSEN
SHEILA N. SWAROOP
KNOBBE MARTENS OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

BRIAN C. HORNE
KNOBBE MARTENS OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450

For the Defendant:

JOSEPH J. MUELLER
SARAH R. FRAZIER
WILMER CUTLER PICKERING HALE & DORR, LLP
60 State Street
Boston, MA 02109
(617) 526-6000

MARK D. SELWYN
THOMAS GREGORY SPRANKLING
Wilmer Cutler Pickering Hale & Dorr, LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6031

AMY K. WIGMORE
WILMER CUTLER PICKERING HALE & DORR, LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6096

KENNETH G. PARKER
HAYNES & BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
(949) 202-3014

I-N-D-E-X


| | PAGE |
|---|---|
| OPENING STATEMENT BY MR. HORNE | 17 |
| OPENING STATEMENT BY MR. MUELLER | 43 |

| PLAINTIFF'S WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| MOHAMED DIAB | 86 | | | |

| PLAINTIFF'S EXHIBITS: | MARKED | RECEIVED |
|---|---|---|
| Exhibit 781 | | 103 |
| Exhibit 1902 | | 107 |
| Exhibit 7583 | | 111 |
| Exhibit 1904 | | 113 |

| DEFENSE WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| (None) | | | | |

| DEFENSE EXHIBITS: | MARKED | RECEIVED |
|---|---|---|
| (None) | | |

08:25 SANTA ANA, CALIFORNIA; WEDNESDAY, NOVEMBER 5, 2025; 8:28 A.M.

(Jury not present)

THE CLERK: Calling Case No. SACV-20-00048-JVS, 08:28 Masimo Corporation, et al., versus Apple, Inc.

Counsel, please state your appearances for the record.

MR. HORNE: Good morning, Your Honor. Brian Horne from Knobbe Martens for Masimo. I'm joined by my partners 08:28 Sheila Swaroop, Joseph Re, Brian Claassen, and Masimo's corporate representative, Mr. Stephen Scruggs.

THE COURT: Good morning.

MR. MUELLER: Good morning, Your Honor. Joe Mueller on behalf of Apple, and with me today are Sarah 08:28 Frazier, Mark Selwyn, Amy Wigmore, and our corporate representative, Christopher Brouse.

THE COURT: Good morning.

Ms. Swaroop.

MS. SWAROOP: Yes, Your Honor. I wanted to come 08:29 back to you with some of the information that you had requested on the issue of the physician statements that were submitted in the other proceeding. Your Honor asked for additional information on that point, so I just wanted to provide that to the Court.

08:29 So just for review, Your Honor had ruled in the

08:29 motion in-limine ruling back at 2570 that the identified physicians' statements adopted by Apple during the proceedings are relevant to whether the accused Apple Watch is a patient monitor.

08:29 I have that, Your Honor, if you would like that --

THE COURT: No.

MS. SWAROOP: So we had the motion in-limine practice, and Apple raised the issue of the physician statements in the motion in-limine. In response to that, we 08:29 explained the adoptive admission exception to the hearsay rule. Apple did not challenge that point in the motion in-limine briefing, and Your Honor again ruled that the statements were adopted by Apple and relevant to the issue of whether the Apple Watch is a patient monitor.

08:30 Your Honor asked us to come back with some further information. Specifically, I believe Ms. Frazier had raised an issue yesterday as to whether the identified statements -- whether there was a finding that the identified statements were adopted by Apple.

08:30 We have several examples of Apple adopting admissions, and in particular, there is a statement by Dr. Milani. It's JTX 7566, and I have a copy of that for Your Honor if you would like it.

THE COURT: Can you hand it up, please.

08:30 (Document handed to the Court)

08:30 THE COURT: Have you shared these thoughts with --

MS. SWAROOP: We have, Your Honor. We identified this to them on November 3.

THE COURT: Have you had any discussion as to the 08:31 backup, the support, for the statement that these letters are adoptive admissions, how they got adopted, in other words?

MS. FRAZIER: Your Honor, we have not received any identification or had any discussion about where they 08:31 believe the specific ones were adopted.

MS. SWAROOP: Your Honor, there was a brief filed by Ms. Frazier to the ITC. I am happy to put that up on the ELMO and give Your Honor a copy.

(Document hand handed to the Court)

08:31 MS. SWAROOP: Your Honor, this was Apple's response to a request from the ITC. You can see on the signature page here it's dated June 5, 2023, signed by Ms. Frazier.

At page 84, it says: "For this reason, several 08:32 public-interest submissions in this investigation have focused on the profound and well-documented health benefits of Apple Watch devices at risk of exclusion." Then there is a long pin cite, and then you can see on the second line there is a reference to a Milani declaration.

08:32 Your Honor, one of Apple's executives, Dr. Sumbul

08:32 Desai, also submitted a sworn declaration to the ITC referencing the Milani statement, and we have that as well.

(Document handed to the Court)

MS. SWAROOP: We have the signature page, Your Honor. 08:33 This was executed on June 6, 2023, by Dr. Desai, Vice-President of Health at Apple, and if we go to paragraph 29, she says: "Apple Watch's benefits to users are not limited to the Blood Oxygen app, ECG app, and IRN feature that I have discussed here. For example, fall detection, 08:34 HHRN feature" -- which is a High Heart Rate Notification feature at issue here -- "and many other health and wellness features provide additional benefits to U.S. consumers that help medical treatment, help preventative care, and on a macro scale, may help reduce the cost of health care by 08:34 helping enable earlier detection, potential diagnosis, and treatment. This was another point expressly made by Dr. Milani in his declaration to the Commission."

Your Honor, we provided --

THE COURT: Do we have any jurors in here? Do we 08:35 have any jurors in the room?

Okay, please proceed.

MS. SWAROOP: Your Honor, we provided a copy of the Milani declaration to Apple. That's the one I handed up to you first in a redacted form to remove any references to 08:35 the ITC proceedings that were redacted, the first page, and

indicated we would just refer to page 1, so the beginning which indicates that he is a physician, and then it would be Paragraphs 5 and 6, and I can put that up on the ELMO as well.

This is the proposed redaction, and the sentences would be here at Paragraphs 5 and 6. So it says, "I understand," and then it goes on to say, "seeking to exclude from importation into the United States several generations of Apple Watch that include the Irregular Rhythm Notification, electrocardiogram App, High Heart Rate Notification and Blood Oxygen Sensor functionality."

He goes on to say: "As detailed below, excluding Apple Watch with these features would have major negative implications on public health in this country by greatly hindering patient care and/or medical research in critical areas.

So that would be the proposed excerpts from Dr. Milani's declaration.

MR. MUELLER: May I respond, Your Honor?

THE COURT: Are you completed?

MS. SWAROOP: No, Your Honor. I just wanted to say again Your Honor ruled correctly that these statements were adopted by Apple in the ITC proceedings. They cited them in briefs to the Commission. Their executives cited to them in the declarations to the Commission as well. We

08:37 believe this meets the exception of the adoptive admission requirement which we previously briefed. There is also case law on this issue if Your Honor would like to hear it.

THE COURT: No.

08:37 MS. SWAROOP: Again, this is exactly what we have here, though, is Apple calling out, relying on, these physician statements to support their arguments at the ITC. We believe it meets the hearsay objection.

The other point we would make, Your Honor -- and 08:37 we have had some discussions about this is terms of whether certain things can be published to the jury if they are not admissible. We believe they are admissible, and we have established that, but Rule 703 does do a balancing test to weigh the probative value as to whether the information 08:37 would help the jury evaluate an expert's opinion and balances that against prejudice to the other side.

Here, we think the information is highly probative. It's relevant to the issue as Your Honor has ruled as to whether the Apple Watch is a patient monitor. 08:38 And in terms of prejudice to Apple, we don't think there can be any prejudice here because Apple itself cited to and relied upon these statements in the ITC proceedings.

THE COURT: Mr. Mueller.

MR. MUELLER: Yes. If I could just start with the 08:38 big picture here in terms of --

08:38 THE COURT: Let's start with the little picture. Would you agree that Masimo has put forth sufficient evidence to find that those statements are adoptive admissions?

08:39 MR. MUELLER: No. What Ms. Swaroop just showed -- I can put it up right here on the ELMO -- is a string cite in a brief that cites various documents. Does it say every word of those documents should be deemed a statement of Apple? It does not say that. It does not say that. And 08:39 the reason why that is relevant, Your Honor, is to actually put in context what was at issue in that separate proceeding involving separate patents versus the issue here.

The issue here is not health benefits in the abstract. The issue here is not the effect of an exclusion 08:39 order on a pulse oximetry feature. The issue here is whether there is a patient monitor in the form of high/low heart notifications in Apple Watch. That's the issue here.

The issue here in terms of what Your Honor has ruled -- and I can pull up Your Honor's motion in-limine 08:40 ruling -- was that Dr. Madisetti -- here is the language that Ms. Swaroop -- if you could just zoom out a little bit. This is Your Honor's motion in-limine ruling. Ms. Swaroop referred Your Honor to the second paragraph, first sentence: "As to the ITC and CDP proceedings, the identified 08:40 statements adopted by Apple during the proceedings are

relevant to whether the accused patient watch is a patient monitor. Dr. Madisetti made reference statements from doctors in these proceedings in support of his opinion that Apple Watch is a patient monitor within the meaning of the '776 patent."

We understood Your Honor to have ruled that Dr. Madisetti in his testimony could cross-reference certain documents. What now Masimo is asking to do is admit on a stand-alone basis various exhibits, and not just that, Your Honor, playing testimony, videotaped testimony, by physicians, including Dr. Perez, to the jury not as part of Dr. Madisetti's opinions but on a stand-alone basis.

Your Honor precluded us from offering a physician to take the stand on the very issue in this case. Now Masimo is asking to play physician testimony by videotape from different proceedings involving different issues. It's manifestly prejudicial to Apple to have physician testimony admitted on a stand-alone basis that related to different patents in a different case and different issues when we're not allowed to offer a physician who has opined on the very issue in this case. That's the problem.

We don't understand the rules of the road here, Your Honor. We understood you to say Dr. Madisetti can cross-reference certain statements as part of his opinions. They are now asking for something much broader, much

08:41 broader, in the form of separate videotaped designations to be played to the jury, separate exhibits to be admitted to the jury, cross-references to exclusion orders. That has nothing to do with this case. It's confusing. It's prejudicial.

08:42 THE COURT: The objection is overruled. You may offer -- the principal distinction is an adoptive admission. I find that the citations, even if it's just in a document generally, are sufficient to constitute adoptive admissions. So I think you fully put forward your position.

08:42 MR. MUELLER: Understood.

MS. SWAROOP: Thank you, Your Honor.

THE COURT: At almost 11:00 last night, Masimo put in a brief styled "Masimo's Bench Memorandum Concerning Evidence About Teardown of and Benchmarking Against Apple Watches."

08:43 One, do you want time to file a written reply? I assume you do.

MR. MUELLER: No. I can address it right now very briefly.

08:43 THE COURT: Okay.

MR. MUELLER: As of now, we have no intent to present such evidence. We don't know what their case is going to be yet --

08:43 THE COURT: Okay, sir. If and when you decide you

08:43 want to offer such evidence, you make an offer of proof to the Court before you attempt to offer it.

MR. MUELLER: Absolutely, Your Honor.

THE COURT: Is that sufficient for now?

08:43 MS. SWAROOP: Thank you, Your Honor. Yes.

THE COURT: With regard to the briefs regarding willful infringement, in my view, Apple's withdrawal of the willfulness issue simply goes to subjective thoughts and feelings of various Apple employees. It doesn't change and 08:44 is not inconsistent with the earlier minute order that I put out I guess as part of the ruling on the motions in-limine with respect to what Apple engineers, personnel, could say. If there is something to be raised, let's have you raise it during the course of the questions.

08:44 Mr. Re.

MR. RE: Yes, Your Honor, I just seek a little clarification on that.

I don't know how the Apple employees can render opinions about whether or not their testimony has any 08:44 relationship to the patent when in all the depositions of the Apple engineers, including Mr. Brouse, Apple asked about the patent and their views on infringement with regard to the claims, and it appears, just like it did in the depositions, Apple is going to try to use their engineers as 08:45 some sort of expert on infringement and whether or not

08:45 something could be a patient monitor.

I don't see the relevance of that when they are not experts and we do have experts that will be testifying on the subject to the extent it relates to infringement, so 08:45 I don't know where this line is between subjective beliefs and opinions of objective beliefs, which I think they are going to present through their Apple engineers.

THE COURT: Let's see how they are presented.

MR. RE: Understood, Your Honor.

08:45 THE COURT: Context is the best way to draw a line, and we will have context in the questioning.

MR. RE: Understood, Your Honor.

MR. MUELLER: Thank you, Your Honor.

THE COURT: I have ruled on the deposition 08:45 designations that Masimo desired to use today. I missed a couple. Ms. Vargas is handing out those pages with the rulings.

I understand you want me to hold up because you are having further discussions regarding deposition 08:46 designations and objections. Is that right, Mr. Powell.

MR. POWELL: No, Your Honor. I don't think we have any further discussions. We have submitted all of our designations.

THE COURT: No, no. Do you want me to go forward, 08:46 or are you having further discussions with regard to the

08:46 balance of the designations?

MR. POWELL: I don't think we are having any.

MS. FRAZIER: Your Honor, with respect to Masimo's designations that have been submitted to the Court, the

08:46 parties are not having any further conversations. Those are final and ready for your review.

THE COURT: Okay.

MS. FRAZIER: Yesterday, in accordance with the Court's schedule, Apple lodged its designations just to

08:46 comply with that entry on the Court's schedule, but the parties are still negotiating over those, and we expect that those will be narrowed.

THE COURT: Okay, I will hold up on getting to the Apple designations.

08:47 MS. FRAZIER: Thank you, Your Honor.

THE COURT: Okay, anything else we should take up at this moment?

MR. HORNE: Nothing from Masimo, Your Honor.

MR. MUELLER: Just one housekeeping question for

08:47 Your Honor. For the opening statement only, may we set a music stand here for the rendition of the opening statement? (Indicating)

THE COURT: Show me what you want to do.

MR. MUELLER: Sure.

08:47 MR. MUELLER: Of course we would be happy for

08:47 Mr. Horne to use it as well. We are happy to share the microphone as well.

THE COURT: Tell me what you want to do.

MR. MUELLER: Deliver the opening statement from

08:48 right here. (Indicating)

THE COURT: No. My standard practice is that the examinations and openings and closings are done from the lectern.

MR. MUELLER: Understood.

08:48 MR. MUELLER: We have nothing further, Your Honor.

THE COURT: Okay. Then we will be in recess until the jury comes up.

(Recess)

(Jury not present)

09:07 THE COURT: Are we ready for the jury?

MR. HORNE: Yes, Your Honor.

MR. MUELLER: Yes, Your Honor.

THE COURT: Okay.

MR. HORNE: Your Honor, we have some slides.

09:08 Would the Court like us to pass up our demonstrative slides to the Court and the clerks?

THE COURT: No need.

MR. HORNE: Okay.

(Jury present)

09:09 THE COURT: Good morning, ladies and gentlemen.

At this time, counsel will give their opening statements. Recall that an opening statement is not evidence. It is simply a roadmap as counsel expects it will come in.

Mr. Horne.

MR. HORNE: Thank you, Your Honor.

Good morning, ladies and gentlemen of the jury. Welcome back.

My client, Masimo, was founded in a garage right here in Orange County about 35 years ago, and from that humble beginning, Masimo develop revolutionary and life-saving technology. One of Masimo's many inventions covers important and valuable technology used to use light to measure somebody's pulse rate.

The evidence in this case will show that Apple has put Masimo's invention into tens of millions of Apple Watches without Masimo's permission. We saw the video yesterday. In fact, the Judge mentioned that the jury system was very important to the Founding Fathers, which you may have seen on the video yesterday, that the patent system was very important to the Founding Fathers as well. They put the patent system right into the Constitution. The Founding Fathers knew that a patent system would help promote the progress of science and spread innovation.

The patent law requires that a patent infringer

09:11 pay a patent owner like Masimo what we call a reasonable royalty for using their invention. That royalty is important. That law is important. It allows innovators like Masimo to continue to invest and develop more 09:11 life-saving technology and bring it to market for all of our benefit. In this case, the evidence will show that despite using Masimo's invention, despite benefiting from that use, Apple has refused to do what that law requires and pay Masimo a reasonable royalty.

09:11 To give you an overview of what I plan to discuss today, first, I'm going tell you a little bit more about Masimo, its history, and its invention for the '776 patent in this case. Then I will tell you a little bit more about Apple and its development of the Apple Watch.

09:11 You will learn that it was important for Apple from the outset to include medical features in the Apple Watch. You will learn that Apple designed the watch to warn users if they had an abnormally high or low heart rate, and you will learn that Apple needed Masimo's invention to make 09:12 that design work. They don't talk about the royalty that Apple should pay Masimo in this case.

Finally, I will talk about the arguments that we expect Apple to make.

First, let's talk about Masimo. Who is Masimo? 09:12 You heard in voir dire yesterday people refer to the term

09:12 "pulse oximetry." Masimo revolutionized that technology. So what is pulse oximetry? You may have been to the doctor's office, been in the hospital, and had a sensor placed on your finger. That sensor would be hooked up to a
09:12 monitor that would show your pulse rate or your blood oxygen level.

Here is how it works. That sensor has LEDs. You see here on the slide LED lights that shine light in your tissue, and then there is detector at the bottom. That
09:13 detector detects how much light makes it through. From that, the pulse oximeter can calculate both your pulse rate and the amount of oxygen in your blood.

We see here an assimilation of the pulse rate wave coming from using a pulse oximeter. We are showing a finger
09:13 sensor here. There are other types of sensors that have been used. In the upper right of the slide, you see a forehead sensor. The finger sensor is sometimes called a transmission sensor because the LEDs are on the top, and the light goes all the way through your tissue, and it is picked
09:13 up by the detector.

The forehead sensor is sometimes called a reflective sensor because the light shines into your body, and it reflects back up to the detector. So the LEDs and the detector are on the same side. Eventually, people began
09:13 making these reflective sensors to be used right on the

wrist. So lights shines from the LED into your wrist, reflects back up to the detector, and that is used to calculate the pulse rate.

Pulse oximetry was originally a huge advance. Before pulse oximetry, a doctor would have to actually draw blood from an artery to determine what your blood oxygen level is. It worked really great in the operating room where people were still. They were so popular that hospitals and doctors started moving these pulse oximeters to other areas of the hospital, but there was a problem. Pulse oximeters didn't work well in certain conditions, especially when people moved around.

So in other areas of the hospital, unlike when you're under anesthesia, people are moving, especially babies. Premature babies shiver. They move around a lot, and they can't stay still, and it was throwing the readings off of the pulse oximeter. There were tons of false alarms distracting the doctors and nurses to the point they might not even pay attention. False readings. Somebody may have a very low blood oxygen level, but the pulse oximeter would say they are fine because it wasn't getting a good reading.

You can all imagine that if you're not getting the right amount of oxygen that is a problem, but what you might realize is that getting too much oxygen can be toxic. So what would happen is the pulse oximeter, especially with

09:15 babies and premature babies in what we call the NICU, the Neonatal Intensive Care Unit, the reading might say that the baby is low when they are normal, and the nurse would give them too much oxygen, and it would destroy their eyesight. 09:15 Babies were going blind because the pulse oximeters weren't working properly.

You may be familiar with the singer Stevie Wonder. He is blind. Stevie Wonder was not born blind. He was born premature and given too much oxygen in the hospital, and 09:16 that destroyed his eyesight.

Masimo was formed to solve that motion problem and make pulse oximeters reliable. You will hear from Mr. Mohamed Diab. Mohamed, would you please stand up. Mohamed was the first employee at Masimo. In fact, Mohamed 09:16 is the "mo" in Masimo. The "mo" in Masimo is named after Mohamed. Mohamed is going to explain how Masimo made pulse oximetry reliable and solve the motion problem.

One of the things he will explain is that to fix pulse oximeters he really had to have a good way and a good 09:16 algorithm to measure pulse rate. So pulse rate was a very, very important thing that Mr. Diab worked on to solve this problem.

You will hear that Masimo did eventually solve the motion problem. We have a picture here from Mohamed's 09:16 earlier days. You haven't aged a day. This is a lab that

09:16 Mohamed had made in his bedroom to work on Masimo, and he is here with the founder. This is Masi. Masimo is the combination of two peoples' names. We have Masi on the left, and Mohamed on the right. This is the day they 09:17 finally realized they have got the solution.

You will hear that Masimo went on. Its technology saved thousands of lives, thousands of babies' eyesight, cured the false alarm problem in the hospitals. In fact, Masimo made pulse oximetry so reliable it's now considered a 09:17 vital sign.

Masimo didn't stop inventing there and innovating, because in order for their pulse oximetry solution to work so well, it took a lot of processing power that used a lot of electricity.

09:17 In their business model early on was to sell these boards that you see on the left-hand side of the screen. We called them "technology boards" here. You may hear the phrase "OEM boards," "circuit boards." It's referring to these Masimo boards. They would sell them to companies that 09:18 make the monitors you see on the right, and those monitors would have the sensor. That's how it worked. The problem is the boards were taking up a lot of power and a lot of the electricity budget in the monitors, and the customers were complaining. They said, hey, can't you do something to 09:18 reduce your power draw?

09:18 We have an e-mail from one of Masimo's customers. At the bottom, you see NEC. That's a company that makes those monitors. They're saying, hey, Masimo, can you reduce the power consumption of your board? Also, besides just 09:18 needing to reduce power for the customers, Masimo always had a vision of making their products more mobile, so people could roam around the hospital. They didn't want their customers and patients to be tethered to this monitor in a room. They wanted people to be able to roam around and 09:18 eventually even bring these products outside the hospital to the home.

We have an early business plan for Masimo. This is so early it's before the company was even called Masimo. They were called Vital Signs, Incorporated, in the early 09:19 days. This is a business plan from 1989, and you will see also that it was always Masimo's vision to bring pulse oximeters to be able to monitor patients not just in the hospitals but in clinics and at home. You see here Masimo envisioned portable pulse oximeters, even home machines. So 09:19 that's another reason Masimo was really looking for a way to reduce the power draw.

So how did they do this? You will hear from Mr. Ammar Al-Ali. Ammar, would you please stand up. Mr. Al-Ali is another engineer at Masimo, and Mr. Al-Ali was 09:19 tasked with figuring out how to reduce the power consumption

09:20 of Masimo's products. He looked at a lot of different things. Up to this point, people were trying to save power by putting the monitors into what they call "sleep mode," meaning you just turn the monitor off for a while.

09:20 In fact, we have a request here from one of Masimo's customers, a company called ZOLL. They said for power consumption can't you just put the thing into sleep mode? But Masimo didn't think that would be good enough, because when the machine is in sleep mode, it's not 09:20 watching. So if somebody's heart rate drops suddenly, or rose suddenly, or the blood oxygen drops suddenly, the device, the machine, wouldn't see it. So he kept looking. He kept innovating trying to figure out what to do.

He looked at various things that affect the signal 09:20 quality and power draw in pulse oximeters. I mentioned earlier sensors use LEDs. Obviously those LEDs draw power. He looked and he saw that the brighter the LED, the better signal you get but more power. So he thought about maybe changing the brightness of the LEDs. That didn't quite get 09:21 him where he needed to be. He thought about adjusting the detector in different ways that would affect power draw, signal quality. That wasn't getting Masimo what it needed.

So he looked at something else you will hear more about in the case, something called "duty cycle." How often 09:21 is the LED on or off? And what I didn't mention and you may

09:21 not realize, LEDs often look like they're on constantly, but they're really flickering, on and off hundreds of times a second sometimes. So your eye doesn't know they're flashing on and off, but they really are. So the amount of time they 09:21 are on compared to the amount of time they are off is called duty cycle. So he started playing around with that.

At the time, Masimo had figured out and the industry believed that having the light on 25 percent of the time and off 75 percent of the time would get a great 09:22 reading in the most challenging circumstances. By the way, we have slowed this way down so your eyes can see. So having the light on 25 percent, off 75 percent, would let you get a great reading when you've got a shivery baby in the NICU, but it took a lot of power.

09:22 So Mr. Al-Ali started to say, well, do we always need 25 percent? What if we dial it down from time to time. He realized that you could dial it down to a duty cycle of as little as three percent, meaning when the light is flashing, it's on three percent of the time, off 97 percent 09:22 of the time, so you save a lot of power.

Mr. Al-Ali realized that you could get a really good signal a lot of the time at this lower three percent duty cycle, but he knew there was the more challenging times. So what do you do? How do you know when you're 09:22 going to be at three percent and when you need to go to

09:23 25 percent? You can't just have a switch. The patient doesn't know. The monitor -- you can't have somebody flip the switch up and down. So what he realized is you could look at the output you are getting from the signal itself and decide whether you need to be in 25 percent mode or you could be in a lower mode. And he realized you could look at something like a physiological event. Maybe somebody's heart rate escalated quickly, dropped. Maybe somebody's blood oxygen dropped suddenly. That might tell you take a closer look at the 25 percent.

There are also things in the signal quality, other things about the signal that he would look at. Mr. Al-Ali will explain that in more detail. But by looking at these things, the monitor would know whether you need to kick it up to 25 percent.

This invention, this idea, allowed Masimo to dramatically reduce its power draw, cut it in half. Masimo filed for a patent on this idea. They filed a patent application back in 2001. That application was published to the world in 2003. And you may have caught this in the video. Part of the bargain in the patent system and part of the reason inventors get rights is they share their ideas with the world. "Patent" in Latin means "open." So patent means open, share, disclose. That's how you get rights. So Masimo disclosed its invention, its idea, to the world in

09:24 2003.

Ultimately, the '776 patent in this case issued in 2019. It took a while. You will learn from one patent application you could get many patents, so this one in particular issued in 2019. 09:24

After Mr. Al-Ali, you will hear from Mr. Stephen Scruggs. Mr. Scruggs will be here throughout the trial. He is Masimo's corporate representative. Mr. Scruggs is another engineer at Masimo, and he is going to explain how over time Masimo made its products more and more affordable and more and more mobile throughout the hospital, and even products that could be used and worn outside the hospital and in the home. 09:24

So let's talk about Apple and the Apple Watch. Early on, I mentioned Apple wanted to include medical features in the Apple Watch. Here is an early document from 2013, a planning document from Apple, called the "Apple Watch Health Companion" and refers to "Doctor on your wrist monitoring," including heart rate monitoring. Apple also saw that the medical device markets and the consumer electronic markets were converging. 09:25 09:25

This is another internal Apple document from 2013. We haven't added anything to this other than the highlights. You see Apple realizing back even in 2013 that the consumer electronics markets and the medical device markets were 09:26

09:26 going to converge. In fact, they even recognized Masimo as one of the medical device companies that might be on this converging path. In the middle, they talk about potential engagement with Masimo. The "NXX" refers to the Apple Watch project.

09:26 In the next document, you will see and hear that Apple considered various ways to engage with Masimo. They were talking about engaging with Masimo or Cercacor. Cercacor you heard when Judge Selna read a statement of the case. 09:26 That's another company that was started by Masimo. They are not part of this specific dispute, but you will see them in some of the documents.

So how do we engage with Masimo or Cercacor with respect to the PPG sensor and NXX? The PPG sensor is 09:27 referring to these light sensors we are discussing. Again, NXX is the Apple Watch. What different ways did Apple consider engaging with Masimo? Maybe license Masimo's algorithms. Maybe license Masimo's patents. Maybe do a joint venture to develop noninvasive monitoring 09:27 technologies. That's what we are talking about here, using light to measure heart rate. That's a noninvasive monitoring technology. Maybe just acquire Cercacor or Masimo.

Now, Apple did not end up engaging with Masimo. 09:27 They did not license Masimo's technology. They didn't try

09:27 to buy us. They tried to go it alone and develop features on their own.

One feature you are going to hear about in this case is called "Heart Rate Notifications." Apple introduced 09:28 something called a "High Heart Rate Notification." With a heart rate notification, the watch would alert somebody if their heart rate exceeded 120 beats a minute. To be clear, this first version did not use Masimo's invention. It didn't use Masimo's technology, but the evidence will show 09:28 it also didn't work very well.

We have got some internal documents you will see from Apple talking about the problem with false alarms. This is an internal document that says at 120 BPM -- that's the threshold. That means 120 beats per minute -- the 09:28 alarms were dominated by FPs (87.9 percent). That means the alerts coming from the heart rate notification -- FPs means false positives -- almost 88 percent of the alarms on this first version of the heart rate notification were false positives, meaning they were false alarms. There wasn't a 09:29 problem. Only 12 percent were accurate.

We have another internal Apple document you will see. With this first version, it says: "Somebody says that my heart rates were reported at double my actual heart rate." That means that somebody's heart rate was 70 beats a 09:29 minute, but they were getting reported it was 140. Down

09:29 below, you see that Apple thought this was such a problem it was considered priority one, a show stopper, and a serious bug.

So the very next year, Apple introduced an 09:29 improved version and the evidence will show that improved version, the watch with that improved version, uses Masimo's '776 patented technology. Here is how this new improved version would work. In the background, it would flash at what we call an infrared LED at you'll hear 8 Hz. That 09:30 means eight times per second. We slowed it down here on the demonstrative so that your eyes can catch up and see it. It would measure heart rate at this 8 Hz rate. It would look to see whether the heart rate was abnormally high or low, and it would look at certain things in the signal. I won't 09:30 go into detail now of what it looked at in the signal, but you will hear that information in detail during trial.

Depending on what the watch sees, it might add another LED in addition to that infrared 8 Hz. It would add a green LED which was either 64 Hz or 256 Hz. That means 64 09:30 times a second or 256 times a second. And if the abnormal heart rate is confirmed after that green light is added, then the watch will send a warning to somebody whether the heart rate is high or this time abnormally low. By using this confirmation step, using this second LED, Apple almost 09:31 completely eliminated their false alarms in the heart rate

09:31 notification feature.

09:31 You will hear from Masimo's expert, Dr. Madisetti. Dr. Madisetti is here in the courtroom today. He has a Ph.D. in electrical engineering, in computer science. He is a professor at Georgia Tech. He is going to walk you through Masimo's patent claim and explain why Apple infringes.

09:31 Now, you saw in the video yesterday that the claim is really what defines the scope of the invention, the meets and bounds. We have to prove -- and Dr. Madisetti will show -- that the Apple Watch has every single element of this claim. He will go through it in detail and show us that every word in this claim is met by the Apple Watch.

09:31 I won't drag you through all that detail now. I don't have the time, and we have to ease into this a little bit. I will just go through a few of the elements and show you what you are going to see.

09:32 At the top, the first element -- by the way, you see "Pre," and you see some letters. Those aren't in the patent. Those aren't in the claim. We've just added those so that it's easier to follow. First you see "Pre." That's the preamble. That means the invention covers a patient monitor configured to monitor at least a pulse rate of a patient. Then it talks about what the patient monitor has.

09:32 It has some hardware. It has light sources, a detector, and

09:32 a processor.

You will see that the Apple Watch has a light source, a detector, and a processor.

Dr. Madisetti during trial will go through the 09:32 rest of the elements and talk about what all that hardware does. The rest of these elements here talk about what the light source is and what the detectors and the processors do. Dr. Madisetti will walk you through that in great detail, and you will hear that during the trial.

09:33 So what is Apple going to say about infringement? We don't expect Apple to dispute much about the hardware and what the hardware does. Instead, we expect Apple is going to say that it doesn't infringe because they don't want to call the Apple Watch a patient monitor. So Apple's position 09:33 is even if the watch has all the hardware recited in this claim, and even if it does everything this claim recites, and uses everything that Mr. Al-Ali invented, it doesn't matter, and they shouldn't have to pay a royalty, and they don't infringe because you shouldn't call the Apple Watch a 09:33 patient monitor, but the evidence in this case is at odds with Apple's position.

You are going to see internal documents, a public website, witness testimony, statements from medical doctors, at odds with Apple's argument here. I will take you through 09:34 just a few of those.

09:34 First, let's look at a document. This is an Apple internal document splitting up its features in its watch between what it considers consumer features and medical features. On the left, we have highlighted -- it says 09:34 "Stibnite" confirmations. "Stibnite" is an Apple internal code word for the High Heart Rate Notification that we just talked about with the confirmation. So Apple's internal documents refer to this High Heart Rate Notification feature with a confirmation as a medical feature.

09:34 Next, Apple also has a public website aimed at doctors and physicians, Apple.com healthcare. And what did Apple have on that website? They promote the heart rate notification feature to doctors. What do they say? They say to the doctors that this heart rate notification feature 09:35 could help you, the doctor, and your patients. It refers to using the notification feature to determine whether a patient's heart rate exceeds 120 beats per minute. It refers to patients adjusting the threshold of this notification feature.

09:35 You will hear testimony from Apple's executives. Mr. Jeff Williams, he is the former Chief Operating Officer of Apple. He was the Chief Operating Officer when he gave his testimony. He was asked about whether Apple intended to market the Apple Watch to consumers to provide health data 09:35 to their doctor. He testified -- this is under oath, by the

09:35 way -- that the Apple Watch is a wonderful opportunity for Apple to collect data, including things like heart rate, that people can share with their physician.

You will also see sworn testimony. It's the sworn 09:36 testimony from a medical doctor talking about the High Heart Rate Notification feature and its importance to public health, patient care, and medical research.

So on infringement, you are going to hear that Apple tried to make a notification feature without using 09:36 Masimo's technology. It didn't work very well. They changed to a version that did use Masimo's patented technology, and it improved. Their main defense we think will be saying you can't call the Apple Watch -- or shouldn't -- a patient monitor. We all saw the evidence, 09:37 and you will see more that conflicts with that position.

So let's talk about the royalty. What should a reasonable royalty be in this case? I said in the beginning that the patent law entitles the patent owner to a reasonable royalty for the use of its invention. Here is 09:37 the statute right here. This is the law that says that a patent owner should be awarded no less than a reasonable royalty for the use made of the invention by the infringer.

So how do you figure out what a reasonable royalty is? How do we calculate a reasonable royalty? You will 09:37 hear about the phrase -- you will hear the term

09:37 "hypothetical negotiation." Obviously, Masimo and Apple haven't sat down and agreed to a royalty. So you assume in the hypothetical negotiation that Apple and Masimo actually did get together and negotiated something. This negotiation 09:38 would take place when the patent issued in 2019. And you assume that Apple knew it needed a license, knew the patent was valid, and that Masimo would be willing to license Apple. And based on what the parties would have agreed to in that type of negotiation, that determines what a 09:38 reasonable royalty should be in this case.

So you will hear from Masimo's damages expert, Mr. Jim Bergman. Mr. Bergman is here with us today. He has an MBA from UCI. Mr. Bergman considered a lot of different information and a lot of factors to determine what a royalty 09:38 should be for Apple's use of Masimo's patented invention.

One of the things he looked at was the benefits Apple gets by using the '776 patented invention. Three things really work together. We have heard and I spoke a little bit already about getting a reliable signal. We have 09:39 heard and you will hear throughout the case why it's important to get a reliable signal you can trust. You can't get a false alarm. You want somebody getting notifications that are right.

But battery life is very important to Apple, too. 09:39 You will hear a lot of information -- you will hear evidence

09:39 that an 18-hour hour battery life was very important to Apple, a very important feature to them. Also very important is having a thin, sleek design. Apple's known for having beautiful products. They want their products to look great. They want the watch to look great, like a piece of jewelry. So how do these things play together?

Well, without the invention, you have a choice. If you use a low duty cycle all the time to save power, you are not going to get a good reading. Apple had problems at the outset. If you crank up and use a higher duty cycle all the time -- remember, in the early days of pulse oximetry, you did it at 25 percent all the time. It draws a lot of power. If you are getting a great signal by using a lot of power, now we change your battery. You can't have an 18-hour battery life. You could try to solve that problem by making a bigger battery. A bigger battery has more battery life. If you make a bigger battery, now you don't have the thin, sleek industrial design, and your watch is too big. So the patented invention let's you get all three: reliable signal; 18-hour battery live; and a thin, sleek design.

He also looked at alternatives available to Apple. The only other way Apple tried doing the heart rate notifications didn't work very well. It had a lot of false alarms. In fact, remember they called this a show stopper,

serious bug, priority number one.

He also looked at the fact that the medical features are important to Apple and the fact that the medical device markets and consumer electronics markets are converging. Apple saw this early on. Medical devices are coming closer to consumers. Consumer devices are coming closer to medical and healthcare. So when the parties are negotiating, Apple would see the value of medical-enabling features in its watch. Masimo at the same time would realize that consumer electronics companies are coming closer and closer to the healthcare companies, so that would cause Apple to want to pay a little bit more and Masimo to demand a little bit more in this negotiation.

Finally, he looked at how much profit Apple earns by including the heart rate notification features in the watch. He looked at a survey from another expert, Dr. Rebbecca Reed-Arthurs. Dr. Arthurs is in court today. She has a Ph.D. in economics. She ran a survey. She interviewed on the internet. The survey on the internet was 1,500 participants. She asked them -- she configured in the survey watches with different prices and different features, and she asked which watch the participants would purchase based on those different features and prices. Each participant was asked numerous questions that gave her almost 70,000 data points. And from all those data points,

09:42 she was able to determine how much consumers are willing to pay for this feature and how much profit Apple actually makes on each Apple Watch for having this heart rate notification feature.

09:42 Mr. Bergman took all that information, put it together, and determined that a royalty in this case should be about $16 a unit, $16 a watch. So what does that mean for the total royalty in the case? You have to multiply the per watch rate by the number of units sold.

09:43 And you will hear that Apple sold 43 million watches in the damages period in this case. And let me tell you what that means. Masimo in this case is only entitled to collect damages from the time it filed the lawsuit. Now, we filed the lawsuit in early 2020. It's taken some time to 09:43 get to court. In the meantime, the patent has expired. The patent expired in June 2022. After that time, Apple is free to use the invention.

So the damages period, the royalty period, is only a short two-and-a-half year period from the time the lawsuit 09:43 was filed in 2020 until the time the patent expired in 2022. In that short time, Apple sold about 43 million watches. And you should know that's only in the United States. We can only collect a royalty in this case for watches sold here. So applying the per unit royalty to the number of 09:44 watches sold, you get a royalty range of about $634 million

09:44 to about $749 million.

So let's move on to what we think Apple is going to say. I have no doubt what they are going to say, but I think that we expect the same excuses we hear from 09:44 infringers all the time. First of all, we already spoke about infringement and what the position is going to be there.

Apple may also say they didn't copy. They didn't steal anything from Masimo, and that's true. We are not 09:45 alleging -- by the way, we are not alleging that Apple copied from Masimo. We are not alleging Apple stole any documents from Masimo, but that doesn't matter for patent infringement. For patent infringement, you just compare this claim to the Apple Watch. It doesn't matter if they 09:45 stole. It doesn't matter if they copied. If they use the invention, they have to pay Masimo a royalty.

Apple is also going to say that the invention was obvious, that the Patent Office messed up and never should have granted Masimo its patent. They are going to say that 09:45 the invention was obvious. What does that mean? It doesn't mean that somebody did it before Mr. Al-Ali. You are not going to hear any evidence from Apple that somebody came up with Mr. Al-Ali's invention before him and before he filed that patent application. Instead, they are going to combine 09:45 different things that other people did and say back in 2001

09:45 it would have been obvious to put those things together.

But remember, Masimo is the company that revolutionized pulse oximetry, and it didn't figure it out right away. Its customers were saying can't you reduce the power? Can't you make this use less power? They didn't come to Masimo with a solution. They said can't you figure it out? One of the customers didn't say change the duty cycle. They said put it in sleep mode.

You should also look in the binders. You have got the patent-in-suit. You will see page 1. After page 1, there are about eight pages of all the information the Patent Office looked at and considered before it granted Masimo its patent. These are all other patents, other publications, that the Patent Office had, looked at, and considered when they determined that Masimo was entitled to a patent.

In fact, on the front page of the patent, you will see W0 99/63883. That's the main piece of prior art that Apple is going to rely on in this case to argue that Masimo's invention was obvious and the Patent Office should never have granted it.

The other thing to keep in mind that the evidentiary standard for obviousness is the highest standard you are going to hear in the case. Mr. Mueller mentioned in voir dire that Masimo bears the burden of proof. We do for

infringement, and we do for the amount of reasonable royalty. But Apple bears the burden on obviousness. Masimo doesn't have to prove that the Patent Office did the right thing in the first place. And that standard is clear and convincing evidence, the highest standard in the case.

Masimo has to prove infringement by what we call the preponderance of the evidence, and as Judge Selna said yesterday that means just above 50 percent. It could be 50.00001. That's all Masimo has to prove. But for validity, Apple has to prove it was highly probable. They have to prove to you by clear and convincing evidence that the Patent Office made a mistake. And the evidence will show Apple won't be able to meet that burden.

What will Apple say about a royalty? What are they going to say about the royalty that you apply in this case? Well, Apple hired its own expert, and she says that the royalty should be $3 million to $6 million total. So for the 43 million watches that Apple sold in that two-and-a-half years, got all that benefit, what Apple considers to be life-saving technology, Apple should only pay $3 million to $6 million. That comes out to 7 cents to 14 cents a watch. That rate, that royalty opinion, is based on agreements where Apple bought or licensed patents that it never really used. Very different from this case. So like I said at the beginning, the evidence will show that Apple

09:49 used Masimo's patented invention, benefited from that invention, benefited from that use, and refuses to pay Masimo a reasonable royalty.

Finally, I want to thank you for your service and 09:49 your attention. I know hardly anybody comes to jury duty saying pick me. I hope I get picked. I didn't see anybody raise their hand yesterday when Mr. Mueller asked that question. We know it's an imposition. We really, really thank you for your service.

09:49 Judge Selna mentioned yesterday this is one of the most important civic duties you can do. It's very important for the legal system, but it's also very important to the patent system. It's very important to the United States economy. So thank you. Masimo thanks you. Masimo has been 09:49 waiting for a long time to have its day in court. We are privileged and honored to be here. We can't wait to present our case to you.

Last, I want to reintroduce the team who will be trying the case with me, my partners: Joseph Re, Brian 09:50 Claassen, Sheila Swaroop, and Masimo's corporate representative who will be here, Mr. Stephen Scruggs.

Thank you.

THE COURT: Thank you, Mr. Horne.

Ladies and gentlemen, we will just take a short 09:50 break here. We will take a ten-minute break here.

Please remember the admonition do not discuss the case with anyone. You are not to form any opinions in the case until it is submitted to you. So ten minutes, please.

(Jury not present)

THE COURT: Anything for the record at this time?

MR. MUELLER: No, Your Honor.

May I set up at the podium?

THE COURT: Yes.

Okay, we will be in recess.

(Recess)

THE COURT: Would you bring the jury in, please.

(Jury present)

THE COURT: Mr. Mueller would you like to address the jury at this time.

MR. MUELLER: Yes, Your Honor.

May I proceed?

THE COURT: Yes.

MR. MUELLER: Good morning, ladies and gentlemen. Again, my name is Joe Mueller, and on behalf of my colleagues and our client, Apple, I'm going to pick up where Mr. Horne ended and thank you for your time and your service as jurors. We are grateful.

Let me introduce just one more time the folks you are going to hear from on our side in terms of examining the witnesses: Ms. Sarah Frazier, Mr. Mark Selwyn, and Ms. Amy

10:04 Wigmore. And also let me introduce you again to our corporate representative for this, Dr. Christopher Brouse. You will hear from him. He will testify.

Now, having heard a bit about you yesterday, we 10:04 have every confidence in the world that you will do what good jurors do, which is just to listen carefully, watch the evidence, follow the issues, and arrive at the truth and a just verdict. And we're, again, very grateful for your time and your careful attention over the course of the next week 10:04 and a half or so.

This is a case involving one patent, and we sometimes refer to patents by the last three numbers in the patent number, and here the last three numbers are the '776 patent, the '776 patent.

10:04 As Mr. Horne mentioned, it's now expired, but this is a case in which Masimo is asserting for a past period before expiration that Apple has infringed this patent by selling the Apple Watch and, in particular, the features of high and low heart rate notifications.

10:05 This patent that we're going to turn to in just a moment involves patient monitor technology. Patient monitor is a requirement of this patent. To infringe this patent, a device would need to be a patient monitor. It's fundamental to the patent. It's written in the language of the claims 10:05 which is the centerpiece of any infringement case. We have

10:05 to start with the claims to see whether or not there is actually infringement. The words "patient monitor" are repeatedly recited because these claims are limited to patient monitors.

10:05 Apple Watch is not a patient monitor, and the high/low heart notifications are not patient monitor features either. Let me explain briefly how they work. You will learn a great deal about how those features work during this trial.

10:05 The high and low heart notifications will check to see if your heart rate is above a threshold or below a threshold, high or low. If you, as the Apple Watch user, are stationary for ten minutes and some other conditions are met as well and the Apple Watch detects that your heart rate 10:06 is above or below those thresholds, it will make the report only if you are stationary for ten minutes. If you are moving -- and the movement can be as simple as this (indicating) -- those features are not available. Those features are not available if you move just like this. 10:06 (Indicating) You need to be sedentary or stationary for a period of ten minutes and have other conditions met as well for these notifications to be available.

What that means, ladies and gentlemen, is if a watch user is moving around out in the world, moving around 10:06 the way I'm moving right now, or walking down a hallway, or

10:07 walking down a street, or any number of other activities, these features are not available. In that period of time, those features will not capture any medical events whether they be a high heart rate, a low heart rate, or any other medical event for that matter. Zero medical events are captured while you are moving.

10:07 That's not a patient monitor. Patient monitors are designed to capturing medical events. They don't have to capture 100 percent. No device is perfect. Patient monitors are aimed at capturing medical events. Apple Watch generally, and these high/low heart notifications in particular, are a different category of device. There is no infringement, not in the two-year period that Masimo is alleging there was, not before, not after, not ever. Apple has not used this patented technology at any point in time. It is a fundamentally different type of device. There is no infringement, not once, not ever.

10:07 Now, Apple Watch as a general matter, and the high/low heart notifications as a specific matter, reflect a design philosophy that you will hear about from Dr. Brouse and other engineers who worked on the Apple Watch. And the design philosophy is provide reliable information in terms of the health and wellness features when available, reliable information when available.

10:08 And the high and low heart rate notifications fall

10:08 into that category. Sometimes folks are stationary for ten minutes, and sometimes their heart rate is high or low in those ten minutes. In that circumstance, the high or low heart rate notification will be generated, and it can be 10:08 useful in those circumstances, but for the entire rest of day, that feature is not available.

And there are similar limitations on the other health and wellness features which are a function of the Apple Watch being a consumer electronics device, wrist worn, 10:08 small. We will get into all the engineering challenges associated with that. It is not intended to be, designed to be, nor does it function as a patient monitor. That's not what it is.

It generates reliable information that can be very 10:09 useful in folks' lives to live a healthier life when it's generated but not on an ongoing basis. And because it doesn't generate that information on an ongoing basis, the high/low heart notifications at issue in this case specifically don't do that. They are not patient monitors. 10:09 Patient monitors are aimed at capturing medical events. High/low heart notifications will miss medical events literally anytime you move. There are different limitations on the other wellness features in the watch, but all of them share that common design philosophy of reliable when 10:09 available, reliable when available, not constant.

10:09 Now, you heard a number of things from Mr. Horne, many of which we agree with. I'm going to try to spell some of our areas of agreement as I continue the opening statement this morning.

10:10 There were a number of references to, for example, Apple conducting surveys of various medical device companies about ten years or so ago, including Masimo, including Masimo. And that happened. That did in fact happen. In fact, there was a meeting, a single meeting, between Masimo 10:10 and Apple in that time period about ten years ago. But here is the thing. The '776 patent was not discussed in that meeting. In fact, the '776 patent didn't issue until 2019. It wasn't applied for until 2018.

So you have to ask yourself why was there mention 10:10 made of the study of Masimo ten years ago when it has nothing to do with the patent at issue in this case? That's an example of why yesterday during jury selection I asked all of you and the other folks in the pool, are you prepared to follow the evidence and keep your eye on the ball on what 10:11 we are really here to decide, and to set aside issues that don't relate to what we are actually here to decide, because in the questions that we are actually here to decide, whether Apple Watch's high/low heart notifications infringe the '776 patent, the evidence is clear, and I think you will 10:11 find by the end of the trial overwhelmingly it doesn't, and

10:11 it never has. So these other issues about Apple talking to Masimo or looking at Masimo don't have anything to do with the one issue that you, the ladies and gentlemen of the jury, are here to decide.

10:11 Now, let's go to the starting point for a case like this, and that is the patent itself, the patent claim language. I would ask you if you wouldn't mind -- you have the patent in your notebooks. If you wouldn't mind just turning to it, it's Tab 1 in your binder. And we very much 10:12 want you to look carefully at this. We are not running from this patent one iota. We want you to see it, study it, read it with care, because we think that will help you to reach a just decision in this case. We want you to read this patent carefully.

10:12 So let's get started. I'm going to try to offer you a little help in trying to navigate this document. If you flip 20 pages in or so past some of the figures, you are going to start to see some numbers at the top of the pages. And there are two columns of text, on the left and on the 10:12 right, and there are numbers at the top. They start with 1 and 2. The next page is 3 and 4, and so on. We call those the column numbers in the patent. So you may hear reference to Col. 2 or Col. 3. That's a reference to those numbers at the top of the page.

10:13 And if you look down the center of the page, you

10:13 are going to see little tiny numbers. They start with 5, 10, 15, and so on. Those are the line numbers. So we have column numbers and line numbers. So if we were to go Col. 5, line 1, it would be the top line in Col. 5.

10:13 Let me ask you if you wouldn't mind, ladies and gentlemen, to turn to Col. 12, and if you go down the page to line 60, you are going to see the number 11 in bold text. And that is what we call a "claim." You saw the patent video yesterday that His Honor has provided legal 10:14 instructions as well. To infringe a patent in a case like this, you need to do each and every part, each and every part, of at least one claim, not a portion, everything in at least one claim.

Sometimes folks analogize patent claims to 10:14 boundaries around a piece of property or real estate. If you are trying to figure out if somebody was trespassing, you look at the boundary line to see if they are within the boundary. The claim language, or the words in these claims, defines the boundary of the claim. So to be inside that 10:14 boundary, you have to do everything. Literally everything that is recited in the claim needs to be in a device to infringe.

In this case, Masimo is asserting four claims, number 11, the one that I just directed you to, and if you 10:14 flip the page, they are also asserting 12, 13, and 14. And

if you look at 12, 13, and 14 -- those are in Col. 14 -- you will see that each one starts off by saying, "The patient monitor of claim 11." So they are referring back to claim 11. That means it has to have everything in claim 11 plus what is in claim 12. Claim 13 says, "The patient monitor in claim 12." That means everything in claim 12, which also means everything in claim 11. They sort of stack on top of each other. And then claim 14 refers back to claim 11 as well.

So for all of these, the starting point is claim 11. And I will put up here on this screen -- and you can look in your binder, whatever is easier for you -- some of the language. The very first portion of claim 11 says: "A patient monitor configured to monitor at least a pulse rate of a patient by processing signals responsive to light attenuated by body tissue. The patient monitor comprising..." and it goes on to recite a number of other requirements, all of which need to be met, but I'm highlighting this language because it shows the starting point for this claim. We are talking about patient monitors, and if you are not a patient monitor, that's it. That's it. If you are not a patient monitor. The analysis is over.

Mr. Horne may have suggested at times -- I don't want to speak for him -- that we were trying to get off on

10:16 some technicality by saying the Apple Watch is not a patient monitor. This is fundamental to what we are talking about here. Every one of these claims is about a patient monitor. If you are not a patient monitor, that's it. If we look at claim 12, it starts off by saying, "The patient monitor of claim 11." 13, "The patient monitor of claim 12." 14, "The patient monitor of claim 11."

Again, every word matters in these claims. Every word helps draw that boundary. Every word is significant to understanding if something is inside or outside, infringing or not infringing. Certainly words that we know do matter because they are everywhere in these claims is "patient monitor," "patient monitor." If you are not a patient monitor, you are not in the boundary. If you are not a patient monitor, you don't infringe.

Now, let's dig deeper, and let's go back to the cover page of the patent. Here, if you look at the cover page of the patent and you look to the left-hand side, at the very top in all caps, you see Mr. Al-Ali's name. He is the named inventor. We will get a chance to ask him some questions today. Right below Mr. Al-Ali's name, we see low power pulse oximeter, low power pulse oximeter.

Mr. Horne said that a pulse oximeter -- as he described for you, a pulse oximeter is a device for measuring the oxygen level in your blood. He is absolutely

10:18 right. He is absolutely correct. Pulse oximeters can help measure the blood oxygen in your blood. And let me say one more thing right now. Masimo has done some important work over the years in the area of pulse oximetry, especially in 10:18 the clinical setting, and Mr. Horne mentioned neonatal care, care for babies. We applaud their work in that context.

Masimo has indeed made some real contributions in the area of neonatal care for babies. And one way they did it -- Mr. Horne mentioned this as well -- is to develop 10:18 pulse oximeters that could measure blood oxygen even when the patient is moving, like a baby, like a baby. That was an important advance, an important and significant type of technology that Masimo helped bring to market. Credit where credit is due. That was an important piece of technology.

10:19 It also is completely unlike what we are dealing with in terms of what Apple has brought to the market with the high/low heart rate notifications which don't work when you are moving, which don't work when you are moving.

Now, "Low Power Pulse Oximeter" is the title here. 10:19 Let me give you just an example, which is very similar to the one Mr. Horne showed you of a transmissive optical sensor. Sometimes these are called transmission sensors. Sometimes they are called transmissive sensors. The gray top and bottom is a fingertip, and you can see there is a 10:19 cable connected to it. Many of you may have seen these

10:19 before in your own lives, but these are fingertip sensors. In the top left-hand corner, you can see the cable protruding from the side.

And the way they work is they shine light through the tissue. 10:19 The light travels through the finger, and then the remaining light that makes its way all the way through the finger is detected by a detector. So we have at the top what we sometimes call a photo emitting or light-emitting diode, and then we have a light-detecting diode, or a photodiode that detects light on the bottom. 10:20 It was discovered many years ago by a Japanese doctor named Dr. Takuo Aoyagi in the 1870's that it was possible to shine light through tissue and to use the measurement of the light that made its way through to determine blood oxygen.

10:20 The way that you do that -- you're going to learn more about this over the course of trial -- is to measure the characteristics of the light that travel all the way through, because some of the light is absorbed by the tissue on the way through. If you compare the light sent versus 10:20 the light received, you can discern important information, including blood oxygen level, also including pulse rate. And there are other characteristics of the body that over time people have realized can be detected using this approach of shining light through tissue, and measuring the 10:21 characteristics of the light after it has been shined

10:21 through the tissue.

Now, it turns out there are some challenges associated with doing this in different contexts, different challenges, depending on what you are trying to measure. 10:21 You are going to hear some testimony in this case about what engineers sometimes call "noise" and the difficulty of separating the signal from the noise. To give a very simple example, if you are listening to the radio, sometimes you will hear -- you are listening to a song, and you will get 10:21 out of the radio range, and static will start to appear. Static is a form of noise, and it's hard to distinguish the song from the noise. The signal being the song, the static being the noise.

In this context, the photodetectors and 10:21 photoemitters for body measurements can sometimes be difficult to detect the light that you are looking for; namely, the light that was sent from the emitter and received after traveling through tissue from other types of environmental conditions. That can be a challenge. One way 10:22 to address that challenge is to increase the intensity of the light, to shine brighter light, and that can help cut through the noise to arrive at a more accurate measurement. That has been known for a very, very long time, and I don't think you will hear Masimo claim they invented that idea.

10:22 But when you shine more light, you use more

10:22 energy. When you shine less light, you use less energy. That's a very cut and dried proposition to say when you shine more light, you are going to use more energy. In fact, we are all familiar with this in our own lives, even 10:22 at the everyday level. When it gets dark in our homes and we want to see objects within our homes, we turn on the lights. We turn on the lights to help us see the objects. When we go to bed, to save electricity, we turn off the lights. We turn them on to help us see objects and turn 10:23 them off to save energy once we no longer need to do that.

That is a very basic idea, and this patent does not cover that very basic idea. This patent, the '776 patent, is a patient monitor patent. It is a patient monitor patent, and everything it says about increasing duty 10:23 cycles to increase the light intensity, reducing duty cycles to reduce the light intensity, it is specifically limited to the context of patient monitors, the patient monitor patent.

Now, again, in every claim that you have before you in this case, patient monitor is one of the 10:23 requirements. So everything that these claims say about shining more or less light, using more or less electricity, needs to be consistent with a patient monitor. It has to be at the level of a patient monitor. That means the device needs to be aimed at capturing events. It doesn't need to 10:24 capture 100 percent. No device is perfect. But as a

general matter, it needs to be aimed at not missing medical events.

Let's dig deeper. If you flip past the figures 20 pages into patent and if you go -- ladies and gentlemen, if you wouldn't mind going to Col. 1, let me take you to the "Background Of The Invention," which is the section -- I'm sorry, the "Summary Of The Invention," which is about two-thirds of the way down that page, "Summary Of The Invention." Here, I have highlighted some language, but I would encourage all of you to read it yourself. It's in your notebook. Again, we really do encourage you to read the patent carefully. You have it in Tab 1.

In the "Summary Of The Invention," it starts by saying: "Increasingly, pulse oximeters are being utilized in portable battery operated applications. For example, a pulse oximeter may be attached to a patient during emergency transport and remain with the patient as they are moved between hospital wards."

So let me show you an example of this, just an example. There are many sizes and shapes of these types of equipment. Let me show you one example. Here is a finger sensor. I think this is in fact a Masimo fingertip sensor attached to a patient. You see the equipment in red. This patient appears to be in transport. This is one example of a pulse oximeter being attached to a patient during

transport. Perhaps that was emergency transport. Perhaps it was something else. But this patent talks about emergency transport, remaining with the patient as they are moved between hospital wards.

It goes on to say: "Further, pulse oximeters are often implemented as plug-in modules for multiparameter patient monitors having a restricted power budget." You will learn more over the course of this trial about these multiparameter patient modules, a measure for different types of physiological or body data. These applications and others create an increasing demand for lower power and higher performance pulse oximeters. This is for setting the stage for what the claimed invention is.

Then the patent continues to make some distinctions. Let's look a little bit more carefully at the very next sentence: "A conventional approach for reducing power consumption in portable electronics typically utilized by devices such as calculators and notebook computers is to have a sleep mode where the circuitry is powered down when the devices are idle." This is noting in devices like calculators and notebook computers, some of those devices have a sleep mode to turn off certain circuitry when not in use, when the devices are idle.

And it goes on: "There are a number of disadvantages to applying consumer electronic sleep mode

techniques to pulse oximeter." The next sentence says, "By definition, the pulse oximeter is not functioning during sleep mode."

Now, ladies and gentlemen, if you would look carefully at the next sentence I am about to put on the screen. "Unlike consumer electronics, pulse oximetry cannot afford to miss events..." -- cannot afford to miss events -- "...such as patient oxygen desaturation." That's a reference to dangerously low blood oxygen levels. So if you are using a pulse oximeter, it can't afford to miss events such as patient oxygen desaturation.

Of course the reason for that is obvious. If we go back to the example, here if this patient was to have his oxygen level drop to a dangerous level, the medical professionals attending to that patient would need to know that, would need to know that. The equipment would need to report that in some fashion that the medical professionals could observe, or read, or either visually or through some alarm.

There needs to be a report of the dangerously low oxygen level to the medical professionals. It can't work on occasion. It needs to be on an ongoing basis. When this equipment is hooked up to the patient, it needs to be on an ongoing basis capturing medical events. Not a hundred percent. Nothing is perfect. But it need to be aimed at

capturing medical events. That's this category of medical devices. Again, the patent is quite explicit. Unlike consumer electronics, pulse oximetry cannot afford to miss events such as patient oxygen desaturation.

10:29 Again, if we go back to the claims, we see over and over again this "patient monitor" language in every claim before us, claim 11, claim 12, claim 13, and claim 14.

Now, let's look at the timeline for this patent, when it was filed, when it was issued, and get that context as well. Feel free to go to the cover page. I will also put it on the screen here.

So here we have some data about this patent, and I will call out a few items of note. The application that was the one that immediately lead to it, so the final application that lead to this patent, was Application 16/174144. That was filed on October 29, 2018. So in 2018, this application, the application that prompted this patent, was filed.

Notably, Apple Watch was released in 2015, three years before this application. The original High Heart Rate Notification feature was released as Mr. Horne said in 2017, in 2017. The issue date of this patent was October 8 of 2019. So this patent didn't actually issue -- it wasn't enforced until October 8 of 2019. The year before, the year before, the high/low heart notifications at issue in this

case were released by Apple. So the high/low heart notifications were released before this patent issued.

And Mr. Horne said there's no claim of copying in this case, and he's right. But it is absolutely a fact that the engineers developed the High/Low Heart Rate Notification features using their own hard work, their own ingenuity, which you will hear about directly from folks like Dr. Brouse, and they did so years, years, before the original application in terms of the high heart rate notification, and they developed high/low heart rate notifications before this patent issued.

Now, this patent also traces back through a long chain of applications -- and there's nothing wrong with that. You're allowed to have a long chain of applications -- to a so-called provisional application -- that's a patent term -- that was filed on July 2 of 2001. And Mr. Horne mentioned this. He also mentioned that the patent was published a year or two later.

A couple things about this. Number one, when you have a situation like this where you are taking claims, like claims 11 through 14, and basing them on an older application, in this case the 2001 application, all the ideas in your claims need to be in that earlier application. They need to be in your earlier application. You won't hear any dispute about that. There needs to be a symmetry

10:32 between the issued patent and the original provisional application. So we're talking about ideas that were written down and put into this provisional application 24 years ago, July of 2001.

10:32 Let's put that whole timeline on the screen together. We have the July 2, 2001, original submission the October 29, 2018, patent application that led to this patent directly. What we're not including just to keep this a little simple are all the other applications, the chain of 10:33 applications in between. Nothing wrong with that. But for 17 years or so, there were other applications. But the last one that led to this patent was in 2018. The patent issued the next year, and it expired in 2022, June 26 of 2022, and that was a function of being based on this older application 10:33 about two decades before that. So that's the basic timeline, and we'll come back to that over the course of the trial.

Now, let's go back to what Masimo was working on in July of 2001 to get a sense of the context in which these 10:33 ideas originated. Here's a photo of a clinical setting. And again, Masimo has focused on clinical settings, not exclusively, but that has been their central focus since the company's founding in 1989. I don't think you'll hear differently from the folks at Masimo that their core focus 10:34 has been the clinical setting. They have, to be clear, also

made some home products and some consumer products, but their focus has been the clinical setting from the founding of the company, and that was certainly true before 2001.

In the 1990's, Masimo developed something called the Masimo SET technology. They developed that technology for use in patient monitoring equipment. Now, at that time and since then, they were providing certain technology in the form of boards, circuit boards, that could be used in equipment manufactured by other companies. Masimo has also made some of their own equipment over the years. But over the years, they have also provided these boards to some patient monitor manufacturers.

So we here we have a patient monitor, an example, and this contains Masimo SET technology, which was announced in the mid-1990s to late 1990s. I think it began to be rolled out in 1995, and some of it was released up to '98. One piece of this technology that Masimo was proud of, and I think with good reason, was that it would allow you to do some detection even when a patient was moving.

Since the company has continued work in the years since, if we were to go to their website today and we were to look at what the company is describing as company evolution -- this is Masimo's own website -- we have the founding of the company in '89. We have the Masimo SET technology next up in the sort of late 1990s. And if you

10:35 look closely, ladies and gentleman, you can see it says, "measure through motion and low perfusion pulse oximetry." Again, they are calling that out as a signature Masimo achievement. And if we continue, you will see other 10:35 examples of different monitoring equipment that Masimo has created over the years.

Now, you do not see on this company evolution page the W1 Watch, which was on one of the slides that Mr. Horne showed you. The W1 Watch was a watch device that Masimo 10:36 began work on I think shortly before 2020, 2019 or thereabouts, and they released it to the market in 2022. That is years, seven years, after the release of the Apple Watch, years and years after the release of Apple's high/low heart rate notifications. It has not been a successful 10:36 product, but it is a product that Masimo has developed years and years and years after Apple Watch, and not shown on this company evolution timeline and certainly, ladies and gentlemen, not described in the patent before you, the '776 Patent. You can look high, low, up, down, in the patient 10:36 monitor patent that you have before you, and you will not see a watch.

Now, let me turn to Apple. Apple has focused over the years on consumer electronics products. The company was founded in the 1970s, also in a garage, although it's become 10:37 a very large company in the years since. And in those

10:37 years, Apple has focused on consumer electronics products of various types. The Macintosh computer, that's the 1980's version, the iPod music player, iPhone, the Apple 2 computer, iMac, MacBook, iPad.

10:37 All of these products are products designed at meeting some goals that Apple has held since its founding: high performance products, easy to use, with an industrial design that is elegant, and Apple hopes in some cases even beautiful. To have products that are attractive, physically 10:37 attractive, easy for consumers to use, that's the hope and aspiration of Apple and yet very powerful as well.

And Apple is very proud of some of those accomplishments. I know some of you are Apple users and some are not, and that's of course fine, too. Everybody 10:38 should use whatever products appeal to you. But from Apple's perspective, its goal has been to create high quality, high performance, easy to use, elegant, beautiful consumer products. That was the goal in the 1970s. It remains the goal today.

10:38 Now, some of these products have medical features within them, have health and wellness features within them. Some of the ones that you see right here have the capability of being used for certain medical software applications, for example. Apple is enormously proud of that, enormously 10:38 proud of the health and wellness features and health

technologies in some of the products that you see right here. It's been a big part of the company's history that among the many functions and features of Apple products there have been health functions over the years.

Mr. Horne mentioned that there are various physician statements, for example, attesting to the health benefits of the Apple Watch, which I'll turn to in a minute. We are incredibly proud of that, incredibly proud of that.

And I'm going to say against that backdrop let's turn to the Apple Watch itself. This was developed in the early 2010s over a several-year period by hundreds, if not thousands, of people spending tens of thousands of hours on various engineering challenges to develop what you see before you. It is a watch. It's a watch. It's not a medical device. It's a consumer product. It does have some health and wellness features, which we're going to get into in detail, but it is fundamentally a watch, a watch offered to the broad consumer marketplace.

The objectives for the watch at the beginning and remain today are for folks who use this watch to live active, connected, safe lives, and for this to be a tool to help them accomplish that. And it works for some people. I know some people prefer other devices. That's great. But the goal here was a consumer device that within this small form factor, just this small device, would have an enormous

amount of powerful capabilities that users might find useful all within this elegant, beautiful -- they hope -- design. That was the aspiration back for the original Apple Watch, the Series 0, and it remains true today.

Now, for those of you who have not used one before, the Apple Watch has a series of small what we call icons, or little pictures, in the front which you can press with your finger. It's touch sensitive. And these icons will call up certain features and functions. So there's a phone on the top right. If you press it, it can actually operate like a phone. You can make phone calls with it.

There's a little bubble towards the bottom in green. That's the text message bubble. It allows you to receive and send text messages. There's photos to look at photos. There's a music app to let you play music. Weather, top left, to check on the weather. Right below weather, we see a map function. There's a number of different features and functions, and users can customize them for themselves. By adding certain applications to it, they can choose what they use.

And if we were to list out some of the names in words, you would see a list like this. This is just a small fraction of the various features and functions that Apple Watch can perform, and you can see a wide variety here.

Now, among that wide variety are some health and

10:41 wellness features of which Apple is enormously proud, enormously proud. And the design philosophy for those features is to provide reliable information when available. When the watch is capable of calculating and determining reliable information that's worthy of being reported to the user, Apple Watch is designed to do that. 10:41

And there's various features of different types that can provide information. You can take an ECG reading for 30 seconds by putting your finger on the Watch crown, which creates an electrical circuit with the watch itself, and it can take an ECG. There's heart rate features, Workout Mode, which lets you track your heart rate and calories as you go for a workout. 10:42

There's a number of different features for all of which the design philosophy is provide reliable information when available but not constantly, but not constantly. This is not a patient monitor. It's not designed to capture every event. It's designed to capture events when the information is available, when reliable information is available, but only then, but only then. It's in distinction to a patient monitor. 10:42 10:42

But Apple is enormously proud of what it's able to do. And it's been able to do that through the hard work of folks like Dr. Brouse and his colleagues, who will take this stand and explain to you how they created these types of 10:43

features, including the high/low heart notification at the center of this case.

As Mr. Horne mentioned, letters to the company saying that your feature saved my life or physician statements celebrating the benefits of Apple Watch, we love to hear things like that. And much of the evidence that Masimo may put before you in terms of physician statements complimenting the watch, in terms of other feedback from folks who have used it who feel favorably about the experience and who feel it actually made a difference in their lives, that's the best thing the company can hear. I think you'll hear people say it warms their heart when they hear a story of someone whose life has been either helped or even saved by some of the information of these health and wellness features.

But, ladies and gentlemen, there's a big difference, a very big difference, between the benefits of reliable information that's only reported when available on the one hand -- that's Apple Watch -- versus a patient monitor, a patient monitor, trying to capture medical events on an ongoing basis. Those are two different categories of devices.

Now, there is no claim of copying in this case, none. And Mr. Horne acknowledged that in his opening statement. So if you hear references to Apple conducting a

10:44 survey of the medical device industry ten years ago, that's true. If you hear references to Masimo being among the companies that Apple surveyed as part of the landscape survey, that's true. If you hear references to a meeting, a 10:44 single meeting, between Apple and Masimo over a decade ago, that's true as well.

None of that, none of that, has anything to do with the issue before you, ladies and gentlemen of the jury. There's not even a hint or a claim that Apple took 10:44 information from Masimo that's relevant to the '776 Patent. There's no claim that Apple was told that orally by someone from Masimo. There's no claim that Apple surreptitiously stole materials. There's no claim remotely like that in this case.

10:45 The actual claim in this case is that Apple essentially is accidentally infringing the '776 Patent. That's the claim. As a matter of law, you can do that. As a matter of law, you can in fact accidentally wander into the boundaries of a patent. And in that circumstance, the 10:45 patent owner is entitled to bring a lawsuit and to seek compensation even where it's accidental, but that didn't happen here either. There was no intentional infringement. There was no accidental infringement. Apple has never been anywhere near the boundary lines of the patient monitor 10:45 patent.

10:45 So let's focus again on what Apple has actually built and developed to give you some further details on what it is and what it is not. The engineers, like Dr. Brouse, confronted a series of very significant engineering challenges when they began to do work on the Apple Watch before it was released and in all of the years since when Apple has been continuing to add features and functions to improve Apple Watch each and every year as best they can.

Here are some of the challenges, and I'm going to go through these relatively quickly, and I won't go through all of them. You're going to hear about them directly on the stand from Apple engineers, who will tell you precisely the challenges they faced.

They included their goal of universal availability and use for the consumer marketplace. This was intended for everyone to be able to use.

The reflectance mode system. I'm going to come back to that one in a moment.

Miniaturization. We're not talking about some of the bulkier examples of patient monitors. Patient monitors come in different sizes and shapes. Some are bulkier. This is tiny. This is tiny. And the miniaturization challenges presented enormous engineering obstacles that the engineers had to navigate.

Electromagnetic interference. That refers to

10:46 electrical signals being sent, even inadvertently, between the components that are packed within this tiny device, and how to navigate the problem of one component latching onto another when it wasn't intended to latch on. Big
10:47 engineering challenge. You'll hear about it.

Battery allocation. How to allocate battery resources as among these competing features and functions.

Mass manufacturing and how to manage the tolerance levels of different components that are intended for mass
10:47 manufacturing.

Unconstrained real-world uses. As I said before, this is intended for everybody to use out in the real world, while you're swimming, while you're jogging. No matter what you want to do, you can use this watch, and the engineers
10:47 had to accommodate all of the different use scenarios.

Ambient light, which means different light shining into the watch.

Movement, water, skin tone, wrist anatomy, temperatures, all of these affected the ability of the Apple
10:47 Watch to be able to take body measurements.

Now, let's go back to the reflectance mode system for a moment. Let me say a few more words about it.

Your Honor, may I mount something on the easel here?

10:48 THE COURT: Yes.

MR. MUELLER: Ladies and gentlemen, here we have a three-dimensional model of the Apple Watch that we are going to take you through over the course of this trial with witnesses, and we're actually going to go inside the watch to look at some of the components within it. I'm not going to do that right now, the internal components, all of them at least, but I want to show you a couple. If we could just turn it over.

So just to be very clear what we're showing you here, I showed you a moment ago the face of the watch, and now I'm just flipping it over to show the underside of the watch. So if you're to look at the underside of the watch, you would see this. You'd see this. And underneath this are some optical sensors.

And Apple on its website shows you -- and before we put the lights on, we'll just go to the website real quick. Apple shows you on its website how these sensors work. Apple explains how the watch will monitor your heart rate. And if we scroll down, it explains how it works. And if you can see -- it's a little hard to read -- there's references to green, red, and infrared LEDs. Those are light-emitting diodes, so they shine light at three different wavelengths: red, green, infrared. Infrared is invisible to the eye. For the high/low heart rate notifications at issue in this case, the two types of light

10:50 that are relevant are infrared and green. You'll learn more about this over the course of this case exactly how that works.

And if we could show very, very quickly just a 10:50 simple example of the green. We'll take this off, and you can see the green light. So the green light shines from the underside of the watch, and it shines towards your wrist. Infrared does as well, but we can't see it, so we can't show it.

10:50 So if we go back to -- here's a description of how this works, and then if we were to go to a diagram, we can see that what happens here is the light reflects off your wrist, and then it's detected by the watch. This is a different type of sensor than the fingertip sensors. 10:51 Fingertip sensors are transmissive or transmission. It goes all the way through the finger to the bottom side. So the top part of the fingertip sensor shines the light, and the bottom part receives it.

Here we have a reflectance sensor. This light is 10:51 shining towards the wrist and then bouncing back and received by the watch. Why did I mention that? Because it turns out that the challenges from an engineering perspective with reflectance sensors are quite significant, and Dr. Brouse and his colleagues had to navigate those 10:51 challenges over time.

10:51 Your Honor, may I take this down?

THE COURT: Yes.

MR. MUELLER: Okay. Now, that is one of only many challenges, the reflectance sensor, as compared to others. 10:52 But collectively, these challenges resulted in the design philosophy. And the design philosophy of the Apple engineers was let's do our level best to generate through hard work and ingenuity solutions to these challenges that will allow for reliable information to be generated under 10:52 certain conditions, but only when those conditions are right, only when available. And in other circumstances, we're not going to report information because it won't be sufficient and reliable.

So we have two sides here. We have reliable 10:52 information, which is great, and that's the type of information that led to the physician statements that Mr. Horne referenced earlier. That's the type of information that the letters to the company expressing thanks for, in some cases even saying their lives, came from 10:52 reliable information, but only when available, only when available.

Because of the challenges that you see here, because of the competing obligations of a consumer device that is designed not as a medical device but as a consumer 10:53 device with a wide variety of features and functions, in

that context, Apple's design philosophy was reliable information when available, not constantly, not designed to capture every event, not designed as a patient monitor.

In fact, if you look closely at the documents that Mr. Horne showed you and others as well, you will not see Apple saying Apple Watch is a patient monitor that will not miss medical events. You will not see Apple Watch saying the high/low heart rate notifications will not miss medical events. You will not see Apple saying that because it wouldn't be true.

In fact, what Apple says is exactly what this is. They consider it a wonderful device for a healthy life. Again, some folks choose to use other devices, and that's great, too. But Apple is very proud of what they've accomplished here in terms of health and wellness features.

At the same time, Apple is very clear about what this is not. Apple Watch cannot detect heart attacks. The irregular rhythm notification feature on Apple Watch is not constantly looking for AFib or atrial fibrillation deviations. If you're not feeling well, you should talk to your doctor even if you don't get a notification. So just think about that. This is basically saying don't expect a notification every time there is a medical event going on. That's not how this works. And if you're not feeling well, you shouldn't go off the watch. You should talk to a

10:54 doctor.

This is a document that I expect you'll see over the course of the trial, "Apple Watch Empowering Your Patients to Live a Healthier Day." And I think we see on 10:54 the right-hand side the ECG, the electrocardiogram, where you put your finger on the crown for 30 seconds, and you can get a reading. Note 30 seconds. It's not going to give you an electrocardiogram all day. It won't give you an electrocardiogram of the type that you get in a hospital or 10:55 other clinical settings, but it's a nice feature for when you use it. It's reliable for 30 seconds.

Apple Watch generally empowers your patients to live a healthier day, reliable information when available, but it's not a medical device. Apple Watch is not a medical 10:55 device, and it should not be used as a substitute for professional medical judgment. Does it have health and wellness features within it? Absolutely. Are some of those features even of such high quality that they have been FDA cleared? They have. They have. And Apple is really proud 10:55 of that, really proud of that.

But at bottom, fundamentally, this is a consumer device. It's intended to offer reliable information when available, not constantly. It's not intended to capture medical events on an ongoing basis. It's not designed or 10:55 intended for use in the diagnosis of disease or other

10:55 conditions, or in the cure, mitigation, treatment, or prevention of any condition or disease. Please consult your healthcare provider prior to making any decisions related to your health.

10:56 Now, that's not true for the device as a whole, for the watch as a whole. It's certainly true for high/low. It says right here -- and I think this is in one of Mr. Horne's slides that he showed in his opening statement -- "The High Heart Rate Notification: Receive a 10:56 notification when Apple Watch detects a heart rate that rises above 120 beats per minute while you appear to have been inactive for ten minutes." And we're going to take you through how this works at the detail level, underneath the hood of the device, how the mechanics of the device work, 10:56 how the computer code works. You need to be stationary. If you're moving, this won't work.

Now, it's still of use. There are times in which people are not active for ten minutes, and they do have a spike or a sharp drop in their heart rate, and it can 10:57 provide a notification that can be useful. Reliable information when available.

But while you're moving throughout the world, this is not available. It's not available. And every single thing that happens to you while you're moving throughout the 10:57 world, every medical event imaginable, will not be reported

10:57 by this. The high/low heart rate notification while you are moving is not going to miss some medical events. It's going to miss every medical event while you're moving, not just some but all. It's not going to report a few. It's going to report zero. It's not intended to be a patient monitor.

It's a great feature that happens to provide some useful information when folks are inactive for ten minutes, but in the entire rest of your day, this is not available. It's a completely different category of technology than patient monitors.

And that's what we have in this case. We have patient monitor claims. It's a patient monitor patent. And the patient monitor patent and the patient monitor claims just do not apply, do not apply, to Apple Watch, and more specifically to what they're targeting in this case, the high/low heart rate notifications. That's not a patient monitor. Those are not patient monitor features.

And no amount of pointing to documents that use the word "monitor" as a verb, as a verb, or referring to "patients" is going to overcome the obstacle that they have. Patient monitor is a thing. It's a thing. And to have that thing, you need to be a patient monitor. To infringe these claims, you need to be an actual patient monitor, not have a device that monitors. You need to be a patient monitor. That's what this is limited to, and it is not satisfied.

10:58 These boundaries are not met by Apple Watch.

So why are we here?

THE COURT: Mr. Mueller, you have about five minutes left.

10:58 MR. MUELLER: Understood, Your Honor. Thank you.

Why are we here? Why are we here? And I asked you during jury selection yesterday to raise your hand if anyone thought the mere fact that we're here, that there's folks in the gallery, means there must be something to this 10:59 case. Why would we be here? Why would we be here unless there was something to Masimo's allegations?

And I don't know the reason why we're here, frankly. It's up to Masimo and their state of mind, which I can't read minds to explain, so I'm not going to pretend to 10:59 get into their heads as to why they filed this lawsuit.

I can tell you that they have made a claim for hundreds of millions of dollars in this case, hundreds of millions of dollars in this case. And we have had to take that very seriously by bringing the folks who can explain 10:59 the truth in terms of how the high/low heart rate notifications work, and we're going to do exactly that over the course of this case. We are going to put witness after witness on the stand, many from Apple, independent experts as well, to explain to you, the ladies and gentlemen of the 10:59 jury, exactly how Apple Watch works, what it is, and also

10:59 what's it not. We are going to explain through evidence, through testimony, and documents how this works.

So we are taking this multi-hundred million dollar claim very seriously. That's why we're here. That's why 11:00 we're here. But we are going to prove to you that there was no infringement, not once, not ever. There's a whole variety of problems with the damages model, and we're going to walk though those piece by piece to show you why the various elements of this set of demands don't withstand 11:00 scrutiny if you look hard enough at them. If you look piece by piece, there's a problem here, a problem there, a problem there.

And here's the biggest problem. Mr. Horne said that we are going to propose to you what the right number is 11:00 in this case in terms of a damages figure. Ladies and gentlemen, the right number in this case is zero. There was no infringement, not for that two-year period. And indeed, even if the patent had not expired, it's never been used by Apple, not before it issued, those ideas; not after it 11:01 issued; and not during the two-year period; not once.

Apple Watch is not a patient monitor. The high/low heart rate notifications that only work when you're stationary for ten minutes are not patient monitors. They're health and wellness features designed to provide 11:01 reliable information when available. They are not patient

11:01 monitor equipment.

And all we'd ask, ladies and gentlemen, over the course of this trial is, again, please just keep your eye on the ball. We just ask that you keep your eye on the ball. 11:01 The claims that are being asserted against Apple are in your notebooks. We're going to go back to them over and over again because we are not afraid of these claims. We are going to confront them directly and show you what they say, and show you how they do not fit with what the accusations 11:01 are in this case against Apple Watch. So please keep your eye on the ball. Focus on the high and low heart rate notifications at issue in this case and how they work, how they work.

If you listen carefully to the evidence and review 11:02 all the documents, we trust your judgment. We trust your judgment. It's going to be up to you at the end of this case to reach a just verdict, but we trust your judgment. And all that we ask, all that we ask, is that you carefully assess the issues, carefully read the patent, and carefully 11:02 apply that patent to what's being accused in this case.

We thank you very much for your time, and we look forward to presenting our case to you over the course of the next week and a half.

THE COURT: Thank you, Mr. Mueller.

11:02 Ladies and gentlemen, we'll take a short

11:02 ten-minute break here. Please remember the admonition.

(Jury not present)

THE COURT: We'll be in recess.

(Recess)

11:14 THE COURT: Mr. Selwyn.

MR. SELWYN: Good morning, Your Honor. Mark Selwyn for Apple.

We've been successful at resolving all of our objections to the next witness but for one. It's actually 11:14 just part of one exhibit, and I can hand that up if Your Honor pleases.

The exhibit is JTX 1270. It's a 160-page Masimo Investor Report. It's a 25-year Masimo corporate retrospective that was published in 2015.

11:15 We have withdrawn our objections to virtually all of the exhibit, but what we do object to are pages 21-319 through 21-330, which are a series of testimonials, endorsements, and affirmations from various third-party individuals, including early investors, doctors, former 11:15 President Clinton, a former U.S. senator. All of this is hearsay, not within any exception. And in addition to that, Your Honor, our concern is that it's likely to confuse the jury into thinking that these third-party statements have something to do with the value of the patents asserted in 11:15 this case.

11:15 So it's hearsay, not within any exception, and even apart from that, it's irrelevant, and any relevance would be far outweighed by the risk of undue prejudice and confusion.

11:15 THE COURT: Ms. Swaroop.

MS. SWAROOP: Yes, Your Honor. This identical exhibit -- there were some redactions in the 2023 trial, which we have applied to this version of it as well. So this identical exhibit was admitted in the 2023 trial. It's 11:16 an annual report from Masimo, a publicly-traded company. There is indicia of reliability here. And so we're not sure why we're getting this objection now, and that redacted version was acceptable to Apple in the prior trial.

THE COURT: Well --

11:16 MS. SWAROOP: And, Your Honor, with regard to the hearsay issue -- does Your Honor have another question?

THE COURT: Well, these appear to be testimonials from various folks.

What's the relevance to this patent dispute?

11:16 MS. SWAROOP: Sure. With regard to the testimonials -- and, again, we're not going to be going through 11 pages of testimonials, but they're certainly relevant to Masimo's state of mind in terms of the importance of various developments in the company over the 11:16 years.

THE COURT: Mr. Selwyn.

MR. SELWYN: Your Honor, we simply have different issues in this case than we had in the prior case, so what perhaps had any marginal relevance before doesn't necessarily have any marginal relevance now. It doesn't. We have no objection to what I think is coming from this witness about a discussion of the corporate history and so forth, but these third-party testimonials are unquestionably hearsay. And, again, they're going to likely be confused with statements from the former president, from former senators, et cetera.

THE COURT: They'll be excluded. Lack of relevance.

MS. SWAROOP: For those particular pages, Your Honor?

THE COURT: Right.

MS. SWAROOP: All right. Thank you, Your Honor.

THE COURT: Otherwise, if you offer it, it will be received.

MS. SWAROOP: So, Your Honor, the books that we're handing up to the witness that's about to take the stand still has those pages in it. I obviously won't refer to that range in the direct in view of Your Honor's ruling.

THE COURT: Right. Okay, very good.

Well, would you call your first witness, please?

11:18 MS. SWAROOP: Do we need to bring the jury in first?

THE COURT: Oh, all right.

(Jury present)

11:19 THE COURT: Okay, Ms. Swaroop, would Masimo call its first witness, please.

MS. SWAROOP: Your Honor, Masimo calls Mr. Mohamed Diab.

MOHAMED DIAB, PLAINTIFF'S WITNESS, SWORN

11:19 MS. SWAROOP: Your Honor, we have binders for the witness. If we may approach?

THE COURT: Please.

MS. SWAROOP: Thank you.

(Binder handed to the witness)

11:20 THE CLERK: Sir, could you please state your full name spelling your last name for the record.

THE WITNESS: Mohamed Diab, D-i-a-b.

MS. SWAROOP: Mr. Diab, if you could turn to the mic.

11:20 THE WITNESS: Okay. Again, Mohamed. Middle name Kheir, K-h-e-i-r. Last name Diab, D-i-a-b.

DIRECT EXAMINATION

BY MS. SWAROOP:

Q Good morning, Mr. Diab.

11:20 A Good morning.

11:20 Q Could you please tell the jury a little bit about yourself?
A I was born in Damascus, Syria.
Q Mr. Diab, if you could turn the mic so we can hear you.
11:20 Thank you.
A Always my problem.
I was born in Damascus, Syria, in 1958. I came to the United States in 1979 with the goal of obtaining an engineering degree. I am happily married for 32 years and
11:20 have three kids.
Q Do you currently reside in Orange County, Mr. Diab?
A That's correct.
Q And for how long have you resided in Orange County?
A Since 1987.
11:21 Q Did you work at Masimo?
A I worked at Masimo for about 35 years.
Q What positions did you hold at Masimo?
A I held several positions, principal engineer, Chief Technical Officer, fellow scientist.
11:21 Q What did you do as a fellow scientist?
A A fellow scientist is somebody who's not responsible for managing other engineers or other projects, concentrate -- I concentrate on researching new ideas and new devices, helping if there is an issue with the development of a
11:21 device.

11:21 Q Where do you currently work?
A I work at Willow Laboratories.
Q What is Willow?
A Willow originally was a spinoff from Masimo Corporation. I worked at both companies back and forth, although officially I was a Masimo employee.
Q And for how long have you been working to develop technology to measure physiological parameters?
A About 36 years.
Q Can you tell the jury what your educational background is?
A I have a B.S. Degree in Electrical Engineering with an emphasis on computer engineering and electronics from Cal State Fullerton.
Q And can you tell the jury what sort of subject matter your degree covered?
A It covered the design of computers, how you build the computers from scratch. So you see a computer today, but inside there is a lot of pieces that makes it tick. So we've learned how every piece works, how to put it together, how to program it. That's computer engineering. And I also had an interest in electronics, how to design amplifiers, how to design other stuff like that.
Q What did you do after you graduated with your engineering degree from Cal State Fullerton?

A I worked at a company in Anaheim called Galiso, gas liquid, solids, the first two letter of gas, liquid, solids. We designed equipment to test gas cylinders, the ones you see in the hospital for oxygen or welding. These cylinders to be transported on the roads here in California must be tested to make sure there's no explosion. So we made this equipment that tests these gas cylinders. Every five years they have to be tested and certified whether they pass or fail.
Q Can you tell us how you became to be involved with Masimo?
A As part of my work at Galiso, around the year 1986, 1987, I had requested information and a sample for a computer chip, a company called National Semiconductor. So one day an engineer showed up, and he said I am the local representative for this company, and my name is Joe Kiani, and I understand you are interested in developing this, and I would like to get to know you and know your company.
Q And how did that result in you joining Masimo?
A And so Joe told me one day I think after we became really good friends -- he said, you know, Mohamed, I meet a lot of companies as part of my work. I go visit them and meet them, and I think I really would like to build a medical device called a pulse oximeter. Would you like to join me?

And my answer was what is a pulse oximeter? I don't know. And he said, well, I can get you some information, some books, and you can tell me, because I think you're a good engineer and you're fit for the job. I said fine.

So I got the papers, read it. I understood how it works. I have a good background in physics, in math, and electronics. And I said I understand how it works. I think I can build one. And that's how Masimo started.

Q And did you agree to immediately join the company at the time?

A No. I told Joe, hey, look, this is a startup. You need to raise some cash. I mean, I can't provide anything. I could barely meet -- you know, make ends meet at the end of the month. He said okay. I can. I said, well, fine. You raise $75,000, and I'll quit my job and join you. I said you're on.

And two months later I get a phone call, and he said I have 50K in the bank. $50,000 in 1989 was a lot of money, and I could not believe he could do it. I honestly kind of brushed it off. I said fine. I went to my boss. I said, Chuck, you have six months' notice -- he's a great boss -- six months' notice. I'm going to leave, and we're going to start this company. And he said that's fine. Good luck.

11:25 Q And was the company named Masimo at the time that you joined?
A No. Joe had come up with the name Vital Signs, Incorporated, and that was the name at the time. Later on, 11:25 we found out there is another VSI company in the medical field. I think it was Vital Signals. We were Vital Signs. I don't remember which one. But Joe said, Mohamed, the two acronyms are the same. We are in the same area. I don't think that's a good idea. We have to find another name.
11:26 So we kept looking. And at that time, the internet was not prevalent. You had to go downtown to figure out if there is a company name by so and so. And his wife was tasked with doing this back and forth. And one day she got sick and tired of us after nine months of trying new 11:26 names, and she said you know what. Joe's mom called him at home Masi, and you are Mohamed. The name of the company is Masimo.
Q So is it correct you were the "mo" in Masimo?
A I am the "mo" in Masimo.
11:26 Q Okay. So you mentioned a pulse oximeter. What is that?
A Okay. A pulse oximeter device you may have seen it in the hospital where, you know, they put the sensor, and it glows bright red. It's a device that can measure the pulse 11:26 rate of a subject and the saturation, how much oxygen is in

11:26 their blood, by shining light through a digit. So it does that non-invasively without taking a drop of blood.

Q And at a high level, Mr. Diab, how does a pulse oximeter work?

11:27 A Okay, at a high level, think when the blood -- when the heart pumps blood in the body, that's -- it gets to the lung, gets refreshed with whole oxygen, and pumps it to the body. And with every heartbeat, the volume changes, goes up and down, even at your fingertip. You cannot see it with 11:27 your own eye, but that fingertip goes (indicating) with every heartbeat. The volume changes slightly, ever slightly, very small.

But we can sense that. And the way we sense it, we shine lights with two LEDs. You know, you're familiar 11:27 with the LEDs that you see on TV. We use red light and infrared light. We see the red light, and that's what you see in the hospital. But the infrared light, you cannot see. But we shine them on top, and we pick it up from the bottom with a photodetector.

11:28 And that pulsation of blood makes the light more or less, more or less, and that's probably some of the stuff that you saw in the opening statement. You see this movement. That is -- we call that a photoplethysmograph. And the name came from plethysmograph, which means a volume 11:28 change. Plethysmograph, a graph of a volume change.

Photoplethysmograph is the light reflecting the volume change. We shortened that to PPG, photoplethysmograph.
Q Okay. And, Mr. Diab, you mentioned LEDs, and you mentioned two wavelengths of light I believe. Do you recall that?
A Yes.
Q How does that work, having the two LEDs with the two different wavelengths of light?
A So essentially, to measure the oxygenation, we take advantage of hemoglobin in our blood. Hemoglobin is when -- when the oxygen changes in hemoglobin, it's the carrier. It is that bucket that takes oxygen in our body. When you change the oxygen, the color changes. As a matter of fact, if you look at your veins, they're kind of bluish-green. Why? Because that's hemoglobin that lost some of its oxygen, probably 80 percent right here versus 95, 98 percent coming from our lung.
So a pulse oximeter is a device that can accurately measure the color of blood. And the way it does it is it isolates these beats from the rest of the tissue right there. And using those two LEDs, those two colors that we shine in, we take their ratio, and that tells how much oxygenation.
Now, with each beat, you could take a look at it and you say, ah, here is a heartbeat. Here is another

11:29 heartbeat. You can count those. And that gives you the pulse rate, just like when a nurse goes to your artery, puts her thumb on it, and counts for 30 seconds -- or 15 seconds, excuse me. I always feel sorry for them. They are so much 11:30 under pressure. They count for 15 seconds and say, okay, your heart rate is so and so.

We do something similar but with the photoplethysmograph. So a pulse oximeter can measure oxygenation, how well your lungs are working, as well as 11:30 pulse rate. And they measure other things, but at least these are the two things, the main parameters, that we can measure.

Q And the two LEDs, are they turned on at the same time?

A No. Typically, what is done is we call intermittent. 11:30 One is turned on for let's say 25 percent of the time, turned off. The other one, the infrared, comes up 25 percent of the time, turned off, and then they repeat. So it's red, infrared, red, infrared, and that's done many times per second, maybe a hundred times per second or so.

11:30 Q And you mentioned photoplethysmograph or PPG for short. Do you recall that, Mr. Diab?

A Yes.

Q And have you created any demonstrative to show to the jury what a PPG looks like?

11:30 A Yes, I did.

11:30 Q And I believe we have that in your binder. If you could turn to your binder, and there's a demonstrative labeled PDX 2. And if you can just look at it in the binder first before we publish it. Do you have that in there in
11:31 your binder?
A What is the number, please?
Q I believe it's the last tab.
A Okay.
Q Oh, I'm sorry. It's the front tab, Mr. Diab. The very
11:31 first tab.
A The very first?
Q Yeah.
A Yes.
Q And is that a demonstrative you've prepared for the
11:31 jury?
A Yes.

MS. SWAROOP: Your Honor, I'd like to publish PDX 2?

MR. SELWYN: No objection.

11:31 THE COURT: You're not offering it? You just want to publish it?

MS. SWAROOP: That's correct, Your Honor.

THE COURT: Okay.

BY MS. SWAROOP:

11:31 Q Mr. Diab, we have it on the screen here. Is this the

11:31 demonstrative that you've prepared?
A Yes.
Q Okay. And can you explain to the jury what is being shown here and maybe start with the upper graph?
11:31 A Yes. So on the top figure, you see what we call a clean photoplethysmograph. This is a case where the subject is sitting still --
Q Mr. Diab, could you just use the microphone?
A I'm sorry. So here is an example of a clean
11:32 photoplethysmograph. It's a case where the subject is sitting still, and the sensor is on the digit, on his finger or her finger. And on the top one, it's red, and that is indicating what the red LED does. And the other one, blue, that's the infrared LED.
11:32 This graph is called a photoplethysmograph. And with each peak, valley, then these undulations, then peak, valley, you could see the repetition. Each one of them corresponds to a heartbeat. So when the heart pumps, you see it go down indicating there is more blood. The light
11:32 gets absorbed. When the heart stops pumping, it relaxes, and it goes back to where it was, and it keeps repeating.
So by counting these guys, you can tell what the pulse rate is, and by looking at the size of the red versus the infrared, we can tell what the oxygen saturation is.
11:33 Q Mr. Diab, I think you told the jury that the red and

11:33 infrared are turned on at different times, and it looks like these graphs kind of match, so can you explain that?
A One important thing we have to do is to line them up. Synchronization is very important, because when you look at
11:33 where things are, you don't want one to be off from the other. Then you get a wrong reading. So we line them up inside the algorithms inside the pulse oximeter to make sure they're correct.
Q And how many samples does it take to generate a PPG
11:33 like the one shown on the upper graph there?
A What you see right here, it looks continuous, but in reality, there are maybe 60 points, 80 points, that is generating this photoplethysmograph, each one of them. And obviously, this would probably be equivalent to maybe ten
11:34 seconds' worth of data depending on the pulse rate.
Q Okay. And let's talk about pulse rate.
Can you calculate pulse rate just from like one or two of the dot samples along those lines?
A No, obviously not. You really need to have at least
11:34 one photoplethysmograph, a complete one that's made up of many points to calculate what is the time for this heartbeat. But in reality -- and we all know that, that's when the doctor calculates the heartbeat or when the nurse calculates the heartbeat -- it's an average over 15 seconds.
11:34 In our pulse oximeter, we take an average of about

ten seconds. That is selected by the clinicians, but it's averaged over let's say ten heartbeats for the sake of argument, because some of them the heart does not repeat exactly. It looks exactly, but it doesn't really. It differs around the value that -- what it is. So we give an average, and that's what is expected from the device.

Q Okay. And, Mr. Diab, if we look at the bottom of the graph, it says "PPG with Noise." What is that showing?

A Okay, so that same condition that I talked to you about where you put the sensor on your digit, if your hand is shaking ever slightly, you get the bottom graph right here. That is the effect of motion on the photoplethysmograph because it is very small. It's like one percent of the whole signal itself. You do a little bit of motion, and this thing goes wacko.

So if a pulse oximeter will go blindly and calculate from that one, then it will get the wrong pulse rate, and it will get the wrong saturation. As a matter of fact, most of the time it displays low saturation. So you could be 98 percent, and you're just fine. The patient moves, 80 percent alarm. The nurse comes in, looks at it, nothing. It's a false. So this is what happened that we call a motion with noise.

Q And, Mr. Diab, at the time that you started at Masimo, were their reliability or accuracy issues in noninvasive

monitoring?
A Indeed, there were a lot. As a matter of fact, the feedback we got from the field talking to clinicians, to nurses, was that we have these two problems. There were two problems at the time. They said we have motion artifact problems. We have these erroneous alarms all the time.
And also, we have another situation where the patient is in shock. The body tried to conserve the blood, so it shuts down the periphery and keeps the blood to the central. The result, that signal that you see up there, becomes about a hundred times smaller. It's so small, so the pulse oximeter can no longer calculate neither pulse rate nor saturation. So those two are called low perfusion problem and motion artifact problem.
The motion artifact problem causes what one doctor called it a crying wolf syndrome. When the pulse oximeters keep alarming all the time, eventually they stop listening to it. They go and silence the alarm. But when a true alarm happened where the saturation of that subject dropped indeed, then they ignore it because it's a crying wolf. They just keep alarming.
So those two issues -- two problems, we set to solve. We thought to have a reason to exist we have to solve those two problems.
Q Okay. So you mentioned the false alarm signal, getting

inaccurate readings.

Were there also any negative affects associated where someone might increase oxygen supply to someone based on an inaccurate reading?

A Yes. So maybe you could say, well, give the subject more oxygen. Who cares? Well, it turned out that if you are on a premature baby, you do care. Why? A premature baby when they are in the womb, fetuses -- when they are in the womb, they live in an oxygen environment of 80 percent. If I give you suddenly right now oxygen of 80 percent, you're going to start feeling dizzy. If you -- if I give anyone, an adult, suddenly an 80 percent saturation oxygen, they're going to start feeling dizzy.

So the reason for that -- it turned out that when the fetus is developing, they develop in low oxygen initially. As a matter of fact, after conception, the oxygen saturation around that area is two percent. As they grow, the need goes up, and it kind of stays around 80 percent. If you go and give them 100 percent, it causes retina damage. It's called ROP, retinopathy of prematurity.

And at the beginning when they would take a premature baby, a long time ago, in the early '60s, and put them in an incubator and they gave them a hundred percent oxygen, they end up with damage or blindness to their retina. The occurrence of that was about 12 percent of

premature babies. That's the eye blindness.

So under that condition, you want also an accurate reading. You don't want to give too much, and you don't want to give too little either. So titrating -- they call it titrating oxygen -- to the premature baby was absolutely critical, and that was actually the first area we went into.

Q Okay. And you were talking about this retinopathy of prematurity affecting premature babies.

Is there any famous celebrity or anyone else that the jury might be aware of that suffered from this type of retinopathy blindness?

A Yeah. Actually, in the opening statement, they mentioned Stevie Wonder. Stevie Wonder was a premature baby, and he lost his vision because of a hundred percent oxygen.

Q And so you've talked about the motion problem and low perfusion.

At the time you that you started at Masimo, what was your understanding of how the industry thought that those problems could be solved?

A The feedback we got from the field that they told us when we complained to those companies, the dominant company at the time, about motion artifact and this, they said, well, it cannot be solved. Don't complain about it.

Q And what was Masimo's mission for noninvasive

monitoring?
A Well, we thought if we can solve those two problems that I mentioned, the motion artifact and low profusion, not only would we make the life of nurses, and clinicians, and patients much better, and also for the preemies, we also can go into new areas where they wouldn't dare use a pulse oximeter. For example, if someone is sedated in the operating room, they're not going to move. So that's not a problem for the motion artifact. But if they go to the general ward where they're recovering or in the ICU, they're moving, and the false alarm starts right there.
So we thought if we'd solve those two problems, we can go into new areas and new applications, and not only within the hospital but also outside the hospital, monitoring babies for SID, Sudden Infant Death Syndrome. We can go into the sports area where they move, you know, on their Lifecycle. So solving those two problems, we were convinced we can go into new areas and new applications.
Q Mr. Diab, if you could turn in your binder to an exhibit. It's JTX 781. It should be perhaps the second tab in your binder.
Do you recognize JTX 781?
A Yes.
Q What is it?
A It's our first business plan that we prepared --

11:41 actually, Joe Kiani did most of the work. I did not -- for our investors. And you can see the name is Vital Signals, Incorporated. At the time, that was our name. Essentially, we were telling the world why you should invest in us. This
11:42 is our story. This is what we want to do. This is where we want to go. This is the potential --

Q Thank you, Mr. Diab. I just wanted to identify it.

So what is the date on this document?

A August 1989.

11:42 MS. SWAROOP: Your Honor, at this time, I move to admit JTX 781.

MR. SELWYN: No objection.

THE COURT: 781 will be received.

(Exhibit 781 received in evidence)

11:42 BY MS. SWAROOP:

Q And, Mr. Diab, we're going to go to the section entitled "General" of the report, and we'll also display it on the screen if that's easier for you. If you can go to page 1 under the "General" section.

11:42 And, Jeff, if we could blow up the first paragraph. Great.

And this says, quote: "Vital Signals, Incorporated, is a company whose primary goals are the design, manufacture, and marketing of medical instruments
11:42 for monitoring patients, whether for use in hospitals,

clinicals, or at home."

Do you see that, Mr. Diab?

A Yes.

Q And does that sentence accurately describe some of the areas Masimo was contemplating at the time of its 1989 Business Plan?

A Correct.

Q We're going to now go to page 8 of this exhibit, and do you see a figure there, Mr. Diab?

A Yes.

Q Can you describe for the jury what's being shown in this figure?

A So in this one, we broke up the areas that we thought we can go to. In the central area there with the dark circle, we identified three sectors, if you will: the hospital, the portable pulse oximeter, and the home area for monitoring. And then each one of them we kind of give more examples of where it can go.

So if you are in the portable section, you can go into dentistry; fitness clubs; sport product, Lifecycles. I don't know if some of you would remember, but they used to -- these bikes, they used to call them Lifecycles. So here they are. There is patient transport. When they transport the patient, you want to have a portable pulse oximeter. You can't have something plugged into the wall. Doctors'

11:44 bags, you know, house calls, a doctor making house calls. And ophthalmology. So this is one area.

You go to the home area, and you see more detail, like a sleeping disorder or SID, Sudden Infant Death 11:44 Syndrome, where a baby goes to sleep and they don't wake up. So if you have a pulse oximeter on them, it will alarm right there, and you can revive them.

Q And, Mr. Diab, who would be the users of Masimo's technology in these different locations?

11:44 A Well, mainly, they would be clinicians. But you could see that there are other areas, fitness clubs, at home, sports product. Those are just people -- normal people using them.

Q How did you go about solving the motion problem that 11:45 you talked about?

A So the first thing I did -- I'm working with Joe -- was to understand how light goes through the tissue. There is a -- there are techniques and mathematical equations that describe how light propagates through the tissue. So we 11:45 started with that as a model. And we used a new technique that was available -- recently available at the time. It's called adaptive signal process whereby these filters can change based on the signal itself. They're not fixed.

And with the combination of those two, we came up 11:45 with an idea of how to separate, as you saw earlier, that

11:45 noise -- that signal, the photoplethysmograph, the small piece, photoplethysmograph, from that large noise right there. And we collected data on the subject while they're moving, and we proved to ourself that the concept really
11:46 works.
Q And, Mr. Diab, at approximately what time period did you feel that you had developed a solution to the motion problem?
A Around 1991.
11:46 Q Okay. And did you give a particular name for the technology?
A Yes. We called it SET, Signal Extraction Technology. And one of the slogans we have, "Get SET For Motion." That was much later on.
11:46 Q Okay. Let's turn in your binder, Mr. Diab, to another exhibit. It's JTX 1902, and let me know if you recognize that.
A Yes.
Q What is JTX 1902?
11:46 A This is a picture of Joe Kiani and myself in our lab, which was my bedroom.
MS. SWAROOP: Okay. Your Honor, at this time, I'd like to move to admit JTX 1902.
MR. SELWYN: No objection.
11:46 MS. SWAROOP: And if we can publish the exhibit.

11:46 THE COURT: 1902 will be received.
Anytime an exhibit is in evidence, you may publish.
(Exhibit 1902 received in evidence)
11:46 MS. SWAROOP: Thank you, Your Honor.
BY MS. SWAROOP:
Q All right, turning to the first -- the upper photograph, Mr. Diab, can you explain what's being shown here?
11:47 A Yes. That is a picture of the --
Q And if you could just use the mic, again. Thank you.
A So on the left is Joe Kiani. He is really the founder of Masimo. On the right is myself. You can see a lot more hair than today. And we're smiling. That is the time when 11:47 we knew we got it. And this was in my room.
Q Okay. All right. And if we can go to the bottom photograph.
A Okay, the bottom.
Q Can you tell us what's being shown here?
11:47 A Sure. The bottom photograph, this is a computer monitor. Maybe some of you can recognize the Sony. That was a big prize monitor to have at the time. It's a big monster monitor. And on it, there was actually the -- these noisy signals, but they're not showing unfortunately, and 11:48 the clean signal, the one that we extracted and clean. And

11:48 it was just to kind of memorialize that this was the time when we have it. And you can see the smile on my face, and I was really happy after a year and a half of work.

Q Okay, Mr. Diab. Now, after you discovered how to

11:48 measure pulse oximetry through motion, were there other algorithms that you worked on?

A Yes. So we started first with making sure that we can calculate the oxygen saturation accurately, and we managed to raise money and get a team to refine it.

11:48 The next target was really the pulse rate. And it really looks easy on the surface that, oh, you can count these. The issue is once you have motion, you can count -- you get 200 beats per minute or a hundred a minute. It's a ridiculous number. It had nothing to do with the reality.

11:48 Not only that, you will have situations when the beat is not regular. You can have a big beat, a strong beat, a big beat, small beat, two small beats, big beat. They change timing back and forth. And the result of that, even under no motion, the patient is sitting, still the

11:49 pulse oximeter reports the wrong number. So that algorithm that I worked on took literally years to develop.

Not only that, we also got feedback from the field where we thought we're going to be in the NICU. We're going to start in the Neonatal Intensive Care Unit. We know it's

11:49 challenging. We know those little premature babies that

11:49 their feet are so small. The whole sensor needed the foot, the whole foot. The toes are so small, so they need the whole foot on the sensor. And they kick, and they continuously kick and move and kick and move.

11:49 And their system is so delicate. When they start kicking and moving, there's not much oxygen left. The pulse rate goes down. They call it bradycardia. They could be 200 beats per minute, and the next one, 30 beats per minute. It's really scary. I didn't believe it until I saw it. And 11:50 then their saturation consequently goes down, and you have to enter it. But if you put a regular pulse oximeter, it will alarm, so alarming and alarming back and forth. So if you use a standard pulse oximeter at the time, it will alarm with or without true bradycardia. We call it bradycardia 11:50 when the heart rate drops.

So we got the feedback. We got Dr. Poets, which is a really renowned neonatologist in Germany, and he works in I think a hospital that is a university hospital, and he agreed to help us improve and develop that. So we gave him 11:50 our device. He would put it on his premature babies, collect the data, evaluate the data, and send it to us. And the initial evaluation was, Mohamed, that pulse rate algorithm is not there yet. Saturation is good, but the pulse rate is not there yet.

11:51 Q And, Mr. Diab, why was getting an accurate pulse rate

so important to what you were doing at Masimo?
A Two reasons. For at least somebody like Dr. Poets, a neonatologist, when the pulse rate drops, true drops in the pulse rate of the premature baby, that's an indication of something bad has happened, so they need their attention. So that is one thing they needed.
The other one was really psychological. In the hospital, even if you're calculating the oxygenation correctly but the pulse rate is wrong, no one believes you. It's just psychological. The nurses say, no, we don't believe it, but we said to them we tested it. So having an accurate pulse rate was also important for believing the instrument itself.
Q And how long did it take you to develop an accurate pulse rate algorithm?
A Three years.
Q And, Mr. Diab, if you could turn in your binder -- I believe it should be the last tab. It's JTX 7583, and let me know if you recognize this document.
A This document, it described the pulse rate algorithm in detail.
MS. SWAROOP: Your Honor, at this time, I move to admit JTX 7583.
MR. SELWYN: No objection.
THE COURT: 7583 will be received.

11:52 (Exhibit 7583 received in evidence)
BY MS. SWAROOP:
Q Mr. Diab, can you give the jury a sense of how long this document is?
11:52 A This is about a 154-page document that describes in detail the pulse rate algorithm, which is really made up like of four or five algorithms built into it. And along with that, there is about a hundred pages of appendices that shows the program itself, description of how this algorithm
11:52 works.
Q How difficult was it to develop a pulse rate algorithm that was reliable?
A This is probably one of the most complex algorithms in our pulse oximeter. It was quite taxing for years.
11:53 Q And I'm not going to publish this in open court, but, Mr. Diab, if you could just turn to page 7 in your binder there, and can you just describe at a very high level what's being shown?
A Okay. So the first page of this document, it's like
11:53 taking a 40,000 foot picture from an airplane above the city. So you see the outline of the city. You might see some of the streets, whatever. So this is the top level blocks of this algorithm. Each block -- you can open up the next pages and dig in deeper like a pyramid, and you see
11:53 more details. And then you click on another one. You see

11:53 more and more details. It's just impossible to put it on one page. There's 154 pages. So this is what we call the top level document that says, okay, there is this block, there is this block, and there is this block.

11:53 Q Okay. And did you receive any feedback after you had developed this pulse rate algorithm?

A Yes. The first feedback that we got was from Dr. Poets. He was very happy with it.

Q And was he the neonatologist that you had mentioned

11:54 earlier?

A He is the neonatologist that I mentioned earlier. He said, okay, Mohamed, this is not perfect, but I like it.

Q All right. And what did you do to verify the algorithms after you had developed them?

11:54 A A very important piece of all of this development is to collect data, and the reason for that is that when you collect the data, the raw data that you saw right here in the red and the infrared, we can change the algorithm and play it back and see how well the algorithm does. So you

11:54 have this iteration that you can do over days and weeks and say, okay, we're doing well here. We're not doing well. Let's make this modification. What happens if I make this modification? Something else might fall apart. So you have to go and make sure.

11:55 We had about 3,000 subjects. And once we reached

that level from premature babies, adults, people on Lifecycles, people running, when we got all of those people in the operation room, the algorithm working very nicely on all of those, I stopped hearing any complaint from the field.

Q Great. All right. Let's turn in your binder, Mr. Diab, to JTX 1904. Do you recognize that exhibit?

A Yes.

Q What is it?

A Okay, this is a picture of -- at Masimo of Big Red.

Q Okay. And that's fine. I'll just move to admit it, and then we can publish it.

MS. SWAROOP: Your Honor, at this time, I move to admit JTX 1904.

MR. SELWYN: No objection.

THE COURT: 1904 will be received.

(Exhibit 1904 received in evidence)

BY MS. SWAROOP:

Q And what's being shown here, Mr. Diab?

A Okay, so in this picture, we had a cluster of 40 computers. This is in 2002, 2003 time frame. On the right, you see Mr. Al-Ali, who is going to testify after me. He's the inventor on the '776 Patent. Next is Ron Rumbaugh. He's a great software engineer. Dave Dalke, great hardware engineer, and graduated from Cal State Fullerton just like

me, and myself on the left. And these computers we used to run simulations to test our new algorithms.

Q Why does it say "Masimo Big Red" at the top there?

A That's a name that was given to it because of the logo that we have for Masimo. It has this radical, like a square root, that we were radical in our thinking. So the red was kind of our symbol right there.

Q All right. So we've talked a lot about Masimo's development work, and I'd like to shift gears a little bit now and ask you about some of the products Masimo has developed over the years.

THE COURT: Do you want to take the lunch break here?

MS. SWAROOP: Sure, happy to do that, Your Honor.

THE COURT: Okay. Ladies and gentlemen, we'll be in recess until 1:30. Please remember the admonition.

(Jury not present)

THE COURT: Okay, anything before we take the recess?

MS. SWAROOP: Nothing from Masimo, Your Honor.

THE COURT: Okay, we'll be in recess until 1:30. Thank you.

(Lunch recess)

(Miriam Baird reported Vol. II)

* * *

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date: November 5, 2025

/s/ Sharon A. Seffens 11/5/25

SHARON A. SEFFENS, U.S. COURT REPORTER

**MR. HORNE: [6]** 4/8 15/18 16/16 16/19 16/23 17/6
**MR. MUELLER: [22]** 4/13 8/19 9/24 10/5 12/11 12/19 12/22 13/3 14/13 15/19 15/24 15/25 16/4 16/9 16/10 16/17 43/6 43/15 43/18 73/1 75/3 80/5
**MR. POWELL: [2]** 14/21 15/2
**MR. RE: [3]** 13/16 14/9 14/12
**MR. SELWYN: [7]** 83/6 85/2 95/19 103/12 106/24 110/24 113/15
**MS. FRAZIER: [4]** 6/8 15/3 15/8 15/15
**MS. SWAROOP: [32]** 4/19 5/7 6/2 6/11 6/15 7/4 7/22 8/21 9/5 12/12 13/5 84/6 84/15 84/20 85/14 85/17 85/20 86/1 86/7 86/10 86/13 86/18 95/17 95/22 103/10 106/22 106/25 107/5 110/22 113/13 114/14 114/20
**THE CLERK: [2]** 4/4 86/15
**THE COURT: [65]** 4/12 4/17 5/6 5/24 6/1 6/4 7/19 8/20 9/4 9/23 10/1 12/6 12/13 12/21 12/25 13/4 13/6 14/8 14/10 14/14 14/24 15/7 15/13 15/16 15/23 16/3 16/6 16/11 16/15 16/18 16/22 16/25 42/23 43/5 43/8 43/11 43/13 43/17 72/25 75/2 80/3 82/24 83/3 83/5 84/5 84/14 84/17 85/1 85/12 85/16 85/18 85/24 86/3 86/5 86/12 95/20 95/23 103/13 107/1 110/25 113/16 114/12 114/15 114/18 114/21
**THE WITNESS: [2]** 86/17 86/20

**$**

**$16 [2]** 38/7 38/7
**$3 [2]** 41/17 41/21
**$50,000 [1]** 90/19
**$6 [2]** 41/17 41/21
**$6 million [2]** 41/17 41/21
**$634 [1]** 38/25
**$634 million [1]** 38/25
**$749 [1]** 39/1
**$749 million [1]** 39/1
**$75,000 [1]** 90/16

**'**

**'60s [1]** 100/22
**'776 [15]** 11/5 18/12 27/2 30/7 35/17 44/13 44/14 48/11 48/12 48/24 56/12 64/18 70/10 70/16 113/23
**'89 [1]** 63/24
**'98 [1]** 63/16

**.**

**...such [1]** 59/8

**/**

**/s [1]** 115/15

**0**

**02109 [1]** 2/13
**0404 [1]** 2/6

**1**

**1,500 [1]** 37/20
**1-1053 [1]** 1/20
**10 [1]** 50/2
**100 percent [3]** 46/9 56/25 100/19
**103 [1]** 3/10
**1053 [1]** 1/20
**107 [1]** 3/11
**11 [14]** 50/7 50/24 51/3 51/4 51/4 51/7 51/9 51/11 51/13 52/6 52/7 60/7 61/21 84/22
**11/5/25 [1]** 115/15
**111 [1]** 3/11
**113 [1]** 3/12
**11:00 last [1]** 12/13
**12 [9]** 50/6 50/25 51/1 51/5 51/6 51/6 52/5 52/6 60/7
**12 percent [2]** 29/20 100/25
**120 [5]** 29/7 29/13 29/14 33/17 78/11
**1270 [1]** 83/12
**13 [5]** 50/25 51/1 51/5 52/6 60/7
**14 [7]** 50/25 51/1 51/1 51/8 52/6 60/7 61/21
**14 cents [1]** 41/22
**140 [1]** 29/25
**14th [1]** 2/5
**15 [4]** 50/2 94/3 94/5 97/24
**154 [1]** 112/2
**154-page [1]** 111/5
**16/174144 [1]** 60/16
**160-page [1]** 83/12
**17 [2]** 3/5 62/11
**174144 [1]** 60/16
**18-hour [3]** 36/1 36/15 36/20
**1870's [1]** 54/12
**1902 [6]** 3/11 106/16 106/19 106/23 107/1 107/4
**1904 [5]** 3/12 113/7 113/14 113/16 113/17
**1925 [1]** 2/8
**1958 [1]** 87/7
**1970s [2]** 64/24 65/18
**1979 [1]** 87/8
**1980's [1]** 65/2
**1986 [1]** 89/12
**1987 [2]** 87/14 89/13
**1989 [4]** 23/15 62/23 103/9 104/5
**1989 was [1]** 90/19
**1990's [1]** 63/4
**1990s [3]** 63/15 63/15 63/25
**1991 [1]** 106/9
**1995 [1]** 63/16
**1:30 [2]** 114/16 114/21

**2**

**20 [2]** 49/17 57/3
**200 [2]** 108/13 109/8
**2001 [8]** 26/19 39/25 61/16 61/22 62/4 62/6 62/19 63/3
**2002 [1]** 113/21
**2003 [3]** 26/20 27/1 113/21
**20037 [1]** 2/19
**2010s [1]** 66/11
**2013 [3]** 27/17 27/22 27/24
**2015 [2]** 60/19 83/14
**2017 [2]** 60/21 60/22
**2018 [5]** 48/13 60/16 60/16 62/7 62/12
**2019 [7]** 27/3 27/5 35/5 48/12 60/23 60/24 64/10
**202 [1]** 2/20
**202-3014 [1]** 2/23
**2020 [3]** 38/14 38/20 64/10
**2022 [5]** 38/16 38/20 62/13 62/13 64/11
**2023 [4]** 6/17 7/5 84/7 84/9
**2025 [3]** 1/17 4/1 115/13
**2040 [1]** 2/5
**21-319 [1]** 83/16
**21-330 [1]** 83/17
**2100 [1]** 2/19
**24 [1]** 62/3
**25 [1]** 115/15
**25 percent [10]** 25/8 25/12 25/16 26/1 26/5 26/10 26/15 36/12 94/15 94/17
**25-year [1]** 83/13
**256 [2]** 30/19 30/20
**2570 [1]** 5/1
**26 [1]** 62/13
**2600 [1]** 2/16
**28 [1]** 115/7
**29 [3]** 7/7 60/16 62/7

**3**

**3,000 [1]** 112/25
**30 [6]** 68/9 77/6 77/7 77/11 94/3 109/8
**3014 [1]** 2/23
**310 [1]** 2/9
**319 [1]** 83/16
**32 [1]** 87/9
**330 [1]** 83/17
**3450 [1]** 2/9
**35 [1]** 87/16
**35 years [1]** 17/10
**36 [1]** 88/9

**4**

**40 [1]** 113/20
**40,000 [1]** 111/20
**400 [1]** 2/16
**411 [1]** 1/20
**43 [1]** 3/5
**43 million [3]** 38/10 38/21 41/18
**4th [1]** 1/20

**5**

**50 percent [1]** 41/8
**50.00001 [1]** 41/9
**50K [1]** 90/19
**526-6000 [1]** 2/13
**551-3450 [1]** 2/9

**6**

**60 [3]** 2/12 50/7 97/12
**600 [2]** 2/8 2/22
**6000 [1]** 2/13
**6031 [1]** 2/17
**6096 [1]** 2/20
**612 [1]** 1/21
**617 [1]** 2/13
**63883 [1]** 40/18
**64 [2]** 30/19 30/19
**650 [1]** 2/17
**663-6096 [1]** 2/20

**7**

**70 [1]** 29/24
**70,000 [1]** 37/25
**700 [1]** 2/22
**703 [1]** 9/13
**75 percent [2]** 25/9 25/12
**753 [1]** 115/6
**7566 [1]** 5/22
**7583 [5]** 3/11 110/18 110/23 110/25 111/1
**760-0404 [1]** 2/6
**781 [6]** 3/10 102/20 102/22 103/11 103/13 103/14

**8**

**80 [4]** 97/12 100/9 100/10 100/12
**80 percent [3]** 93/16 98/21 100/19
**804-8655 [1]** 1/21
**84 [1]** 6/19
**858-6031 [1]** 2/17
**86 [1]** 3/8
**8655 [1]** 1/21
**87.9 percent [1]** 29/15
**88 percent [1]** 29/17
**8:28 [1]** 4/1

**9**

**90067 [1]** 2/8
**92614 [1]** 2/5
**92626 [1]** 2/22
**92701 [1]** 1/20
**94306 [1]** 2/16
**949 [2]** 2/6 2/23
**95 [1]** 93/16
**97 percent [1]** 25/19
**98 percent [2]** 93/16 98/20
**99/63883 [1]** 40/18

**A**

**A.M [1]** 4/2
**ability [1]** 72/19
**able [8]** 23/9 23/17 38/1 41/13 68/22 68/23 71/16 72/20
**abnormal [1]** 30/20
**abnormally [3]** 18/18 30/13 30/23
**about [93]** 6/9 9/10 12/15 13/19 13/21 17/10 18/11 18/13 18/20 18/22 18/24 24/18 24/20 24/24 26/12 27/14 28/3 28/8 28/20 29/3 29/12

**A**

**about... [72]** 31/24 32/5 32/6 32/10 32/11 33/7 33/23 34/5 34/16 34/25 35/19 38/7 38/21 38/25 39/1 39/6 40/11 41/14 41/15 44/4 45/8 46/20 48/7 48/10 49/1 51/20 52/2 52/3 54/16 55/5 56/14 56/20 57/7 58/2 58/8 59/5 60/12 61/7 61/19 61/25 62/2 62/15 69/9 71/11 71/19 72/5 72/22 74/2 76/16 76/22 80/3 85/7 85/21 87/1 87/16 88/9 97/16 97/25 98/9 99/11 100/25 101/7 101/16 101/23 101/24 105/14 105/15 111/5 111/8 112/25 114/8 114/10
**above [6]** 41/8 45/11 45/15 78/11 111/20 115/9
**above-entitled [1]** 115/9
**absolutely [6]** 13/3 52/25 53/1 61/4 77/17 101/5
**absorbed [2]** 54/18 96/20
**abstract [1]** 10/14
**acceptable [1]** 84/13
**accidental [2]** 70/21 70/23
**accidentally [2]** 70/16 70/18
**accommodate [1]** 72/15
**accomplish [1]** 66/22
**accomplished [1]** 76/15
**accomplishments [1]** 65/13
**accordance [1]** 15/8
**accuracy [1]** 98/25
**accurate [6]** 29/20 55/22 101/2 109/25 110/12 110/14
**accurately [3]** 93/19 104/4 108/8
**accusations [1]** 82/9
**accused [3]** 5/3 11/1 82/20
**achievement [1]** 64/4
**acknowledged [1]** 69/24
**acquire [1]** 28/22
**acronyms [1]** 91/8
**active [2]** 66/21 78/18
**activities [1]** 46/1
**actual [3]** 29/23 70/15 79/23
**actually [17]** 10/10 20/5 35/3 38/2 45/2 48/21 48/22 60/23 67/10 69/10 71/1 73/4 83/9 101/6 101/12 103/1 107/23
**adaptive [1]** 105/22
**add [3]** 30/17 30/18 71/7
**added [3]** 27/23 30/21 31/20
**adding [1]** 67/19
**addition [2]** 30/18 83/21
**additional [2]** 4/23 7/12
**address [3]** 12/19 43/13 55/20
**adjusting [2]** 24/20 33/18
**admissible [2]** 9/12 9/12
**admission [3]** 5/10 9/1 12/7
**admissions [4]** 5/21 6/6 10/4 12/9
**admit [6]** 11/8 103/11 106/23 110/23 113/11 113/14
**admitted [3]** 11/18 12/2 84/9
**admonition [3]** 43/1 83/1 114/16
**adopted [7]** 5/2 5/13 5/19 6/6 6/10 8/23 10/25
**adopting [1]** 5/20
**adoptive [6]** 5/10 6/6 9/1 10/3 12/7 12/9
**adult [1]** 100/12
**adults [1]** 113/1
**advance [2]** 20/4 53/12
**advantage [1]** 93/10
**affect [2]** 24/14 24/21
**affected [1]** 72/19
**affecting [1]** 101/8
**affects [1]** 100/2
**affirmations [1]** 83/18
**afford [4]** 59/7 59/7 59/10 60/3
**affordable [1]** 27/10
**AFib [1]** 76/19
**afraid [1]** 82/7
**after [22]** 21/15 27/6 30/21 38/16 40/10 46/14 54/25 55/18 64/12 64/13 64/16 80/22 81/19 88/24 89/20 91/14 100/16 108/3 108/4 112/5 112/14 113/22
**again [23]** 5/12 8/22 9/5 28/15 43/19 44/1 44/8 52/8 56/18 57/11 60/2 60/5 60/6 62/21 64/3 71/1 76/13 82/3 82/7 84/21 85/9 86/20 107/11
**against [5]** 9/16 12/15 66/9 82/5 82/10
**aged [1]** 21/25
**ago [10]** 17/10 48/7 48/10 48/15 54/11 62/3 70/1 70/5 73/10 100/22
**agree [3]** 10/2 48/2 90/10
**agreed [3]** 35/2 35/8 109/19
**agreement [1]** 48/3
**agreements [1]** 41/23
**ah [1]** 93/25
**aimed [6]** 33/10 46/10 47/20 56/24 57/1 59/25
**airplane [1]** 111/20
**al [15]** 1/9 4/5 23/23 23/24 23/24 25/15 25/21 26/12 27/6 32/17 39/21 39/23 52/19 52/21 113/22
**Al-Ali [1]** 23/23
**alarm [11]** 22/8 35/22 59/19 98/21 99/18 99/19 99/25 102/11 105/6 109/12 109/13
**alarming [4]** 99/17 99/21 109/12 109/12
**alarms [8]** 20/17 29/12 29/15 29/17 29/19 30/25 36/25 99/6
**alert [1]** 29/6
**alerts [1]** 29/16
**algorithm [13]** 21/20 108/20 109/23 110/15 110/20 111/6 111/9 111/11 111/23 112/6 112/18 112/19 113/3
**algorithms [7]** 28/18 97/7 108/6 111/7 111/13 112/14 114/2
**Ali [10]** 23/23 23/24 23/24 25/15 25/21 26/12 27/6 32/17 39/21 113/22
**Ali's [3]** 39/23 52/19 52/21
**all [64]** 13/20 14/22 18/5 19/19 20/22 31/14 32/5 32/15 34/14 36/8 36/10 36/12 36/19 37/25 38/5 39/5 39/5 40/11 40/13 41/9 41/19 47/10 47/23 48/18 51/10 51/18 52/19 54/6 54/17 56/4 57/10 61/22 62/9 65/5 67/2 68/14 71/6 71/11 72/15 72/19 73/6 74/16 77/8 79/4 82/2 82/15 82/18 82/18 83/8 83/15 83/20 85/17 86/3 97/22 99/6 99/17 107/7 107/16 112/13 112/15 113/2 113/4 113/6 114/8
**allegations [1]** 80/11
**alleging [4]** 39/10 39/10 39/11 46/14
**allocate [1]** 72/6
**allocation [1]** 72/6
**allow [2]** 63/18 75/9
**allowed [3]** 11/20 26/16 61/14
**allows [2]** 18/3 67/13
**almost [4]** 12/13 29/17 30/24 37/25
**alone [4]** 11/9 11/12 11/18 29/1
**along [2]** 97/18 111/7
**already [2]** 35/19 39/5
**also [39]** 7/1 9/2 23/4 23/16 26/11 27/19 29/10 33/10 34/4 36/2 36/22 37/2 39/8 39/17 40/9 42/12 44/1 50/25 51/7 53/15 54/21 60/10 61/12 61/17 62/25 63/9 63/11 64/24 80/25 88/21 99/7 100/2 101/2 102/5 102/5 102/14 103/17 108/22 110/12
**alternatives [1]** 36/22
**although [2]** 64/24 88/6
**Alto [1]** 2/16
**always [5]** 23/5 23/16 25/15 87/6 94/4
**am [5]** 6/12 59/5 87/9 89/15 91/19
**Ambient [1]** 72/16
**Ammar [2]** 23/23 23/23
**among [4]** 66/3 67/25 70/2 72/7
**amount [7]** 19/12 20/23 25/4 25/5 41/1 67/1 79/18
**amplifiers [1]** 88/22
**AMY [3]** 2/18 4/15 43/25
**Ana [3]** 1/16 1/20 4/1
**Anaheim [1]** 89/1
**analogize [1]** 50/14
**analysis [1]** 51/22
**anatomy [1]** 72/18
**anesthesia [1]** 20/14
**Angeles [1]** 2/8
**announced [1]** 63/14
**annual [1]** 84/10
**another [17]** 7/16 23/20 23/24 27/9 27/22 28/10 29/21 30/18 37/16 72/4 84/16 91/5 91/9 93/25 99/7 106/15 111/25
**answer [1]** 90/1
**Anton [1]** 2/22
**any [32]** 6/4 6/8 6/9 7/19 7/20 7/24 9/21 13/19 14/22 15/2 15/5 39/11 39/22 43/2 44/25 46/1 46/3 46/4 46/15 61/25 78/2 78/3 83/21 84/1 84/2 85/4 85/5 94/23 100/2 101/9 112/5 113/4
**anybody [2]** 42/5 42/6
**anyone [4]** 43/2 80/8 100/12 101/9
**anything [8]** 15/16 27/23 39/9 43/5 49/2 70/7 90/13 114/18
**anytime [2]** 47/22 107/2
**anywhere [1]** 70/24
**Aoyagi [1]** 54/12
**apart [2]** 84/2 112/23
**app [4]** 7/8 7/8 8/10 67/15
**appeal [1]** 65/15
**appear [3]** 55/10 78/11 84/17
**appearances [2]** 2/1 4/6
**appears [2]** 13/23 57/24
**appendices [1]** 111/8
**applaud [1]** 53/6
**APPLE [211]**
**Apple's [13]** 6/15 6/25 13/7 32/14 32/21 32/24 33/7 33/20 35/15 36/3 64/13 65/16 76/1
**Apple.com [1]** 33/11
**application [20]** 26/19 26/19 27/4 39/24 60/13 60/15 60/15 60/17 60/17 60/20 61/9 61/15 61/22 61/22 61/23 61/24 62/2 62/3 62/7 62/14
**applications [11]** 57/15 58/10 61/13 61/14 62/9 62/10 62/11 65/23 67/19 102/13 102/18
**applied [2]** 48/13 84/8
**apply [4]** 41/15 79/14 79/14 82/20
**applying [2]** 38/24 58/25
**approach [3]** 54/24 58/16 86/11
**approximately [1]** 106/6
**are [211]**
**area [10]** 53/4 53/8 91/8 100/17 101/6 102/16 104/14 104/16 105/2 105/3
**areas [10]** 8/16 20/10 20/13 48/3 102/6 102/13 102/18 104/5 104/13 105/11
**aren't [2]** 31/19 31/20
**argue [1]** 40/19
**argument [2]** 32/24 98/3
**arguments [2]** 9/7 18/22
**around [13]** 20/12 20/15 23/7 23/9 25/6 45/24 45/24 50/15 89/12 98/5 100/17 100/18 106/9
**arrive [2]** 44/7 55/22
**art [1]** 40/18
**artery [2]** 20/6 94/2
**Arthurs [2]** 37/17 37/17
**artifact [6]** 99/5 99/14 99/15 101/23 102/3 102/9
**as [87]** 5/17 6/4 7/2 8/3 8/12 8/25 9/14 9/18 9/19 10/24 11/11 11/24 12/22 13/11 13/24 16/1 16/2 17/3 17/21 25/18 25/18 28/1 33/9 41/7 43/22 44/15 45/12 45/14 45/17 45/17 45/21 46/18 46/19 47/12 48/3 50/10 51/9 52/23 53/9 56/25 57/17 58/3 58/6 58/18 59/8 59/11 60/4 60/10 60/21 63/22 64/3 65/11 68/13 69/3 70/3 70/6 70/17 70/17 71/8 72/7 72/11 74/8 75/4 75/24 75/24 76/3 76/5 77/15 78/5 78/6 79/19 79/19 80/15 80/24 84/8 87/20 89/12 89/22 93/13 94/9 94/9 98/18 99/2 100/16 100/17 105/20 105/25
**aside [1]** 48/20
**ask [9]** 48/14 49/7 50/5 52/20 82/2 82/4 82/18 82/18 114/10
**asked [10]** 4/22 5/15 13/21 33/23 37/20 37/22 37/24 42/7 48/17 80/6
**asking [3]** 11/8 11/15 11/25
**aspiration [2]** 65/11 67/3
**asserted [2]** 82/5 83/24
**asserting [3]** 44/16 50/23 50/25
**assess [1]** 82/19
**assimilation [1]** 19/13

## A


**associated [3]** 47/11 55/3 100/2
**assume [3]** 12/18 35/2 35/6
**atrial [1]** 76/19
**attached [3]** 57/16 57/23 57/25
**attacks [1]** 76/17
**attempt [1]** 13/2
**attending [1]** 59/15
**attention [4]** 20/19 42/5 44/9 110/5
**attenuated [1]** 51/16
**attesting [1]** 66/6
**attractive [2]** 65/9 65/10
**August [1]** 103/9
**availability [1]** 71/14
**available [28]** 36/22 45/18 45/19 45/22 46/2 46/23 46/24 47/6 47/25 47/25 68/3 68/16 68/19 68/20 69/18 75/11 75/20 75/21 76/2 77/13 77/23 78/21 78/23 78/23 79/8 81/25 105/21 105/21
**Avenue [1]** 2/19
**average [3]** 97/24 97/25 98/6
**averaged [1]** 98/2
**awarded [1]** 34/21
**aware [1]** 101/10
**away [1]** 40/4


## B


**B.S [1]** 88/12
**babies [13]** 20/15 20/15 21/1 21/1 21/5 53/6 53/8 101/1 101/8 102/15 108/25 109/20 113/1
**babies' [1]** 22/7
**baby [11]** 21/3 25/13 53/11 53/11 100/7 100/8 100/22 101/5 101/14 105/5 110/4
**back [29]** 4/20 5/1 5/15 17/8 19/23 20/2 26/19 27/24 39/25 51/3 51/8 52/16 59/13 60/5 61/12 62/16 62/18 67/3 71/18 72/21 74/10 74/20 82/6 88/5 91/13 96/21 108/18 109/12 112/19
**backdrop [1]** 66/9
**background [4]** 30/8 57/6 88/10 90/7
**backup [1]** 6/5
**bad [1]** 110/5
**bags [1]** 105/1
**Baird [1]** 114/24
**balance [1]** 15/1
**balances [1]** 9/16
**balancing [1]** 9/13
**ball [4]** 48/19 82/4 82/4 82/11
**bank [1]** 90/19
**barely [1]** 90/14
**bargain [1]** 26/21
**based [6]** 35/8 37/23 41/22 62/14 100/3 105/23
**basic [3]** 56/11 56/12 62/15
**basically [1]** 76/22
**basing [1]** 61/21
**basis [9]** 11/9 11/12 11/18 47/16 47/17 59/22 59/24 69/21 77/24
**battery [12]** 35/24 36/1 36/14 36/15 36/16 36/16 36/17 36/17 36/20 57/15 72/6 72/6
**be [128]**
**BEAR [2]** 2/4 2/7
**bears [2]** 40/25 41/2
**beat [7]** 93/24 108/16 108/16 108/17 108/17 108/17 108/17
**beats [10]** 29/7 29/14 29/24 33/17 78/11 93/20 108/13 108/17 109/8 109/8
**beautiful [4]** 36/4 65/9 65/17 67/2
**became [2]** 89/10 89/20
**because [31]** 9/21 14/18 19/18 19/22 20/21 21/5 22/12 24/9 32/13 32/19 45/3 47/16 48/21 49/12 51/19 52/12 54/18 74/21 75/12 75/22 75/23 76/9 82/7 90/3 93/15 97/4 98/3 98/13 99/20 101/14 114/4
**become [1]** 64/24
**becomes [1]** 99/11
**bed [1]** 56/8
**bedroom [2]** 22/1 106/21
**been [24]** 15/4 19/2 19/3 19/16 40/1 42/14 54/25 55/23 62/22 62/25 63/2 64/14 65/16 66/2 66/4 68/23 69/13 70/23 71/7 77/18 78/12 81/18 83/8 88/7
**before [34]** 13/2 20/5 23/16 39/21 39/23 39/23 40/12 44/17 46/14 54/1 56/18 60/7 60/20 60/24 60/25 61/2 61/8 61/11 62/15 63/3 64/10 64/18 64/20 66/14 67/6 69/7 70/8 71/6 72/11 73/15 81/19 85/4 95/4 114/18
**began [4]** 19/24 63/15 64/10 71/5
**beginning [6]** 8/1 17/11 34/17 41/25 66/19 100/21
**behalf [2]** 4/14 43/19
**being [18]** 47/9 55/12 55/13 57/14 57/25 62/14 65/23 68/5 70/2 72/1 82/5 82/20 96/3 104/11 107/8 107/19 111/18 113/19
**beliefs [2]** 14/5 14/6
**believe [12]** 5/16 6/10 9/1 9/8 9/12 90/20 93/4 95/1 95/7 109/9 110/11 110/18
**believed [1]** 25/8
**believes [1]** 110/9
**believing [1]** 110/12
**below [6]** 8/12 30/1 45/11 45/15 52/21 67/16
**Bench [1]** 12/14
**Benchmarking [1]** 12/15
**benefit [2]** 18/6 41/19
**benefited [2]** 42/1 42/2
**benefiting [1]** 18/7
**benefits [8]** 6/21 7/7 7/12 10/13 35/16 66/7 69/5 69/17
**Bergman [4]** 35/12 35/12 35/13 38/5
**besides [1]** 23/4
**best [4]** 14/10 69/11 71/8 75/7
**better [2]** 24/17 102/5
**between [10]** 14/5 33/3 48/9 57/18 58/4 62/1 62/10 69/17 70/5 72/1
**big [13]** 9/25 36/19 66/2 69/16 69/17 72/4 107/22 107/22 108/16 108/17 108/17 113/10 114/3
**bigger [3]** 36/16 36/16 36/17
**biggest [1]** 81/13
**bikes [1]** 104/22
**binder [13]** 49/9 51/12 86/14 95/1 95/2 95/3 95/5 102/19 102/21 106/15 110/17 111/16 113/6
**binders [2]** 40/9 86/10
**bit [12]** 10/21 18/11 18/13 31/16 35/19 37/12 37/13 44/4 58/15 87/1 98/14 114/9
**blind [3]** 21/5 21/8 21/8
**blindly [1]** 98/16
**blindness [3]** 100/24 101/1 101/11
**block [4]** 111/23 112/3 112/4 112/4
**blocks [1]** 111/23
**blood [26]** 7/8 8/11 19/5 19/12 20/6 20/6 20/20 24/11 26/9 52/25 53/2 53/2 53/10 54/14 54/21 59/9 92/1 92/2 92/5 92/6 92/20 93/10 93/19 96/19 99/8 99/9
**blow [1]** 103/20
**blue [1]** 96/13
**bluish [1]** 93/14
**bluish-green [1]** 93/14
**board [1]** 23/4
**boards [9]** 22/16 22/17 22/18 22/18 22/19 22/22 63/8 63/8 63/11
**body [10]** 19/22 51/16 54/22 55/15 58/10 72/20 92/6 92/8 93/12 99/8
**bold [1]** 50/7
**books [2]** 85/20 90/3
**BOONE [1]** 2/21
**born [4]** 21/8 21/8 87/3 87/7
**boss [2]** 90/21 90/23
**Boston [1]** 2/13
**both [2]** 19/11 88/5
**bottom [14]** 19/9 23/2 53/24 54/10 67/12 74/16 74/18 77/21 92/19 98/7 98/11 107/16 107/18 107/20
**bought [1]** 41/23
**Boulevard [1]** 2/22
**bouncing [1]** 74/20
**boundaries [3]** 50/15 70/19 80/1
**boundary [7]** 50/17 50/18 50/19 50/20 52/9 52/14 70/24
**bounds [1]** 31/10
**BPM [1]** 29/13
**bradycardia [3]** 109/7 109/14 109/14
**break [4]** 42/25 42/25 83/1 114/12
**BRIAN [5]** 2/3 2/7 4/8 4/10 42/19
**brief [3]** 6/11 10/7 12/14
**briefed [1]** 9/2
**briefing [1]** 5/12
**briefly [2]** 12/20 45/7
**briefs [2]** 8/24 13/6
**bright [1]** 91/24
**brighter [2]** 24/17 55/21
**brightness [1]** 24/19
**bring [7]** 18/5 23/10 23/16 43/11 53/13 70/20 86/1
**bringing [1]** 80/19
**broad [1]** 66/18
**broader [2]** 11/25 12/1
**broke [1]** 104/13
**brought [1]** 53/16
**Brouse [8]** 4/16 13/21 44/2 46/20 61/8 68/24 71/3 74/24
**brushed [1]** 90/21
**bubble [2]** 67/12 67/13
**bucket [1]** 93/12
**budget [2]** 22/23 58/7
**bug [2]** 30/3 37/1
**build [3]** 88/17 89/23 90/9
**built [2]** 71/2 111/7
**bulkier [2]** 71/20 71/21
**burden [3]** 40/25 41/2 41/13
**business [5]** 22/15 23/12 23/15 102/25 104/6
**buy [1]** 29/1


## C


**CA [5]** 1/20 2/5 2/8 2/16 2/22
**cable [2]** 53/25 54/2
**Cal [3]** 88/14 88/25 113/25
**calculate [8]** 19/11 20/3 34/24 97/17 97/21 98/17 99/12 108/8
**calculates [2]** 97/23 97/24
**calculating [2]** 68/4 110/8
**calculators [2]** 58/18 58/21
**CALIFORNIA [4]** 1/5 1/16 4/1 89/5
**call [27]** 18/1 21/1 24/3 30/9 32/14 32/19 34/13 41/6 49/21 50/8 54/8 55/6 60/13 67/6 67/9 85/25 86/5 90/18 92/23 94/14 96/5 98/23 101/4 104/22 109/7 109/14 112/2
**call intermittent [1]** 94/14
**called [26]** 19/17 19/21 22/17 23/13 23/14 24/6 24/24 25/5 27/17 29/4 29/5 36/25 53/22 53/23 61/15 63/4 89/1 89/14 89/24 91/15 96/15 99/13 99/16 100/20 105/22 106/12
**calling [3]** 4/4 9/6 64/3
**calls [4]** 67/11 86/7 105/1 105/1
**calories [1]** 68/13
**came [5]** 39/22 75/19 87/7 92/24 105/24
**Camino [1]** 2/16
**can [110]** 5/24 6/16 6/23 8/3 9/11 9/20 10/6 10/19 11/23 12/19 13/18 19/11 20/22 20/24 23/3 25/11 30/11 34/3 35/21 38/23 42/11 45/17 47/4 47/14 51/12 53/1 53/24 54/2 54/20 54/23 55/15 55/19 55/21 64/1 64/19 67/7 67/10 67/11 67/18 67/20 67/24 67/24 68/8 68/8 68/11 69/11 70/17 70/18 71/8 72/14 73/20 74/6 74/11 77/6 78/19 78/20 80/16 80/19 83/10 87/4 88/10 88/15 89/10 90/2 90/3 90/9 90/15 91/24 92/13 93/18 94/1 94/8 94/11 95/3 96/3 96/22 96/24 97/2 97/17 99/12 102/2 102/5 102/13 102/16 102/18 103/2 103/18 104/11 104/14 104/18 104/19 105/7 105/22 106/25 107/8 107/13 107/16 107/19 107/21 108/2 108/7 108/11 108/12 108/16 111/3 111/17 111/23 112/18 112/20 113/12
**can't [19]** 20/16 22/24 24/7 26/1 26/2 34/13 35/21 36/14 40/4 40/5 40/6 42/16 59/10 59/21 74/8 74/8 80/14 90/13 104/25
**cannot [7]** 59/6 59/7 60/3 76/17 92/9 92/17

**C**

**cannot... [1]** 101/24
**capabilities [1]** 67/1
**capability [1]** 65/22
**capable [1]** 68/4
**caps [1]** 52/19
**capture [8]** 46/3 46/9 56/25 68/17 68/18 69/20 76/3 77/23
**captured [1]** 46/6
**capturing [6]** 46/8 46/10 47/20 56/24 59/24 60/1
**care [11]** 7/13 7/14 8/15 21/2 34/7 49/12 53/5 53/6 53/8 100/7 108/24
**careful [1]** 44/9
**carefully [10]** 44/6 49/10 49/14 57/12 58/15 59/5 82/14 82/18 82/19 82/19
**cares [1]** 100/6
**carrier [1]** 93/11
**case [71]** 4/4 9/2 11/14 11/19 11/21 12/4 12/23 17/15 18/6 18/13 18/21 24/24 27/2 28/10 29/4 32/20 34/17 35/10 35/20 38/6 38/8 38/11 38/12 38/23 40/19 40/24 41/5 41/16 41/24 42/17 42/19 43/2 43/3 44/11 44/16 44/25 47/18 48/16 49/5 49/13 50/10 50/23 55/5 56/19 61/1 61/4 61/22 69/2 69/23 70/14 70/15 73/25 74/2 79/11 79/15 80/10 80/17 80/18 80/22 81/15 81/16 82/10 82/12 82/17 82/20 82/22 83/25 85/3 85/3 96/6 96/10
**cases [2]** 65/8 75/19
**cash [1]** 90/13
**catch [1]** 30/11
**categories [1]** 69/21
**category [4]** 46/12 47/1 60/1 79/9
**caught [1]** 26/20
**cause [1]** 37/12
**causes [2]** 99/15 100/19
**CDP [1]** 10/24
**celebrating [1]** 69/5
**celebrity [1]** 101/9
**center [2]** 49/25 69/2
**centerpiece [1]** 44/25
**central [4]** 1/5 62/22 99/10 104/14
**cents [2]** 41/21 41/22
**Century [1]** 2/8
**Cercacor [4]** 28/8 28/9 28/13 28/22
**certain [11]** 9/11 11/7 11/24 20/11 30/14 58/22 63/7 65/23 67/9 67/19 75/10
**certainly [5]** 52/11 63/3 64/17 78/6 84/22
**CERTIFICATE [1]** 115/4
**certified [2]** 1/9 89/8
**certify [1]** 115/6
**cetera [1]** 85/11
**chain [3]** 61/13 61/14 62/9
**challenge [4]** 5/11 55/19 55/20 72/5
**challenges [14]** 47/10 55/2 55/4 66/13 71/5 71/9 71/13 71/22 74/22 74/25 75/4 75/5 75/8 75/22
**challenging [3]** 25/10 25/23 108/25
**chance [1]** 52/20
**change [10]** 13/9 36/14 40/7 92/25 92/25 93/2 93/13 105/23 108/18 112/18
**changed [1]** 34/11
**changes [4]** 92/8 92/11 93/11 93/13
**changing [1]** 24/19
**characteristics [3]** 54/17 54/22 54/25
**check [2]** 45/10 67/16
**Chief [3]** 33/21 33/22 87/18
**chip [1]** 89/14
**choice [1]** 36/7
**choose [2]** 67/20 76/13
**CHRISTOPHER [3]** 2/3 4/16 44/2
**Chuck [1]** 90/22
**circle [1]** 104/15
**circuit [3]** 22/18 63/8 68/10
**circuitry [2]** 58/19 58/22
**circumstance [2]** 47/3 70/19
**circumstances [3]** 25/10 47/5 75/11
**citations [1]** 12/8
**cite [2]** 6/23 10/6
**cited [3]** 8/23 8/24 9/21
**cites [1]** 10/7
**city [2]** 11/21 11/21
**civic [1]** 42/11
**CLAASSEN [3]** 2/3 4/10 42/20
**claim [49]** 31/6 31/8 31/12 31/13 31/20 32/16 32/16 39/14 49/6 50/8 50/12 50/13 50/18 50/19 50/21 51/3 51/4 51/4 51/5 51/5 51/6 51/6 51/7 51/8 51/9 51/11 51/13 51/20 52/5 52/6 52/6 52/7 55/24 56/18 60/7 60/7 60/7 60/7 60/7 61/3 69/23 70/9 70/11 70/12 70/13 70/15 70/17 80/16 81/4
**claim 11 [8]** 51/4 51/4 51/7 51/9 51/11 51/13 52/7 60/7
**claim 12 [1]** 51/5
**claim 13 [2]** 51/5 60/7
**claim 14 [1]** 51/8
**claimed [1]** 58/13
**claims [20]** 13/23 44/24 45/1 45/3 50/14 50/18 50/23 52/3 52/8 52/12 56/20 60/5 61/20 61/21 61/23 79/12 79/13 79/23 82/5 82/7
**clarification [1]** 13/17
**clean [4]** 96/6 96/9 107/25 107/25
**clear [7]** 29/7 41/4 41/11 48/24 62/25 73/9 76/16
**cleared [1]** 77/19
**clerks [1]** 16/21
**click [1]** 111/25
**client [2]** 17/9 43/20
**clinical [6]** 53/5 62/20 62/21 62/25 63/2 77/10
**clinicals [1]** 104/1
**clinicians [4]** 98/1 99/3 102/4 105/10
**clinics [1]** 23/18
**Clinton [1]** 83/20
**closely [2]** 64/1 76/4
**closer [5]** 26/10 37/6 37/7 37/11 37/11
**closings [1]** 16/7
**clubs [2]** 104/20 105/11
**cluster [1]** 113/20
**code [3]** 33/6 78/15 115/7
**Col [7]** 49/23 49/23 50/3 50/4 50/6 51/1 57/5
**colleagues [3]** 43/20 68/24 74/24
**collect [6]** 34/2 38/13 38/23 109/21 112/16 112/17
**collected [1]** 106/3
**collectively [1]** 75/5
**color [2]** 93/13 93/19
**colors [1]** 93/21
**column [2]** 49/22 50/3
**columns [1]** 49/19
**combination [2]** 22/3 105/24
**combine [1]** 39/24
**come [8]** 4/19 5/15 17/4 40/6 62/16 71/17 71/21 91/3
**comes [5]** 16/12 41/21 42/5 94/16 98/21
**coming [7]** 19/14 29/16 37/6 37/6 37/10 85/6 93/17
**Commission [3]** 7/17 8/24 8/25
**common [1]** 47/24
**companies [10]** 22/19 28/2 37/10 37/11 48/6 63/9 70/3 88/5 89/22 101/22
**Companion [1]** 27/18
**company [31]** 23/2 23/13 24/6 28/10 40/2 63/3 63/20 63/22 63/22 63/24 64/7 64/17 64/23 64/25 69/3 69/11 75/18 84/10 84/24 89/1 89/14 89/16 89/18 90/10 90/24 91/1 91/5 91/12 91/16 101/22 103/23
**company's [2]** 62/23 66/2
**compare [2]** 39/13 54/19
**compared [2]** 25/5 75/4
**compensation [1]** 70/21
**competing [2]** 72/7 75/23
**complain [1]** 101/24
**complained [1]** 101/22
**complaining [1]** 22/24
**complaint [1]** 113/4
**complete [1]** 97/20
**completed [1]** 8/20
**completely [3]** 30/25 53/15 79/9
**complex [1]** 111/13
**complimenting [1]** 69/8
**comply [1]** 15/10
**component [1]** 72/3
**components [4]** 72/2 72/9 73/5 73/6
**comprising [1]** 51/17
**computer [9]** 31/4 65/2 65/4 78/15 88/13 88/18 88/21 89/14 107/20
**computers [6]** 58/18 58/21 88/17 88/18 113/21 114/1
**concentrate [2]** 87/22 87/23
**concept [1]** 106/4
**conception [1]** 100/16
**concern [1]** 83/22
**Concerning [1]** 12/14
**condition [3]** 78/2 98/9 101/2
**conditions [7]** 20/11 45/13 45/21 55/19 75/10 75/10 78/1
**conducting [2]** 48/6 69/25
**Conference [1]** 115/11
**confidence [1]** 44/5
**configured [3]** 31/23 37/20 51/14
**confirmation [3]** 30/24 33/7 33/9
**confirmations [1]** 33/5
**confirmed [1]** 30/21
**conflicts [1]** 34/15
**conformance [1]** 115/10
**confront [1]** 82/8
**confronted [1]** 71/4
**confuse [1]** 83/22
**confused [1]** 85/9
**confusing [1]** 12/4
**confusion [1]** 84/4
**connected [2]** 53/25 66/21
**consequently [1]** 109/10
**conserve [1]** 99/8
**consider [2]** 28/17 76/12
**considered [6]** 22/9 28/7 30/2 35/13 40/12 40/15
**considers [2]** 33/3 41/20
**consistent [1]** 56/22
**constant [1]** 47/25
**constantly [6]** 25/1 68/16 68/16 76/2 76/19 77/23
**constitute [1]** 12/9
**Constitution [1]** 17/22
**consult [1]** 78/2
**consumer [21]** 27/20 27/24 33/3 37/4 37/6 37/10 47/9 58/25 59/6 60/3 63/1 64/23 65/1 65/18 66/15 66/18 66/24 71/15 75/23 75/24 77/21
**consumers [5]** 7/12 33/24 37/6 38/1 65/10
**consumption [4]** 23/4 23/25 24/7 58/17
**contains [1]** 63/14
**contemplating [1]** 104/5
**context [9]** 10/11 14/10 14/11 53/6 55/14 56/17 60/9 62/19 76/1
**contexts [1]** 55/3
**continue [3]** 18/4 48/3 64/4
**continued [1]** 63/20
**continues [1]** 58/14
**continuing [1]** 71/7
**continuous [1]** 97/11
**continuously [1]** 109/4
**contributions [1]** 53/7
**conventional [1]** 58/16
**converge [1]** 28/1
**converging [3]** 27/21 28/3 37/5
**conversations [1]** 15/5
**convinced [1]** 102/18
**convincing [2]** 41/5 41/11
**copied [2]** 39/11 39/15
**copy [4]** 5/22 6/13 7/22 39/8
**copying [2]** 61/3 69/23
**core [1]** 62/24
**corner [1]** 54/2
**corporate [7]** 4/11 4/15 27/8 42/20 44/2 83/13 85/7
**CORPORATION [3]** 1/9 4/5 88/5

## C


**correct [7]** 53/1 87/12 91/18 95/22 97/8 104/7 115/8
**correctly [2]** 8/22 110/9
**corresponds [1]** 96/18
**cost [1]** 7/14
**Costa [1]** 2/22
**could [42]** 9/24 10/21 11/7 13/12 14/1 23/7 25/17 25/21 26/3 26/6 26/6 27/4 27/12 33/15 36/15 41/8 53/10 59/18 63/8 73/7 74/4 86/15 86/18 87/1 87/4 90/14 90/20 90/20 93/24 95/2 96/8 96/17 98/20 100/5 101/20 102/19 103/20 105/10 107/11 109/7 110/17 111/16
**counsel [4]** 2/1 4/6 17/1 17/3
**count [4]** 94/1 94/5 108/11 108/12
**counting [1]** 96/22
**country [1]** 8/14
**counts [1]** 94/3
**County [3]** 17/10 87/11 87/13
**couple [3]** 14/16 61/19 73/7
**course [14]** 13/14 15/25 44/9 54/16 58/8 59/12 62/16 65/14 73/3 74/2 77/3 80/22 82/3 82/22
**court [14]** 1/4 4/24 5/25 6/14 7/3 13/2 15/4 16/20 16/21 37/17 38/15 42/15 111/15 115/16
**Court's [2]** 15/9 15/10
**Courthouse [1]** 1/19
**courtroom [1]** 31/3
**cover [4]** 52/17 52/17 56/12 60/10
**covered [2]** 88/16 88/17
**covers [2]** 17/13 31/22
**crank [1]** 36/10
**create [2]** 58/11 65/16
**created [3]** 64/6 68/25 94/23
**creates [1]** 68/10
**credit [2]** 53/13 53/14
**critical [2]** 8/15 101/6
**cross [5]** 3/7 3/13 11/7 11/24 12/3
**cross-reference [2]** 11/7 11/24
**cross-references [1]** 12/3
**crown [2]** 68/9 77/6
**crying [2]** 99/16 99/20
**cure [1]** 78/1
**cured [1]** 22/8
**currently [2]** 87/11 88/1
**customers [7]** 22/23 23/1 23/5 23/8 24/6 40/4 40/7
**customize [1]** 67/18
**cut [3]** 26/17 55/21 56/2
**CUTLER [3]** 2/12 2/15 2/18
**cycle [7]** 24/24 25/6 25/17 25/23 36/8 36/10 40/8
**cycles [2]** 56/15 56/15
**cylinders [3]** 89/3 89/4 89/7


## D


**D.C [1]** 2/19
**Dalke [1]** 113/24
**damage [2]** 100/20 100/24
**damages [6]** 35/11 38/11 38/13 38/18 81/7 81/15
**Damascus [2]** 87/3 87/7
**dangerous [1]** 59/14
**dangerously [2]** 59/9 59/20
**dare [1]** 102/6
**dark [2]** 56/5 104/14
**data [13]** 33/24 34/2 37/25 37/25 58/10 60/12 97/15 106/3 109/21 109/21 112/16 112/17 112/17
**date [3]** 60/22 103/8 115/13
**dated [1]** 6/17
**Dave [1]** 113/24
**day [12]** 1/12 21/25 22/4 42/15 47/6 77/4 77/8 77/13 79/8 89/15 89/20 91/13
**days [4]** 21/25 23/15 36/11 112/20
**deal [1]** 45/8
**dealing [1]** 53/15
**Death [2]** 102/15 105/4
**decade [1]** 70/5
**decades [1]** 62/15
**decide [6]** 12/25 26/5 48/20 48/21 48/22 49/4
**decision [1]** 49/13
**decisions [1]** 78/3
**declaration [5]** 6/24 7/1 7/17 7/23 8/18
**declarations [1]** 8/25
**deemed [1]** 10/8
**deeper [3]** 52/16 57/3 111/24
**Defendant [2]** 1/12 2/10
**defense [3]** 3/13 3/15 34/12
**defines [2]** 31/9 50/19
**definition [1]** 59/2
**degree [4]** 87/9 88/12 88/16 88/25
**delicate [1]** 109/5
**Deliver [1]** 16/4
**demand [2]** 37/13 58/11
**demands [1]** 81/9
**demonstrative [6]** 16/21 30/11 94/23 95/2 95/14 96/1
**dentistry [1]** 104/20
**depending [3]** 30/17 55/4 97/15
**deposition [2]** 14/14 14/19
**depositions [2]** 13/20 13/24
**Desai [2]** 7/1 7/5
**desaturation [3]** 59/8 59/11 60/4
**describe [4]** 104/4 104/11 105/19 111/17
**described [3]** 52/24 64/18 110/20
**describes [1]** 111/5
**describing [1]** 63/22
**description [2]** 74/10 111/9
**design [18]** 18/20 36/3 36/18 36/21 46/20 46/22 47/24 65/8 67/2 68/2 68/15 75/5 75/6 76/1 88/17 88/22 88/23 103/24
**designations [8]** 12/1 14/15 14/20 14/23 15/1 15/4 15/9 15/14
**designed [13]** 18/17 46/8 47/11 65/5 68/6 68/17 68/18 75/24 76/2 76/3 77/24 81/24 89/3
**desired [1]** 14/15
**despite [2]** 18/6 18/7
**destroy [1]** 21/4
**destroyed [1]** 21/10
**detail [11]** 26/13 30/15 30/16 31/12 31/14 32/9 66/17 78/13 105/3 110/21 111/6
**detailed [1]** 8/12
**details [3]** 71/2 111/25 112/1
**detect [2]** 55/16 76/17
**detected [3]** 54/7 54/23 74/13
**detecting [1]** 54/9
**detection [3]** 7/9 7/15 63/19
**detector [10]** 19/9 19/10 19/20 19/23 19/24 20/2 24/21 31/25 32/3 54/7
**detectors [1]** 32/7
**detects [4]** 19/10 45/14 54/10 78/10
**determine [5]** 20/6 33/16 35/14 38/1 54/14
**determined [2]** 38/6 40/15
**determines [1]** 35/9
**determining [1]** 68/4
**develop [12]** 17/11 18/4 28/19 29/1 53/9 66/13 88/7 100/15 108/21 109/19 110/14 111/11
**developed [11]** 61/5 61/10 63/4 63/5 64/15 66/10 71/2 106/7 112/6 112/14 114/11
**developing [2]** 89/17 100/15
**development [4]** 18/14 87/24 112/15 114/9
**developments [1]** 84/24
**deviations [1]** 76/20
**device [39]** 24/12 27/20 27/25 28/2 37/4 44/23 46/9 46/12 46/16 47/9 48/6 50/21 52/24 56/23 56/25 64/9 66/15 66/24 66/25 70/1 72/2 75/23 75/24 75/25 76/12 77/14 77/15 77/22 78/5 78/14 78/14 79/24 87/25 89/24 91/22 91/24 93/18 98/6 109/20
**devices [13]** 6/22 37/5 37/6 58/18 58/20 58/20 58/21 58/23 60/2 66/23 69/22 76/13 87/23
**DIAB [36]** 3/8 21/13 21/21 86/8 86/9 86/17 86/18 86/21 86/24 87/4 87/11 92/3 93/3 94/21 95/9 95/25 96/8 96/25 98/7 98/24 102/19 103/7 103/16 104/2 104/9 105/8 106/6 106/15 107/8 108/4 109/25 110/17 111/3 111/16 113/7 113/19
**diagnosis [2]** 7/15 77/25
**diagram [1]** 74/11
**dial [2]** 25/16 25/17
**did [35]** 5/11 13/23 21/23 23/22 28/16 28/24 28/25 29/8 33/11 34/11 35/4 36/12 39/21 39/25 41/3 48/8 53/8 61/8 74/21 87/15 87/17 87/20 88/24 89/19 90/10 94/25 103/1 103/1 105/14 105/16 106/6 106/10 110/14 112/5 112/13
**didn't [21]** 20/11 22/11 23/7 24/8 24/19 24/25 28/25 29/9 29/10 34/10 36/24 39/8 39/8 40/3 40/5 40/7 42/6 48/12 60/23 70/21 109/9
**difference [3]** 69/10 69/17 69/17
**different [36]** 11/16 11/16 11/18 11/19 11/19 24/1 24/21 28/16 35/13 37/21 37/21 37/23 39/25 41/24 46/12 46/16 47/22 55/3 55/3 58/9 64/5 67/18 68/7 68/14 69/21 71/21 72/9 72/15 72/16 73/23 74/14 79/9 85/2 93/8 97/1 105/9
**differently [1]** 62/24
**differs [1]** 98/5
**difficult [2]** 55/16 111/11
**difficulty [1]** 55/6
**dig [3]** 52/16 57/3 111/24
**digit [3]** 92/1 96/11 98/10
**dimensional [1]** 73/2
**diode [2]** 54/9 54/9
**diodes [1]** 73/22
**dire [2]** 18/25 40/25
**direct [4]** 3/7 3/13 85/23 86/22
**directed [1]** 50/24
**directly [4]** 61/7 62/8 71/11 82/8
**disadvantages [1]** 58/25
**discern [1]** 54/20
**disclose [1]** 26/24
**disclosed [1]** 26/25
**discovered [2]** 54/11 108/4
**discuss [2]** 18/10 43/1
**discussed [2]** 7/9 48/11
**discussing [1]** 28/15
**discussion [3]** 6/4 6/9 85/7
**discussions [4]** 9/10 14/19 14/22 14/25
**disease [2]** 77/25 78/2
**disorder [1]** 105/4
**display [1]** 103/17
**displays [1]** 98/19
**dispute [4]** 28/11 32/11 61/25 84/19
**distinction [2]** 12/7 68/21
**distinctions [1]** 58/15
**distinguish [1]** 55/11
**distracting [1]** 20/18
**DISTRICT [2]** 1/4 1/5
**DIVISION [1]** 1/6
**dizzy [2]** 100/11 100/13
**do [82]** 7/19 7/19 9/13 11/8 12/4 12/17 12/18 14/3 14/24 15/23 16/3 18/8 22/24 23/22 24/13 25/15 25/24 25/24 25/24 28/13 28/18 32/8 33/13 34/23 34/24 36/6 40/25 41/1 42/11 43/1 44/5 44/6 47/19 48/16 49/2 50/11 50/20 52/11 54/15 56/10 57/11 63/18 64/7 68/6 68/23 68/23 70/7 70/17 71/5 72/14 73/6 75/7 78/18 79/14 79/14 80/21 82/9 83/16 83/24 86/1 87/11 87/20 88/1 88/24 90/20 93/4 94/7 94/21 95/4 97/3 98/14 100/7 102/22 103/5 104/2 104/8 108/14 112/13 112/20 113/7 114/12 114/14
**doctor [11]** 20/5 27/18 33/15 33/25 34/5 54/11 76/21 77/1 97/23 99/15 105/1
**doctor's [1]** 19/3
**doctors [8]** 11/3 20/9 20/18 32/23 33/11 33/13 33/14 83/19
**Doctors' [1]** 104/25
**document [21]** 5/25 6/14 7/3 12/8 27/16 27/17 27/22 28/6 29/13 29/21 33/1 33/2 49/16 77/2 103/8 110/19 110/20 111/4 111/5 111/19 112/3
**documented [1]** 6/21
**documents [12]** 10/7 10/8 11/8 28/12 29/11

**D**

**documents... [7]** 32/22 33/8 39/12 76/4 79/18 81/2 82/15
**does [25]** 9/13 10/7 10/9 10/9 32/6 32/12 32/16 38/7 39/20 47/12 56/11 66/15 74/8 77/16 84/16 92/1 92/3 93/7 93/19 96/13 97/9 98/3 104/4 112/19 114/3
**doesn't [16]** 13/9 25/3 26/2 32/13 32/17 39/12 39/14 39/15 39/20 41/3 47/17 48/25 56/24 85/4 85/5 98/4
**doing [6]** 36/23 55/3 91/13 110/1 112/21 112/21
**dollar [1]** 81/3
**dollars [2]** 80/17 80/18
**dominant [1]** 101/22
**dominated [1]** 29/15
**don't [38]** 9/20 11/22 12/23 13/18 14/2 14/5 14/21 15/2 18/20 31/15 32/11 32/13 32/19 36/17 46/8 47/19 48/21 49/2 51/24 52/15 53/17 53/18 55/23 62/23 76/21 76/22 80/12 81/9 90/2 91/7 91/8 97/5 101/3 101/3 101/24 104/21 105/5 110/10
**done [4]** 16/7 53/3 94/14 94/18
**DORR [3]** 2/12 2/15 2/18
**dot [1]** 97/18
**double [1]** 29/23
**doubt [1]** 39/3
**down [22]** 25/11 25/16 25/17 26/3 29/25 30/10 35/2 45/25 46/1 49/25 50/6 57/8 58/19 62/3 64/19 73/19 75/1 92/9 96/19 99/9 109/7 109/10
**downtown [1]** 91/11
**Dr [2]** 109/16 110/2
**Dr. [26]** 5/22 6/25 7/5 7/17 8/18 10/20 11/2 11/7 11/11 11/12 11/23 31/2 31/3 31/10 32/4 32/8 37/17 37/17 44/2 46/20 54/12 61/8 68/24 71/3 74/24 112/8
**Dr. Arthurs [1]** 37/17
**Dr. Brouse [5]** 46/20 61/8 68/24 71/3 74/24
**Dr. Christopher [1]** 44/2
**Dr. Desai [1]** 7/5
**Dr. Madisetti [9]** 10/20 11/2 11/7 11/23 31/2 31/3 31/10 32/4 32/8
**Dr. Madisetti's [1]** 11/12
**Dr. Milani [2]** 5/22 7/17
**Dr. Milani's [1]** 8/18
**Dr. Perez [1]** 11/11
**Dr. Poets [1]** 112/8
**Dr. Rebbecca [1]** 37/17
**Dr. Sumbul [1]** 6/25
**Dr. Takuo [1]** 54/12
**drag [1]** 31/14
**dramatically [1]** 26/17
**draw [9]** 14/10 20/5 22/25 23/21 24/15 24/16 24/21 26/17 52/9
**draws [1]** 36/12
**dried [1]** 56/2
**drop [3]** 59/14 78/19 92/2
**dropped [3]** 26/8 26/9 99/19
**drops [5]** 24/10 24/11 109/15 110/3 110/3
**due [1]** 53/14
**during [13]** 5/2 10/25 13/14 30/16 32/4 32/9 45/8 48/17 57/16 57/25 59/2 80/7 81/20
**duties [1]** 42/11
**duty [10]** 24/24 25/6 25/17 25/23 36/8 36/10 40/7 42/5 56/14 56/15

**E**

**e-mail [1]** 23/1
**each [13]** 37/23 38/3 50/11 50/11 51/2 51/8 71/8 93/24 96/16 96/17 97/13 104/17 111/23
**earlier [10]** 7/15 13/10 21/25 24/16 61/23 61/24 75/17 105/25 112/10 112/11
**early [12]** 22/15 23/12 23/13 23/14 27/15 27/16 36/11 37/5 38/14 66/11 83/19 100/22
**early business [1]** 23/12
**earns [1]** 37/14
**ease [1]** 31/15
**easel [1]** 72/23
**easier [3]** 31/21 51/12 103/18
**East [1]** 2/8
**easy [4]** 65/7 65/10 65/17 108/11
**ECG [4]** 7/8 68/8 68/11 77/5
**economics [1]** 37/18
**economy [1]** 42/14
**educational [1]** 88/10
**effect [2]** 10/14 98/12
**eight [2]** 30/10 40/11
**either [6]** 30/19 45/7 59/18 69/13 70/22 101/4
**El [1]** 2/16
**electrical [4]** 31/4 68/10 72/1 88/12
**electricity [4]** 22/14 22/23 56/8 56/21
**electrocardiogram [4]** 8/10 77/5 77/8 77/9
**Electromagnetic [1]** 71/25
**electronic [2]** 27/21 58/25
**electronics [12]** 27/25 37/4 37/10 47/9 58/17 59/6 60/3 64/23 65/1 88/13 88/22 90/8
**elegant [3]** 65/8 65/17 67/2
**element [2]** 31/11 31/18
**elements [4]** 31/16 32/5 32/6 81/9
**eliminated [1]** 30/25
**ELMO [3]** 6/13 8/3 10/6
**else [5]** 15/16 24/23 58/2 101/9 112/23
**emergency [3]** 57/16 58/1 58/3
**emitter [1]** 55/17
**emitting [3]** 54/8 54/8 73/22
**emphasis [1]** 88/13
**employee [2]** 21/14 88/6
**employees [2]** 13/9 13/18
**Empowering [1]** 77/3
**empowers [1]** 77/12
**enable [1]** 7/15
**enabling [1]** 37/8
**encourage [2]** 57/10 57/11
**end [5]** 28/24 48/25 82/16 90/14 100/24
**ended [1]** 43/21
**endorsements [1]** 83/18
**ends [1]** 90/14
**energy [4]** 56/1 56/1 56/3 56/10
**enforced [1]** 60/24
**engage [2]** 28/7 28/13
**engagement [1]** 28/4
**engaging [3]** 28/8 28/17 28/24
**engineer [7]** 23/24 27/9 87/18 89/15 90/4 113/24 113/25
**engineering [12]** 31/4 47/10 66/13 71/4 71/23 72/5 74/22 87/9 88/12 88/13 88/21 88/25
**engineers [13]** 13/12 13/21 13/24 14/7 46/21 55/6 61/5 71/3 71/12 71/23 72/14 75/7 87/22
**enormous [2]** 66/25 71/23
**enormously [5]** 65/24 65/24 68/1 68/2 68/22
**enough [2]** 24/8 81/10
**enter [1]** 109/11
**entire [2]** 47/5 79/8
**entitled [5]** 38/12 40/15 70/20 103/17 115/9
**entitles [1]** 34/18
**entry [1]** 15/10
**environment [1]** 100/9
**environmental [1]** 55/19
**envisioned [1]** 23/19
**equations [1]** 105/18
**equipment [11]** 57/21 57/23 59/16 59/23 63/6 63/9 63/10 64/5 82/1 89/3 89/7
**equivalent [1]** 97/14
**erroneous [1]** 99/6
**escalated [1]** 26/8
**especially [4]** 20/12 20/14 20/25 53/4
**essentially [3]** 70/16 93/9 103/3
**established [1]** 9/13
**estate [1]** 50/15
**et [3]** 1/9 4/5 85/11
**evaluate [2]** 9/15 109/21
**evaluation [1]** 109/22
**even [26]** 12/8 20/19 23/10 23/13 23/19 27/11 27/24 28/1 32/15 32/16 53/10 56/4 63/19 65/8 69/14 70/9 70/21 72/1 75/19 76/21 77/18 81/18 84/2 92/9 108/19 110/8
**event [7]** 26/7 46/5 68/18 76/3 76/23 78/25 79/3
**events [20]** 46/3 46/5 46/8 46/10 47/20 47/21 56/24 57/2 59/7 59/7 59/10 59/24 60/1 60/4 68/18 69/20 76/7 76/9 77/24 79/2
**eventually [4]** 19/24 21/23 23/10 99/17
**ever [5]** 46/14 46/17 81/6 92/11 98/11
**every [23]** 10/7 31/11 31/13 44/5 50/11 50/11 52/3 52/8 52/8 52/9 56/18 60/6 68/18 71/8 76/3 76/23 78/23 78/25 79/3 88/20 89/7 92/8 92/11
**everybody [2]** 65/14 72/12
**everyday [1]** 56/5
**everyone [1]** 71/16
**everything [10]** 32/16 32/17 50/12 50/20 50/20 51/4 51/6 51/7 56/14 56/20
**everywhere [1]** 52/12
**evidence [29]** 10/3 12/15 12/23 13/1 17/3 17/15 18/6 29/9 30/5 32/20 34/14 35/25 39/22 41/5 41/7 41/11 41/12 41/25 44/7 48/19 48/24 69/6 81/1 82/14 103/14 107/2 107/4 111/1 113/17
**evidentiary [1]** 40/23
**evolution [3]** 63/23 64/7 64/17
**exactly [7]** 9/5 74/2 76/11 80/21 80/25 98/4 98/4
**EXAMINATION [1]** 86/22
**examinations [1]** 16/7
**examining [1]** 43/24
**example [17]** 7/9 48/5 48/17 53/20 55/8 57/15 57/19 57/20 57/21 57/24 59/13 63/13 65/24 66/6 74/5 96/9 102/7
**examples [4]** 5/20 64/5 71/20 104/18
**exceeded [1]** 29/7
**exceeds [1]** 33/17
**exception [4]** 5/10 9/1 83/21 84/1
**excerpts [1]** 8/17
**exclude [1]** 8/7
**excluded [1]** 85/12
**excluding [1]** 8/12
**exclusion [3]** 6/22 10/14 12/3
**exclusively [1]** 62/22
**excuse [1]** 94/4
**excuses [1]** 39/4
**executed [1]** 7/5
**executives [3]** 6/25 8/24 33/20
**exhibit [19]** 3/10 3/11 3/11 3/12 83/10 83/12 83/16 84/7 84/9 102/20 103/14 104/8 106/16 106/25 107/2 107/4 111/1 113/7 113/17
**exhibits [4]** 3/9 3/16 11/9 12/2
**exist [1]** 99/23
**expect [7]** 15/11 18/23 32/11 32/12 39/4 76/22 77/2
**expected [1]** 98/6
**expects [1]** 17/3
**experience [1]** 69/10
**expert [5]** 13/25 31/2 35/11 37/16 41/16
**expert's [1]** 9/15
**experts [3]** 14/3 14/3 80/23
**expiration [1]** 44/17
**expired [6]** 38/15 38/16 38/20 44/15 62/13 81/18
**explain [14]** 21/16 21/18 26/13 27/9 31/6 45/7 68/25 80/14 80/19 80/24 81/1 96/3 97/2 107/8
**explained [1]** 5/10
**explains [2]** 73/18 73/19
**explicit [1]** 60/2
**explosion [1]** 89/6
**expressing [1]** 75/18
**expressly [1]** 7/16
**extent [1]** 14/4
**extracted [1]** 107/25
**Extraction [1]** 106/12
**eye [8]** 25/3 48/19 73/24 82/3 82/4 82/11 92/10 101/1
**eyes [2]** 25/11 30/11
**eyesight [3]** 21/4 21/10 22/7

**F**

**face [2]** 73/10 108/2

F


**faced [1]** 71/13
**fact [23]** 17/18 21/14 22/8 24/5 28/1 36/25 37/2 37/3 40/17 48/8 48/9 48/12 56/4 57/22 61/4 70/18 76/4 76/11 80/8 93/13 98/19 99/2 100/16
**factor [1]** 66/25
**factors [1]** 35/14
**fail [1]** 89/9
**fall [3]** 7/9 46/25 112/23
**false [13]** 20/17 20/19 22/8 29/12 29/17 29/18 29/19 30/25 35/22 36/24 98/22 99/25 102/11
**familiar [3]** 21/7 56/4 92/14
**famous [1]** 101/9
**far [1]** 84/3
**fashion [1]** 59/17
**Fathers [3]** 17/19 17/21 17/23
**favorably [1]** 69/9
**FDA [1]** 77/18
**feature [23]** 7/8 7/10 7/11 10/15 29/3 31/1 33/8 33/9 33/13 33/14 33/16 33/19 34/6 34/9 36/2 38/2 38/4 47/6 60/21 69/4 76/18 77/10 79/6
**features [47]** 7/12 8/13 18/16 27/16 29/1 33/2 33/3 33/4 37/3 37/9 37/15 37/21 37/23 44/18 45/7 45/8 45/18 45/19 46/2 46/3 46/23 47/8 47/23 61/6 65/20 65/21 65/25 66/3 66/16 67/9 67/18 67/23 68/1 68/3 68/7 68/11 68/14 69/1 69/15 71/7 72/7 75/25 76/15 77/17 77/18 79/17 81/24
**feedback [7]** 69/8 99/3 101/21 108/22 109/16 112/5 112/7
**feel [5]** 60/10 69/9 69/10 94/4 106/7
**feeling [4]** 76/20 76/24 100/11 100/13
**feelings [1]** 13/9
**feet [1]** 109/1
**fellow [3]** 87/19 87/20 87/21
**fetus [1]** 100/15
**fetuses [1]** 100/8
**few [5]** 31/16 32/25 60/13 72/22 79/4
**fibrillation [1]** 76/19
**field [5]** 91/6 99/3 101/21 108/22 113/5
**figure [10]** 24/13 34/23 40/3 40/6 50/16 81/15 91/12 96/5 104/9 104/12
**figured [1]** 25/7
**figures [2]** 49/17 57/3
**figuring [1]** 23/25
**file [1]** 12/17
**filed [12]** 6/11 26/18 26/18 38/13 38/14 38/20 39/23 60/9 60/16 60/18 61/16 80/15
**filters [1]** 105/22
**final [2]** 15/6 60/14
**finally [4]** 18/22 22/5 37/14 42/4
**find [5]** 10/3 12/8 48/25 67/1 91/9
**finding [1]** 5/18
**fine [8]** 20/21 65/14 90/5 90/15 90/21 90/24 98/20 113/11
**finger [12]** 19/4 19/14 19/17 54/5 54/7 57/21 67/8 68/9 74/16 77/6 96/11 96/12
**fingertip [8]** 53/24 54/1 57/22 74/14 74/15 74/17 92/9 92/10
**first [30]** 7/24 7/25 10/23 18/11 18/24 21/14 29/8 29/18 29/22 31/18 31/21 33/1 39/5 41/4 51/13 85/25 86/2 86/6 89/2 95/4 95/10 95/11 101/6 102/25 103/20 105/16 107/7 108/7 111/19 112/7
**fit [2]** 82/9 90/4
**fitness [2]** 104/20 105/11
**five [3]** 80/3 89/7 111/7
**fix [1]** 21/18
**fixed [1]** 105/23
**flash [1]** 30/8
**flashing [2]** 25/3 25/19
**flickering [1]** 25/2
**flip [4]** 26/2 49/17 50/25 57/3
**flipping [1]** 73/11
**Floor [1]** 2/5
**focus [5]** 62/22 62/24 63/2 71/1 82/11
**focused [4]** 6/21 62/21 64/22 65/1
**folks [14]** 43/23 47/1 48/18 50/14 61/7 62/24 66/20 68/24 69/9 76/13 79/7 80/9 80/19 84/18
**folks' [1]** 47/15
**follow [3]** 31/21 44/7 48/19
**foot [4]** 109/1 109/2 109/3 111/20
**foregoing [1]** 115/7
**forehead [2]** 19/17 19/21
**form [7]** 7/24 10/16 12/1 43/2 55/11 63/8 66/25
**format [1]** 115/10
**formed [1]** 21/11
**former [5]** 33/21 83/19 83/20 85/10 85/10
**forth [6]** 10/2 85/8 88/5 91/13 108/18 109/12
**forward [3]** 12/10 14/24 82/22
**found [1]** 91/5
**founded [2]** 17/9 64/24
**founder [2]** 22/2 107/12
**founding [7]** 17/19 17/21 17/23 62/23 63/2 63/24 65/6
**four [2]** 50/23 111/7
**FPs [2]** 29/15 29/16
**fraction [1]** 67/23
**frame [1]** 113/21
**frankly [1]** 80/13
**FRAZIER [6]** 2/11 4/15 5/16 6/12 6/18 43/25
**free [2]** 38/16 60/10
**friends [1]** 89/21
**front [3]** 40/17 67/7 95/9
**full [1]** 86/15
**Fullerton [3]** 88/14 88/25 113/25
**fully [1]** 12/10
**function [4]** 47/8 47/12 62/14 67/17
**functionality [1]** 8/11
**functioning [1]** 59/2
**functions [8]** 66/3 66/4 67/9 67/18 67/23 71/7 72/7 75/25
**fundamental [2]** 44/23 52/2
**fundamentally [3]** 46/16 66/17 77/21
**further [8]** 5/15 14/19 14/22 14/25 15/5 16/10 58/5 71/2


G


**Galiso [2]** 89/1 89/12
**gallery [1]** 80/9
**garage [2]** 17/9 64/24
**gas [4]** 89/1 89/2 89/3 89/7
**gave [4]** 33/22 37/24 100/23 109/19
**gears [1]** 114/9
**general [5]** 46/18 57/1 102/10 103/17 103/19
**generally [3]** 12/9 46/11 77/12
**generate [3]** 47/17 75/7 97/9
**generated [3]** 47/4 47/16 75/9
**generates [1]** 47/14
**generating [1]** 97/13
**generations [1]** 8/8
**gentleman [1]** 64/1
**gentlemen [18]** 16/25 17/7 42/24 43/18 45/23 49/3 50/6 57/4 59/4 64/18 69/16 70/8 73/1 80/24 81/16 82/2 82/25 114/15
**Georgia [1]** 31/5
**Germany [1]** 109/17
**get [38]** 24/18 24/19 25/9 25/13 25/21 26/22 26/24 27/4 35/4 35/21 35/22 36/9 36/19 38/15 38/25 42/6 47/10 49/15 51/25 52/20 55/9 60/9 62/19 66/16 76/21 77/7 77/9 80/15 89/18 90/2 90/18 97/6 98/11 98/17 98/18 106/13 108/9 108/13
**gets [5]** 35/17 56/5 92/6 92/7 96/20
**getting [13]** 15/13 20/21 20/22 20/24 24/22 26/4 29/25 35/19 35/22 36/13 84/12 99/25 109/25
**give [19]** 6/13 17/1 18/10 21/3 53/20 55/7 71/2 77/7 77/8 98/5 100/5 100/10 100/11 100/19 101/3 101/4 104/17 106/10 111/3
**given [2]** 21/9 114/4
**gives [1]** 94/1
**glows [1]** 91/24
**go [51]** 7/6 14/24 25/25 29/1 30/15 31/12 31/16 32/4 49/5 50/3 50/6 52/16 56/8 57/4 59/13 60/5 60/10 62/18 63/21 68/13 71/10 71/10 72/21 73/4 73/16 74/10 74/11 76/25 82/6 89/22 91/11 96/19 98/16 99/18 100/19 102/6 102/9 102/13 102/16 102/18 103/6 103/16 103/18 104/8 104/14 104/18 104/19 105/3 105/14 107/16 112/24
**goal [6]** 65/16 65/18 65/19 66/24 71/14 87/8
**goals [2]** 65/6 103/23
**goes [18]** 8/7 8/12 13/8 19/19 51/17 58/5 58/24 74/15 92/8 92/10 94/2 96/21 98/15 100/18 105/5 105/17 109/7 109/10
**going [80]** 12/24 13/24 14/7 18/11 21/5 21/16 25/25 27/9 28/1 29/3 31/5 31/17 32/10 32/12 32/22 34/8 36/9 39/2 39/3 39/6 39/17 39/19 39/22 39/24 40/19 40/24 41/15 43/20 43/24 44/20 48/2 49/15 49/18 50/1 50/7 54/15 55/5 56/3 57/5 66/9 66/16 71/9 71/11 71/17 73/2 73/4 73/5 75/12 76/23 77/7 78/12 79/2 79/2 79/4 79/4 79/20 80/14 80/21 80/22 81/1 81/5 81/7 81/14 82/6 82/8 82/16 84/21 84/21 85/9 90/23 90/24 100/11 100/13 102/8 103/16 104/8 108/23 108/23 111/15 113/22
**good [25]** 4/8 4/12 4/13 4/17 16/25 17/7 20/21 21/19 21/19 24/8 25/22 36/9 43/18 44/6 63/18 83/6 85/24 86/24 86/25 89/21 90/4 90/7 90/24 91/9 109/23
**got [16]** 6/6 22/5 25/13 29/11 40/9 41/19 90/6 91/14 99/3 101/21 107/15 108/22 109/16 109/16 112/7 113/2
**graduated [2]** 88/24 113/25
**granted [3]** 39/19 40/12 40/21
**graph [6]** 92/25 96/4 96/15 97/10 98/8 98/11
**graphs [1]** 97/2
**grateful [2]** 43/22 44/8
**gray [1]** 53/23
**great [17]** 20/7 25/9 25/13 32/8 36/5 36/5 36/13 45/8 66/23 75/15 76/14 79/6 90/22 103/21 113/6 113/24 113/24
**greatly [1]** 8/14
**green [10]** 30/19 30/21 67/13 73/21 73/23 74/1 74/5 74/6 74/6 93/14
**GREGORY [1]** 2/15
**grow [1]** 100/18
**guess [1]** 13/11
**guys [1]** 96/22


H


**had [34]** 4/20 4/25 5/7 5/16 6/4 6/9 9/10 18/18 19/3 21/19 22/1 23/5 25/7 36/9 36/24 40/14 71/24 72/15 74/24 80/18 81/18 85/3 85/4 88/22 89/13 91/3 91/11 106/7 108/14 112/5 112/9 112/14 112/25 113/20
**hair [1]** 107/14
**HALE [3]** 2/12 2/15 2/18
**half [6]** 26/17 38/19 41/19 44/10 82/23 108/3
**hallway [1]** 45/25
**hand [11]** 5/24 6/14 22/16 42/7 52/18 54/2 69/19 77/5 80/7 83/10 98/10
**handed [5]** 5/25 6/14 7/3 7/23 86/14
**handing [2]** 14/16 85/21
**happen [3]** 20/25 48/8 70/22
**happened [4]** 48/8 98/22 99/19 110/5
**happens [4]** 74/12 78/24 79/6 112/22
**happily [1]** 87/9
**happy [6]** 6/12 15/25 16/1 108/3 112/8 114/14
**hard [6]** 55/11 61/6 68/23 73/20 75/8 81/10
**hardly [1]** 42/5
**hardware [6]** 31/25 32/5 32/11 32/12 32/15 113/24
**has [60]** 9/18 10/2 10/18 11/20 12/3 13/19 17/15 18/8 19/7 31/3 31/11 31/24 31/25 31/25 32/2 32/15 33/10 35/12 36/16 37/18 38/15 41/6 41/9 41/10 42/14 44/17 46/15 48/15 49/1 50/9 51/4 53/3 53/7 53/16 54/25 55/23 56/22 62/21 62/22 62/25 63/2 63/9 63/20 64/5 64/14 64/15 64/22 65/1 65/6 65/16 67/6 69/13 70/7 70/23 71/1 71/7 85/22 110/5 114/5 114/10
**have [171]**
**haven't [3]** 21/25 27/23 35/2

**H**

**having [13]** 14/19 14/25 15/2 15/5 25/8 25/12 36/3 36/4 38/3 44/4 58/7 93/7 110/11
**HAYNES [1]** 2/21
**he [64]** 8/2 8/12 21/8 21/8 21/18 21/19 22/1 24/1 24/12 24/13 24/14 24/17 24/18 24/20 24/20 24/23 25/6 25/17 25/23 26/3 26/6 26/12 27/7 27/9 31/3 31/4 31/5 31/12 33/21 33/22 33/22 33/23 33/25 35/12 35/16 36/22 37/2 37/14 37/16 39/23 44/3 52/19 52/23 52/25 53/1 61/17 78/8 89/15 89/21 90/2 90/15 90/18 90/20 90/24 101/14 107/12 109/17 109/18 109/20 112/8 112/9 112/11 112/11
**he's [4]** 61/4 90/22 113/22 113/24
**heads [1]** 80/15
**health [23]** 6/21 7/6 7/11 7/14 8/14 10/13 27/18 33/24 34/7 46/23 47/8 65/21 65/25 65/25 66/4 66/6 66/16 67/25 69/14 76/15 77/16 78/4 81/24
**healthcare [4]** 33/11 37/7 37/11 78/3
**healthier [3]** 47/15 77/4 77/13
**healthy [1]** 76/12
**hear [46]** 9/3 21/12 21/23 22/6 22/17 23/22 24/23 27/6 28/6 29/3 30/9 30/16 31/2 32/9 33/20 34/8 34/25 34/25 35/11 35/20 35/25 35/25 38/10 39/4 39/22 40/24 43/24 44/3 46/20 49/22 55/5 55/9 55/24 61/7 61/24 62/23 69/6 69/11 69/12 69/13 69/25 70/2 70/4 71/11 72/5 87/4
**heard [6]** 18/25 28/9 35/18 35/20 44/4 48/1
**hearing [1]** 113/4
**hearsay [6]** 5/10 9/8 83/21 84/1 84/16 85/9
**heart [77]** 7/10 8/10 10/17 18/18 24/10 26/8 27/19 28/21 29/4 29/5 29/6 29/7 29/16 29/18 29/23 29/23 29/24 30/12 30/13 30/21 30/23 30/25 33/6 33/8 33/12 33/14 33/17 34/2 34/5 36/23 37/15 38/3 44/19 45/6 45/10 45/11 45/14 46/4 46/4 46/11 46/19 46/25 47/2 47/4 47/18 47/21 48/23 53/17 60/20 60/25 61/1 61/5 61/9 61/10 64/14 68/11 68/12 69/1 69/12 73/18 73/24 76/8 76/17 78/9 78/10 78/19 79/1 79/16 80/20 81/22 82/11 92/6 94/6 96/18 96/20 98/3 109/15
**heartbeat [8]** 92/8 92/11 93/25 94/1 96/18 97/22 97/23 97/24
**heartbeats [1]** 98/2
**held [3]** 65/6 87/18 115/9
**help [14]** 7/13 7/13 7/14 9/15 17/23 33/15 49/12 49/16 53/1 55/21 56/7 56/9 66/22 109/19
**helped [2]** 53/13 69/13
**helping [2]** 7/15 87/24
**helps [1]** 52/9
**hemoglobin [4]** 93/10 93/10 93/11 93/15
**her [3]** 37/24 94/3 96/12
**here [105]** 6/17 7/9 7/11 7/19 8/6 9/6 9/17 9/21 9/25 10/6 10/12 10/13 10/14 10/15 10/17 10/18 10/20 11/22 15/21 16/5 17/10 19/7 19/8 19/13 19/15 21/24 22/2 22/17 23/18 24/5 27/7 27/16 28/20 30/7 30/10 31/3 32/6 32/24 34/19 34/20 35/12 38/24 42/16 42/21 42/25 42/25 44/13 48/10 48/20 48/21 48/22 49/4 51/11 52/3 52/17 53/19 57/9 57/21 59/13 60/11 60/12 63/13 65/22 66/2 66/24 67/24 70/22 71/9 72/24 73/1 73/10 74/12 74/19 75/14 75/22 76/15 78/7 80/2 80/6 80/6 80/8 80/10 80/10 80/12 81/4 81/5 81/11 83/1 84/11 89/5 93/16 93/25 93/25 95/25 96/4 96/9 97/11 98/11 104/22 107/9 107/19 112/17 112/21 113/19 114/13
**here's [3]** 62/20 74/10 81/13
**hereby [1]** 115/6
**hey [3]** 22/24 23/3 90/12
**HHRN [1]** 7/10
**high [49]** 7/10 8/10 10/16 18/18 29/5 30/13 30/23 33/6 33/8 34/5 44/19 45/6 45/10 45/12 46/4 46/11 46/19 46/25 47/2 47/3 47/18 47/21 48/23 53/17 60/20 60/25 61/1 61/5 61/9 61/10 64/13 64/19 65/7 65/16 65/17 69/1 73/24 76/8 77/18 78/6 78/9 79/1 79/16 80/20 81/22 82/11 92/3 92/5 111/17
**high/low [21]** 10/16 45/6 46/11 46/19 47/18 47/21 48/23 53/17 60/25 61/1 61/5 61/10 64/13 69/1 73/24 76/8 78/6 79/1 79/16 80/20 81/22
**higher [2]** 36/10 58/12
**highest [2]** 40/23 41/5
**highlighted [2]** 33/4 57/9
**highlighting [1]** 51/19
**highlights [1]** 27/23
**highly [2]** 9/17 41/10
**him [7]** 24/20 39/23 44/3 51/25 52/20 91/15 109/19
**hindering [1]** 8/15
**hint [1]** 70/9
**hired [1]** 41/16
**his [17]** 7/17 11/3 11/7 11/24 21/10 22/1 33/23 50/9 59/13 68/24 69/24 74/24 78/8 91/12 96/11 101/14 109/20
**history [3]** 18/12 66/2 85/7
**hold [3]** 14/18 15/13 87/17
**home [10]** 23/11 23/18 23/19 27/13 63/1 91/16 104/1 104/16 105/3 105/11
**homes [2]** 56/5 56/6
**honestly [1]** 90/20
**Honor [75]** 4/8 4/13 4/19 4/22 4/25 5/5 5/12 5/15 5/23 6/2 6/8 6/11 6/13 6/15 6/25 7/5 7/18 7/22 8/19 8/21 8/22 9/3 9/9 9/18 10/10 10/18 10/23 11/6 11/10 11/13 11/23 12/12 13/3 13/5 13/16 14/9 14/12 14/13 14/21 15/3 15/15 15/18 15/20 16/10 16/16 16/17 16/19 17/6 43/6 43/15 50/9 72/23 75/1 80/5 83/6 83/11 83/22 84/6 84/15 84/16 85/2 85/15 85/17 85/20 86/7 86/10 95/17 95/22 103/10 106/22 107/5 110/22 113/13 114/14 114/20
**Honor's [3]** 10/19 10/22 85/23
**HONORABLE [1]** 1/8
**honored [1]** 42/16
**hood [1]** 78/14
**hooked [2]** 19/4 59/23
**hope [3]** 42/6 65/10 67/2
**hopes [1]** 65/8
**HORNE [24]** 2/7 3/5 4/8 16/1 17/5 42/23 43/21 44/15 48/1 51/24 52/23 53/5 53/9 53/21 60/21 61/3 61/16 64/8 66/5 69/3 69/24 75/17 76/5 81/13
**Horne's [1]** 78/8
**hospital [20]** 19/3 20/10 20/13 21/9 23/7 23/10 27/11 27/12 57/18 58/4 77/9 89/4 91/23 92/17 102/14 102/14 104/16 109/18 109/18 110/8
**hospitals [4]** 20/9 22/8 23/18 103/25
**hour [4]** 36/1 36/1 36/15 36/20
**hours [1]** 66/12
**house [2]** 105/1 105/1
**housekeeping [1]** 15/19
**how [72]** 6/6 13/18 14/8 19/7 19/10 21/16 22/21 23/22 23/25 24/24 25/24 26/24 27/9 28/13 30/7 34/23 34/24 36/6 37/14 38/1 38/2 45/7 45/8 68/25 72/3 72/6 72/8 73/17 73/18 73/19 74/2 74/10 76/24 78/13 78/14 78/15 80/20 80/25 81/2 82/9 82/12 82/12 87/13 88/7 88/17 88/20 88/20 88/21 88/22 88/23 89/10 89/19 90/6 90/8 90/9 91/25 92/3 93/7 93/22 94/9 97/9 101/19 105/14 105/17 105/19 105/25 108/4 110/14 111/3 111/9 111/11 112/19
**huge [1]** 20/4
**humble [1]** 17/11
**hundred [8]** 59/24 81/3 94/19 99/11 100/23 101/14 108/13 111/8
**hundreds [4]** 25/2 66/11 80/17 80/17
**hypothetical [2]** 35/1 35/3
**Hz [5]** 30/9 30/12 30/18 30/19 30/19

**I**

**I'd [3]** 95/17 106/22 114/9
**I'll [3]** 66/7 90/16 113/11
**I'm [19]** 4/9 18/11 43/20 45/25 48/2 49/15 51/18 57/6 66/9 71/9 71/17 73/5 73/11 80/14 90/23 95/9 96/9 105/16 111/15
**I-N-D-E-X [1]** 3/3
**icons [2]** 67/7 67/8
**ICU [1]** 102/10
**idea [8]** 26/16 26/18 26/25 55/24 56/11 56/12 91/9 105/25
**ideas [6]** 26/22 61/23 62/2 62/20 81/19 87/23
**identical [2]** 84/6 84/9
**identification [1]** 6/9
**identified [6]** 5/1 5/17 5/19 6/2 10/24 104/15
**identify [1]** 103/7
**idle [2]** 58/20 58/23
**ignore [1]** 99/20
**II [1]** 114/24
**iMac [1]** 65/4
**imaginable [1]** 78/25
**imagine [1]** 20/22
**immediately [2]** 60/14 90/10
**implemented [1]** 58/6
**implications [1]** 8/14
**importance [2]** 34/6 84/24
**important [27]** 17/13 17/19 17/21 18/3 18/3 18/15 21/21 35/21 35/24 36/1 36/2 36/3 37/3 42/11 42/11 42/12 42/13 53/3 53/12 53/12 53/14 54/20 97/3 97/4 110/1 110/12 112/15
**importation [1]** 8/8
**imposition [1]** 42/8
**impossible [1]** 112/1
**improve [2]** 71/8 109/19
**improved [5]** 30/5 30/5 30/6 30/7 34/12
**inaccurate [2]** 100/1 100/4
**inactive [2]** 78/12 79/7
**inadvertently [1]** 72/1
**INC [2]** 1/11 4/5
**include [3]** 8/9 18/16 27/15
**included [1]** 71/14
**including [12]** 11/11 13/21 27/19 34/2 37/15 48/7 48/7 54/21 54/21 62/8 69/1 83/19
**inconsistent [1]** 13/10
**Incorporated [4]** 23/14 91/4 103/3 103/23
**increase [3]** 55/20 56/15 100/3
**increasing [2]** 56/14 58/11
**Increasingly [1]** 57/14
**incredibly [2]** 66/8 66/8
**incubator [1]** 100/23
**indeed [4]** 53/7 81/17 99/2 99/20
**independent [1]** 80/23
**indicated [1]** 8/1
**indicates [1]** 8/2
**indicating [7]** 15/22 16/5 45/18 45/20 92/10 96/13 96/19
**indication [1]** 110/4
**indicia [1]** 84/11
**individuals [1]** 83/19
**industrial [2]** 36/18 65/7
**industry [3]** 25/8 70/1 101/19
**Infant [2]** 102/15 105/4
**information [38]** 4/20 4/23 5/16 9/14 9/17 30/16 35/14 35/25 38/5 40/11 46/22 46/24 47/14 47/17 54/20 68/3 68/5 68/8 68/15 68/19 68/19 69/14 69/18 70/10 75/9 75/12 75/15 75/16 75/18 75/20 76/2 77/13 77/22 78/21 79/7 81/25 89/13 90/3
**infrared [16]** 30/9 30/18 73/21 73/23 73/23 74/1 74/8 92/16 92/17 94/16 94/18 94/18 96/14 96/24 97/1 112/18
**infringe [8]** 32/13 32/19 44/22 48/23 50/10 50/22 52/15 79/22
**infringed [1]** 44/17
**infringement [19]** 13/7 13/22 13/25 14/4 32/10 34/8 39/6 39/13 39/13 41/1 41/6 44/25 45/2 46/13 46/17 70/22 70/23 81/6 81/17
**infringer [2]** 17/25 34/22
**infringers [1]** 39/5
**infringes [1]** 31/7
**infringing [3]** 52/10 52/11 70/16
**ingenuity [2]** 61/6 75/8

**I**

**initial [1]** 109/22
**initially [1]** 100/16
**innovating [2]** 22/11 24/13
**innovation [1]** 17/24
**innovators [1]** 18/3
**inside [6]** 50/19 52/10 73/4 88/19 97/7 97/7
**Instead [2]** 32/12 39/24
**instructions [1]** 50/10
**instrument [1]** 110/13
**instruments [1]** 103/24
**intended [10]** 33/23 47/11 71/15 72/4 72/9 72/12 77/22 77/23 77/25 79/5
**intensity [3]** 55/20 56/15 56/16
**Intensive [2]** 21/2 108/24
**intent [1]** 12/22
**intentional [1]** 70/22
**interest [2]** 6/20 88/22
**interested [1]** 89/17
**interference [1]** 71/25
**intermittent [1]** 94/14
**internal [9]** 27/22 29/11 29/13 29/21 32/22 33/2 33/5 33/7 73/6
**internet [3]** 37/19 37/19 91/11
**interviewed [1]** 37/19
**introduce [2]** 43/23 44/1
**introduced [2]** 29/4 30/4
**invasively [1]** 92/2
**invented [2]** 32/17 55/24
**inventing [1]** 22/11
**invention [29]** 17/16 18/2 18/7 18/12 18/19 26/16 26/25 29/8 31/9 31/22 34/19 34/22 35/15 35/17 36/7 36/19 38/17 39/16 39/17 39/20 39/23 40/20 42/1 42/2 57/6 57/7 57/9 57/13 58/13
**inventions [1]** 17/12
**inventor [2]** 52/20 113/23
**inventors [1]** 26/22
**invest [2]** 18/4 103/4
**investigation [1]** 6/20
**Investor [1]** 83/13
**investors [2]** 83/19 103/2
**invisible [1]** 73/24
**involved [1]** 89/10
**involves [1]** 44/21
**involving [3]** 10/12 11/16 44/11
**iota [1]** 49/11
**iPad [1]** 65/4
**iPhone [1]** 65/3
**iPod [1]** 65/3
**IRN [1]** 7/8
**irregular [2]** 8/9 76/18
**irrelevant [1]** 84/2
**Irvine [1]** 2/5
**is [382]**
**is when [1]** 93/10
**isolates [1]** 93/20
**issue [30]** 4/21 5/8 5/13 5/17 7/11 9/3 9/18 10/11 10/12 10/13 10/14 10/15 10/17 10/18 11/14 11/21 13/8 47/18 48/12 48/16 49/3 60/22 60/23 60/25 70/8 73/25 82/12 84/16 87/24 108/12
**issued [10]** 27/2 27/5 35/5 60/9 61/2 61/11 62/1 62/12 81/19 81/20
**issues [9]** 11/16 11/19 44/7 48/20 49/1 82/19 85/3 98/25 99/22
**it [308]**
**it's [95]** 5/22 6/17 9/18 11/16 12/4 12/4 12/8 22/9 22/18 23/13 24/9 25/19 31/21 34/4 35/20 38/14 42/8 42/11 42/12 42/13 44/15 44/23 44/24 47/15 49/9 55/11 57/10 64/24 66/2 66/14 66/14 66/15 67/8 68/17 68/18 68/20 68/22 68/23 70/21 73/20 74/13 77/7 77/10 77/11 77/14 77/22 77/23 77/24 78/6 78/17 78/23 79/2 79/4 79/4 79/5 79/6 79/9 79/12 79/21 80/13 81/18 82/16 83/9 83/12 83/13 83/22 84/1 84/2 84/9 91/24 93/11 94/18 95/7 95/9 96/10 96/12 97/24 98/1 98/13 98/22 99/11 99/20 100/20 102/20 102/25 105/21 106/16 107/22 108/13 108/24 109/9 110/10 110/18 111/19 112/4
**ITC [8]** 6/12 6/16 7/17 7/25 8/23 9/7 9/22 10/24
**items [1]** 60/13
**iteration [1]** 112/20
**its [28]** 15/9 18/12 18/12 18/14 22/6 26/17 26/25 26/25 27/10 33/2 33/2 34/6 34/19 37/9 39/19 40/4 40/13 41/16 42/15 54/6 54/14 65/6 65/16 73/15 73/17 86/6 93/15 104/5
**itself [9]** 9/21 26/4 49/6 66/10 68/10 98/14 105/23 110/13 111/9

**J**

**JAMES [1]** 1/8
**Japanese [1]** 54/11
**Jeff [2]** 33/21 103/20
**jewelry [1]** 36/6
**Jim [1]** 35/12
**job [2]** 90/4 90/16
**Joe [11]** 4/13 43/19 89/16 89/20 90/12 91/3 91/7 103/1 105/16 106/20 107/12
**Joe's [1]** 91/15
**jogging [1]** 72/13
**join [3]** 89/25 90/10 90/16
**joined [2]** 4/9 91/2
**joining [1]** 89/19
**joint [1]** 28/19
**JOSEPH [4]** 2/3 2/11 4/10 42/19
**JTX [12]** 5/22 83/12 102/20 102/22 103/11 106/16 106/19 106/23 110/18 110/23 113/7 113/14
**JUDGE [5]** 1/8 17/18 28/9 41/7 42/10
**Judge Selna [2]** 28/9 42/10
**judgment [4]** 77/16 82/15 82/16 82/17
**Judicial [1]** 115/11
**July [4]** 61/16 62/4 62/6 62/19
**July 2 [2]** 61/16 62/6
**July of [1]** 62/19
**June [4]** 6/17 7/5 38/16 62/13
**June 2022 [1]** 38/16
**June 26 [1]** 62/13
**June 5 [1]** 6/17
**June 6 [1]** 7/5
**jurors [4]** 7/19 7/20 43/22 44/6
**jury [37]** 4/3 9/11 9/15 11/11 12/2 12/3 16/12 16/14 16/15 16/24 17/7 17/18 42/5 43/4 43/11 43/12 43/14 48/17 49/4 70/8 80/7 80/25 83/2 83/23 86/1 86/4 87/1 88/10 88/15 94/24 95/15 96/3 96/25 101/10 104/11 111/3 114/17
**just [68]** 4/23 4/25 8/1 8/21 9/24 10/5 10/21 11/9 12/8 13/16 13/23 15/9 15/19 23/4 23/17 24/4 24/7 26/1 28/22 31/16 31/20 32/25 33/6 39/13 41/8 42/24 43/23 44/6 44/8 44/20 45/19 49/8 49/13 50/24 53/20 57/19 62/8 66/25 67/22 73/7 73/9 73/11 73/16 74/4 76/21 79/3 79/14 82/3 82/4 82/17 83/10 94/2 95/3 95/20 96/8 97/17 98/20 99/21 103/7 105/12 107/11 108/1 110/10 111/16 111/17 112/1 113/11 113/25
**JVS [2]** 1/11 4/4

**K**

**K-h-e-i-r [1]** 86/21
**keep [8]** 40/22 48/19 62/8 82/3 82/4 82/10 99/17 99/21
**keeps [2]** 96/21 99/9
**KENNETH [1]** 2/21
**kept [3]** 24/12 24/13 91/10
**Kheir [1]** 86/21
**Kiani [4]** 89/16 103/1 106/20 107/12
**kick [4]** 26/14 109/3 109/4 109/4
**kicking [1]** 109/6
**kids [1]** 87/10
**kind [7]** 90/21 93/14 97/2 100/18 104/17 108/1 114/7
**knew [5]** 17/23 25/23 35/6 35/6 107/15
**KNOBBE [3]** 2/4 2/7 4/9
**know [32]** 12/23 13/18 14/5 25/3 25/24 26/2 26/14 38/22 42/5 42/8 52/11 59/15 59/16 65/13 66/23 80/12 89/18 89/18 89/21 90/2 90/14 91/15 91/23 92/14 97/22 102/16 104/21 105/1 106/16 108/24 108/25 110/19
**known [2]** 36/3 55/23

**L**

**lab [2]** 21/25 106/20
**labeled [1]** 95/3
**Laboratories [1]** 88/2
**Lack [1]** 85/12
**ladies [19]** 16/25 17/7 42/24 43/18 45/23 49/3 50/5 57/4 59/4 64/1 64/17 69/16 70/8 73/1 80/24 81/15 82/2 82/25 114/15
**landscape [1]** 70/3
**language [8]** 10/20 44/24 49/7 50/18 51/13 51/19 57/9 60/6
**large [2]** 64/25 106/2
**last [9]** 12/13 42/18 44/12 44/13 62/11 86/16 86/21 95/7 110/18
**latch [1]** 72/4
**latching [1]** 72/3
**late [2]** 63/15 63/25
**later [4]** 61/18 90/18 91/4 106/14
**Latin [1]** 26/23
**law [8]** 9/3 17/25 18/3 18/8 34/18 34/20 70/17 70/18
**lawsuit [5]** 38/13 38/14 38/19 70/20 80/15
**lead [2]** 60/14 60/15
**learn [8]** 18/15 18/17 18/19 27/3 45/8 54/15 58/8 74/1
**learned [1]** 88/20
**least [8]** 31/23 50/12 50/13 51/14 73/7 94/10 97/19 110/2
**leave [1]** 90/23
**lectern [1]** 16/8
**led [13]** 19/8 20/1 24/17 24/25 30/9 30/18 30/19 30/24 62/7 62/12 75/16 96/13 96/14
**LEDs [14]** 19/7 19/18 19/23 24/16 24/16 24/19 25/1 73/21 92/14 92/15 93/3 93/7 93/21 94/13
**left [11]** 22/4 22/16 33/4 49/19 52/18 54/2 67/16 80/4 107/12 109/6 114/1
**left-hand [3]** 22/16 52/18 54/2
**legal [2]** 42/12 50/9
**less [8]** 34/21 40/5 56/1 56/1 56/21 56/21 92/21 92/21
**let [16]** 25/12 38/11 43/23 44/1 45/7 50/5 53/2 53/20 57/5 57/19 57/21 64/22 67/15 72/22 106/16 110/18
**let's [28]** 10/1 13/13 14/8 18/24 27/14 33/1 34/16 36/19 39/2 49/5 49/15 52/16 52/16 57/3 58/15 60/8 62/5 62/18 66/9 71/1 72/21 75/7 94/15 97/16 98/2 106/15 112/22 113/6
**lets [1]** 68/12
**letter [1]** 89/2
**letters [4]** 6/5 31/19 69/3 75/18
**level [18]** 19/6 20/7 20/20 52/25 54/21 56/5 56/23 59/14 59/14 59/21 75/7 78/13 92/3 92/5 111/17 111/22 112/3 113/1
**levels [2]** 59/9 72/9
**license [5]** 28/17 28/18 28/25 35/6 35/7
**licensed [1]** 41/23
**life [12]** 17/12 18/5 35/24 36/1 36/15 36/17 41/20 47/15 69/4 69/13 76/12 102/4
**life-saving [3]** 17/12 18/5 41/20
**Lifecycle [1]** 102/17
**Lifecycles [3]** 104/20 104/22 113/2
**light [61]** 17/13 19/8 19/10 19/19 19/22 25/8 25/12 25/18 28/15 28/21 30/21 31/25 32/2 32/7 51/15 54/4 54/5 54/6 54/8 54/9 54/10 54/13 54/13 54/17 54/18 54/19 54/20 54/24 54/25 55/16 55/17 55/21 55/21 55/25 56/1 56/3 56/15 56/16 56/21 72/16 72/16 73/22 73/22 73/25 74/6 74/6 74/12 74/17 74/19 92/1 92/15 92/16 92/16 92/17 92/20 93/1 93/4 93/8 96/19 105/17 105/19
**light-detecting [1]** 54/9
**light-emitting [2]** 54/8 73/22
**lights [7]** 19/8 20/1 56/7 56/7 56/9 73/16

## L

**lights... [1]** 92/14
**like [49]** 5/5 5/23 9/3 13/23 16/20 18/1 18/4 25/1 26/7 34/2 36/5 41/24 43/13 45/19 49/6 50/10 53/11 53/11 58/20 61/7 61/20 61/20 67/11 67/22 68/24 69/6 70/13 71/3 88/23 89/18 89/23 89/24 94/2 94/24 95/17 97/1 97/10 97/17 98/13 105/4 106/23 110/2 111/7 111/19 111/24 112/12 113/25 114/5 114/9
**likely [2]** 83/22 85/9
**limine [7]** 5/1 5/7 5/9 5/12 10/19 10/22 13/11
**limitations [2]** 47/7 47/22
**limited [4]** 7/8 45/3 56/16 79/25
**line [11]** 6/23 14/5 14/11 50/2 50/3 50/4 50/4 50/7 50/17 97/3 97/6
**line 1 [1]** 50/4
**line 60 [1]** 50/7
**lines [2]** 70/24 97/18
**liquid [2]** 89/2 89/2
**list [2]** 67/21 67/22
**listen [2]** 44/6 82/14
**listening [3]** 55/8 55/9 99/17
**literally [3]** 47/22 50/20 108/21
**little [22]** 10/1 10/21 13/16 18/11 18/13 25/18 31/15 35/19 37/12 37/13 49/16 50/1 58/15 62/9 67/7 67/12 73/20 87/1 98/14 101/4 108/25 114/9
**live [6]** 36/20 47/15 66/20 77/4 77/13 100/9
**lives [7]** 22/7 47/15 54/1 56/4 66/21 69/11 75/19
**LLP [6]** 2/4 2/7 2/12 2/15 2/18 2/21
**local [1]** 89/15
**locations [1]** 105/9
**lodged [1]** 15/9
**logo [1]** 114/4
**long [10]** 6/23 42/15 55/23 61/12 61/14 87/13 88/7 100/22 110/14 111/3
**longer [2]** 56/10 99/12
**look [38]** 25/1 26/4 26/6 26/10 26/12 30/12 30/14 33/1 36/4 36/5 40/9 49/10 49/25 50/17 51/1 51/12 52/4 52/17 52/18 58/15 59/4 60/8 63/22 64/1 64/19 67/14 73/5 73/12 76/4 81/10 81/10 82/21 90/12 93/14 93/24 95/3 97/4 98/7
**looked [12]** 24/1 24/14 24/17 24/23 30/15 35/16 36/22 37/2 37/14 37/16 40/12 40/14
**looking [8]** 23/20 24/12 26/13 49/2 55/16 76/19 91/10 96/23
**looks [6]** 94/24 97/1 97/11 98/4 98/21 108/11
**Los [1]** 2/8
**lost [2]** 93/15 101/14
**lot [21]** 20/15 22/13 22/13 22/22 22/22 24/1 25/14 25/20 25/22 35/13 35/14 35/25 36/12 36/13 36/24 88/19 89/22 90/19 99/2 107/13 114/8
**love [1]** 69/5
**low [47]** 10/16 18/18 20/20 21/3 30/13 30/23 36/8 44/19 45/6 45/10 45/12 46/4 46/11 46/19 46/25 47/2 47/3 47/18 47/21 48/23 52/21 52/22 53/17 53/19 59/9 59/20 60/25 61/1 61/5 61/10 64/2 64/13 64/19 69/1 73/24 76/8 78/6 79/1 79/16 80/20 81/22 82/11 98/19 99/13 100/15 101/16 102/3
**lower [3]** 25/22 26/6 58/11
**luck [1]** 90/25
**lunch [2]** 114/12 114/23
**lung [2]** 92/7 93/17
**lungs [1]** 94/9

## M

**MA [1]** 2/13
**MacBook [1]** 65/4
**machine [2]** 24/9 24/12
**machines [1]** 23/19
**Macintosh [1]** 65/2
**macro [1]** 7/14
**made [18]** 7/16 11/2 21/16 22/1 22/9 27/10 34/22 41/12 48/15 53/7 54/14 63/1 63/10 69/10 80/16 89/6 97/20 111/6
**Madisetti [9]** 10/20 11/2 11/7 11/23 31/2 31/3 31/10 32/4 32/8
**Madisetti's [1]** 11/12
**mail [1]** 23/1
**main [4]** 2/5 34/12 40/18 94/11
**mainly [1]** 105/10
**major [1]** 8/13
**make [19]** 9/9 13/1 18/19 18/23 21/12 22/20 34/9 36/17 40/5 45/15 58/14 67/11 89/6 90/14 97/7 102/4 112/22 112/22 112/24
**makes [6]** 19/10 23/2 38/3 54/6 88/19 92/20
**making [6]** 19/25 23/6 36/16 78/3 105/1 108/7
**manage [1]** 72/8
**managed [1]** 108/8
**managing [1]** 87/22
**manifestly [1]** 11/17
**manufacture [1]** 103/24
**manufactured [1]** 63/9
**manufacturers [1]** 63/12
**manufacturing [2]** 72/8 72/10
**many [13]** 7/11 17/12 27/4 48/2 53/25 54/11 57/20 66/3 75/3 80/23 94/18 97/9 97/21
**map [1]** 67/17
**marginal [2]** 85/4 85/5
**MARK [4]** 2/14 4/15 43/25 83/6
**MARKED [2]** 3/9 3/16
**market [5]** 18/5 33/24 53/13 53/16 64/11
**marketing [1]** 103/24
**marketplace [2]** 66/18 71/15
**markets [6]** 27/20 27/21 27/25 27/25 37/4 37/4
**married [1]** 87/9
**MARTENS [3]** 2/4 2/7 4/9
**Masi [3]** 22/2 22/3 91/16
**MASIMO [137]**
**Masimo's [34]** 4/10 12/14 15/3 17/12 17/16 17/17 18/7 18/19 23/1 23/16 24/1 24/6 27/8 28/17 28/18 28/25 29/8 29/9 30/6 31/2 31/6 34/10 34/11 35/11 35/15 40/20 42/1 42/20 63/23 80/11 84/23 101/25 105/8 114/8
**mass [2]** 72/8 72/9
**match [1]** 97/2
**materials [1]** 70/13
**math [1]** 90/7
**mathematical [1]** 105/18
**matter [18]** 32/18 39/12 39/14 39/15 46/5 46/18 46/19 52/11 57/1 70/17 70/18 72/13 88/15 93/13 98/18 99/2 100/16 115/9
**matters [1]** 52/8
**may [24]** 7/14 8/19 12/6 15/20 17/20 19/2 20/19 21/7 22/17 24/25 26/20 39/8 43/7 43/16 49/22 51/24 53/25 57/16 69/7 72/23 75/1 86/11 91/22 107/2
**maybe [13]** 24/18 26/7 26/8 28/17 28/18 28/18 28/22 94/19 96/4 97/12 97/14 100/5 107/21
**MBA [1]** 35/13
**me [27]** 4/14 14/18 14/24 15/23 16/3 38/11 42/6 42/19 43/23 44/1 45/7 50/5 53/2 53/20 57/5 57/19 57/21 64/22 72/22 89/20 89/25 90/3 94/4 106/16 110/19 113/22 114/1
**mean [4]** 38/7 39/20 39/21 90/13
**meaning [4]** 11/4 24/4 25/18 29/19
**means [19]** 26/23 26/24 29/14 29/15 29/16 29/24 30/10 30/19 31/22 38/12 41/8 45/23 51/4 51/6 51/7 56/23 72/16 80/9 92/24
**meantime [1]** 38/15
**measure [18]** 17/14 21/20 28/21 30/12 53/2 53/10 54/16 55/4 58/9 64/2 88/8 91/24 93/9 93/19 94/8 94/10 94/12 108/5
**measurement [2]** 54/13 55/22
**measurements [2]** 55/15 72/20
**measuring [2]** 52/25 54/24
**mechanics [1]** 78/14
**medical [51]** 7/13 8/15 18/16 27/15 27/20 27/25 28/2 32/23 33/3 33/9 34/5 34/7 37/2 37/4 37/5 37/7 37/8 46/3 46/5 46/5 46/8 46/10 47/20 47/21 48/6 57/1 59/14 59/17 59/21 59/24 60/1 60/1 65/20 65/23 66/15 69/20 70/1 75/24 76/7 76/8 76/23 77/14 77/14 77/16 77/24 78/25 79/2 79/3 89/24 91/5 103/24
**medical-enabling [1]** 37/8
**meet [5]** 41/13 89/21 89/23 90/14 90/14
**meeting [6]** 48/9 48/9 48/12 65/6 70/4 70/5
**meets [3]** 9/1 9/8 31/9
**Memorandum [1]** 12/14
**memorialize [1]** 108/1
**mention [3]** 24/25 48/14 74/21
**mentioned [21]** 17/18 24/15 27/15 40/24 42/10 44/15 53/5 53/9 61/17 61/17 66/5 69/3 91/20 93/3 93/4 94/20 99/25 101/13 102/3 112/9 112/11
**mere [1]** 80/8
**Mesa [1]** 2/22
**message [1]** 67/13
**messages [1]** 67/14
**messed [1]** 39/18
**met [5]** 31/13 45/14 45/21 51/18 80/1
**mic [3]** 86/19 87/4 107/11
**microphone [2]** 16/2 96/8
**mid [1]** 63/15
**mid-1990s [1]** 63/15
**middle [2]** 28/3 86/20
**might [11]** 20/18 20/23 21/2 26/9 28/2 30/17 67/1 100/3 101/10 111/21 112/23
**Milani [5]** 5/22 6/24 7/2 7/17 7/23
**Milani's [1]** 8/18
**million [10]** 38/10 38/21 38/25 39/1 41/17 41/17 41/18 41/21 41/21 81/3
**millions [3]** 17/16 80/17 80/18
**mind [7]** 40/22 49/7 49/8 50/5 57/5 80/13 84/23
**minds [1]** 80/14
**miniaturization [2]** 71/19 71/22
**minute [13]** 13/10 29/7 29/14 29/25 33/17 42/25 66/7 78/11 83/1 108/13 108/13 109/8 109/8
**minutes [11]** 43/3 45/13 45/16 45/21 47/2 47/3 78/12 78/18 79/7 80/4 81/23
**Miriam [1]** 114/24
**miss [9]** 47/21 59/7 59/7 59/10 60/3 76/7 76/8 79/2 79/3
**missed [1]** 14/15
**missing [1]** 57/1
**mission [1]** 101/25
**mistake [1]** 41/12
**mitigation [1]** 78/1
**mo [4]** 21/15 21/15 91/18 91/19
**mobile [2]** 23/6 27/11
**mode [13]** 24/3 24/8 24/9 26/5 26/6 40/8 58/19 58/22 58/25 59/3 68/12 71/17 72/21
**model [4]** 22/15 73/2 81/7 105/20
**modification [2]** 112/22 112/23
**modules [2]** 58/6 58/9
**MOHAMED [18]** 3/8 21/13 21/13 21/14 21/14 21/16 21/16 22/1 22/4 86/7 86/9 86/17 86/20 89/21 91/7 91/16 109/22 112/12
**Mohamed's [1]** 21/24
**mom [1]** 91/15
**moment [5]** 15/17 44/21 71/18 72/22 73/10
**money [2]** 90/20 108/9
**monitor [79]** 5/4 5/14 9/19 10/16 11/2 11/4 14/1 19/5 23/8 23/17 24/4 26/2 26/14 31/23 31/23 31/24 32/14 32/20 34/14 44/21 44/21 44/23 45/2 45/5 45/6 46/7 47/12 51/3 51/6 51/14 51/14 51/16 51/21 51/22 52/2 52/3 52/4 52/5 52/6 52/7 52/13 52/13 52/14 52/15 56/13 56/14 56/17 56/19 56/22 56/23 60/6 63/12 63/13 64/20 68/17 68/21 69/20 69/20 70/24 73/18 76/3 76/6 79/5 79/12 79/12 79/13 79/13 79/17 79/17 79/19 79/21 79/22 79/23 79/24 81/21 82/1 107/21 107/22 107/23
**monitoring [11]** 27/19 27/19 28/19 28/22 63/6 64/5 99/1 102/1 102/15 103/25 104/17
**monitors [18]** 22/20 22/20 22/23 23/3 24/3 45/4 46/7 46/10 47/19 47/20 51/21 56/17 58/7 71/20 71/20 79/10 79/24 81/23
**monster [1]** 107/23
**month [1]** 90/15

## M


months [2] 90/18 91/14
months' [2] 90/22 90/23
more [41] 18/4 18/11 18/13 23/6 24/18 24/23 25/23 26/13 27/10 27/10 27/11 27/11 34/15 36/16 37/12 37/13 43/23 53/3 54/16 55/22 55/25 55/25 56/3 56/3 56/21 56/21 58/8 58/15 72/22 74/1 79/14 92/20 92/21 96/19 100/6 104/17 105/3 107/13 111/25 112/1 112/1
morning [11] 4/8 4/12 4/13 4/17 16/25 17/7 43/18 48/4 83/6 86/24 86/25
most [5] 25/10 42/11 98/19 103/1 111/13
motion [26] 5/1 5/7 5/9 5/11 10/19 10/22 21/11 21/17 21/24 64/2 98/12 98/14 98/23 99/5 99/14 99/15 101/16 101/23 102/3 102/9 105/14 106/7 106/13 108/5 108/12 108/19
motions [1] 13/11
mount [1] 72/23
move [13] 20/15 39/2 45/19 47/22 102/8 102/16 103/10 106/23 109/4 109/4 110/22 113/11 113/13
moved [3] 20/12 57/17 58/4
movement [3] 45/17 72/18 92/23
moves [1] 98/21
moving [19] 20/9 20/14 45/17 45/24 45/24 45/25 46/6 53/11 53/18 53/18 63/19 78/16 78/22 78/24 79/2 79/3 102/11 106/4 109/6
MR [19] 3/5 3/5 82/24 83/5 86/18 87/4 87/11 95/25 96/8 96/25 98/24 103/7 103/16 104/2 105/8 108/4 111/3 113/6 113/19
Mr. [72] 4/11 9/23 13/15 13/21 14/20 16/1 17/5 21/13 21/21 23/23 23/24 23/24 25/15 25/21 26/12 27/6 27/6 27/7 27/8 32/17 33/21 35/12 35/12 35/13 38/5 39/21 39/23 40/24 42/7 42/21 42/23 43/13 43/21 43/25 44/15 48/1 51/24 52/19 52/21 52/23 53/5 53/9 53/21 60/21 61/3 61/16 64/8 66/5 69/3 69/24 75/17 76/5 78/8 80/3 81/13 85/1 86/7 86/24 92/3 93/3 94/21 95/9 98/7 102/19 104/9 106/6 106/15 107/8 109/25 110/17 111/16 113/22
Mr. Al-Ali [9] 23/24 23/24 25/15 25/21 26/12 27/6 32/17 39/21 113/22
Mr. Al-Ali's [3] 39/23 52/19 52/21
Mr. Ammar [1] 23/23
Mr. Bergman [3] 35/12 35/13 38/5
Mr. Brouse [1] 13/21
Mr. Diab [15] 21/21 86/24 92/3 93/3 94/21 95/9 98/7 102/19 104/9 106/6 106/15 107/8 109/25 110/17 111/16
Mr. Horne [21] 16/1 17/5 42/23 43/21 44/15 48/1 51/24 52/23 53/5 53/9 53/21 60/21 61/3 61/16 64/8 66/5 69/3 69/24 75/17 76/5 81/13
Mr. Horne's [1] 78/8
Mr. Jeff [1] 33/21
Mr. Jim [1] 35/12
Mr. Mark [1] 43/25
Mr. Mohamed [2] 21/13 86/7
Mr. Mueller [5] 9/23 40/24 42/7 43/13 80/3
Mr. Powell [1] 14/20
Mr. Re [1] 13/15
Mr. Scruggs [2] 27/7 27/8
Mr. Selwyn [1] 85/1
Mr. Stephen [3] 4/11 27/6 42/21
Ms [1] 84/5
Ms. [11] 4/18 5/16 6/12 6/18 10/5 10/21 10/22 14/16 43/25 43/25 86/5
Ms. Amy [1] 43/25
Ms. Frazier [3] 5/16 6/12 6/18
Ms. Sarah [1] 43/25
Ms. Swaroop [5] 4/18 10/5 10/21 10/22 86/5
Ms. Vargas [1] 14/16
much [20] 11/25 11/25 19/10 20/24 21/4 21/9 32/11 37/14 38/1 38/2 49/9 69/6 82/21 91/25 93/23 94/4 101/3 102/5 106/14 109/6
MUELLER [10] 2/11 3/5 4/14 9/23 40/24 42/7 43/13 43/19 80/3 82/24
multi [1] 81/3
multi-hundred [1] 81/3
multiparameter [2] 58/6 58/9
multiply [1] 38/8
music [4] 15/21 65/3 67/15 67/15
must [2] 30/9 89/5
my [20] 4/9 13/7 16/6 17/9 29/23 29/23 42/19 43/19 43/19 69/4 87/6 89/12 89/16 89/22 90/1 90/16 90/21 106/21 107/15 108/2
myself [3] 106/20 107/13 114/1


## N


N.W [1] 2/19
name [18] 43/19 52/19 52/21 86/16 86/16 86/20 86/21 89/16 91/3 91/4 91/9 91/12 91/16 92/24 103/2 103/3 106/10 114/4
named [4] 21/15 52/20 54/11 91/1
namely [1] 55/17
names [3] 22/3 67/21 91/15
narrowed [1] 15/12
National [1] 89/14
navigate [4] 49/16 71/24 72/3 74/24
near [1] 70/24
NEC [1] 23/2
necessarily [1] 85/5
need [27] 16/22 25/16 25/25 26/5 26/14 44/23 45/20 50/11 51/18 56/10 56/24 59/15 59/16 59/16 59/25 61/23 61/24 78/15 79/22 79/23 79/24 86/1 90/13 97/19 100/18 109/2 110/5
needed [6] 18/19 24/20 24/22 35/6 109/1 110/6
needing [1] 23/5
needs [8] 50/21 56/22 56/24 57/1 59/20 59/22 59/23 61/25
negative [2] 8/13 100/2
negotiated [1] 35/4
negotiating [2] 15/11 37/8
negotiation [5] 35/1 35/3 35/4 35/9 37/13
neither [1] 99/12
neonatal [4] 21/2 53/5 53/8 108/24
neonatologist [4] 109/17 110/3 112/9 112/11
never [6] 39/18 40/21 41/24 49/1 70/23 81/18
new [11] 30/7 87/23 87/23 91/14 102/6 102/13 102/13 102/18 102/18 105/20 114/2
next [16] 28/6 30/4 33/10 44/9 49/21 58/16 59/1 59/5 62/13 63/25 82/23 83/9 108/10 109/8 111/24 113/23
nice [1] 77/10
nicely [1] 113/3
NICU [3] 21/1 25/14 108/23
night [1] 12/13
nine [1] 91/14
no [46] 4/4 5/6 8/21 9/4 10/5 12/19 12/22 14/21 14/24 14/24 16/6 16/22 34/21 39/3 43/6 46/9 46/12 46/16 56/10 56/25 61/3 69/23 70/11 70/12 70/13 70/22 70/23 72/13 79/18 81/6 81/17 85/6 89/6 90/12 91/3 94/14 95/19 97/19 99/12 103/12 106/24 108/19 110/9 110/10 110/24 113/15
noise [10] 55/6 55/7 55/11 55/12 55/13 55/22 98/8 98/23 106/1 106/2
noisy [1] 107/24
non [1] 92/2
non-invasively [1] 92/2
none [5] 3/14 3/17 69/24 70/7 70/7
noninvasive [4] 28/19 28/21 98/25 101/25
normal [2] 21/3 105/12
not [175]
Notably [1] 60/19
note [2] 60/13 77/7
notebook [3] 57/11 58/18 58/21
notebooks [2] 49/8 82/6
nothing [10] 12/4 15/18 16/10 48/16 59/25 61/13 62/10 98/22 108/14 114/20
notice [2] 90/22 90/23
notification [30] 7/10 8/10 8/11 29/5 29/6 29/16 29/18 31/1 33/6 33/8 33/13 33/14 33/16 33/19 34/6 34/9 37/15 38/4 47/4 60/21 61/5 61/10 69/1 76/18 76/21 76/23 78/9 78/10 78/20 79/1
notifications [25] 10/17 29/4 35/22 36/24 44/19 45/6 45/10 45/22 46/11 46/19 46/25 47/18 47/21 48/23 53/17 60/25 61/2 61/11 64/14 73/25 76/8 79/16 80/21 81/22 82/12
noting [1] 58/20
November [4] 1/17 4/1 6/3 115/13
November 3 [1] 6/3
now [49] 11/8 11/14 11/25 12/19 12/22 13/4 22/9 28/24 30/15 31/8 31/14 36/14 36/17 38/13 44/4 44/15 45/25 46/18 48/1 49/5 52/16 53/3 53/19 55/2 56/18 59/4 60/8 61/12 62/18 63/6 64/7 64/22 65/20 67/5 67/25 69/23 72/21 73/6 73/11 75/3 78/5 78/17 84/12 85/5 93/24 100/10 104/8 108/4 114/10
number [19] 37/1 38/9 38/24 44/13 46/1 48/1 48/5 50/7 50/24 51/17 58/24 61/19 67/17 68/14 81/14 81/16 95/6 108/14 108/20
number 11 [1] 50/24
numbers [10] 44/12 44/13 49/18 49/20 49/22 49/23 50/1 50/2 50/3 50/3
numerous [1] 37/24
nurse [4] 21/3 94/2 97/23 98/21
nurses [4] 20/18 99/4 102/4 110/10
NXX [3] 28/4 28/14 28/16


## O


oath [1] 33/25
object [1] 83/16
objection [9] 9/8 12/6 84/12 85/6 95/19 103/12 106/24 110/24 113/15
objections [3] 14/20 83/9 83/15
objective [1] 14/6
objectives [1] 66/19
objects [3] 56/6 56/7 56/9
obligations [1] 75/23
observe [1] 59/18
obstacle [1] 79/20
obstacles [1] 71/23
obtaining [1] 87/8
obvious [5] 39/18 39/20 40/1 40/20 59/12
obviously [5] 24/16 35/1 85/22 97/14 97/19
obviousness [2] 40/23 41/2
occasion [1] 59/22
occurrence [1] 100/25
October [4] 60/16 60/22 60/24 62/7
October 29 [2] 60/16 62/7
October 8 [2] 60/22 60/24
odds [2] 32/20 32/24
OEM [1] 22/18
off [22] 20/17 24/4 24/25 25/2 25/4 25/5 25/9 25/12 25/19 51/2 51/25 52/5 56/8 56/10 58/22 74/5 74/12 76/25 90/21 94/16 94/17 97/5
offer [8] 11/20 12/7 13/1 13/1 13/2 49/15 77/22 85/18
offered [1] 66/17
offering [2] 11/13 95/20
office [7] 19/3 39/18 40/12 40/14 40/20 41/3 41/12
Officer [3] 33/21 33/22 87/19
officially [1] 88/6
often [3] 24/24 25/1 58/6
oh [3] 86/3 95/9 108/11
okay [45] 7/21 12/21 12/25 15/7 15/13 15/16 16/11 16/18 16/23 43/9 75/3 85/24 86/5 86/20 90/15 91/20 91/22 92/5 93/3 94/5 95/8 95/23 96/3 97/16 98/7 98/9 99/25 101/7 106/10 106/15 106/22 107/16 107/18 108/4 111/19 112/3 112/5 112/12 112/21 113/10 113/11 113/20 114/15 114/18 114/21
older [2] 61/21 62/14
OLSON [2] 2/4 2/7
once [6] 46/17 56/10 81/6 81/20 108/12 112/25
one [78] 6/25 7/23 12/17 15/19 17/12 21/18 23/1 24/5 27/3 27/4 28/2 29/3 30/2 35/16 37/1 40/7 42/10 43/23 44/11 49/3 49/11 50/12 50/13 50/24 51/2 52/3 53/2 53/8 53/21 55/19 56/19 57/21 57/24 60/14 61/19 62/12 63/17 64/8 67/5 69/19 71/18 72/3 75/3 78/7 83/9 83/10 89/15 89/20 90/9 91/7 91/13 94/15 94/16 96/12 96/13 96/17 97/3 97/5 97/10

**O**

**one... [19]** 97/13 97/17 97/20 97/20 98/13 98/17 99/15 104/13 104/17 105/2 106/13 107/25 109/8 110/6 110/7 110/9 111/13 111/25 112/2
**one percent [1]** 98/13
**ones [3]** 6/10 65/22 89/3
**ongoing [6]** 47/16 47/17 59/22 59/24 69/21 77/24
**only [22]** 15/20 29/20 36/23 38/12 38/18 38/22 38/23 41/20 45/16 68/20 68/20 69/18 75/3 75/10 75/11 75/20 75/20 81/22 102/4 102/13 108/15 108/22
**open [4]** 26/23 26/24 111/15 111/23
**opening [12]** 3/5 3/5 15/20 15/21 16/4 17/1 17/2 48/3 69/24 78/8 92/22 101/12
**openings [1]** 16/7
**operate [1]** 67/11
**operated [1]** 57/15
**operating [4]** 20/7 33/21 33/22 102/8
**operation [1]** 113/3
**ophthalmology [1]** 105/2
**opined [1]** 11/20
**opinion [3]** 9/15 11/3 41/22
**opinions [5]** 11/12 11/24 13/19 14/6 43/2
**opportunity [1]** 34/1
**optical [2]** 53/21 73/14
**orally [1]** 70/11
**Orange [3]** 17/10 87/11 87/13
**order [3]** 10/15 13/10 22/12
**orders [1]** 12/3
**original [5]** 60/20 61/9 62/1 62/6 67/3
**originally [2]** 20/4 88/4
**originated [1]** 62/20
**other [48]** 4/22 6/6 7/11 9/9 9/16 19/15 20/10 20/13 26/11 27/23 36/23 39/25 40/13 40/13 40/22 45/13 45/21 46/1 46/4 46/21 47/7 47/23 48/18 49/1 51/8 51/17 54/22 55/18 62/9 62/11 63/9 64/4 66/23 69/8 75/11 76/13 77/10 77/25 87/22 87/22 88/23 94/10 94/16 96/13 97/6 105/11 108/5 110/7
**others [3]** 58/11 75/4 76/5
**Otherwise [1]** 85/18
**our [31]** 4/15 14/22 16/20 18/5 42/17 43/20 43/24 44/1 48/3 56/4 56/5 56/6 75/7 82/22 83/8 83/15 83/22 93/10 93/12 93/17 97/25 102/25 103/2 103/3 103/5 106/20 109/20 111/14 114/2 114/6 114/7
**ourself [1]** 106/4
**out [25]** 9/6 10/21 13/11 14/16 23/25 24/13 25/7 34/23 40/3 40/7 41/21 45/24 50/16 55/2 55/10 60/13 63/16 64/3 67/21 72/12 74/22 91/5 91/12 100/6 100/14
**outline [1]** 111/21
**output [1]** 26/4
**outset [2]** 18/16 36/10
**outside [4]** 23/10 27/12 52/10 102/14
**outweighed [1]** 84/3
**over [34]** 15/11 27/10 44/9 51/23 53/4 54/16 54/22 58/8 60/5 60/6 62/16 63/10 63/10 64/6 64/22 66/4 66/11 70/5 73/3 73/8 73/11 74/2 74/25 77/2 80/21 82/2 82/6 82/6 82/22 84/24 97/24 98/2 112/20 114/11
**overcome [1]** 79/20
**overruled [1]** 12/6
**overview [1]** 18/10
**overwhelmingly [1]** 48/25
**own [9]** 29/2 41/16 54/1 56/4 61/6 61/6 63/10 63/23 92/10
**owner [4]** 18/1 34/18 34/21 70/20
**oximeter [34]** 19/11 19/14 20/17 20/20 20/25 52/22 52/22 52/23 52/24 53/19 57/16 57/25 59/1 59/2 59/10 89/24 90/1 91/20 91/22 92/4 93/18 94/8 97/7 97/25 98/16 99/12 102/7 104/16 104/24 105/6 108/20 109/11 109/13 111/14
**oximeters [14]** 20/9 20/11 21/5 21/12 21/19 23/17 23/19 24/15 53/1 53/10 57/14 58/5 58/12 99/16
**oximetry [15]** 10/15 19/1 19/2 20/4 20/5 21/17 22/9 22/12 36/11 40/3 53/4 59/6 60/3 64/2 108/5
**oxygen [43]** 7/8 8/11 19/5 19/12 20/6 20/20 20/23 20/24 21/4 21/9 24/11 26/9 52/25 53/2 53/10 54/14 54/21 59/8 59/9 59/11 59/14 59/21 60/4 89/4 91/25 92/7 93/11 93/12 93/13 93/16 96/24 100/3 100/6 100/9 100/10 100/12 100/15 100/17 100/24 101/5 101/15 108/8 109/6
**oxygenation [4]** 93/9 93/23 94/9 110/8

**P**

**packed [1]** 72/2
**page [27]** 3/4 6/17 6/19 7/4 7/25 8/1 40/10 40/10 40/17 49/21 49/24 49/25 50/6 50/25 52/17 52/18 57/8 60/10 64/7 83/12 103/19 104/8 111/5 111/16 111/19 112/2 115/10
**page 1 [4]** 8/1 40/10 40/10 103/19
**page 7 [1]** 111/16
**page 8 [1]** 104/8
**page 84 [1]** 6/19
**pages [12]** 14/16 40/11 49/17 49/18 57/4 83/16 84/22 85/14 85/22 111/8 111/24 112/2
**Palo [1]** 2/16
**papers [1]** 90/6
**paragraph [3]** 7/6 10/23 103/21
**Paragraphs [2]** 8/3 8/6
**parameters [2]** 88/8 94/11
**Park [1]** 2/8
**PARKER [1]** 2/21
**part [15]** 11/11 11/24 13/11 26/21 26/21 28/11 50/11 50/12 66/2 70/3 74/17 74/18 83/10 89/12 89/22
**participant [1]** 37/24
**participants [2]** 37/20 37/22
**particular [6]** 5/21 27/5 44/18 46/12 85/14 106/10
**parties [4]** 15/5 15/11 35/8 37/7
**partners [2]** 4/9 42/19
**party [3]** 83/18 83/23 85/8
**pass [2]** 16/20 89/8
**past [3]** 44/16 49/17 57/3
**patent [108]** 11/5 13/20 13/22 17/20 17/22 17/23 17/25 17/25 18/1 18/12 26/18 26/18 26/21 26/23 26/23 27/2 27/3 31/6 31/20 34/18 34/18 34/21 35/5 35/6 38/15 38/16 38/20 39/12 39/13 39/18 39/19 39/24 40/10 40/12 40/13 40/14 40/16 40/17 40/20 41/3 41/12 42/13 44/11 44/13 44/14 44/14 44/17 44/20 44/22 44/22 44/24 48/11 48/12 48/16 48/24 49/6 49/6 49/8 49/11 49/13 49/22 50/8 50/10 50/14 52/17 52/18 56/11 56/12 56/13 56/13 56/14 56/17 57/4 57/12 58/2 58/14 60/2 60/8 60/12 60/15 60/17 60/22 60/23 61/2 61/11 61/12 61/15 61/17 62/1 62/7 62/7 62/12 62/12 64/18 64/19 64/20 70/10 70/16 70/19 70/20 70/25 79/12 79/13 81/18 82/19 82/20 84/19 113/23
**patented [7]** 30/7 34/11 35/15 35/17 36/19 42/1 46/15
**patents [8]** 10/12 11/19 27/4 28/18 40/13 41/23 44/12 83/24
**path [1]** 28/3
**patient [105]** 5/4 5/14 8/15 9/19 10/16 11/1 11/1 11/4 14/1 26/1 31/22 31/24 31/24 32/14 32/20 34/7 34/14 44/21 44/21 44/23 45/2 45/4 45/5 45/6 46/7 46/7 46/9 47/12 47/19 47/20 51/2 51/5 51/14 51/15 51/16 51/20 51/21 51/22 52/1 52/3 52/4 52/5 52/6 52/7 52/12 52/13 52/13 52/15 53/11 56/13 56/13 56/17 56/17 56/19 56/22 56/23 57/16 57/17 57/23 57/24 57/25 58/3 58/7 58/9 59/8 59/11 59/13 59/15 59/23 60/4 60/6 63/6 63/12 63/13 63/19 64/19 68/17 68/21 69/19 69/20 70/24 71/20 71/20 76/3 76/6 79/5 79/10 79/12 79/12 79/13 79/13 79/16 79/17 79/21 79/22 79/23 79/24 81/21 81/23 81/25 98/20 99/8 104/23 104/24 108/19
**patient's [1]** 33/17
**patients [9]** 23/8 23/17 33/15 33/18 77/4 77/12 79/20 102/5 103/25
**pay [10]** 18/1 18/8 18/21 20/19 32/18 37/12 38/2 39/16 41/21 42/2
**PDX [2]** 95/3 95/17
**peak [2]** 96/16 96/16
**Pennsylvania [1]** 2/19
**people [21]** 18/25 19/24 20/8 20/12 20/14 23/6 23/9 24/2 34/3 39/25 54/23 66/12 66/22 66/23 69/12 78/18 105/12 105/12 113/1 113/2 113/2
**peoples' [1]** 22/3
**per [11]** 29/14 30/10 33/17 38/9 38/24 78/11 94/19 94/19 108/13 109/8 109/8
**percent [38]** 25/8 25/9 25/12 25/12 25/16 25/18 25/19 25/19 25/22 25/25 26/1 26/5 26/10 26/15 29/15 29/17 29/20 36/12 41/8 46/9 56/25 59/25 93/16 93/16 94/15 94/17 98/13 98/20 98/21 100/9 100/10 100/12 100/17 100/19 100/19 100/23 100/25 101/14
**Perez [1]** 11/11
**perfect [4]** 46/9 56/25 59/25 112/12
**perform [1]** 67/24
**performance [3]** 58/12 65/7 65/17
**perfusion [3]** 64/2 99/13 101/17
**perhaps [4]** 58/1 58/1 85/4 102/20
**period [13]** 38/11 38/18 38/18 38/19 44/16 45/21 46/2 46/13 48/10 66/11 81/17 81/20 106/6
**periphery [1]** 99/9
**permission [1]** 17/17
**personnel [1]** 13/12
**perspective [2]** 65/16 74/23
**Ph.D [2]** 31/4 37/18
**philosophy [8]** 46/20 46/22 47/24 68/2 68/15 75/6 75/6 76/1
**phone [4]** 67/10 67/11 67/11 90/18
**photo [2]** 54/8 62/20
**photodetector [1]** 92/19
**photodetectors [1]** 55/14
**photodiode [1]** 54/10
**photoemitters [1]** 55/15
**photograph [3]** 107/8 107/17 107/20
**photoplethysmograph [13]** 92/23 93/1 93/2 94/8 94/20 96/6 96/10 96/15 97/13 97/20 98/12 106/1 106/2
**photos [2]** 67/14 67/15
**phrase [2]** 22/18 34/25
**physically [1]** 65/9
**physician [13]** 4/21 5/8 8/2 9/7 11/13 11/15 11/17 11/20 34/3 66/6 69/4 69/7 75/16
**physicians [2]** 11/11 33/11
**physicians' [1]** 5/2
**physics [1]** 90/7
**physiological [3]** 26/7 58/10 88/8
**pick [3]** 42/6 43/20 92/18
**picked [2]** 19/19 42/6
**PICKERING [3]** 2/12 2/15 2/18
**picture [8]** 9/25 10/1 21/24 106/20 107/10 111/20 113/10 113/20
**pictures [1]** 67/7
**piece [12]** 36/5 40/18 50/15 53/14 63/17 81/8 81/8 81/10 81/11 88/20 106/2 112/15
**pieces [1]** 88/19
**pin [1]** 6/23
**place [2]** 35/5 41/4
**placed [1]** 19/4
**PLAINTIFF'S [3]** 3/6 3/9 86/9
**Plaintiffs [2]** 1/10 2/2
**plan [5]** 18/10 23/12 23/15 102/25 104/6
**planning [1]** 27/17
**play [4]** 11/15 36/6 67/15 112/19
**played [1]** 12/2
**player [1]** 65/3
**playing [2]** 11/10 25/6
**please [19]** 4/6 5/24 7/21 21/13 23/23 43/1 43/3 43/11 78/2 82/3 82/10 83/1 85/25 86/6 86/12 86/15 87/1 95/6 114/16

## P

pleases [1] 83/11
plethysmograph [2] 92/24 92/25
plug [1] 58/6
plug-in [1] 58/6
plugged [1] 104/25
plus [1] 51/5
podium [1] 43/7
Poets [3] 109/16 110/2 112/8
point [10] 4/23 5/11 7/16 9/9 20/18 24/2 46/15 49/5 51/10 51/20
pointing [1] 79/18
points [5] 37/25 37/25 97/12 97/12 97/21
pool [1] 48/18
popular [1] 20/8
portable [6] 23/19 57/15 58/17 104/16 104/19 104/24
portion [2] 50/12 51/13
position [5] 12/10 32/14 32/21 34/15 39/6
positions [2] 87/17 87/18
positives [2] 29/17 29/19
possible [1] 54/12
potential [3] 7/15 28/3 103/6
Powell [1] 14/20
power [27] 22/13 22/22 22/25 23/4 23/5 23/21 23/25 24/2 24/7 24/15 24/16 24/18 24/21 25/14 25/20 26/17 36/8 36/13 36/14 40/5 40/5 52/22 52/22 53/19 58/7 58/11 58/17
powered [1] 58/19
powerful [2] 65/11 67/1
PPG [7] 28/14 28/14 93/2 94/20 94/24 97/9 98/8
practice [2] 5/8 16/6
Pre [2] 31/19 31/21
preamble [1] 31/22
precisely [1] 71/12
precluded [1] 11/13
preemies [1] 102/5
prefer [1] 66/23
prejudice [4] 9/16 9/20 9/21 84/3
prejudicial [2] 11/17 12/5
premature [14] 20/15 21/1 21/9 100/7 100/7 100/22 101/1 101/5 101/8 101/13 108/25 109/20 110/4 113/1
prematurity [2] 100/20 101/8
prepared [4] 48/18 95/14 96/1 102/25
preponderance [1] 41/7
present [11] 4/3 12/23 14/7 16/14 16/24 42/16 43/4 43/12 83/2 86/4 114/17
presented [2] 14/8 71/23
presenting [1] 82/22
president [3] 7/6 83/20 85/10
PRESIDING [1] 1/8
press [2] 67/7 67/10
pressure [1] 94/5
pretend [1] 80/14
prevalent [1] 91/11
preventative [1] 7/13
prevention [1] 78/2
previously [1] 9/2
prices [2] 37/21 37/23
primary [1] 103/23
principal [2] 12/7 87/18
prior [4] 40/18 78/3 84/13 85/3
priority [2] 30/2 37/1
privileged [1] 42/16
prize [1] 107/22
probable [1] 41/10
probably [4] 92/21 93/16 97/14 111/13
probative [2] 9/14 9/18
problem [26] 11/21 20/10 20/23 21/11 21/17 21/22 21/24 22/8 22/21 29/12 29/20 30/1 36/15 72/3 81/11 81/11 81/11 81/13 87/6 99/14 99/14 99/15 101/16 102/9 105/14 106/8
problems [11] 36/9 81/7 99/4 99/5 99/6 99/22 99/24 101/20 102/2 102/12 102/17
proceed [2] 7/21 43/16
proceeding [2] 4/22 10/11
proceedings [10] 1/15 5/3 7/25 8/23 9/22 10/24 10/25 11/3 11/16 115/9
process [1] 103/22
processing [2] 22/12 61/15
processor [2] 32/1 32/3
processors [1] 32/7
product [5] 64/15 64/15 66/15 104/20 105/12
products [21] 23/6 23/10 24/1 27/10 27/12 36/4 36/4 63/1 63/1 64/23 65/1 65/5 65/5 65/7 65/9 65/15 65/18 65/20 66/1 66/3 114/10
professional [1] 77/16
professionals [3] 59/15 59/17 59/21
professor [1] 31/5
profit [2] 37/14 38/2
profound [1] 6/21
profusion [1] 102/3
program [2] 88/21 111/9
progress [1] 17/24
project [1] 28/5
projects [1] 87/22
promote [2] 17/24 33/12
prompted [1] 60/17
proof [2] 13/1 40/25
propagates [1] 105/19
properly [1] 21/6
property [1] 50/15
propose [1] 81/14
proposed [2] 8/5 8/17
proposition [1] 56/2
protruding [1] 54/3
proud [12] 63/17 65/12 65/24 65/25 66/8 66/8 68/1 68/2 68/22 76/14 77/19 77/20
prove [7] 31/10 41/3 41/6 41/9 41/10 41/11 81/5
proved [1] 106/4
provide [11] 4/24 7/12 33/24 46/22 68/3 68/8 68/15 78/20 79/6 81/24 90/13
provided [4] 7/18 7/22 50/9 63/11
provider [1] 78/3
providing [1] 63/7
provisional [3] 61/15 62/1 62/3
psychological [2] 110/7 110/10
public [5] 6/20 8/14 32/22 33/10 34/6
public-interest [1] 6/20
publications [1] 40/14
publicly [1] 84/10
publicly-traded [1] 84/10
publish [7] 95/4 95/17 95/21 106/25 107/3 111/15 113/12
published [4] 9/11 26/19 61/18 83/14
pull [1] 10/19
pulsation [1] 92/20
pulse [96] 10/15 17/14 19/1 19/2 19/5 19/11 19/11 19/13 19/14 20/3 20/4 20/5 20/9 20/11 20/17 20/20 20/25 21/5 21/12 21/16 21/19 21/20 21/20 22/9 22/12 23/16 23/19 24/15 31/23 36/11 40/3 51/14 52/22 52/22 52/23 52/24 53/1 53/4 53/10 53/19 54/21 57/14 57/16 57/25 58/5 58/12 59/1 59/2 59/6 59/10 60/3 64/2 89/24 90/1 91/20 91/22 91/24 92/3 93/18 94/2 94/8 94/10 96/23 97/7 97/15 97/16 97/17 97/25 98/16 98/17 99/12 99/12 99/16 102/6 104/16 104/24 105/6 108/5 108/10 108/20 109/6 109/11 109/13 109/22 109/24 109/25 110/3 110/4 110/9 110/12 110/15 110/20 111/6 111/11 111/14 112/6
pumping [1] 96/20
pumps [3] 92/6 92/7 96/18
purchase [1] 37/22
pursuant [1] 115/6
put [30] 6/12 8/3 10/2 10/6 10/11 12/10 12/13 13/10 17/16 17/22 24/7 38/5 40/1 40/8 51/11 59/5 60/11 62/3 62/5 69/7 73/16 77/6 80/22 88/20 91/23 98/10 100/22 109/11 109/20 112/1
puts [1] 94/2
putting [2] 24/3 68/9
pyramid [1] 111/24

## Q

quality [5] 24/15 24/22 26/11 65/17 77/18
question [3] 15/19 42/8 84/16
questioning [1] 14/14
questions [4] 13/14 37/24 48/22 52/21
quick [1] 73/17
quickly [3] 26/8 71/10 74/4
quit [1] 90/16
quite [4] 24/19 60/2 74/23 111/14
quote [1] 103/22

## R

radical [2] 114/5 114/6
radio [2] 55/8 55/10
raise [6] 13/13 42/7 80/7 90/13 90/16 108/9
raised [3] 5/8 5/16 13/13
ran [1] 37/18
range [3] 38/25 55/10 85/23
rate [95] 7/10 8/10 17/14 18/18 19/5 19/11 19/13 20/3 21/20 21/20 24/10 26/8 27/19 28/21 29/4 29/5 29/6 29/7 29/16 29/18 29/24 29/24 30/12 30/12 30/13 30/21 30/23 30/25 31/23 33/6 33/8 33/12 33/14 33/17 34/2 34/6 36/23 37/15 38/3 38/9 41/22 44/19 45/11 45/14 46/4 46/4 46/25 47/2 47/4 51/15 53/17 54/21 60/20 61/5 61/9 61/10 64/14 68/11 68/12 73/19 73/24 76/8 78/9 78/10 78/19 79/1 79/16 80/20 81/22 82/11 91/25 94/2 94/6 94/10 96/23 97/15 97/16 97/17 98/18 99/13 108/10 109/7 109/15 109/22 109/24 109/25 110/3 110/4 110/9 110/12 110/15 110/20 111/6 111/11 112/6
rates [1] 29/23
ratio [1] 93/22
raw [1] 112/17
RE [4] 2/3 4/10 13/15 42/19
reach [2] 49/12 82/17
reached [1] 112/25
read [10] 28/9 49/11 49/13 57/10 57/11 59/18 73/20 80/14 82/19 90/6
reading [10] 20/21 21/2 25/10 25/13 36/9 68/8 77/7 97/6 100/4 101/3
readings [3] 20/16 20/19 100/1
ready [2] 15/6 16/15
real [6] 2/16 50/15 53/7 72/11 72/12 73/16
real-world [1] 72/11
reality [3] 97/12 97/22 108/14
realize [3] 20/24 25/1 37/10
realized [6] 22/5 25/17 25/21 26/3 26/6 54/23
realizing [1] 27/24
really [28] 20/7 21/19 23/20 25/2 25/4 25/21 31/9 35/18 41/24 42/8 42/8 48/20 57/11 77/19 77/20 89/21 89/23 97/19 98/4 106/4 107/12 108/3 108/10 108/11 109/9 109/17 110/7 111/6
reason [10] 6/19 10/10 23/20 26/22 59/12 63/18 80/12 99/23 100/14 112/16
reasonable [10] 18/1 18/9 34/17 34/19 34/21 34/23 34/24 35/10 41/1 42/3
reasons [1] 110/2
Rebbecca [1] 37/17
recall [3] 17/2 93/4 94/21
receive [3] 67/14 78/9 112/5
received [15] 3/9 3/16 6/8 54/20 55/18 74/21 85/19 103/13 103/14 107/1 107/4 110/25 111/1 113/16 113/17
receives [1] 74/18
recently [1] 105/21
recess [10] 16/11 16/13 43/9 43/10 83/3 83/4 114/16 114/19 114/21 114/23
recite [1] 51/17
recited [3] 32/15 45/3 50/21
recites [1] 32/16
recognize [5] 102/22 106/16 107/21 110/19 113/7
recognized [1] 28/1
record [3] 4/7 43/5 86/16
recovering [1] 102/10
RECROSS [2] 3/7 3/13
red [16] 57/23 73/21 73/23 91/24 92/15 92/16 94/18 94/18 96/12 96/13 96/23 96/25 112/18

**R**

**red... [3]** 113/10 114/3 114/6
**redacted [3]** 7/24 7/25 84/12
**redaction [1]** 8/5
**redactions [1]** 84/7
**REDIRECT [2]** 3/7 3/13
**reduce [9]** 7/14 22/25 23/3 23/5 23/21 23/25 26/17 40/4 56/16
**reducing [2]** 56/15 58/16
**Reed [1]** 37/17
**Reed-Arthurs [1]** 37/17
**refer [5]** 8/1 18/25 33/8 44/12 85/22
**reference [7]** 6/24 11/2 11/7 11/24 49/22 49/23 59/9
**referenced [1]** 75/17
**references [7]** 7/24 12/3 48/5 69/25 70/2 70/4 73/21
**referencing [1]** 7/2
**referred [1]** 10/23
**referring [4]** 22/18 28/15 51/3 79/19
**refers [6]** 27/18 28/4 33/15 33/18 51/8 71/25
**refine [1]** 108/9
**reflect [1]** 46/19
**reflectance [5]** 71/17 72/21 74/19 74/23 75/4
**reflecting [1]** 93/1
**reflective [2]** 19/22 19/25
**reflects [3]** 19/23 20/2 74/12
**refreshed [1]** 92/7
**refused [1]** 18/8
**refuses [1]** 42/2
**regard [5]** 13/6 13/22 14/25 84/15 84/20
**regarding [2]** 13/6 14/19
**regular [2]** 108/16 109/11
**regulations [1]** 115/11
**reintroduce [1]** 42/18
**relate [1]** 48/21
**related [2]** 11/18 78/3
**relates [1]** 14/4
**relationship [1]** 13/20
**relatively [1]** 71/10
**relaxes [1]** 96/20
**release [2]** 64/12 64/13
**released [7]** 60/19 60/21 61/1 61/2 63/16 64/11 71/6
**relevance [6]** 14/2 84/2 84/19 85/4 85/5 85/13
**relevant [8]** 5/3 5/13 9/18 10/10 11/1 70/10 74/1 84/23
**reliability [2]** 84/11 98/25
**reliable [27]** 21/12 21/17 22/9 35/19 35/21 36/20 46/22 46/23 47/14 47/24 47/25 68/3 68/5 68/15 68/19 69/18 75/9 75/13 75/14 75/20 76/1 77/11 77/13 77/22 78/20 81/25 111/12
**relied [1]** 9/22
**rely [1]** 40/19
**relying [1]** 9/6
**remain [2]** 57/17 66/20
**remaining [2]** 54/6 58/3
**remains [2]** 65/19 67/4
**remember [8]** 36/11 36/25 40/2 43/1 83/1 91/7 104/21 114/16
**remotely [1]** 70/13
**remove [1]** 7/24
**render [1]** 13/18
**rendition [1]** 15/21
**renowned [1]** 109/17
**repeat [2]** 94/17 98/3
**repeatedly [1]** 45/3
**repeating [1]** 96/21
**repetition [1]** 96/17
**reply [1]** 12/17
**report [9]** 45/15 59/17 59/20 75/12 79/4 79/5 83/13 84/10 103/17
**reported [7]** 29/23 29/25 68/5 69/18 78/25 114/24 115/8
**REPORTER [1]** 115/16
**REPORTER'S [1]** 1/15
**reports [1]** 108/20
**representative [6]** 4/11 4/16 27/8 42/21 44/2 89/16
**request [2]** 6/16 24/5
**requested [2]** 4/21 89/13
**requirement [2]** 9/2 44/22
**requirements [2]** 51/18 56/20
**requires [2]** 17/25 18/8
**research [2]** 8/15 34/7
**researching [1]** 87/23
**reside [1]** 87/11
**resided [1]** 87/13
**resolving [1]** 83/8
**resources [1]** 72/7
**respect [3]** 13/12 15/3 28/14
**respond [1]** 8/19
**response [2]** 5/9 6/16
**responsible [1]** 87/21
**responsive [1]** 51/15
**rest [5]** 32/5 32/6 47/5 79/8 93/20
**restricted [1]** 58/7
**result [3]** 89/19 99/10 108/18
**resulted [1]** 75/5
**retina [2]** 100/20 100/25
**retinopathy [3]** 100/20 101/7 101/11
**retrospective [1]** 83/14
**review [3]** 4/25 15/6 82/14
**revive [1]** 105/7
**revolutionary [1]** 17/11
**revolutionized [2]** 19/1 40/3
**rhythm [2]** 8/9 76/18
**ridiculous [1]** 108/14
**right [52]** 10/6 12/19 14/20 16/5 17/9 17/22 19/16 19/25 20/23 22/4 22/20 34/20 35/23 40/4 41/3 45/25 49/20 52/21 53/1 53/3 61/4 65/22 66/1 67/10 67/16 73/6 75/11 77/5 78/7 81/14 81/16 85/16 85/17 85/24 86/3 93/16 93/21 97/11 98/11 100/10 102/11 105/6 106/2 107/7 107/13 107/16 112/13 112/17 113/6 113/21 114/7 114/8
**right-hand [1]** 77/5
**rights [2]** 26/22 26/24
**rises [1]** 78/11
**risk [2]** 6/22 84/3
**road [1]** 11/22
**roadmap [1]** 17/3
**roads [1]** 89/5
**roam [2]** 23/7 23/9
**rolled [1]** 63/16
**Ron [1]** 113/23
**room [6]** 7/20 20/7 23/9 102/8 107/15 113/3
**root [1]** 114/6
**ROP [1]** 100/20
**rose [1]** 24/11
**royalty [27]** 18/2 18/2 18/9 18/20 32/18 34/16 34/17 34/19 34/22 34/23 34/24 35/2 35/10 35/14 38/6 38/8 38/18 38/23 38/24 38/25 39/16 41/2 41/14 41/15 41/17 41/22 42/3
**RPR [1]** 1/19
**rule [2]** 5/11 9/13
**Rule 703 [1]** 9/13
**ruled [7]** 4/25 5/12 8/22 9/19 10/19 11/6 14/14
**rules [1]** 11/22
**ruling [5]** 5/1 10/20 10/22 13/11 85/23
**rulings [1]** 14/17
**Rumbaugh [1]** 113/23
**run [1]** 114/2
**running [2]** 49/10 113/2

**S**

**SACV [2]** 1/11 4/4
**SACV-20-00048-JVS [2]** 1/11 4/4
**safe [1]** 66/21
**said [30]** 22/24 24/6 34/17 40/6 40/8 41/7 41/25 52/23 60/21 61/3 72/11 81/13 89/15 89/21 90/2 90/5 90/8 90/15 90/15 90/17 90/19 90/21 90/22 90/24 91/7 91/15 99/5 101/23 110/11 112/12
**sake [1]** 98/2
**same [8]** 19/24 37/9 39/4 76/16 91/8 91/8 94/13 98/9
**sample [1]** 89/13
**samples [2]** 97/9 97/18
**Santa [3]** 1/16 1/20 4/1
**SARAH [3]** 2/11 4/14 43/25
**sat [1]** 35/2
**satisfied [1]** 79/25
**saturation [11]** 91/25 96/24 98/18 98/19 99/13 99/19 100/12 100/17 108/8 109/10 109/23
**save [5]** 24/2 25/20 36/8 56/8 56/10
**saved [3]** 22/7 69/4 69/14
**saving [3]** 17/12 18/5 41/20
**saw [11]** 17/17 24/17 27/20 31/8 34/14 37/5 50/8 92/22 105/25 109/8 112/17
**say [40]** 8/7 8/12 8/22 10/7 10/9 10/9 11/23 13/12 20/21 21/2 25/15 32/10 32/13 33/13 33/14 39/3 39/3 39/8 39/17 39/19 39/25 40/7 41/14 41/15 53/2 56/2 56/20 58/5 66/9 69/12 72/22 82/8 93/25 94/5 94/15 98/2 100/5 110/10 112/21 114/3
**saying [14]** 23/3 34/13 40/4 42/6 51/2 52/1 52/5 57/14 69/4 75/19 76/6 76/7 76/9 76/22
**says [19]** 6/19 7/7 8/6 29/13 29/22 29/22 33/4 34/20 41/16 51/5 51/13 56/14 59/1 64/1 76/11 78/7 98/8 103/22 112/3
**scale [1]** 7/14
**scary [1]** 109/9
**scenarios [1]** 72/15
**schedule [2]** 15/9 15/10
**science [2]** 17/24 31/4
**scientist [3]** 87/19 87/20 87/21
**scope [1]** 31/9
**scratch [1]** 88/18
**screen [7]** 22/16 51/11 59/6 60/11 62/5 95/25 103/18
**scroll [1]** 73/19
**Scruggs [5]** 4/11 27/7 27/7 27/8 42/21
**scrutiny [1]** 81/10
**second [10]** 6/23 10/23 25/3 30/10 30/20 30/20 30/24 94/19 94/19 102/20
**seconds [9]** 68/9 77/6 77/7 77/11 94/3 94/3 94/5 97/24 98/1
**seconds' [1]** 97/15
**section [5]** 57/6 103/16 103/19 104/19 115/6
**sectors [1]** 104/15
**sedated [1]** 102/7
**sedentary [1]** 45/20
**see [99]** 6/16 6/23 14/2 14/8 19/8 19/13 19/16 22/16 22/20 23/2 23/15 23/18 24/12 25/11 27/24 28/6 28/11 29/11 29/22 30/1 30/11 30/13 31/17 31/19 31/19 31/21 32/2 32/22 34/4 34/15 37/8 40/10 40/18 42/6 45/1 45/11 49/11 49/18 50/1 50/7 50/17 51/2 52/19 52/21 53/24 54/2 56/6 56/7 56/9 57/23 60/5 64/1 64/4 64/7 64/21 65/22 66/1 66/13 67/17 67/22 67/24 73/13 73/13 73/20 74/6 74/8 74/12 75/22 76/5 76/7 76/9 77/2 77/4 88/18 89/4 92/9 92/15 92/16 92/17 92/18 92/22 96/5 96/17 96/19 97/11 99/10 103/2 104/2 104/9 105/3 105/11 107/13 108/2 111/21 111/21 111/24 111/25 112/19 113/22
**seek [2]** 13/16 70/20
**seeking [1]** 8/7
**seen [3]** 17/20 53/25 91/22
**sees [1]** 30/17
**SEFFENS [3]** 1/19 115/15 115/16
**selected [1]** 98/1
**selection [2]** 48/17 80/7
**sell [2]** 22/15 22/19
**selling [1]** 44/18
**SELNA [4]** 1/8 28/9 41/7 42/10
**SELWYN [6]** 2/14 4/15 43/25 83/5 83/7 85/1
**Semiconductor [1]** 89/14
**senator [1]** 83/20
**senators [1]** 85/11
**send [3]** 30/22 67/14 109/21
**sense [4]** 62/19 92/13 92/13 111/3
**sensitive [1]** 67/8
**sensor [25]** 8/11 19/3 19/4 19/7 19/15 19/17

S


**sensor... [19]** 19/17 19/18 19/21 19/22 22/21 28/14 28/14 53/22 57/22 57/22 74/14 74/17 74/19 75/4 91/23 96/11 98/10 109/1 109/3
**sensors [12]** 19/15 19/25 24/16 28/15 53/22 53/23 54/1 73/14 73/17 74/14 74/15 74/23
**sent [3]** 54/19 55/17 72/1
**sentence [5]** 10/23 58/16 59/1 59/5 104/4
**sentences [1]** 8/5
**separate [5]** 10/11 10/12 12/1 12/2 105/25
**separating [1]** 55/7
**series [4]** 67/4 67/6 71/4 83/17
**serious [2]** 30/2 37/1
**seriously [2]** 80/19 81/4
**service [3]** 42/4 42/9 43/21
**set [10]** 15/20 43/7 48/20 63/5 63/14 63/24 81/9 99/22 106/12 106/13
**setting [5]** 53/5 58/12 62/20 62/25 63/2
**settings [2]** 62/21 77/10
**seven [1]** 64/12
**several [5]** 5/20 6/19 8/8 66/11 87/18
**several-year [1]** 66/11
**shaking [1]** 98/11
**shapes [2]** 57/20 71/21
**share [5]** 16/1 26/22 26/24 34/3 47/24
**shared [1]** 6/1
**SHARON [3]** 1/19 115/15 115/16
**sharp [1]** 78/19
**she [11]** 7/7 37/18 37/18 37/18 37/20 37/20 37/22 38/1 41/16 91/14 91/15
**SHEILA [3]** 2/4 4/10 42/20
**shift [1]** 114/9
**shine [11]** 19/8 54/4 54/12 55/21 55/25 56/1 56/3 73/22 92/14 92/18 93/22
**shined [1]** 54/25
**shines [5]** 19/22 20/1 74/6 74/7 74/17
**shining [5]** 54/24 56/21 72/16 74/20 92/1
**shiver [1]** 20/15
**shivery [1]** 25/13
**shock [1]** 99/8
**short [5]** 38/19 38/21 42/24 82/25 94/20
**shortened [1]** 93/2
**shortly [1]** 64/10
**should [21]** 10/8 15/16 18/21 34/16 34/21 35/10 35/15 38/6 38/22 39/18 40/9 40/20 41/17 41/20 65/15 76/20 76/25 77/15 102/20 103/4 110/18
**shouldn't [4]** 32/18 32/19 34/14 76/25
**show [23]** 15/23 17/15 18/6 19/5 29/9 30/2 30/5 31/11 31/12 31/16 36/25 41/13 41/25 57/19 57/21 73/7 73/11 74/4 74/8 81/8 82/8 82/9 94/23
**showed [7]** 10/5 53/21 64/9 73/10 76/5 78/8 89/15
**showing [4]** 19/14 73/9 98/8 107/24
**shown [8]** 64/16 96/4 97/10 104/11 107/8 107/19 111/18 113/19
**shows [4]** 51/19 73/15 73/17 111/9
**shuts [1]** 99/9
**sick [1]** 91/14
**SID [2]** 102/15 105/4
**side [8]** 9/16 19/24 22/16 43/24 52/18 54/3 74/16 77/5
**sides [1]** 75/14
**sign [1]** 22/10
**signal [23]** 24/14 24/18 24/22 25/22 26/4 26/11 26/12 30/14 30/15 35/19 35/21 36/13 36/20 55/7 55/12 98/14 99/10 99/25 105/22 105/23 106/1 106/12 107/25
**signals [6]** 51/15 72/1 91/6 103/2 103/22 107/24
**signature [3]** 6/17 7/4 64/3
**signed [1]** 6/17
**significant [4]** 52/9 53/12 71/4 74/23
**Signs [3]** 23/14 91/3 91/6
**silence [1]** 99/18
**similar [3]** 47/7 53/20 94/7
**simple [4]** 45/17 55/7 62/9 74/5
**simply [3]** 13/8 17/3 85/2
**simulations [1]** 114/2
**since [8]** 62/22 63/7 63/20 63/21 64/25 65/6 71/6 87/24
**singer [1]** 21/7
**single [4]** 31/11 48/9 70/5 78/23
**sir [2]** 12/25 86/15
**sitting [3]** 96/7 96/11 108/19
**situation [2]** 61/20 99/7
**situations [1]** 108/15
**six [2]** 90/22 90/23
**size [1]** 96/23
**sizes [2]** 57/20 71/21
**skin [1]** 72/18
**sleek [3]** 36/3 36/18 36/20
**sleep [9]** 24/3 24/7 24/9 40/8 58/19 58/22 58/25 59/3 105/5
**sleeping [1]** 105/4
**slide [2]** 19/8 19/16
**slides [4]** 16/19 16/21 64/8 78/8
**slightly [3]** 92/11 92/12 98/11
**slogans [1]** 106/13
**slowed [2]** 25/11 30/10
**small [13]** 47/10 66/24 66/25 67/6 67/22 92/12 98/13 99/11 106/1 108/17 108/17 109/1 109/2
**smaller [1]** 99/11
**smile [1]** 108/2
**smiling [1]** 107/14
**so [191]**
**so-called [1]** 61/15
**software [2]** 65/23 113/24
**sold [6]** 38/9 38/10 38/21 38/23 38/25 41/18
**solids [2]** 89/2 89/2
**solution [4]** 22/5 22/12 40/6 106/7
**solutions [1]** 75/8
**solve [9]** 21/11 21/17 21/21 21/23 36/15 99/23 99/24 102/2 102/12
**solved [2]** 101/20 101/24
**solving [2]** 102/17 105/14
**some [72]** 4/20 5/15 9/10 13/25 16/19 28/12 29/11 31/19 31/25 38/14 45/13 48/2 49/17 49/18 51/12 52/1 52/20 53/3 53/7 54/18 55/2 55/5 57/9 58/14 58/21 59/17 59/18 60/12 63/1 63/1 63/10 63/11 63/16 63/19 65/6 65/8 65/12 65/13 65/14 65/20 65/22 66/1 66/15 66/22 66/23 67/21 67/25 69/14 71/2 71/9 71/19 71/21 73/5 73/14 75/19 76/13 77/17 79/2 79/4 79/6 84/7 90/2 90/3 90/13 92/21 93/15 98/3 104/4 104/21 107/21 111/22 114/10
**somebody [11]** 20/19 26/2 29/6 29/22 30/22 35/22 39/21 39/22 50/16 87/21 110/2
**somebody's [5]** 17/14 24/10 26/7 26/8 29/24
**someone [5]** 69/13 70/11 100/3 100/3 102/7
**something [20]** 11/25 13/13 14/1 22/24 24/23 24/24 26/7 29/5 35/4 52/10 58/2 63/4 72/23 80/9 80/11 83/24 94/7 104/25 110/5 112/23
**sometimes [13]** 19/17 19/21 25/3 44/12 47/1 47/2 50/14 53/22 53/23 54/8 55/6 55/8 55/15
**song [3]** 55/9 55/12 55/12
**Sony [1]** 107/21
**sorry [4]** 57/7 94/4 95/9 96/9
**sort [4]** 13/25 51/7 63/25 88/15
**source [2]** 32/3 32/7
**sources [1]** 31/25
**SOUTHERN [1]** 1/6
**speak [1]** 51/25
**specific [3]** 6/10 28/11 46/19
**specifically [4]** 5/16 47/19 56/16 79/15
**spell [1]** 48/2
**spelling [1]** 86/16
**spending [1]** 66/12
**spike [1]** 78/19
**spinoff [1]** 88/4
**splitting [1]** 33/2
**spoke [2]** 35/18 39/5
**sport [1]** 104/20
**sports [2]** 102/16 105/12
**SPRANKLING [1]** 2/15
**spread [1]** 17/24
**square [1]** 114/5
**stack [1]** 51/7
**stage [1]** 58/13
**stand [11]** 11/9 11/12 11/14 11/18 15/21 21/13 23/23 68/25 71/12 80/23 85/21
**stand-alone [3]** 11/9 11/12 11/18
**standard [6]** 16/6 40/23 40/23 41/4 41/5 109/13
**start [13]** 9/24 10/1 45/1 49/18 49/20 50/1 55/10 90/24 96/4 100/11 100/13 108/24 109/5
**started [10]** 20/9 25/6 25/15 28/10 49/15 90/9 98/24 101/18 105/20 108/7
**starting [3]** 49/5 51/10 51/19
**starts [4]** 51/2 52/5 57/13 102/11
**startup [1]** 90/12
**state [8]** 2/12 4/6 80/13 84/23 86/15 88/14 88/25 113/25
**statement [16]** 3/5 3/5 5/21 6/5 7/2 10/8 15/20 15/21 16/4 17/2 28/9 48/4 69/25 78/8 92/22 101/12
**statements [21]** 4/21 5/2 5/9 5/13 5/18 5/19 8/22 9/7 9/22 10/3 10/25 11/2 11/24 17/2 32/23 66/6 69/5 69/7 75/16 83/23 85/10
**STATES [8]** 1/4 1/19 8/8 38/22 42/13 87/8 115/7 115/11
**static [3]** 55/10 55/11 55/12
**stationary [6]** 45/13 45/16 45/20 47/1 78/15 81/23
**statute [1]** 34/20
**stay [1]** 20/16
**stays [1]** 100/18
**steal [1]** 39/9
**stenographically [1]** 115/8
**step [1]** 30/24
**Stephen [3]** 4/11 27/6 42/21
**Stevie [4]** 21/7 21/8 101/13 101/13
**Stibnite [2]** 33/5 33/5
**still [8]** 15/11 20/8 20/16 78/17 85/22 96/7 96/11 108/19
**stole [3]** 39/11 39/15 70/13
**stop [2]** 22/11 99/17
**stopped [1]** 113/4
**stopper [2]** 30/2 36/25
**stops [1]** 96/20
**story [2]** 69/13 103/5
**street [4]** 1/20 2/5 2/12 46/1
**streets [1]** 111/22
**string [1]** 10/6
**strong [1]** 108/16
**study [2]** 48/15 49/11
**stuff [2]** 88/23 92/21
**styled [1]** 12/14
**subject [8]** 14/4 88/15 91/25 96/6 96/10 99/19 100/5 106/3
**subjective [2]** 13/8 14/5
**subjects [1]** 112/25
**submission [1]** 62/6
**submissions [1]** 6/20
**submitted [5]** 4/22 7/1 14/22 15/4 43/3
**substitute [1]** 77/15
**successful [2]** 64/14 83/8
**such [7]** 12/23 13/1 30/1 58/18 59/11 60/4 77/18
**Sudden [2]** 102/15 105/4
**suddenly [6]** 24/10 24/11 24/11 26/9 100/10 100/12
**suffered [1]** 101/10
**sufficient [4]** 10/2 12/9 13/4 75/13
**suggested [1]** 51/24
**suit [1]** 40/10
**Suite [4]** 1/20 2/8 2/16 2/22
**Sumbul [1]** 6/25
**Summary [3]** 57/7 57/8 57/13
**supply [1]** 100/3
**support [3]** 6/5 9/7 11/3
**sure [9]** 15/24 84/11 84/20 89/6 97/7 107/20 108/7 112/24 114/14
**surface [1]** 108/11
**surreptitiously [1]** 70/12

**S**
**survey [6]** 37/16 37/18 37/19 37/21 70/1 70/4
**surveyed [1]** 70/3
**surveys [1]** 48/6
**SWAROOP [9]** 2/4 4/10 4/18 10/5 10/21 10/22 42/20 84/5 86/5
**swimming [1]** 72/13
**switch [2]** 26/1 26/3
**sworn [4]** 7/1 34/4 34/4 86/9
**symbol [1]** 114/7
**symmetry [1]** 61/25
**Synchronization [1]** 97/4
**syndrome [3]** 99/16 102/15 105/5
**Syria [2]** 87/3 87/7
**system [10]** 17/19 17/20 17/22 17/23 26/21 42/12 42/13 71/17 72/21 109/5

**T**
**tab [7]** 49/9 57/12 95/7 95/9 95/10 102/20 110/18
**Tab 1 [2]** 49/9 57/12
**take [28]** 11/14 15/16 26/9 32/24 35/5 42/24 42/25 57/5 68/8 68/11 68/24 72/20 73/3 74/5 75/1 78/12 80/18 82/25 85/21 93/9 93/22 93/24 97/9 97/25 100/21 110/14 114/12 114/18
**taken [1]** 38/14
**takes [1]** 93/12
**taking [5]** 22/22 61/20 81/3 92/2 111/20
**Takuo [1]** 54/12
**talk [11]** 18/20 18/22 18/24 27/14 28/3 32/5 32/6 34/16 76/20 76/25 97/16
**talked [5]** 33/7 98/9 101/16 105/15 114/8
**talking [11]** 28/8 28/20 29/12 34/5 49/1 51/20 52/2 62/2 71/19 99/3 101/7
**talks [2]** 31/24 58/2
**target [1]** 108/10
**targeting [1]** 79/15
**tasked [2]** 23/25 91/13
**taxing [1]** 111/14
**team [2]** 42/18 108/9
**Teardown [1]** 12/15
**Tech [1]** 31/5
**Technical [1]** 87/19
**technicality [1]** 52/1
**technique [1]** 105/20
**techniques [2]** 59/1 105/18
**technologies [2]** 28/20 66/1
**technology [28]** 17/12 17/13 18/5 19/1 22/6 22/17 28/22 28/25 29/9 30/7 34/10 34/12 41/20 44/21 46/15 53/13 53/14 63/5 63/5 63/7 63/14 63/17 63/25 79/9 88/8 105/9 106/11 106/12
**tell [15]** 16/3 18/11 18/13 26/9 38/11 71/12 80/16 87/1 88/10 88/15 89/10 90/3 96/22 96/24 107/19
**telling [1]** 103/4
**tells [1]** 93/22
**temperatures [1]** 72/19
**ten [19]** 42/25 43/3 45/13 45/16 45/21 47/2 47/3 48/7 48/10 48/15 70/1 78/12 78/18 79/7 81/23 83/1 97/14 98/1 98/2
**ten minutes [6]** 43/3 45/13 45/16 45/21 47/2 47/3
**ten years [3]** 48/7 48/10 48/15
**ten-minute [2]** 42/25 83/1
**tens [2]** 17/16 66/12
**term [3]** 18/25 34/25 61/16
**terms [14]** 9/10 9/20 9/25 10/18 43/24 46/22 53/16 61/9 69/7 69/8 76/15 80/20 81/15 84/23
**test [3]** 9/13 89/3 114/2
**tested [3]** 89/6 89/8 110/11
**testified [1]** 33/25
**testify [2]** 44/3 113/22
**testifying [1]** 14/3
**testimonials [5]** 83/17 84/17 84/21 84/22 85/8
**testimony [13]** 11/7 11/10 11/10 11/15 11/17 13/19 32/23 33/20 33/23 34/4 34/5 55/5 81/2
**tests [1]** 89/7
**tethered [1]** 23/8
**text [4]** 49/19 50/7 62/13 67/16
**than [6]** 27/23 34/21 74/14 79/9 85/3 107/14
**thank [21]** 12/12 13/5 14/13 15/15 17/6 42/4 42/9 42/14 42/22 42/23 43/21 80/5 82/21 82/24 85/17 86/13 87/5 103/7 107/5 107/11 114/22
**thanks [2]** 42/14 75/19
**that [535]**
**that's [74]** 7/23 10/17 11/21 22/21 23/2 23/20 26/24 28/10 28/20 28/21 29/13 31/21 38/22 39/9 40/18 41/9 46/7 47/12 48/16 49/23 51/21 51/22 52/4 56/2 59/8 60/1 61/15 62/15 65/2 65/10 65/14 66/23 67/13 68/5 69/11 69/18 69/19 70/1 70/4 70/6 70/10 70/17 75/15 75/17 76/13 76/24 78/5 79/11 79/16 79/25 81/4 81/4 85/21 87/12 88/21 90/9 90/24 91/9 92/6 92/16 92/21 93/15 94/18 95/22 96/14 97/20 97/22 98/6 101/1 102/8 103/18 110/4 113/11 114/4
**their [48]** 8/24 9/7 12/23 13/19 13/22 13/24 14/7 17/1 18/2 21/4 22/12 22/15 23/6 23/7 26/22 29/2 29/7 30/25 33/25 34/3 34/12 36/4 42/7 47/2 53/6 61/6 61/6 62/22 62/24 63/2 63/10 63/21 69/11 69/12 71/14 75/19 78/19 80/13 80/15 92/1 93/22 98/25 100/24 102/17 109/1 109/5 109/10 110/5
**them [42]** 6/3 8/24 8/25 21/4 22/17 22/19 28/12 36/2 37/20 47/23 56/9 56/10 61/21 65/21 65/21 66/22 67/19 71/11 71/11 73/6 81/10 82/6 82/8 89/22 89/23 92/18 94/4 96/17 97/3 97/6 97/13 98/3 100/19 100/23 100/23 104/17 104/22 105/6 105/7 105/13 110/11 112/14
**them in [1]** 28/12
**themselves [1]** 67/19
**then [29]** 6/22 6/23 8/2 8/7 16/11 18/13 19/9 30/22 31/24 51/8 54/5 54/9 58/14 63/7 68/20 68/20 74/11 74/13 74/20 94/17 96/16 96/16 97/6 98/17 99/20 104/17 109/10 111/25 113/12
**there [87]** 5/18 5/21 6/11 6/22 6/24 9/2 9/20 10/16 13/13 19/9 19/15 20/10 20/17 22/11 25/23 26/11 29/19 39/7 40/11 45/1 46/12 46/14 46/16 47/7 47/22 48/5 48/9 48/14 49/19 49/20 53/24 54/22 55/2 57/20 58/24 59/20 61/25 62/11 66/4 66/5 69/23 70/22 70/23 76/23 78/17 80/9 80/11 81/5 81/11 81/12 81/16 84/7 84/11 87/24 88/19 91/5 91/12 93/21 95/4 96/19 97/10 97/12 99/2 99/4 99/10 100/2 101/9 102/11 104/9 104/14 104/23 105/7 105/11 105/17 105/18 106/3 107/23 108/5 109/23 109/24 111/8 111/17 112/3 112/4 112/4 114/3 114/7
**there's [23]** 61/3 61/13 67/9 67/12 67/14 67/15 67/17 68/7 68/11 68/14 69/16 70/9 70/11 70/12 70/13 73/20 80/8 81/6 81/11 89/6 95/2 109/6 112/2
**thereabouts [1]** 64/11
**these [68]** 6/1 6/5 8/13 8/22 9/6 9/22 11/3 19/25 20/9 22/15 22/19 23/10 26/13 28/15 32/6 36/6 40/13 45/3 45/22 46/2 46/11 49/1 50/18 51/10 52/3 52/8 52/12 53/22 53/25 54/1 56/20 57/20 58/8 58/10 62/19 63/11 65/5 65/20 67/8 68/25 69/14 71/10 72/7 72/19 73/17 75/5 75/8 79/22 80/1 82/7 83/23 84/17 85/8 89/4 89/7 93/20 94/11 96/16 96/22 97/2 99/4 99/6 104/22 105/9 105/22 107/23 108/12 114/1
**they [160]**
**They'll [1]** 85/12
**they're [17]** 23/3 25/1 25/2 25/3 79/15 81/24 84/22 85/9 93/14 97/8 100/13 102/8 102/10 102/10 105/23 106/3 107/24
**they've [1]** 76/14
**thin [3]** 36/3 36/18 36/20
**thing [15]** 21/21 24/7 40/22 41/4 48/11 53/3 69/11 78/24 79/21 79/21 79/22 97/3 98/15 105/16 110/6
**things [20]** 9/11 21/18 24/2 24/14 26/11 26/12 26/14 30/14 34/2 35/16 35/18 36/6 39/25 40/1 48/1 61/19 69/6 94/10 94/11 97/5
**think [32]** 9/17 9/20 12/10 14/6 14/21 15/2 24/8 34/12 39/2 39/4 48/24 49/12 55/24 57/22 62/23 63/15 63/18 64/10 69/12 76/22 77/4 78/7 85/6 89/20 89/23 90/4 90/8 91/6 91/9 92/5 96/25 109/18
**thinking [2]** 83/23 114/6
**third [3]** 83/18 83/23 85/8
**third-party [3]** 83/18 83/23 85/8
**thirds [1]** 57/8
**this [293]**
**this radical [1]** 114/5
**THOMAS [1]** 2/15
**those [59]** 10/3 10/8 14/16 15/5 15/11 15/12 22/20 23/3 24/16 31/19 31/20 31/20 32/25 37/23 37/25 40/1 45/8 45/15 45/18 45/18 46/3 47/3 47/5 49/21 49/23 50/2 51/1 58/21 64/25 65/12 67/5 68/2 69/21 73/21 74/24 75/10 77/17 79/17 81/8 81/19 85/14 85/22 93/21 93/21 94/1 97/18 99/13 99/22 99/24 101/20 101/22 102/2 102/12 102/17 105/12 105/24 108/25 113/2 113/4
**though [2]** 9/6 81/8
**thought [10]** 24/18 24/20 30/1 80/8 99/23 101/19 102/2 102/12 104/13 108/23
**thoughts [2]** 6/1 13/8
**thousands [4]** 22/7 22/7 66/12 66/12
**three [14]** 25/18 25/19 25/22 25/25 35/17 36/19 44/12 44/13 60/19 73/2 73/22 87/10 104/15 110/16
**three percent [4]** 25/18 25/19 25/22 25/25
**three-dimensional [1]** 73/2
**threshold [4]** 29/14 33/18 45/11 45/12
**thresholds [1]** 45/15
**through [40]** 14/7 19/10 19/19 31/6 31/12 31/14 31/16 32/4 32/8 32/24 54/4 54/5 54/6 54/13 54/14 54/18 54/19 54/24 55/1 55/18 55/22 59/18 61/12 61/21 64/2 68/23 71/10 71/10 73/3 74/16 75/7 78/13 81/1 81/2 83/17 84/22 92/1 105/17 105/19 108/5
**throughout [5]** 27/7 27/11 35/20 78/22 78/24
**throwing [1]** 20/16
**thumb [1]** 94/3
**tick [1]** 88/19
**time [71]** 12/17 17/1 25/4 25/5 25/7 25/9 25/9 25/16 25/16 25/19 25/20 25/22 27/10 30/23 31/15 36/8 36/11 36/12 37/9 38/13 38/14 38/16 38/19 38/20 38/21 39/5 42/15 43/5 43/14 43/21 43/23 44/8 46/2 46/15 48/10 54/23 55/23 63/6 74/25 76/16 76/23 82/21 90/11 91/1 91/4 91/10 94/13 94/15 94/17 97/21 98/19 98/24 99/5 99/6 99/17 100/22 101/18 101/23 103/3 103/10 104/5 105/21 106/6 106/22 107/14 107/22 108/1 109/13 110/22 113/13 113/21
**timeline [4]** 60/8 62/5 62/16 64/17
**times [11]** 25/2 25/24 30/10 30/20 30/20 51/24 78/17 94/19 94/19 97/1 99/11
**timing [1]** 108/18
**tiny [4]** 50/1 71/22 71/22 72/2
**tired [1]** 91/14
**tissue [12]** 19/9 19/19 51/16 54/5 54/13 54/18 54/24 55/1 55/18 93/20 105/17 105/19
**title [2]** 53/19 115/7
**titrating [2]** 101/4 101/5
**today [13]** 4/14 14/15 18/11 31/3 35/12 37/17 52/21 63/21 65/19 66/20 67/4 88/18 107/14
**toes [1]** 109/2
**together [7]** 35/4 35/18 36/6 38/6 40/1 62/6 88/20
**told [5]** 70/11 89/20 90/12 96/25 101/21
**tolerance [1]** 72/8
**tone [1]** 72/18
**tons [1]** 20/17
**too [9]** 20/24 21/4 21/9 35/24 36/19 65/14 76/14 101/3 101/4
**took [6]** 22/13 25/14 27/3 38/5 70/9 108/21

## T


**tool [1]** 66/21
**top [20]** 19/18 31/18 49/18 49/20 49/24 50/4 51/8 52/19 53/24 54/2 54/7 67/10 67/16 74/17 92/18 96/5 96/12 111/22 112/3 114/3
**total [2]** 38/8 41/17
**touch [1]** 67/8
**towards [3]** 67/12 74/7 74/20
**toxic [1]** 20/24
**traces [1]** 61/12
**track [1]** 68/12
**traded [1]** 84/10
**transcript [4]** 1/9 1/15 115/8 115/10
**transmission [3]** 19/18 53/22 74/15
**transmissive [3]** 53/21 53/23 74/15
**transport [7]** 57/17 57/24 58/1 58/1 58/3 104/23 104/23
**transported [1]** 89/5
**travel [1]** 54/17
**traveling [1]** 55/18
**travels [1]** 54/5
**treatment [3]** 7/13 7/16 78/1
**trespassing [1]** 50/16
**trial [16]** 1/12 27/7 30/16 32/4 32/9 45/9 48/25 54/16 58/8 62/17 73/3 77/3 82/3 84/7 84/9 84/13
**tried [4]** 29/1 34/9 36/23 99/8
**true [13]** 39/9 63/3 67/4 70/2 70/4 70/6 76/10 78/5 78/6 99/18 109/14 110/3 115/7
**trust [4]** 35/21 82/15 82/15 82/17
**truth [2]** 44/7 80/20
**try [5]** 13/24 28/25 36/15 48/2 49/15
**trying [9]** 24/2 24/13 42/19 49/16 50/16 51/25 55/4 69/20 91/14
**turn [21]** 24/4 44/20 50/6 56/6 56/7 56/8 56/9 56/9 58/22 64/22 66/7 66/10 73/8 86/18 87/4 95/2 102/19 106/15 110/17 111/16 113/6
**turned [7]** 94/13 94/15 94/16 94/17 97/1 100/6 100/14
**turning [2]** 49/9 107/7
**turns [2]** 55/2 74/22
**TV [1]** 92/15
**two [38]** 22/3 38/19 41/19 46/13 49/19 57/8 61/18 62/15 69/21 73/25 75/14 81/17 81/20 89/2 90/18 91/7 92/14 93/4 93/7 93/7 93/21 93/21 94/11 94/13 97/18 99/4 99/4 99/13 99/22 99/22 99/24 100/17 102/2 102/12 102/17 105/24 108/17 110/2
**two percent [1]** 100/17
**two-thirds [1]** 57/8
**two-year [3]** 46/13 81/17 81/20
**type [8]** 35/9 46/16 53/12 74/14 75/15 75/17 77/9 101/10
**types [8]** 19/15 55/18 57/20 58/10 65/2 68/7 68/25 73/25
**typically [2]** 58/17 94/14


## U


**U.S [3]** 7/12 83/20 115/16
**UCI [1]** 35/13
**Ultimately [1]** 27/2
**Unconstrained [1]** 72/11
**under [7]** 20/14 33/25 75/9 94/5 101/2 103/19 108/19
**underneath [2]** 73/13 78/13
**underside [3]** 73/11 73/12 74/7
**understand [6]** 8/7 11/22 14/18 89/17 90/8 105/17
**understanding [2]** 52/10 101/19
**understood [8]** 11/6 11/23 12/11 14/9 14/12 16/9 80/5 90/6
**undue [1]** 84/3
**undulations [1]** 96/16
**unfortunately [1]** 107/24
**unit [4]** 21/2 38/7 38/24 108/24
**UNITED [8]** 1/4 1/19 8/8 38/22 42/13 87/8 115/7 115/11
**units [1]** 38/9
**universal [1]** 71/14
**university [1]** 109/18
**unless [1]** 80/10
**unlike [4]** 20/13 53/15 59/6 60/2
**unquestionably [1]** 85/8
**until [9]** 16/11 38/20 43/3 48/12 48/13 60/24 109/9 114/16 114/21
**up [56]** 5/24 6/12 7/23 8/3 10/6 10/19 14/18 15/13 15/16 16/12 16/20 19/4 19/20 19/23 20/2 21/13 22/22 23/23 24/2 26/3 26/15 28/24 30/11 33/2 36/10 39/18 39/22 43/7 43/20 51/11 59/23 63/16 63/25 64/19 67/9 80/13 82/16 83/10 85/21 89/15 91/3 92/8 92/18 94/16 97/3 97/6 97/20 99/10 100/18 100/24 103/20 104/13 105/5 105/24 111/6 111/23
**upon [1]** 9/22
**upper [4]** 19/16 96/4 97/10 107/7
**us [16]** 5/15 11/13 16/20 29/1 31/12 35/12 56/7 56/9 60/7 89/10 91/14 101/21 103/4 107/19 109/19 109/21
**use [46]** 13/24 14/15 16/1 17/13 18/7 24/16 29/8 29/9 34/11 34/19 34/22 35/15 36/8 36/10 38/17 39/15 40/5 42/2 54/13 55/25 56/1 56/3 58/23 63/6 65/7 65/10 65/15 65/17 66/20 67/20 71/15 71/16 72/12 72/14 72/15 76/13 77/11 77/25 78/17 79/18 92/15 96/8 102/6 103/25 107/11 109/13
**used [19]** 17/13 19/16 19/25 20/2 22/13 27/12 41/24 42/1 46/15 63/8 65/23 67/5 69/9 77/15 81/18 104/21 104/22 105/20 114/1
**useful [5]** 47/5 47/15 67/1 78/20 79/7
**user [3]** 45/12 45/24 68/6
**users [6]** 7/7 18/18 65/13 67/1 67/18 105/8
**uses [3]** 30/6 32/17 72/11
**using [16]** 18/2 18/7 19/14 28/20 30/23 30/24 33/16 34/9 35/17 36/13 54/23 56/21 59/10 61/6 93/21 105/13
**utilized [2]** 57/14 58/17


## V


**valid [1]** 35/7
**validity [1]** 41/10
**valley [2]** 96/16 96/17
**valuable [1]** 17/13
**value [4]** 9/14 37/8 83/24 98/5
**Vargas [1]** 14/16
**variety [4]** 67/24 67/25 75/25 81/7
**various [15]** 10/7 11/9 13/9 24/14 28/7 48/6 65/2 66/5 66/13 67/23 68/7 81/9 83/18 84/18 84/24
**veins [1]** 93/14
**venture [1]** 28/19
**verb [2]** 79/19 79/19
**verdict [2]** 44/8 82/17
**verify [1]** 112/13
**version [11]** 29/8 29/18 29/22 30/5 30/6 30/6 30/8 34/11 65/3 84/8 84/13
**versus [6]** 4/5 10/12 54/19 69/19 93/16 96/23
**very [56]** 11/14 11/20 12/19 17/19 17/21 20/20 21/20 21/21 29/10 30/4 34/10 35/24 36/1 36/2 36/2 36/24 41/24 42/11 42/12 42/13 44/8 47/14 49/9 51/13 52/19 53/20 55/7 55/23 55/23 56/2 56/11 56/12 58/16 64/25 65/11 65/12 69/17 71/4 73/9 74/4 74/4 76/14 76/16 80/19 81/4 82/21 85/24 92/12 95/9 95/11 97/4 98/13 111/17 112/8 112/15 113/3
**Vice [1]** 7/6
**Vice-President [1]** 7/6
**video [5]** 17/17 17/20 26/21 31/8 50/9
**videotape [1]** 11/15
**videotaped [2]** 11/10 12/1
**view [2]** 13/7 85/23
**views [1]** 13/22
**virtually [1]** 83/15
**vision [3]** 23/6 23/16 101/14
**visit [1]** 89/22
**visually [1]** 59/18
**vital [7]** 22/10 23/14 91/3 91/6 91/6 103/2 103/22
**voir [2]** 18/25 40/25
**VOL [2]** 1/12 114/24
**volume [5]** 92/8 92/11 92/24 92/25 93/1
**vs [1]** 1/10
**VSI [1]** 91/5


## W


**W0 [1]** 40/18
**W1 [2]** 64/8 64/9
**wacko [1]** 98/15
**wait [1]** 42/16
**waiting [1]** 42/15
**wake [1]** 105/5
**walk [3]** 31/5 32/8 81/8
**walking [2]** 45/25 46/1
**wall [1]** 104/25
**wander [1]** 70/18
**want [30]** 12/17 13/1 14/18 14/24 15/23 16/3 23/7 32/13 35/22 36/4 36/5 37/12 42/4 42/18 49/10 49/11 49/13 51/25 56/6 72/14 73/7 95/20 97/5 101/2 101/3 101/4 103/5 103/6 104/24 114/12
**wanted [6]** 4/19 4/23 8/21 23/9 27/15 103/7
**ward [1]** 102/10
**wards [2]** 57/18 58/4
**warms [1]** 69/12
**warn [1]** 18/17
**warning [1]** 30/22
**was [144]**
**Washington [1]** 2/19
**wasn't [6]** 20/21 24/22 29/19 48/13 60/23 72/4
**watch [107]** 5/3 5/14 6/22 8/9 8/13 9/19 10/17 11/1 11/4 18/14 18/17 18/17 27/14 27/16 27/18 28/4 28/16 29/6 30/6 30/17 30/22 31/11 31/13 32/2 32/14 32/15 32/19 33/2 33/24 34/1 34/13 36/5 36/18 37/9 37/16 37/22 38/3 38/7 38/9 39/14 41/22 44/6 44/18 45/5 45/12 45/14 45/24 46/10 46/18 46/21 47/9 47/23 52/1 60/19 64/8 64/9 64/13 64/16 64/21 66/7 66/10 66/14 66/14 66/17 66/17 66/19 66/20 67/3 67/6 67/24 68/4 68/6 68/9 68/10 69/5 69/8 69/19 71/5 71/8 72/14 72/17 72/20 73/2 73/4 73/10 73/12 73/12 73/18 74/7 74/13 74/21 76/6 76/7 76/17 76/18 76/25 77/3 77/12 77/14 78/6 78/10 79/14 80/1 80/25 81/21 82/10
**Watch crown [1]** 68/9
**Watch's [2]** 7/7 48/23
**watches [8]** 12/16 17/17 37/21 38/11 38/21 38/23 38/25 41/18
**watching [1]** 24/10
**water [1]** 72/18
**wave [1]** 19/13
**wavelengths [3]** 73/23 93/4 93/8
**way [24]** 14/10 19/19 21/19 23/20 25/10 25/11 31/18 34/1 36/23 39/10 45/25 53/8 54/4 54/6 54/6 54/14 54/15 54/17 54/19 55/19 57/8 74/16 92/13 93/19
**ways [3]** 24/21 28/7 28/16
**we [305]**
**we collected [1]** 106/3
**we'd [2]** 82/2 102/12
**we'll [8]** 62/16 73/16 74/5 82/25 83/3 103/17 114/15 114/21
**we're [30]** 11/19 44/8 44/20 62/2 62/8 66/16 71/19 73/4 73/9 75/12 78/12 80/8 80/12 80/21 81/4 81/5 81/7 82/6 84/11 84/12 84/21 85/20 90/23 103/16 104/8 107/14 108/23 108/23 112/21 112/21
**we've [4]** 31/20 83/8 88/20 114/8
**weather [3]** 67/16 67/16 67/17
**website [8]** 32/23 33/10 33/12 63/21 63/23 73/15 73/16 73/17
**WEDNESDAY [1]** 4/1
**week [2]** 44/9 82/23
**weeks [1]** 112/20
**weigh [1]** 9/14
**Welcome [1]** 17/8
**welding [1]** 89/4

## W


**well [44]** 6/21 7/2 8/4 8/25 16/1 16/2 17/21 20/11 22/13 25/15 29/10 34/10 36/7 36/24 41/16 45/14 45/21 50/10 51/9 53/9 60/10 65/11 70/6 74/8 76/5 76/20 76/24 80/24 84/8 84/14 84/17 85/25 90/2 90/15 94/9 94/9 100/5 100/6 101/24 102/2 105/10 112/19 112/21 112/21
**well-documented [1]** 6/21
**wellness [12]** 7/11 46/23 47/8 47/23 65/21 65/25 66/16 68/1 69/15 76/15 77/17 81/24
**went [3]** 22/6 90/21 101/6
**were [49]** 4/21 5/13 5/19 6/10 7/25 8/23 20/8 20/8 20/17 21/5 22/22 22/23 23/14 24/2 27/21 27/25 28/8 29/15 29/18 29/19 29/20 29/23 29/25 40/4 48/5 50/3 51/25 61/1 61/2 62/2 62/11 63/7 63/21 63/21 67/21 74/11 84/7 91/6 91/18 98/25 99/2 99/4 100/2 101/7 102/17 103/4 108/5 110/1 114/6
**weren't [1]** 21/5
**West [1]** 1/20
**what [133]**
**what's [8]** 81/1 82/20 84/19 104/11 107/8 107/19 111/17 113/19
**whatever [3]** 51/12 65/15 111/22
**when [90]** 11/19 12/25 13/20 14/2 20/12 20/13 21/3 24/9 25/13 25/18 25/24 25/25 28/9 33/22 35/5 37/7 40/15 42/7 46/23 46/24 47/15 47/24 47/25 48/15 53/10 53/17 53/18 55/25 56/1 56/2 56/5 56/8 58/19 58/22 58/23 59/22 60/9 60/9 61/19 63/19 68/3 68/4 68/16 68/18 68/19 69/12 69/18 71/5 71/6 72/4 75/10 75/11 75/20 75/20 76/2 77/10 77/13 77/22 78/10 78/21 79/7 81/22 81/25 92/5 92/5 93/10 93/11 93/12 94/2 96/18 96/20 97/4 97/23 97/23 99/16 99/18 100/8 100/8 100/14 100/21 101/22 104/23 107/14 108/2 108/15 109/5 109/15 110/3 112/16 113/2
**where [28]** 6/9 14/5 20/8 24/20 41/23 43/20 53/13 58/19 61/20 70/21 77/5 88/1 91/23 96/6 96/10 96/21 97/5 98/10 99/7 99/19 100/3 102/6 102/10 102/16 103/5 104/18 105/5 108/23
**whereby [1]** 105/22
**whether [22]** 5/3 5/14 5/17 5/18 9/10 9/14 9/19 10/16 11/1 13/19 13/25 26/5 26/14 30/13 30/22 33/16 33/23 45/1 46/3 48/23 89/8 103/25
**which [41]** 7/10 8/2 9/2 14/6 17/19 30/19 37/22 44/6 44/16 44/25 47/8 48/2 51/7 51/18 53/17 53/18 53/20 57/6 57/7 61/7 62/19 63/14 64/8 66/7 66/16 67/7 68/1 68/10 68/12 68/15 72/16 75/15 78/17 80/13 83/17 84/8 91/7 92/24 106/21 109/16 111/6
**while [11]** 24/4 27/3 46/6 72/13 72/13 78/11 78/22 78/24 79/1 79/3 106/3
**who [16]** 11/20 18/24 42/18 42/21 46/21 66/20 67/5 68/24 69/9 69/9 69/10 71/12 80/19 100/6 105/8 113/22
**who's [1]** 87/21
**whole [9]** 62/5 78/5 78/6 81/6 92/7 98/14 109/1 109/2 109/3
**whose [2]** 69/13 103/23
**why [22]** 10/10 31/6 35/20 48/14 48/17 74/21 80/2 80/6 80/6 80/10 80/10 80/12 80/15 81/4 81/4 81/8 84/12 93/15 100/7 103/4 109/25 114/3
**wide [3]** 67/24 67/25 75/25
**wife [1]** 91/13
**WIGMORE [3]** 2/18 4/15 44/1
**will [113]** 14/3 14/11 15/12 15/13 16/11 17/1 17/3 17/15 18/6 18/13 18/15 18/17 18/19 18/22 21/12 21/18 21/23 22/6 23/15 23/22 24/23 26/13 27/3 27/6 27/7 28/6 28/11 29/9 29/11 29/21 30/5 30/16 30/22 31/2 31/10 31/12 31/16 32/2 32/4 32/8 32/9 32/24 33/20 34/4 34/13 34/15 34/24 34/25 35/11 35/20 35/25 35/25 38/10 40/10 40/17 41/12 41/14 41/25 42/18 42/21 42/24 42/25 43/9 44/3 44/3 44/5 45/8 45/10 45/15 46/3 46/20 47/4 47/10 47/21 48/24 49/12 51/2 51/11 52/20 55/9 55/9 55/10 55/24 58/8 60/10 60/13 61/7 64/4 64/20 67/9 68/24 71/12 73/18 75/9 76/5 76/6 76/7 76/8 76/9 78/25 85/18 98/16 98/17 98/18 103/13 104/15 105/6 107/1 108/15 109/12 109/13 110/25 113/16
**willful [1]** 13/7
**willfulness [1]** 13/8
**Williams [1]** 33/21
**willing [2]** 35/7 38/1
**Willow [3]** 88/2 88/3 88/4
**WILMER [3]** 2/12 2/15 2/18
**withdrawal [1]** 13/7
**withdrawn [1]** 83/15
**within [13]** 11/4 50/17 56/6 65/21 65/21 66/24 67/2 72/2 73/5 77/17 83/21 84/1 102/14
**without [5]** 17/17 34/9 36/7 92/2 109/14
**withstand [1]** 81/9
**witness [11]** 32/23 80/22 80/23 83/9 85/7 85/21 85/25 86/6 86/9 86/11 86/14
**witnesses [4]** 3/7 3/13 43/25 73/4
**wolf [2]** 99/16 99/20
**womb [2]** 100/8 100/9
**won't [9]** 30/14 31/14 41/13 61/24 71/10 75/12 77/8 78/16 85/22
**Wonder [4]** 21/7 21/8 101/13 101/13
**wonderful [2]** 34/1 76/12
**word [7]** 10/8 31/13 33/6 52/8 52/9 52/9 79/19
**words [6]** 6/7 45/2 50/18 52/11 67/22 72/22
**work [40]** 18/20 20/11 22/1 22/12 29/10 30/8 34/10 35/18 36/24 45/7 45/8 53/3 53/6 53/17 53/18 54/4 59/21 61/6 63/20 64/10 68/23 71/5 73/18 75/8 78/14 78/16 80/21 81/22 82/12 82/13 87/15 88/1 88/2 89/12 89/22 92/4 93/7 103/1 108/3 114/9
**worked [9]** 20/7 21/21 22/21 46/21 87/16 88/5 89/1 108/6 108/21
**working [6]** 21/6 62/18 88/7 94/9 105/16 113/3
**workout [2]** 68/12 68/13
**works [16]** 19/7 66/22 73/19 74/3 74/11 76/24 78/13 78/15 80/25 81/2 88/20 90/7 90/8 106/5 109/17 111/10
**world [10]** 26/20 26/23 26/25 44/5 45/24 72/11 72/12 78/22 78/25 103/4
**worn [2]** 27/12 47/9
**worth [1]** 97/15
**worthy [1]** 68/5
**would [75]** 5/5 5/23 8/1 8/2 8/6 8/13 8/17 9/3 9/9 9/15 10/2 15/25 16/20 17/23 19/4 19/5 20/5 20/20 20/25 21/3 21/4 21/13 22/19 22/21 23/23 24/8 24/21 25/9 25/12 26/12 26/14 29/6 30/8 30/8 30/12 30/12 30/14 30/18 35/5 35/7 35/8 37/8 37/9 37/11 37/22 40/1 43/11 43/13 44/23 49/7 50/4 57/10 59/4 59/15 59/16 59/16 63/18 66/25 67/22 73/13 80/10 80/10 84/3 85/25 86/5 89/18 89/23 89/24 97/14 100/21 102/4 104/21 105/8 105/10 109/20
**wouldn't [7]** 24/12 49/7 49/8 50/5 57/5 76/10 102/6
**wrist [8]** 20/1 20/1 27/18 47/9 72/18 74/7 74/13 74/20
**written [3]** 12/17 44/24 62/2
**wrong [7]** 61/13 62/10 97/6 98/17 98/18 108/20 110/9


## Y


**Yeah [2]** 95/12 101/12
**year [14]** 30/4 38/19 46/13 60/24 60/24 61/18 62/13 66/11 71/8 81/17 81/20 83/13 89/12 108/3
**years [38]** 17/10 41/19 48/7 48/10 48/15 53/4 54/11 60/20 61/8 61/8 62/3 62/11 63/10 63/11 63/20 64/6 64/12 64/12 64/13 64/13 64/15 64/16 64/16 64/23 64/25 65/1 66/4 70/1 71/6 84/25 87/9 87/16 88/9 89/7 108/21 110/16 111/14 114/11
**Yes [29]** 4/19 9/24 13/5 13/16 16/16 16/17 43/8 43/15 43/17 72/25 75/2 84/6 93/6 94/22 94/25 95/13 95/16 96/2 96/5 100/5 102/23 104/3 104/10 106/12 106/18 107/10 108/7 112/7 113/8
**yesterday [13]** 5/17 15/8 17/18 17/20 18/25 31/8 41/8 42/7 42/10 44/4 48/17 50/9 80/7
**yet [4]** 12/24 65/11 109/23 109/24
**you [551]**
**You'd [1]** 73/13
**you'll [6]** 30/9 62/23 69/12 72/5 74/1 77/2
**you're [24]** 20/14 20/22 25/24 54/15 61/14 71/11 72/13 72/13 73/12 76/20 76/24 78/16 78/22 78/24 79/3 81/22 90/4 90/4 90/17 92/14 95/20 98/20 100/11 110/8
**you've [4]** 25/13 95/14 96/1 101/16
**your [166]**
**yourself [3]** 48/14 57/10 87/2


## Z


**zero [3]** 46/5 79/5 81/16
**ZOLL [1]** 24/6
**zoom [1]** 10/21