UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
1/21/26
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

Masimo Corporation, et al
PLAINTIFF(S)
v.
Apple Inc.
DEFENDANT(S).

CASE NUMBER: 8:20cv48 - JVS

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

## PLEASE TAKE NOTICE:

The following problem(s) have been found with your filed document:

| Date Filed | Document No. | Title of Document |

### DOCKETING AND FORMATTING ERRORS:

- ☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- ☐ Document lacks required signature
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Incorrect event selected. Correct event to be used is _____
- ☐ Proposed document was not submitted or was not submitted as a separate attachment
- ☐ Other: _____

### MOTION-RELATED ERRORS:

- ☐ Local Rule 7-3 compliance statement missing
- ☐ Local Rules 6-1, 7-9, 7-10 motion, opposition, or reply papers untimely
- ☐ Hearing information is missing, incorrect, or untimely
- ☐ Local Rule 11-6 Memorandum exceeds 25 pages
- ☐ Other: _____

### OTHER ERRORS:

- ☑ Local Rule 83-2.5 no letters to the Judge
- ☐ Fed. R. Civ. P. 5 no proof of service attached
- ☐ Local Rule 7.1-1 no notice of interested parties
- ☐ Other: _per Local Rules 79.72, 83-2.5_

Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: 1/21/2026           By: _____
                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-112A (06/24)     NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT

**ORANGE COUNTY BUSINESS JOURNAL**

Hon. Judge James V. Selna

U.S. District Court

Central District of California

Southern Division

January 8, 2026

Dear Judge Selna,

The Orange County Business Journal has been following the cases involving Apple and Masimo for several years, including the 2023 trial in your court.

We understand that Apple has requested these transcripts and documents that appeared in open court be sealed.

We officially request that these transcripts and documents be unsealed in the public's interest. Please let us know if request is possible and if so, when.

Best,

Peter J. Brennan

Editor in Chief

Orange County Business Journal

18500 Von Karman Avenue, Suite 150

Irvine, CA. 92612

Cell: 949-910-9876

20-48