Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313452)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404/Fax: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000/Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF DOUGLAS B. WENTZEL IN SUPPORT OF MASIMO'S OPPOSITION TO APPLE'S MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FRCP 50(B) AND APPLE'S MOTION FOR A NEW TRIAL UNDER FRCP 59(A) ON MASIMO'S PATENT INFRINGEMENT CLAIM**<br><br>Date: March 2, 2026<br>Time: 1:30 p.m.<br>Location: Courtroom 10C<br>Trial: Nov. 4, 2025 |

I, Douglas B. Wentzel, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. I submit this declaration in support of Masimo's Opposition to Apple's Motion for Judgment as a Matter of Law Under FRCP 50(B) and Apple's Motion for a New Trial Under FRCP 59(A) on Masimo's Patent Infringement Claim.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Apple's November 12, 2025 disclosure of exhibits and demonstratives to be presented at trial the following day (November 13, 2025).

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January 2026 in Irvine, California.

By: */s/ Douglas B. Wentzel*
   Douglas B. Wentzel

# EXHIBIT 1

| | |
|---|---|
| **From:** | Chase, Lanta |
| **To:** | Masimo.Apple; stevencherny@quinnemanuel.com; Matthew Traupman; iancua@sullcrom.com |
| **Cc:** | WH Apple-Masimo Service List |
| **Subject:** | Masimo Corp. v. Apple Inc. \| 20-cv-00048 - Apple"s Disclosures |
| **Date:** | Wednesday, November 12, 2025 6:29:02 PM |
| **Attachments:** | Apple"s Day 7 Disclosures.pdf |

Counsel,

Apple's direct exhibit and demonstrative disclosures are attached and included in the link below.

https://wilmerhale-sharesite.box.com/s/o2032wbutknu8oukt711yimh009li8bl

Physical exhibits will be available for inspection at Haynes and Boone at 7pm.  We'll provide a copy of the source code exhibits disclosed for use with Mr. Framhein at that time.  Those exhibits must be treated as source code material under the protective order and returned to Apple at the end of the court day.

Apple discloses the following amended witness order for 11/13:

- Steve Waydo
- Theodore Framhein
- Joe Kiani (designations)
- Deidre Caldbeck
- Anthony Blaire Tripodi (designations)
- Patrick Mercier
- Shirley Webster

Apple expects to rest its case tomorrow (11/13) before the end of the day.  To the extent Masimo has additional witnesses, disclose that information and any exhibits/demonstratives tonight.

Best,
Lanta

**Lanta M. Chase | WilmerHale**

2100 Pennsylvania Avenue NW

Washington, DC 20037 USA

+1 202 247 4229 (t)

+1 202 663 6363 (f)

lanta.chase@wilmerhale.com

  One Firm. One Legacy.

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may

Exhibit 1

be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

Exhibit 1
-3 -

Masimo v. Apple, No. 8:20-cv-48
Apple Disclosures: Day 7 Demonstratives, Exhibits
November 13, 2025

Apple provides the following direct exhibit and demonstrative disclosures for Patrick Mercier and Shirley Webster.  Apple may also use previously admitted exhibits, pursuant to Stipulation 14(g)(ii), and use previously disclosed demonstratives.

**Mercier Exhibits**

- DTX-23
- DTX-60
- DTX-1393
- DTX-1249
- DTX-1305

**Mercier Demonstratives***

- DDX-10 – Mercier Slides
- DDX-10.17 – animation
- DDX-10.46 and 10.47 – 5' x 3' Physical board with magnets
- DDX-10.48 – Nellcor N-3000 device
- PDX3, DDX-4 – Madisetti Direct, Cross Demonstratives
- DDX-2, DDX-5 – Al-Ali Cross Demonstratives
- DDX-7 – Brouse Direct Demonstratives
- DDX-8 – Caldbeck Demonstratives
- DDX-9 – Waydo Direct Demonstratives

*Please confirm that Masimo will not refer to the Court's ruling on the Joint Stipulation for a Protective Order (Dkt. 1993) in the presence of the jury.

**Webster Exhibits**

- JTX-4387
- JTX-7536

**Webster Demonstratives**

- DDX-11 – Webster Direct Demonstratives
- PDX3 – Madisetti Direct Demonstratives
- PDX5 – Bergman Direct Demonstratives

Exhibit 1

-4 -

*Masimo Corp. and Cercacor Labs., Inc. v. Apple Inc.*

Case No. 8:20-cv-00048-JVS

# Direct Examination of Professor Patrick Mercier, Ph.D.

United States District Court for the Central District of California

November 13, 2025

Exhibit 1
-5-
DDX-10.1



Exhibit 1
-6 -
DDX-10.48