**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FRCP 50(B) AND—IN THE ALTERNATIVE—A NEW TRIAL UNDER FRCP 59(A) ON MASIMO'S PATENT INFRINGEMENT CLAIM [2878]** |

This matter is before the Court pursuant to Apple's Application to File Under Seal its Reply in Support of Its Motion for Judgment as a Matter of Law Under Federal Rule of Civil Procedure 50(b) and—in the Alternative—a New Trial Under Federal Rule of Civil Procedure 59(a) on Masimo's Patent Infringement Claim ("Application to File Under Seal").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Application to File Under Seal is GRANTED.  Apple shall file under seal its Reply in Support of its Motion for Judgment as a Matter of Law Under Federal Rule of Civil Procedure 50(b) and—in the Alternative—a New Trial Under Federal Rule of Civil Procedure 59(a) on Masimo's Patent Infringement Claim.

Apple to file public redacted version within seven days.

**IT IS SO ORDERED.**

Dated: February 10, 2026

The Hon. James V. Selna
United States District Court Judge

ORDER GRANTING APPLE'S APPLICATION TO SEAL

1

CASE NO. 8:20-cv-00048-JVS (JDEx)