Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Nicholas M. Zovko (Bar No. 238248)
nicholas.zovko@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax:(949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

[Counsel for Apple appears on next page]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR APPLE'S RULE 50(B) AND 59(A) MOTIONS**<br><br>Hon. James V. Selna |

1  MARK D. SELWYN, SBN 244180
   mark.selwyn@wilmerhale.com
2  THOMAS G. SPRANKLING, SBN 294831
   thomas.sprankling@wilmerhale.com
3  WILMER CUTLER PICKERING
   HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Tel.: 650.858.6000 / Fax: 650.858.6100

6  JOSHUA H. LERNER, SBN 220755
   joshua.lerner@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  One Front Street, Suite 3500
   San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10 AMY K. WIGMORE, *pro hac vice*
   amy.wigmore@wilmerhale.com
11 WILMER CUTLER PICKERING
   HALE AND DORR LLP
12 2100 Pennsylvania Ave NW
   Washington, DC 20037
13 Tel.: 202.663.6000 / Fax: 202.663.6363

14 JOSEPH J. MUELLER, *pro hac vice*
   joseph.mueller@wilmerhale.com
15 SARAH R. FRAZIER, *pro hac vice*
   sarah.frazier@wilmerhale.com
16 WILMER CUTLER PICKERING
   HALE AND DORR LLP
17 60 State Street
   Boston, MA 02109
18 Tel.: 617.526.6000 / Fax: 617.526.5000

19 BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com
20 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
21 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539

22
   KENNETH G. PARKER, SBN 182911
23 ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
24 660 Anton Boulevard, Suite 700
   Costa Mesa, CA 92626
25 Tel.: 650.949.3014 / Fax: 949.202.3001

26 Attorneys for Defendant Apple Inc.

27

28

1  Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. and Defendant Apple Inc. (collectively, the "parties"), through their respective counsel, respectfully submit this Joint Stipulation and a Proposed Order regarding moving the hearing date for Apple's Rule 50(b) and 59(a) motions from March 2 to March 9, 2026.

WHEREAS, Apple noticed the hearing on Apple's Rule 50(b) and 59(a) motions (Dkt. 2853 at 1 n.1) for March 2, 2026;

WHEREAS, counsel for Masimo is unavailable for a hearing on March 2, 2026;

WHEREAS, the parties conferred, and Masimo requested to move the hearing to March 9, 2026;

WHEREAS, Apple agreed to Masimo's request;

WHEREAS, the parties thus request that the Court move the hearing on Apple's Rule 50(b) and 59(a) motions to March 9, 2026, at 1:30 p.m.

SO STIPULATED.

The parties have attached a Proposed Order for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 19, 2026

By: */s/ Nicholas M. Zovko*
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Nicholas M. Zovko
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

|   |   |
|---|---|
|   | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Dated: February 19, 2026 | By: */s/ Mark D. Selwyn (with permission)* <br> Mark D. Selwyn <br> Thomas G. Sprankling <br> Joshua H. Lerner <br> Amy K. Wigmore <br> Joseph J. Mueller <br> Sarah R. Frazier <br> Brian A. Rosenthal <br> Kenneth G. Parker <br><br> Attorneys for Defendant <br> APPLE INC. |

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: February 19, 2026

By: */s/ Nicholas M. Zovko*
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Nicholas M. Zovko
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes