# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER REGARDING HEARING DATE FOR APPLE'S RULE 50(B) AND 59(A) MOTIONS [2883]**<br><br>Hon. James V. Selna |

The Court, having considered the parties' Joint Stipulation, and finding good cause, hereby GRANTS the stipulation and moves the hearing on Apple's Rule 50(b) and 59(a) motions Dkt. No. 2853 to March 9, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 20, 2026

_____
The Honorable James V. Selna
United States District Court Judge

-1-