MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

Plaintiffs,

v.

APPLE INC.,
a California corporation,

Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**DECLARATION OF JAMES BOR-ZALE IN SUPPORT OF APPLE'S UNOPPOSED APPLICATION TO MAINTAIN UNDER SEAL SPECIFIC CONFIDENTIAL TRIAL EXHIBITS OR PORTIONS THEREOF**

JOSEPH J. MUELLER, *pro hac vice*
joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

BRIAN A. ROSENTHAL, *pro hac vice*
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

I, James Bor-Zale, declare and state as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Unopposed Application to Maintain Under Seal Specific Confidential Trial Exhibits or Portions Thereof.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 1** is a copy of redacted trial exhibit DTX-0868, which is a document produced by Apple with Bates numbers APL-MAS_01547005-APL-MAS_01547094.

5. Attached hereto as **Exhibit 2** is a copy of redacted trial exhibit DTX-0869, which is a document produced by Apple with Bates numbers APL-MAS_00202355-APL-MAS_00202445.

6. Attached hereto as **Exhibit 3** is a copy of redacted trial exhibit DTX-0873, which is a document produced by Apple with Bates numbers APL-MAS_03478599-APL-MAS_03478620.

7. Attached hereto as **Exhibit 4** is a copy of redacted trial exhibit JTX-0126, which is a document produced by Apple with Bates numbers APL-MAS_00183242-APL-MAS_00183248.

8. Attached hereto as **Exhibit 5** is a copy of redacted trial exhibit JTX-0260, which is a document produced by Apple with Bates numbers APL-MAS_00909102-APL-MAS_00909134.

9. Attached hereto as **Exhibit 6** is a copy of redacted trial exhibit JTX-0263, which is a document produced by Apple with Bates numbers APL-MAS_01853759-APL-MAS_01853795.

10. Attached hereto as **Exhibit 7** is a copy of redacted trial exhibit JTX-0316, which is a document produced by Apple with Bates numbers APL-MAS_00433706-APL-MAS_00433710.

11. Attached hereto as **Exhibit 8** is a copy of redacted trial exhibit JTX-0335, which is a document produced by Apple with Bates numbers APL-MAS_00778320-APL-MAS_00778323.

12. Attached hereto as **Exhibit 9** is a copy of redacted trial exhibit JTX-0370, which is a document produced by Apple with Bates numbers APL-MAS_00744479-APL-MAS_00744481.

13. Attached hereto as **Exhibit 10** is a copy of redacted trial exhibit JTX-0373, which is a document produced by Apple with Bates numbers APL-MAS_00208323-APL-MAS_00208334.

14. Attached hereto as **Exhibit 11** is a copy of redacted trial exhibit JTX-1539, which is a document produced by Apple with Bates numbers APL-MAS_00194113-APL-MAS_00194169.

15. Attached hereto as **Exhibit 12** is a copy of redacted trial exhibit JTX-3436, which is a document produced by Apple with Bates numbers APL-MAS_00167957-APL-MAS_00168029.

16. Attached hereto as **Exhibit 13** is a copy of redacted trial exhibit JTX-4680, which is a document produced by Apple with Bates numbers APL-MAS_01211263-APL-MAS_01211379.

17. Attached hereto as **Exhibit 14** is a copy of redacted trial exhibit JTX-6620, which is a document produced by Apple with Bates numbers APL-MAS_03094894-APL-MAS_03094908.

18. Attached hereto as **Exhibit 15** is a copy of redacted trial exhibit JTX-6726, which is a document produced by Apple with Bates numbers APL-MAS_03466246-APL-MAS_03466292.

19. Attached hereto as **Exhibit 16** is a copy of redacted trial exhibit JTX-7004, which is a document produced by Apple with Bates numbers APL_DEL02683700-APL_DEL02683747.

20. Attached hereto as **Exhibit 17** is a copy of redacted trial exhibit JTX-7069, which is a document produced by Apple with Bates numbers APL-MAS_03553588-APL-MAS_03553647.

21. Attached hereto as **Exhibit 18** is a copy of redacted trial exhibit JTX-7125, which is a document produced by Apple with Bates numbers APL_DEL01635874-APL_DEL01635881.

22. Attached hereto as **Exhibit 19** is a copy of redacted trial exhibit JTX-7643, which is a document produced by Apple with Bates numbers APL_DEL00195393-APL_DEL00195427.

23. Attached hereto as **Exhibit 20** is a copy of redacted trial exhibit JTX-7648, which is a document produced by Apple with Bates numbers APL_DEL01266442-APL_DEL01266443.

24. Attached hereto as **Exhibit 21** is a copy of redacted trial exhibit JTX-7674, which is a document produced by Apple with Bates numbers APL_DEL01183472-APL_DEL01183483.

25. Attached hereto as **Exhibit 22** is a copy of redacted trial exhibit JTX-7684, which is a document produced by Apple with Bates numbers APL-MAS_01547971-APL-MAS_01547977.

26. Attached hereto as **Exhibit 23** is a copy of redacted trial exhibit JTX-7721, which is a document produced by Apple with Bates numbers APL-MAS_03136636-APL-MAS_03136780.

27. Attached hereto as **Exhibit 24** is a copy of redacted trial exhibit JTX-7722, which is a document produced by Apple with Bates numbers APL-MAS_00814090-APL-MAS_00814092.

28. Attached hereto as **Exhibit 25** is a copy of redacted trial exhibit JTX-7741, which is a document produced by Apple with Bates numbers APL-MAS_00710670-APL-MAS_00710672.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of February 2026.

By: [signature]
James Bor-Zale