# EXHIBIT 23

REDACTED VERSION OF DOCUMENT PROPOSED TO BE MAINTAINED UNDER SEAL

Sensitive Material - Do Not Distribute

# Bohrium | Bohrium Feature Update

<rdar://problem/61612157> [Bohrium] Feasibility Review

May 27, 2020



Masimo Corp. v. Apple Inc.
JTX-7721
Case No. 8:20-cv-00048-JVS-JDE



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

[redacted]

[redacted]

[redacted]

[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]


HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]


HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

[redacted]

[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

[redacted]

[redacted]

[redacted]

[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

[redacted]




[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]