MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

*Attorneys for Defendant Apple Inc.*

[Counsel list continues on next page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **JOINT STATUS REPORT** <br><br> Hon. James V. Selna |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001


*Attorneys for Defendant Apple Inc.*


Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Irfan A. Lateef (Bar No. 204004)
Irfan.Lateef@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313452)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax:(949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**

1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. and Defendant Apple Inc. respectfully submit the following joint status report in response to this Court's July 1, 2026 Order regarding Apple's Rule 50(b) and Rule 59(a) Motions.

After meeting and conferring, the parties were unable to reach agreement on the form of the final judgment.  Plaintiffs' proposed judgment is attached as Exhibit A. Apple's proposed judgment is attached as Exhibit B.

The parties agree that the only remaining issue for this Court to resolve will be Plaintiffs' upcoming motion for prejudgment interest and postjudgment interest on the jury's patent infringement verdict.  The parties propose the following briefing schedule for that motion:

Plaintiffs' Motion filed: August 14, 2026

Apple's Opposition filed: September 4, 2026

Plaintiffs' Reply filed: September 18, 2026

Hearing: October 5, 2026 or at a date convenient to this Court.

JOINT STATUS REPORT

1

CASE NO. 8:20-CV-00048-JVS (JDEX)

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

Dated: July 15, 2026

By: */s/* Mark D. Selwyn
Mark D. Selwyn
Amy K. Wigmore
Joseph J. Mueller
Sarah R. Frazier
Thomas G. Sprankling

HAYNES AND BOONE, LLP
Kenneth G. Parker

*Attorneys for Defendant Apple Inc.*

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 15, 2026

By: */s/* Brian C. Horne
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes
Douglas B. Wentzel

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

# **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: July 15, 2026                    By: */s/* Mark D. Selwyn
                                                    Mark D. Selwyn