# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**MASIMO'S [PROPOSED] FINAL JUDGMENT**<br><br>Hon. James V. Selna |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, following a bench trial beginning on November 5, 2024 and a jury trial beginning on November 4, 2025, the Court hereby **ORDERS** and **ENTERS FINAL JUDGMENT** as follows:

Pursuant to the Jury Verdict [Dkt. 2839] and the Court's Order Regarding Apple's Rule 50(b) and 59(a) Motion [Dkt. 2901] following the November 4, 2025, jury trial, the Court finds in favor of Plaintiff Masimo Corporation ("Masimo") against Defendant Apple Inc. ("Apple") on Masimo's claim for infringement of claims 11-14 of U.S. Patent No. 10,433,776 (the "'776 Patent"). Apple is ordered to pay Masimo damages in the amount of $634,313,913, plus pre-judgment and post-judgment interest that may be awarded. Moreover, as the Court ruled pursuant to the parties Rule 50(a) motions, the '776 Patent is not invalid and Apple's infringement was not willful.

Pursuant to the Court's Findings of Fact and Conclusions of Law [Dkt. 2850], following the November 4, 2024 bench trial, the Court enters judgment as follows:

a. With respect to Trade Secrets L4 and L5, the Court enters judgment that Apple misappropriated those trade secrets by acquiring and using Trade Secret L4 and acquiring, using, and disclosing Trade Secret L5, but denies Plaintiffs' request for an injunction and attorney fees.

b. With respect to Trade Secrets D1, D3, and D10, the Court enters judgment for Apple and against Plaintiffs because those trade secrets are not protectable under the California Uniform Trade Secrets Act.

c. With respect to Plaintiffs' claim for correction of inventorship and/or ownership concerning one or more of the following U.S. Patents: 9,952,095, 10,078,052, 10,219,754, 10,247,670, 11,009,390, the Court enters judgment for Apple and against Plaintiffs.

Each Party shall bear its own attorneys' fees.

-2-

**IT IS SO ORDERED.**

Dated: _____     _____

HON. JAMES V. SELNA

UNITED STATES DISTRICT JUDGE