UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    SACV 20-00048-JVS(JDEx)                    Date    July 20, 2026

Title    Masimo Corporation et al v. Apple Inc.

Present: The Honorable    **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brian Claassen, Brian Horne, Matt Wolf, William Louden | Joseph Mueller, Mark Selwyn, Sarah Frazier, Thomas Sprankling |

**Proceedings:    Status Conference**

Cause is called for hearing and counsel make their appearances via video conference (Zoom).  Court and counsel confer.

As stated on the record the Court enters the following briefing schedule:

| | |
|---|---|
| Plaintiffs' Motion filed: | August 14, 2026 |
| Apple's Opposition filed: | September 4, 2026 |
| Plaintiffs' Reply filed: | September 18, 2026 |
| Hearing: | October 5, 2026 at 1:30 p.m. |

|  | : | 09 |
|---|---|---|
| Initials of Preparer | eva | |