MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

*Attorneys for Defendant Apple Inc.*

[Counsel list continues on next page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**JOINT STIPULATION REGARDING STAY OF EXECUTION OF JULY 20, 2026 JUDGMENT PENDING APPEAL**<br><br>Hon. James V. Selna |

JOSEPH J. MUELLER, *pro hac vice*
  joseph.mueller@wilmerhale.com
SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

*Attorneys for Defendant Apple Inc.*


Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Irfan A. Lateef (Bar No. 204004)
Irfan.Lateef@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313452)
douglas.wentzel@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax:(949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

Defendant Apple Inc. and Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc., by and through the undersigned counsel, hereby and agree—subject to the approval of this Court—as follows:

WHEREAS, on July 20, 2026, this Court entered judgment in favor of Plaintiffs and against Apple in the amount of $634,313,913.00 for patent infringement while ruling in Apple's favor on some other claims;

WHEREAS, this Court has retained jurisdiction to award prejudgment interest (if any) and postjudgment interest;

WHEREAS, Plaintiffs have appealed from the judgment to the United States Court of Appeals for the Federal Circuit;

WHEREAS, Apple has filed its own appeal from the judgment to the Federal Circuit;

WHEREAS, Federal Rule of Civil Procedure 62(b) gives this Court discretion to stay the enforcement of a money judgment pending appeal;

WHEREAS, this Court's discretion includes the ability to "waive" Federal Rule 62(b)'s "bond requirement entirely," including when "the defendant's ability to pay the judgment is … plain," *Hardesty v. Sacramento Metropolitan Air Quality Management District*, 2019 WL 2715616, at *3-4 (E.D. Cal. June 28, 2019); *see also ConsumerDirect, Inc. v. Pentius*, 2024 WL 4329077 (C.D. Cal. Sept. 20, 2024) (Selna, J.) (noting that "[d]istrict courts have 'inherent discretionary authority in setting supersedeas bonds'" and that "a court may … wa[i]ve the bond requirement altogether"); *Valenzuela v. City of Anaheim*, 2020 WL 10731248, at *2 (C.D. Cal. Apr. 20, 2020) (waiving bond requirement where "the Court has full confidence that funds will be available to pay the judgment").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Apple as follows:

1

(1) Apple will not be required to post a bond or other security pending appeal of the judgment and, to the extent applicable, any appeal from this Court's forthcoming ruling on prejudgment interest and postjudgment interest;

(2) Subject to paragraph (3) below, Apple agrees it will make any payments then due under the judgment either (1) within 30 days after the completion of any appeals to the Federal Circuit from the judgment (when the Federal Circuit issues its mandate), any remand proceedings in the event that the Federal Circuit grants Apple relief from the judgment, and any further appeals to the Federal Circuit following any remand proceedings, or (2) within 30 days after the expiration of the times for initiating any such Federal Circuit proceedings; whichever of (1) or (2) comes later.

(3) Apple reserves the right to seek a further stay of enforcement of the money judgment—beyond that described in paragraph (2) above—pending resolution of any request for relief from the Supreme Court.  Plaintiffs reserve the right to oppose such a request if Apple makes it.  Thus, this stipulation does not prejudice Apple in later seeking such a stay, and does not prejudice Plaintiffs in later opposing such a stay.

(4) Plaintiffs agree that they will not execute, or seek to execute, the judgment against Apple before 60 days after the completion of proceedings as provided in paragraph 2 above.

SO STIPULATED.

The parties have attached a Proposed Order for the Court's consideration.

2

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

Dated: August 13, 2026

By: */s/ Mark D. Selwyn*
Mark D. Selwyn
Amy K. Wigmore
Joseph J. Mueller
Sarah R. Frazier
Thomas G. Sprankling

*Attorneys for Defendant Apple Inc.*

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 13, 2026

By: */s/ Brian C. Horne*
Joseph R. Re
Stephen C. Jensen
Sheila N. Swaroop
Brian C. Horne
Brian C. Claassen
Mark D. Kachner
Adam B. Powell
Kendall M. Loebbaka
Daniel P. Hughes
Douglas B. Wentzel

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

## **<u>FILER'S ATTESTATION</u>**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: August 13, 2026                    By: */s/ Mark D. Selwyn*
                                                          Mark D. Selwyn