# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>           Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br>a California corporation,<br><br>           Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER REGARDING STAY OF EXECUTION OF JULY 20, 2026 JUDGMENT PENDING APPEAL**<br><br>Hon. James V. Selna |

The Court, having considered the Parties' Joint Stipulation Regarding Stay of Execution of July 20, 2026 Judgment Pending Appeal, and finding good cause, hereby GRANTS the stipulation.  The enforcement of the July 20, 2026 judgment is stayed pending appeal, with any future execution to be governed by the terms of the parties' stipulation.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                          Honorable James V. Selna