Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Sheila N. Swaroop (Bar No. 203476)
sheila.swaroop@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
Kendall M. Loebbaka (Bar No. 285908)
kendall.loebbaka@knobbe.com
Douglas B. Wentzel (Bar No. 313452)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax:(949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Phone: (858) 707-4000
Fax: (858) 707-4001

Brian C. Horne (Bar No. 205621)
brian.horne@knobbe.com
Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: (310) 551-3450
Fax: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**DECLARATION OF JIM W. BERGMAN IN SUPPORT OF MASIMO'S MOTION FOR PREJUDGMENT AND POSTJUDGMENT INTEREST**

**Date: October 5, 2026**
**Time: 1:30 pm**
**Courtroom: 10C**

Hon. James V. Selna

I, Jim W. Bergman, declare and state as follows:

1. I was retained by Masimo Corporation to determine the amount of prejudgment interest on Masimo's damages award of $634,313,913 for infringement of U.S. Patent Number 10,433,776, using two different calculations. First, I calculated prejudgment interest at the California Statutory Rate of 7%, compounded annually, from January 9, 2020 through July 20, 2026. Second, I calculated prejudgment interest at the Prime Rate, compounded annually, from January 9, 2020 through July 20, 2026. I am being compensated at my customary rate of $720 per hour for my work in connection with this matter.

2. The calculations provided in this declaration are based on my own personal knowledge, experience, and professional judgment, and if called as a witness in this matter, I am prepared to testify competently about them.

3. Earlier in this case, I provided reports that summarize my educational background, experience, and other relevant qualifications. I incorporate by reference my previous discussion of my qualifications.

4. As shown on Exhibit 1, prejudgment interest on the damages award of $634,313,913, from January 9, 2020 through July 20, 2026, at 7% interest, compounded annually is $242,740,979, calculated as follows:

**Jury Verdict** **$634,313,913**

| | Interest Start Date | Interest Payment Date | Annual Rate | Period Royalty | Cumulative Royalty | Amount Subject to Interest | Interest Earned in Period | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|
| [A] | 1/1/2021 | 12/31/2021 | 7.00% | $249,918,050 | $249,918,050 | $249,918,050 | $17,494,264 | $17,494,264 |
| | 1/1/2022 | 12/31/2022 | 7.00% | 270,924,971 | 520,843,021 | 538,337,285 | 37,683,610 | 55,177,873 |
| | 1/1/2023 | 12/31/2023 | 7.00% | 113,470,891 | 634,313,913 | 689,491,786 | 48,264,425 | 103,442,298 |
| | 1/1/2024 | 12/31/2024 | 7.00% | | 634,313,913 | 737,756,211 | 51,642,935 | 155,085,233 |
| | 1/1/2025 | 12/31/2025 | 7.00% | | 634,313,913 | 789,399,146 | 55,257,940 | 210,343,173 |
| | 1/1/2026 | 7/20/2026 | 7.00% | | 634,313,913 | 844,657,086 | 32,397,806 | 242,740,979 |
| | Totals | | | $634,313,913 | | | $242,740,979 | |

| | |
|---|---|
| **Total prejudgment interest** | $242,740,979 |
| **Total due with prejudgment interest** | $877,054,892 |

*NOTES:*

[A] Interest start date of January 1, 2021. Period royalty based on "unpaid" royalty from prior period.
Compound interest accrues at California statutory interest rate of 7%.
Judgment date July 20, 2026.

5. As shown on Exhibit 2, prejudgment interest on the damages award of $634,313,913, from January 9, 2020 through July 20, 2026, at the prime interest rate, compounded annually is $237,469,074 calculated as follows:

**Jury Verdict** **$634,313,913**

| | Interest Start Date | Interest Payment Date | Annual Rate | Period Royalty | Cumulative Royalty | Amount Subject to Interest | Interest Earned in Period | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|
| [A] | 1/1/2021 | 12/31/2021 | 3.25% | $249,918,050 | $249,918,050 | $249,918,050 | $8,122,337 | $8,122,337 |
| | 1/1/2022 | 12/31/2022 | 4.86% | 270,924,971 | 520,843,021 | 528,965,358 | 25,707,716 | 33,830,053 |
| | 1/1/2023 | 12/31/2023 | 8.20% | 113,470,891 | 634,313,913 | 668,143,966 | 54,787,805 | 88,617,858 |
| | 1/1/2024 | 12/31/2024 | 8.31% | | 634,313,913 | 722,931,771 | 60,075,630 | 148,693,488 |
| | 1/1/2025 | 12/31/2025 | 7.37% | | 634,313,913 | 783,007,401 | 57,707,645 | 206,401,134 |
| [B] | 1/1/2026 | 7/20/2026 | 6.75% | | 634,313,913 | 840,715,046 | 31,094,940 | 237,496,074 |
| | Totals | | | $634,313,913 | | | $237,496,074 | |

| | |
|---|---|
| **Total prejudgment interest** | **$237,496,074** |
| **Total due with prejudgment interest** | **$871,809,986** |

*NOTES:*

*[A]* Interest start date of January 1, 2021. Period royalty based on "unpaid" royalty from prior period.
Interest accrues at Prime Rate, compounded annually.
Judgment date July 20, 2026.

*[B]* 2026 based on average of January through June prime rate.

6. The difference between calculating prejudgment interest using the California Statutory Rate of 7% compared to using the Prime Rate is approximately 2% ($242,740,979 - $237,496,074) / $242,740,979 = 2.16%).

7. Both calculations shown in Exhibit 1 and Exhibit 2 assume the per unit royalty of $14.72, as reflected in the jury awarding damages based on my per unit calculation using that number, (Dkt. 2838; Trial Tr. Day 6 a.m. at 10:10-16), is paid at the beginning of each year for prior year sales, and that interest on the cumulative royalty to date is paid the following year.

8. I understand that Masimo is entitled to postjudgment interest at the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System. The weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System for the week ending July 17, 2026 is 4.02%.[1]

[1] https://fred.stlouisfed.org/series/DGS1/

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 14th day of August 2026.

By: ______________________________
Jim W. Bergman

**Exhibit 1**
***Masimo v. Apple***
**Prejudgment Interest Calculation at California Statutory Rate - Compounded**

**Jury Verdict** **$634,313,913**

| | Interest Start Date | Interest Payment Date | Annual Rate | Period Royalty | Cumulative Royalty | Amount Subject to Interest | Interest Earned in Period | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|
| *[A]* | 1/1/2021 | 12/31/2021 | 7.00% | $249,918,050 | $249,918,050 | $249,918,050 | $17,494,264 | $17,494,264 |
| | 1/1/2022 | 12/31/2022 | 7.00% | 270,924,971 | 520,843,021 | 538,337,285 | 37,683,610 | 55,177,873 |
| | 1/1/2023 | 12/31/2023 | 7.00% | 113,470,891 | 634,313,913 | 689,491,786 | 48,264,425 | 103,442,298 |
| | 1/1/2024 | 12/31/2024 | 7.00% | | 634,313,913 | 737,756,211 | 51,642,935 | 155,085,233 |
| | 1/1/2025 | 12/31/2025 | 7.00% | | 634,313,913 | 789,399,146 | 55,257,940 | 210,343,173 |
| | 1/1/2026 | 7/20/2026 | 7.00% | | 634,313,913 | 844,657,086 | 32,397,806 | 242,740,979 |
| | Totals | | | $634,313,913 | | | $242,740,979 | |

| | |
|---|---|
| **Total prejudgment interest** | **$242,740,979** |
| **Total due with prejudgment interest** | **$877,054,892** |

***NOTES:***

*[A]* Interest start date of January 1, 2021. Period royalty based on "unpaid" royalty from prior period.
Compound interest accrues at California statutory interest rate of 7%.
Judgment date July 20, 2026.

# Exhibit 2
## *Masimo v. Apple*
## Prejudgment Interest Calculation at Prime Rate - Compound Interest

**Jury Verdict** **$634,313,913**

| | Interest Start Date | Interest Payment Date | Annual Rate | Period Royalty | Cumulative Royalty | Amount Subject to Interest | Interest Earned in Period | Cumulative Interest |
|---|---|---|---|---|---|---|---|---|
| *[A]* | 1/1/2021 | 12/31/2021 | 3.25% | $249,918,050 | $249,918,050 | $249,918,050 | $8,122,337 | $8,122,337 |
| | 1/1/2022 | 12/31/2022 | 4.86% | 270,924,971 | 520,843,021 | 528,965,358 | 25,707,716 | 33,830,053 |
| | 1/1/2023 | 12/31/2023 | 8.20% | 113,470,891 | 634,313,913 | 668,143,966 | 54,787,805 | 88,617,858 |
| | 1/1/2024 | 12/31/2024 | 8.31% | | 634,313,913 | 722,931,771 | 60,075,630 | 148,693,488 |
| | 1/1/2025 | 12/31/2025 | 7.37% | | 634,313,913 | 783,007,401 | 57,707,645 | 206,401,134 |
| *[B]* | 1/1/2026 | 7/20/2026 | 6.75% | | 634,313,913 | 840,715,046 | 31,094,940 | 237,496,074 |
| | Totals | | | $634,313,913 | | | $237,496,074 | |

| | |
|---|---|
| **Total prejudgment interest** | **$237,496,074** |
| **Total due with prejudgment interest** | **$871,809,986** |

***NOTES:***

*[A]* Interest start date of January 1, 2021. Period royalty based on "unpaid" royalty from prior period.
Interest accrues at Prime Rate, compounded annually.
Judgment date July 20, 2026.

*[B]* 2026 based on average of January through June prime rate.